# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

-vs-

WILLIAM A. WHITE

Action No.: 7:08CR54-01

Date: 12/9/09

Judge: James C. Turk

Court Reporter: Judy Webb

## LIST OF WITNESSES

| Attorney | Attorney |
|---|---|
| John Richmond, Cindy Chung, C. Patrick Hogeboom, III | David Damico, Raphael Ferris |

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Jury Trial Begin 9:40 -
Court conducts voir dire of veniremen (66).  USA conducts voir dire of veniremen as a whole.

(Recess 11:01 - 11:10)

USA continue voir dire of veniremen as a whole.  Defendant conducts voir dire of veniremen as a whole.
USA motion to separate witnesses granted.  Defendant renews motion for mistrial originally made during sidebar.  Court overrules motion.
USA and Defendant conducts voir dire of veniremen in groups of 5.

(Recess 1:30 - 2:35)

USA and Defendant continue voir dire of veniremen in groups of 5.
After jurors excused for cause, panel of 38 struck to 14 jurors.

(Out of the presence of the veniremen)

USA makes Batson challenge as to striking of two black jurors.  Defendant responds.  USA replies.  Court overrules.

(In presence of the veniremen)

Jury announced and sworn.  Court excuses balance.  Court gives jury preliminary remarks.
Alternates drawn.

End of proceedings 4:50   Total time in court: 5 hrs, 56 minutes   Clerk:  S. Sakalas