# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. 7:08CR54    At ROANOKE    Date 12/10/09

PRESENT: HON James C. Turk , JUDGE    C. Patrick Hogeboom, III

S. Sakalas          Judy Webb          John Richmond, Cindy Chung
Deputy Clerk       Court Reporter     Asst. U.S. Attorney

U.S.A. v. (DEFENDANTS LISTED BELOW)          ATTORNEYS FOR DEFENDANTS
(1) William A. White                          (1) David Damico, Raphael Ferris
✓ present   ✓ custody   ___ bond   ___ O/R   ✓ present   ___ apptd.   ✓ retained
(2) _____               (2) _____
___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained
(3) _____               (3) _____
___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained
(4) _____               (4) _____
___ present   ___ custody   ___ bond   ___ O/R   ___ present   ___ apptd.   ___ retained

____ Case called and continued to _____ for trial.
____ JURY TRIAL. The Jury impaneled and sworn (see attached list)   ____ COURT TRIAL
✓ Introduction of evidence for Government begun   ✓ concluded;
____ Motion for judgment of acquittal   ____ granted   ____ denied   ____ under advisement
____ Introduction of evidence for defendant begun,   ____ concluded;
____ Motion for judgment of acquittal renewed   ____ granted   ____ denied   ____ under advisement
____ Rebuttal evidence;   ____ Surrebuttal evidence;   ____ Evidence concluded
✓ Case continued to Dec. 11, 2009 at 9:00 _____ for further trial
____ Closing Arguments   ____ Jury charged by court
____ Jury retires to deliberate at _____   jury returns at _____
____ **JURY VERDICT.** (See signed verdict as to each defendant.   ____ FINDING BY COURT.
(1) Defendant _____   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____
____ Jury polled.   ____ Polling waived.   ____ Mistrial declared.   ____ Jury discharged.
____ Motion after verdict.
**JUDGMENT:**   ____ Defendant guilty   ____ Defendant not guilty
____ Court received Presentence Report.
____ Copy of Presentence Report not requested.
____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.
____ Defendant to remain on bond.
____ Defendant remanded to custody.
____ Court orders presentence report.
____ Case continued until _____ 20___ at _____ for sentencing.
____ SENTENCE IMPOSED

___ss___   Initials of Deputy Clerk

(9:05 - 9:14)

In Chambers Conference re: Juror requesting audience with the Court. Counsel for parties present. Juror relates that he is prejudiced and has determined he cannot be impartial. Court excuses the juror.

(Begin 9:17)

Juror roll called - all jurors present. USA's motion to separate the witnesses granted.
USA (Chung) opening statement. Defendant (Ferris) opening statement.
USA introduces evidence.

(Recess 10:50 - Reconvene 11:30)

USA continues introduction of evidence.

(Recess 12:40 - Reconvene 1:43)

(Out of the presence of the jury)
USA to Court re: video conference for tomorrow.
Defendant recites overruled sidebar objection to USA exhibit #22 for the record. USA responds for the record.
(In the presence of the jury)
USA continues introduction of evidence.

Court releases jurors to report tomorrow at 9:00.

(End 4:22)

Total time in court:  5 hours, 22 minutes
Clerk:  S. Sakalas