# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. 7:08CR54          At Roanoke          Date 12/14/2009

PRESENT: HON James C. Turk                    , JUDGE

| S. Sakalas | Janelle Mundy | John Richmond, Cindy Chung |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) William A. White | (1) David Damico, Raphael Ferris |
| ✓ present  ✓ custody  ___ bond  ___ O/R | ✓ present  ___ apptd.  ✓ retained |
| (2) _____ | (2) _____ |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (3) _____ | (3) _____ |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (4) _____ | (4) _____ |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)    _____ COURT TRIAL

✓ Introduction of evidence for Government begun    _____ concluded;    Continues XX

_____ Motion for judgment of acquittal    _____ granted    _____ denied    _____ under advisement

_____ Introduction of evidence for defendant begun,    _____ concluded;

_____ Motion for judgment of acquittal renewed    _____ granted    _____ denied    _____ under advisement

_____ Rebuttal evidence;    _____ Surrebuttal evidence;    _____ Evidence concluded

_____ Case continued to _____ for further trial

_____ Closing Arguments    _____ Jury charged by court

_____ Jury retires to deliberate at _____    jury returns at _____

_____ **JURY VERDICT.** (See signed verdict as to each defendant.    _____ FINDING BY COURT.

(1) Defendant _____    (2) Defendant _____

(3) Defendant _____    (4) Defendant _____

_____ Jury polled.    _____ Polling waived.    _____ Mistrial declared.    _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**    _____ Defendant guilty    _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20___ at _____ for sentencing.

_____ SENTENCE IMPOSED

                                                         ss     Initials of Deputy Clerk

(Begin 8:55)

In Chambers - USA renews motion to exclude prior declinations of prosecution in light of 2 FBI witnesses to be called.  The defendant agrees to exclude as to FBI witnesses.

Defendant objection to 404B material that may be presented with redactions.   Court will rule on this as the evidence develops.

USA motion to exclude evidence of Tasha Reddick's conviction for petit larceny.  Defendant argues.   Court denies motion.

(Recess 9:07 - Reconvene:  9:10)

In the Presence of the jury - Roll called.
The USA continues with presentation of evidence.

(Recess 10:11 -  Reconvene 10:25)

Continuation of the USA's evidence.
Out of the presence of the jury:  USA plays for defense audio clips they plan to move into evidence.
In the presence of the jury:  Continuation of USA's evidence presentation.

(Recess 12:39 - Reconvene 1:45)

Out of the presence of the jury:  all the T-Mobile records admitted.
In the presence of the jury:  Continued presentation of USA's evidence.

(Recess 3:32 - Reconvene 4:12)

Jury excused until 9:00 tomorrow morning.

(Recess 4:15 - Reconvene 4:41)

Christopher Kowalczuk appearance on behalf of South Harrison Township, NJ.  C. Kowalczuk makes oral motion to allow John Eastlack to appear PHV (via telephone) to argue motion to quash subpoenas.  Court grants motion to appear pro hac vice.
Parties argue motion to quash.  The Court directs that the complete file on the KKK incident be delivered to counsel for the USA and defendant.  The Court suppresses all other requested information.

(End 5:17)


Clerk:  S. Sakalas
Total time in court:  5 hours, 53 minutes