# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CRIMINAL MINUTES - TRIAL

Case No. __7:08CR54__   At __Roanoke__   Date __12/15/2009__

PRESENT: HON __James C. Turk_____, JUDGE   __C. Patrick Hogeboom, III__

__S. Sakalas__   __Judy Webb__   __John Richmond, Cindy Chung,__
Deputy Clerk   Court Reporter   Asst. U.S. Attorney

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) WILLIAM A. WHITE | (1) David Damico, Raphael Ferris |
| ✓ present  ✓ custody  ___ bond  ___ O/R | ✓ present  ___ apptd.  ✓ retained |
| (2) ___ present  ___ custody  ___ bond  ___ O/R | (2) ___ present  ___ apptd.  ___ retained |
| (3) ___ present  ___ custody  ___ bond  ___ O/R | (3) ___ present  ___ apptd.  ___ retained |
| (4) ___ present  ___ custody  ___ bond  ___ O/R | (4) ___ present  ___ apptd.  ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)   _____ COURT TRIAL

✓ Introduction of evidence for Government begun _____ concluded;   Continues XXX

_____ Motion for judgment of acquittal _____ granted _____ denied _____ under advisement

_____ Introduction of evidence for defendant begun, _____ concluded;

_____ Motion for judgment of acquittal renewed _____ granted _____ denied _____ under advisement

_____ Rebuttal evidence;   _____ Surrebuttal evidence;   _____ Evidence concluded

_____ Case continued to _____ for further trial

_____ Closing Arguments   _____ Jury charged by court

_____ Jury retires to deliberate at _____   jury returns at _____

_____ **JURY VERDICT.** (See signed verdict as to each defendant.   _____ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____

_____ Jury polled.   _____ Polling waived.   _____ Mistrial declared.   _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**   _____ Defendant guilty   _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20___ at _____ for sentencing.

_____ SENTENCE IMPOSED

__ss__   Initials of Deputy Clerk

(Begin 9:11)   USPO Michael Price present

Juror roll called - all present.  USA continues  presentation of their evidence.

(Recess 10:45 - Reconvene 10:58)

Continued presentation of USA's evidence.

(Recess 12:40 - Reconvene 1:47)

Continued presentation of USA's evidence.

(Recess 3:26 - Reconvene 3:40)

Continued presentation of USA's evidence.

(End 4:57)

Total time in court:  6 hours, 12 minutes

Clerk:  S. Sakalas