# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
AT Roanoke

UNITED STATES OF AMERICA

- VS -

WILLIAM A. WHITE

Action No.: 7:08CR54

Date: 12/15/2009

Judge: James C. Turk

Court Reporter: Judy Webb

Attorney
John Richmond, Cindy Chung, C. Patrick Hogeboom, III

Attorney
David Damico, Raphael Ferris

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1. Richard Warman
2. Lise Warman
3. Charles Tyson
4. Chief Warren Mabey
5. Carolyn Tyson

DEFENDANT: