# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. __7:08CR54__  At __Roanoke__  Date __12/17/09__

PRESENT: HON __James C. Turk__, JUDGE  __C. Patrick Hogeboom, III__

__S. Sakalas__   __Carol Jacobs__   __John Richmond, Cindy Chung__
Deputy Clerk   Court Reporter   Asst. U.S. Attorney

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) WILLIAM A. WHITE | (1) David Damico, Raphael Ferris |
| ✓ present  ✓ custody  ___ bond  ___ O/R | ✓ present  ___ apptd.  ✓ retained |
| (2) | (2) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (3) | (3) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (4) | (4) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |

_____ Case called and continued to _____ for trial.

_____ JURY TRIAL. The Jury impaneled and sworn (see attached list)   _____ COURT TRIAL

_____ Introduction of evidence for Government begun   _____ concluded;

✓ Motion for judgment of acquittal   _____ granted   _____ denied   ✓ under advisement

_____ Introduction of evidence for defendant begun,   _____ concluded;   Defendant rests XXX

✓ Motion for judgment of acquittal renewed   _____ granted   _____ denied   ✓ under advisement

_____ Rebuttal evidence;   _____ Surrebuttal evidence;   _____ Evidence concluded

_____ Case continued to _____ for further trial

_____ Closing Arguments   _____ Jury charged by court

_____ Jury retires to deliberate at _____   jury returns at _____

_____ **JURY VERDICT.** (See signed verdict as to each defendant.   _____ FINDING BY COURT.

(1) Defendant _____   (2) Defendant _____

(3) Defendant _____   (4) Defendant _____

_____ Jury polled.   _____ Polling waived.   _____ Mistrial declared.   _____ Jury discharged.

_____ Motion after verdict.

**JUDGMENT:**   _____ Defendant guilty   _____ Defendant not guilty

_____ Court received Presentence Report.

_____ Copy of Presentence Report not requested.

_____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.

_____ Defendant to remain on bond.

_____ Defendant remanded to custody.

_____ Court orders presentence report.

_____ Case continued until _____ 20 ___ at _____ for sentencing.

_____ SENTENCE IMPOSED

__ss/ld__   Initials of Deputy Clerk

USPO Michael Price present

(Begin 9:11)

Out of the presence of the jurors.
Defendant's motion for judgment of acquittal pursuant to Rule 29A.  Argued.  Court takes the motion under advisement as to each count.

(Recess 9:34 - Reconvene 9:46)

Roll of jurors called.   All present.
Defendant rests.

Out of the presence of the jury:  Defendant renews motion for judgment of acquittal.  Court takes under advisement.

(Recess 9:50 - Reconvene 10:13)

Court excused jurors until tomorrow at 9:00.

(End 10:15)


Total time in court:  29 minutes
Clerk:  S. Sakalas