# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CRIMINAL MINUTES - TRIAL

Case No. __7:08CR54__       At __Roanoke__       Date __12/18/09__

PRESENT: HON __James C. Turk_____, JUDGE   C. Patrick Hogeboom, III

__S. Sakalas__          __Judy Webb__          __John Richmond, Cindy Chung__
Deputy Clerk           Court Reporter           Asst. U.S. Attorney

U.S.A. v. (DEFENDANTS LISTED BELOW)        ATTORNEYS FOR DEFENDANTS
(1) WILLIAM A. WHITE                        (1) David Damico, Raphael Ferris
  ✓ present   ✓ custody   ___ bond   ___ O/R     ✓ present   ___ apptd.   ✓ retained
(2) _____    (2) _____
  ___ present   ___ custody   ___ bond   ___ O/R     ___ present   ___ apptd.   ___ retained
(3) _____    (3) _____
  ___ present   ___ custody   ___ bond   ___ O/R     ___ present   ___ apptd.   ___ retained
(4) _____    (4) _____
  ___ present   ___ custody   ___ bond   ___ O/R     ___ present   ___ apptd.   ___ retained

____ Case called and continued to _____ for trial.
____ JURY TRIAL. The Jury impaneled and sworn (see attached list)    ____ COURT TRIAL
____ Introduction of evidence for Government begun    concluded;
____ Motion for judgment of acquittal   ____ granted   ____ denied   ____ under advisement
____ Introduction of evidence for defendant begun,   concluded;
____ Motion for judgment of acquittal renewed   ____ granted   ____ denied   ____ under advisement
____ Rebuttal evidence;   ____ Surrebuttal evidence;   ____ Evidence concluded
____ Case continued to _____ for further trial
✓ Closing Arguments   ✓ Jury charged by court
✓ Jury retires to deliberate at __1:00 pm__        jury returns at __4:31 pm__
✓ JURY VERDICT. (See signed verdict as to each defendant.)   ____ FINDING BY COURT.
(1) Defendant __Guilty cnts 1, 3, 5, 6.  Not guilty cnts 2, 4, 7__   (2) Defendant _____
(3) Defendant _____   (4) Defendant _____
✓ Jury polled.   ____ Polling waived.   ____ Mistrial declared.   ____ Jury discharged.
____ Motion after verdict.

**JUDGMENT:**   ____ Defendant guilty   ____ Defendant not guilty
____ Court received Presentence Report.
____ Copy of Presentence Report not requested.
____ A copy of same was furnished to counsel pursuant to Rule 32 F.R.C.P.
____ Defendant to remain on bond.
✓ Defendant remanded to custody.
____ Court orders presentence report.
✓ Case continued until __to be set_____ 20___ at _____ for sentencing.
____ SENTENCE IMPOSED

__ss__   Initials of Deputy Clerk

USPO Michael Price present

(Begin 9:34)

Roll of jurors called - all present.
USA's closing argument.

(Recess 10:55 - Reconvene 11:08)

Defendant's closing argument.
USA's final argument.
The Court charges the jury.
Out of the presence of the jury:  Defendant objects to Court not giving some instructions discussed previously.  USA replies and states objections to instructions.  Court will instruct jurors further.
In the presence of the jury:  Court instructs the jury further.
Out of the presence of the jury:  Parties agree to alternate juror to be released.
In the presence of the jury:  Alternate announced and released.  Jurors retire to deliberate at 1:00.
Out of the presence of the jury: USA renews objections to the instructions given.

(Recess 1:09 - Reconvene 2:12)

All parties present.
Jurors ask Court question.  Court responds.

(Recess 2:17 - Reconvene 4:22)

Court advises jurors that they can stay at the Hotel Roanoke if they are unable to get home due to snow.

(Recess 4:26 - Reconvene 4:31)
In the presence of the jurors - Jury Verdict read.   Jury polled at request of defendant.   Jurors excused.

Out of the presence of the jurors - Parties have 10 days to file any and all post-trial motions.

(End 4:39)

Total time in court:  3 hours, 39 minutes
Clerk:  S. Sakalas