UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

FILED IN OPEN COURT
DATE 12-18-09
BY [signature]
DEPUTY CLERK
ROANOKE DIVISION, W.D. of VA

VERDICT

UNITED STATES OF AMERICA          CASE NUMBER: 7:08CR54

v.

WILLIAM A. WHITE

WE, the jury, find on the issues joined, find the defendant, WILLIAM A. WHITE:

__GUILTY__  As charged in Count 1 of the indictment
GUILTY OR NOT GUILTY  (Alleged threat toward Jennifer Petsche).

__NOT GUILTY__  As charged in Count 2 of the indictment
GUILTY OR NOT GUILTY  (Alleged extortion of a thing of value).

__GUILTY__  As charged in Count 3 of the indictment
GUILTY OR NOT GUILTY  (Alleged intimidation with intent to influence African American tenants).

__NOT GUILTY__  As charged in Count 4 of the indictment
GUILTY OR NOT GUILTY  (Alleged threat toward Leonard Pitts).

__GUILTY__  As charged in Count 5 of the indictment
GUILTY OR NOT GUILTY  (Alleged threat toward Kathleen Kerr).

__Guilty__  
GUILTY OR NOT GUILTY

As charged in Count 6 of the indictment (Alleged threat toward Richard Warman).

__Not Guilty__  
GUILTY OR NOT GUILTY

As charged in Count 7 of the indictment (Alleged threat toward Charles Tyson).

_____  
FOREPERSON'S SIGNATURE

12/18/09  
DATE

__Ralph L. Rupert__  
FOREPERSON'S PRINTED NAME