# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Action No.: 7:08CR54-01 |
| -vs- | Date: 12/8/2009 |
| | Judge: James C. Turk |
| WILLIAM A. WHITE | Court Reporter: Judy Webb |

## LIST OF WITNESSES

| Attorney | Attorney |
|---|---|
| John Richmond, Cindy Chung, & C. Patrick Hogeboom, III | David Damico & Raphael Ferris |

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Motions Hearing  (USPO Michael Price present)

Court grants uncontested Motions #91 and #107.

Defendant Motion #70:  Defendant (Ferris) argues along with Defendant's Motion #111.  USA (Richmond) argues.  Defendant (Ferris) final argument.  The Court rules that the specified wording will not be read to the jury.  The balance of Motion #111 is deferred.

USA's Motion #92:  USA (Chung) argues.  Defendant (Damico) argues.  USA and Defendant final comments.  The parties agree that the motion is uncontested.

USA's Motion #93:  USA (Richmond) argues.  Defendant (Ferris) argues.  USA (Richmond) final argument.  Court directs defendant to refrain from mentioning subject of motion in their opening statement.

USA's Motion #94:  USA (Chung) argues.   Court defers ruling until presentation of the evidence.

USA's Motion #100:  USA (Chung) to court.   Court defers ruling on motion until the presentation of evidence.

USA's Motion #111:  USA (Richmond) argues.  Defendant to court.   The Court will rule as the evidence develops.

USA's Oral Motion to exclude reference to Government's declination of prosecution.  Defendant (Damico) argues.  USA (Richmond) argues.   The Court defers ruling until evidence develops.

Parties to be present at 9:30 tomorrow to begin jury trial.

Defendant remanded to custody.

Total time in court:  1 hour, 22 minutes  (1:33-2:55)

Clerk:  S. Sakalas

Case 7:08-cr-00054-EKD   Document 139   Filed 12/08/09   Page 2 of 2   Pageid#: 706

Page 2 of 2,   USA v. White   7:08CR54-01

Initials of Deputy Clerk _____