# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

-vs-

WILLIAM A. WHITE

Action No.: 7:08CR54

Date: 1/20/2010

Judge: James C. Turk

Court Reporter: Judy Webb

## LIST OF WITNESSES

| Attorney | Attorney |
|---|---|
| John C. Richmond, Cindy K. Chung, C. Patrick Hogeboom, III | David J. Damico, Raphael E. Ferris |

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

**PROCEEDINGS:**

Hearing on Defendant's [143] Motion for Acquittal.  (USPO Jason McMurray present)

Defendant argues motion.  USA argues.

Court will rule within the next week.

Total time in court:  25 minutes (2:00 - 2:25)
Clerk:  S. Sakalas