7:08-CR-00054

U.S.A

V.

William White

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY: _____, DEPUTY CLERK

7:08-CR-00054

Exhibit #2
for Criminal Case

| Page: 1 | Report Date: 10/31/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | | Complaint: 39-07-028330 | SF |
|---|---|---|---|---|---|
| Reported Date and Time: WED 10/31/2007 1315 | | Initial Crime Report | | Occurred: MON 10/29/2007 2000 thru WED 10/31/2007 1127 | |

**Location:**
5 Courtney St Housing/Residence Life Building    Newark, DE 19716
UD HOUSING AND RESIDENCE LIFE BUILDING

**M.O. and Incident Overview:**
S1(White) threatened via telephone V1(Kerr) stating that she should be shot.  S(Unk) posted personal identifying information on the Internet that recklessly exposes V1(Kerr) and V2(Harker) to further criminal acts.

| Grid: 060-342 | Sector: 04 | County: New Castle | Domestic Related? ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | Gen Broadcast Sent? ☒Yes ☐No | Gang Related? ☐Yes ☒No |
|---|---|---|---|---|---|---|

## Victim Information

| Victim Number: 001 | Name: KERR, KATHLEEN | | | | |
|---|---|---|---|---|---|
| Type: Individual | Sex: Female | Race: White | | Ethnic Origin: Non-Hispanic | Age: 41 | D.O.B. REDACTED |

| Address: 5 Courtney ST UD HOUSING AND RESIDENCE LIFE Newark, DE 19716 | Resident Status: Non Resident | Home Telephone: REDACTED | Cell Phone: |
|---|---|---|---|
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
| Injuries: | | Description of Injuries: | |
| Employer/School: UD DIRECTOR OF RESIDENCE LIFE 5 Courtney St Newark, DE 19716 | Work Telephone: (302) 831-1201 | | |

| Victim Number: 002 | Name: HARKER, PATRICK T | | | | |
|---|---|---|---|---|---|
| Type: Individual | Sex: Male | Race: White | | Ethnic Origin: Non-Hispanic | Age: 48 | D.O.B. REDACTED |

| Address: 162 The Green LA U OF D PRESIDENT Hullihen Hall Newark, DE 19716 | Resident Status: Non Resident | Home Telephone: REDACTED | Cell Phone: |
|---|---|---|---|
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
| Injuries: | | Description of Injuries: | |
| Employer/School: UOFD PRESIDENT UD HULLIHEN HALL Newark, DE 19716 | Work Telephone: (302) 831-2111 | | |

## Suspect/Defendant Information

| Sequence: 001 | Type: Suspect | SSI Number: | Name: WHITE, BILL | | | Nick Name: | |
|---|---|---|---|---|---|---|---|
| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: | D.O.B. | Height: | Weight: | Skin Tone: | Eye Color: |
| Hair Color: | Hair Length: | Hair Style: | Facial Hair: | Voice Speech: | Teeth: | Build: | Glasses: |
| Disguise: | | Disguise Color(s): | Resident Status: Non Resident | Unusual Characteristics: | Armed With: Unarmed | |
| Address: PO BOX 8601 ROANOKE VA 24014 | | | Home Telephone: | Cell Phone: | | |
| Arrest Number: | Suspect's Clothing Description: | | | | | |

## Crimes and Associated Information

| Victim Number: 001 | Crime Seq: 002 | Statute: DE:11:0621:00a1:M:A | Crime Description: Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense: School/College | | Status: Pending-Active | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense: | |
| Suspected Hate/Bias: ☐Yes ☒No - N/A | Crime Code: 13164E - Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | | |
| Weapon/Force Used: Personal Weapons/Hands/Feet | | | | | |

| Victim Number: 002 | Crime Seq: 001 | Statute: DE:11:0621:00a1:M:A | Crime Description: Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense: School/College | | Status: Pending-Active | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense: | |

| Reporting Officer: SGT. GATES  - 39154 2 | Pending Supervisory Review: _K.P.T. (Reasons el G.W. Shipm_ 11-02-07 |
|---|---|

| Page: 2 | Report Date: 10/31/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---|---|---|---|

## Crimes and Associated Information

| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E - Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | |
|---|---|---|---|

| Weapon/Force Used Personal Weapons/Hands/Feet | | | |
|---|---|---|---|

| M.O. Information | MO Class Suspect's General Actions | MO Description Calls Victim To See If Anyone Is Home |
|---|---|---|

## Victim - Suspect/Defendant Relationships

| Victim - 001 KERR, KATHLEEN | Suspect/Defendant - 001 WHITE, BILL | Victim Offender Relationship Stranger |
|---|---|---|
| Victim - 002 HARKER, PATRICK T | Suspect/Defendant - 001 WHITE, BILL | Victim Offender Relationship Stranger |

## Witness Information

| Sequence 001 | Type Reporting Person | Name BEDGAR, CAROL | | Sex Female | Race White | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| Address 5 Courtney St Newark, DE 19716 | | Home Telephone REDACTED | Cell Phone | eMail | CB@udel.edu | | |
| Employer/School UD HOUSING AND RESIDENCE LIFE 5 Courtney St Newark, DE 19716 | | Work Telephone (302) 831-1201 | | | | | |

| Sequence 002 | Type Person Contacted | Name TWEEDY, JIM | | Sex Male | Race White | Age | D.O.B. |
|---|---|---|---|---|---|---|---|
| Address 5 Courtney St Newark, DE 19716 | | Home Telephone REDACTED | Cell Phone | | | | |
| Employer/School UD HOUSING AND RESIDENCE LIFE 5 Courtney St Newark, DE 19716 | | Work Telephone (302) 831-1201 | | | | | |

## Investigative Narrative

On Wednesday October 31,2007 at approximately 1415 hours I was advised to meet with Lt. Shipman-UDPD for a complaint of a threat received at the UD Residence Life building, 5 Courtney St Newark DE.

At 1435 hours I met with the initial RP(Bedgar) at the UD Residence Life building who had received a phone call this date at approximately 1045 hours from a subject who identified himself as Bill White (S1). During the course of the conversation between RP and S1 he identified himself as the "Commander of the American White Socialist Party". RP advised S1 that V1(Kerr) was not available to speak with him. S1 was calling in reference to recent articles and information being posted by "F.I.R.E - Foundation for Individual Rights in Education."

"FIRE" faxed a letter to the University of Delaware dated 10/29/07 at 1710 hrs. UD Res Life staff received a copy on 10/30/07 at 0849 hours. The letter expressed concern for what it viewed as civil rights violations by requiring on campus UD students to attend and participate in diversity training programs. "FIRE" views it as a violation by compelling individuals to attend these meetings and believes that there is an institutional pattern to systematically change the perceptions of UD students. "FIRE" is also concerned with the application of the training programs and defines it as "treatment." "FIRE" objects to the language and term definitions contained within the training materials. Apparently there are terms and projects in the training packets which define racism and reverse racism. In "FIRE"'s opinion, to successfully complete the program students have to adopt the University's ideology on acceptance of other groups (gender identification, race identification, sexual orientation identification) and indicate their agreement with the University's ideology. "FIRE" is calling for the total dismantling of the program. "Which is a flagrant violation of students' rights to freedom of conscience and freedom from compelled speech." - Case Note- the original letter is five pages long, and not all ideals and quotes are contained; this is just an overview to put in context the reason for S1's call to the University 10/31/07 and why it was alarming.

When S1 was advised that V1 was not available, he became insistent on talking with her.

| Reporting Officer SGT. GATES - 391542 | Pending Supervisory Review |
|---|---|

| Page: 3. | Report Date: 10/31/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028338 |

## Investigative Narrative - Continued

During the course of the conversation, according to the RP, S1 stated that he would hunt V1 down and "anyone who views racism the way she does should be shot." V1 is the Director for Housing and Residence Life and has the responsibility for coordinating, planning, and approving training for RAs (UD Residence Life Staff),

RP(Bedgar) notified PC1(Tweedy) about the phone conversation. PC1(Tweedy) notified V1 via e-mail and copied Michael Gilbert (UD VP for Student Life) advising of the conversation between RP and S1.

Through the course of the afternoon of 10/31/07, it was discovered that on http://www.overthrow.com the personal identifying information of V1(Kerr) and V2(Harker) was posted online. The information contained work/employer contact phone numbers and e-mail address for each person. The website also contained the home address, home phone number, spouse name, and dates of birth for V1 and V2 and their spouses. V1 also had her father's home address and phone number posted. RP(Bedgar) advised that V1's father had received a phone call earlier this date asking if V1 was there. The website states, for V2's information, "Currently at their vacation home" and lists the address and phone number. At the bottom of the information is a statement "We shot Marxists sixty years ago, we can shoot them again!"

RP advised that she did not have the phone number that S1 called from. She believed that the caller ID unit showed a blocked number, however, she was not sure. RP checked her notes and found a number; REDACTED ; however, she was not sure if the number was from S1 or from another person who called and expressed concern about the UD Residence Life diversity training program. RP stated that her sister had contacted her earlier this date and told her that she heard about UD on a radio program. The radio program was discussing the UD Diversity training and a caller who identified himself from Annapolis had voiced several concerns and stated that his son attends the University of Delaware.

At 1450 hours I met with PC1(Tweedy). PC1 advised that there had been several parents of students that had contacted his office with concern about the training program during the semester. PC1 stated that the training program title was "Whole New World" that they were using. PC1(Tweedy) advised that there was some confusion about the training and stated that some of the information and concern from parents was also about an instructor that was used for UD Residence Life Resident Assistant training conducted over the summer time. This year's "Whole New World" training was conducted by Shakti Butler who is the executive director of World Trust Educational Services, a non profit organization that assists in community building training and lectures. The letter that "FIRE" sent to the University of Delaware makes a reference to the summer training that contains definitions about racists and reverse racism that "FIRE" disagrees with. Quoted from "FIRE" 's letter : " Racist was defined as one who is both privileged and socialized on the basis of race by a white supremacist system. The term applies to all white people (i.e., people of European descent) living in the United States, regardless of class, gender, religion, culture, or sexuality. Reverse racism -a term created by white people to deny their white privilege. Non Racist : a non term. The term was created by whites to deny responsibility for systemic racism...."

I asked PC1 if he was aware of any upset parents from the Annapolis area that had contacted his office. PC1 advised that Micelle Kane (UD Asst Director, Residence Life) had been contacted earlier this month and PC1 had received an e-mail from Peter Johnson REDACTED who resides in Glen Burnie MD. The e-mail was stating a concern about his freshman son who was required to attend training. Mr. Johnson expressed concern that written materials were collected from his son and his son was not allowed to keep copies. Mr. Johnson had contacted Mrs. Kane in order to obtain copies of the questions and some of the materials. His request was denied based on her reasoning that " sending the materials without context would not be of any benefit." PC1 stated that this was the only person that came to mind who

| Reporting Officer: SGT GATES - 391542 | Pending Supervisory Review: |

| Page: 4. | Report Date: 10/31/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---|---|---|---|

## Investigative Narrative - Continued

lived in that area that PC1 had a recent exchange with.  PC1 forwarded the e-mail from Mr. Johnson with an attachment of the scanned letter from Mrs. Kane to my work e-mail account. Printout hardcopy was placed into evidence.  This information was obtained in case it is discovered at a later date that S1- "Bill White"does not exist and could actually be Mr. Johnson to demonstrate mens rea.

Evidence- copies of www.overthrow.com showing V1 and V2 personal information, PC1's e-mail, the letter from "FIRE" and the e-mail with attachment from Mr. Johnson were placed into evidence holding.  S1's address information obtained www.overthrow.com website footer information.

Pending Active.

| Reporting Officer SGT. GATES   - 391542 | | Pending Supervisory Review: | |
|---|---|---|---|
| Detective Notified | | Returned To | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status **Has Follow Up** |

| Page: 2 | Report Date: 11/01/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---|---|---|---|

### Investigative Narrative - Continued

posted by nationalsocialistworkers- posted 10/31/07 at 1434 hrs.

Posting 2).http://groups.yahoo.com/group/nsmamerica/message/6272 -Kerr information posted by nationalsocialistworkers- posted on 10/31/07 at 1440 hrs.

Posting 3).http://groups.yahoo.com/group/nsmamerica/message/6273- this message posted has links to two articles - http://globalpolitician.com/articleshow.asp?ID=3582&cid=1 and http://www.worldnetdaily.com/news/article.asp?ARTICLE_ID=58426 (see above). The posting also contains the personal information for V1 and V2 (see original report). The end of the posting states "You know what to do. Get to work!" and is signed Bill White, Commander American National Socialist Workers Party.- posted 10/31/2007 at 1458 hrs. (Case note- Yahoo.com is located in PST and time stamps could be affected by three hours. Depends if Yahoo.com compensates for differences based on readers locations)

On the Yahoo website page was a link to www.overthrow.com. At the bottom of www.overthrow.com website is postal contact information for Bill White, Commander American National Socialist Workers Party. It also has two e-mail address (nationalsocialistworkers@yahoo.com) and (answp@nazi.org ). There where links for "blogs", however, www.blogger.com had shut them down due to violating the terms of service agreement. (http://overthrow88.blogspot.com)

Using www.google.com I queried the name Bill White. The most concise definition and biography was located actually on www.Wikpedia.com at 1422 hours- http://en.wikipedia.org/wiki/Bill White (neo-Nazi).

The following is from the Wikpedia article :

" known as Bill White, is the leader of the American National Socialist Workers' Party and the administrator of the antisemitic website Overthrow.com. The Southern Poverty Law Center, which monitors extremist groups, described the website in 2003 as the "second most popular racist site on the Internet."

" On September 22, 2007, the FBI opened an investigation of Overthrow.com because it listed the addresses of five of the Jena Six and the telephone numbers of some of their families "in case anyone wants to deliver justice." The Jena 6 were charged with a racially motivated attack on a 17-year old white student. According to an FBI spokeswoman, the website "essentially called for their lynching. The site is registered to William A. "Bill" White of Roanoke, Virginia, who claims to be the commander of the American National Socialist Workers Party."

After reading the article I met with Chief Flatley and advised him of the information and articles listed above. I also provided him with a copy of a letter "F.I.R.E" had posted online to the response filed by Michael Gilbert (UD VP Student Life) about the intial letter from "F.I.R.E" dated 10/29/07. Chief Flatley advised that the FBI had been notified about this incident and that he would advise me at a later date if any other investigation was necessary.

A copy of the online sites visited as part of case record was printed out and will be

| Reporting Officer: SGT. GATES - 39154 001 | Pending Supervisory Review |
|---|---|

| Page: 3 | Report Date: 11/01/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---------|------------------------|------------------------------------------|--------------------------|

### Investigative Narrative - Continued

submitted into evidence with other printouts for this investigation.


Pending Active.

| Reporting Officer: SGT. GATES   - 39154 001 | | Pending Supervisory Review: | | |
|---|---|---|---|---|
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Described | Has Follow Up |

| Page: 1 | Report Date: 12/05/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |

SF

## Supplemental Report

**Original Occurrence Dates and Times:** MON 10/29/2007 2000 thru WED 10/31/2007 1127   **Grid:** 060-342   **Sector:** 04

**Original Location:** 5   Courtney St HousingResidence Life Building     Newark, DE 19716
UD HOUSING AND RESIDENCE LIFE BUILDING

### Original Victim Information

| Victim Number 001 | Name KERR, KATHLEEN | | | | |
|---|---|---|---|---|---|
| Type Individual | Sex Female | Race White | Ethnic Origin Non-Hispanic | Age 41 | D.O.B. REDACTED |
| Address 5 Courtney ST UD HOUSING AND RESIDENCE LIFE Newark, DE 19716 | | Resident Status Non Resident | Home Telephone REDACTED | Cell Phone | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | |

### Original Suspect/Defendant Information

| Sequence 001 | Type Suspect | SBI Number | Name WHITE, BILL | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | Disguise Color(s) | | Resident Status Non Resident | Unusual Characteristics | | Armed With Unarmed | |
| Address PO BOX 8601 ROANOKE, VA 24014 | | | Home Telephone | Cell Phone | | | |
| Arrest Number | Suspect's Clothing Description | | | | | | |

### Original Crime and Associated Information

| Victim Number 001 | Crime Seq 002 | Status DE:11:0621:00a1:M:A | Crime Description Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense School/College | | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense THRT – Threat to Commit | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | | |
| Weapon/Force Used Personal WeaponsHands/Feet | | | | | |

### Modified Crime and Associated Information

| Victim Number 001 | Crime Seq 002 | Status DE:11:0621:00a1:M:A | Crime Description Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense School/College | | Status Pending-Inactive | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense THRT – Threat to Commit | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | | |
| Weapon/Force Used Personal WeaponsHands/Feet | | | | | |

### Original Crime and Associated Information

| Victim Number 002 | Crime Seq 001 | Status DE:11:0621:00a1:M:A | Crime Description Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense School/College | | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense THRT – Threat to Commit | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | | |
| Weapon/Force Used Personal WeaponsHands/Feet | | | | | |

### Modified Crime and Associated Information

| Victim Number 002 | Crime Seq 001 | Status DE:11:0621:00a1:M:A | Crime Description Terroristic Threatening | | |
|---|---|---|---|---|---|
| Location Of Offense School/College | | Status Pending-Inactive | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense THRT – Threat to Commit | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | | |

| Reporting Officer SGT. GATES   - 39154 002 | Pending Supervisory Review |

| Page: 2 | Report Date: 12/05/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---|---|---|---|

## Crimes and Associated Information

**Weapon/Force Used**
Personal Weapons Hands/Feet

## Investigative Narrative

As of Wednesday December 05, 2007 the status of this case is changed to pending inactive. The named suspect is part of a concurrent investigation with the Federal Bureau of Investigation. If any charges are brought the US Attorney will notify this office.

Pending Inactive.

| Reporting Officer: SGT. GATES – 39154 002 | Pending Supervisory Review: | | | | |
|---|---|---|---|---|---|
| Solvability Factors | ☐ Witness  ☐ Suspect Located | ☐ M. O.  ☐ Suspect Described | ☐ Trace Stolen Property  ☐ Suspect Identified | ☐ Suspect Named  ☐ Suspect Vehicle Described | Status: Closed |

| Page: 1 | Report Date: 08/25/2008 | Agency: UNIVERSITY OF DE. POLICE DEPT. | Complaint: 39-07-028330 |
|---|---|---|---|

## Supplemental Report

| Original Occurrence Dates and Times: MON 10/29/2007 2000 thru WED 10/31/2007 1127 | Grid: 060-342 | Sector: 04 |
|---|---|---|

Original Location:
5  Courtesy St HousingResidence Life Building     Newark, DE 19716
UD HOUSING AND RESIDENCE LIFE BUILDING

## Original Victim Information

| Victim Number: 001 | Name: KERR, KATHLEEN | | | | | |
|---|---|---|---|---|---|---|
| Type: Individual | Sex: Female | Race: White | | | Ethnic Origin: Non-Hispanic | Age: 41 | D.O.B. REDACTED |

| Address: 5 Courtesy ST UD HOUSING AND RESIDENCE LIFE Newark, DE 19716 | Resident Status: Non Resident | Home Telephone: REDACTED | Cell Phone: |
|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments: |
|---|---|---|---|

## Original Suspect/Defendant Information

| Sequence: 001 | Type: Suspect | SBI Number: | Name: WHITE, BILL | | | Nick Name: |
|---|---|---|---|---|---|---|
| Sex: Male | Race: White | Ethnic Origin: Non-Hispanic | Age: | D.O.B. | Height: | Weight: | Skin Tone: | Eye Color: |
| Hair Color: | Hair Length: | Hair Style: | Facial Hair: | Voice Speech: | Teeth: | Build: | Glasses: |
| Disguise: | Disguise Color(s): | | Resident Status: Non Resident | Unusual Characteristics: | Armed With: Unarmed |
| Address: PO BOX 8601 ROANOKE, VA 24014 | | Home Telephone: | Cell Phone: | |
| Arrest Number: | Suspect's Clothing Description: | | | |

## Original Crime and Associated Information

| Victim Number: 001 | Crime Seq: 002 | Statute: DE:11:0621:00a1:M:A | Crime Description: Terroristic Threatening | |
|---|---|---|---|---|
| Location Of Offense: School/College | | Status: Pending-Active | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense: THRT – Threat to Commit |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Cims Code: 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | |
| Weapon/Force Used: Personal WeaponsHands/Feet | | | | |

## Current View of Crime and Associated Information

| Victim Number: 001 | Crime Seq: 002 | Statute: DE:11:0621:00a1:M:A | Crime Description: Terroristic Threatening | |
|---|---|---|---|---|
| Location Of Offense: School/College | | Status: Pending-Inactive | Involvement: ☐Alcohol ☐Drugs ☐Computer | General Offense: THRT – Threat to Commit |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code: 13164E – Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | |
| Weapon/Force Used: Personal WeaponsHands/Feet | | | | |

## Investigative Narrative

On Wednesday August 13, 2008 the below named officer signed out the evidence envelope that was deposited by Sgt. Gates that contained various printouts of on line sites that he visited and other printouts that were relevant to this investigation. I transported the evidence envelope to Roanoke, Virginia and turned same over to Special Agent David Church of the FBI on Thursday August 14, 2008. Agent Church gave this writer a receipt for the evidence envelope and he will retain custody of it until the investigation is complete. The receipt will be attached to this report.

| Reporting Officer: CAPT FLATLEY  - 39020 003 | Pending Supervisory Review: Approved? (signature) 8/25/08 | | |
|---|---|---|---|
| Solvability Factors | ☐Witness ☐Suspect Located | ☐M. O. ☐Suspect Described | ☐Trace Stolen Property ☐Suspect Identified | ☐Suspect Named ☐Suspect Vehicle Described | Status |

| Page: 1 | Report Date: 11/01/2007 | Agency: UNIVERSITY OF DE. POLICE DEPT. | | Complaint: 39-07-028330 |

SE

## Supplemental Report

| Original Occurrence Dates and Times: MON 10/29/2007 2000 thru WED 10/31/2007 1127 | Grid 060-342 | Sector 04 |

Original Location:
5 Courtney St Housing/Residence Life Building    Newark, DE 19716
UD HOUSING AND RESIDENCE LIFE BUILDING

## Original Victim Information

| Victim Number 001 | Name KERR, KATHLEEN | | | | | |
|---|---|---|---|---|---|---|
| Type Individual | Sex Female | Race White | | Ethnic Origin Non-Hispanic | Age 41 | D.O.B. REDACTED |
| Address 5 Courtney ST UD HOUSING AND RESIDENCE LIFE Newark, DE 19716 | | Resident Status Non Resident | Home Telephone REDACTED | Cell Phone | | |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | Officer Comments | | | |

## Original Suspect/Defendant Information

| Sequence 001 | Type Suspect | SBI Number | Name WHITE, BILL | | | Nick Name | |
|---|---|---|---|---|---|---|---|
| Sex Male | Race White | | Ethnic Origin Non-Hispanic | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Hair Color | Hair Length | | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
| Disguise | | Disguise Color(s) | | Resident Status Non Resident | Unusual Characteristics | | Armed With Unarmed | |
| Address PO BOX 8601 ROANOKE VA 24014 | | | Home Telephone | Cell Phone | | | |
| Arrest Number | | Suspect's Clothing Description | | | | | |

## Original Crime and Associated Information

| Victim Number 001 | Crime Seq 002 | Statute DE:11:0621:00a1:M:A | Crime Description Terroristic Threatening | |
|---|---|---|---|---|
| Location Of Offense School/College | | Status Pending-Active | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 13164E - Intimidation/Reckless Endanger/Terroristic Threat/Harassment/Other Assaults/Non-Aggravated | | | |
| Weapon/Force Used Personal Weapons Hands/Feet | | | | |

## Investigative Narrative

On November 01,2007 at approximately 1320 hours I started to investigate online who S1 was and research "F.I.R.E". The computer that was used was located in the shift commanders office and has an IP of 128.175.95.64. The first link followed was from an e-mail Lt. Shipman provided to me - http://worldnetdaily.com/news/article.asp?ARTICLE ID=58426, this is part of Worldnetdaily. com which is a website that is a "Free Press website that exposes truth amongst government fraud and abuse." At 1342 hrs I located on http://globalpolitician.com/articleshow.asp?ID=3582&cid=1 an article written by David Storobin, Esq who provides V1(Kerr) and V2(Harker) office contact information. There where several websites with "blogs" attached making reference to "F.I.R.E"'s website.


At 1401 hrs I went to http://groups.yahoo.com/group/nsmamerica. The websites front page contains the following information. " We are National Socialists. We fight for white working people, and do so without shame. We oppose the Jew and we wear the swastika. We oppose globalization. We are concerned about how the Jew financial system has de-industrialized and de-agriculturalized America. We oppose Jewish "civil rights" and believe Jews are responsible for the race problem. We oppose Jewish power everywhere it is manifest, from the war in Iraq to the efforts against Iran, Venezuela, Belarus and other independent nations. We oppose philo-Semitic "racial conservatism", "populism", "Constitutionalism", "libertarianism" and other frauds." The site has a message board where three postings where located with information about V1 and V2. All three postings where by nationalsocialistworkers@yahoo.com.


Posting 1). http://groups.yahoo.com/group/nsmamerica/message/6268 - Harkers information -

| Reporting Officer SGT GATES - 39144 001 | Pending Supervisory Review LWSLia    14n 25.03 |

## CERTIFICATE OF SERVICE

I hereby certify that Exhibit 2 was served by First Class Mail on the following this 17th day of March 2010:

John Cotton Richmond
U.S Department of Justice
Criminal Division
950 Pennsylvania Ave, NW
Washington, DC 20530

William A. White