CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2010

JOHN F. CORCORAN, CLERK
BY: /s/ S. Taylor
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>WILLIAM A. WHITE,<br>　　Defendant. | )<br>)<br>)<br>)<br>)　Criminal Action No. 7:08-CR-00054<br>)<br>)<br>) |

## ORDER

This matter is presently before the Court on the Defendant's *pro se* motion for a new trial. In accordance with the reasons set forth with the accompanying Memorandum Opinion, it is hereby,

**ADJUDGED and ORDERED**

that the Defendant's motion is **DENIED**.

The Clerk of Court is directed to send a copy of this order to counsel of record for the respective parties and to the Defendant.

ENTER: This 12th day of April, 2010

/s/ James C. Turk
Senior United States District Judge