IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:08 CR 54 |
| ) | |
| WILLIAM A. WHITE, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEAL

NOTICE is hereby given that the United States of America, plaintiff in the above-named case, hereby Appeals to the United States Court of Appeals for the Fourth Circuit from the sentence and final Judgment entered on April 19, 2010.

This the 19th day of May, 2010.

Respectfully Submitted,

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

By: S/ Cindy Chung
Cindy Chung
Trial Attorney
Civil Rights Division, Criminal Section
601 D Street, N.W.
Washington, D.C. 20004
(202) 305-4057

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed this pleading with the Clerk of Court using the ECF system which sent notifications to the counsel of record.

>By:  S/ Cindy Chung
>Cindy Chung
>Trial Attorney
>Civil Rights Division, Criminal Section
>601 D Street, N.W.
>Washington, D.C. 20004
>(202) 305-4057