CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 04 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:08CR00054 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WILLIAM A. WHITE, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's petition, which the court construed and docketed as a motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255 (ECF No. 297), is **DISMISSED** without prejudice; his related motion for appointment of counsel (ECF No. 298) is **DENIED**; and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability, to the extent one is required to appeal, is **DENIED**.

ENTER: This 31st day of August, 2012.

/s/ James C. Turk
Senior United States District Judge