IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Roanoke Division

United States of America      [
                              [
                              [
v                             [  Case No: 08-cr-054
                              [
William A White               [  Judge Dillon
                              [
Defendant                     [
                              [

### SWORN DECLARATION OF WILLIAM A WHITE
-------------------------------------

I, William A White, do hereby aver under penalty of perjury this 5th
day of September, 2020, that the following is true and correct:

1)  I am over the age of 18 and competent to testify.

2)  This is an omnibus declaration.  It is intended for use in multiple
    proceedings when resources are not available for a narrower declara-
    tion.

Bayesian Probability Analysis
-----------------------------

3)  Many of the documents described herein and attached hereto are docu-
    ments which have been released to me by the United States or some
    other governmental entity.  These documents have often been released
    in redacted form, with the areas of redaction marked with thick black
    lines.  The portions of the documents outside the box are presented
    as opposing party statements pursuant to Fed.R.Evid. 801(d)(2) and
    government records pursuant to Fed.R.Evid. 803(6) and (8).  I antic-
    ipate that these documents can be further authenticated through
    discovery.

4)  In certain circumstances, I have reconstructed the redacted material

-1-

through a form of Bayesian probability analysis.  Bayesian analysis is the standard form of analysis used on documents of this nature by US intelligence agencies.  This analysis involves hypothesizing all possible values for a redacted item and assigning them a probability, then, developing hypotheses as to what other information one would expect to find if a given hypothesis is true.  As more information is developed, hypotheses are then accepted or rejected.

5) Specifically, when reviewing an FBI or other government agency file that has been redacted, I do the following:

a) I read over the new documents and familiarize myself with them and their structure, looking for items that will be useful in further analysis, like file numbers, agent names, divisions, squads, titles, summary documents, cross-referenced or cross-filed documents, media documents, and, court documents;

b) I then index the documents, recording file and serial number and crossed referenced files, making a separate index of file numbers, agent initials and names, dates, divisions and squads, and, a brief summary of the documents;

c) I now cross-reference the information of (b) with my existing lists of FBI divisions (sorted alphabetically and by number of characters), file numbers, squads, agents, and, the like to see what new information I can add to my indices;

d) I now look for multiple  copies of the same document that have been redacted differently, as well as media and court documents that may contain literal copies of the redacted information.  FBI and government documents tend to be copied and recopied within a file and into other files         with little variation;

e) I look, particuarly with FBI documents, at documents initialled by the same agent, both to fill in the redacted name of the agent,

-2-

as well as to determine redacted divisions and squads. With division and squad names, I start by counting the number of redacted letters and consulting my list of FBI field divisions and/or squads by number of characters. So, for example, if 5 characters are redacted and the document deals with the period after 2000, the reference must be to FBI field division Miami, Omaha, or, Tampa, as they are the only divisions with five character names;

f) I also use contextual clues to determine redacted information. So, for example, if one document references an arrest in Seattle, other documents referencing an arrest, if there is only one arrest, are Seattle field division documents;

g) I also use personal knowledge of the events depicted. So, for example if a document with an 11 letter redacted field division discusses an associate of Matt Hale who is giving media interviews, and, also states that the person is an FBI Confidential Human Source ("CHS"), and, this is referencing 2005, I know that this is either Billy Roper in Little Rock or Jeff Schoep in Minneapolis;

h) and, there are also logical exclusions. So, if I have a summary document referencing investigations in 46 field divisions, and, I have a 13 letter name, if the document has already discussed Oklahoma City, the only other option is San Francisco.

I find that once I have about 2000 pages of closely related documents, a file pretty much begins to complete itself.

The National Socialist Movement
--------------------------------

3) Exh A(a) is a letter from David M Hardy, Section Chief of the Records/ Information Dissemination Section of the Records Management Division of the FBI, and, it is presented to authenticate Exh A(b)-(c).

-3-

It states Exh A(b) p 3: that:

"Captioned individual operated as a racial informant ...and, an extremist informant, from 4/16/65 until the present time ... Informant's photograph and description appeared in the February 1976 NSWPP publication and he was named as an FBI informant."

Exh A(c), from the same file, is p 5 of the NSM publication National Socialist. It states:

"NSM Answers A Liar. The Movement issued its official rebuttal on April 18th to the absurd smear attacking Chairman Robert Brannen published February 15th by the Franklin Road Club of Arlington, Virginia."

The National Socialist White People's Party ("NSWPP") was headquartered on Franklin Road in Arlington, Virginia. The NSM was founded by Robert Brannen. As such, these two documents taken together indicate to me that the NSM was created by an FBI informant, Robert Brannen.

5) I was a member of the NSM from June 25, 2005, to July 9, 2006, and, during that time, my job was to represent the group, including its history to the public. In furtherance of this job, I reviewed and was a keeper of records for the group. The NSM described in the "A" series of exhibits is the same NSM that I joined.

File Summary
------------

6) Exh B is a document that I have prepared summarizing all FBI files released to me in whole or part or referenced in released files which relate to events that occurred during or after the year 1995. The United States is in possession of the originals of these documents.

7;8). I grew up in the Horizon Hill neighborhood of Montgomery County,
      Maryland.  This is an almost entirely Judaic neighborhood, and, as
      a child, my family and I were subjected to violence, particuarly
      from our neighbors the Formans, because we did not practice Judaism.
      Our house was egged.  Threatening notes were left on our

[continued next page]

9

door telling us to leave the neighborhood.  My youngest brother Andrew was threatened by the Forman's retarded son Marcus using an axe when Marcus was 17 and Andrew was 5.  The ethnic quality of this violence was concealed from me until I was 21 or so.

9)  My father, William David White, was a career member of the US Intelligence Community ("IC").  After serving as a Captain in the Air Force in Vietnam, he came to Washington, DC, about 1968 where he served as a staff member on the Senate Intelligence Committe, including under Senator  Frank Church during the COINTELPRO investigations. He then served on the Central Intelligence Committee, now the Directorate of National Intelligence, when it was led by George H.W. Bush. He then ended his career with 15 years service in the Central Intelligence Agency.

10) Around age 11 or 12 (1989), my father began to lose his mind and sink into grandiose-narcissistic delusions.  For example, when I was 12, I was bussed an hour or more each day to Takoma Park Intermediate School, where my father had forced me to attend the county's math-science-computer magnet program .  Takoma Park Intermediate was an otherwise all-black school located about one block away from Washington DC's largest open-air drug market.  I came home my first semester with straight A's.  My father, seeing my report card, flew into a rage and vilely berated me, reducing me to tears, because I couldn't do any better for him next  semester,

11) My father's bizarre behavior was difficult on my entire family.  For example, my brother James was driven to attempt suicide by driving his car off the road into a tree,  leaving him permanently disabled.

12) My mother has never come to terms with my father's bizarre statements. For example, my father used to go on at length about how superior his

-6-

brains. I believe this is the origin of my mother's bizarre state-
ment to Dr Samuels that she thinks I have autism (a statement which
she denies she made). During his lifetime, my mother made me promise
not to tell anyone my father was insane, which I respected until his
death last October.

13) When I was 12 or 13, I read the COINTELPRO papers, and, this started
my lifelong interest in extremism and counter-extremism programs.
About the same time I read Alexander Solzhenitsyn's Gulag Archipelago,
and, these and similar works in conjunction turned me strongly against
the kind of FBI counter-extremism programs discussed here.

14) My father's behavior and the fact that I was being bussed all day
into a dysfunctional all-black school left me very angry at the
school system, prompting me to start, at age 13, publishing a news-
letter, Utopian Anarchist Party, that was violent, supported school
shootings and hatred of law enforcement, and, was generally anti-
social in an Antifa sort of way.

15) In about 1992, Philip Graham, principal of Colonel Zadok Magruder
High School in Derwood, Maryland, made a complaint to the Montgomery
County, Maryland, police that I had "hacked" the school's computer
systems. I had done no such thing. As a result of this statement,
the Police obtained a warrant to search my parent's home and seize
all computer networking equipment and networked computers in my
parents' home. However, there were no such computers in my parents'
home, as I didn't have the internet growing up at all. No charges
were filed.

16) About the same time, Graham slammed a door on me during an argument
over me distributing my newsletter in school, called the police,

and claimed that the door had bounced off of me and hit him in the hand.  Again, no charges were filed.

17)  In about June 1993, I was ticketed by the Montgomery County, Maryland Fire Marshal for underage possession of fireworks.  This is the only legal infraction I was involved in as a juvenile.

18)  I began working for the Montgomery County, Maryland, Recreation Department when I was 14 and I taught sports skills and officiated youth sports 20-40+ hours a week until I was 19.  I moved out of my parent's house for university in 1995, the only time in my life I didn't work (at my parents' insistence).

19)  I was very opposed to US war-mongering when I was in college.  I also began to meet real socialists and anarchists and progressives.  The more I saw of the "far left", the more I despised the people in it. They were all loyal to the Democratic Party, they were all anti-working class, and, they were all deeply into anti-white racism.  Further, starting in these years, I began to see that the people at the top of white society that were directing the wars were overwhelmingly practioners of Judaism, that America was a Judaic-supremacist society and not a "white"-supremacist society, and, that the anti-white racism of the "far left" was stoked by its Judaic leaders to cover for Judaic nature of America's power structure.

20)  In 1997, I began my first adult job, originally as an administrative assistant, though  I was quickly moved into website development, and, paid to learn object-relational database development.  I first saw the internet at age 18 in 1995, and, first  began to learn to do something with it during this period.  I started my website Overthrow.com, named after the Yippie 'zine Overthrow, this year as

-8-

a continuation of my newsletter.

21) I am not a "loner", and, I do not believe that my best friends work
behind the counter at Lowes.  The number one thing I did in my spare
time from the time that I could drive until I was married, and, then,
again, after I separated, was go out with girls ( in between I went
out with my wife).  For example, and, I'll name her because she is
dead, when I was 17 my friend Kareena Brooks of Kensington, Maryland
(later soft porn star Gia Love and contestant on the Rock of Love)
and I used to go to the club Rise in Baltimore, a rave club, every
weekend.  Other things I have always done in my spare time include
reading, writing, and publishing, to which, since she was born, I'd
add hanging out with my daughter.  I also travelled several weeks a
year, enjoy playing blackjack for a day now and then, do yoga every
morning, and, otherwise do things other than use a computer, which
I use mainly as a tool for publishing.

22) In April of 1999, I , with others, pranked CNN by falsely claiming
to have masterminded the Columbine High School shooting.  This was
picked up by CNN, the <u>Drudge Report</u>, and, many others.  I did not
mastermind the Columbine High School shooting, or, play any role
in the shooting.  I do not advocate school shootings, or, any kind
of shootings.

23) After my prank of <u>para</u> 22, supra, I was invited onto a number of
national news programs, including the Alan Colmes radio program in
New York.  To my surprise, Colmes (and others) joined me in endors-
ing school shootings.  This experience caused me a lot of reflect-
ion, and, was my last step in abandoning anarchism.  Basically, I'd
lived on my own since I was 19, I wasn't putting up with my father's
bizarre behavior every day, I wasn't angry at the world as I had

been at age 13 or 15, and, I just moved on.  I also broke with a
lot my friends from my teenage years, as many of them were going
nowhere, several of them were using drugs, and, I was just going
different places than them.

24)  I publically apologized for my prank of para 22-23, supra, in about
     May of 1999 by posting a statement on my website, and, I continue
     to regret any harm that I caused to the families of the Columbine
     school shooting victims.

The CIA and Pravda.ru
---------------------

25)  After the Columbine prank of para 22-24, supra, I was befriended
     by Robert Stacy McCain, then Assistant National Editor of the Wash-
     ington Times, today a writer for the American Spectator magazine.
     For reasons given infra, I now believe that McCain was acting as
     a cut out for the CIA;  he was certainly acting as a cut out for
     some element of the IC, and, the FBI doesn't seem to know anything
     about him, so, the CIA seems the next logical candidate.

26)  During the period 1999-2001, McCain published a number of excerpts
     from my opinion pieces on my Overthrow.com website in the Washington
     Times.  My worldview also became strongly anti-progressive, I ran
     Pat Buchanan's petition drive for his Maryland presidential camp-
     aign in 2000, and, I became  more normatively politically active.

27)  The World Church of the Creator ("WCOTC") is a Church founded by
     former Florida state legislator Ben Klassen which basically teaches
     that the white race is good and all other races should be extermi-
     nated.  Its religion is called Creativity, and, its practitioners
     are called Creators.

28)  Exh P(a)(i)-(iv) are letters from David Hardy authenticating the

"P" series of exhibits as having been released to me January 8,
2020, June 15, 2020, or, July 6 or 8, 2020. The "P" series of exhibits
are from FBI file #266A-CG-123527, a Chicago Field Division file
relating to the murders of Michael Lefkow and Donna Humphrey, and,
are mostly cross-filed in Chicago file #266A-CG-119311, relating to
Matthew Hale, and/or, Springfield Division file #100-SI-50564, a
Terrorism Enterprise Investigation ("TEI") targeting the WCOTC.

29) Exhibit P(d) is a March 16, 2005, EC from FBI file #266A-CG-123527
subfile -RIGHTWING serial -154.  From the initials Exh P(d) p 4 and
her testimony in United States v White ND Ill 08-cr-851, I reasonably
infer that this document was authored by FBI SA Sarah A Lopez, one
of the five case agents in this matter.  Exh P(d) summarizes hundreds
of documents found in the -RIGHTWING and -RAPIDSTART subfiles of FBI
file #266A-CG-123527,and, I have tried to match those documents with
their redacted summaries in Exh P(d).  I do not have all of the sum-
marized documents, and, my confidence in the summarized and inferred
information runs from 80% to 100%.

                    The main purpose of this document is to show
the national nature of the WCOTC TEI and the extent of the FBI's in-
formants used in it.

30) One significant item for which I have 99%       confidence is the
identification of Billy Roper as the "source" identified in the last
paragraph of Exh P(d) p 13.  First, the Divisions that are listed in
the "To:" field of Exh P(d) p 1-4 are in alphabetical order. Second,
the body of Exh P(d) labelled "Details:" is roughly in alphabetical
order with many misplaced items, illustrated by it starting with
"Albuquerque" but having "Springfield" out of order.  Most records

for a given Field Office are grouped together. The referral to
being interviewed by several media outlets for comments on the
Lefkow murders links the redacted material in the last paragraph
of Exh P(d) p 13 with Exh P(b) and P(c), which are ECs from the same
file. Eleven letters have been redacted from each document for the
Field Division's name. The FBI has nine Field Divisions (or Field
Offices) in the United States with eleven letter names: Albuquerque,
Kansas City, Little Rock, Los Angeles, Minneapolis, New Orleans,
Saint Louis, San Antonio, and, Springfield. Albuquerque is dis-
closed as having no leads Exh P(d) p 5. Kansas City stamps the
initial "KC" on its documents, allowing the identification of Kansas
City with the last paragraph of Exh P(d) p 21, and Exh P(d) p 13.
Exh P(b) and P(c)
are also not stamped. There are many copies of the April Gaede in-
terview and the Blackberry message investigation that allow for the
identification of "Los Angeles" with Exh P(d) p 14, and, there is a
field Division with a 10 letter name in the first paragraph of Exh
P(d) p 14, creating a break between the subject Field Division and
the Los Angeles investigations. I know from prior releases that
Minneapolis Field Divison Squad 4 handled Jeff Schoep, and, the
documents matching to Exh P(d) p 18-19, which refer to the NSM as
"his" (the subject's) organization and his presence in Chicago
with Matt Hale at Hale's arrest make it clear that this is Schoep
and, thus, Minneapolis. There is a document in the -RIGHTWING file
stating that New Orleans has no leads. Springfield Division appears
Exh P(d) p 15-16. This leaves Little Rock, Saint Louis, and, San
Antonio. When the Field Offices in Exh P(d) p 1-4 are listed out,
Little Rock matches to Squad 6, as in Exh P(b)-(c). I can't think
of anyone who appeared in the media for Hale in Saint Louis or San
Antonio, while Billy Roper appears frequently in the media and has
had extensive contact with Hale. And, I was tipped off that Billy

Roper was an informant in 2003, as described, infra. So, I reason-
ably infer that Roper is the source referenced <u>Exh P(a)-(b)</u> and <u>(d)</u>
p 13.

31) <u>Exh P(e)</u> gives a history of the Chicago and Springfield Divisions'
efforts against the WCOTC and is also an EC from the "RIGHTWING" or
"RAPIDSTART" subfile of FBI file #266A-CG-123527.

32) <u>Exh P(f)</u> is a document from FBI file #266A-CG-123527 bearing the
initials "MAH", just as the initials appear on <u>Exh N(g)</u>. From my
meeting with him in 2013 described infra, I reasonably infer that
that initials refer to "Michael A Haus" a Chicago Violent Gang and
Terrorist Organization ("VGTO") Intelligence Analyst ("IA").

33) In January 2001, I began working as a tech contractor building web-
based object-relational database systems. Between January and April
2001, I worked three contracts, one for Logistics Management Institute
working on the Environmental Protection Agency's Safe Drinking Water
Access and Review System, one at Ntercept Communications, working on
the dial software that is now used to poll political speeches and tel-
evision pilots, and, then, at Solucient,           a health care
informatics company, where I stayed until early to mid 2002. (They
offered a permanent job, but, I would have had to move to Indianapol-
is, so I declined). I was paid $43-$50 an hour on contract at these
positions, and, later charged $50-$60 an hour for my time once I went
out on my own in 2002.

34) In about April or May 2001, Vladimir Gorsheinin (sp?), an editor at
Pravda.ru, an organ of Vladimir Putin's United Russia Party, re-
cruited me to work as <u>Pravda.ru</u>'s Washington correspondent. My main
assignment was to report on and develop sources within American "ex-
tremist" groups. I was also involved in developing American corporate

-13-

structures under which Pravda.ru could operate, and, in obtaining

press credentials so Russian journalists could access US federal,

state, and, local government buildings and functions.

35) Shortly after I began my work for Pravda.ru, the FBI, I believe its
Sacramento Field Office, tried to recruit me. I was approached on-
line by a Negro FBI agent who tried to appeal to my "patriotism".
I Googled him, found out that he had just been involved in busting
an Earth Liberation Front cell, and, refused his offer to work against
Russia and so-called "violent extremists".

36) During the period 2001 and 2002, I covered numerous "extremist"
events, many involving Matt Hale and the WCOTC. As part of this work,
I developed sources within the group and other white nationalist
groups. If you were to follow the paradigm of Spot-Assess-Develop-
Recruit, my job was to spot people worth following up with and to
assess them and to pass that on. I also developed and recruited
sources to gather information for me.

37) Another "extremist" group that I dealt with in 2001 was the National
Alliance, where I developed a source, Erica Hardwick, who was also
involved with with the WCOTC. I knew Hardwick to be violent -- she
had the words "Stay Down" tattooed across her knuckles -- manipulative,
dishonest, a drunk, and, a thief, but, also with a certain charm.

38) I am a white nationalist, but, I was not in 2001. I have never pract-
iced Creativity or been a member of the WCOTC. I have never done
anything at the direction of Matt Hale.

39) I was in touch with Billy Roper, who was then the National Membership
Director for the National Alliance          by email no later than
the summer of 2001.

40)   I met Hardwick and Roper in person at a rally outside of the Zionist
      (i.e., "Israeli") Embassy in Washington, DC, in about August of 2001.
      There, Roper wrapped a Zionist flag around a ham, amongst other sim-
      ilar stunts. (Future FBI CHS Joshua Sutter was at this event.

41)   Shortly after the demonstration of para 40, supra, I learned, possi-
      bly from Hardwick, that William Pierce, Chairman of the National Al-
      liance, was thinking of dismissing Roper because he believed that
      Roper was calling public demonstrations in an effort to assist the
      FBI in  bringing NA members out into the open where they could be
      catalogued and observed.

42)   After I learned of the information of para 41, supra, and, while I
      was working with Roper to arrange a meeting and interview with Pierce,
      Pierce contracted stomach cancer, dying in early 2002.  The NA was
      then taken over by a Board that consisted of Erich Gliebe, Bob DeMarais
      Fred Streed, and Kitti Molz.  Another well-known member of the group
      was Kevin Alfred Strom.

43)   In January 2002, I met Hardwick at a diner across from an Irish pub
      called, I believe, "Ireland's Five Provinces".  This was near a Ham-
      merfest concert put on by the Hammerskin Nation, a skinhead gang.
      Hardwick told me that she had been approached by US Marshals at the
      pub and recruited as a federal informant.

44)   In January or February 2002, the NA's Board of Directors expelled
      Billy Roper from the group.  He then formed a new group based in
      Arkansas called "White Revolution".

45)   In early 2002, I became aware of an internet radio program, the Von
      Bluvens Show, hosted by FBI CHS Michael Blevins and his case agent
      FBI Tampa Division Joint Terrorism Task Force ("JTTF") Task Force
      Officer Robert Killian, aka "Doc" and aka "Michael Snyder".  During

this program, Blevins and Killian falsely stated that I worshipped
Satan and the fictional HP Lovecraft character Cthulu.  I later called
their radio program to correct them, and, began to speak to Blevins semi-
regularly, not yet knowing that he was a CHS.

46)  Because of my pronounced opposition to Judaism, which I now saw as the
driving force behind not only America's imperialist wars, but, also
the destruction of civil liber ties,and,the institution of torture dur-
ing this period, I stopped writing for Pravda.ru in mid-2002;  the
Russians thought that my material was too anti-Judaic for them to pub-
lish in an official organ.  I went on to briefly work for a publication
sponsored by the LIbyan government of Moammer Gadafi called Jamahirya,
I believe, but, left there because I didn't understand the importance
and significance of Gaddafi's pan-Africanism in the fight against glob-
alism.

47)  In 2002, I began attending two sets of political dinners in the DC area.
During the summer of 2002, before I left Pravda.ru, I wrote an article
about the Judaic conspiracy that drove Joe Sobran out as editor of Nat-
ional Review.  Sobran so appreciated the article that he invited me to
dinner with a number of people, including a staff member of Ron Paul's
named Norm.  At that dinner, Norm invited me to meet with Paul's Congr-
essional staff to discuss Russian issues (something I was very unquali-
fied for) and possible Russian support of America's conservative / lib-
ertarian movements.  The host of the dinner, Roy, invited me to attend
the weekly Anti-Zionist Dinner that had been founded by Pat Buchanan,
Sam Francis, and, Joe Sobran during the First Gulf War.  This was at a
Thai restaurant in the Alexandria / Arlington area.

48)  Also in 2002, I helped petition onto the ballot for Congress in Mont-
gomery County, Maryland, a guy named Steve Bassett who was really into
space aliens.  He was a friend of Sarah McClendon, the first female

-16-

old), and, got me invited to the McClendon Study Dinner at the National Press Club (chaired by John Hurley) every week.

49) On at least one occassion, I was followed and photographed on my way to the Press Club; this was winter 2002 / 2003.

50) At one of the anti-Zionist dinners, which also paralleled a second dinner at the same restaurant for the Council of Conservative Citizens, I came in late. I don't recall the date, but, the invited guests were Mark Weber and Paul Fromm, among others. I saw someone seated behind the speaker's table, asked someone who it was, and, they told me it was Ron Paul. I didn't speak to this person, and, have never met Ron Paul in other any context, but, having met his staff there, I had no reason to doubt it was the Congressman.

51) In December 2002, the FBI entrapped Matt Hale for soliciting a violent felony against US District Judge for the Northern District of Illinois Joan Lefkow. United States v Hale ND Ill Case No: 03-cr-011. To summarize Hale, the United States had an informant, Tony Evola, persuade Hale to authorize Lefkow's murder. Hale then sent out an email which I felt was a solicitation to harm Lefkow to hundreds of people. One recipient of this email, FBI CHS Jon Fox, to whom I had never previously spoken, sent me that same email and asked my thoughts. I then emailed Hale and told him that he should drop the solicitation. We exchanged three emails on the subject, the only communications that I ever had with Hale prior to July 1, 2020. The last email that Hale sent to me stated "Shut up. I know what I'm doing." He was then arrested about two weeks later in January 2003.

52) Mr Hale tells me that he did not intend to solicit a violent felony against Joan Lefkow and was merely trying to organize a demonstration outside of her home. He also tells me that "maybe" he recalls our email

-17-

These statements are inconsistent with my memory and experience.

53) I did not correctly know the facts of Hale's case until after October 2008. At first, I thought him only to be charged with Evola and to be entrapped and innocent. Later, I thought that the behavior was foolish and not criminal, and, that he had been denied Due Process and sentenced unreasonably. And, I always thought that the Seventh Circuit's ruling underlying Hale's conflict with Lefkow was outrageous. Today, while I believe Hale is guilty of the solicitation, my other views remain the same.

54) In early 2003, I was helping a man named Bernhard von Not Haus promote the Liberty Dollar, an alternate gold and silver currency. I worked with Kelly O'Meara (I believe that was her last name) at Insight magazine to do a spread on the project, and, also got it in the Washington Times and on Paul Harvey. I was then contacted for the first time by Craig Cobb, an adherent of the WCOTC    who I later learned was a drifter. Cobb told me that he had come into an inheritance and that he was setting up a store in West Virginia where he wanted to accept Liberty Dollars. I ended up putting him in touch with Von Not Haus. Cobb then sporadically contacted me after that until 2012.

[continued next page]

The GRU Reports
---------------

55)   When the United States invaded Iraq in March 2003, I was anonymously
      provided with summaries of intercepted communications between US
      military forces in Iraq that were branded as originating with Russian
      military intelligence, the GRU.  Publishing them brought my website
      29 million visitors that month.

56)   Following the publication of the reports of <u>para 55,</u> supra, I began
      communicating with more individuals purporting to be part of various
      foreign governments, intelligence services, and, **militaries, than**
      before.  For example, there was a Major in the Pakistani ISI at I
      believe one of their war  colleges who emailed me several times.    I
      don't recall his name.

57)   In late spring / early summer 2003, I began receiving accurate inform-
      ation on  FBI activities in the "white supremacist extremist" move-
      ment, including the identities of FBI confidential human sources and
      undercover employees / task force officers and FBI methodology.

58.)  In late summer 2003, my email account, <u>dhyphen@yahoo.com</u>, was hacked
      and completely erased.

59)   Shortly after the hack of <u>para 58</u>, supra, and, before I moved to St
      Louis in September 2003, Stacy McCain suddenly showed up at my door
      one day to offer me a job as an Assistant National Editor at the
      <u>Washington Times</u>.  He told me that if I stopped talking so much about
      Judaism, the <u>Washington Times</u> would pay me $45,000 a year, give me

                                    -19-

re-

habilitate my reputation". I told McCain that $45,000 was a fraction
of what I earned, that I had had over 35 million readers that year
(after the GRU intercepts it settled down to about 500,000 a month,
150,000 unique, or, 1.8 million unique readers per year), and, that
my reputation was fine. Previously, McCain had mentioned to me people
like current US Special Envoy to Venezuela Elliot Abrams and writer
David Horowitz, both of whose connections to the US IC I had profil-
ed in Pravda.ru, as being interested in my work (despite their Jud-
aism); both, and, the circle of writers around them, were connected
to the conservative media McCain mentioned, like Chronicles.

60) After the visit by McCain, and, before I moved to St Louis, I was
approached by NA board member Fred Streed, who said that the rest
of the NA board -- Molz and DeMarais -- were fighting with Gliebe and
they wanted to remove him. Streed wanted to know if I and Alex Lind-
er, publisher of the VanguardNewsNetwork website, would take over
leadership of the group after the board removed Gliebe at the next
board meeting.

61) Streed's offer was part of an FBI disruption plot similar to the one
that eventually brought me into the NSM, and, after some consultation,
I agreed. This was my first attempt at what I did with the NSM, which
was to take control of a white nationalist group and utilize it to
target the FBI's counter-extremism program. In furtherance of this,
I reached out to bring in FBI CHS Billy Roper.

62) The FBI must have figured out something was not right, as it eventu-
9    ally did with the NSM operation. The board meeting was something
like late August / early September 2003. On the evening of the board
meeting, which I was not supposed to attend, I was struck by a drunk

-20-

to
coordinate events by phone.  At the meeting, which Gliebe, Molz, and,
Streed, were expected to attend, Streed walked out and refused to
cast his vote -- the vote needed to pass the resolution to remove
Gliebe 2-1.  The 1-1 vote then failed to remove Gliebe.

63) After the failure of para 62, supra, Roper launched a sustained effort
to blame the failure on me, call me a "liar" and whatnot, and, to
damage my efforts with Linder.

64) In September of 2003, I moved to St Louis hoping to marry my girl-
friend, but, it went badly.  About that time, in October 2003, a pair
of websites that I worked on, VanguardNewsNetwork.com and ShopWhite,
were hacked, and, my hacked accounts were used to commit crimes.
Death threats against George Bush, and, apparently, from the FBI's
files, Madeleine Albright, were posted under my name on VanguardNews-
Network.com, and, credit card numbers were stolen from ShopWhite,
which was an Ebay clone.  The Secret Service investigated the threats
and traced them to a computer in Sacramento, which exonerated me.  The
stolen ShopWhite credit cards were used at some point in the next 1-4
months to send me $2000 in fraudulent donations, which I reported as
soon as they were discovered, and, refunded through my credit card
processor.  This was, however, the first effort that was made to frame
me, and, I believe that the CIA was involved, though there are other
candidates.

The Fair Housing Investigation
-------------------------------

65) I grossed about $180,000 cash in the first nine months of 2003, made
about $100,000 on the sale of my home, and, with about $54,000 in cash
from my business I started a real estate investment company in Roanoke,
Virginia. I also got lucky, and, invested about $10,000 in a company

called Ceradyne whose stock just about octupled in value in 2003-2004.
Using all of this money, I bought my first nine homes / small apart-
ment buildings in the first four months of 2004. Basically, what I
did was buy abandoned slum property, rehab it, flip the financing,
and, then, rent it. I taught myself the building trade and my spec-
ialty became structurally damaged buildings. So, I might buy a dup-
lex that had partially collapsed for $20,000, put $25,000 into it,
including jacking up the collapsed portion, reframing it, and, tying
the rest of the house's frame back together, and, then, have it ap-
praised after a year for $110,000,take out $88,000 in cash, and, rent
it for $1100 a month (which I did with 1502 Chapman Ave Roanoke, VA).

66.) My father has told people a number of strange and untrue things about
my business, in which he was essentially not involved at all. First,
my father claimed that I bought all of my buildings no money down,
which is impossible. At that time, you could sometimes buy a first
primary residence no money down from a bank. You could not buy any
other properties that way, you couldn't hold financing on more than
ten properties on any kind of residential loan, you couldn't obtain
micro-loans on those terms, and, you couldn't obtain the kind of hard
money I often used on construction on those terms. I did on two oc-
cassions allow my father to invest in two projects I did:  515 10th
St, and, 1610 Patterson Ave, which he later bought. However, that
was done out a desire to build a relationship with my father, and, I
had no idea that he delusionally told people that he was financing my
entire business and that I was a failure and a fraud and whatnot until
just before his death. The total amount of my father's investments
were maybe 2.5% of my gross cash over five years. I also note that
my tenants were 90% white, that I did not take Section 8, and, that
the neighborhood was also not "predominantly African-American" or
"historically African-American", as various sources have claimed.

-22-

67.) At the time that I moved to Roanoke, Virginia, I largely discontinued my work with "extremists", though I still occasionally updated my website.

68.) In 2004, I learned of a tax and customs evasion scheme being conducted by Gliebe. Specifically, the NA owned a record company, Resistance Records, and, Gliebe would press CDs off the books and smuggle them to Europe, where the music was banned, and, sell them there. This money would then not be reported on taxes or to customs. The NA's accountant in Arkansas, whose name I cannot recall, made copies of the cooked books and gave a copy to DeMarais, who used them to blackmail Gliebe into settling litigation where Gliebe was trying to evict DeMarais from his home, which the NA may have owned (there was some relationship). I learned of the cooked books from FBI CHS Robert Campbell, and, subsequently obtained a copy. After reporting on this on Overthrow.com, I was contacted by FBI SA Michael Hartman of the Cleveland Field Division who attempted to obtain my cooperation on this matter, which I refused. Exh N(z) p 2.

69) After leaving my girlfriend in St Louis, I had a brief relationship with federal CHS Erica Hardwick in November-December 2003. Her boyfriend found out in January 2004, and, she became very upset with me. In about June or July 2004, Hardwick incited two tenants that I was evicting, Angela Layman and Deborah Burnett, to make false fair housing complaints against me. In both cases, their claims were heard and rejected in the Roanoke City District Court in Roanoke, Virginia -- Layman's three times.

70) Exh C(a) is a letter from Hardy authenticating Exh C(c), a document released to me for the first time April 20, 2018.

71) Exh C(c) is the September 20, 2005, closing document of FBI file

#177A-RH-51892. I have reconstructed the name Katherine P Kelley
from her initials on the documents and from her name's use elsewhere
in the file. I have reconstructed the other details from personal
knowledge and from other documents in the file. The document states
in pertinent part that:

> "None of the information already submitted in this case has led
> to any threat or use of force to evict individuals from their home.
> No other individual has come forward to make any more allegations
> regarding the captioned individual."

This file was never re-opened, and, charges were never brought.

72) The strangest allegation that came from the fair housing investigation
is that I walked around patolling properties with a shotgun in the
middle of the night. That stemmed from one incident after I was
physically attacked by Hardwick and some friends outside of my prop-
erties, and, after Hardwick and friends had been routinely vandaliz-
ing my properties. I received a call from a tenant stating that
Hardwick was in the neighborhood and was inciting a mob to damage my
properties,which were occupied with tenants. I did park at an aband-
oned building where I was doing construction and walk over to another
occupied building with a 12-gauge shotgun where I asked the tenant
where the mob was. When I determined that there was no violent mob,
I put the shotgun away. There was no patrol, and, I had the legally
owned and carried gun because I had been informed there was a mob
threatening occupied buildings. I also note that I was assaulted
about four to six times a year while managing my properties, includ-
ing one failed attempt to rob me at knife-point, and, that, while I
carried a .380 pistol openly, I only ever brandished a firearm in
defense of another. For example, I once came upon a mob beating and
kicking someone on the ground, and, I brandished a shotgun and caused

-24-

the mob to disperse in defense of the victim's life; this was be-
hind 1610 Patterson in maybe 2006 or 2007.  I once had a tenant take
a rifle to a rooftop and shoot one of my workers off a ladder before
shooting at random at other persons on the street;  this was at

1513 Chapman Ave.  There, I took cover and retrieved a shotgun
until it could be determined that the person had stopped shooting.
Or, I once came upon a local pimp assaulting a prostitute in the
middle of the sidewalk and the front lawn of my properties at 1510
and 1514 Chapman, and, after he threatened me for intervening, I
brandished a firearm in defense of the woman's life, causing the pimp
to flee.  And, incidents like this, more than just simple assaults,
happened maybe twice a year in that neighborhood.

The NSM Investigation Begins
----------------------------

73) In about January 2005, the NAACP, whose local Chairman, Brenda Hale,
was working with the FBI to target me for the false fair housing al-
legations and generally disrupt my life, did something really outrag-
eous -- I forget what, but, I remember learning about it from the
newspaper -- that made me realize that the FBI just wasn't going to
leave me alone, and, that they were going to harass me, incite violence
against me, and, protect people who were committing crimes against me
regardless of what I did.  So, the idea of entering their "white sup-
remacist extremist" movement and disrupting it was revived.

74) On        February 28, 2005, about 11 PM,            I learned
that the husband and mother of US District Judge Joan Lefkow had been
murdered.  By the morning of the next day,   I had made some poorly
worded comments on my website about how sometimes that is the only way
to get justice out of a federal court.  These comments were then report-
ed in the New York Times.

-25-

My comments sparked an investigation by the FBI
TEI into whether or not I had driven from my home, which the FBI er-
roneously believed was in St Louis, to Chicago to kill the Lefkows,
which turned into FBI File #89C-CG-122118, an investigation into me
for conspiracy. I had nothing to do with the Lefkow murders.

76) In March 2005, a dispute began with CIT Group, one of my mortage
servicers. I had bought a duplex at 1529 Chapman Ave, SW, and,
a 7-unit (which I reduced to a four unit) at 1602 Patterson Ave, SW,
both in Roanoke, Virginia, 24016, with mortgages serviced by Ocwen
Financial. A term of the mortgage was that the servicer would pay
the insurance and taxes from escrow. About this time, CIT Group
bought the mortgages but did not pay          the taxes and insurance.
So, I had to pay them, as CIT Group ignored all of my complaints.

77) In late March 2005, FBI Tampa Field Divison Sarasota RA CHS Michael
Blevins came to Roanoke, Virginia, where he claims to have once lived,
and, met with me. Several weeks after that, one of Blevins' case
agents,                                        Killian,
                   showed up dressed like an Orthodox priest
with some bizarre story claiming that he was going to start the "fourth
generation of the Ku Klux Klan."

78) In furtherance of my disruption operation, I was recruited into the
NSM on June 25, 2005, by Blevins and FBI CHS Jeff Schoep at an NSM
event in Yorktown, Virginia, much as the FBI had tried to recruit me
into the National Alliance two years easlier. I note that Schoep was
retired from the NSM by the FBI and put onto MSNBC in late 2019; he
now apparently tours with representatives of the Judaic groups who
once worked with the FBI in controlling him.

79) My intent in joining the NSM was not to engage in any sort of violence

such events, particularly FBI CHSs and UCEs, disrupt the FBI's opera-
tions within the NSM, and, to utilize the NSM to create disruption
generally within society. I am a white nationalist, but, I know that
the biggest obstacle to the liberation of white working people is the
FBI and the DOJ, the leading patrons of Judaic Bolshevism and Antifa
mobs, and, their fake "white supremacist extremist" movement.

80) In the fall of 2005, I believe in August, I sued CIT Group for not
paying my insurance and taxes. CIT Group did not respond, and, I
took a judgment for about $1400 against it from the Roanoke City
District Court.

81) After obtaining my judgment, I placed a levy on my mortgage payments
to CIT Group and seized them in satisfaction of the debt. CIT Group
responded by reporting my mortgage payments as delinquent and event-
ually putting me in default. I then sued them, with counsel, in the
Roanoke City Circuit Court.

82) When CIT Group put me into default, three lenders: Citigroup, Bank
of America, and, Chase, put my credit cards into cross-default,
raising my interest rates from 3-6% to about 33%. I refused to pay
33% interest and tried to note that I was being wrongfully reported
as being in default.

9

The NSM Investigation File
--------------------------

83) Exh D(a)(i)-(ii) are letters from Hardy authenticating the "D" series
of exhibits as documents released to me on September 20, 2018, and,
October 20, 2018;  I had never seen any of these documents before these
releases.

84) Exh D(b) is the opening EC of FBI file #266N-RH-52670.  I have re-
constructed the designation "DTOU" for "Domestic Terrorism Operations
Unit", by inference from other documents. I have reconstructed Kel-
ley's name from her initials, and, historical knowledge about the
NSM from personal knowledge.

85) So, my goal was to disrupt the FBI's Counter-Terrorism Division /
Domestic Terrorism Strategic Operations Section / DTOU, and, I had
some beginner's luck.  In October 2005, FBI CHS Jeff Schoep asked me
to go to Toledo, Ohio, to help organize a "March Against Black Crime"
by what were supposed to be "local residents", but were really fed-
eral CHSs.  The march was directed against black gangs, who joined
with Communist, anarchist, and, Antifa, groups to oppose the march.

86) The original plan for Toledo is illustrated in the attached drawing.
NSM members (the "local residents") were to gather in a parking lot

in the back of a park located behind a school; the lot is label-
ed(1). On the day of the march, the Toledo Police and the FBI
occupied the parking lot at (1) and ordered myself and the NSM
to use the parking lot at (2). I and a small team from the NSM
arrived before the Communists to secure the location; no police
were present at this time. Eventually, the mob of Communists,
anarchists, Antifa, and, black gang members in their "colors"
formed at (4). About an hour later,
police began to deploy, and, directed
NSM members to enter the parking lot
at (2) by driving through the mob. This
started problems, which led the police
to form a line at (3). After the
police line formed, the mob then at-
tacked the police, not us.



87) After the mob began throwing things at the police, the police then
continued to direct traffic through the mob, leading to one person
having the windows broken out of their car.

88.) Eventually, about 32 people, including the 9 who started out with
me, made it through the mob, and, we began our march at (5). At
this time, violence broke out on the street on the other side of
the school at (6), where the Communists attacked the police; no
NSM members were even visible when the violence began. The police
then blocked our march, and, I led the NSM contingent back to (2),
and, then, out by route (7).

89.) Exh D(c) is a December 14, 2005, document indicating that a Grand
Jury had been seated against me in the Western District of Virginia.
The existence of this Grand Jury was not disclosed before September
20, 2018, and, its records remain sealed.

James Logsdon, who ran the group in Hale's name for the FBI. I met
Logsdon December 10, 2005, at a second rally in Toledo, Ohio. He
told me that he went to prison "because he killed a man", which I
later found out referred to his having killed a friend in a
drunk driving accident. He then talked about the work the WCOTC
was doing in Illinois prisons before telling me that the WCOTC didn't
want anything to do with me.

91) Exh D(b) is a working copy of an FBI EC dated January 10, 2006, show-
ing the scope of the DTOU's monitoring and operations at that time.

92) Exh D(e) is a working copy of a January 25, 2006, FBI EC referring
to another FBI-sponsored "March Against Black Crime" which I attend-
ed, this one organized by FBI CHS David Gletty in Orlando, Florida's
Parramore neighborhood in February 2006. From Gletty's book, Under-
cover Nazi, the reference to three BATF agents in attendance, and,
personal knowledge, I estimate that about three of the twenty to
twenty five persons who participated were not federal agents: myself,
Laura Sennett, aka Isis, and, an undercover reporter for a local pa-
per. I photographed and recorded all of the attendees, and, also
received a photograph of many of the attendees from Gletty's gay boy-
friend "Joe". I note that Gletty has also appeared on the History
Channel documentary America's Book of Secrets discussing his time as
a federal informant, including on August 25, 2020, at 6:30-6:45 PM.

93.) About March 2006, the FBI realized that something was wrong with my
presence in the NSM and began a serious push to drive me to resign
from the group. The FBI was at that time operating a fake skinhead
gang called the Vinlander Social Club, led by FBI CHS Brien James.
James threatened Schoep to get rid of me. Then, James tried to

-30-

threaten me, and, told him that I'd be more than 31 in the back at
100 yards from cover if I ever saw him in Roanoke, Virginia, which
drew an apology. At some point, I believe also in March 2006, I
was asked by FBI Roanoke SSRA Kevin Foust to meet him at the FBI of-
fices, which I did, where he told me that the Maryland State Skinheads,
were planning to "assassinate" me at an upcoming World Knights of the
Ku Klux Klan rally in Sharpsburg, Maryland, at the Antietam battle-
field.

94) Also in March 2006, I was contacted by Craig Cobb.

   I had last heard from him after an NSM rally in Indianapolis,
where he had told me that Hardwick had stolen a money order from the
glove compartment of his car. In March 2006, Cobb emailed me twice
and then Skyped me. He told me via Skype that he had conspired with
Ross and four "Russian skinheads" to kill the Lefkow family. Specif-
ially, Cobb stated that the "Russian skinheads", whom he stated had
flown into the United States before the murder and fled to Russia
afterwards, had told him to "do it like the mafia" and to "find a
patsy" by searching through Lefkow's recent cases for a disgruntled
litigant. Cobb said that he had located Ross and persuaded him to
kill Lefkow, providing Ross with information Ross needed including
Lefkow's address, pictures of her family, a photo of their house, a
floorplan, and, other photos and documents. Cobb then emailed me all
of these documents as well as recording of him speaking to Ross via
Skype.

-31-

96.) I later learned, after the FBI began to release file #266A-CG-123527
that Ross had a distinctive accent and speech impediment, specifically
that Ross had had oral cancer that impacted his tongue and that he
had a thick Polish accent. When I was asked to describe Ross in
the March 2013 meeting, infra, I described his voice as sounding as
if he was retarded or someone was holding his tongue, but, something
also that I couldn't place, which was his Polish accent.

97) After receiving the information from Cobb, I burned it to a CD and
took it to my counsel Jack Kennett. Kennett took this "Lefkow CD"
and advised me not to turn the Lefkow CD over to the FBI and DOJ be-
cause they were corrupt and to allow him to keep it in case it was
needed. Following Kennett's advice, I did so, and, I destroyed all
other copies of the recording, though I believe that I left the pict-
ures in my email (I'm not sure). Some of the emails were seized by
the FBI.

98) My motive in urging Kennett to turn the Cobb material over to the
FBI was practical. I knew that if I published the material, the
FBI would come to my house to seize it, so, I figured it was easier
to just give it to them.

99) I now know, from Exh P(e) and from a statement that Haus made to
me about a picture of Michael Lefkow in a fedora having been pre-
viously published by the WCOTC, that some of the material that
Cobb provided to Ross was material that the FBI believes Hale in-
structed WCOTC members to place on the internet in furtherance of
his solicitation; Hale denies this. Exh P(h) suggests that someone
else was also posting this material.

-32-

100) Exh P(g)-15 a March 1, 2005,

2005 interview of Google employees by the FBI in which the FBI asked Google to identify any IP addresses that had ever searched for Lefkow or her home.  From this, a news article stating that the FBI was still searching for how Ross located Lefkow's home, and, the absence of any contrary evidence in the file, I believe that the FBI never determined how Ross obtained the address of the Lefkows.

101) The files and a newspaper article retained by the FBI also refer to Ross as a hoarder, and, to Ross doing electrical work on homes in the Lefkow's neighborhood;  from this, I infer that this work is the source of the floorplan that Cobb provided, which is slightly different than what Cobb had said, which was that he was sending me things he had given to Ross.

102) At about this same time, I received an email from McCain, having not heard from him for three years.  The email urged me to consider stopping my criticms of "blacks and Jews", and, only focusing instead on "Islam and immigration", stating that I could be integrated into mainstream politics if I did so.  At this same time, groups and persons in the "white supremacist extremist" movement controlled by the FBI did exactly what McCain suggested to me:  Jeff Schoep called me about that time and suggested that the NSM would start to focus on immigration and not "blacks and Jews";  he stopped wearing the NSM's SA-like uniform at that time, and, would eventually abandon the uniform and the swastika.  The Stormfront website also at this time abandoned and barred national socialist imagery.

103) Exh D(f) is an FBI EC from May 8, 2006, regarding the FBI's intense effort to monitor the possibility that I and less than 10 NSM members might picket at the Shenandoah Apple Blossom Festival in

cited for allegedly distributing handbills in violation of a city
ordinance, for which I was eventually acquitted. I note that the
actual mass racially motivated attack on black festival goers by 75
MS-13 members was of no concern to federal law enforcement. Exh D(f)
p 4.

104) Exh D(g) is a May 8, 2006, update to Exh D(f). Kevin Foust's name
in both documents is reconstructed from his initials on the documents
and the fact that he was the Ronaoke RA/SSA at the time.

105) At some point in the summer of 2006, I took a judgment against CIT
group for $100,000.00 for slander for its improper reporting of me
as delinquent on my mortgages. After I put a lien on their region-
al corporate headquarters in Richmond and began to set a Sheriff's
sale for all property inside, CIT Group paid me $100,861.00. This
was reported in the Richmond Times-Dispatch.

106) After taking my award from CIT Group, who also corrected my credit
report, I sued Bank of America, Chase, and, Citigroup, for breach
of contract in having raised my interest rates over a false report.
All but Citigroup quickly settled.

107)   Exh D(h) is a July 11, 2006, Roanoke Times article on my resignat-
       ion from the National Socialist Movement.  Essentially, the Chairman
       of the NSM was Clifford Herrington, a former friend of Brannen (who
       had died of a heart attack thirty-ish years earlier).  Herrington's
       wife was Andrea Herrington, a half-Native American woman.  A Herring-
       ton runs a cult called the "Joy of Satan" and "Teens for Satan".
       On the evening of July 9 or 10, 2006, A Herrington emailed me and
       told me that she was teaching young teenagers to masturbate and
       engaging in other acts of pedophilia.  Several hours later, I re-
       signed from the NSM by emailing Jeff Schoep privately.  Schoep
       then sent out a blast email some hours later claiming that he had
       expelled me from the NSM for being disruptive.  Of course, Schoep
       did this at FBI direction and this false statement later appears
       in FBI files as part of their slander campaign against me. (I was
       being disruptive, but, that's not why I left the NSM).

108)   On July 26, 2006, I and 118 former members of the NSM , many of
       them FBI CHSs, formed the American National Socialist Workers' Party
       ("ANSWP").

109)   The ANSWP continued my mission of disrupting the FBI's control of
       the fake "white supremacist extremist" movement.  One purpose of the
       ANSWP was to "out-extremist" the FBI's "white supremacist extremist"

their CHSs and Undercover Emplyees ("UCEs"), catalog ing them, and,
putting them to useful work against the FBI's "white supremacist ex-
tremism", as well as America's corrupt social control system. Having
opposed the FBI's political policing role all of my life, recognizing
that the FBI was not going to stop harassing me, and, sick of seeing
white working people's national aspirations exploited for the benefit
of Judaic "anti-hate" movements, I decided to take the pranking that
I did against illegitmate authority as a teenager and turn it against
the feds.

110) During the two years I operated the ANSWP, July 26, 2006, to October
17, 2008, I continued to develop sources, including Jane Bennett, an
aide to Member of European Parliament ("MEP") Nick Griffin. Bennett
was a WCOTC member, and, I allowed her and other Creators she knew
in Britain to contribute to a magazine I began publishing, National
Socialist. I had no connection to the American WCOTC, led by James
Logsdon.

111) Exh D(i) is the file closing document for file #266N-RH-52670. I
have reconstructed the name Thomas David Church from his initials,
from reasonable inference from other documents in the file, and, from
personal knowledge, as with the DTOU.

112) Exh D(j) is a November 6, 2006, document noting my acquittal for dis-
tributing handbills in Winchester, Virginia. I have reconstructed
"T David Church" from reasonable inference from other documents in
the file.

113) My attorney Jack Kennett died in September 2006, and, the Lefkow CD
and my business went to attorney Richard Lawrence.

-36-

Case 2:08-cr-00054-EKD Document 411-1 Filed 10/05/20 Page 37 of 97 Pageid#: 5708

#266N-RH-52670, the original documents being in the possession of
the United States.

115) Exh D(o) is a 302 of an interview conducted May 8, 2006. I have
determined that the interviewee is Erica Hardwick from the number of
letters redacted for the name and the information cited. I have re-
constructed the name "Katherine P Kelley" from her initials at the
bottom.

116) Exh D(p) is an FBI EC regarding a World Knights of the Ku Klux Klan
event that I attended in Sharpsburg, Maryland at the Antietam Bat-
tlefield June 10, 2006. Gordon Young was the FBI CHS who sponsored
the rally and led the WK-KKK; Ken Krause was an NSM member who org-
anized an NSM presence at the event. I was personally present and
reconstruct their names from personal knowledge.

117) Exh D(s) is the original FBI EC from June 13, 2006, relating to the
events of para 116, supra.

118) Exh D(u) is an October 21, 2005, FBI EC relating to an interview
conducted by the FBI's Pittsburgh Field Office with the NSM's West
Virginia unit leader, who was an FBI CHS; I cannot recall his name.
Katherine P Kelley is reconstructed from other documents in the file
indicating that she was the case agent at the time, and, the initials
"TG" are taken from the bottom left hand corner of the document.

119) Exh D(v) is a January 17, 2006, FBI EC relating to the same CHS as
para 118, supra, having attended the second Toledo, Ohio, rally,
and, having met me there. I have reconstructed Kelley and TG as per
para 118, supra.

120) Exh D(w) is a March 31, 2006, EC relating to an event I attended.

-37-

de-
scription of the event and my personal knowledge allows me to id-
entify it. Kelley and TG's names are reconstructed as per <u>para</u> 118,
supra.

121) The only person who attended all three events of <u>para</u> 118-120, supra,
besides myself was the NSM's West Virginia leader;  hence, he is the
CHS.  The significance of the documents is this:  in April 2006, I
attended the NSM's national meeting and rally in Lansing, Michigan,
in the Area Of Responsibility ("AOR") of the Detroit Field Division,
home to a  major FBI counter-terrorism center and the Eastern Dis-
trict of Michigan.  At the national meeting, the CHS got up and
started his speech "I work in the security field ...", and, I broke
out laughing because I knew he was a CHS.  And, this is one of the
ways readers of this declaration know that I didn't figure this stuff
out yesterday and              project it back in time.

The Warman File
---------------

122) Exh O(a)(i)-(ii)  is a letter from Hardy authenticating the "O" series
of exhibits as documents related to me by the FBI August 20, 2019 and
July 20,  2020.

123) <u>Exh O(c)</u> is the opening document for FBI File #9A-RH-53173, dated
September 1, 2006.  From the contents of the document and their rep-
etition verbatim in other documents, the subject of this file is
Richard Warman and the matter relating to him for which I was charged
and acquitted in <u>United States v White</u> WD Va 08-cr-054.  I reasonably
infer "DTOU" from its presence in other documents.  I reasonable infer
the Ottawa Legate from Warman's testimony that he is a Canadian cit-
izen.  I infer Church and Foust from Church's testimony that he was
the case agent and Foust's introduction to me as his supervisor.  I

have reconstructed the information about the USBC Interview from personal
knowledge and media articles in the file. Much of the document can be
·reconstructed from the verbatim repetition in other document. I re-
construct the information on Alex Linder from personal knowledge.

Petsche, Wiesel, CIA
--------------------

124)  By March 2007, Citigroup and I had reached an agreement.  Though
      they had been willing to forgive the entire debt, I insisted upon
      paying them what I owed them with the correct interest, about
      $14,000.00.  They were then to correct my credit report.  I fulfilled
      the terms of the agreement, but, Citigroup would not comply.

125)  Citigroup's refusal to correct my credit report led me to call them.
      I spoke to someone who claimed to be Jennifer Petsche but, whom I
      now believe to have been her supervisor.  This woman told me that
      she hated people like me and would not honor the agreement.

[continued next page]

9

-39-

that Citigroup had made. Further, she told me that I had no recourse
if Citigroup refused to honor the agreement. This led to an argument
where she told me that she wouldn't take any more calls from me and
I told her that if she wouldn't take my calls at work I'd call her
at home.

126) The argument of para 125, supra, led to me calling Petsche at her
home and sending the email charged as Counts 1 and 2 of United
States v White WD Va 08-cr-054. Had subjective intent been an
element of a violation of 18 USC §875(c), I would have testified
to the facts of this count and that I lacked subjective intent to
threaten Petsche.

127) About March 2007, I received an email from Eric Hunt describing
how he had grabbed notorious Holocaust fan fiction writer Elie
Wiesel in a hotel elevator in San Francisco, California. I publish-
ed this email, which I received about a week after the event, on
Overthrow.com. I had no prior contact with Hunt, and, had no idea
he had done this or was planning to do this until I received his
email. After receiving his email, I stayed in touch with Hunt
for about six years, until harassment by the FBI drove him to flee
to the Ukraine, where he joined the wrong side (the CIA-Mossad-
Ukrainian side) of the Russian-Ukrainian conflict.

128) In April 2007, I was again contacted by Stacy McCain. This time,
McCain warned me that I was messing with "powerful people", that
they "knew what I was up to", and, that they were going to "take
me out if I didn't stop." I took this as a reference to people

-40-

McCain knew in the ultra-Zionist wing of the US IC knowing that I
was targeting the FBI's DTOU for disruption. I told McCain that I
was very happy with what I was doing.

129) The contact of para 128, supra, was the last contact that I had with
McCain. In my view, this was a typical CIA approach. Having spot-
ted me for the Columbine prank, McCain met with me to assess me,
and, then, developed a relationship with me over several years be-
for trying to recruit me. His approach in 2006 was part of a larg-
er approach from the IC to "white supremacist extremists", and, its
acceptance by Schoep and Stormfront indicates the extent of US IC
influence over "white supremacist extremism." Further, the re-
sources he stated he had access to, his knowledge of my activities,
and, the fact that a DOJ operation to frame me began soon after the
final threat was made further indicate that I was dealing with a US
intelligence agency. As the FBI and the people currently targeting
me do not seem to have knowledge of McCain, I assume that he was
a cut-out for the CIA, in which the others he mentioned to me had
been involved.

130) Exh D(m) is a June 7, 2007, FBI Norfolk EC stating this regarding
what was ultimately charged as Count 3 of United States v White WD
Va 08-cr-054:

    "Norfolk Division's JTTF, Civil Rights, and, CDC, reviewed the
    letter and identified no criminal violation. Local police and
    the US Postal Inspector also identified no criminal violations."

I have reconstructed DTOU by reasonable inference from similar doc-
uments in the file.

The Miami File
--------------

131) I approved Tim Bland's application to join the ANSWP in late 2006
or early 2007. As was the policy with the ANSWP, I made him Mary-

-41-

land state leader pro temp because he wanted to organize a unit.

132) I never met Bland.  I mostly communicated with him by email.  I
spoke to  him on the phone on two sets of occasions:

    a)  the FBI was staging fake "KKK" rallies at various battlefields
from the Civil War, and, would bring out these equally phony
"heritage not hate." Civil War re-enactors to counter-demonstrate
separate from the Communists  as part of the circus.  I like
Southern people but the pre-war South was a Judaeo-occult mon-
strosity that enslaved both whites and Negroes and used slavery
to deprive free white workers of fair wages and decent living
conditions.  So, in spring 2007, I picketed a southern heritage
event of one of these re-enactor groups.  Bland was supposed to
join me, but, claimed that his truck broke down and didn't come;

    b)  after fliers were distributed outside the home of Leonard Pitts
Jr in protest of a Miami Herald column he had published calling
for the murder of whites, Bland referred a newspaper inquiry
to me.

133) Contrary to his testimony at the Grand Jury in United States v
White WD Va 08-cr-054 and before the court in his own prosecution,
United States v Bland WD Va 10-cr-___, I never told Bland to "ass-
assinate" Leonard Pitts Jr (or anyone else) and never represented
myself as affiliated with the "Aryan Brotherhood" or any other group.
I note that the Aryan Brotherhood is a Judaic prison gang that has no
intersection with white nationalism            as a political move-
ment.

134) Exh E(a) is a letter from Hardy authenticating Exh E(b) as a document
released to me by the FBI May 21, 2018.

135) Exh E(b) is a June 27, 2007, FBI EC from FBI File #266N-MM-109670

stating that I am actually innocent of the crime charged as Count

6 of <u>United States v White</u> WD VA 08-cr-054:

> "Richmond further assesses that, although White is the self-pro-
> claimed [sic] leader of the American National Socialist Workers'
> Party (ANSWP), he does [not] have the intention of physically
> harming anyone, and, intends to incite others to act on his right-
> wing [sic] opinions.  White's motive appears to be that of embar-
> assment to his intended targets."

<u>Exh E(b)</u> p 2.

The subject title has been reconstructed from the document's rela-
tionship to FBI file #9A-RH-53173, the Richard Warman "threats" file,
as described <u>Exh D(k)</u>, <u>O(c)</u>, et al.  The second title is inferred
from the subject of the document.  Church's name is taken from his
initials in the lower left hand corner.  Foust's name is taken from
his initials in the lower center.  TRR is inferred from other doc-
uments in the Miami file.  The references to "Miami Herald editor"
are inferred from trial testimony in <u>United States v White</u> WD Va
08-cr-054.

Cincinatti March
----------------

136) Two of the informants infiltrated into the ANSWP by the FBI were
    Michael Burks, a CHS from the Louisville Field Division, case agent
    TJB (who also worked the WCOTC TEI), and, who had previously worked
    with the Little Rock Field Division, and, Justin Boyer, a CHS from
    the Cincinnati Field Division, case agent MJS, who has previously
    worked with Seattle Field Division.

137) I knew that the "rallies" and "marches" the FBI's "white supremacist
    extremist" program put on were fake.  Basically, America is not a
    real nation, it is an "idea nation" in the same sense that Judaism
    is an "idea ethnicity" whose members have little or no common ethnic

their stages of conflict members. Two members invent common threats to group identity. One, "Edom", supposedly the Edomites John Hyrcanus converted in 104 BC, is the "internal enemy", Judaics who are not loyal to the group identity. The other, "Amalek", the tribe that attacked Moses and whose King David slaughtered when Saul would not, is the constant threat of "anti-Semitism" from without, the "external enemy." Both, when they don't exist, are created by organized Judaism, just as the FBI uses their equivalent, "white supremacy" as Edom, "Islamic extremism" as Amalek, to promote a group identity aligned with America's Judaeo-occult elite.

138) My observation, from attending scores of "rallies" and "marches" and, dealing with "extremists" for thirty years, is that the FBI recruits criminals out of the prisons, calls them "white supremac-ists", and, marches them down the street to make white identity look as repulsive as possible. The Judaic media, also infiltrated and working in sync with the FBI, publishes what I call the "Madlib", a "fill-in-the-blank" article headlined "counter-demonstrators out-number supremacists" (regardless of the actual numbers ) and then developing the theme of how fringe these paid actors hired by the FBI to put on this street theater are.

139) The ANSWP strategy was to further white nationalism both by disrupt-ing the FBI's activities but also by using the CHSs and resources the FBI pumped into investigating it to disrupt the social control apparatus more broadly. Part of this was to avoid staged demonstra-tions with permits and to do one man or small group operations dir-ectly interfacing with the public without permits, police, or, press releases. Similarly, I put on an act on my website; part of this was preserving my privacy by putting on a fake life, and, part of this was

-44-

to seem the most "extreme" to compete with the FBI's fake "extrem-
ists."

140) Despite the strategy of para 137-139, supra, in late summer 2007,
CHS Boyer and the FBI tried to stage a fake "March Against Black
Crime" in Cincinatti, Ohio, in the ANSWP's name.  The FBI concocted
a big drama: the city denied a permit, the ACLU volunteered to re-
present us, the NAACP organized a fake counter-rally, and, I thought
how to really stick it to the FBI.  So, I fired the ACLU the moment
their gay lawyer called our views "repugnant" and told Boyer to
march without a permit.  This got the FBI's Special Events Unit
geared up for another "training exercise" where they put hundreds
of local cops on overtime.  I even got a call from an FBI UCE pre-
tending to be a "Hell's Angel" and offering to provide "security"
(which was obvious because white nationalists have nothing to do
with biker gangs except when the FBI is involved and faking the
whole thing.)  So, I pretended to go along with all of this until
the FBI was fully committed and couldn't back out and then I canc-
elled the thing, causing them to lose hundreds of thousands of dol-
lars in expenses.  The "Hell's Angel" called me really upset.  Cin-
cinatti Field Division still targets me by mail seeking revenge for
this.

Jena 6
------

141) In September 2007, I became aware through media reports that six
Negro youths in Jena, Louisiana, ages 16 and 17, had been charged
with lynching in the racially motivated attempted murder of a young-
er white teenager.  I also became aware of the "Free the Jena 6"
movement, created by black identity extremists within the Democratic
Party to advocate for the "civil right" of Negroes to murder white

-45-

children for racial purposes.

142)  In response to the "Free the Jena 6" movement, I organized the
      "Lynch the Jena 6" movement, also called "Noose on the Loose". As
      part of this movement, I urged people to identify symbols of the
      civil rights error, such as statues of civil rights leaders, and
      symbolically lynch them. This is much as Judaeo-Bolsheviks do
      today to symbols of anything white, though I did not urge people
      to damage or remove the statues.

143)  Exh D(t) is a CNN article describing Al Sharpton's and Jessie Jack-
      son's demands that Attorney General Michael Mukasey, a Judaic sup-
      remacist extremist and Zionist terrorist, prosecute me for critici-
      zing their efforts to advocate for the rights of Negroes to murder
      white children. I have seen other media stating that I was also
      attacked on the floor of Congress by members of the Congressional
      Black Caucus.

144)  Exh D(n) is a September 28, 2007, document announcing the reopening
      of FBI file #266N-RH-52670 in retaliation for my comments opposing
      the civil right of Negroes to murder white children. I have recon-
      structed the name Kevin L Foust from the fact that he was the Ro-
      anoke SSRA at the time, and, from his initials in the lower right
      hand corner of the document. I have reconstructed the name Church
      from the fact that he was the case agent in this matter. I have re-
      constructed the subject title from the description of FBI file #9A-
      RH-53173 in Exh D(k) and others as the Richard Warman "threats"
      file. The file specifically states that the FBI is to act "with
      an eye towards prosecution" even though they have no crime.

The Crack House Attack
----------------------

145)  Prior to September 2007, I had been in talks with the Roanoke City
      Police Department regarding renting apartments to them to use to
      target a drug and prostitution gang that had set up shop on the
      1400 block of Chapman Avenue, SW, where I owned apartments.

146.) In October 2007,I was ambushed by members of the same drug and
      prostitution gang as I drove down the street.  One stopped a car
      in front of me. I was then attacked by Ares Brown.  While I was
      choking him unconscious, I was attacked by Lattoria Minnis.  After
      the fight, I swore out warrants against them, and, they concocted
      the story that I had spontaneously stopped my car and attacked
      them as part of a hate crime.

147)  Also about October 2007, I started referring some of my legal mat-
      ters to another attorney, Harry Brown. In January 2008, I retained
      Brown to deal with subpoenas that I received in United States v
      Henry ED Va 07-cv-342.

148)  Around October 2007, I received a press release  from a group cal-
      led FIRE about racist anti-white indoctrination being carried out
      at the University of Delaware.  I posted this information on Over-
      throw.com      after calling to verify  personal information about
      the University administrators responsible.  I did not make the
      phone call charged as Count 5 of United States v White WD Va 08-
      cr-054 and would have testified that the call that I did make was
      not intended as a threat if subjective threat had been recognized
      as an element of 18 USC §875(c).

149 ) In late December 2007, I had to have two of my teeth removed for
      crowns, and, was on codeine after surgery when I went onto Van-

guardNewsNetwork and saw a video of Ron Paul denouncing white sup-

remacists.   Finding this comically hypocritical, I noted that I had

seen Ron Paul at a white nationalist dinner.  The New York Times

picked up my comments, and, the same Norm I'd met at the same dinner

called me a liar in the New York Times the next day.

150.)   About February 10, 2008, the "crack house attack" charges went

to trial in Roanoke City District Court.   I  observed DOJ-Civil

Rights Division prosecutors at the trial.   Before trial, the Com-

monwealth of Virginia offered to drop charges against  both parties.

I refused.  At trial, where I was represented by Lawrence, photos

of the attack on me and eye-witness accounts demonstrated that

Brown and Minnis had attacked me, and, they were convicted of as-

sault, while I was acquitted.

151.)   Soon after the trial of para 150, supra, I was contacted by Rich-

ard Lawrence, who told me that Brenda Hale of the Roanoke NAACP

had threatened to boycott him if he continued to represent me,

so, he had to abandon his representation of me.  I retrieved my

files, including the Lefkow CD, which I placed in a storage unit

attached to my home.

152.)  I disclosed the existence of the storage unit of para 151, supra,

in a March 2008 deposition with the Department of Justice.

The National Initiative Targeting Bill White
---------------------------------------------

153.)   Exh D(k) is an FBI EC from February 27, 2008, recording a Febru-

ary 22, 2008, meeting in which Church, US Attorney's Office for

the Western District of Virginia Criminal Division Chief Thomas

J Bondurant, and, DOJ Attorney Barry Kowalski, launched the "Nat-

ional Initiative Targeting Bill White" (so named Exh L(c) p 2).

I have reconstructed the names and much of the document from

other copies of this document and documents containing the same verbiage where this information is not redacted. Other names and the subject title have been reconstructed from personal knowledge or from knowledge that FBI file #9A-RH-53173 is the "Warman threats" file, as described in this document.

154) Exh N(a)(i)-(ii) are letters from David Hardy authenticating the "N" series of exhibits as documents released to me between July 20, 2019, and, August 20, 2019.

155) Exh N(b) is a summary of all documents in FBI file #44A-RH-53908 and the United States has copies of all documents summarized there-in.

156) Exh N(c) is the February 26, 2008, FBI FD-610 opening document for the National Initiative Targeting Bill White. Church's init-ials appear in the lower left hand corner; his supervisor was Foust. Much of the contents of this document I have reconstructed from the verbatim language of Exh D(k) and/or other documents in the file. I note that I was acquitted of any wrongdoing relating to Mottley or Warman. In Re: White; White WD Va 08-cr-054.

157) Exh N(d) is a September 27, 2007, article from the Roanoke Times regarding the disconnection of my Overthrow.com website. The article is incomplete. When the site was disconnected, Randy Arm-brecht, who owned my webhost, told me that he was visited by Church and another man and told that he would be arrested if he did not disconnect the servers hosting the website.

158) Exh N(z) is a September   , 2007, email from Randy Armbrecht to to the FBI discussing people impersonating me trying to gain con-trol of my website.

The Lima Noose
---------------

159)   Prior to February 11, 2008, Boyer and/or Burks informed me by phone
       that a Negro woman in Lima, Ohio named Tarika Wilson had been shot
       by police during a raid on her crackhouse and that the local NAACP
       had responded with anti-police protests.  Boyer wanted to protest
       the event, and, I agreed to have him distribute what the FBI's docu-
       ments refer to as "non-threatening" fliers.  I did not authorize
       any person to deliver a noose or make death threats to any person.

160)   My daughter was born around midnight January 22/23, 2008, six weeks
       ealy.  She remained in neo-natal intensive care until        March.
       My wife,suffering from undiagnosed lupus, developed HELPP syndrome
       and nearly died.  I then either worked, was at the hospital, or, was
       home sleeping every day until my daughter was releaed from the hosp-
       ital about March 23, 2008.  There is no period of time when I could
       possibly have driven 12-13 hours to Lima, Ohio, and back to deliver
       a noose.

161)   Exh K(a) is a transcript prepared by the United States and presented
       by the United States in United States v White WD Va 08-cr-054 of a
       threat left by their CHS Burks on the answering machine of the Lima,
       Ohio, NAACP.  I knew Burks, know his voice, have heard the original
       recording, and, Burks voice states this on the tape:
       "This is Michael Burks Midwest Regional Director for the American
       National Socialist Workers Party.  I saw that you ran your nigger
       mouth in the newspaper that we're cowards.  Since I see that you live
       at [redacted], I'd like to know if maybe one of our Ohio guys could
       stop by and maybe we could discuss ... your concern with us ... Any-
       ways, we'll beseeing you around and we'll be seeing your residence
       around. ... White power nigger."

162) Exh K(b) is a transcript prepared by the United States and pre-
sented by the United States in United States v White WD VA 08-cr-
054, of the threat made by Burks and others during a March 1, 2008,
2 AM EST phone call to Norfolk, Virginia, attorney Kevin Mottley,
and, for which I was charged with contempt in In Re: White ED Va 07-
cv-342. I know Burks, I know his voice, I have heard the original
recording, and, it is Burks who repeatedly asks for "Pat", Mottley's
wife.

163) The recordings of Exh K(a)-(b) are part of about 400 hours of re-
corded phone calls that the DOJ initially concealed from my defense
counsels, but, revealed after Burks appeared on the internet dis-
cussing having recorded phone calls of me. It is not clear to me
if Burks or FBI Norfolk Division CHS Michael Downs made the tapes.

164) Also on the tapes is Burks, at a conference call, telling Daniel
Jones, Downs, Philip Anderson, and, Boyer, possibly among others,
                    not to tell me what they had done in Lima, Ohio, and,
elsewhere.

165) I learned of the noose incident described herein on February 11,
2019. I had heard of a noose incident earlier, but, thought it
related to the joke noose introduced at trial in United States v
White WD VA 08-cr-054 (which was a piece of thread with a loop)
that had been mailed to someone in New Jersey. I knew that Jones
had been prosecuted but didn't know any details.

166) Exh L(a)(i)-(vi) are letters from Hardy authenticating the "L" series
of exhibits as documents released to me between January 22, 2019,
and, June 20, 2019.

167) Exh L(b) is the February 15, 2008, FD-610 opening document for FBI

the lower left hand corner; I have inferred his name from its ap-
perance elsewhere in the file. From the record in United States v
Jones ND Oh 09-cr-441, the victim is Lima, Ohio, NAACP Chair Julian
Upthegrove. The sources are Burks and Boyer, and, so, they are in
Louisville and Cincinatti. Other details in the document can be
reconstructed from similar or verbatim language elsewhere in the
file.

168.) Exh L(c) is a March 11, 2008, FBI EC setting out leads to identify
ANSWP members. The receiving offices can be inferred from details
in the EC, personal knowledge regarding those details, and, from
other documents in the file; one of the two remaining field div-
isions is Norfolk. Russ' initials appear in the lower left hand
corner. Church was the FBI SA assigned to this case in the Richmond
Field Division, Roanoke RA. Upthegrove is the victim. From other
documents identifying him and from the number of redacted characters
Barry Kowalski is the DOJ attorney referred to. The language of
the documents' details appears verbatim in the court record or in
other documents in the file. The most significant statement is:

"The United States Department of Justice has opened a broader in-
vestigation into White and potentially illegal and threatening act-
ivities he is involved in across the Untied [sic] States. Special
Agent [David Church] has opened 44A-RH-53908 and has been desig-
nated as the OO [originating office] for this national initiative
targeting Bill White and the ANSWP."

Exh L(c) p 2.

169) Exh L(d) is a request to obtain fingerprints, palm prints, and, DNA
samples made by the FBI's Cleveland Field Division May 21, 2008.
This may have been directed to Boyer's previous office in Seattle.

16f) Exh L(e) is a June 2, 2008, stored communications Act letter asking
the company Dreamhost to hold all records relating to the email
account answp@nazi.org. This letter was not disclosed prior to
January 22, 2019.

17j) Exh L(f) is a June 11, 2008, FBI EC regarding Russ' request for
permission to travel to interview Justin Boyer. Russ' initials
appear in the lower left hand corner. I can reasonably infer the
recipient was the Cincinatti Field Division from the formatting of
the header and other documents in the file using that format. About
May 6, 2008, I had suspended Boyer from the ANSWP due to an out-

[continued next page]

reconstructed from personal knowledge of Boyer's arrest. FBI file #s 44A-CV-74237-46 and -47 show that the interview of Boyer took place June 17, 2008.

172) Exh L(g) is a portion of a September 10, 2008, FBI Lab fiber analysis report concluding that the fibers on the Lima noose and fliers did not match a fiber on a letter that            I sent to Leonard Pitts. In all of the lab reports, I omit the long repetitive lists of the samples, though the United States has the full reports and may admit them if they like.

173) Exh L(h) is a December 19, 2008, FBI EC recording the transfer of wiretap information from the Michigan Organized Crime squad in the Detroit Field Office, who had obtained it from a Grand Jury seated in the Eastern District of Michigan, to Russ, among others. These wiretaps have never been otherwise disclosed.

174) Exh L(i) is a February 27, 2009, FBI Lab fingerprint analysis identifying the fingerprints of Justin Boyer as being on the fliers hand-delivered in Lima, Ohio; I reasonably infer that Boyer's fingerprints were found on the fliers as he is the only person who hand-delivered fliers in Lima, Ohio. This repo rt also states that "Eight latent fingerprints are not fingerprints of ... William Alexander White."

175) Exh L(j) is a March 9, 2009, FBI Lab DNA analysis identifying the DNA of Daniel Lee Jones on the Lima noose.

176) Exh L(k) is an April 2, 2009, FBI EC recording Russ' request that Boyer be subpoenaed to testify to the Northern District of Ohio Grand Jury. Russ' initials appear in the lower left hand corner. I can reconstruct the Field Division as "Cincinatti" and the RA as "Dayton" from the number of redacted characters and the use of

-54-

formulation elsewhere in the documents.

177)   Exh L(1) is an April 10, 2009, FBI EC recording the tasking of an
       FBI CHS to determine whether or not the noose was mailed by Jones
       to Upthegrove, or, mailed by Jones to someone else who hand-del-
       ivered it to Upthegrove.  As I understand it, Boyer, in the presence
       of others on a conference call, asked Jones to tie him a noose and
       mail it to him, claiming he did not know how to do so; I can't
       recall who told me that, because I did not understand the signifi-
       cance at the time.

178)   Exh L(m) is a June 16, 2009, FBI EC which states on p 5 that the
       USAO - ND Oh intended to indict me and Jones for the Lima noose
       incident.  Russ' initials appear in the lower left hand corner.
       I have reconstructed the rest of the document from similar or
       verbatim language in other documents in the file and reasonable
       inference therefrom.

179)   Exh L(n) is a February 8, 2010, FBI 302 authored by FBI Portland
       Field Division SA "CGM" stating that Jones reported being threat-
       ened by someone who sounded "slow-witted or like a pot-head".  I
       know Boyer, I am familiar with his voice, and, he is a slow-witted
       guy who sounds like a pot-head.  I have reconstructed Jones' id-
       entity and the initials "CGM" by inference from other documents
       released by the FBI, including the "F" series of Portland Field
       Division documents, and, the fact that Jones lived in Portland.

180)   Exh L(o) is a working copy of the national notice sent out by
       Church discussed in greater detail as Exh N(i), infra.

181)   Exh L(p) is a March 17, 2009, set of interview notes taken by Russ
       during his interview with Upthegrove.  p 4 states that the noose
       was "hand-delivered".

182)  Exh L(q) is a January 23, 2010, set of interview notes taken pro-
      bably by CGM in which he asks a woman who knows Jones about "Ohio
      Lima", and, the woman says that she "doesn't know if he has been
      to Ohio or not". This implies that the FBI was so anxious to ex-
      onerate their informant that they seriously investigated whether
      or not Jones had driven 2000 miles to Lima, Ohio, to hand-deliver
      the noose.

183)  Exh L(r) is a copy of a Grand Jury subpoena showing that a Grand
      Jury separate from the other Grand Juries was conducted in the
      Toledo Division of the Northern District of Ohio.

184)  Exh L(s) is a summary of all documents found in FBI file #44B-CV-
      74237. The United States has copies of all documents so summarized.

My Beliefs
----------

185)  I am a Traditionalist and National Socialist. I believe that there
      is Order inherent in the universe, that this Order is characterized
      by hierarchy and differentiation, and, that human beings are happiest
      when their societies reflect this Order. Humans naturally exist as
      part of ethno-cultural organic unities, these ethno-cultural organisms
      are the only basis of nations, and, that social institutions should
      reflect their nation and serve the entirety of society.

186)  I am opposed to Judaism and to all Judaeo-occult religions and doc-
      trines, those being the religions and doctrines derived from the
      Kabbalah. I have the Da'ath of the Kabbalah. Basically, Judaism
      is the religion of the Devil, and, its spread is part of the Devil's
      plan to enslave and exterminate the human race, the United States
      having also been created for that purpose. Specifically, Kabbalah

is the pathway into the Sitra Ahra, or, Darkness. It teaches that, within this Darkness, all Light congealed into the Shekinah, which is the substance of cre ation. YHWH, too, the seven-headed serpent, appeared in the Darkness, and, by dividing the Shekinah, he created the seven lower worlds,including this world of Malkuth. Gazing into his creation, YHWH saw his rage reflected as in a mirror, and, this caused him to separate into two, YHWH the Messiah, who remained in the Darkness, and, YHWH the Shaitan, who fell into our world. Now, Judah, who also emerged from this division, and, who is both Christ and Anti-Christ, has brought man the Tree of Life, advancement through which leads man back to the Darkness, making him a tsedeq, and, giving him the power to "tikkun olam", which is to reconcile YHWH and Shaitan back into a single being.

187.) I also know the original of the false Kabbalistic teaching of para 186,supra. YHWH is Lucifer. Originally the brightest of the angels, misled by Judah, he created this world in imitation of the true god's heaven of pure light. This act of creation made YHWH the Demiurge, or, lesser creator, and, it also left him with a creation of Light mixed with Darkness. When the true god discovered this act of rebellion, he expelled YHWH from heaven with all of the angels that had assisted him, and, trapped him in this world as a place of punishment.

188) Judaism preaches hatred for mankind because it falsely exalts YHWH as the highest god and is focused on the work of this world, which is the punishment of the beings trapped here Encoded into the Kab- balah are also social control techniques known as the "Royal Art", which is the art of ruling men by deception.

189 ) I do not believe Negroes are human, in that I do not believe they

from living, going to school, and, working around Negroes my
entire life, observing their complete failure as a people, and,
their absolute lack of history or culture, plus, the pathetic,
angry, petty, way they lie and try to assert that this isn't true
or its all the fault of imaginary "racism" and whatnot. I do not,
however, "hate" Negroes or wish to harm Negroes. I just think they
are a drain on white society and need to have their own nation
somewhere, perhaps founded with funding from reparations taken
from the Judah-cultists who enslaved them and brought them to
America against the will of white working people.

The Portland File
-----------------

190 )   Exh F(a) is a letter from Hardy authenticating the F series of ex-
        hibits as documents released to me by the FBI June 20, 2018.

191)    Exh F(b) is an open letter authored by Calvin Habig that was pub-
        lished April 3, 2008, in the Lake Oswego Review.

192)    Exh F(c) is an open letter which I wrote in response to Habig. It
        contains a typo: "death ears" should read "deaf ears".

193)    Exh F(d) is an April 21, 2008, FBI EC requesting the opening of
        FBI file #266N-PD-51903. The text of the EC is reconstructed from
        a verbatim copy used to obtain the search warrant in In Re: Search
        Warrant D Or 08-mc-9122. The name  Brandon L Walter is reconstruct-
        ed from the warrant and his initials in the lower left hand corner.
        The date is reconstructed by inference from other documents, as
        is "DTOU".

194)    Exh F(e) is a May 23, 2008, FBI EC memorializing a conference call
        at which Church, Russ, and, Walter, agreed to launder documents

between their investigations in order to conceal the origins of the documents, and, thereby prevent any Fourth Amendment challenge at trial. I have reconstructed the agent names by inference from other documents in the files. I have reconstructed the EC text from the verbatim text in In Re: Search Warrant D Or 08-mc-9122.

195) Exh F(e) is a May 23, 2008, EC between Church and Walter discussing the need to have Portland obtain a search warrant for the national-socialistworkers@yahoo.com account to launder the documents to the Virginia and Ohio investigations.

196) Exh F(f) is a July 17, 2008, EC referencing the same search warrant as para 195, supra.

197) Exh F(g) is a July 26, 2008, EC referencing the obtaining of local Sheriff's Office reports.

198) Exh F(h) is a Janaury 5, 2010, document stating that the search warrant and Grand Jury material from the District of Oregon proceedings are Brady material that should be released to me in United States v White WD Va 08-cr-054. The initials CGM appear in the lower left hand corner. I have reconstructed the names Church and Horsley by inference from other documents. I have reconstructed the name of the nationalsocialistworkers@yahoo.com email account from the search warrant. The search warrant was not disclosed until August 2018 and the Grand Jury proceedings remain undisclosed.

199) Exh F(i) is the May 9, 2011, closing documment for FBI file #266N-PD-51903 stating that the evidence obtained was used in Norfolk (actually Roanoke), Chicago, and, Cleveland. CGM's initials appear in the lower left hand corner. I have reconstructed the name Jones by inference from other documents released in these files.

200) Exh F(j) is an August 6, 2008, FBI EC recording the seating of a Grand Jury in the District of Oregon; this Grand Jury was not dis-

-59-

closed before June 2018.

## The Chicago And Roanoke Investigations

201)   In April 2008, Art Jones invited me to a fake, FBI-sponsored "Hit-
       ler's birthday party" in Chicago, Illinois, which I attended April
       20, 2008.

202)   Exh N(j) references FD-1023s, which are CHS statements not collect-
       ed for evidentiary purposes;  it is initialled "MAH".  It is dated
       May 16, 2008.  From the date, the division, and, Michael A Haus'
       role in the WCOTC TEI, I infer that this document refers to the
       event of para 201, supra.

203 )  Exh N(e) is an FBI EC regarding the seating of a Grand Jury against
       me in the Western District of Virginia Roanoke Division.

204 )  Exh N(f) is a criminal history sheet showing that I had one set
       of convictions for one incident of simple assault, resisting arrest,
       and, carrying a concealed weapon, all in about June of 1996.  All
       of the rest are failures to appear on that same charge, except for
       a 1999 simple assault in Washington, DC.  There are no juvenile
       arrests or felonies.

205)   Exh N(g) is a May 7, 2008, FBI 302 regarding my refusal to speak
       to Church and my invocation of my right to counsel.  I have recon-
       structed the exchange from personal knowledge.

206)   Exh N(i) is a May 1, 2008, FBI EC from David Church soliciting
       leads from other FBI Field Divisions in an effort to scrounge up
       something I've done that might merit prosecution.  I've reconstruct-
       ed some of this document from the verbatim "working copy", Exh L(o).
       Other information has been reconstructed from reasonable inference

from other documents and from the use of similar or verbatim lang-
uage in other documents.  The information on the Tysons is taken from
the trial transcript in <u>United States v White</u> WD Va 08-cr-054. Note-
worthy about this EC is that:

a)  it fails to mention the political origins of the investigation
    described <u>Exh D(n), (t)</u>;

b)  I was acquitted of wrongdoing as regards Mottley, Warman, and,
    the Tysons in <u>In Re: White</u> and <u>White</u> WD Va 08-cr-054;

c)  falsely states that my website was down "due to financial
    troubles" when Church knew that he had threatened my webhost
    to take the site down;

d)  implies that I was involved in the FBI-staged Lima noose incid-
    ent;

e)  falsely states that I support school shootings;

f)  falsely claims that I "facilitated someone actually murdering"
    Richard Warman;

g)  notes that:

       "To date, the Western District of Virginia United States At-
       torney's Office (USAO) has declined prosecution on all inci-
       dents presented to them by the Roanoke RA, siting [sic] the
       First Amendment as the major stumbling block to prosecution."
    documents the WD Va USAO is still refusing to disclose.

207 )  <u>Exh N(k)</u> is a May 23, 2008, FBI EC confirming that I have no felony
       convictions.

208 )  <u>Exh N(1)</u> is a May 31, 2008, FBI EC from the FBI Boston Field Division
       requesting to open a TEI into the ANSWP's legal, non-violent, poli-
       tical activities.  The Court may note that, unlike the WCOTC TEI,
       which alleged 34 armed attacks and 4 murders, no violence is alleged
       here.  The header information is inferred from other documents in

the file. The CHS identified p 2 is Robert Campbell of the Newark
Field Division, as there are only six six-letter FBI Field Offices,
and, none of them have a
plausible CHS except Campbell in Newark. I have seen but do not have
documents showing that the TEI was closed as improperly predicated.
I note that I never engaged in any wrongdoing as regards American
Electric Power and was never charged with such.

209) Exh N(m) is a July 8, 2008, EC from Church to an FBI Legate, likely
Tel Aviv, given that the subject is Hunt's assault on Wiesel and
Wiesel was a citizen of the Zionist Entity in Palestine. The hand-
written note in the lower left hand corner indicates that Church is
not the lead. Most of the information in the details is inference
from personal knowledge.

210) Exh N(n) is a July 10, 2008, FBI EC regarding the travel of Church
and Russ to Newark, New Jersey, to obtain "extensive information"
on my activities. Campbell, who often gave me information on the
FBI's activities, contacted me after the meeting to state that Russ,
Church, and, a third FBI SA, likely GUS, had met with him that week-
end and asked him to wear a wire on me at a July 26, 2008, ANSWP
meeting. Campbell further stated that the wire was to be in the
form of a car alarm clicker, of the type that goes on a keychain.
Campbell said that he refused the offer, but, that the agents who
visited him stated that they controlled the "white supremacist" move-
ment and that they would make him a "leader" if he cooperated. When
he refused, Campbell said that he was physically threatened and told
not to inform me of the meeting.

211) On July 25, 2008, the US District Court for the Eastern District
of Virginia ruled that posting people's addresses online, even
with calls to protest them, did not run afoul of the First Amend-
ment. In Re: White 2008 US Dist LEXIS 124339 (ED Va 2008). Inform-
ed by this decision, I resumed my practice of posting addresses.

212) After July 25, 2008, my counsel Brown told me that there was a
Grand Jury seated against me in the Western District of Virginia.
In response, I told Brown to contact the FBI and tender the Lefkow
CD to them. I do not know who Brown spoke to at the FBI or DOJ,
but, a few days later, Brown told me that he had asked for a meeting
with "them", and, that "they" had stated that they had no interest
in hearing anything that I had to say. I asked Brown if he had
conveyed what I wanted to speak about, and, he stated that he had
merely stated that I had something important to say.

213). My motive in asking Brown to turn over the Lefkow CD and material
was again practical. The Lefkow murders were the only federal
crimes that I had any knowledge of, so, I figured that that must be
what the Grand Jury was about. Since I wasn't involved in the murd-
ers, I figured that the easiest thing to do was to turn the CD over.

214) About the same time that Brown was trying to contact the DOJ, I was
contacted out of the blue by Streed, who asked me to get involved
in a scheme to extort Gliebe for $250,000 in the form of an inherit-
ance that he was disputing in court with some other faction of the
NA. Apparently, FBI CHS William White Williams (not me) had obtain-
ed the cooked books through his "Founders" group on Stormfront,and
was engaging in this FBI approved crime. I discussed Streed's pro-
posal with Brown, who advised me that it was criminal, and, I then
declined to participate.

215) There were several other FBI approaches that summer, most notably:
   a) a man in Lansing, Michigan, in the Eastern District of Michigan,
      who pretended to be a DIP financier and tried to persuade me to
      run a bankruptcy fraud scheme through an off-shore company for
      no real reason (I refused);
   b) a man from Seattle who claimed that he wanted to blow up the
      Space Needle; and,

-63-

to kill Judge Norman Moon of the Western District of Virginia, which I refused.

216 ) Exh N(o) is an August 28, 2008, FBI EC recording the service of a Grand Jury subpoena on Hunt. Church's initials appear in the lower left hand corner; his SSRA was Foust. I have reconstructed Hunt's name and the case agent SAM by reasonable inference from other documents in the files, and, from the fact that Hunt is the only Grand Jury witness from San Francisco other than possibly internet companies.

217 ) Prior to a hearing December 2, 2009, in United States v White WD Va 08-cr-054, my trial counsels Ray Ferris and David Damico contacted me and told me that they had met with Hunt, who attended that hearing, and, that Hunt had described his experience at the Roanoke Grand Jury with them. Specifically, Hunt had given them a statement that he and a Federal Defender had met in a room besides the Grand Jury room with Thomas Bondurant and Church. Church showed Hunt an anonymous blog entitled "Soldier of ANSWP" which claimed to have been authored by Hunt, and, claimed that I had inspired and/or instructed him to attack Wiesel. Hunt told Church that he could not possibly have authored the blog post because he was in prison when the blog was published. Realizing that the blog was fake, Church sent Hunt home, and, then, according to the Grand Jury transcripts, knowingly and falsely testified to the Grand Jury that the blog was real.

The Matt Hale Juror / Obama Truck Bomb / Et Alia
-------------------------------------------------

218) On September 11, 2008, after reading about Hale's efforts to obtain 28 USC §2255 relief because of the tainting of his jury foreman, I

posted the personal information of that jury foreman, Mark P Hoffman,
on Overthrow.com.  There was no intent to solicit a felony, no one
had ever used information on my website to commit a felony, I had no
expectation that anyone reading my website would commit a felony, and,
when I found out that the government was investigating a supposed
felony solicitation, I tried to figure out who had been solicited so
I could help the government stop it -- which I mistakenly thought would
be their goal.  Of course, their actual goal was to fabricate a pre-
text  to arrest me, so, I never found anyone who felt solicited, and,
neither did the government.

219) Exh G(a) is a letter from David Hardy presented to authenticate the
"G" series of documents as having been released to me April 20, 2018.

220) Exh G(b) is an October 3, 2008, FBI EC recording a national law en-
forcement alert issued by Church, whose initials appear in the lower
left hand corner, to stop my distribution of a magazine critical of
Barack Obama.  The release is derivative of an email I'd sent out
regarding the distribution, and, from that and other documents in
these files, I've reconstructed the Field Offices and SAs involved.

[continued next page]

221)  Exh G(c) is the September 15, 2008, FBI FD-610 file opening docu-
      ment for FBI file #266N-CG-129437, which is the file that was given
      to my defense counsel in discovery in United States v White ND Ill
      08-cr-851. I note the false statement about me being "expelled"
      for disrupting the NSM. I also note that, according to Exh G(c)
      p2, subpoenas in the investigation issued before the file was open-
      ed. As such, I infer that this file was branched out of another
      investigative file, and, that that file was the WCOTC TEI.

222)  Exh N(p) is a September 23, 2008, FBI 302 recording a failed effort
      to surveil me by FBI SAs SHM and SHS. Despite knowing that I had
      previously invoked my right to counsel and had been actively seek-
      ing a meeting with counsel present, SHS banged on my door one morn-
      ing and demanded that I speak to him. I again invoked my right to
      counsel. He left, and, I then went out with my eight month old
      daughter, which SHS observed. SHS followed me recklessly as I drove
      to the South Roanoke Post Office. There, I first stopped SHM and
      asked him why he was following me, which he denied. Then, as I
      left, SHS, again began to follow me. So, I pulled over, placed my
      gun on the front seat of my car, got out without the gun, walked over
      and asked SHS why he was trying to
      run me off the road with a baby in my car. SHS shrieked like a
      little girl "Oh my God you've got a gun" and, when I showed him
      my holster was empty, refused to explain why he was threatening me.
      So, I lost him in some construction traffic.

223)  I have since learned that the incident of para 222, supra, was
      driven by the idiot belief that I was planning to "assassinate"

Barack Obama with a truck bomb, an idiot belief that the FBI
and USMS had been conned into by Harold Charles Turner, a former
FBI CHS who had been dismissed from his employment because his
cocaine-induced fantasies had made him unreliable.  United States
v Turner ED NY 09-cr-650 Doc 155 p 48-49.  I also note that I lived
in an apartment without a garage.  I owned 25 buildings in Roanoke,
most of them without garages, none of them with a garage big enough
for a truck.  At this point, these idiots had been following me
around for a month.  One predicted "bombing"of Turner's, at the
US Bankruptcy Court for the Western District of Virginia, where I
had a Chapter 11 estate, had already failed to occur.  But the
FBI, DOJ, and USMS are so stupid, arrogant, corrupt, and, desperate
to live out the cop fantasies that they see on their favorite TV
shows that they were doing anything they could to make it appear
as if I had somehow had a truck bomb, presumably stored in my pock-
et, because I had nowhere else to put it.

224) Exh N(q) is an October 8, 2008,  FBI EC recording the request for
the service of a Grand Jury subpoena on Rudy Orr, a North Carolina
man who had joined the ANSWP, had told me at a Golden Corral near
Henderson, North Carolina, that he was a federal informant, and,
had detailed to me his activities for the DEA and BATF.  Church's
initials appear in the lower left hand corner.

225) The FBI searched my home October 17, 2008, and, completely ignored
the attached storage unit, thus failing to find the Lefkow CD.

226) Exh N(r) is a January 22, 2009, FBI EC showing that a Financial
Analyst ("FA") was going through the computerized business re-
cords seized from my home on Octoebr 17, 2008.  Again, the FBI
had walked past the paper records of certain International Busi-

ness Companies ("IBCs") they had been trying to identify for sev-
eral months.   I know from public statements by the USAO - WD Va
that they conducted an extensive effort to detect some sort of
bank, bankruptcy, or, tax, fraud, and, failed to do so (because
I wasn't involved in any).

227)  Exh N(s) is a July 29, 2009, work of fiction authored by Laurence
Hammack.   I was aware that someone had been feeding Hammack rumors
about me since 2005, and, this article confirms it was a member of
the prosecution team in United States v White WD Va 08-cr-054.   For
example, where did the psychological report referenced Exh N(s)
p.2 referencing the supposed threat against a principal or alleg-
ations of computer hacking come from except the FBI, who was the
only organization circulating this material?   The article then was
re-run during my trial in December 2009. I briefly note some errors:

a)  I did meet Erika, the girl referenced at the start of the art-
    icle;

b)  I am not driven by an insatiable desire for attention, or, any
    desire for attention, and, do not now, nor have I ever, felt
    "innately superior" in some esoteric sense;

c)  I did not "lose" the SGA Presidential election in high school
    as described;

d)  Luke Kuhm is a schizophrenic nut who used to collect fliers
    and newsletters from me for distribution when I was in my late
    teens;   he is not a reliable source;

e)  my work history is incorrect;

f)  Steve Abrams is a Judaic supremacist extremist whose daughter
    I grew up and went to school with in Horizon Hill;

g)  the account of my properties, how I acquired them, and, so on,
    is incorrect;

h)  the statement about my "friends" is false.   The FBI has tried

very hard to identify friends and associates of mine and failed to do so largely because the FBI knows nothing about my personal life, and, as I have always engaged with the FBI's informants in a professional setting where I am targeting them, I obviously don't involve personal acquaintances in this. As to Hammack's report, when he asked me to identify friends of mine he could speak to, I told him, essentially, "why do you need to speak to my friends? Why don't you ask the ordinary white working people I see every day at Lowes or Starbucks what they think of me?" This does explain, though, why the people at Lowes were so friendly to me after my release;

j) Angela Layman's claims of being evicted over her daughter were rejected by the Courts. Layman had 53 felony convictions when I inherited her as a tenant. She came to me one day and said that she could not pay her $400 in rent because she needed to buy her daughter, who did not live with her because she had been taken by Child Protective Services, a $200 bracelet. I told her she would be evicted if she didn't pay her rent, and, that is what I did. I have never rented to a Scott Rayfield or any white male with a black girlfriend. I believe that Rayfield may be a guy that I met in the jail who I bonded out on the condition that he go dig a ditch for a new sewage main at one of my properties, and, who failed to put in the work; he never rented from me. Tammy Goad's husband, Robert, worked for me until he got drunk one night and trashed an apartment, causing me to have him arrested; to my knowledge, Goad did not have black friends;

k) Boyer was a federal informant. I am not a great speaker, and, he joined the ANSWP because he was paid to by the FBI. I first saw this article August 29, 2019, when it was released to

me by the FBI in FOIA.  Its existence explains the difficulties
that I have had getting a fair trial.  At least four sets of defense
attorneys have seen this article and never raised it with me. My
own mother never raised it with me.  In the past, I could go online
and publish a refutation of this kind of garbage to 150,000 people;
now, I'm held with limited access to communications and no way to
refute the lies of Judaeo-occultism.  So, everywhere that I go in
the legal world, things are poisoned for me before I even get to
present my case.

228)  Exh N(t) is a January 7, 2010, FBI EC recording the mailing of
death threats, specifically envelopes lined with razor blades if
I recall, to one of the alleged victims in White WD VA 08-cr-054.
The return address was faked, according to other documents in the
file, to refer to a businessman in Philadelphia.

229)  Exh N(u) is an exemplar of an email from  Daryle Lamont Jenkins,
an FBI CHS who ran an "anti-hate" notional group called the One
People's Project, to someone, slandering me.  Jenkins basically
ran a poison pen operation as a front for the FBI, sending out
letters like this to people, publishing personal information of
people the FBI was targeting, and, generally being disruptive;
recently, his life as an FBI CHS was made the subject of a film
by an "Israeli" director.  But, this shows the disruption tactics
the DTOU was engaged in through proxies like Jenkins.

230)  Exh N(v) is an August 21, 2008, document recording the service
of a Grand Jury subpooena from the Western District of Virginia
Grand Jury.

231)  Exh N(w) is a similar May 2, 2008, document referencing a previous-
ly undisclosed search  warrant.

-70-

232)  Exh N(x) is a document from my chapter 11 filing showing that
      I lawfully shielded $500,000.00 in net assets held by my company
      White Homes and Land, LLC, and/or, its subsidiaries, from the
      Chapter 11 estate.  This makes one wonder what the FBI was looking
      for in the bankruptcy when they knew I had control of $500,000.00
      in net assets that were not subject to the bankruptcy proceedings and
      openly declared so in the court, precluding any possibility of
      "fraud", which occurs when you hide your assets.

233)  Exh N(y) is a February 16, 2010 EC from Church.  The significance
      is                    the "Terrorist Militia" video on page 3, which
      I received from one "S Hull" in San Francisco, California, in late
      2005 or early  2006.  "S Hull" was probably the FBI themselves,
      but, when I reported on this video, the FBI came to my home  and
      told them that I could either give them the video voluntarily, or,
      they would get a warrant.  This, in turn, informed my decisions
      to twice offer them the Cobb material.

Use Of Torture
--------------

234 )   Exh H(a) is the sworn declaration of Shawn Grant, White v  True SD
        Ill 17-cv-1262 Doc 13-2 stating that discipline reports issued to me
        for staring at a wall in a catatonic state had been destroyed.

235 )   Exh H(b) is a selection from the sworn declaration  of Erika Fen-
        stermaker, White v Dep't of Justice SD Ill Case No:  16-cv-948
        Doc 95-4 , stating that maintenance records that would have affirmed
        that I was held in an unheated cell in 2008 were destroyed.

236 )   Exh H(c) is a selection from the MCC-Chicago 11th Floor SHU log for
        the dates November 28-29, 2008, released in White v Dep't of Justice
        SD Ill Case No:  16-cv-948.  It truly and accurately depicts the
        flooding of portions of the MCC-Chicago SHU with sewage from a
        sewage drain, and, the fact that I was left in the sewage overnight
        while other inmates were moved.

237 )   Exh H(d) is a March 20, 2011, letter which I authored recording
        the fact that I had been told that day by the BOP that my psychosis
        was being caused by an over the counter allergy pill.

238 )   Exh H(e) is a summary of sleep deprivation logs maintained by the
        Seminole County, Florida, Sheriff's Department;  the United States
        has been given the underlying documents in my proceedings.

239 )   Exh H(f) is a neuropsychological report by Dr Richard M Samuels.

240 )   ExhH(g)(i)-(iv) are the psychological reports of Drs Ostrov, Daum,

and Corcoran, as well as testimony given by Dr Daum in <u>United</u>

<u>States v White</u> WD Va 08-cr-054.

241) I note that there are some factual errors in the interview and back-
ground sections of Dr Ostrov's and Samuels' reports. For example,
I never told Dr Ostrov that I was holding a shotgun and it "went
off." I described to him an incident which occurred September 15,
2005, where an individual with a
gun followed me to my house and threatened me until I brandished my
shotgun, causing him to "take off". With Dr Ostrov, the problem
was, first, that I was so injured by the use of torture that I was
not able to speak clearly at the time that he interviewed me, and,
then, I had to try to get his report corrected twice while my com-
munications were basically being blocked by USP-Marion, so I ended
up with two different corrected reports that don't integrate the
others' corrections. Dr Samuels has a list of my corrections.
There, Dr Samuels was delayed several times by USP-Marion and by
circumstances and was then rushed to get a report out. I surmise
that, after testing me and realizing the extent of my injuries, he
decided to get another source for my biographical information, and,
went to my mother, and, to the FBI reports I'd given him, but, there
was miscommunication.

242) During the period November 7, 2008, to December 29, 2008, while I
was housed at the MCC-Chicago, I was subjected to the following
conditions of confinement:

a)  from November 7, 2008, to November 11/12, 2008, I was left with-
out a bedroll in an unheated cell where I was exposed to ex-
terior temperatures as low as -20° F. I wrapped myself in my
mattress to survive at night, and, I feared for my life;

b)  from November 28, 2008, to November 29, 2008, over 24 hours, I
was left in a cell flooded with 1" of human feces from a nearby

-73-

sewage drain;

   c)  for 21 days (one rotation) from after November 29, 2008, to be-
fore December 29, 2008, I was housed in a cell overrun by hund-
reds of cockroaches. Throughout this period, efforts were made
by BOP staff to question me about an alleged plot to assassinate
Barack Obama with a truck bomb. I was released from the MCC-
Chicago SHU to general population December 29, 2008.

243) During the course of my trial in United States v. White WD Va 08-cr-
054, FBI CHS and Roanoke NAACP Chairwoman Brenda Hale brought a
black mob to the trial, at least one of whom had to be removed after
shouting threats at the jurors during a recess.

244) During the period of about October 17, 2008 to April 20, 2011, my
wife Meghan White embezzled about $300,000, mostly in cash receipts,
from my housing business and a related Chapter 11 estate, money which
either the Court or my creditors were primarily entitled to. While
doing so, she mailed to me in prison false financial statements and
made other false statements to me over the phone and at visitation
so as to mislead me as to her activities. She also began associating
socially with a prostitution and heroin gang that she began renting
to, and, allowing a prostitute named Jodi MacFarlane to live with
her as a "babysitter" for my daughter.

245) During the same period as para 244, supra, my guns and other kit,
electronics, and, jewelry, as well as my wife's jewelry, disappeared
(over $10,000 in value new). My wife claims that she was burglarized,
but, I believe that she pawned them.

246) I discovered my wife's fraud and embezzlement in August 2010, when
I contacted my stockbroker at Edward Jones only to find out that my
brokerage account had been emptied and closed some months earlier.

-74-

247)  Sometime in 2010, it came out publically that Ron Paul had been
      attending the very kind of dinners that I had seen him at seven to
      eight years before.

248)  During the period of  about September 1, 2010, to April 20, 2011, I
      was again subjected to extreme conditions of confinement while in
      BOP custody.  While at the Federal Correctional Institution --
      Beckley in Beckley, West Virginia, I was attacked in my cell by
      a Negro angry at something he had read in the Roanoke Times.  The
      fight did not go well for the Negro;  I was not injured or in dang-
      er.  I was then transferred to the SHU.  At some point in I believe
      October 2010, I became psychotic and I developed the severe chronic
      Post-Traumatic Stress Disorder ("PTSD") and severe neurocognitive
      symptoms observed by Dr Samuels.  I have always believed that I
      was poisoned, but, I cannot remember how the symptoms were induced.
      However, I had a psychotic break where I saw a fuzzy black sphere
      and had hallucinations and delusions.  From this point forward,
      I stopped having separate sleep and wake cycles, and, began to be
      constantly dreaming while awake.

249 )  I was transferred to  MCC-Chicago in December 2010.  I was again
      placed in the SHU on December 25, 2010.  While in the SHU, my wak-
      ing dreams continued. At one point, my mattress was seized, and,
      I was left without a mattress for several days.  Then, on Febru-
      ary 17, 2011, I developed catatonia, and, began staring at the
      wall.  This continued until March 9, 2010, when I was cell extract-
      ed after destroying everything in the room with a razor blade and

injured myself. Throughout this period, I was written incident
reports for failing to stand for the count instead of receiving
treatment or assistance.

250) Twice during the period January to March 2011, FBI SAs attempted
to interview me:

   a) the first pair stated that they were from the Richmond, Indiana,
   Residence Agency and that they wanted to question me because
   an inmate named Thomas Slapknicker had claimed over the phone
   that he was conspiring with me to kill a federal judge. Slap-
   knicker and I were not friends, I found this story very unlikely,
   and, it was also false, so, I refused to speak to the agents;

   b) the second pair stated that they wanted to speak to me about
   the links between Republican Congressmen like Ron Paul, "white
   supremacists", and, Russia. I also invoked my right to counsel
   and refused to speak to them.

   I cannot date these encounters exactly at this time.

251) I was released from prison April 20, 2011. After my release from
prison until January 1, 2017, I had the following symptoms:

   a) inability to sleep, sometimes sleeping as little as 3 hours per
   day;

   b) paranoid delusional episodes that tend to strike very early in
   the morning. The longest one struck September 2011, lasted 8-9
   hours, and, led to me driving to Knoxville, Tennessee, before
   snapping out of it and realizing that no one was trying to kill
   me at that time. The second longest episode was July 29, 2020,
   it lasted 4-5 hours, and, led to me accosting another inmate
   for imaginary reasons;

   c) confusion and temporary global amnesia (TGA). Basically, I
   don't form memories for short periods of time, which sometimes
   causes problems in conversations. I also sometimes have problems
   understanding documents.

-76-

d) a heightened startle reaction, hypervigilance, and, dyskinesia.
This has gotten much better, but, for many years, I perceived
strong lights and sounds as painful;

e) speech problems. I had great difficulty speaking when Dr Ost-
rov interviewed me; now its just some occas ional halting and
pausing.

I do not have fixed delusions nor do I indulge in "conspiracy the-
ories." All of these symptoms are associated with damage to the
hippocampus, and, some of the, like the TGA, are most commonly
caused, other than by epilepsy, by poisoning.

252) After my release on April 20, 2011, I discovered additional wrong-
doing by my wife. She'd used my identity to incur tens of thous-
ands of thousands of dollars in debt, including at least $28,000
in local and federal tax debt, had deliberately abandoned my real
property to be destroyed, had placed several thousands of dollars
of suits, shirts, and, dress clothes in muddy puddles in the base-
ment of one of my buildings, where they were literally mouldering,
and, had conned or attempted to con my parents and several friends
and associates out of money by claiming that I had left her and my
daughter "starving and without food." Further, she had given away
my cat to be euthanized. I suspected that she had been abusing
drugs with Jodi and my tenants, as there weren't too many other
places so much money could go so quickly, but, I've never been
able to prove it.

253) Days after my release, an FBI CHS or UCE from the Cincinatti Field
Office contacted me by email and tried to persuade me to join some
fake "National Socialist" group; I ignored the email.

254) Another FBI CHS using the name Paul Santa also contacted me soon

half of the Baltimore Field Division.

255) Because we had a pre-nuptial agreement, my wife had no claim on any
of my real property, my business assets, on alimony, or, on child
support, except insofar as these clauses were prohibited by state
law. In May 2011, I offered her a no fault divorce in which I
would absorb the debts she had created in my name, we would share
custody of daughter, and, she would get nothing else. She respond-
ed by running off with my daughter, suing me for divorce, and,
going to the FBI and demanding that they find money for her that
she believed I had in off shore accounts.

256) After my release, I worked for essentially free repairing my build-
ings so that they could be foreclosed on by my lenders, with my
lenders financing the repairs. For example, the entire electri-
cal system at 1320 Chapman had been stripped from the building, so
I replaced it and completely rewired the house. Or, at 1514 Chap-
man, essentially the entire left hand side of the building, facing
the street, had rotted out. Because the lender didn't want to
replace the whole thing, I patched the damaged frame from the in-
side as best as possible. 819 Chapman had been burned; I never
got around to working on it. I also had to manage tenants, but,
unable to carry a gun and with my testimony impeached in court, I
couldn't do the job. So, the first time that I was seriously as-
saulted, in February 2012, I resigned.

257 ) To live, because the Court had barred me from working the other
profession I was skilled in, web development, I went to work for
my friend Willis Carto's publications, the American Free Press and
The Barnes Review in May 2011.

258 ) In late 2011, I met an individual who I later learned was working with the Iranian Revolutionary Guard Corps, Mostafa Afzalza deh, and, I began working for Iran's FARS news service, which is owned, I later learned, by the IRGC. Exh R(c) p 2 (his Facebook friend)

259 ) At a September 2011 hearing in the Roanoke City Circuit Court, I believe after my fugue described supra, the Court ordered my wife to share custody of my daughter with me.  This loss for my wife and the very bad way that the hearing went led to my wife agreeing to settle the divorce on the terms that I would absorb the debts that she had incurred in my name and that she would pay me $78,000.00 on terms which she proposed and set.

260 ) The United States turned over in discovery in United States v White WD Va 13-cr-013 emails my wife had given them to her lawyer indicating that she had intended to stiff me on this settlement.  Her logic was that, as women are always hitting on me, I would probably remarry soon, and, thus, by structuring this as alimony, she would get out of paying the debt.  This accords with the near insane jealousy my wife had of other women throughout our marriage.

261) One story from the divorce that has irritated me is the claim that I didn't do anything with my daughter and played on a computer. My daughter and I went out every weekend, either locally or to Washington, DC.  On the weekend in question, I had spent the day with my daughter on the National Mall and at the Museum of Natural History looking at dinosaurs, penguins, and, wolves, before returning to my apartment.  I put my daughter in the bathtub, in my line of sight, with a giant bucket of plastic dinosaurs while I worked on a Latin paper due the next day (I was attending school).  My daughter, though, wanted me to play dinosaurs.  So, when my wife arrived, my daughter complained that I wouldn't play with her and would only

on the computer which they uploaded
it to their slander file.

262.) In February 2012, the Roanoke Times ran a fake article claiming
that I had been in a fight with a man carrying a Martin Luther
King poster at the annual Lee-Jackson day parade in Lexington,
Virginia. The man actually involved in the altercation wrote a
letter to the Rockbridge Advocate explaining that he wasn't me.
But, this was typical of the ongoing harassment campaign which the
FBI, the Department of Homeland Security, which drove past the farm
I lived on twice a day in a uniformed patrol car, and, their col-
laborators in the Judaic media directed at me during this time.

263.) Also in February 2012, while on my way downtown to the American
Free Press offices in Washington, DC, I was approached by a IC
CHS or UCE, I assume from the FBI, after boarding I believe a
blue line train. I believe that this was related to my work for
the IRGC, and, I rebuffed the woman.

264.) My appellate counsel, Melissa Scoggins, was paid $50,000.00 to file
a motion for appeal en banc and for writ of certiorari in United
States v White WD Va 08-cr-054 after the Fourth Circuit denied the
appeal in a 2 to 1 split but remanded for re-sentencing, I believe
in about March 2012. Scoggins, however, did not do so. I called
her from the American Free Press offices in maybe early April to ask
her why she did not do so, and, she told me that she had been told
by an unknown party that it was "not in her best interests" to file
my appeals. She then absconded with the money.

265.) The FBI and USMS have released to me very few records relating to
their investigations after 2011 despite repeated FOIA requests;
however, as of this writing, a hearing is being set for late Nov-
ember 2020 to hold the USMS in contempt in the FOIA proceeding of

266) In mid-April 2012 I received information that "rogue FBI agents", which I now believe was a reference to the FBI operation involving CHSs James Porrazzo and Joshua Sutter, and, FBI TFO Kelly Boaz, were planning to kill me, specifically by raiding my apartment and shooting me while claiming I was resisting arrest. I viewed this information as credible.

267) Partially as a response to the information of para 266, supra, I fled the United States to Mexico, leaving Virginia May 4, 2012 and, arriving in Nogales, Mexico, May 6, 2012. While in Mexico, I travelled under a variety of assumed names to Mexico City, Acapulco, Veracruz, Cancun, Playa del Carmen, and, San Miguel. I used prepaid Mexican burner phone(s) and an encrypted laptop computer to communicate. I did not communicate via email, the World Wide Web, or, Facebook. The phone(s) used had no internet capabilities that I am aware of. The Kindle in my possession had no World Wide Web or email capabilities. I did use encrypted chat and FTP, none of which were compatible with TOR.

268) I did not send the emails charged in United States v White WD Va 13-cr-013. I did tell Sabrina Gnos by phone to demand the money that she was demanding from me from Meghan White. I also told Gnos not to send emails. The tape of me telling Gnos not to send emails was destroyed by Church, who claimed in court there was a "technical difficulty". I believe that the charged emails were sent by Gnos, likely at Church's direction.

269) I did not send the emails or other communications charged in United States v White MD Fl 13-cr-304. I believe that these communications were sent by James Porrazzo and/or Joshua Sutter and/or persons acting in concert with them. I had never heard of the American Front members involved in this case prior to my arrest and had no connection to them except that Kelly Boaz, an alleged victim, had investigated both of us,

-81-

and so he is a corrupt, as his admitted perjury in multiple contemporary
cases and his police record shows.

270) I was arrested in Playa del Carman, Mexico, on June 8, 2012. I was
then expelled without process June 9, 2012, though I was in a Mexican
tourist zone where no visa was required and may have been in the
country legally.

271) At my resentencing in United States v White WD Va 08-cr-054, on re-
mand from the Fourth Circuit, I stated that I was no longer involved
in "white supremacist extremist" groups, meaning the FBI's fake white
supremacist extremist movement. The Roanoke Times then ran a fake
article deliberately misquoting me to make it seem like I was no long-
er a "white nationalist". The transcript accurately captures my state-
ments.

Marshals' Documents From 2012-2013
-----------------------------------

272) Exh Q(a) is an August 5, 2020, letter from Charlotte Luckstone, As-
sociate General Counsel for the US Marshals' Service FOIA division,
authenticating Exh Q(b)-(c) as documents released to me by the USMS
in FOIA.

273) Exh Q(b) is an April 17, 2012, email between USMS employees stating
that the USMS had circulated to them a document claiming that I
"state[] that I am in fact a member" of a "Sovereign Citizen Organi-
zation". I have never stated that I am a member of a sovereign cit-
izen organization, have never been a member of a sovereign citizen
organization, and, have never espoused a sovereign citizen ideology.

274) Exh Q(c)(i)-(ii) are exemplars of a large number of emails exchanged
by USMS employees referring to me in disparaging terms like a "piece
of crap." In Exh Q(c)(i), a USMS employee states that my health and

-82-

well-being are less important than a "dead bug squashed on a wind-
shield." In Exh Q(c)(ii), a USMS employee hopes that I receive the
"full Mexico experience", including cruel, inhuman, and, degrading
conditions of confinement.

275) From the time of my transfer to US Custody June 9, 2012 to February
6, 2016, when I was diagnosed with PTSD and first began to try to file
tort claims against the USMS and BOP, I was subjected to extreme con-
ditions while in the custody of the USMS, the Joint Prisoner and
Alien Transport Services ("JPATS"), and, in BOP transit facilities,
including SHU confinement harmful in light of my PTSD,and,use of a
black box, which injured my arms and wrists. When I asked why I
was receiving this treatment, I was told that I was a "validated gang
leader" and a "sovereign citizen". When I tried to write this up to
contest these allegations,I was told that the BOP had no record of
me being either, as I was told by Kathy Hill at USP-Marion in June
2016.

276) The use of SHU confinement and the blackbox extended the duration
and severity of my PTSD symptoms. I suffered paranoia attacks and
extended and more severe periods of severe emotional distress.

[continued next page]

Deception And Torture 2013-2014
--------------------------------

277.) After my arrest, during my prosecution in <u>United States v White</u>
WD VA 13-cr-013, the AUSAs prosecuting the matter, Patrick Hogeboom
and Laura Day Rottenborn, lied to my defense counsel, Paul Beers,
to prevent him from obtaining a psychiatric examination.  They
told him, for example, that:

a) I had been released from MCC-Chicago  on January 18, 2011,
   and, transferred to a Community Corrections Center until April
   20, 2011;

b) that I had never suffered psychosis while in federal custody,
   never received incident reports for staring at a wall, and,
   never been cell-extracted; and,

c) that there were no records to support my claims of having been
   tortured.

278.) In March 2013, I met with FBI Special Agent ("SA") Maureen E Maz-
zolla, Haus, and, an unknown named FBI supervisor at the Dirksen
Federal Building in Chicago, Illinois.  Haus identified himself as
an analyst, and, wouldn't give his name, though it was written on
a name tag he was wearing.  I gave the three enough of the inform-
ation that I had on  Cobb's recruitment of Ross that I believed
that they could corroborate it but would not be able to obtain
an indictment without further agreement from me.

279) My motive in attending this meeting was that, seeing that I was being continually charged with fake crimes, and, fearing the further use of torture, I thought this might forestall the further use of torture. I also thought this might cause the DOJ to re-think its effort to frame me for phony crimes because of my opposition to Judaism. I was wrong on both counts.

280) I was tortured throughout the course of the proceeding in <u>United States v White</u> MD Fl 13-cr-304. Specifically:

    a) I was brought to the John E Polk Correctional Facility and placed in the custody of the Seminole County, Florida, Sheriff's Department on May 13, 2014;

    b) I refused a plea bargain on May 20, 2014, and, was promptly transferred into the torture facility within the John E Polk Correctional Center. Specifically, I was moved to the "ISO-1" unit and placed in a 7'x7' windowless cell painted glossy white and subjected to 6000 lumens of light, the equivalent of a car's high beams, 24 hours a day;

    c) as a result of the use of torture, I was kept awake for days at a time and received an average of 72 minutes of sleep per day for the 105 days before trial. Exh H(e);

    d) on June 17, 2014, I suffered a psychotic break and became unable to eat or drink for six days. On June 23, 2014, I collapsed from de hydration and was left writhing and choking on a floor for twelve hours before receiving medical care;

    e) on June 18, 2014, Wardell Fredericks, Jr, a convicted felon working as a Seminole County, Florida, Deputy Sergeant and supervisor of the ISO facility transferred me to the ISO-2 unit which was larger but otherwise the same conditions. At this time I was told at Taser-point that if I continued to

complain about the lights I would be sexually assaulted and
tortured with electricity;

f)  in September and November 2014, three of my teeth chipped and
broke from lack of sunlight.

Volksfront File
---------------

281)  Exh I(a) is a letter from Hardy authenticating Exh I(b)-(d) as
documents released to me July 9, 2018.

282)  Exh I(b) is a January 28, 2010, FBI EC from FBI St Louis Division
file #336N-SL-194021, discussing the update of an FBI Internal
Investigative Report ("IIR") on Volksfront, and, opening a pre-
liminary TEI.  I have reconstructed the DTOU and Squad 9 from
other documents in the file, the subject titles by reasonable
inference, and, the file # from Exh I(d).  I note that the doc-
ument's language regarding "violence", a "race war", "stockpil-
ing weapons" and the like is boilerplate;  the FBI routinely
inserts these allegations into files with no basis, usually to
describe groups that it has set up or controls.  cp Exh I(e)
("stockpiling of weapons and ammunition in anticipation of waging
war").

283)  Exh I(c) is a March 24, 2010, FBI EC requesting leads on four
skinhead groups.  From the initials of the groups contained
elsewhere in the file, from the names of the Field Divisions
involved, and, from inference from other documents and personal
knowledge of such groups, I can reconstruct the other groups as
the Hammerskin Nation, Vinlander Social Club, and, Blood and
Honour.

284)  Exh I(d) is a classified secret FBI EC.  The redacted file num-
ber is handwritten in the lower right hand corner, and, I have
reconstructed the subject titles by inference from other docu-
ments in the file.

Orange County Sheriff
--------------------

285) My case in the Middle District of Florida, <u>United States v White</u>
MD FL 13-cr-304, had something to do with the government's in-
vestigation into the American Front, another "white supremacist
extremist" group that the FBI just decided to randomly associate
me with.  <u>Exh J</u> is a document released to me by the Sheriff of
Orange County, Florida, from the personnel file of FBI/ATF
TFO Kelly Boaz, discussing the scope of this "disruption" oper-
ation and the personal involvement of Robert Mueller.

Efforts To Obtain My Cooperation
--------------------------------

286) After the conclusion of my first 28 USC §2255 proceeding in
<u>United States v. White</u> ND Ill 08-cr-054, I was approached by FBI
CHS John Terzakis at the MCC-Chicago and told that he was "work-
ing with investigators and attorneys" who wanted to speak to me,
and, who wanted to meet with me when I returned to USP-Marion.
I told him that any such request would have to go through couns-
el.

287) I arrived at USP-Marion June 2016.  From that time to the pre-
sent, I have been subjected to bizarre efforts to manipulate me.
For example:

    a)  in 2017 until his death in July 2018, FBI CHS Harold Coving-
        ton, and, afterwards, USP-Marion CHS Carlos Brutus, both
        approached me at different times and urged me to "start a
        cult", apparently in the government's mistaken belief that
        I want to "control people".  Covington told me that I would-
        n't have to have a job (though I've worked hard all of my
        life), could use every drug (though I've never used drugs),
        and, could sleep with hundreds of women.  I told Covington

that the average Negro didn't have a job, used every drug, and,
slept with hundreds of Negro women, but, I didn't want to become
a Negro either;

b)  the FBI thinks I'm gay, which I'm not and never have been, and,
won't explain why or show me what nonsense they have about this
in their files.  So, from 2011 to 2019 I had FBI Baltimore CHS
Paul Santa ("pissant") writing to me.  I receive letters from
scores of people, maybe two thirds of them FBI CHSs, and, in
retrospect I guess the letters were supposed to be tinged with
gayness throughout, though I didn't really notice it until
September 2019.  I had picked up on the fact that he was an
informant earlier.  So, in September 2019, I told the DOJ I knew
he was  a CHS, and, wrote to tell my friend Paul Angel of this.
Before Angel had gotten my letter, Santa contacted to him to say
that he'd "heard" that I thought he was an informant, and, since
no one knew what I thought except the people who read my mail,
that cinched it;

c)  these efforts have been part a continuing theme of sexual har-
assment and weird sexual proposals from the DOJ. These propos-
als have varied from trans-sexual love letters sent to me in
2013. to repeated efforts in 2017 and 2018 by USP-Marion CHS
Juan Diego Paucar to engage me in discussions of trans-sexuals,
pedophilia, and, sex with colored women -- none of which int-
erest me;

d)  additionally, I get a large number of fake letters, primarily
from the FBI DTOU, but, also from the US Postal Inspectors and
others, all of which are openly modeled on the symptoms of very
severe narcissism, sociopathy, and, delusional disorders, the
kind of  things you'd have to be a retarded child to fall for.
And, I have seen these same kind of manipulation techniques
used on other inmates targeted by the FBI's "intelligence" units.

288)   After I filed my first 28 USC §2255 motion in <u>United States v White</u>
       WD Va 13-cr-013 laying out some of the FBI's national operation that
       targeted me, I was approached by Juan Diego Paucar, a USP-Marion
       CHS, who asked me things like "how long have you known?" and "do
       you know any double agents?"

289)   After I began to lay out in <u>White v Dep't of Justice</u> SD Ill 16-cv-
       948 in October / November 2017 what I knew of the FBI's efforts to
       use the Traditional Workers' Party and the National Socialist Move-
       ment to target the Russian GRU's efforts to promote "extremism"
       within the United States, I was contacted by mail by Billy Roper
       using what I call a "mend the rift" technique -- based on the de-
       scription of that technique by an FBI agent to Robert Campbell in
       2008; basically, this is where a person who was friends with anoth-
       er person and then had a falling out with them pretends to "mend the
       rift" so as to target the subject for the FBI. (Roper and I were
       never friends though). Roper corresponded with me for two years
       until I informed the DOJ I was aware of his status, giving me false
       information on a number of subjects, and,        trying to manipulate
       me into conspiring with him to "doxx" people or to obstruct justice

[continued next page]

0

-89-

290)  In July 2018, CHS Robert Kenneth Decker approached me on the yard
      at USP-Marion, and, over the course of the next three months, told
      me that the "US Attorney" wanted me to testify against "Matt Hale",
      and, that I would be released from prison and given a job "only tar-
      geting blacks and Hispanics" if I agreed. He also said that we
      should start by setting up my friend, Syrian arms dealer Monzer
      al-Kassar, whom the State Department has been trying to trade to
      Syria for captured CIA spy Austin Tice.  I told the DOJ no to both
      offers by email.  These offers were contingent upon me dropping my
      litigation against the United States.

291)  When I refused to cooperate, the DOJ began a period of retaliation
      against me that lasted until February 2019.  In about October 2018,
      I was barred from speaking to my then 10-year old daughter.  My
      mail was refused with unusual frequency.  An effort was made by
      mail to involve me in threats or soliciting a violent felony.

292   In addition to the efforts of para 290, supra, Decker also tried to
      involve me in a crime.  Specifically, Decker asked me to prepare
      a declaration for him in the case Decker v Lukens in the Southern
      District of Indiana, which I did.  Sometime later, Decker told me
      that the declaration was false and asked me to prepare a declaration
      that directly contradicted the first.  When he did so, I wrote to
      the opposing US Attorney, even though he was obviously in on it
      and, told him that Decker had conned me and that I would no longer
      be assisting Decker.  This was all February 2019.

293)  In the run up to the incidents of para 292, supra, USP-Marion staff

retaliated against me by writing false incident reports on a weekly
basis.  For example, I was written an incident report for telling my
mother over the phone that USP-Marion was denying health and mental
health care to inmates, which the BOP claimed was a violation of
the Privacy Act (which does not apply to persons not employed by
the federal government).  After I wrote to the US Attorney's Office,
USP-Marion staff such as Kathy Hill and Warden William True walked
around with looks of shock on their face and could barely speak to
me.  Decker was transported to MCC-Chicago two weeks later.

294) I first made my knowledge of the FBI's failure to solve the Lefkow
murders public in a legal pleading in late February 2019.  The DOJ
then spent the next ten months with two USP-Marion CHSs, Carlos
al-Monte and Carlos Brutus, urging me to cooperate.  This reached
a low point about July 2, 2019, when Brutus approached me on the
USP-Marion yard and told me that the US Attorney "did not want me
to testify truthfully" but wanted to "give me a script", have me
"memorize it", and, then, "make it plausible" and "sell it" to a
jury.  I said that this was unethical and declined.

295) About this time in 2019, Roper cooked up a story about a "skinhead"
he knew who had been arrested for a "hate crime" against a pedophile
in Arkansas based on sexual preference, which was facially nonsense.
Then, he corresponded with me about the "legal defense" of this im-
aginary person, apparently trying to prod me to solicit or conspire
to obstruct justice.

296) In August and September 2019, I sent emails read by the BOP and DOJ
identifying fifteen DOJ CHSs who were corresponding with me by mail
and told the DOJ that all CHSs would have to donate a minimum of $25
per letter if they wished to correspond with me. These CHSs included
Roper.

297)    In September 2019, Brutus approached me on the yard at USP-Marion
and told me that I would be "better off" if I dropped my lawsuits
against the United States and agreed to cooperate. I told Brutus
that any settlement of my legal proceedings would have to go through
counsel and be presented formally by the DOJ.

298)    On October 15, 2019, my father died of liver cancer.

299)    In December 2019, both Brutus and al-Monte followed me around or ap-
proached me at different times and told me that I was "lying" about
unspecified things, that "no one believed me", and, that "things would
go easier for me" if I dropped my litigation against the United States,
"confessed" to the various false crimes that I've been convicted of
over the years, and, cooperated. I was also vaguely threatened that
"things would go badly for me" if I didn't drop my litigation against
the United States. In response, I sent emails via TRULINCs to CMU
Staff Member Kathy Hill asking her to stop this nonsense. Both Brutus
and al-Monte approached me the next day to apologize, with al-Monte
stating that it was part of his "de-radicalization program."

300)    At this point in December 2019, it became clear to me that the DOJ
was simply too stupid, arrogant, and, corrupt, to deal with. I also
received FOIA sufficient to show that Cobb's story of recruiting Ross
to murder Lefkow was likely true. So, I arranged for my account to
be published in the American Free Press newspaper. Particularly, my
thinking was that:

        a)    I have never commited a crime and the DOJ's documents show that
              it doesn't believe I have, either;

        b)    the crimes that the DOJ committed to obtain and maintain my con-
              viction show total contempt for the law, as do their efforts to
              de-rail my post-conviction proceedings, and, thus, I am not deal-
              ing with people who hold any principles or convictions whatsoever;

-92-

c) as the DOJ has no principles whatsoever, its demand that I make
false confessions is simple arrogance;

d) my denying me the law's protection, the United States has reliev-
ed me of any obligations I had towards it;

e) the DOJ is incapable of understanding that it has done things for
which it must be held accountable;

f) the DOJ is under the mistaken belief that it has an advantage in
negotiations that allows it to dictate terms to me;

g) the DOJ is not going to offer terms that I might even consider
accepting;

Thus, the best use of the information was to hold the DOJ accountable
by making its failure as a law enforcement organization known to the
public.

301) In February 2020, Edgar Vaytia, a USP-Marion CHS claiming to be a
former Mexican State's Attorney with "inside information" on "Mexican
drug cartels" and "DEA corruption" approached me stating that he want-
ed to use his information to extort the federal government. I declin-
ed to assist him. This was part of a sustained effort to find a crim-
inal motive for my having gone to the press, including a letter I re-
ceived from an FBI CHS or UCE in the Western District of Virginia ask-
ing how much money I wanted from settlement of my litigation against
the United States.

302) In June 2020, the last possible statute of limitations that could ap-
ply to anyone I know, the eight year statute of limitations for rend-
ering material support to a terrorist organization (though it was not
designated as one at the time), expired. As I am now certain that
no one I know can be prosecuted for crimes that I may know of (except
possibly in regards to the Lefkow murders), this freed me to speak
more openly about the background of this case.

with no inter-facility transfers, Matt Hale was taken from ADX-Flor-
ence on a one-man midnight van ride direct to USP-Marion, where I am
housed.  From these facts:

a)  Hale is suspected of using legal mail to avoid mail monitoring
    and run the WCOTC;

b)  in the months preceding the transfer, USP-Marion CHSs Brutus and
    Vincent Ramos repeatedly approached me making statements about
    my discussion of the stock market with my mother that indicated
    a belief that the trades were a secret code;

c)  I received a letter from an FBI CHS using the name Jason Pierce
    in the Cincinnati Field Division inquiring about the use of
    secret codes; and,

d)  the looks on the faces and tones of voices of USP-Marion staff
    indicating that their purpose in bringing Hale here went wrong
    the very first day;

I conclude that the DOJ had convinced itself that Hale had been in-
fluencing me not to testify by secret code, and, this imaginative
fantasy went bad on day one.

304.)  In mid-July 2020, I instructed all appointed counsels not to commun-
       icate further with the DOJ about any possible deal other than the im-
       mediate settlement of specific legal actions.

305.)  Since USP-Marion unlocked about August 27th, I have been approached
       in person by an informant about every other day and by mail by a host
       of recycled informants from the prior investigations.  These inform-
       ants include Brutus, developing a theme of "your legal work is so
       hard, wouldn't you like a shortcut?", and, Ryan Lin on the theme of
       "do you know what's involved in a Rule 35?" and "if the government
       were to offer someone a Rule 35, how would they know the person was

particularly offensive since most of the things I have discussed herein are not only well-corroborated but have also never appeared in a newspaper to my knowledge, and, certainly never appeared to my knowledge at the time I began asserting them. Then, the weekend of September 13-14, CHS Santa approached my mother to obtain my cooperation.

Post-Conviction Rehabilitation
------------------------------

306) While imprisoned at USP-Marion, I have completed numerous certificate classes, as described in Exh H(h).

307) In addition to the listed certificates, I have also received a certificate in Yoga, Exh H(i)(i) which I practice for 90-120 minutes each morning and teach to others.

308) I have also completed a number of psychology self-study courses for FIRST STEP Act credit, including "Anger Management", "Criminal Thinking", and, Post-Traumatic Stress education. Exh H(h); (i)(ii). I note that none of these constitute "treatment" for my neuropsychological concerns.

309) I also have aided numerous inmates in legal matters. This has included obtaining the release of two wrongfully imprisoned persons, Nick Davis and Sterling Daniels. (United States v Davis ND Ill Case No: 18-cr-772, but, Mr Davis was released in 2016 after I helped him show the Court that his indictment had been obtained by testimony previously adjudicated to be perjury; and Daniels v Owens ND Ill Case No: 15-cv-5700). I won an appeal at the Seventh Circuit for Hosam Smadi after the lower court wrongfully declared that he had no judicially enforceable Constitutional rights. Smadi v True 783 Fed Appx 683 (7th Cir 2019). And, I am told that a lawsuit I brought on behalf of Monzer al-Kassar, a 75-year old man who was tortured by BOP staff, is settling. al-Kassar v Julian 2018 US Dist LEXIS 87680 (SD Ill 2018).

My Current Status
-----------------

310) My friend Paul Angel collects money for my legal defense which he
transfers to my mother to repay the money she's advanced me over
the past twelve years to pay them.   In 2019, my friends, family,
and, supporters, contributed about $30,000 to pay my legal and
personal expenses.   This year, I anticipate over $20,000 will
be contributed towards the same.   Over the past five years, I would
estimate that 150-200 persons not related me have made donations to-
wards my legal costs (I have not added them up).

311) Upon release, I intend to support myself by publishing and fund-
raising.

312) My wife, Meghan White, and I are still married but intend to remain
separated.   Our divorce proceedings in Roanoke City Circuit Court
I believe have been dismissed for non-prosecution, but, while I
received a notice stating that they would be dismissed, I have not
received a dismissal order.

313) My daughter, BLW, is 12 years old and supported by her mother, who
is completely disabled by lupus.   My family also contribute  to my
daughter's support.

314) The BOP and DOJ, apparently in retaliation for my refusal to coop-
erate, has barred me from speaking to my daughter since about Oct-
ober 2018;   I have sued over this.

315) Upon my mother's death, which hopefully will not be soon, I will
become the beneficiary of a trust which I anticipate will be valued
over $1,000,000.00,depending upon market conditions.   This trust is
not attachable by any creditors.

-96-

316.) Upon release, I anticipate staying briefly at my mother's home until I obtain housing.  I anticipate no problem finding housing.

317.)  All of the charges against me have been fake.  I continue to deny all responsibility for them as I did not commit the crimes charged.

Having so averred, I sayeth no more under oath.

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959