EXHIBIT A(a)
------------

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

February 8, 2017

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1357593-003
Subject: National Socialist Movement

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act. Enclosed is one CD containing 103 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records potentially responsive to your subject may exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request an additional search for records. Please provide any additional information that would help locate the records with a reasonable amount of effort. This might include specific timeframes or localities. Submit your request by mail or fax to – Work Process Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U. S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request. Your patience is appreciated.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@ic.fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so that it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure(s)

# ☬ACTION REPORT☬

## JEWS BLOW OPPORTUNITY OF ADVANCE PUBLICITY.

On March 28th the Cincinnati Enquirer printed an article in which it was intimated that a number of Jews or Jew groups might desire to counter-demonstrate two upcoming N.S.M events: the Hitlerfest and the Rudolf Hess picket.

The actual dates for these activities were announced by the Enquirer a full month before they were scheduled to take place which gave the Jews THIRTY DAYS in which to make their "plans". As it transpired, no Jews were anywhere to be seen at either of the occasions.

This "attitude" is going to be what costs the Jews.



*Cincinnati Enquirer*
*Sunday, March 28, 1976*

**Frank Weikel**

**BEHIND THE SCENES:** I understand that representatives of a local Jewish organization are looking into a planned "birthday celebration" that will be staged in the Cincinnati area by a group of NAZI sympathizers to commemorate the birthday of Adolf Hitler.

This column was contacted after an item noted that the celebration was scheduled here on April 17 (the actual birthdate is April 20) and would include leaders of anti-Jewish and anti-black organizations

What if any .. protest action is planned against the NAZI birthday party was not revealed by the representatives of the Jewish group who telephoned my desk.

## INTERNAL FUNCTIONS TAKING BACK SEAT TO ORGANIZING.

The number and frequency of internal activities is beginning to slacken as the N S M begins to find that it has 90% of its "stuff" together. Private, unannounced gatherings when they are not seriously called for

amount to club work and that is just what the N.S.M. will never be accused of.

Following the last report, the three meetings which have taken place were on April 3rd, in Warren County, Ohio, on April 9th, in Columbus, Ohio, and on May 11th, again in Columbus The policy henceforth shall be to meet in secret only when necessary and never to allow this practice to overtake our efforts at organization.

## 87th GEBURTSTAG OF THE FUEHRER MARKED.

The N.S.M. celebrated on April 17th the annual Hitlerfest in Cincinnati. Held in the famous Cincinnati tavern that has been traditional location for all area National Socialists, the gathering was attended by new friends as well as old familiar comrades to make this the greatest evening of the year a success.

In spite of the fact that the location had not been publicly disclosed, the Cincinnati press undertook a phone call campaign to major bars in the city asking randomly for Movement Chairman Robert Brannen. Finally, he was located in this manner and an interviewer was quickly dispatched to the scene.

Friends representing various rightist organizations were on hand including those from the National States Rights Party, The American White Nationalist Party, and United Klans of America Regardless of name or symbol, the program remains the same as does the common allegiance to THE GREATEST MAN IN HISTORY

## N.S.M. ANSWERS A LIAR.

The Movement issued its official rebuttal on April 18th to the absurd smear attacking Chairman Robert Brannen published on February 15th by the Franklin Road Club of Arlington, Va The lengthy memorandum, entitled ANATOMY OF A SMEAR, covers in depth the background and nature of the reckless and irresponsible smear atttack on Comrade Brannen.

We are pleased to be able to report that todate, over three months from

the issuance of the smear, not one hostile letter or comment has been received by the N.S.M. This tells us that the people who today make up the general movement have matured and were able to consider the source of the smear and thereby judge its validity

The rebuttal itself however should be read by everyone who desires to remain abreast of what actually goes on behind the scenes in Franklin Road Club operations. Copies have now been circulated to all responsible movement leaders and are now available to the public. Copies are available for 50 cents a piece. Request ANATOMY OF A SMEAR.

## WHITE CONFEDERACY TAKES CARE OF ITS OWN.

The very able and very highly respected leader of the National Socialist Party of America, our good Comrade Mr Frank Collin, telephoned the N.S.M. from Chicago on April 26th and informed us that according to his intelligence sources, the word has officially gone out of Franklin Road to disrupt N S.M activities.

Not only had the Movement anticipated just this sort of thing, we also were perfectly aware of exactly who the supposed agent was. Active service in the Franklin Road group for a decade didn't go for nothing. Not only were the tricks of the outer enemy learned, but also those of the inner foe which the Franklin Road group has become The N.S.M is not succeptible to subversion.

Our deep thanks goes to Mr Collin and the entire N S P A for their much appreciated care and concern in closing ranks with us in the face of what can only be described as a government inspired attempt to undermine and destroy a genuine National Socialist Front. We stand ever ready to repay the favor at the very first chance.

## N.S.M. CHAIRMAN VISITED BY LOCAL F.B.I.

The only real reaction to the idiotic smear against Robert Brannen came *continued on page 7*

EXHIBIT A(c)
------------

CODE                    TELETYPE                    NITEL

TO:   SAC, CINCINNATI                               MAY 5, 1976

FROM:  DIRECTOR, FBI        Limited Classification    1 -                    b7C
                            Review Conducted          1 -
                            See Top Serial
                       b2   Form 4-774
CIFILE:
BUFILE:                b7D
                                        ALL INFORMATION CONTAINED
                                        HEREIN IS UNCLASSIFIED
NATIONAL SOCIALIST MOVEMENT (NSM)       DATE  6/1/80  BY SNGSK/DG/CA
EM
CIFILE:  157-6359
BUFILE:  157-34318

        REURTEL APRIL 30, 1976, CAPTIONED                      b2
                                                               b7D
        CONTINUED OPERATION OF CAPTIONED INFORMANT SHOULD RECEIVE

CLOSE SUPERVISORY CONTROL IN VIEW OF HIS RECENT DISCLOSURE AS

AN FBI INFORMANT.  ALTHOUGH THE CINCINNATI OFFICE FEELS THE

INFORMANT'S POSITION WITH THE FBI HAS NOT BEEN JEOPARDIZED AND

THE INFORMANT DOES NOT CONSIDER HIS PERSONAL SAFETY TO BE IN

JEOPARDY, FURTHER OPERATION OF CAPTIONED INDIVIDUAL BY YOUR

OFFICE MUST BE HANDLED IN A MOST DISCREET MANNER AND RECEIVE

CONTINUED ATTENTION.

        REVIEW OF BUREAU FILES DISCLOSED THE NSM WAS FORMED

OCTOBER 20, 1975, IN SOUTHWEST OHIO, AND THIS GROUP IS CLOSELY

TJS:klm
    (5)                                      SEE NOTE PAGE THREE

                                        NOT RECORDED
                                        48 MAY 7 1976

ROUTE IN ENVELOPE

b2

b7D

PAGE TWO          ☐          157-34518

AFFILIATED WITH THE NATIONAL   SOCIALIST WHITE PEOPLES PARTY

(NSWPP), ADHERING  TO THE POLICY OF HATRED FOR BLACKS, JEWS,

AND OTHER NON-WHITES.  THIS GROUP WAS REPORTEDLY FORMED TO

ENHANCE THE POSITION OF ITS LEADERS AT THE RIGHT WING CONFER-

ENCE HELD IN CLEVELAND, OHIO, IN OCTOBER, 1975, AND TO ENABLE

THESE INDIVIDUALS TO ATTAIN ADDITIONAL VOTES IN THE NEWLY

FORMED WHITE CONFEDERACY.  THE CINCINNATI OFFICE CLOSED THE

INVESTIGATION REGARDING THE NSM IN DECEMBER, 1975.

CAPTIONED INFORMANT HAS REPORTED THAT THE NSM POSES A

THREAT TO ☐ DUE TO THE FACT THAT A

NUMBER OF ☐ FOLLOWERS HAVE RESIGNED FROM THE NSWPP AND

HAVE JOINED THE NSM.  A QUARTERLY PUBLICATION OF THE NSM HAS

b7C

RECEIVED FAVORABLE PUBLICITY AND HAS BEEN INSTRUMENTAL IN

GAINING SUPPORT OF NSWPP MEMBERS, CAUSING ☐ A GREAT DEAL

OF CONCERN.

IT WOULD APPEAR THAT THE NSM IS MORE THAN AN ORGANIZATION

IN NAME ONLY, AND THE CINCINNATI OFFICE SHOULD PROMPTLY SUBMIT

A LETTERHEAD MEMORANDUM SUITABLE FOR DISSEMINATION UNDER THE

NSM CAPTION.  CONSIDER INSTITUTING A PRELIMINARY INVESTIGATION

b2

b7D

PAGE THREE            157-34518

OF THE NSM UNDER PROVISIONS OF THE ATTORNEY GENERAL GUIDELINES

AND INCLUDE YOUR OBSERVATIONS AND RECOMMENDATION IN THIS REGARD.

END.

NOTE:

Captioned individual, operated as a racial informant
(probationary) and as an extremist informant from 4/16/65,
until the present time, is a member of the National
Socialist Liberation Front, White Confederacy, and the
United Klans of America, Inc. Informant is also a close
associate of members and leaders of the National States
Rights Party, The American White Nationalists Party and
related groups. Informant has furnished timely and valuable
information concerning the activities of these groups and
is presently authorized regular monthly payments of up to
$150 per month for services and up to $100 per month for
expenses. Informant's photograph and description appeared
in the February, 1976, NSWPP publication and he was named
an FBI informant. Cincinnati Office considers this
accusation by the national leader of the NSWPP as an attack
on informant motivated entirely by inter-organizational
jealousy. Informant's group, the NSM, has publicized a
rebuttal, and the Cincinnati Office is taking special
precaution to insure this informant can be operated successfully
without jeopardizing his personal safety. Foregoing
instructions to Cincinnati necessary to insure that proper
consideration is given to instituting preliminary investi-
gation of NSM.

EXHIBIT 1

```
           FBI Files 1995 To Present (updated 9/2020)
           --------------------------------------------
```

| Office | File # | Description |
|--------|--------|-------------|
| Albany | 266N-AL-47174 | National Socialist Movement ("NSM") |
| Albuquerque | 100 -AQ-C54627 | Terrorism Enterprise Investigation ("TEI") tracking file |
| Atlanta | 100A-AT-83431 | NSM TEI |
| | 266N-AT-99442 | NSM DT Wes Sitton |
| | 300 -AT- | NSM 4/2018 Rome rally |
| Legat Berlin | 163I-BN-C13756 | 163 tracking file |
| Baltimore | BA-282-0 | 282 control file |
| | 316A-BA-104260 | Madeleine Albright Vanguard News Network ("VNN") threats |
| | 266N-BA- | 10/31/2017 threats |
| Boston | 66A-BS-88674 | World Church of the Creator ("WCOTC") Violent Gang and Terrorist Organization ("VGTO") file |
| | -BS- | WCOTC Confidential Human Source ("CHS") |
| | -BS- | American National Socialist Workers Party ("ANSWP") TEI |
| Charlotte | 266N-CE-92874 | NSM/ANSWP DT file |
| | 266A-CE-0 | CE Domestic Terrorism ("DT") control file |
| | -CE- | WCOTC CHS |
| | -CE- | Volksfront TEI |
| Chicago | 66F-CG-111993 | VGTO Financial Anaysis ("FA") file |
| | 66F-CG-C87279-DT | VGTO tracking file |
| | 89E-CG-122118 | Lefkow murders conspiracy/ obstruction |
| | 164B-CG-C117055 | 164B tracking file |
| | 188B-CG-124349C | Victim Assistance Profile ("VAP") Mark Hoffman |
| | 196D-CG-103847 | Stormfront (1997) |
| | 196D-CG-123577 | WCOTC |
| | 266A-CG-110397 | Ben Smith WCOTC murders |
| | 266A-CG-123527 | Lefkow murders |
| | 266A-CG-119311 | Matt Hale solicitation |
| | 266A-CG-122346 | WCOTC DT |
| | 266N-CG-129437 | US v White ND Ill 08-cr-851 |
| | 801A-CG-125288 | NSM TEI |
| | -CG- | Volksfront TEI |
| | -CG-266-0 | CG DT control file |
| | -CG- | Squad ("SQ") CY-2 support file for 89E-CG-122118 |
| Cincinatti | 266N-CI-76195 | NSM-ANSWP Justin Boyer |
| | 266N-CI-74835 | DT file |
| | 266 -CI-C75700 | CI DT tracking file |

-1-

| Office | File # | Description |
| --- | --- | --- |
| Cleveland | 44B-CV-74237 | Lima Ohio noose incident |
| | 188B-CV-C71531-C | VAP Julian Upthegrove |
| | 2660-CV-C72082-N | CV DT tracking file |
| | 266N-CV-70871 | NSM Toledo tally 12/05 |
| | 266N-CV-63082 | National Alliance ("NA") Erich Gliebe smuggling / tax evasion |
| | 266N-CV-73486 | National Vanguard ("NV") 2005 Canton, OH flier distribution |
| | 300A-CV-717072 | NSM Toledo rally 12/05 Special Event ("SE") file |
| Detroit | 266A-DE-C96081 | DE DT tracking file |
| | 266M-DE-102373-TEL | NSM DE wiretap / Grand Jury ("GJ") Dan Hill |
| | 266N-DE-101266 | NSM DE DT file |
| | 266N-DE-C98628 | DE DT tracking file |
| Headquarters | 66F-HQ-C1384970 | HQ VGTO tracking file |
| | 66F-HQ-A1397155-C | HQ VGTO FA file |
| | 66F-HQ-A1390507 | HQ VGTO FA file |
| | 100A-HQ-C1452807 | HQ TEI tracking file |
| | 300A-HQ-C1434728-SA-RH | HQ SE tracking files by field office |
| Houston | 266N-HO-62690 | Brian Costigan threats |
| | 266N-HO-64946 | Brian Costigan threats |
| Indianapolis | 44B-IP- | 1999 NAACP letter |
| | 100N-IP-95602 | Vinlanders ("VN") / Blood and Honor ("B+H") TEI |
| | 266N-IP-90413 | VN / NSM West Virginia ("WV") CHS |
| Jackson | 100 -JN-C27846 | JN TEI tracking file |
| Jacksonville | 343A-JK-2058232 | Black Lives Matter ("BLM") Domestic Police Cooperation ("DPC") 7/7/2016 |
| Kansas City | 44D-KC-4717410 | Glenn Miller shooting / Creativity Alliance |
| | 266N-KC-89667 | NSM Tim Bishop |
| | 266N-KC-88517 | NSM Tim Bishop |
| | 100A-KC-83431 | NSM TEI |
| Los Angeles | 100N-LA-254834 | NSM TEI (old Originating Office ("OO")?) |
| Little Rock | -LR- | 11/10/18 NSM rally |
| | -LR- | NSM TEI assessment |
| Legat Madrid | 163C-MD-403 | request for NA publications |
| Major Case | 117 OKBOMB | Oklahoma City bombing |
| | 174 | NA |
| | ? | William A White ("WAW") |

| Office | File # | Description |
|--------|--------|-------------|
| Miami | 266N-MM-<br>266A-MM-<br>266N-MM-109670<br>266N-MM-56642 | NV 3 meetings 6/05 also W Palm<br>Beach Christian Identity ("CI")<br>Leonard Pitts threats<br>VAP Leonard Pitts |
| Milwaukee | 66 -MW-A42188-M | MW VGTO tracking file |
| Minneapolis | 100A-MP-63291<br>196D-MP-40821<br>266N-MP-56642<br>266N-MP-57299<br>MP-266A-O-492 | NSM TEI<br>European Student Union<br>NSM/NA WV CHS<br>NSM/NA WV CHS<br>MP DT control file |
| Mobile | 66 -MO-A42188-M<br>66F-MO-A43551-INTEL<br>266A-MO-44133 | MO VGTO FA file<br>MO VGTO INTEL file<br>First Freedom newspaper |
| Newark | -NK- | Robert Campbell CHS file |
| New Orleans | 266N-NO-C70426<br>-NO-<br><br>-NO- | NO DT tracking file<br>White Pride Construction / Robert<br>Moore<br>2005 NA LSU protest |
| New York | 266N-NY-C271560-WC | NY DT tracking file |
| Norfolk | 100 -NF-C36332<br>266 -NF-C35827 | NF TEI tracking file<br>NF DT tracking file |
| Oklahoma City | 343G-OC-2055615 | BLM 7/10/16 DPC file |
| Omaha | 300H-OM-C49721 | SE Tad Kepley |
| Philadelphia | 300A-PH-101374<br><br>-PH- | World Knights of the Ku Klux Klan<br>("WK-KKK") Gettysburg SE 7/06<br>Charles Tyson threats |
| Phoenix | 174C-PX-80261<br>44 -PX-C78141 | unknown threats<br>PX civil rights tracking file |
| Pittsburgh | 9A-PG-62800<br><br>9A-PG-67475<br>100A-PG-67150<br>266N-PG-56642<br>266N-PG-57299<br>266N-PG-67828<br>266N-PG-C72887 | threat to William Luther Pierce<br>III ("WLP")<br>threat to WLP<br>NA TEI<br>NSM/NA WV CHS<br>NSM/NA WV CHS<br>NSM/NA WV CHS<br>PG DT tracking file |
| Portland | 80 -PD-C47409<br>PD-196-0-4144<br>266N-PD-46175<br>266N-PD-50187<br>266N-PD-51903 | media reports tracking file<br>PD TEI assessment tracking file<br>Calvin Habig threats<br>Calvin Habig threats<br>Calvin Habig threats |

-3-

| Office | File # | Description |
| ------ | ------ | ----------- |
| Psychological-Be-<br>havioral Analysis<br>Unit ("PBAU") | 252B-IR-4448 | WAW psychological-behavioral<br>profile |
| Richmond | 9A-RH-53173 | Richard Warman threats |
| | 9A-RH-55566 | US v White 13-cr-013 |
| | 44A-RH-53908 | National Initiative Targeting<br>Bill White |
| | 62F-RH-47050 | WAW CART file |
| | 177A-RH-51892 | WAW fair housing |
| | 188B-RH-C49126-C2<br>-K | VAP tracking file |
| | 266I-RH-49418 | RH DT file |
| | 2660-RH-50435 | RH DT file |
| | 266I-RH-50926 | RH DT file |
| | 2660-RH-51394 | RH DT file |
| | 266H-RH-51442 | RH DT file |
| | 2660-RH-52240 | RH DT file |
| | 266N-RH-52670 | WAW political surveillance |
| | 266H-RH-52714 | RH DT file |
| | 2660-RH-52719 | RH DT file |
| | 266N-RH-51811 | RH DT file |
| | 266N-RH-52871 | NSM Winchester Ken Krause |
| | 305C-RH-51368 | WAW unknown |
| | 300A-RH-48442 | NSM Winchester 5/06 SE |
| St Louis | 266A-SL-186796 | Lefkow murders |
| | 333 -SL-C193761 | TEI assessment tracking file |
| | -SL-194-0-ASSESS<br>-B-4 | TEI assessment control file |
| | 336N-SL-194621 | Volksfront TEI |
| | -SL- | Jennifer Petsche threats |
| | -SL-100-0 | SL TEI control file |
| Salt Lake City | 266N-SU-C57070 | SU DT tracking file |
| | 100N-SU-64908 | Aryan Nations TEI |
| San Antonio | 2660-SA-58574 | James Clark Antifa |
| | 300A-SA-59072 | SE NSM v Antifa |
| | 300C-SA-C59268-ARA | SE tracking file Antifa |
| San Diego | 266A-SD-C67675 | DT tracking file |
| San Francisco | -SF-44-0 | SF civil rights control file |
| | -SF- | Elie Wiesel kidnapping |
| Seattle | 300A-SE-92275 | 2005 NSM rlaly |
| | -SE- | Justin Boyer CHS |
| Springfield | SI-62-0-1773 | SI 62 control file |
| | 100A-SI-50564 | WCOTC TEI |
| | 266N-SI-56589 | ANSWP Phil Anderson |
| Tampa | 26: | |

| Office | File # | Description |
| ------ | ------ | ----------- |
| Tampa | 266N-TP-74615 | US v White 13-cr-304 |
| | 266N-TP-68716 | NSM Tampa |
| | 300A-TP-68016 | NSM Orlando SE 2/06 |
| | 300A-TP-68696 | NSM Orlando SE 2/06 |
| Washington Field | 44B-WF-206383 | 1997 Stormfront ("SF") threat to CG Congressman |
| | 44B-WF-207609 | 1997 SF threat to CG Congressman |
| | 266N-WF-0 | WF DT control file |
| | 266N-WF-233751 | NSM CHS Kevin LNU |
| | 300N-WF-212361 | NSMWP Minutemen SE |

EXHIBIT C(a)
- - - - - - - - - - - -

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 20, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure.   The appropriate exemptions are noted on the enclosed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied.   The checked exemptions boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

|  | **Section 552** | | | **Section 552a** |
|---|---|---|---|---|
| ☐ (b)(1) | | ☐ (b)(7)(A) | | ☐ (d)(5) |
| ☐ (b)(2) | | ☐ (b)(7)(B) | | ☑ (j)(2) |
| ☑ (b)(3) | | ☑ (b)(7)(C) | | ☐ (k)(1) |
| Fed. R. Crim Pr. (6e) | | ☑ (b)(7)(D) | | ☐ (k)(2) |
| 50 USC § 3024 (i)(1) | | ☑ (b)(7)(E) | | ☐ (k)(3) |
| | | ☐ (b)(7)(F) | | ☐ (k)(4) |
| ☐ (b)(4) | | ☐ (b)(8) | | ☐ (k)(5) |
| ☐ (b)(5) | | ☐ (b)(9) | | ☐ (k)(6) |
| ☑ (b)(6) | | | | ☐ (k)(7) |

503 pages were reviewed and 338 pages are being released.

Below you will also find additional informational paragraphs about your request.   Where applicable, check boxes are used to provide you with more information about the processing of your request.   Please read each item carefully.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

   ☐ This information has been referred to the OGA(s) for review and direct response to you.
   ☑ We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

☑   In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act
exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the
existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security
records from the requirements of the Freedom of Information Act (FOIA).   See 5 U.S.C. § 552(c) (2006 & Supp. IV
(2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a
standard notification given to all our requesters and should not be taken as an indication that excluded records do,
or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by 5 § USC 552 (a)(6)(A) to provide you the following
information concerning your right to appeal. You may file an appeal by writing to the Director, Office of Information
Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C.
20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following
web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or
electronically transmitted within sixty (60) days from the date of this letter in order to be considered timely. If you
submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act
Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

☐   The enclosed material is from the main investigative file(s), meaning the subject(s) of your request was
the focus of the investigation.   Our search located additional references, in files relating to other
individuals, or matters, which may or may not be about your subject(s).   Our experience has shown
such additional references, if identified to the same subject of the main investigative file, usually contain
information similar to the information processed in the main file(s).   As such, we have given priority to
processing only the main investigative file(s) given our significant backlog.   If you would like to receive
any references to the subject(s) of your request, please submit a separate request for the reference
material in writing. The references will be reviewed at a later date, as time and resources permit.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosures (Bates pages FBI(16cv948)-1 to FBI(16cv948)-503 and Explanation of Exemptions)

The enclosed documents represent the first interim release of information responsive to your Freedom of
Information/Privacy Acts (FOIPA) request. This material is being provided to you at no charge at this time.   The FBI
will provide monthly rolling releases.

As previously indicated, documents were located which originated with, or contained information concerning
other agencies.   We are consulting with the other agencies and are awaiting their response.   The FBI will
correspond with you regarding those documents when the consultation is completed.

Pursuant to new FOIA regulations effective on May 4, 2015, the duplication cost for paper releases was
reduced from $0.10 to $0.05 per page.   The duplication cost for a Compact Disc (CD) remains at $15.00 per CD.
You are entitled to 100 free pages which you will receive as a $5.00 credit towards your first interim CD release.   As
a result, we must notify you there will be a $25.00 charge when the second interim release is made in this case.   At
that time you will be billed for the $10.00 remaining from the $15.00 fee of the first release, as well as the $15.00
duplication fee for the second release, for a total of $25.00.

Currently, you have a positive balance of $985 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

EXHIBIT C(c)
-----------

FD-263 (Rev. 9-8-97)

# FEDERAL BUREAU OF INVESTIGATION

| REPORTING OFFICE | OFFICE OF ORIGIN | DATE | INVESTIGATIVE PERIOD | |
|---|---|---|---|---|
| RICHMOND | RICHMOND | 09/20/2005 | 10/25/2004-09/20/2005 | |
| TITLE OF CASE | | REPORT MADE BY | | TYPED BY |
| WILLIAM ALEXANDER WHITE a.k.a. Bill White | | SA Katherine P Kelley | | kpk |
| | | CHARACTER OF CASE | | |
| | | CIVIL RIGHTS - DISCRIMINATION IN HOUSING | | |

b6
b7C

- c - #4 /w/

REFERENCE: FD-204 dated 09/20/2005

ADMINISTRATIVE:

     Donald W. Thompson, SAC, Richmond Division, has authorized the closing of this investigation at this time for the following reasons:

     None of the information already submitted in this case has led to any threat or use of force to evict individuals from their home. No other individuals have come forward to make any more allegations regarding the captioned subject.

     No further investigation is being conducted by the Richmond Division at this time.

APPROVED Donald W. Thompson, Jr. /bw/  SPECIAL AGENT IN CHARGE

DO NOT WRITE IN SPACES BELOW

COPIES MADE:
1 - BUREAU
1 - DOJ
Attn: CIVIL RIGHTS UNIT,
CRIMINAL SECTION
2- RICHMOND (177A-RH-51892)

| DISSEMINATION RECORD OF ATTACHED REPORT | | | | Notations | | |
|---|---|---|---|---|---|---|
| Agency | | | | | | |
| Request Recd. | | | | | | |
| Date Fwd. | | | | | | |
| How Fwd. | | | | | | |
| By | | | | | | |

FBI(16cv948)-68

A
COVER PAGE

177A-RH-51892-21

FD-204 (Rev. 12-1-95)

UNITED STATES DEPARTMENT OF JUSTICE
Federal Bureau of Investigation

Copy to:  Department of Justice, Criminal Division, Civil Rights
Unit, 950 Pennsylvania Ave., Washington, DC  20531

Report of:  SA Katherine P. Kelley          Office: Richmond          b6
Date:       09/20/2005                                                b7C

Case ID #:  177A-RH-51892

Title:      WILLIAM ALEXANDER WHITE;
            a.k.a. Bill White;

Character:  CIVIL RIGHTS - DISCRIMINATION IN HOUSING

Synopsis:        Captioned investigation was predicated on a complaint     b6
            by victims who were residents of several properties on        b7C
            Chapman Avenue, Roanoke, Virginia, and Brenda
            Hale of Roanoke NAACP.   They are claiming that their
            landlord is running them out of their homes because of
            their race.  Some victims are
            _____  The victims are alleging that the subject
            has been trying to turn their  neighborhood on
            _____ into an all white neighborhood.
            Some of the victims have given sworn statements which
            detail their communications with the subject.
            _____  alleges that the subject
            _____  stated that the
            subject stated that _____
            _____  stated that
            the subject refused to _____
            _____  Another
            victim _____
            _____  claims that
            _____
            _____  The subject

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI
and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(16cv948)-69

177A-RH-51892

According to [ ] there were several families [ ]    b6
resulting from the behavior of the subject.    b7C
        The subject was named one of the top 40 people to watch
by the Southern Poverty Law Center, when talking about radical
anarchists. According to the Southern Poverty Law Center, his Web
site, overthrow.com, is the second most popular racist site on
the internet.   The Web site proclaims to be violently opposed to
jews, blacks and homosexuals, among others.   He is the creator
and operator of overthrow.com.
        Since July 2004, there have been multiple articles in
the local newspaper documenting the court proceedings between
William White and his tenants.   Both former tenants and White
have been in and out of the courts regarding trespassing on the
properties owned by White.
        A search of public records has yielded the William
White, also d.b.a White Homes and Land LLC owns eight (8)
properties in Roanoke.   Six of these properties are on Chapman
Avenue and two are on Patterson Avenue.   A search of the
Virginia Employment Commission was negative for William A. White.

UPDATE:

        On 9/20/2005, SA Kelley spoke with [ ]    b6
an attorney for the Department of Justice, Civil Rights Unit.   SA    b7C
Kelley notified [ ] that there were no more individuals
with statements against the captioned subject in this matter.


                        - C -


DETAILS:
        Enclosed for the Department of Justice, Civil
Rights Division, Criminal Section, Washington, D.C. are the
following documents:

        1. One (1) insert documenting investigation
conducted by SA Kelley in the possible identity of another victim    b6
in this matter.    b7C

        2. One (1) FD-302 of Summer Boring
regarding her tenancy with [ ] William White.

        3. Copy of additional written statement by
[ ]

ADMINISTRATIVE:

                        2

FBI(16cv948)-70

177A-RH-51892

Special Agent in Charge, Donald W. Thompson, Jr., Richmond Division, Federal Bureau of Investigation (FBI), has authorized the closing of this investigation at this time for the following reasons:

None of the information already submitted in this case has led to any actual threat or use of force to evict individuals from their homes. No other individuals have come forward to make any further allegations regarding the captioned subject.

No further investigation is being conducted by the Richmond Division, FBI, at this time.

3

FBI(16cv948)-71

EXHIBIT D(a)(i)
----------------



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 20, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948-E
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| **Section 552** | **Section 552a** | |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

511 pages were reviewed and 215 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, check boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

☑ In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA).  See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by 5 USC § 552 (a)(6)(A) to provide you the following information concerning your right to appeal.  You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

☐   The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown such additional references, if identified to the same subject of the main investigative file, usually contain information similar to the information processed in the main file(s).   As such, we have given priority to processing only the main investigative file(s) given our significant backlog.   If you would like to receive any references to the subject(s) of your request, please submit a separate request for the reference material in writing.   The references will be reviewed at a later date, as time and resources permit.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-2522 to FBI (16cv00948)-3032 and Explanation of Exemptions)

The enclosed documents represent the sixth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

Currently, you have a positive balance of $930.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 22, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

|  | Section 552 |  |  | Section 552a |
|---|---|---|---|---|
| ☐ | (b)(1) | ☐ (b)(7)(A) | ☐ | (d)(5) |
| ☐ | (b)(2) | ☐ (b)(7)(B) | ☑ | (j)(2) |
| ☑ | (b)(3) | ☑ (b)(7)(C) | ☐ | (k)(1) |
|  | Fed R. Crim Pr. (6e) | ☑ (b)(7)(D) | ☐ | (k)(2) |
|  | 50 USC § 3024 (i)(1) | ☑ (b)(7)(E) | ☐ | (k)(3) |
|  |  | ☐ (b)(7)(F) | ☐ | (k)(4) |
| ☐ | (b)(4) | ☐ (b)(8) | ☐ | (k)(5) |
| ☐ | (b)(5) | ☐ (b)(9) | ☐ | (k)(6) |
| ☑ | (b)(6) |  | ☐ | (k)(7) |

510 pages were reviewed and 301 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, check boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☑   Documents were located which originated with, or contained information concerning, another
       Government Agency [OGA].

   ☐  This information has been referred to the OGA(s) for review and direct response to you.
   ☑  We are consulting with another agency. The FBI will correspond with you regarding this information
        when the consultation is completed.

☑

   In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act
   exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the
   existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA).   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by 5 USC § 552 (a)(6)(A) to provide you the following information concerning your right to appeal.   You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:   https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."   Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

☐   The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown such additional references, if identified to the same subject of the main investigative file, usually contain information similar to the information processed in the main file(s).   As such, we have given priority to processing only the main investigative file(s) given our significant backlog.   If you would like to receive any references to the subject(s) of your request, please submit a separate request for the reference material in writing.   The references will be reviewed at a later date, as time and resources permit.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-3033 to FBI (16cv00948)-3542 and Explanation of Exemptions)

The enclosed documents represent the seventh interim release of information responsive to your Freedom of Information Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $915.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

As previously indicated, documents were located which originated with, or contained information concerning another agency.   We are consulting with the other agency and are awaiting their response.   The FBI will correspond with you regarding those documents when the consultation is complete.

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE          Date: 10/20/2005

To: Counterterrorism     Attn: [DTOU]                b6
     Richmond               Attn: SSA[_____]    b7C
                                Counterterrorism Coordinator    b7E

From: Richmond
       Squad 7/Roanoke RA
       Contact: SA Katherine P Kelley
                                                     b6

Approved By:                                         b7C

Drafted By: [_____]

Case ID #: 266A-RH-NEW     (Pending)    *by 266 0; 300A-WF-212361; 84E-CG-122118; 300A-OM-C4175I*

Title: WILLIAM A. WHITE;
       aka BILL WHITE;
       dba Unit Leader, National Socialist Movement;
       AOT-DT-VC

Synopsis: Request approval to open above[_____]    b7E

[_____]

Details: William A. White, Social Security Account Number
[____], date of birth [_____], P.O. Box 8631, Roanoke,
Virginia, 24014, is the recognized leader of The National
Socialist Movement (NSM) in the Roanoke area.

     The NSM (aka NSM88) is activist group which openly
claims to be an organization dedicated to the preservation of
Aryan Heritage and the creation of a National Socialist Society
in America and around the world. The group is self-proclaimed
as, "America's Nazi Party" and the largest Nazi Party operating
in the United States today. NSM co-operates and works with many
like-minded white nationalist groups such as Ku Klux Klan (KKK),
Aryan Skinheads, the Racial Nationalist Party of America, and
many others which are neo Nazi or an affiliated group.

     The group was created in 1975 from the NSWPP, which    b6
was a spin-off from the 1958 George Lincoln Rockwell's Nazi    b7C
Party. Matthias Koehl was [_____] and was appointed
to lead in 1967 after George Lincoln Rockwell was killed. Both
aforementioned groups were inspired by Adolf Hitler, with the
movement having members in most states and in some overseas
territories. The logo or symbol of the NSM is the Swastika or
Hakenkreuz.

10/21/05                 done
                      [KPK]         10-21-05
OtA to SA                        mem    b6
Thanks                                           b7C

FBI(16cv948)-2815

266H-RH-52670-1

To: Counterterrorism  From:  Richmond
Re:  266A-RH-NEW, 10/20/2005


William A. White, aka Bill White has been extremely public with his affiliation with NSM in the recent months. Following the Federal investigation into the killings of a Federal Judge's family in Chicago, White spoke publically in support of the act of violence and applauded the actions.  In approximately, June of 2005, White began to proclaim himself as, "Head of the Roanoke chapter" of the Minneapolis, MN based NSM.

On Saturday 10/15/2005, in Toledo, Ohio, the NSM staged a march against black gangs harassing white residents.  This march turned into national news sparking riots in the city of Toledo.  NSM had approximately 20 members involved in the march, with White being one of them.  White came out on the national news circuit in support of NSM'S cause.  White was one of the organizers for the march in Toledo.

White is the owner and creator of a Nazi Web Site, www.overthrow.com. It is also termed, "Libertarian Socialist News".  The web site is the second most popular racist site on the Internet after Stormfront.  The web site is violently opposed to Jews, homosexuals, blacks, among others.

White has an extensive arrest record, some dating back to the age of 15.  Arrests include, assault and battery, concealed weapon violations, destruction of property, malicious destruction, resisting arrest, and violation of probation.

2

FBI(16cv948)-2816

To:  Counterterrorism  From:  Richmond
Re:  266A-RH-NEW, 10/20/2005


LEAD(s):

Set Lead 1:   (Info)

    <u>COUNTERTERRORISM</u>

        <u>AT WASHINGTON, DC</u>

        Read and Clear.

◊◊

3

FBI(16cv948)-2817

EXHIBIT D(c)
-------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                        Date:  12/14/2005

To:  Richmond

From:  Richmond
       Squad 7/Roanoke RA
       Contact:  SA  Katherine P Kelley                    b6
                                                          b7C

Approved By:

Drafted By:

Case ID #: 266N-RH-52670    (Pending)

Title:  WILLIAM A. WHITE;
       aka BILL WHITE;
       dba Unit Leader, National Socialist Move
       AOT-DT-VC

Synopsis:  To request a Grand Jury Sub file be opened in the
above captioned case.

Details:  It is requested a Grand Jury Sub file be opened in the
above captioned case.

◊◊

b6
b7C

FBI(16cv948)-2974

266N-RH-52670-15



---- Working Copy ----                                   Page    1

Precedence:  ROUTINE                        Date: 01/10/2006

To: Counterterrorism        Attn:   UC                              b6
                                    SSA                             b7C
                                    IA
            Albany                  SSA
            Anchorage               SSA
            Atlanta                 A/SSA
                                    SA
                                    SA
            Birmingham              SSA
                                    SA
            Boston                  SSA
                                    SA
            Charlotte               SSA
                                    TFO
                                        Fayetteville RA
            Chicago                 SSA
            Cincinnati              SSA
            Cleveland               SSA
            Columbia                SSA
                                    SA
                                    IA
            Dallas                  SSA
            Denver                  SSA
            Detroit                 SSA
                                    SA
                                    SA
            El Paso                 A/SSA
            Houston                 SSA
            Indianapolis            SSA
            Jackson                 SSA
                                    SA
                                    SA
                                    SA
            Kansas City             SSA
                                    TFO
                                        Wichita RA
            Knoxville               A/SSA
                                    SA
            Las Vegas               SSA
            Little Rock             SSA
                                    SSA
            Los Angeles             SSA
            Louisville              SSA
                                    SA
            Miami                   SSA
            Milwaukee               SSA
            Minneapolis             SSA

Case ID : 100A-HQ-C1452807-            Serial : 205        b6
          100A-MP-63291   CH                    897        b7C
          66-MW-A42186-M                         61
          266I-SD-C67675-2                       39
          66F-MO-A43551-INTEL                   371
                                                     FBI(16cv948)-2983

2MN-RH-52670-19                    2MoN-RH-52670-19

|                    |       |   |   | b6  |
|--------------------|-------|---|---|-----|
| Mobile             | SA    |   |   | b7C |
| Newark             | SSA   |   |   |     |
|                    | SSA   |   |   |     |
|                    | SA    |   |   |     |
| New Haven          | SSA   |   |   |     |
| New Orleans        | SSA   |   |   |     |
|                    | SA    |   |   |     |
| New York           | SSA   |   |   |     |
| Norfolk            | SSA   |   |   |     |
| Oklahoma City      | SSA   |   |   |     |
| Omaha              | A/SSA |   |   |     |
| Philadelphia       | SSA   |   |   |     |
| Phoenix            | SSA   |   |   |     |
| Pittsburgh         | SSA   |   |   |     |
|                    | SA    |   |   |     |
|                    | SA    |   |   |     |
|                    | IA    |   |   |     |
| Portland           | SSA   |   |   |     |
| Richmond           | SSA   |   |   |     |
| Sacramento         | SSA   |   |   |     |
| St. Louis          | SSA   |   |   |     |
| Salt Lake City     | A/SSA |   |   |     |
|                    | SA    |   |   |     |
| San Antonio        | SSA   |   |   |     |
| San Diego          | SSA   |   |   |     |
| Seattle            | SSA   |   |   |     |
| Springfield        | SSA   |   |   |     |
| Tampa              | SSA   |   |   |     |
|                    | SA    |   |   |     |
|                    | SA    |   |   |     |
| Washington Field   | A/SSA |   |   |     |
|                    | SA    |   |   |     |

From:  Counterterrorism

        Contact:  IA                                        b6
                                                            b7C
                                                            b7E
Approved By:



Drafted By:

Case ID #:  100A-HQ-C1452807-B  (Pending)
            100A-MP-63291  (Pending)

Title: DOMESTIC TERRORISM INTELLIGENCE;
       WHITE SUPREMACY/CHRISTIAN IDENTITY

       NATIONAL SOCIALIST MOVEMENT;

                                                            b7E

WARNING:  INFORMATION CONTAINED HEREIN MAY EMANATE FROM SENSITIVE
SOURCE INFORMATION AND/OR MAY BE SINGULAR IN NATURE.  DISCLOSURE

OF THIS INFORMATION COULD JEOPARDIZE RELIABLE AND SENSITIVE
SOURCES.

Synopsis:  To provide information regarding recent significant or
interesting activity concerning the Ku Klux Klan(KKK), the
National Socialist Movement (NSM), and other white supremacist
organizations.  Only those groups or individuals currently the
subject of an investigation or affiliated with persons or groups
under investigation are discussed.

Details: The following information is derived from a variety of
sources, which may include investigative material, source
reporting, and open sources.

Ku Klux Klan (KKK)

        On 21 December 2005, sealed indictments were returned
against seven members of the Nations Knights of the KKK and
the Confederate State Knights of the KKK by a federal grand
jury, Eastern District of North Carolina, Raleigh, North
Carolina.

            The indictments are for various criminal violations
        related to possession of explosives and illegal
        possession of firearms.  All of the charges in the
        indictments relate to evidence obtained from searches
        at the home of [          ] and from              b6
        interviews with various subjects and witnesses.      b7C

            [          ] was charged and arrested in [          ] for
        [          ]
        At the time, he was already in custody awaiting trial
        on state murder charges.

            Additional indictments are expected.

Analyst comment:  The indictments stem from a joint
    FBI-ATF investigation into the Nations Knights
    regarding a murder and weapons/explosives violations.      b6
    [          ] faces state murder charges for             b7C
    the killing of [          ]
    [          ] He has yet to stand trial.  Other group
    members have accepted plea agreements in this matter,
    and await sentencing.  The above indictments relate
    solely to the ATF charges.ã

        According to information posted to the Stormfront bulletin
    board (www.stormfront.org) on 24 December 2005, the South
    Carolina realm of the Empire Knights of the KKK plans to
    hold a march in Greenville, South Carolina, on 16 January
    2006.  The march was originally scheduled for the 13th but
    was changed to coincide with the observance of Martin Luther
    King's birthday.

National Socialist Movement (NSM)

        The NSM will be holding a rally in Lansing, Michigan, on 22

FBI(16cv948)-2985

April 2006. According to information on the NSM web page
(www.nsm88.com), the two-hour rally will begin at 1400 hours
and will be "in the Spirit" of the national rallies held at
the Valley Forge, Pennsylvania, National Military Park in
September 2004 and the Yorktown, Virginia, National Military
Park in June 2005. The rally reportedly will also be held
in conjunction with the group's annual national
organizational meeting as well as the 20 April celebration
of Adolph Hitler's birthday anniversary.  Analyst comment:
Source information indicates that the NSM expects upwards of
300 people to attend the rally.ā

        Information on the NSM web site indicates that two
other events may be held in the coming months; however,
no locations or dates are given. An "impromptu march"
("walking picket") or rally may be held in the Central
Midwest sometime in the fall or winter, and a large
"historical event" may be held in late summer in
conjunction with the Keystone State Skinheads somewhere
on the East Coast.

    According to sensitive source information, the NSM may also
hold[_____]                              in          b7D
[_____]and at[_____]on dates
not yet determined. These events may be more like the
October 2005 rally in Toledo, Ohio, that turned into one of
the worst riots in that state's history. The Toledo rally
was seen as extremely successful by the NSM because of the
media coverage it received and the increase in members and
donations.

Analyst comment:  Source reporting indicates that the
        NSM leadership considers the various recent rallies,
        particularly the October rally in Toledo, to have
        greatly increased the group's visibility and aided in
        its recruitment efforts.                                b7D

    A message posted to the Stormfront bulletin board
(www.stormfront.org) on 31 December 2005, states that the
NSM is planning a rally and a white unity weekend in July
2006 in Seattle, Washington, with more information to
follow.  Analyst comment: The NSM web site identifies this
as a picnic/camping event for the July 4th weekend.ā

        Another message posted to Stormfront on 28 December
2005 by the NSM leader of the[_____]unit             b6
advises of a major rally in the state (date and                b7C
location not given but likely a reference to the
above). This individual identifies himself as[_____]
[_____]telephone numbers[_____]
and e-mail[_____]

        Analyst comment: There is one reference but no
identifying data in ACS for[_____]and the above
telephone numbers. A search of the LexisNexis public

records data base shows a current address for [___] at [___] and
the [___] telephone number.  No information could be found
connecting [___] to the second telephone number.  No
additional identifying data regarding [___] could be
found.  On 25 December 2005, NSM [___] state leader,
[___] joined with the [___]
unit, [___] in a demonstration in Des Moines.ã

b6
b7C

[___] Stormfront on [___]
advising that the NSM will hold a "walk and pickets" on 22
January in Olympia, Washington.  No further information is
provided.  A separate posting advises that the event will be
a white power rally to which a large turn out has been
committed.  [___] name is listed as a point of contact.
Similar information appears on the web page of the Oregon
NSM chapter, www.nukeisrael.com.

b6
b7C

Messages posted to the Stormfront bulletin board in late
December and early January announced five new NSM points of
contact:  Butte, Montana (NSMButte@msn.com and NSM Butte,
3336 Harrison Ave., Suite 121, Butte, MT  59701); northern
Minnesota, serving the Iron Range area
(nsm_ironrange@hotmail.com); St. Louis, Missouri
(nsmstl88@yahoo.com); Denver, Colorado
(dennsm88@yahoo.com); and Nashville, Tennessee
(nsmtennessee@yahoo.com).

On 24 December 2005, a message, captioned "Rallies 2006 (top
10 dangerous cities)," was posted to the Stormfront bulletin
board.  The message provides information that appeared on
the web site [___] www.halturnershow.com [___]
listed the ten most dangerous cities in the US according to
FBI crime reports, and [___]
[___] in 2006.  Analyst comment: [___] [___] an
the NSM a rally in Kingston, New York, in November 2005.
The rally was to protest an alleged assault of a white high
school student by an African-American.  The protest was held
without incident and with no arrests being made.  There was,
however, an extensive and visible police presence.ã

b6
b7C

These cities are, in order: Camden, New Jersey;
Detroit, Michigan; Atlanta, Georgia; St. Louis,
Missouri; Gary, Indiana; Washington, DC, Hartford,
Connecticut; New Orleans, Louisiana; Richmond,
Virginia; and Birmingham, Alabama.

Some comments to the Stormfront post are:  "...marches
should be held in each one of those cities ,ã and in
thoseã that erupt in violence we should hold one more
rallyã just to show that we don't back down, " and
"...we need to provoke them in acting like wild beasts
so that people can wake up and see their true nature."

Analyst comment:  The NSM leadership also knows that
the police must protect them during these rallies,

sometimes spending hundreds of thousands of dollars of
public funds in the process. Several messages have
been posted on Stormfront commenting that complaints
have been made in the media about such spending. The
postings contend that the authorities must either
provide protection or allow the violence and rioting
thereby creating a public relations nightmare.
Discussion was made that television images of rioting,
as occurred in Toledo, and violence against the
marchers might awaken whites to join the movement.ã

Church of the Sons of Yahweh

On ████████████████████████ the now-imprisoned          b6
████████████ Church of the Sons of Yahweh (CSY), and CSY    b7C
member████████████ withdrew plea agreements stemming from
their████████ arrests in ████████ Both ████████ and
████████ are charged with ████████████████████ A plea agreement was
reached and both were scheduled to plead guilty to all
counts on ████████████ but they withdrew their pleas and
requested new attorneys. The request was denied. A trial
date has been set for ████████████████████

On ████████████████ a message was posted to the forum of
the CSY web site (http://churchofthesonsofyhvh.org)
announcing the resignations of ████████████████          b6
████████████████████ According to the posting,          b7C
the resignations were due to ████████ issues and differing
viewpoints with ████████ Analyst comment: ████████ a
former ████████ was chosen by ████████ CSY after his
arrest. ████████ maintains a ████████████████████ for the
████████████████████ which identifies itself as
however, ████████ As of early January,
████████ continued to post messages to the CSY
forum.ã

On 3 January 2006, ████████ posted a message that he had    b6
received from ████████████ indicating that he            b7C
had been appointed to the CSY ████████ along
with ████████
lists his address as ████████████████████

Analyst comment: ████████ is identified in the message    b6
as the ████████████ and using the identity            b7C
████████ (Note: ████████████ was a white
supremacist leader who died in ████████ He had
earlier been chosen by ████████████ as his successor
to lead the ████████████ and telephone
number ████████████████ are referenced in a New Orleans
Division communication reporting on documents seized
following ████████ arrest. A Google search on the
Internet for the number provided the address of ████████
████████ The telephone
subscriber is ████████████ A review of the
LexisNexis public data base indicates that ████████████

☐ (above telephone number) has resided at the above address since 1989. His date of birth is listed as ☐ and ☐ and his SSAN is listed as ☐ Identifying information on ☐ can be found in ☐ serial ☐ ã.    b6 b7C

If there are any questions or comments relating to the above information, or any changes to the dissemination list, please contact IA ☐

LEAD(s):

Set Lead 1: (Discretionary)

    ALL RECEIVING OFFICES

        For any action deemed appropriate.

1 - Mr.                                                    b6
1 - Mr.                                                    b7C
1 - Mr.
1 - Mr.
1 - Mr.
1 - Mr.
1 - Mr.
1 - Mr.
1 - Mr.
1 - Ms.
1 - Ms.
1 - Ms.
1 - Mr.
1 - Mr.
1 - Mr.
1 - Ms.
1 - Ms.
1 - Ms.

Precedence:  PRIORITY                    Date:   01/25/2006

To:  All Divisions

      Counterterrorism           Attn:  DTOU I                    b6
                                        UC                        b7C
                                        SSA                       b7E
                                        SSA

                                        SEMU
                                        (SSA

                                        CT

      CIRG                        Attn:  SIOC Operations Center
                                        CMU
                                        (SSA

From:  Tampa
          ORA2
          Contact:  SA Kevin M. Farrington                        b6
                                                                  b7C
Approved By:

Drafted By:

Case ID #: 300A-TP-68696      (Pending)

Title:  NATIONAL SOCIALIST MOVEMENT RALLY;
        ORLANDO, FLORIDA;
        2/25/2006;
        CT Preparedness- Special Events

Synopsis:  To request that receiving offices canvass all logical
sources for positive threat information related to captioned
matter.

Details:  On Saturday February 25, 2006, the National Socialist
Movement (NSM) will conduct a rally in Orlando, Florida.  This
NSM rally will be organized primarily by Bill White of Roanoke,
Virginia                                                          b6
NSM has advertised this event on its web-site (www.nsm88.com).    b7C
Also, NSM members have contacted Orlando city officials to advise
them of the rally.

      On October 15, 2005, and on December 10, 2005, NSM held
similar rallies in the Toledo, Ohio area.  The October 15, 2005
rally resulted in approximately 115 arrests made by local, county, and
state law enforcement officers.  The December 10,
2005 rally resulted in approximately 29 arrests.  It should be
noted that none of these arrests were of NSM members.  Rather,
those arrested were members of the volatile counter-protest

--------------------------------------------------------------------
Case ID : 300A-TP-68696                    Serial : 1

elements that gathered to oppose NSM.

At present, NSM's plan is to meet in downtown Orlando at a large parking lot located at the east corner of Church Street and Hughey Avenue.  This meeting spot is directly adjacent to Orlando Police Department (OPD) headquarters.  NSM members will meet in this area, and then march a route of approximately 1.5 miles through downtown Orlando.  The route will conclude at the US Federal Building in Orlando, where NSM will hold several speeches. The rally is scheduled to last from 2:00 PM until 4:00 PM.

SA Kevin Farrington has met in detail with OPD officials regarding this event.  Primary operational points of contact are Captain [        ] Sergeant [        ] and Detective [        ]  OPD will have a large uniformed presence for crowd control at all points of the rally.  Other participating agencies will include the Orange County Sheriff's Office and the Florida Department of Law Enforcement.  A command post for this event will be established with OPD.  Finally, the US Marshalls Service (USMS) and Federal Protective Services (FPS) will be advised to ensure safety for the federal building facilities.

Intelligence from around the US has revealed NSM gained significant media coverage from the arrests associated with its Toledo rallies.  Interest in NSM has risen among white power advocates due to this media coverage.  Further, NSM is well aware that its press coverage is driven by the violence committed by the counter-protestors.  While NSM generally strongly discourages its members from partaking in any illegal activity while participating in the rally, it highly encourages violent counter-protest, on occasion going so far as to contact opposition groups and advise them of the rally.

All divisions are requested to canvass all logical sources for intelligence related to this event.  All positive intelligence should be forwarded to SA Kevin Farrington.

It is requested that this matter be opened and assigned to SA Kevin Farrington.

LEAD(s):

Set Lead 1:   (Action)

ALL RECEIVING OFFICES

Canvass all logical sources for intelligence related to February 25, 2006 NSM rally in Orlando, Florida.  Forward all positive intelligence to SA Kevin Farrington [        ]  No hard copy to follow.

b6
b7C

EXHIBIT D(f)
-------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date:  05/08/2006                b6
                                                                              b7C
To: Counterterrorism              Attn: _____                 b7E
                                        SSA _____

                                        _____
                                        SSA _____
                                        IA/OIS _____

      Baltimore                   Attn: JTTF/TFO _____

      Minneapolis                 Attn: SSA _____

      Pittsburgh                  Attn: Martinsburg RA
                                        SA _____

    Richmond                      Attn: Roanoke RA/SSRA  Kevin L Foust

      Washington Field            Attn: JTTF/SA _____

From:  Richmond
       Squad 6/Winchester RA
       Contact:  SA _____
                                                                              b6
Approved By: _____                                                      b7C

Drafted By: _____

Case ID #: 300A-RH-48442   (Closed)
           300A-HQ-C1434728-RH   (Pending)
           100A-MP-63291   (Pending)
           266N-RH-52670   (Pending)
           266N-RH-52871   (Pending)

Title:  79TH SHENANDOAH APPLE BLOSSOM
        FESTIVAL (SABF),
        WINCHESTER, VIRGINIA;
        MAY 2-7, 2006;
        CT PREPAREDNESS-SPECIAL EVENTS
        OO: RH (300A-RH-48442)

        NATIONAL SOCIALIST MOVEMENT (NSM)-
        TEI
        OO: MP (100A-MP-63291)

FBI(16cv948)-3091

266N-RH-52670-38

To:  Counterterrorism  From:  Richmond
Re:  300A-RH-48442, 05/08/2006

WILLIAM ALEXANDER WHITE, aka
Bill White;
AOT-DT-VC
OO: RH (266N-RH-52670)

b6
b7C

National Socialist Movement;
AOT-DT-WHITE SUPREMACIST EXTREMIST;
OO: RH

Synopsis:  Lead covered under referenced serial and to advise
recipients of NSM activity during the SABF.

Reference:  300A-HQ-C1434728-RH Serial 20
            300A-RH-48442 Serial 34

Enclosure(s):                                                   b6
        one news article reporting the Neo-Nazi Rally in       b7C
Winchester, Virginia; two news articles reporting a change in the   b7D
Winchester City Ordinance relative to requiring permits
for demonstrations; two articles from www.overthrown.com, the
website of Bill White; the flyer distributed by Bill White on
05/04/2006; and a copy of Bill White's summons for illegally
distributing flyers and a copy of the City Ordinance.

Details:  The SABF, known locally as "The Bloom", is the major
annual festival in the Shenandoah Valley of Virginia.  It has now
been held for the past 79 years and is attended by a minimum of
250,000 people.  This festival sponsors numerous events at venues
throughout the City of Winchester and Frederick County, Virginia,
to include parades, parties/receptions, concerts, a circus, and a
carnival.  By referenced serial, this event was designated a
Level IV Special Event.  The Winchester Police Department (WPD)
is the lead agency to coordinate the security for this event with
other local, state, and Federal LEOs.

        The NSM, a FFI, openly claims to be an organization
dedicated to the preservation of Aryan Heritage, the creation of
a National Socialist Society in America and around the world, and
is the self-proclaimed "America's Nazi Party".  NSM co-operates
with many like-minded white nationalist groups such as the Ku
Klux Klan (KKK), and Skinhead groups.  The logo or symbol of the
NSM is the Swastika or Hakenkreuz.  On 10/15/2005, and again on
12/10/2005, in Toledo, Ohio, the NSM staged a rally protesting
black gangs harassing white residents.  The rallies sparked riots
in the City of Toledo and garnered national news.  Similar
rallies have been held in Yorktown, Va. (06/25/2005); Kingston,
New York (11/19/2005); and The U. S. Capitol, Washington, D. C.
(02/08/2006).                                                   b6
                                                               b7C
                                                               b7E

2

To:   Counterterrorism   From:   Richmond
Re:   300A-RH-48442, 05/08/2006

_____| has been identified as the |_____|          b6
                                                                                b7C

        On 04/18/2006, FBI BA/JTTF advised that the NSM was
planning an anti-immigration protest in Winchester, Virginia, on
05/04/2006 |_____| had been in contact    b6
with the |_____|headquartered in                  b7C
|_____| to participate in this event.

        Contact with the WPD determined that |_____|                b6
_____| Chief WPD to |_____|an anti-              b7C
immigration protest. |_____|permit for|
Winchester, Virginia, but did not volunteer that |_____|neo-
Nazi group.

        As part of the SABF, the United Way of Northern
Shenandoah Valley, in cooperation with Bridging Community
Communications and Larios Communications, was to sponsor a Cinco
de Mayo celebration from 11am-3pm, on 05/05/2006, at the Our
Health Systems facility on N. Cameron Street, Winchester,
Virginia.  The goal of this event was to foster an understanding
between the Spanish and English speaking communities of
Winchester.

        Contact with FBI Field Offices determined that during
the NSM National Conference in Michigan, April 22-23, 2006,
_____|attempting to         b6
_____                                     b7C
were met with little support.

        On 04/28/2006, |_____|                                b6
_____|of the NSM, |_____|                               b7C
_____|announcing an NSM-sponsored          b7D
anti-immigration protest on 05/05/2006, at City Hall, Winchester,
Virginia, in opposition to a Cinco de Mayo celebration sponsored
as part of the SABF.  Based on source information, the NSM
_____

        On 05/01/2006, |_____|Chief WPD with a            b6
second press release indicating that |_____|the                   b7C
protest. |_____|stated that since the first announcement, he had

_____
_____| He was going to advise the local media
or |_____|the protest |_____|stated that he was
thinking of|_____|

                                3

FBI(16cv948)-3093

To:  Counterterrorism  From:  Richmond
Re:  300A-RH-48442, 05/08/2006

Source reporting indicated that the protest had been
[                        ]   Additionally, the [        ]      b6
operated by [        ] has not been available since [        ] and    b7C
the [                                    ] Virginia, has not          b7D
received any complaint from [              ] relative to threatening
telephone calls.

The rally by the NSM during SABF highlighted the fact
that the Chief WPD had no authority to grant or deny permits for
demonstrations.  On Wednesday, 05/03/2006, the Winchester City
Council passed an ordinance giving the Chief that authority.
Permits would now be needed for demonstrations of more than ten
people and the permit can only be denied for public safety
reasons, not for political, religious, social issues.

Numerous articles ran in both local newspapers and on
the radio with interviews of politicians and quotes from the
website (www.overthrow.com) (article enclosed) of Bill White,
NSM/Roanoke Leader.  One state delegate stated on the radio that
he was sure that the Governor would call out the National Guard
if a demonstration by the NSM got of hand.

On his website, White wrote of legally challenging the
Winchester Ordinance.  On 05/04/2006, White was arrested in
Winchester and charged with Placing Illegal Handbills on
Vehicles, a Class 3 Misdemeanor in violation of Winchester City
Ordinance 16-15 (copies enclosed).  The handbills criticized the
actions of the City Council, questioned why blacks and Hispanics
can demonstrate without a permit, but a permit is required as
soon as a white group wants to demonstrate.

White indicted that the NSM would conduct a protest on
05/05/2006, and that his group would be less than 10.  White did
not give a time or location, which he would not be required to
do, for his protest.  No rally by the NSM occurred during the
SABF and White was not observed during the festival.  The Initial
Hearing for White on his charges is scheduled for 06/05/2006, at
11:00am, in Winchester General District Court.

In addition to the potential NSM Rally, two other
events of significance occurred during and immediately after the
SABF.  On Wednesday night, 05/04/2006, a confrontation broke out
at the carnival in Winchester between a large number of Hispanics
and blacks.  The group totaled about seventy-five persons and the
incident was instigated by the Hispanics, reportedly by several
members of the MS-13 Gang.  Further investigation into this
matter continues by the local gang task force.

The second event occurred on [              ] in Winchester,    b6
Virginia. [                        ] was arrested for possession of    b7C

4

FBI(16cv948)-3094

To:  Counterterrorism  From:  Richmond
Re:  300A-RH-48442, 05/08/2006

He [                                        ] into the city                    b6
park as he was upset with the traffic and the parties during the            b7C
SABF.  A search of his residence recovered [                    ]

His wife
was described as a [              ] and both are members of a [        ]

[                        ] is described as a white male born        b6
[                ] pounds, with SSAN [          ]   He resides      b7C
at [          ]                     Virginia. [        ]   has FBI
[          ] with arrests for [    ] related offenses in Virginia.
[              ] was described as not being [              ]

        Other than the above events, the 79th SABF was
considered an overwhelming success.  As no further investigation
remains for the RH/WRA relative to the security of the festival,
the SABF Special Events file is being closed.

FBI(16cv948)-3095

To: Counterterrorism From: Richmond
Re: 300A-RH-48442, 05/08/2006

LEAD(s):

Set Lead 1: (Info)

ALL RECEIVING OFFICES

Read for information.

♦♦

6

FBI(16cv948)-3096

**(FLYER PLACED ON VEHICLES BY WILLIAM ALEXANDER WHITE,
WINCHESTER, VIRGINIA; MAY 4, 2006)**

# What Is The Winchester City Council Afraid Of?

## <u>On Wednesday, your City Council voted to ban all political demonstrations in the City.</u>

They did this because a group of white citizens wanted to come down to City Hall and say something about immigration.

Two hundred illegal Mexicans marched through Winchester as part of a movement whose more extreme elements demand the extermination of white people and the "return" of the Southwest United States to Mexico. The City Council did not take action to "ban" this demonstration. But when a handful of white people want to say something about politics, the economy, or society, the City Council feels that they can break the law, break the Constitution, and break their own internal procedures to "ban" them from speaking.

## This should make you ask questions:

* **What are "Rights"?** Do we really have any? Do we have the right to think any way other than the way the government wants us to?

* **What is "Democracy"?** Is it anything other than mob rule? Is "Democracy" good for white people? Is there a better way we can be governed?

* **Why does the government hate our race?** Blacks and Mexicans can march through the streets demanding anything – the murder of white people, the overthrow of the government, war with the United States – and they aren't even questioned – but white people can't even assemble at City Hall to question whether immigration is good for whites?

## The National Socialist Movement has the answers!

We've been called a "juggernaut". We are the movement of the white working class, and we are growing day by day – in the United States, in Virginia, in Winchester, in your community. If you are white, if you work, if you are tired of seeing this system destroy your economy, steal your culture, insult your race and spit on you as if you don't count, then its time for you to join us – because we count, and that's why your city government is afraid of us.

FBI(16cv948)-3086



**National Socialist Movement of Virginia**

Winchester * Harrisonburg * Arlington * Richmond * Norfolk * Roanoke
PO Box 851 Berryville, Virginia 22611
PO Box 8601 Roanoke, Virginia 24014
Nsm-nova@hotmail.com * NSMVirginia@hotmail.com * nsmroanoke@yahoo.com



# VIRGINIA UNIFORM SUMMONS

## WINCHESTER POLICE DEPARTMENT

CASE NO.

**CASE DISPOSITION**
- [ ] CONVICTED
- [ ] DISMISSED
- [ ] COMPLIED WITH LAW
- [ ] NOLLE PROSEQUI
- [ ] REDUCED
- [ ] NOLO CONTENDERE

YOU ARE SUMMONED TO APPEAR IN THE (CITY OF/COUNTY OF)

Winchester

- [ ] GENERAL DISTRICT COURT (TRAFFIC)
- [x] GENERAL DISTRICT COURT (CRIMINAL)
- [ ] JUVENILE & DOMESTIC RELATIONS DISTRICT COURT

5 North Kent Street

Winchester, VA. 22601

NAME: LAST *White*  FIRST *William*  MIDDLE *Alexander*

RES. ADDRESS *P Box 8631*   RES. JURIS.

CITY/TOWN *F Barrett*  STATE *VA*  ZIP *20014 443*

ON *June 5* 20 *06* AT *11:00* A.M./P.M.

FOR VIOLATION OF [ ] STATE [ ] COUNTY [ ] CITY [ ] TOWN

LAW SECTION *16-1*   DESCRIBE CHARGE:

RACE *W* SEX *M* D.O.B. MO. *5* DAY *29* YR. *76*  HT. FT *6* IN. *2* WGT. *210* EYES *Br* HAIR *Br*

D. #:

ICIDENT #:

RRESTEE #:

PE OF ARREST:

EAPONS AT ARREST:

PE OF CRIMINAL ACTIVITY:

RUG TYPE:
ULT. QU.
DRG:

THNICITY:

ESIDENCE:

SPOSITION IF UNDER 18:

COMMERCIAL MOTOR VEHICLE [ ] YES [ ] NO
HAZARDOUS MATERIALS [ ] YES [ ] NO   VCC:
RESULTED IN FATALITY [ ] YES [ ] NO
HIGHWAY SAFETY CORRIDOR [ ] YES [ ] NO

DUI/DL # (IF CRIMINAL OFFENSE OR NO LICENSE, USE SSN) *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*  STATE *VA*

COL HOLDER [ ] YES [ ] NO

JURISDICTION OF OFFENSE *129*  DATE OF OFFENSE *5-4-06*  DAY OF WEEK *Thurs*  TIME *3:11* A.M./P.M.

DIRECTION   ACCIDENT YES NO   WEATHER   ROUTE NUMBERS/STREET

I PROMISE TO APPEAR AT THE TIME AND PLACE SHOWN ABOVE. SIGNING THIS SUMMONS IS NOT AN ADMISSION OF GUILT. I CERTIFY THAT MY CURRENT MAILING ADDRESS IS AS SHOWN BELOW.

SIGNATURE

YOU MUST APPEAR AT TRIAL (JUVENILES MUST APPEAR WITH PARENT/LEGAL GUARDIAN)

[x] YOU MAY AVOID COMING TO COURT ONLY IF THIS BLOCK IS CHECKED AND ALL INSTRUCTIONS ON DEFENDANT'S COPY ARE FOLLOWED.

ONLY CALL *667-5770* IF MORE HELP IS NEEDED.

MAILING ADDRESS: [ ] SAME AS ABOVE AT RIGHT   P.O. BOX
[ ] CHANGE FROM D.L.

LOCATION OF OFFENSE: *Kent & Boscowen*

ARREST DATE *5-4-06*  ARREST LOCATION *Kent & Boscowen*

CITY/TOWN   STATE   ZIP.

b6
b7C

05 27105

AGENCY COPY – PAGE 4

FBI(16cv948)-3087

 EXHIBIT D(g) 
--------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                     Date:  05/08/2006

To:  Counterterrorism          Attn: ▯                          b6
                                      SSA ▯                     b7C
                                                               b7E

                                      ▯
                                      SSA ▯
                                      IA/OIS ▯

        Baltimore               Attn: JTTF/TFO▯

        Minneapolis             Attn: SSA ▯

        Pittsburgh              Attn: Martinsburg RA
                                      SA ▯

        Richmond                Attn: Roanoke RA/SSRA  Kevin L Foust

        Washington Field        Attn: JTTF/SA ▯

From:  Richmond
        Squad 6/Winchester RA
        Contact:  SA ▯                                          b6
                                                               b7C
Approved By: ▯

Drafted By: ▯

Case ID #:  300A-RH-48442   (Closed)
            300A-HQ-C1434728-RH   (Pending)
            100A-MP-63291   (Pending)
            266N-RH-52670   (Pending)
            266N-RH-52871   (Pending)


Title:  79TH SHENANDOAH APPLE BLOSSOM
        FESTIVAL (SABF),
        WINCHESTER, VIRGINIA;
        MAY 2-7, 2006;
        CT PREPAREDNESS-SPECIAL EVENTS
        OO: RH (300A-RH-48442)

        NATIONAL SOCIALIST MOVEMENT (NSM)-
        TEI
        OO: MP (100A-MP-63291)

FBI(16cv948)-3091

266N-RH-52670-38

To: Counterterrorism From: Richmond
Re: 300A-RH-48442, 05/08/2006

      WILLIAM ALEXANDER WHITE, aka
      Bill White;
      AOT-DT-VC
      OO: RH (266N-RH-52670)

                                                                                     b6
                                                                                      b7C

      National Socialist Movement;
      AOT-DT-WHITE SUPREMACIST EXTREMIST;
      OO: RH

**Synopsis:** Lead covered under referenced serial and to advise
recipients of NSM activity during the SABF.

**Reference:** 300A-HQ-C1434728-RH Serial 20
               300A-RH-48442 Serial 34

**Enclosure(s):**                                           b6
            one news article reporting the Neo-Nazi Rally in                 b7C
Winchester, Virginia; two news articles reporting a change in the   b7D
Winchester City Ordinance relative to requiring permits
for demonstrations; two articles from www.overthrown.com, the
website of Bill White; the flyer distributed by Bill White on
05/04/2006; and a copy of Bill White's summons for illegally
distributing flyers and a copy of the City Ordinance.

**Details:** The SABF, known locally as "The Bloom", is the major
annual festival in the Shenandoah Valley of Virginia. It has now
been held for the past 79 years and is attended by a minimum of
250,000 people. This festival sponsors numerous events at venues
throughout the City of Winchester and Frederick County, Virginia,
to include parades, parties/receptions, concerts, a circus, and a
carnival. By referenced serial, this event was designated a
Level IV Special Event. The Winchester Police Department (WPD)
is the lead agency to coordinate the security for this event with
other local, state, and Federal LEOs.

      The NSM, a FFI, openly claims to be an organization
dedicated to the preservation of Aryan Heritage, the creation of
a National Socialist Society in America and around the world, and
is the self-proclaimed "America's Nazi Party". NSM co-operates
with many like-minded white nationalist groups such as the Ku
Klux Klan (KKK), and Skinhead groups. The logo or symbol of the
NSM is the Swastika or Hakenkreuz. On 10/15/2005, and again on
12/10/2005, in Toledo, Ohio, the NSM staged a rally protesting
black gangs harassing white residents. The rallies sparked riots
in the City of Toledo and garnered national news. Similar
rallies have been held in Yorktown, Va. (06/25/2005); Kingston,
New York (11/19/2005); and The U.S. Capitol, Washington, D.C.
(02/08/2006).                                               b6
                                                                 b7C
                                                                b7E

FBI(16cv948)-3092

To: Counterterrorism From: Richmond
Re: 300A-RH-48442, 05/08/2006

_____ has been identified as the _____     b6
_____                                        b7C

On 04/18/2006, FBI BA/JTTF advised that the NSM was
planning an anti-immigration protest in Winchester, Virginia, on
05/04/2006 _____ had been in contact              b6
with the _____ headquartered in                          b7C
_____ to participate in this event.

Contact with the WPD determined that_____             b6
_____Chief WPD to_____ an anti-      b7C
immigration protest. _____ permit fo__
_____
Winchester, Virginia, but did not volunteer that_____ neo-
Nazi group.

As part of the SABF, the United Way of Northern
Shenandoah Valley, in cooperation with Bridging Community
Communications and Larios Communications, was to sponsor a Cinco
de Mayo celebration from 11am-3pm, on 05/05/2006, at the Our
Health Systems facility on N. Cameron Street, Winchester,
Virginia. The goal of this event was to foster an understanding
between the Spanish and English speaking communities of
Winchester.

Contact with FBI Field Offices determined that during
the NSM National Conference in Michigan, April 22-23, 2006,
_____ attempting to      b6
_____                              b7C
were met with little support.

On 04/28/2006,_____      b6
_____of the NSM._____            b7C
_____ announcing an NSM-sponsored   b7D
anti-immigration protest on 05/05/2006, at City Hall, Winchester,
Virginia, in opposition to a Cinco de Mayo celebration sponsored
as part of the SABF. Based on source information, the NSM
_____

On 05/01/2006,_____ Chief WPD with a      b6
second press release indicating that_____ the            b7C
protest._____ stated that since the first announcement, he had

_____
_____ He was going to advise the local media
o_____the protest._____ stated that he was
thinking of_____

3

To:  Counterterrorism  From:  Richmond
Re:  300A-RH-48442, 05/08/2006

     Source reporting indicated that the protest had been
[                                    ] Additionally, the [          ]     b6
operated by [          ] has not been available since [          ] and     b7C
the [                                    ] Virginia, has not     b7D
received any complaint from [          ] relative to threatening
telephone calls.

     The rally by the NSM during SABF highlighted the fact
that the Chief WPD had no authority to grant or deny permits for
demonstrations.  On Wednesday, 05/03/2006, the Winchester City
Council passed an ordinance giving the Chief that authority.
Permits would now be needed for demonstrations of more than ten
people and the permit can only be denied for public safety
reasons, not for political, religious, social issues.

     Numerous articles ran in both local newspapers and on
the radio with interviews of politicians and quotes from the
website (www.overthrow.com) (article enclosed) of Bill White,
NSM/Roanoke Leader.  One state delegate stated on the radio that
he was sure that the Governor would call out the National Guard
if a demonstration by the NSM got of hand.

     On his website, White wrote of legally challenging the
Winchester Ordinance.  On 05/04/2006, White was arrested in
Winchester and charged with Placing Illegal Handbills on
Vehicles, a Class 3 Misdemeanor in violation of Winchester City
Ordinance 16-15 (copies enclosed).  The handbills criticized the
actions of the City Council, questioned why blacks and Hispanics
can demonstrate without a permit, but a permit is required as
soon as a white group wants to demonstrate.

     White indicted that the NSM would conduct a protest on
05/05/2006, and that his group would be less than 10.  White did
not give a time or location, which he would not be required to
do, for his protest.  No rally by the NSM occurred during the
SABF and White was not observed during the festival.  The Initial
Hearing for White on his charges is scheduled for 06/05/2006, at
11:00am, in Winchester General District Court.

     In addition to the potential NSM Rally, two other
events of significance occurred during and immediately after the
SABF.  On Wednesday night, 05/04/2006, a confrontation broke out
at the carnival in Winchester between a large number of Hispanics
and blacks.  The group totaled about seventy-five persons and the
incident was instigated by the Hispanics, reportedly by several
members of the MS-13 Gang.  Further investigation into this
matter continues by the local gang task force.

     The second event occurred on [          ] in Winchester,     b6
Virginia.  [                    ] was arrested for possession of     b7C

FBI(16cv948)-3094

To:   Counterterrorism  From:  Richmond
Re:   300A-RH-48442, 05/08/2006

[            ] He [                                            ] into the city                     b6
park as he was upset with the traffic and the parties during the                                 b7C
SABF.  A search of his residence recovered [                    ]
[                                                          ] His wife
was described as a [            ] and both are members of a [            ]

[                              ] is described as a white male born          b6
[                    pounds, with SSAN [            ] He resides          b7C
at [                                          ] Virginia. [        ] has FBI
[            ] with arrests for [        ] related offenses in Virginia.
[                ] was described as not being [            ]

     Other than the above events, the 79th SABF was
considered an overwhelming success.  As no further investigation
remains for the RH/WRA relative to the security of the festival,
the SABF Special Events file is being closed.

5

FBI(16cv948)-3095

To:   Counterterrorism   From:   Richmond
Re:   300A-RH-48442, 05/08/2006

LEAD(s):

Set Lead 1:   (Info)

     ALL RECEIVING OFFICES

       Read for information.

◊◊

6

FBI(16cv948)-3096

EXHIBIT D(h)
------------

**THE ROANOKE TIMES**
roanoke.com
Copyright © 2006

Tuesday, July 11, 2006

# Roanoke landlord resigns from National Socialist Movement

William A. White said he's concerned about the NSM's possible link to a Satanist group.

By Laurence Hammack
981-3239

Roanoke landlord and neo-Nazi sympathizer William A. White has resigned from the National Socialist Movement, an organization that idolizes Adolf Hitler but is reportedly in turmoil over being associated with Satan.

White said Monday he stepped down as spokesman for the group and leader of its Roanoke unit over the weekend following revelations that some NSM members are involved with a group called the Joy of Satan.

According to White and others, the satanic group engages in inappropriate sexual discussions with children through its Teens for Satan e-mail group.

Until recently considered the country's fastest-growing white supremacy group, the NSM is in the midst of an upheaval that could change that, said Mark Potok of the Southern Poverty Law Center, which monitors hate groups.

An unknown number of members have left the NSM over the controversy, and some entire statewide chapters, including the one in Washington, have bolted from the Minneapolis-based organization, Potok said.

"I think there's something fairly seismic going on with the National Socialist Movement," he said.

But according to NSM commander Jeff Schoep, the scandal consists only of rumors spread by White on the Internet. Schoep said White was expelled from the group Friday for "attacking Christianity and various religions." He also said White has a credibility problem.

The NSM official accused by White has denied any ties to Satanism, Schoep said. But if there was such a link, particularly one that involved improper contact with children, the movement would take the appropriate actions, he said.

"We certainly can't have that. We're a political party and a legal entity in the United States."

In his year or so with the group, White "put the National Socialist Movement on the map," largely through his role as spokesman during a march in Toledo, Ohio, that resulted in a riot that drew national attention, Potok said.

White, who owns more than a dozen rental homes in Roanoke's West End neighborhood, has also generated controversy for his actions as a landlord and the editor of overthrow.com, a Web site that often airs racist views. The Roanoke NAACP has accused White of discriminating against minority tenants, a charge he denies.

White has declined to say how many members belong to the local NSM unit he headed.

In a recent post on his Web site, White said he has set up an e-mail group for "all white activists" who might be interested in forming a new national socialist movement. But it's too soon to say whether such an organization might be headquartered in Roanoke.

"That is so far into the future that I can't comment on that at all," White said.

FBI(16cv948)-3156
7/13/2006

EXHIBIT D(i)
------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 09/1/2006

To: Counterterrorism        Attn: DTOU                    b6
                                  SSA                     b7C
                                  IA                      b7E

    From: Richmond
          Squad 7/Roanoke RA
          Contact: SA T David Church

Approved By:

Drafted By:

Case ID #: 266N-RH-52670-   (Pending)

Title:   WILLIAM A. WHITE, aka,
         Bill White, dba,
         Unit Leader,
         National Socialist Movement;
         AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis: Set forth information for approval to have the captioned
matter closed based on the fact White is no longer in a leadership
role for the NSM.

Details:  The investigation on the captioned subject was opened
inasmuch as he was identified as being in a leadership role for the
NSM. In fact, White became quite prominent within the NSM
organization, frequently speaking at public rallies around the
country. Additionally, White's website, www.overthrow.com, is very
popular, and it was likely used as a recruiting tool for the NSM.

      William White's present affiliation with NSM has been
terminated. The termination occurred on or about July 8, 2006,
according to the blog posting made by Bill White on July 8, 2006.
White claims to have resigned as of this date. This resignation has
been confirmed by various source reporting.

      White publically spoke                                      b6
                                                                  b7C
                              It does not appear likely that White will
reunite with the NSM at this point in time. There appears to be a
great deal of friction between                          White.

      The Roanoke RA does not believe contact with Bill White for    b7E
recruitment purposes    makes sense at this point in time.  White,

                                                   FBI(16cv948)-3157

                         9/5/06   Closed              b6
                         Close C-4   10  7-06         b7C
                                                     b7E

                              df-pwcs.wpd

To:   Counterterrorism          Attn: DTOU                    b6
                    SSA                                       b7C
        IA                 From:   Richmond                   b7E
Re:   266N-RH-52670, 0971/2006

according to his website blog, www.overthrow.com, is now the Commander
of a new organization called AMERICAN NATIONAL SOCIALIST WORKERS'
PARTY.

2

FBI(16cv948)-3158

To: Counterterrorism        Attn: DTOU                                    b6
                 SSA                                                      b7C
      IA                  From:  Richmond                                 b7E
Re: 266N-RH-52670, 09/1/2006

LEAD(s):

Set Lead 1:  (Info)

         Counterterrorism

              AT  DTOU                                                    b7E

              Will read and clear.

◊◊

3

EXHIBIT D(j)
------------

(Rev. 01-31-2003)

   

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:   11/06/2006

To:  Richmond                    Attn:  Roanoke RA                                b6
                                 SA T David Church                                b7C

From:  Richmond
       Squad 6/Winchester RA
       Contact:  SA

Approved By:

Drafted By:

Case ID #:  266N-RH-52670   (Closed)
            300A-RH-48442   (Closed)

Title:  WILLIAM ALEXANDER WHITE, aka
        Bill White;
        AOT-DT-VC
        OO: RH (266N-RH-52670)

        79TH SHENANDOAH APPLE BLOSSOM
        FESTIVAL (SABF),
        WINCHESTER, VIRGINIA;
        MAY 2-7, 2006;
        CT PREPAREDNESS-SPECIAL EVENTS
        OO: RH (300A-RH-48442)

Synopsis:  Provides the trial results of William A. White in
Winchester General District Court, Winchester, Virginia, on
11/06/2006, for a city code violation issued during the recent
Shenandoah Apple Blossom Festival (SABF).

Reference:  300A-RH-48442 Serial 61

Details:  The SABF, known locally as "The Bloom", is the major annual
festival in the Shenandoah Valley of Virginia.  It has now been held
for the past 79 years and is attended by a minimum of 250,000 people.
This festival sponsors numerous events at venues throughout the City
of Winchester and Frederick County, Virginia, to include parades,
parties/receptions, concerts, a circus, and a carnival.

       The National Socialist Movement (NSM) openly claims to be an
organization dedicated to the preservation of Aryan Heritage, the
creation of a National Socialist Society in America and around the
world, and is the self-proclaimed "America's Nazi Party".  NSM co-
operates with many like-minded white nationalist groups such as the Ku
Klux Klan (KKK), and Skinhead groups.  Investigation determined that

FBI(16cv948)-3164

                                                                    b6
                                                                    b7C
                                                                 2/26/07

266N-RH-52670-58

To: Richmond    From: Richmond
Re: 300A-RH-48442, 11/06/2006



the NSM was planning an anti-immigration protest in Winchester, Virginia, on 05/04/2006, during the SABF.

Source reporting indicated that the NSM protest had been cancelled [                                    ] The proposed protest by the NSM during SABF highlighted the fact that the Chief WPD had no authority to grant or deny permits for demonstrations. On Wednesday, 05/03/2006, the Winchester City Council passed an ordinance giving the Chief that authority. Permits would now have to be needed for demonstrations of more than ten people and the permit can only be denied for public safety reasons, not for political, religious, social issues.

b7D

Numerous articles ran in both local newspapers and on the radio with interviews of politicians and quotes from the website of Bill White, NSM/Roanoke Leader. One state delegate stated on the radio that he was sure that the Governor would call out the National Guard if a demonstration by the NSM got of hand.

On his website, www.overthrow.com, Bill White, then NSM/Roanoke Unit leader, wrote of legally challenging the Winchester Ordinance. On 05/04/2006, White was arrested in Winchester and charged with Placing Illegal Handbills on Vehicles, a Class 3 Misdemeanor in violation of Winchester City Ordinance Section 16-15. The handbills criticized the actions of the City Council, questioned why blacks and Hispanics can demonstrate without a permit, but a permit is required as soon as a white group wants to demonstrate. No further NSM action occurred during the SABF.

The Initial Hearing for White on his charge was scheduled for 06/05/2006, at 11:00am, in the City of Winchester General District Court. White did not appear, but was represented by [          ] attorney. Through his attorney, White had requested a trial and Judge Norman "Dev" V. Morrison set a trial date for 09/11/2006, at 11:30am, which was reset for 11/06/2006, at 11:30am.

b6
b7C

On 11/06/2006, White appeared before Judge Morrison and was represented by [                        ] attorney. After testimony by the WPD on the arrest [          ] motioned that the charge be dismissed as the WPD did not show that the vehicle owners did not consent to the "papering" as required by the code statute. The judge concurred and the charge against White was dismissed.

b6
b7C

♦♦

2

FBI(16cv948)-3165

EXHIBIT D(k)
------------

(Rev. 06-04-2007)



# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                                      Date:   02/27/2008

To:  Richmond
     Criminal Investigative     Attn: [        ]

From:  Richmond
       Roanoke RA, Squad 7
       Contact:  SA T David Church

Approved By: SSRA Kevin L Foust

Drafted By:

b6
b7C
b7E

Case ID #: 9A-RH-53173    (Pending) — 36
           266N-RH-52670   (Pending) — 66

Title:  WILLIAM A. WHITE;
        RICHARD WARMAN; MULTIPLE VICTIMS; ET AL
        EXTORTION-THREATS

        WILLIAM ALEXANDER WHITE, aka
        Bill White;
        AOT-DT-VC
        OO:  RH

Synopsis:  Request above captioned cases be closed due to the
opening of a Civil Rights-Racial Discrimination investigation on
02/27/2008 by Richmond, Roanoke RA, with William A. White as the
subject.

Details:  Richmond, Roanoke RA, opened a Racial Discrimination-
Civil Rights investigation on 02/27/2008 with William "Bill" A.
White as the subject after discussions with United States
Department of Justice (USDOJ) Attorney Barry Kowalski and
Assistant United States Attorney (AUSA) Thomas Bondurant.

b6
b7C

     On 02/22/2008 Kowalski, Bondurant and SA David Church
discussed, via teleconference in AUSA Bondurant's office, the
incidents of threatening and harassing communications, both e-
mail and telephonic, that William "Bill" A. White has initiated
since August, 2006.  This conference call was initiated as a
result of a new complaint regarding a similar recent harassing
e-mail blog posted on the Vanguard News Network website
(VNNFORUM.com) naming Norfolk Attorney Kevin Mottley.  The blog
also provided Mottley's personal identifiers.  Mottley is
currently representing several African American tenants in
Virginia Beach, Virginia, that have received threats from White

2/28/08
Close C-4.  Done
         3-5-08
         mine.

To: Richmond  From: Richmond
Re:  9A-RH-53173, 02/27/2008

as a result of their participation in a USDOJ Fair Housing case
against a local white landlord.

        Currently, Roanoke RA, has two open investigations with
Bill White as the subject (266N-RH-52670 and 9A-RH-53173).

9A-RH-53173

        This case was opened based on a complaint from
prominent Canadian civil rights attorney Richard M Warman, who
has been involved in a self directed campaign against online
hatred for some time.  As a result, he has become a target of
White Supremist groups throughout the United States and abroad.                  b6
                                                                                  b7C

        Warman alleges that Bill White facilitated someone
actually attacking him by posting his [       ] home address on
his (Bill White's) web site, www.Overthrow.com.

        An example of these threats were displayed when White
was allegedly quoted by the CBC as saying,

        "I would hope that people take violent action against          b6
        him.  He should be killed."                                    b7C

        It is noted Roanoke RA will continue to aggressively
investigation the allegations brought forth by Warman however,
it will be done under a new investigative case file.

266N-RH-52670

        This case was predicated on White's self proclaimed
association with the Nationalist Socialist Movement (NSM) and his
support of violence through his daily blogs.  Following the
Federal investigation into the killings of a Federal Judge's
family in Chicago, White spoke publically in support of the act
of violence and applauded the actions.  In approximately, June of
2005, White began to proclaim himself as, "Head of the Roanoke
chapter" of the Minneapolis, MN based NSM.

        On Saturday 10/15/2005, in Toledo, Ohio, the NSM staged
a march against black gangs harassing white residents.  This
march turned into national news sparking riots in the city of
Toledo.  NSM had approximately 20 members involved in the march,
with White being one of them.  White came out on the national
news circuit in support of NSM'S cause.  White was one of the
organizers for the march in Toledo.

        After discussing the open investigations and the new
recent incidents of harassing/threatening e-mails, SA Church           b6
                                                                       b7C

                                   2

To: Richmond From Richmond .
Re: 9A-RH-53173, 02/27/2008

AUSA Bondurat, and USDOJ Attorney Kowalski agree the
investigation should be consolidated into a one investigation
under a Civil Rights-Racial Discrimination caption.
Consideration was also given regarding a current on going
investigation by the Lima RA, Lima, Ohio, concerning letters and
flyers being sent to citizens voicing their concerns over a
shooting of a black female. White has also written several blogs
associated with these events.

b6
b7C

        Therefore, Roanoke RA requests captioned cases be
closed. Furthermore, Roanoke RA will coordinate with all FBI
Field Office's in order to determine, both past and present, what
investigations and complaints they are investigating that may
fall purview to Roanoke's investigation.

FBI(16cv948)-3187

To:   Richmond   From   Richmond
Re:   9A-RH-53173, 02/27/2008


LEAD(s):

Set Lead 1:   (Info)

    CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

      AT DTOU:   For information only.   Read and clear.

b7E

◆◆

4

FBI(16cv948)-3188

EXHIBIT P(1)

Summary of FBI File #266N-RH-52670

| Serial # | Date | Exhibit | Summary |
|----------|------|---------|---------|
| 1 | 10/20/05 | D(b) | File opening |
| 1A1-2 | 11/23/05 | | my corporate documents |
| 1A3 | 3/09/06 | | surveillance photos of 12/10/05 NSM Toledo rally |
| 1A4 | 6/10/06 | D(p) | surveillance photos of 6/10/06 NSM-WKKK Antietam rally |
| 2 | 10/10/05 | | Roanoke Times and Toledo Blade on 10/15/05 NSM Toledo rally |
| 3 | 10/16/05 | | Roanoke Times article on Judaic opposition to me |
| 4 | 10/18/05 | | Roanoke Times article on fair housing investigation |
| 5 | 10/19/05 | | Roanoke Times article on 10/15/05 NSM Toledo rally |
| 6 | 10/21/05 | | request for IS |
| 7 | 10/21/05 | D(u) | 302 with Martinsburg WV CHS |
| 8 | 11/07/05 | | IS response to serial 6 |
| 9 | 11/07/05 | | IS response to serial 6 |
| 10 | 11/11/05 | | Roanoke Times article on 12/10/05 NSM Toledo rally |
| 11 | 11/18/05 | | IS response to serial 6 |
| 12 | 11/18/05 | | IS response to serial 6 |
| 13 | 11/18/05 | | IS response to serial 6 |
| 14 | | —missing— | |
| 15 | 12/14/05 | D(c) | Grand Jury opening |
| 16 | 11/22/05 | | IS response to serial 6 |
| 17 | 11/23/05 | | IS response to serial 6 |
| 18 | 1/24/06 | | phone calls to Brian Costigan |
| 19 | 1/10/06 | D(d) | 49 agency DT Intelligence analysis |
| 20 | 1/25/06 | D(e) | intelligence document on 2/25/06 NSM Orlando rally |
| 21 | 1/17/06 | D(v) | WV CHS |
| 22 | 1/30/06 | | monitoring of NSM websites and radio |
| 23 | 2/15/06 | | Tampa CHS 302 |
| 24 | 2/02/06 | | 12/10/05 NSM Toledo rally |
| 25 | 3/15/06 | | 2/25/06 NSM Orlando rally |
| 26 | 3/31/06 | | Houston complaint 302 |
| 27 | | —missing— | |
| 28 | 3/31/06 | D(w) | WV CHS on WV event |
| 29 | 4/19/06 | | Blevins 302 |
| 30 | 4/06/06 | | NSM IIR interagency notice |
| 31 | 4/06/06 | | NSM IIR interagency notice |
| 32 | 5/07/06 | | reassignment of file from SA Kelley to SA Church |
| 33 | 5/08/06 | D(o) | Hardwick 302 |
| 34 | 2/23/05 | | Foust letter |
| 35 | 4/21/06 | | WV CHS on Va KKK event 4/06 |
| 36 | 4/26/06 | | WV CHS on NSM 04/23/06 Lansing rally |
| 37 | 4/29/06 | D(fi) | Winchester Star and Overthrow.com articles on 05/05/06 Winchester protest, filers, ticket |

| Serial # | Date | Exhibit | Summary |
|---|---|---|---|
| 38 | 6/05/06 | D(f) | report on flier ticket |
| 39 | 2/28/06 | D(g) | update on flier ticket |
| 40 | 2/28/05 | | Kennett response to serial 34 |
| 41 | 2/28/05 | | envelope of serial 40 |
| 42 | 2/23/05 | | copy of serial 34 |
| 43 | 6/10/06 | D(q) | 6/10/06 WKKK Antietam rally surveillance photos |
| 44 | 6/10/06 | D(r) | 6/10/06 WKKK Antietam rally surveillance photos |
| 45 | 6/13/06 | D(s) | 6/10/06 WKKK Antietam rally |
| 46 | 6/08/06 | | Chicago mistaken identity |
| 47 | 6/12/06 | | financial analysis file |
| 48 | 5/25/06 | | WV CHS 302 |
| 49 | 6/21/06 | | Chicago mistaken identity |
| 50 | 6/21/06 | | Chicago mistaken identity |
| 51 | 6/29/06 | | Charlotte, NC Mount Airy RA KKK complaint |
| 52 | 7/13/06 | | 6/10/06 WKK Antietam rally surveillance photos |
| 53 | 7/25/06 | | WV CHS 302 on my departure from NSM |
| 54 | 7/07/06 | | WV CHS 302 on gossip |
| 55 | 7/26/06 | D(h) | Roanoke Times article on my departure from NSM |
| 56 | 9/01/06 | D(k) | file closing document |
| 57 | 9/19/06 | | 9/2/06 WKKK Gettysburg rally |
| 58 | 11/06/06 | D(l) | flier ticket update |
| 59 | 5/25/07 | | letter charged Count 3 US v White WD Va 08-cr-054 |
| 60 | 6/07/07 | D(m) | assessment serial 59 not criminal |
| 61 | 9/28/07 | D(n) | reopening of file over Jena 6 |
| 62 | 9/28/07 | | Jena 6 material |
| 63 | 9/28/07 | | "Noose on the Loose" post |
| 64 | 9/28/07 | | Roanoke Times article on Jena 6 |
| 65 | 9/28/07 | | CNN article on Jena 6 |
| 66 | 2/27/08 | D(i) | file reorganization/concealment document |
| FIN-1 | 6/12/06 | | financial subfile opening document |
| FIN-2 | 8/19/05 | | financial document |
| GJ-1 | 12/14/05 | | GJ opening document |
| GJ-2 | [redacted] | | GJ subpoena |
| GJ-3 | 1/26/06 | | GJ subpoena return |
| GJ-4 | 1/26/06 | | GJ subpoena return |
| GJ-5 | 2/09/06 | | GJ subpoena return |
| GJ-6 | 3/24/06 | | GJ subpoena return |
| GJ-7 | [redacted] | | GJ subpoena |
| GJ-8 | [redacted] | | GJ subpoena |
| GJ-9 | 4/25/06 | | GJ subpoena return |
| GJ-10 | 7/26/06 | | GJ subpoena return |
| GJ-1A/1-2 | 7/26/06 | | GJ FD-340 envelopes |

EXHIBIT D(m)
------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                              Date: 06/07/2007

To: Counterterrorism          Attn: DTOU
                                     SSA

        Richmond                      Roanoke RA

From: Norfolk
        Squad 8/TJTTF
        Contact: SA                                              b6
                                                                b7C
Approved By:                                                    b7E

Drafted By:

Case ID #: 266-NF-C35827- (Pending)
            9A-RH-53173-16(Pending)
            266N-RH-52670 (Closed)

Title: WILLIAM ALEXANDER WHITE;
        aka BILL WHITE;
        NATIONAL SOCIALIST MOVEMENT;
        VIRGINIA BEACH, VIRGINIA

Synopsis: To provide WMDOU, Richmond Division, Roanoke
Resident Agency intelligence information regarding activity of
Bill White, Commander, American National Socialist Movement
Party.

Enclosure(s): One copy of letter sent to residents in
Virginia Beach, Virginia.

Details: On 05/25/2007 several residents at the 15 ½ Street
apartments in Virginia Beach received mail originating from
the American National Socialist Workers' Party, PO Box 8601,
Roanoke, VA 24014. The residents who received the mail are
named in a discrimination complaint filed against Henry LLC,
the landlord of their apartment complex. The residents filing
the complaint are African American and the land lord is
Caucasian.

        The mail received included a cover letter and a
copy of the May 2007, issue of the National Socialist journal.
The cover letter identifies the discrimination complaint as
the reason for the letter. The cover letter includes racially

To:   Counterterrorism   From:   Norfolk
Re:   266-NF-C35827, 06/07/2007

derogatory language but no defined threat.  As a result of
receiving the letters, a resident that received the mail
contacted local and federal law enforcement.

Norfolk Division's JTTF, Civil Rights and CDC
reviewed the letter and identified no criminal violation.
Local police and the US Postal Inspector also identified no
criminal violations.

Norfolk has documented the occurrence and has
provided this information to Richmond Division, Roanoke
Resident Agency for any action deemed appropriate.

2

FBI(16cv948)-3168

To:   Counterterrorism   From:   Norfolk
Re:   266-NF-C35827, 06/07/2007

**LEAD(s):**

**Set Lead 1:   (Info)**

COUNTERTERRORISM

AT WASHINGTON, DC

For  DTOU:  read and clear.

b7E

**Set Lead 2:   (Info)**

RICHMOND

AT ROANOKE, VA

Intelligence provided for Richmond Division, Roanoke Resident Agency.

♦♦

3.

FBI(16cv948)-3169

EXHIBIT D(n)
------------

(Rev. 01-31-2003)



# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  09/28/2007

To:  Counterterrorism        Attn:                                    b7E

From:  Richmond
       Squad 7 / Roanoke RA
       Contact:  SSRA Kevin I Foust                                   b6
                                                                      b7C

Approved By:

Drafted By:

Case ID #:
        9A-RH-53173    (Pending)— #25
       266N-RH-52670   (Pending)— 61

Title:  William A. White;
        Richard Warman ; MULTIPLE VICTIMS; ET AL
        Extortion-Threats

        CHANGED
        WILLIAM A. WHITE, aka,
        Bill White, dba,
        National Commander,
        American National Socialist Workers Party;
        AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:  To reopen initial                              on    b7E
captioned subject and to advise the
                of said re-opening within 10 calendar days, as
directed by FBI policy.

Previous Title:  Title marked "Changed" to reflect the new
organization WHITE formed, identified as the American National
Socialist Workers Party (ANSWP) upon his removal from the
National Socialist Movement (NSM) by the leader of the NSM.

                                                 set to expire    b7E

Details:  This matter is being reopened as a       at the direction   b7E
of the         This matter was originally opened          due to
the fact that WHITE held a leadership role within the NSM.  It
was subsequently closed           upon the determination that
WHITE had been "kicked out" of the NSM by other senior
leadership.

Done 9/28/07 O+A the 266N matter to
9-28-07 mem. SA                    period        b6
                          Thanks. AF            b7C
                                               b7E

Name: Whit                          FBI(16cv948)-3170

To:   Counterterrorism   From:   Richmond 
Re:   9A-RH-53173, 09/28/2007

        In the interim, WHITE formed the ANSWP and continues to
operate the website www.overthrow.com.   WHITE identifies himself
as the "Commander" of the ANSWP.   At present, the exact
membership of the ANSWP is unknown.   However, WHITE and other
ANSWP members have attended various public functions and protests
during the very recent past.   Source reporting, as well as
postings by WHITE and others on www.overthrow.com clearly
indicates that, at most, only two to three other individuals have
attended these events along with WHITE as members of the ANSWP.

        Recently, WHITE has posted extremely inflammatory and
virulent racist remarks against the individuals identified as the
"JENA 6".   WHITE has gone as far as calling for their lynching
and has posted what he believes to be their home addresses and
telephone numbers on www.overthrow.com.   WHITE has threatened to
mail a copy of this information to every "white man" in Louisiana
in the hopes that someone will travel to their homes to "dispense
justice" upon them.

        Richmond currently possesses no positive intelligence
suggesting that neither WHITE nor anyone else has current plans
to travel to Louisiana in order to harm any of these individuals.
Richmond has also been closely coordinating this matter with the
Monroe, Louisiana Resident Agency (MRA) in which whose territory
Jena, Louisiana exists.

        Richmond will continue to investigate the above-
captioned 9A matter with an eye towards possible criminal
prosecution.

        This matter is being assigned to SA T David Church,          b6
Jr, in the Roanoke RA.                                                b7C

◆◆

2

To:  Counterterrorism  From:  Richmond
Re:  9A-RH-53173, 09/28/2007

LEAD(s):

Set Lead 1:  (Info)

   COUNTERTERRORISM

      AT FBIHQ

      Read and clear.

3

FBI(16cv948)-3172



EXHIBIT D(o)
------------

FD-302 (Rev. 10-6-95)

- 1 -

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    05/08/2006

�escape  Erica  Hardwick  (PROTECT IDENTITY), Social Security     b6
Account Number⎵⎵⎵⎵⎵ date of birth⎵⎵⎵⎵⎵⎵⎵⎵⎵ was                   b7C
interviewed at her residence.  After being advised of the nature   b7D
of the interview and the identity of the interviewing agent,
⎵⎵⎵⎵⎵ provided the following information:

⎵⎵⎵⎵⎵ Hardwick was asked about specific people who reside in       b6
the Roanoke area and if they have any affiliation with William     b7C
A. White, a.k.a Bill White. Hardwick provided any and all          b7D
information she knew about the individuals.  The individuals
discussed were the following:

⎵⎵⎵⎵⎵⎵⎵⎵(a.k.a
very active in the White Supremist movement. Known to be
and has ⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵                                         b6
⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵VA.                                              b7C
                                                                   b7D
⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ VA. Has ⎵⎵⎵⎵⎵
⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ has possibly ⎵⎵⎵⎵⎵ of the movement,

⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ - No movement connections, he works at ⎵⎵⎵⎵⎵

⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ Very                                       b6
involved in White Power Movement, listens to ⎵⎵⎵⎵⎵⎵⎵               b7C
and has a ⎵⎵⎵⎵⎵⎵⎵⎵                                                 b7D

⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ father is ⎵⎵⎵⎵⎵⎵⎵⎵⎵ no association with
any movements.

⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ - Known ⎵⎵⎵⎵⎵⎵ in the area. White male, in            b6
his ⎵⎵⎵ Deals ⎵⎵⎵⎵ as well as a other ⎵⎵⎵⎵⎵ has a                 b7C
⎵⎵⎵⎵⎵⎵ tendencies. ⎵⎵⎵⎵⎵⎵ at the                                  b7D
⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵⎵ known racist but does not have any
associations with Bill White.  Drives a ⎵⎵⎵⎵⎵ possible
telephone number is ⎵⎵⎵⎵⎵⎵

⎵⎵⎵⎵⎵⎵ No association, used to date someone affiliated
with ⎵⎵⎵⎵⎵⎵⎵

Investigation on    11/23/2005   at ⎵⎵⎵⎵⎵ Virginia              b6
                                                               b7C
File # 266N-RH-52670-33            Date dictated  05/08/2006    b7D

by  SA Katherine P Kelley                              FBI(16cv948)-3058

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;

KK-302-wpd

FD-302a (Rev. 10-6-95)

266N-RH-52670

Continuation of FD-302 of _____ , On 11/23/2005 , Page 2

b6
b7C
b7D

_____ - No association with Bill White

_____ (a.k.a _____ - Affiliated
with _____ _____ Associate of Bill White and
will
Currently resides in _____ Very active in movement.
_____

b6
b7C
b7D

_____ Known associate with _____ Dated
_____ lives in _____ VA currently. Husband is _____
Has the email of _____ (or something close to
that).

_____ - No knowledge of

_____
associate. Address of _____ VA.
white male with _____
_____ reflect _____

b6
b7C
b7D

_____ of Bill White. Possibly works at
_____

b6
b7C
b7D

Hardwick does not have any affiliation with Bill White
_____ If they do communicate at this point, it is _____
_____

EXHIBIT 12 (p )
--- -- -- --- --

Precedence:  ROUTINE                    Date:  07/13/2006

To:  Counterterrorism          Attn:
                               SSA                          b6
                               IA                           b7C
                                                            b7E

     Baltimore            Attn:  JTTF/TFO

     Minneapolis          Attn:  SSA

     Newark               Attn:  SA

     Richmond             Attn:  Roanoke RA
                               SA

     Washington Field     Attn:  JTTF/SA

From:  Richmond
       Squad 6/Winchester RA
       Contact:  SA                                         b6
                                                            b7C

Case ID #:  266N-RH-52871   (Pending)
            266N-RH-52670   (Pending)
            266N-WF-233751  (Pending)
            100A-MP-63291   (Pending)

Title:                                                      b6
                                                            b7C

      WILLIAM ALEXANDER WHITE, aka
      Bill White;
      AOT-DT-VC
      OO: RH (266N-RH-52670)

      NATIONAL SOCIALIST MOVEMENT
      TEI
      OO: MP (100A-MP-63291)

Enclosures:  Photographs of participants attending the KKK sponsored
protest at the Antietam National Battlefield, Sharpsburg, Maryland, on
06/10/2006, which was also attended by the NSM.

EXHIBIT D(q)
-----------

---- Working Copy ----                           Page    1

SURVEILLANCE   LOG


DATE:  06/10/2006                    FILE:  266N-RH-52871
DAY OF WEEK:  Saturday               WEATHER:  sunny; clear


    On this date, a surveillance was conducted at a protest by
the World Knights of the KKK (WKKKK) and the National Socialist
Movement (NSM) at the Antietam National Battlefield, Sharpsburg,
Maryland.  The following observations were made.



TIME
INITIAL

OBSERVATIONS
                                                                b6
                                                                b7C
10:35am

FISUR initiated by SA [        ] FBI RH/WRA, at
Gold's Gym Parking Lot, Berryville Avenue, Winchester, Va.

Observed in the parking lot: Ken Krause in his vehicle, a        b6
[                              ] (Va); [        ] with an Unsub  b7C
[        ] who operated a [                    ] (Va);
and an Unsub Male (U/M), [                              ]
wearing a [        ]

All males were wearing black BDU pants, black boots, brown
collared shirts with NSM patches on side sleeve, black
tie, Nazi arm bands, and Sam Brown belts.

A [        ] with [      ] (Va) was parked beside these two      b6
vehicles.                                                       b7C


10:45am
                                                                b6
U/M walks into Gold's Gym.                                      b7C


10:53am

U/M returns to group from Gold's Gym.


11:06am

Krause exits vehicle, stands at side, and straightens
shirt and puts on tie.
-----------------------------------------------------------------
Case ID : 266N-RH-52871              Serial : 49
          266N-RH-52670                       43

FBI(16cv948)-3106

11:11am

Bill White arrives in a white 2D Toyota.  Unable to
identify model of vehicle and plate.  Krause and group          b6
greet White.                                                    b7C

11:18am

Krause goes to the rear of his vehicle, obtains a military      b6
hat and puts it on, and [          ] White who has a video      b7C
camera.

Krause then takes a sign out of the back of his van.  Sign
is about [        ] white with black lettering, with two
poles on the ends.

11:21am

[          ] wearing his uniform and a [      ] jacket, walks into    b6
Gold's Gym.                                                          b7C

11:27am

[          ] returns to the group from Gold's Gym.

11:30am

Group gets into their respective vehicles: [          ] and
U/M; [        ] and [    ] (driver); White.

11:31am

Group departs parking lot, heading east on Berryville
Avenue.

11:32am

FISUR paused as the group was not followed.

1:20pm

FISUR continued at the Mumma Farmhouse, Antietam National
Battlefield, Sharpsburg, Maryland.  Area divided into
three groups:  Protestors; Media; Counter-Protestors.

Two vans arrived at Protestor location escorted by US Park
Police (USPP).  Arriving were Krause U/M, [    ] from the       b6
NSM; U/M in a [              ] hooded/robed Klansmen; and        b7C

several others in white t-shirts.


1:30pm

Male in [_____] and one hooded Klansman [_____]
[_____] Male in [____] introduces self
as [_____] and a      b6
[_____]              b7C

[_____] topics include white rights, white power, black on
white crime, and immigration. Young gives name and states
that the [_____]

Hooded Klansman does not speak.


1:45pm

Arrival of second group of two vans escorted by USPP.
Group includes [_____] people dressed in black t-shirts      b6
and pants, and another group dressed in gray collared           b7C
shirt with patches and dark pants.  At this time, a total
of about 25 people, including several children.


2:10pm

Arrival of third group of two vans escorted by USPP.  Bill
White in this group, others in non-uniform civilian
clothing. White takes pictures of media and counter-
protestors with his video camera.


2:20pm

Beginning of speeches. [_____] acts as [_____]      b6
[_____] White has laptop on which he is        b7C
entering data. [____] is in front [_____]

[_____] speaker is identified as [_____] wears
[_____] Topics include
white rights, black on white crime, and immigration

Counter-protestors heckle the protestors.


2:30pm

Arrival of fourth set of vans with escort.  About five
people exit.  No uniforms.  About 35-40 people in
attendance for the Protestors.

[_____] ends speech.                                    b6
                                                           b7C

2:35pm

Young introduces Bill White by name as the next speaker.                    b6
Topics include white rights, black on white crime, and                      b7C
immigration.


2:45pm

White ends speech.  Nazi salutes


2:46pm

Young introduces                                                            b6
Not identified by name.  White male.         yoa,                           b7C


2:48pm

                    ends.


2:51pm

Young introduces           by name as a speaker.  Topics                    b6
include white rights, black on white crime, and                            b7C
immigration.


2:54pm

Young  ends speech.  Nazi salutes


2:55pm

Young introduces                                                            b6
Not identified by name.  White male.      voa                              b7C


3:02pm

                    ends speech.


3:03pm

Young introduces                                                            b6
                                  White male.                               b7C

Page    5

3:08pm

[          ] ends.

b6
b7C

3:09pm

Young introduces a white male from [                    ]
Not identified by name. Wearing a [                    ]
[                    ]

3:10pm

Male ends speech.

3:11pm

Young again speaks and banters with the counter-
protestors.

b6
b7C

3:40pm

Protest ends. Protestors are transported away from area
in vans by USPP.

3:45pm

FISUR terminated.

Signatures of Surveillance Team:

EXHIBIT D(f)
-----------

---- Working Copy ----                                    Page    1

PHYSICAL  SURVEILLANCE  LOG  COVER  SHEET


File:                          266N-RH-52871

Case Agent/Officer:            SA[                    ]RH/WRA            b6
                                                                        b7C

Subject of Surveillance:       [                    ] and other
                               National Socialist Movement
                               members.

Day/Date of Surveillance:      Saturday; 06/10/2006

Agents/Officers on Duty:       SA[              ]


Time Period:                   10:35am - 3:45pm

Log Maintained By:             SA [              ]


SYNOPSIS  OF  SURVEILLANCE:

(X) Subject Observed     ( ) Subject Not Observed
(X) Photos Attempted by:  SA[              ]


INDIVIDUALS
OBSERVED
ADDRESSES/LOCATIONS
    LICENSE  PLATES
OBSERVED

[                              ]                                        b6
                                                                        b7C

~~Gold's Gym Parking lot; Antietam~~
Battlefield Protest, Sharpsburg, Md.

[                        ]


~~Gold's Gym P~~arking lot; Antietam
Battlefield Protest


UNSU[         ]
Gold's Gym Parking lot; Antietam
Battlefield Protest

----------------------------------------------------------------------
Case ID : 266N-RH-52871                    Serial : 50
          266N-RH-52670                             44

---- Working Copy ----

b6
b7C

UNSUB MALE
Gold's Gym Parking lot; Antietam
Battlefield Protest

Antietam Battlefield Protest

Antietam Battlefield Protest

Antietam Battlefield Protest

ADDITIONAL   COMMENTS:

FBI BA JTTF members were also present at the Antietam Battlefield
Protest.

FBI(16cv948)-3112

EXHIBIT D(s)
-----------

---- Working Copy ----

Page    1


Precedence:  ROUTINE                        Date:  06/13/2006

To: Counterterrorism          Attn[                    ]        b6
                              SSA[                        ]     b7C
                              IA[                ]              b7E

      Baltimore              Attn:  JTTF/TFO[              ]

      Minneapolis            Attn:  SSA[            ]

      Pittsburgh             Attn:  Martinsburg RA
                                    SA  TG

      Richmond               Attn:  Fredericksburg RA
                                    Roanoke RA/SA  David Church

      Washington Field       Attn:  JTTF/SA[            ]

From:   Richmond
        Squad 6/Winchester RA
        Contact:  SA[                        ]
                                                               b6
Approved By:[                        ]                          b7C

Drafted By:[                        ]

Case ID #:  266N-RH-52871    (Pending)
            266N-RH-52670    (Pending)
            266N-WF-233751   (Pending)
            100A-MP-63291    (Pending)

Title:[                        ]                                b6
                                                               b7C
      National Socialist Movement;
      AOT-DT-WHITE SUPREMISTS/EXTREMISTS
      OO: RH[          ]

                                                               b6
[                        ]                                      b7C
      NATIONAL SOCIALIST MOVEMENT
      AOT/DT
      OO: WF[          ]

      WILLIAM ALEXANDER WHITE, aka
      Bill White;
      AOT-DT-VC
      OO: RH (266N-RH-52670)


      NATIONAL SOCIALIST MOVEMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case ID : 266N-RH-52871              Serial : 51
          266N-RH-52670                       45
          266N-WF-233751                      7
          100A-MP-63291                       1142

---- Working Copy ----                                          Page      2

TEI
OO: MP (100A-MP-63291)

Synopsis:  Reports the attendance of [ ] and other          b6
[ ] NSM members at a white supremist protest on 06/10/2006, at   b7C
the Antietam National Battlefield, Sharpsburg, Maryland.         b7E

[ ]                                   set to expire [ ]
[ ]

Enclosure:  A copy of the RH/WRA surveillance log;             b6
[ ]                                                             b7C
as [ ]                                                          b7E

Details:  On 06/10/2006, a protest was held at the Antietam National
Battlefield, Sharpsburg, Maryland, hosted by the World Knights of the
KKK (WKKKK).  In a show of solidarity, the National Socialist Movement
(NSM) was invited to attend. [                       ]          b6
[                      ] Bill White, Roanoke Unit Leader, attempted   b7C
to generate support throughout the regional NSM membership to attend
this protest.

      The enclosed emails were provided by the USPP who had an
officer [                                        ] regarding        b7E
preparations for this protest.

      On 06/10/2006, at about 10:35am, Virginia NSM members
started to rendezvous in Winchester, Virginia, for travel to the
protest.  White traveled from Roanoke alone and met the group of four   b6
at the Gold's Gym parking lot in Winchester.  Present were [ ].     b7C
[                 ] and UNSUB Male, and an UNSUB [        ] All males were
dressed in their Nazi uniforms.  They departed the area at 11:31am and
traveled to the protest area.

      The UNSUB [        ] was operating a [                ]        b6
[           ] This vehicle is registered to [                ] and   b7C
[                  ] residing at [        ]
Virginia. [                   ] is a
[    ] pounds, with SSAN [                       ] is a
[            ] with SSAN [            ]  Based on the surveillance
and DMV descriptions, the driver of this vehicle more closely
resembles [        ]

      The protest was held at the Mumma Farmhouse on the Antietam
Battlefield.  About 35-40 protestors were in attendance.  The
protestors (white supremists) were in one area; the media in the
middle area; and the counter-protestors in a third area.  All groups
were within fifty yards of each other, but separated by U. S. Park
Police (USPP) on horseback and in riot gear.  The protestors were
instructed to park at a location different from that of the counter-
protestors and brought to the site in vans by the USPP.
      A male in [              ] and one hooded Klansman [       ]    b6
[                       ] The male in [       ]                       b7C
identified himself as [                                     ]
[                                      ] discussion topics included white [ ] and a
rights, white power, black on white crime, and immigration.

FBI(16cv948)-3114

---- Working Copy ----                    Page    3

gave his name and stated that the ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛ The hooded Klansman did not speak.

⬛⬛⬛ was the ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ other speakers.       b6
These speakers included the following:                           b7C

⬛⬛⬛⬛⬛⬛⬛⬛ Bill White, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ not identified by
name, ⬛⬛⬛⬛ yoa, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ not identified by
name, ⬛⬛⬛⬛ yoa, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ not identified by name, ⬛⬛⬛⬛ yoa, ⬛
⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

White male from ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ not identified by name,
wearing a ⬛⬛⬛⬛⬛⬛

    Throughout the protest, the counter-protestors heckled the
protestors.  Some the protest speakers, most notably ⬛⬛⬛⬛⬛ White, and     b6
⬛⬛⬛⬛⬛⬛ directed derogatory comments back at the counter-protestors.      b7C

    No criminal acts or arrests were made during the actual
protest.  This protest did receive significant media coverage later
that night on Washington, D. C. networks (Fox Channel 5 and Channel
9).

LEAD(s):

Set Lead 1:  (Info)

    θ         ALL RECEIVING OFFICES

              Read for information.

FBI(16cv948)-3115

There's a place you can go to check your nest egg.

# CNN.com 

**PRINTTHIS**

Powered by ability

## FBI investigates supremacist anti-'Jena 6' Web site

- Story Highlights
- Web site purports to list addresses of some members of the "Jena 6"
- CNN first reported the Web site, which features swastika, uses racial slurs
- The "Jena 6" are six black teens accused of beating a white student in Jena
- The site lists phone numbers "in case anyone wants to deliver justice"

NEW ORLEANS, Louisiana (AP) — The FBI is reviewing a white supremacist Web site that purports to list the addresses of five of the six black teenagers accused of beating a white student in Jena and "essentially called for their lynching," an agency spokeswoman said Saturday.

Sheila Thorne, an agent in the FBI's New Orleans office, said authorities were reviewing whether the site breaks any federal laws. She said the FBI had "gathered intelligence on the matter," but declined to further explain how the agency got involved.

CNN first reported Friday about the Web site, which features a swastika, frequent use of racial slurs, a mailing address in Roanoke, Virginia, and phone numbers purportedly for some of the teens' families "in case anyone wants to deliver justice." That page is dated Thursday.

The Rev. Al Sharpton said in a statement Saturday that some of the families have received "almost around the clock calls of threats and harassment," and called on Gov. Kathleen Blanco to intervene.

A Blanco spokeswoman said the governor had asked law enforcement — primarily state police — to investigate.
- Watch seemingly menacing acts online and on the streets »

"These people need more than an investigation. They need protection," the Rev. Jesse Jackson said. He said his organization would be in touch with President Bush's nominee for attorney general, Michael Mukasey.

"This is a test for the disposition of the Department of Justice to serve as an intervener and a deterrent" to hate crimes and discrimination, Jackson said. He said federal marshals should protect the families.

Carolas Purvis, whose number was among three listed on the Web site, said she did not feel in danger. Purvis is the aunt of Bryant Purvis, who has yet to be arraigned. She said she has received a number of calls, some from people who say nothing, others to let her know that her number had been put on the site. One, Friday night, used the N-word to her young son, she said.

A dispatcher for the LaSalle Parish Sheriff's Department said no one in the office Saturday could say whether any threats had been reported.

Of the two other numbers listed as "active" on the Web site, one was not answered Saturday; the other yielded a constant busy signal.

On Thursday, thousands of demonstrators marched in a civil rights demonstration in support of the so-called "Jena 6." The six black teens were arrested after a December attack on a white student -- the culmination of fights between blacks and whites.

Of the six teens arrested, five initially were charged with attempted second-degree murder; charges for four have been reduced as they were arraigned. Charges against the sixth teen, booked as a juvenile, are sealed.

Mychal Bell is the only one to have been tried so far. A state appeals court recently threw out his conviction for aggravated second-degree battery, saying he couldn't be tried as an adult. He remained in jail pending an appeal.

FBI(16cv948)-7370

William A. "Bill" White, listed as the Web site's editor and commander of the American National Socialist Workers Party, did not immediately answer an e-mail to his address. Calls to one of the two William Whites listed in Roanoke were not answered; the other said he was not

9A-RH-53173-29

44A-RH-53908-15

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 10/21/2005

To: Minneapolis              Attn: Squad 4                          b6
                                    SA                              b7C
                                    SA

    Richmond                 Attn: Squad 7/Roanoke RA
                                    SA Katherine P Kelley

From: Pittsburgh
      Squad 14/Martinsburg RA
      Contact: SA TG                                                b6
                                                                   b7C
Approved By:                                                        b7D

Drafted By:

Case ID #:  266N-MP-56642    (Pending)-6to
            266N-MP-57299    (Pending)-157
            266H-RH-52670    (Pending)

Title:                                                             b6
                                                                   b7C

        WILLIAM A. WHITE, aka
        Bill White, dba
        Unit Leader,
        National Socialist Movement;
        AOT-DT-ANARCHIST EXTREMISTS

        WARNING! THE INFORMATION IN THIS DOCUMENT IS HIGHLY SINGULAR
IN NATURE. DISCLOSURE OF THIS INFORMATION COULD JEOPARDIZE THE SAFETY
AND THE VERY LIFE OF THIS SOURCE. NO DISCLOSURE OR DISSEMINATION OF
THIS INFORMATION SHOULD BE MADE WITHOUT FIRST NOTIFYING THE CASE
AGENT.

Synopsis: To document source contact and advise Minneapolis of
information provided by Source.

Details: On 10/18/2005, the writer personally met with [        ] a    b6
cooperative source with excellent access, whose reporting, though      b7C
limited, has been corroborated. Source, who is not in a position to    b7D
testify, provided the following information:

297tz02.ec                        266H-RH-52670-1   FBI(16cv948)-2948

To: Minneapolis  From:  Pittsburgh
Re:  266N-MP-57299, 10/21/2005

b6
b7C
b7D

WARNING! THE INFORMATION IN THIS DOCUMENT IS HIGHLY SINGULAR IN NATURE.  DISCLOSURE OF THIS INFORMATION COULD JEOPARDIZE THE SAFETY AND THE VERY LIFE OF THIS SOURCE.  NO DISCLOSURE OR DISSEMINATION OF THIS INFORMATION SHOULD BE MADE WITHOUT FIRST NOTIFYING THE CASE AGENT.

LEAD(s):

Set Lead 1:  (Info)

5

FBI(16cv948)-2952

To: Minneapolis  From: Pittsburgh
Re: 266N-MP-57299, 10/21/2005

MINNEAPOLIS

SQUAD 4

   AT MINNEAPOLIS, MINNESOTA

   For information.

Set Lead 2:  (Info)

   RICHMOND

   SQUAD 7

      AT ROANOKE, VIRGINIA

   For information.

◆◆

FBI(16cv948)-2953

EXHIBIT B(V)
- - - - - - - - - - - -

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  01/17/2006

To:  Minneapolis            Attn:  Squad 4
                                   SA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

     Philadelphia          Attn:  Harrisburg RA
                                   SSRA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

                           Attn:  Squad 12
                                   SSA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

     Richmond              Attn:  Squad 7/Roanoke RA        b6
                                   SA Katherine P Kelley      b7C
                                                             b7E
                           Attn:  Winchester RA
                                   SA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

     Pittsburgh            Attn:  Squad 9
                                   SSA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

                           Attn:  Squad 11
                                   SSA ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

From:  Pittsburgh
       Squad 14/Martinsburg RA
       Contact:  SA TG ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽         b6
                                                  b7C

Approved By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

Drafted By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

Case ID #:  266N-MP-56642    (Pending) -b27
            266H-RH-52670    (Pending) -21
            266A-PG-C72887   -178                 b7D

Title: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽          b6
       National Socialist Movement;                b7C
       AOT-DT-WHITE SUPREMACIST EXTREMISTS

       WILLIAM A. WHITE, aka
       Bill White, dba
       Unit Leader,
       National Socialist Movement
       AOT-DT-ANARCHIST EXTREMISTS

       WARNING! SOME OF THE INFORMATION IN THIS DOCUMENT IS HIGHLY
SINGULAR IN NATURE.  DISCLOSURE OF THIS INFORMATION COULD JEOPARDIZE
THE SAFETY AND THE VERY LIFE OF THIS SOURCE.  NO DISCLOSURE OR

017tg02.ec.wpd

To: Minneapolis From: Pittsburgh
Re: 266H-MP-56642, 01/17/2006


**DISSEMINATION OF THIS INFORMATION SHOULD BE MADE WITHOUT FIRST
NOTIFYING THE CASE AGENT.**

**Synopsis:** To document source contact and advise receiving offices of
information provided by Source.

**Details:** On 01/16/2006, the writer personally contacted a
collaborative domestic terrorism source with excellent access, much of
whose reporting has been corroborated during the _____ that          b7D
Source has been operated. Source, who is not in a position to
testify, provided the following information:

> The National Socialist Movement (NSM) _____                         b6
>                                                                            b7C
>                                                                            b7D



_____ that is located on
_____ The same establishment has hosted
_____ in the past.



NSM has _____                                                         b6
                                                                            b7C
                                                                            b7D


NSM's _____                                                          b6
                                                                            b7C
                                                                            b7D



                                                              on its
newsgroup _____
following _____
9 _____

2

To: Minneapolis From: Pittsburgh
Re: 266H-MP-56642, 01/17/2006

b6
b7C
b7D

Source advised that [                    ] is the head of the
[                ] NSM Unit. [        ] attended the most recent NSM rally in
Toledo, Ohio.

b6
b7C
b7D

The [                        ] Bill White, the head of
the NSM's Roanoke, VA Unit is [                ]
[                        ] member and [            ]
[                    ] resident is currently in the [            ]

WARNING! SOME OF THE INFORMATION IN THIS DOCUMENT IS HIGHLY
SINGULAR IN NATURE. DISCLOSURE OF THIS INFORMATION COULD JEOPARDIZE
THE SAFETY AND THE VERY LIFE OF THIS SOURCE. NO DISCLOSURE OR
DISSEMINATION OF THIS INFORMATION SHOULD BE MADE WITHOUT FIRST
NOTIFYING THE CASE AGENT.

3

FBI(16cv948)-2994

To:   Minneapolis  From:  Pittsburgh
Re:   266H-MP-56642, 01/17/2006

**LEAD(s):**

Set Lead 1:   (Info)

      MINNEAPOLIS

      SQUAD 4

         AT MINNEAPOLIS, MINNESOTA

         For information.

Set Lead 2:   (Info)

      PHILADELPHIA

         AT HARRISBURG, PENNSYLVANIA

         For information.

Set Lead 3:   (Info)

      PHILADELPHIA

      SQUAD 12

         AT PHILADELPHIA, PENNSYLVANIA

         For information.

Set Lead 4:   (Info)

      RICHMOND

         AT ROANOKE, VIRGINIA

         For information.

Set Lead 5:   (Info)

      RICHMOND

         AT WINCHESTER, VIRGINIA

9         For information.

FBI(16cv948)-2995

To: Minneapolis  From: Pittsburgh
Re: 266H-MP-56642, 01/17/2006

Set Lead 6:  (Info)

    PITTSBURGH

    SQUAD 9

        AT PITTSBURGH, PENNSYLVANIA

        For information.

Set Lead 7:  (Info)

    PITTSBURGH

    SQUAD 17

        AT PITTSBURGH, PENNSYLVANIA

        For information.

♦♦

FBI(16cv948)-2996

EXHIBIT D(W)

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  03/31/2006

To:  Richmond                    Attn:  Roanoke RA
                                        SA Katherine Kelley          b6
                                                                     b7C
From:  Pittsburgh                                                    b7D
       Squad 14/WVJTTF/Martinsburg RA
       Contact:  SA TG

Approved By:

Drafted By:

Case ID #:  266H-RH-52670    (Pending) - 28
            -PG-             (Pending) -                    Pg 1,2

Title:  WILLIAM A. WHITE;
        aka BILL WHITE;
        dba Unit Leader, National Socialist Movement
        AOT-DT-VC

        WARNING!  SOME OF THE INFORMATION IN THIS DOCUMENT IS
HIGHLY SINGULAR IN NATURE.  DISCLOSURE OF THIS INFORMATION COULD
JEOPARDIZE THE SAFETY AND THE VERY LIFE OF THIS SOURCE.  NO
DISCLOSURE OR DISSEMINATION OF THIS INFORMATION SHOULD BE MADE
WITHOUT FIRST NOTIFYING THE CASE AGENT.

Synopsis:  To provide source information regarding captioned
subject.

Administrative:  RICS Code:                                     b7D

Details:  On                the writer personally contacted a
collaborative domestic terrorism source with excellent access,
much of whose reporting has been corroborated during the
months that source has been operated.  Source, who is not in a
position to testify, provided the following information:

        On                          sponsored by
the Confederate Knights of the Ku Klux Klan ...

                Bill White, and other members of the NSM were among   b6
the approximately                                                     b7C
                                                                     b7D

        On

To:   Richmond   From:   Pittsburgh
Re:   266H-RH-52670, 03/31/2006

telephone number:

b6
b7C
b7D

A small
number of NSM members are expected to attend the event.

        WARNING!   SOME OF THE INFORMATION IN THIS DOCUMENT IS
HIGHLY SINGULAR IN NATURE.   DISCLOSURE OF THIS INFORMATION COULD
JEOPARDIZE THE SAFETY AND THE VERY LIFE OF THIS SOURCE.   NO
DISCLOSURE OR DISSEMINATION OF THIS INFORMATION SHOULD BE MADE
WITHOUT FIRST NOTIFYING THE CASE AGENT.

a

2

To:  Richmond  From:  Pittsburgh
Re:  266H-RH-52670, 03/31/2006

LEAD(s):

Set Lead 1:  (Info)

    RICHMOND

       AT ROANOKE, VIRGINIA

       For information.

♦♦

3

FBI(16cv948)-3048

EXHIBIT 4(a)
------------



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

May 21, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.   In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.   The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| 50 U.S.C. § 3024 (i)(1) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

502 pages were reviewed and 306 pages are being released.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

    ☐ This information has been referred to the OGA(s) for review and direct response to you.

    ☑ We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

☑
    In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

2

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site:  https://foiaonline.regulations.gov/foia/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

☐   The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s).   Because of our significant backlog, we have given priority to processing only the main investigative file(s).   If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosures (Bates pages FBI(16cv948)-504 to FBI(16cv948)-1005 and Explanation of Exemptions)

The enclosed documents represent the second interim release of information responsive to your Freedom of Information/Privacy Acts (FOIPA) request. This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

As previously indicated, documents were located which originated with, or contained information concerning other agencies.   We are consulting with the other agencies and are awaiting their response.   The FBI will correspond with you regarding those documents when the consultation is completed.

By letter dated April 20, 2018, we sent you a Compact Disc (CD) containing the first interim release for this case.   At that time, we explained the $10.00 balance associated with that release would be billed with this release. Accordingly, you are being charged $25.00 for this release, which has been subtracted from your positive balance.

Currently, you have a positive balance of $960.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

EXHIBIT E(b)
------------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date: 06/27/2007

To: Miami                     Attn: SA  TRR

   Richmond

From: Richmond
      Roanoke RA, Squad 7
      Contact: SA  T David Church

Approved By:  Kevin L Foust                              b6
                                                        b7C
Drafted By:

Case ID #: 9A-RH-53173   (Pending) - 19
           266N-MM-109670  (Pending) - 13

Title:  William A. White;
        Richard Warman, Multiple Victims, et al
        Extortion-Threats

        UNSUB(S);
        LEONARD PITTS JR
        E-MAIL THREATS OF VIOLENCE

Synopsis:  Recommend Miami allow Richmond to decline interview of
William White until a time of Richmond's choosing based on their
current investigation of White.

Reference:  266N-MM-109670 Serial 5

Administrative:  Re telcal with SA  TRR  on 06/25/2007.       b6
                                                              b7C

Enclosure(s):  Enclosed for Richmond is a faxed copy of the e-
mailed communication sent to Miami Herald editor David
Wilson  by  Bill White, Roanoke, VA, e-mail
address, nationalsocialistworkers@yahoo.com.

Details:  Re telcal between SA David Church, Roanoke RA, and SA   b6
  TRR  Miami FBI, Richmond recommends Miami allow Richmond to     b7C
decline interview of William White until a time of Richmond's
choosing based on their current investigation of White.

        For information of Miami, Richmond, specifically
Roanoke RA, has a pending case on William A. White (as captioned
above).  Richmond is currently investigating several leads from
other field offices regarding threats made by White, as well as
threats made in Richmond's territory.

file copy

DC 66-27E

FBI(16cv948)-922

9A-RH-53173-19

To: Miami From: Richmond
Re: 9A-RH-53173, 06/27/2007

      To date, all of White's "threats" have bordered on criminal. It is Richmond's assessment that White is very familiar with what constitutes free speech as opposed to non-protected speech. Consequently, the U.S. Attorney's Office (USAO), Western District of Virginia, has declined to prosecute several instances of these supposed threats.

      Richmond further assesses that although White is the self proclaimed leader of the American Nationalist Socialist Workers Party (ANSWP), he does have intentions of physically harming anyone and instead tries to incite others to act on his right wing opinions. White's motives appear to be that of embarrassment to his intended targets.

      In sum, Richmond does not feel at this time that Miami Herald editor Wilson or Leonard Pitts Jr is in any danger from White.

b6
b7C

      Richmond continues to investigate all threats made by White, whether by phone or internet, in which we are made aware, with hopes of future prosecution. Furthermore, the USAO continues to provide direction regarding the investigation.

      Richmond considers referenced lead covered.

2

To: Miami From: Richmond
Re: 9A-RH-53173, 06/27/2007

LEAD(s):

Set Lead 1: (Info)

   MIAMI

      AT MIAMI, FLORIDA

      Read and clear.

♦♦

3

FBI(16cv948)-924

EXHIBIT F(a)
- - - - - - - - - -



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 20, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.  In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.   The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions:

| **Section 552** | | | |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed R. Crim Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

516 pages were reviewed and 165 pages are being released.

☑  Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐  This information has been referred to the OGA(s) for review and direct response to you.
☑  We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

☑

In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

⌐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑ See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

Enclosures (Bates pages FBI(16cv00948)-1006 to FBI(16cv00948)-1521 and Explanation of Exemptions)

The enclosed documents represent the third interim release of information responsive to your Freedom of Information/Privacy Acts (FOIPA) request. This material is being provided to you at no charge at this time. The FBI will provide monthly rolling releases.

As previously indicated, documents were located which originated with, or contained information concerning other agencies. We are consulting with the other agencies and are awaiting their response. The FBI will correspond with you regarding those documents when the consultation is completed.

Currently, you have a positive balance of $945.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. Duplication costs for the third and subsequent releases will be $15.00 per release. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act. Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate order(s) issued by federal district courts.

Pastors respond to neo-Nazi actions

EXHIBIT F(b)
------------

ADVERTISEMENT



America's Favorite Mom
Bouquet. Save 15%

teleflora.
SHOP FOR MOTHER'S DAY ▸

LOCALLY OWNED BY PAMPLIN MEDIA GROUP



Lake Oswego
# Review

US&WorldNews
REUTERS

News | Opinion | Features | Sports | Sustainable Life | US & World News | Classifieds | Contact Us

**Find a story**

Printer-friendly version   Email story link

GUEST OPINION

## Pastors respond to neo-Nazi actions

Apr 3, 2008

**Find a business**

i.e. dentist, salon

Keywords

Any Writer

Any Month

Any Year

Search

**Browse archive**
Browse opinion archive

Lake Oswego
**Review**
Find a paper
Enter a street name or a 5 digit zip code

Search

**Subscribe today!**

**Breaking News Email Alerts**

The Lake Oswego Review Opinion feed

Editor's note: As a response to the recent activity of "Neo-Nazi" groups in the Tigard area (reference articles in The Oregonian on March 4 and the Tigard-Tualatin Times on March 6) pastors from around Tigard, Lake Oswego and Beaverton have come together to draft a response. Their comments are as follows:

(This is) an open letter from Christian pastors in the greater Tigard area ... a letter in response to hatred and the use of religion as justification for it.

As representatives of Christian congregations in the Tigard (Lake Oswego and Beaverton) area, we stand together for the furthering of the Gospel of Jesus Christ and the building of God's kingdom. While there are things on which we disagree, we agree on the following. The teaching of scripture is a teaching of love not hate.

Jesus told his followers "Love your enemies and pray for those who persecute you." (Matt. 5:44) Even further than that Jesus said, "By this everyone will know that you are my disciples, if you have love for one another." (John 13:35).

Recent activities in our community that are meant to foster hatred and racial discrimination have prompted the coming together of the Christian community and the writing of this letter. While we solidly uphold and support the right that every citizen has for free speech and expression, we are just as solidly against the using of those rights to intimidate or instill fear in others. Any group that endeavors to do such things sets itself apart from the Christian community and can not claim affiliation with it.



Thinking about becoming a Foster Parent?

The Boys & Girls Aid Society

AccuWeather.com
53°F
Lake Oswego
Weather Forecasts
Weather Maps
Weather Radar
▸ Video forecast

ADVERTISEMENTS
GREEN YOUR BUSINESS

INSTALL SOLAR
Save up to 70%
Click here

SolarCity
OR CCB # 189495

FBI(16cv948)-1087

1266N-PD-51903 - 20

5/8/2008

As representatives of the Christian community we also ask for forgiveness from those in our community who have been damaged or offended by actions motivated by hatred. We are sorry for the ill that has been aimed at you by others, and we commit to work, each in our own way, to make our community a place of love rather than hatred and a place where justice reigns rather than terror.

As representatives of the Body of Christ that is the Christian community (locally) we represent great diversity. While our practices of faith are varied, and our doctrinal points diverse, we are united in this: Our Christian faith is a faith of love, not hate. This is most certainly true.

In the name of our Lord and Savior Jesus the Christ,

Rev. Dr. Robert A. Garwig

Calvin Presbyterian Church, Tigard

Rev. Raggs Ragan

St. James Episcopal Church, Tigard

Rev. Jeff Kallevig,

Christ The King Lutheran Church, Tigard

Rev. George LaDu

Jubilee Christian Fellowship, Stafford

Rev. Glenn Schroder

Portland Vineyard Church, Tigard

Rev. Steve Blikstad

Trinity Evangelical Church, Tigard

Rev. Kim Frenz

Our Savior's Lutheran Church, Lake Oswego

Rev. Kelle Nelson-Bunkers

Our Savior's Lutheran Church, Lake Oswego

Rev. Louis Brunner

Pastor Emeritus, Our Savior's Lutheran Church, Lake Oswego

Rev. Chuck Boman

Chaplain, Lake Oswego Fire Department

Rev. Cal Habig

Tigard Christian Church

Dan Cammack

Minister, Tigard Community Friends Church

Don Walters

Minister, Tigard Community Friends Church

Pastor Steve McCracken

Grace Point Community Church, Tigard

Dan Goodyear

KPSI
(am 860) KPAM
PortlandTribune
VALLEYTIMES
Boom!
Boomers & Beyond
ClackamasReview
EstacadaNews
NEWS*TIMES
OUTLOOK
OregonCityNews
REGALCOURIER
SANDYPost
THE BEE
Sherwood Gazette
NSpotlight
CONNECTION
TheTimes
WestLinn A.Tidings




Kadels
Excellence is no Accident.



SPECIAL SECTIONS
OSU
Oregon State
UNIVERSITY

ENTER TO WIN
CONCERT
TICKETS

FBI(16cv948)-1088

Minister, Southwest Church of Christ, Tigard

Craig Benjamin

Minister, Southwest Church of Christ, Tigard

Ken Hines

Minister, Southwest Church of Christ, Tigard

Copies of this letter were also sent to several mayors and newspapers in the local area.

Top Rated
Beauty Salons in
Lake Oswego

Urbaca Sal
✪✪✪✪✪

Business
Lake Oswego, OI
Search

Powered by
MojoPages.com

## Tigard police monitor alleged neo-Nazi incidents

By PAMPLIN MEDIA SERVICE

TIGARD — Tigard police used the assistance of a Tualatin Valley Fire & Rescue ladder truck recently to remove a large flag displaying a swastika hanging from a utility pole on Highway 217 near I-5.

Tigard police responded to that and five other similar alleged neo-Nazi related incidents in the past week.

Tigard public information officer Jim Wolf said the department has no suspects but noted that officers are monitoring the situation.

Reports of neo-Nazi symbols began Feb. 26 when a resident reported a swastika flag tethered to a utility pole along Highway 217 near Southwest 72nd Avenue. Police removed the flag, which was attached to a red balloon. Two days later, another flag was found attached to a utility pole along Highway 217 near I-5. That flag was removed with the help of TVF&R crews.

Another flag was found flying above a vacant business in the 13500 block of Highway 99-W. Police removed that flag, which appeared to have been thrown on top of the building with a bottle and attached to an anti-Semitic flyer.

According to police, neighborhoods in the area south of Durham Road near Southwest 98th Street and along Derry Dell Court reported finding anti-Semitic flyers scattered on the streets. Tigard police responded to both neighborhoods and picked up the flyers, Wolf said. The flyers included contact information for the National Socialist Workers.

Incidents of anti-Semitic behavior are something the city of Tigard has experienced before. In 2004, 200 people rallied in Cook Park to protest a white supremacist group's recruitment tactics that used racist literature. Wolf said the 2004 incident also involved hate crimes that police were able to connect to a few suspects.

The recent incidents have not reached the level of a hate crime, Wolf said.

---

🔗 Digg   Del.icio.us   Newsvine   Stumbleupon   Reddit

Copyright 2008 Pamplin Media Group, 6605 S.E. Lake Road, Portland, OR 97222 • 503-226-6397
Pamplin Media Group Privacy Policy

Mystery/adventure novels with a SciFi twist! Visit www.SeedsOfCivilization.com

Macintosh Computer repair/support, hardware and software. Call us at 503-901-3313 or email us here!

FBI(16cv948)-1089

b6
b7C
b7E

EXHIBIT F(c)
‾‾‾‾‾‾‾‾‾‾‾

## FW: Judaized Christianity and National Socialism

-----Original Message-----
From:  Bill White [mailto:nationalsocialistworkers@yahoo.com]
Sent:  Thu 4/3/2008 5:56 AM
To:

b6
b7C

Cc:
Subject:     Judaized Christianity and National Socialism

Dear assorted pastors and charlatans:

I read today the excerpts from your letter published
in the Lake Oswego Review. In this letter you state
the following:

"[I]n response to hatred and the use of religion as
justification for it ... Any group that endeavors to
do such things sets itself apart from the Christian
community and can not claim affiliation with it."

Rest assured that I am not a Christian, and those
members of the American National Socialist Workers
Party who are claim no affiliation with your Judaized
and heretical interpretations of the scriptures. I
personally reject the notion that man was born in sin
and is in need of redemption through any savior.

As a Radical Traditionalist, I adhere to the solar
faith of the Aryan peoples -- the faith, symbolized by
the swastika, that commands man to constantly
transcend the mere materiality of the world through
constant struggle against the enemies of humanity. In
the tradition of Islam, I believe that the lesser Holy
War, fought here on earth against the enemies of God,
is the only true path to victory in the greater Holy
War, the purgation of all lower tendencies from the
soul. This is similar to the Catholic doctrine of
gloria in excelsis deo, as understood by the chivalric
orders, or in the many doctrines of Aryan
self-sacrifice and heroism we found embodied in the
faiths of my people, from the Nordic to the Persian to
the Indo-Aryan.

As the Germans noted, "Der Gott der eisen wachsen
liess, der wollte keine knietche -- The God that makes

SA DRW
MWC
# 10

blw1080#.htm

b6
b7C

FBI(16cv948)-1032

FILE V266N-PD-51903-1

the iron grow does not love the slave."

As for our Christian members, I think I can summarize their views clearly when I note that, from the beginning of the Christian Church there have been heretical, anti-white sects that have taught nihilism -- the destruction of man in a "universal brotherhood" of human equality, in which each individual destroys their own soul to meld with the nothingness of the group. In the 20th Century, this tendency saw a revival in its sister movement of atheist Bolshevism, and this atheist Bolshevism infiltrated the churches of which you are a part and began to wage a genocidal war against all of the better elements of man. Your statement today is a continuation of that war and your Judaeo-Christianity is merely atheist Bolshevism under another one of its many disguises.

All of you should do the world and your God a favor and either convert away from your anti-human faith of death, or embrace your death-faith fully and put an immediate end to your lives.

The emergence of national socialism in Tigard is not a re-emergence of Christian tendency, but an emergence of the old Aryan faiths that knew, as did the pagan king Aelthelfurth of North Umbria, during his slaughter of the monks of Mercia, that:

"Those who invoke their faith against me make war upon me, even if they bear no arms."

Our intent is to destroy heretical Judaized-Christian churches such as yours, and to completely annihilate your faith, whether through re-education or mere execution of those men and women you have turned to parasitism. An appeal to our "common Christianity" is an appeal to death ears.

As Boyd Rice once said:

"We will fight you, TOTAL WAR, tear down Christ, raise up Thor!"

Bill White, Commander
American National Socialist Workers Party

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.
http://tc.deals.yahoo.com/tc/blockbuster/text5.com

FBI(16cv948)-1033

b6
b7C

EXHIBIT F(d)
------------

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATI

ASCII

Precedence: ROUTINE                                Date: 04/21/2008

To: Counterterrorism          Attn: DTOU

From: Portland
      Squad 10
      Contact: SA Brandon L Walter

b6
b7C
b7E

Approved By:

Drafted By:

Case ID #: 266N-PD-NEW   (Pending) — 2     51903

Title: WILLIAM ALEXANDER WHITE, aka.
       BILL WHITE;
       NATIONALSOCIALISTWORKERS@YAHOO.COM;
       AMERICAN NATIONAL SOCIALIST WORKERS
       PARTY (ANSWP);
       AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis: To request the opening of a
on captioned subject and to notify DTOU regarding the same.

b7E

set to expire

Enclosure(s): Threat email sent by White to Calvin Habig.

b6
b7C

Details: Information was received from Washington County
Sheriff's Deputy                    that                    had
received an email threat to Calvin Habig Tigard Christian Church
13405 SW Hall Blvd Tigard, Oregon 97223. The threat originated
from Bill White, Commander of the American National Socialist
Workers Party (ANSWP), from email address,
nationalsocialistworkers@yahoo.com, and was received by Calvin
Habig on Thursday, April 3, 2008, at 6:57 a.m. White presents
his threat near the end of an email message detailing his
religious beliefs. The specific threat reads, "Our intent is to
destroy heretical Judaized-Christian churches such as yours, and
to completely annihilate your faith, whether through re-education
or mere execution of those men and women you have turned to
parasitism."

       In March 2008, neo-Nazi activity in the Tigard, Oregon
area increased. Specifically, Nazi flags were flown from both

— O+A to SA              04/22/08
— Co-Case SA                    — 04/28/08
Open                                        SOURCE: 06
Financial Subfile                          CPI: None

b6
b7C

FBI(16cv948)-1034

U://          b lwl0801.E08        266N-PD-51903 - 2

To:  Counterterrorism  From:  Portland
Re:  266N-PD-NEW, 04/21/2008

poles and suspended from balloons released over Tigard.
Additionally, Nazi and anti-Semitic literature was placed on
doors and found scattered in Tigard neighborhoods. Pastor Habig
meets weekly with other Tigard-area religious leaders at a
meeting called Pastor's PrayerTime.  In response to the area's
recent increased neo-Nazi activity, certain members of the group,
including Pastor Habig decided to draft and sign an open letter
to the community denouncing the above mentioned neo-Nazi
activities.  The Pastor's PrayerTime open letter was published on
the Lake Oswego Register website on the evening of April 2 or
morning of April 3, 2008.  The April 3, 2008, threat email
detailed above and written by White in response to
this open letter.  The email threat was received by Habig and
some of the other seventeen Tigard-area ministers who signed
the letter.  Habig has posted information about White and the
Tigard area neo-Nazi activities on his blog:
        http://talkingthewalk-cal.blogspot.com

        On April 8, 2008 at approximately 6:15 a.m., Pastor
Habig discovered a February 2008 edition of the National
Socialist magazine in a plastic wrapper on his driveway. Habig
looked up and down the street to determine that none of his
neighbors had received the magazine.  The "National Socialist:
Journal of the American National Socialist Workers Party" is a
magazine containing anti-Semitic and racist propaganda started by
White and produced by ANSWP. Habig took the appearance of the
magazine as a message from ANSWP to mean, "We know where you
live."

        Bill White, formerly the media liaison for the National
Socialist Movement (NSM), was expelled from NSM for
insubordination in the summer of 2006.  In response, White
established ANSWP.  Other NSM leaders resigned and joined ANSWP.
White claims to have established chapters in multiple states.
Before leaving NSM, White often represented NSM to the media
including acting as the main NSM spokesperson for the October
2005 NSM March in Toledo, Ohio.  This proposed march resulted in
rioting that attracted national media attention.

        Portland believes that the above-captioned individual
and/or members of his national group may be planning to further
political and/or social goals through activities that involve the
use of force or violence and violate federal law.  In order to
determine if such activity will occur, scrutiny beyond checking
initial leads will be required.  Thus, it is requested that a
                              be opened and assigned to SA Brandon L.
Walter. Acting Chief Division Counsel, SA                has
reviewed the facts of this matter and concurs that there is

b6
b7C

b6
b7C

b6
b7C
b7E

2

To: Counterterrorism  From:  Portland
Re:  266N-PD-NEW, 04/21/2008

sufficient predication to open a [                    ] on the   b7E
individual associated with the group captioned above.

   Captioned individual is described as follows:

| | |
|---|---|
| Name: | William Alexander White |
| AKA: | Bill White |
| Race: | White |
| Sex: | Male |
| DOB: | |
| FBI #: | 943081CB5 |
| DLN: | |
| SSAN: | |
| Height: | 6'2" |
| Weight: | 220 lbs. |
| Hair: | Black |
| Eyes: | Brown |

3

FBI(16cv948)-1036

To: Counterterrorism  From: Portland
Re: 266N-PD-NEW, 04/21/2008

LEAD(s):

Set Lead 1:   (Info)

   COUNTERTERRORISM

      AT WASHINGTON, DC

      For information only.  Read and clear.

◆◆

FBI(16cv948)-1037

EXHIBIT F(e)
-----------

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                Date: 05/23/2008

To: Richmond                    Attn: Roanoke RA
                                       SA T David Church
    Cleveland                   Attn: Lima RA
                                       SA Brian E Russ

From: Portland
      Squad 10
      Contact: SA Brandon L Walter

Approved By:

Drafted By:

Case ID #: 44A-RH-53908    (Pending) -50
           44B-CV-74237    (Pending) -38
           266N-PD-51903   (Pending) -6

Title: WILLIAM A. WHITE;
       MULTIPLE VICTIMS;
       RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis: To cover lead and document progress on Portland
Division's 266N case regarding the above captioned individual.
                          OTHER Sealed Pursuant to US Court Order

Reference: 44A-RH-53908 Serial 42

Details: Portland Division has been in telephonic contact with
both SA David Church and SA Brian Russ regarding Portland's
pending 266N case focused on William A. White. Per SA Church's
concurrence, Portland sought and obtained a search warrant
for the Yahoo email account nationalsocialistworkers@yahoo-
.com ...                          All information
obtained from service of this warrant will be forwarded to both
SA Church and SA Russ.

        By way of background into the Portland 266N case,
information was received from Washington County Sheriff's Deputy
            that            had received an email
threat to Calvin Habig Tigard Christian Church 13405 SW Hall
Blvd Tigard   Oregon 97223. The threat originated from Bill
White, Commander of the American National Socialist Worker's
Party (ANSWP), from email address,
nationalsocialistworkers@yahoo.com, and was received by Pastor
Habig on Thursday, April 3, 2008, at 6:57 a.m. White presents
his threat near the end of an email message detailing his
religious beliefs. The specific threat reads, "Our intent is to

FBI(16cv948)-1041

lw14402.E00   FILE 266N-PD-51903 -6

To: Richmond  From: Portland
Re: 44A-RH-53908, 05/23/2008

destroy heretical Judaized-Christian churches such as yours, and
to completely annihilate your faith, whether through re-education
or mere execution of those men and women you have turned to
parasitism."

In March 2008, neo-Nazi activity in the Tigard, Oregon
area increased. Specifically, Nazi flags were flown from both
poles and suspended from balloons released over Tigard.
Additionally, Nazi and anti-Semitic literature was placed on
doors and found scattered in Tigard neighborhoods. Pastor Habig
meets weekly with other Tigard-area religious leaders at a
meeting called Pastor's PrayerTime. In response to the area's
recent increased neo-Nazi activity, certain members of the group,
including Pastor Habig decided to draft and sign an open letter
to the community denouncing the above mentioned neo-Nazi
activities. The Pastor's PrayerTime open letter was published on
the Lake Oswego Register website on the evening of April 2 or
morning of April 3, 2008. The April 3, 2008, threat email
detailed above and enclosed was written by White in response to
this open letter. The email threat was received by Habig and
some of the other seventeen Tigard-area ministers who signed
the letter. Habig has posted information about White and the
Tigard area neo-Nazi activities on his blog:
http://talkingthewalk-cal.blogspot.com.

b6
b7C

On April 8, 2008 at approximately 6:15 a.m. Pastor
Habig discovered a February 2008 edition of the National
Socialist magazine in a plastic wrapper on his driveway. Habig
looked up and down the street to determine that none of his
neighbors had received the magazine. The "National Socialist:
Journal of the American National Socialist Workers Party" is a
magazine containing anti-Semitic and racist propaganda started by
White and produced by ANSWP. Habig took the appearance of the
magazine as a message from ANSWP to mean, "We know where you
live."

b6
b7C

Portland Division will support the ongoing Racial
Discrimination and Civil Rights investigations, while continuing
a separate investigation into Portland area activities of the
ANSWP.

2

FBI(16cv948)-1042

To:  Richmond  From:  Portland
Re:  44A-RH-53908, 05/23/2008

LEAD(s):

Set Lead 1:  (Info)

    RICHMOND

        AT ROANOKE, VIRGINIA

        SA T DAVID CHURCH.  Read and clear.  File copy to     b6
follow.                                                                                 b7C

Set Lead 2:  (Info)

    CLEVELAND

        AT LIMA, OHIO

        SA BRIAN RUSS.  Read and clear.  File copy to follow.

♦♦

3

FBI(16cv948)-1043

EXHIBIT F(f)
------------

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION



Precedence:  ROUTINE                          Date:  07/17/2008

To:  Portland                Attn:  Squad 10
                                    SA  CGM

     Richmond                Attn:  Roanoke RA
                                    SA  T David Church

     Cleveland               Attn:  Lima RA
                                    SA  Brian E Russ


From:  Portland
       Squad 5                                                    b6
       Contact:  SA Brandon L Walter                    (X)      b7C

Approved By:
                                                        BLW
Drafted By:

Case ID #:  266N-PD-51903    (Pending) - 23

Title:  WILLIAM ALEXANDER WHITE, AKA;
        BILL WHITE;
        NATIONALSOCIALISTWORKERS@YAHOO.COM;
        AMERICAN NATIONAL SOCIALIST WORKERS PARTY (ANSWP);
        AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:  To summarize case progress and request case
reassignment.                    OTHER Sealed Pursuant to US Court Order

Details:  On May 23, 2008, a search warrant targeting the Yahoo
Inc email account nationalsocialistworkers@yahoo.com  was
authorized by U. S. Magistrate Judge Paul Papak.  The a motion to
seal the warrant, application, affidavit, and return was approved
by Judge Papak the same day.  On May 27, 2008, the writer served
the warrant by facsimile.  On June 6, 2008, the writer returned
an inventory of the items/information received pursuant to the
warrant.  Yahoo, Inc provided the writer with



                                          Initial attempts to access
the                                                              07/22/08
                                                                 done
                                                                 lb
            The Regional Computer Forensics Lab (RCFL) was

                         UNCLASSIFIED                            fax to

                                                         Re-a    CGM      b6
                    SA                                    SA              b7C

                                                         FBI(16cv948)-1097
V:        blw19903.e08              266N-PD-51903-23



**UNCLASSIFIED**

To: Portland   From: Portland
Re: 266N-PD-51903, 07/17/2008

contacted and ultimately provided the writer with a laptop that
could access the files.   SA [          ] is currently in the
process of mining relevant data from the text files.

  Based on the writer's recent transfer to Squad 5, it is
requested that the captioned case be reassigned to SA CGM
[          ] SA CGM's [     ] direct telephone line is [          ]

b6
b7C

**UNCLASSIFIED**

2

UNCLASSIFIED

To: Portland   From: Portland.
Re: 266N-PD-51903, 07/17/2008

**LEAD(s):**

Set Lead 1:   (Info)

   RICHMOND

      AT ROANOKE, VIRGINIA

      SA | T DAVID CHURCH. | Read and clear.   No hard copy to     b6
follow.                                                                    b7C

Set Lead 2:   (Info)

   CLEVELAND

      AT LIMA, OHIO

      SA | BRIAN RUSS | Read and clear.   No hard copy to
follow.

♢♢

UNCLASSIFIED

3

FBI(16cv948)-1099

EXHIBIT F(g)

 

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 05/26/2009

To: Cleveland                 Attn: Lima RA
                                   SA Brian Russ

From: Portland
      Squad 10
      Contact: SA CGM

Approved By:

Drafted By:

Case ID #: 44B-CV-74237    (Pending) -90
           266N-PD-51903   (Pending) -64

Title: WILLIAM A. WHITE;
       MULTIPLE VICTIMS;
       RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

       WILLIAM ALEXANDER WHITE; AKA;
       BILL WHITE;
       NATIONALSOCIALISTWORKERS@YAHOO.COM;
       AMERICAN NATIONAL SOCIALIST WORKERS PARTY (ANSWP);
       AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis: To provide Lima RA with copies of reports requested
via email dated.

Enclosure(s): Copies of Washington County Sheriff's Office
(WCSO) Reports.

Details: Cleveland requested that SA CGM of the
Portland Division provide Cleveland with copies of WCSO reports
regarding their investigation and forensic analysis of the ANSWP
flyer that was left on Pastor Calvin Habig's driveway.

          On 05/26/2009, writer obtained copies of these reports
from Detective                   of the WCSO.

UNCLASSIFIED

FBI(16cv948)-1297

FILE COPY 266N-PD-519.03-64

To:   Cleveland   From:   Portland
Re:   44B-CV-74237, 05/26/2009

**LEAD(s):**

Set Lead 1:   (Info)

    CLEVELAND

       AT LIMA, OH

      SA BRIAN RUSS. Read and clear. File copies to follow.

♦♦

b6
b7C

FBI(16cv948)-1298

EXHIBIT F(h)
-------------

  

(Rev. 05-01-2008)

## UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                                    Date:  01/05/2010

To:  Portland

From:  Portland
        Squad 10
        Contact:  SA  CGM

Approved By:

Drafted By:

Case ID #:  266N-PD-51903    (Pending)  — 71

Title:  WILLIAM ALEXANDER WHITE, AKA;
        BILL WHITE;
        NATIONALSOCIALISTWORKERS@YAHOO.COM;
        AMERICAN NATIONAL SOCIALIST WORKERS PARTY (ANSWP);
        AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:  To document tasking from Richmond Division.

Details:  On Saturday, December 12, 2009, SA David Church of the
Richmond Division, Roanoke RA, called writer and requested his
assistance in tracking down the AUSA that was handling the above
captioned matter.  The DOJ Attorney prosecuting William White
needed to ensure that AUSA Horsley had filed the motion to unseal
the search warrant obtained by the Portland Division for the
nationalsocialistworkers@yahoo.com email account. This
information needed to be turned over to White's attorney for
discovery purposes.  Writer was able to contact AUSA Horsley and
she was instructed to contact the DOJ Attorney directly regarding
this matter.

OTHER Sealed Pursuant to US Court Order
b6
b7C

♦♦

b6
b7C

## UNCLASSIFIED

EXHIBIT F(i)
------------

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 05/09/2011

To: Portland

From: Portland
        Squad 10
        Contact: SA [    ] CGM

Approved By:

Drafted By:

Case ID #: 266N-PD-51903 (Pending)  —74

Title: WILLIAM ALEXANDER WHITE, AKA;
        BILL WHITE;
        NATIONALSOCIALISTWORKERS@YAHOO.COM;
        AMERICAN NATIONAL SOCIALIST WORKERS PARTY (ANSWP);
        AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:

Reference Number: 266N-PD-51903, Serial 73

Enclosure(s): CDs containing search warrant data.

Details: Writer is requesting that the captioned case be closed. The
[         ] unit has been notified via the referenced serial and
concurs with the closure of the captioned [         ]

        During the course of this investigation, Portland has
assisted Norfolk Division, Chicago Division, and Cleveland Division
with the investigations and the convictions of William White and
Daniel Lee Jones.

        Investigative tools utilized in this investigation were
grand jury subpoenas, a search warrant, physical surveillance,
interviews of witnesses and the subject Jones, and finally,
[         ] Jones and White have been convicted by other field

UNCLASSIFIED

Closed
05/09/11

Closed
C5
MUC 19 CB
5-9-11

266N-PD-51903

UNCLASSIFIED

To: Portland  From: Portland
Re: 266N-PD-51903, 05/09/2011

offices.  The local District of Oregon U.S. Attorney's Office declined
to prosecute them in Portland, and instead assisted the other US          b6
Attorney's Offices and U.S. DOJ Civil Rights Division with their          b7C
respective cases.

        To date, Portland has discovered no other potential criminal
violations or priority threats to national security warranting further
investigation of Jones and White. In the event additional derogatory      b6
information is discovered regarding captioned subject White or Jones       b7C
[                    ] Portland will consider re-opening this investigation.

        It is requested that this file and all sub-files be closed
at this time.  There were no 1A, 1B, or 1C items collected for this
case.

        CDs containing the search warrant data are enclosed in the
1A portion of the file.

◊◊

UNCLASSIFIED

2

FBI(16cv948)-1345

 EXHIBIT F(j)  

------------

(Rev. 06-04-2007)

## FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  08/06/2008

To:  Portland

From:  Portland
     Squad 10
     Contact:  SA CGM                      b6
                                          b7C

Approved By:

Drafted By:

Case ID #: 266N-PD-51903-52 (Pending)
       266N-PD-51903-GJ-1
Title:  WILLIAM ALEXANDER WHITE, AKA;
     BILL WHITE;
     NATIONALSOCIALISTWORKERS@YAHOO.COM;
     AMERICAN NATIONAL SOCIALIST WORKERS PARTY (ANSWP);
     AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:  To request the opening of a Grand Jury Subfile.

Details:  Due to the request for and service of grand jury
subpoenas, writer wishes to open a grand jury sub-file.

♦♦

O+A to SA

b6
b7C

EXHIBIT G (a)
- - - - - - - - - - -

U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

May 21, 2018

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

FOIPA Request No.: 1224695-000
Civil Action No.: 16-cv-00948
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision.   In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely.   The exemptions used to withhold information are marked below and explained on the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| 50 U.S.C. § 3024 (i)(1) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

502 pages were reviewed and 306 pages are being released.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

　☐ This information has been referred to the OGA(s) for review and direct response to you.
　☑ We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

☑

In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.   *See* 5 U.S.C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records that are subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

⌐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☑ See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
      Dissemination Section
Records Management Division

Enclosures (Bates pages FBI(16cv948)-504 to FBI(16cv948)-1005 and Explanation of Exemptions)

The enclosed documents represent the second interim release of information responsive to your Freedom of Information/Privacy Acts (FOIPA) request. This material is being provided to you at no charge at this time. The FBI will provide monthly rolling releases.

As previously indicated, documents were located which originated with, or contained information concerning other agencies. We are consulting with the other agencies and are awaiting their response. The FBI will correspond with you regarding those documents when the consultation is completed.

By letter dated April 20, 2018, we sent you a Compact Disc (CD) containing the first interim release for this case. At that time, we explained the $10.00 balance associated with that release would be billed with this release. Accordingly, you are being charged $25.00 for this release, which has been subtracted from your positive balance.

Currently, you have a positive balance of $960.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552a(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                          Date:  10/03/2008

To:  Portland                    Attn:  JTTF
                                 Attn:  SA CGM
     Jacksonville                Attn:  JTTF
     Detroit                     Attn:  JTTF
     Pittsburgh                  Attn:  JTTF
     Philadelphia                Attn:  JTTF
     Cincinnati                  Attn:  JTTF
                                 Attn:  Dayton RA
                                 SA MJS
     Cleveland                   Attn:  JTTF
                                 Attn:  Lima RA
                                 SA Brian E Russ
     Newark                      Attn:  SA WD
     Boston                      Attn:  SA
     Chicago                     Attn:  SA MAH
     Counterterrorism            Attn:  DTOU III
                                 SSA
                                 SA                             b6
                                                                b7C
                                                                b7E

From:  Richmond
       Squad 7, Roanoke RA
       Contact:  SA T David Church

Approved By:  SSRA Kevin L Foust

Drafted By:

Case ID #:  44A-RH-53908    (Pending)

Title:  WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  To report positive intelligence regarding upcoming
literature distribution by Bill White, Commander of the American
National Socialist Workers Party (ANSWP), throughout the
continental United States.

Details:  On 10/03/2008, Roanoke RA learned through multiple
sources that Bill White, commander of ANSWP, which is based out
of Roanoke, VA, has successfully generated enough funds to

UNCLASSIFIED

FBI(16cv948)-189

UNCLASSIFIED

To: Portland From: Richmond
Re: 44A-RH-53908, 10/03/2008

publish the next issue of his National Socialist magazine. The magazine cover, which was introduced by White through multiple open source outlets, to include his Overthrow.com website, depicts Barack Obama with an image of a rifle scope cross hairs encircling his head. The cover is captioned "Kill This Nigger?". The magazine cover is shown at the end of this communication. White is planning to have this magazine issue ready for distribution within the next two weeks. Roanoke RA is unaware of a definite date for distribution.

b6
b7C

According to the information received by the Roanoke RA, White intends to distribute the magazine in following areas of the United States:

Portland, Oregon
Jacksonville, Florida
Lansing, Michigan
Harrisburg, Pennsylvania
Pittsburgh, Pennsylvania
Washington, Pennsylvania
Wheeling, West Virginia
Steubenville, Ohio
Cambridge, Ohio
Marietta, Ohio
Roanoke, Virginia
Martinsville, Virginia
Lynchburg, Virginia
Danville, Virginia

Roanoke RA also believes additional copies may be distributed in other unknown locations throughout the U.S.

White has openly discussed his intentions of this current magazine issue on Overthrow.com and other media outlets. According to White, the article associated with the Barack Obama picture is a satirical look at why the "jews" are trying to blame the white supremacist movement with a plot to kill Barack Obama. White explains that the "jews" are attempting to turn Barack Obama into a God. There is no threatening language contained within the article that Roanoke RA is aware of. White has also stated recently that the distribution of this particular magazine issue will help sway voters in key "swing" States.

Roanoke RA believes the distribution of this magazine may results in some civil unrest and disobedience within the jurisdictions it is distributed. In the event that any FBI

UNCLASSIFIED

2

FBI(16cv948)-19(

UNCLASSIFIED

To: Portland From: Richmond
Re: 44A-RH-53908, 10/03/2008

office opens a criminal investigation on Bill White or persons
associations with ANSWP stemming for the distribution of this
magazine, Roanoke RA requests to be notified.

Roanoke RA had notified United States Secret Service
(USSS) Supervisory Special Agent [            ] Roanoke, VA, of
the above information. Roanoke RA is in weekly contact with SSA
[            ] regarding any information about White and ANSWP that
concerns the protection of U.S. Diplomats.

b6
b7c

For those not familiar with White and/or ANSWP, Bill
White is the self proclaimed "Commander" of the American National
Socialist Worker's Party (ANSWP) and currently resides in
Roanoke, Virginia. Previous to White's formation of ANSWP, White
was a member of the National Socialist Movement (NSM), which is
currently based out of Detroit, Michigan. White separated from
NSM after discovering that it was controlled by the FBI, and
that its leaders were part of an FBI-sponsored Satanic pedo-
phile cult.

b6
b7c

Bill White is also the owner and creator of a Nazi
website, www.overthrow.com. White created this website before he
left NSM and began ANSWP. White's Overthrow.com website is
currently being operated by White from his residence and office
in Roanoke, VA. The site is vehemently opposed to Jews,
homosexuals, blacks, and others. White frequently posts articles
on this site about various topics. One of White's most used
harassment tactics is the posting of individuals personal home
and telephone information on Overthrow.com and VNNforum.com. In
most cases, these posting occur after a media covered incident
related to racial tensions. An example of this is the Jena 6
trial in New Orleans, LA.

UNCLASSIFIED

3

To: Portland  From: Richmond
Re: 44A-RH-53908, 10/03/2008

LEAD(s):

Set Lead 1:   (Info)

### ALL RECEIVING OFFICES

For information and any action deemed appropriate by all receiving offices.  Note: Richmond is in the process of issuing an Intelligence Bulletin notifying all Law Enforcement agencies throughout the U.S. of the above described literature distribution by ANSWP.

In the event that any FBI office opens a criminal investigation based on Bill White or persons associations with ANSWP stemming for the distribution of this magazine, Roanoke RA requests to be notified.



b6
b7C

FBI(16cv948)-19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. WHITE, # 13888-084          )
                                       )
                Petitioner,            )
                                       )
    vs.                                )
                                       )
BILL TRUE,                             )          Civil No. 17-cv-01262-DRH-CJP
                                       )
                Respondent.            )

DECLARATION OF S. GRANT

I, Shawn Grant, do hereby declare as follows:

1.  I am the Correctional Services Administrator in the North Central Regional Office (NCRO)
    of the Federal Bureau of Prisons (BOP). I have held this position since November 2016,
    and providing direct oversight of the Discipline Hearing Officers since September 2017,
    when the NCRO Discipline Hearing Administrator retired. I have been employed by the
    BOP in areas of increasing responsibility since February 24, 1991.

2.  As a Correctional Services Administrator, I am familiar with the inmate database known as
    SENTRY and have access to the necessary functions to load inmate discipline and retrieve it
    from that system. All records attached to this declaration are true and accurate copies of
    records kept in the regular course of business.

3.  I have been made aware of the fact the Petitioner filed a Writ of Habeas Corpus pursuant to
    28 U.S.C. §2241 on November 20, 2017, requesting the restoration of 40 days of good
    conduct time (GCT) which he lost as a result of two incident reports he claimed he never
    received. I have been made aware that in the Petition, the Petitioner describes the incident
    reports as being from September 21, 2010 and March 11, 2011.

4.  A review of SENTRY records indicates as follows.

    ◦  ·On September 21, 2010, inmate White was sanctioned to, among other things, loss of 27 days of GCT for fighting with another inmate (Report Number 2062541). *See Attachment 1*, Inmate Disciplinary Record A at p. 3.

    ◦  On March 11, 2011, White was sanctioned to 13 days loss of GCT "if sentenced" for failing to stand for count (Report Number 2134671). The "if sentenced" language indicates that, because Inmate White was being held as a pre-sentence detainee at that time, the 13 days loss of time would only attach if he was later sentenced. *See Attachment 1*, Inmate Disciplinary Record A at p. 2.

5.  After an exhaustive search had been conducted, the BOP copies of the reports in question cannot be located. Because the reports cannot be located and confirmed with specificity, the two incident reports have been expunged. Because the reports cannot be located and confirmed with specificity, the two incident reports have been expunged from inmate White's disciplinary record and in SENTRY. *See Attachment 2*, Inmate Disciplinary Record B (in which the disciplinary sanctions in question have been removed, when compared with *Attachment 1*, Inmate Disciplinary Record A).

    I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

    Executed this __13__ day of February, 2018.

    _____

    Shawn Grant
    Correctional Services Administrator
    North Central Regional Office

EXHIBIT H(b)

Case 7:08-cr-00054-EKD Document 1112 Filed 10/05/20 Page 129 of 487 Pageid#: 5898
Case 3:16-cv-00948-JPG-DGW Document 95-4 Filed 06/25/18 Page 1 of 59 Page ID #1942

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. WHITE,

    Plaintiff,

    v.                                        No. 3:16-cv-948-JPG-DGW

DEPARTMENT OF JUSTICE, et al.,

    Defendants.

<u>DECLARATION OF ERIKA FENSTERMAKER</u>

I, Erika Fenstermaker, do hereby declare and state as follows:

1.    I am employed by the United States Department of Justice, Federal Bureau of Prisons [hereinafter "BOP"] as a Government Information Specialist for the North Central Regional Office [hereinafter "NCRO"] located in Kansas City, Kansas. I have been assigned to the NCRO since September 2014. Prior to that time, I served as a Legal Assistant at USP Canaan since January 2011.

2.    I am familiar with the Complaint filed on August 25, 2016, by the above-captioned plaintiff, William White, Register Number 13888-084, seeking disclosure of the records he sought through Freedom of Information Act [hereinafter "FOIA"] requests to the BOP, as well as his most recent Third Motion for Summary Judgment filed on March 19, 2018. *See* August 25, 2016 Complaint, Doc. 1 & March 19, 2018 Third Motion for Summary Judgment, Doc. 90.

3.    Inmate White is currently serving an aggregate sentence of 349-months, 8-days imprisonment and 3-years supervised release based on numerous convictions. Specifically, inmate White was convicted in the Western District of Virginia for violation of supervised release imposed as part of his sentence for two counts of interstate

62. I sent the request for both intelligence and communication records under parts (1)(f) and (1)(g) of inmate White's FOIA request to his current institution of confinement, USP Marion, as well as to the then Deputy Chief of the CTU for a search for responsive records. At USP Marion, the request was assigned to a Lieutenant who conducted a search of TRUINTEL by inmate White's register number on June 23, 2017. The Lieutenant located one-hundred (100) pages of responsive records, which were provided to me for processing.

63. Since the Lieutenant had already searched TRUINTEL, the CTU Deputy Chief limited his search to the CTU network drive, which can only be searched by CTU staff. The Deputy Chief conducted the search using inmate White's register number on August 23, 2017, and located sixteen (16) pages of responsive records, which were also provided to me for processing.

64. Of the one-hundred-sixteen (116) pages provided, I withheld six (6) pages in part, and withheld one-hundred-ten (110) pages in full.

**Part 2 (MCC Chicago SHU Maintenance Records)**

65. Part 2 of inmate White's FOIA request sought all SHU maintenance records from MCC Chicago from October 17, 2008 through December 29, 2008. Since maintenance records at a specific institution are maintained at that institution, I sent this component of inmate White's FOIA request to MCC Chicago to conduct a search for responsive documents.

66. The FOIA request was assigned to the MCC Chicago Facilities Manager, since he oversees maintenance issues at the institution. Maintenance records are typically maintained in the Total Maintenance System [hereinafter "TMS"]—a computer program used to track, among other items, all work orders and other maintenance issues. The TMS program has been used by the BOP since 1985.

Case 7:08-cr-00054-FKB Document 411-2 Filed 10/05/20 Page 131 of 487 Pageid#: 5900
Case 3:16-cv-50548-JPG-DGW Document 95-4 Filed 06/25/18 Page 21 of 59 Page ID
#1962

67. In response to the request, the Facilities Manager reported that he had no records responsive to the request due to the timeframe of the records requested. According to the Facilities Manger, the TMS program was re-vamped in 2014, and all records maintained in TMS prior to that date are irretrievable. Further, pursuant to the BOP Records and Information Disposal Schedule, maintenance records generated from the TMS program are not kept beyond seven years. A true and correct copy of Disposition Authority N1-129-05-001 is attached as Exhibit K to this declaration.

### Part 3 (MCC Chicago SHU Log Books)

68. Part 3 of inmate White's FOIA request seeks "[t]he green SHU log books from the Metropolitan Correctional Center's 11th floor for the period October 17, 2008, to December 29, 2008." *See* Exhibit B. Since institution log books are maintained at the institution to which they pertain, I sent this request to MCC Chicago to conduct a search for responsive records.

69. The request was assigned to a legal extern at MCC Chicago. Since the log books requested were from 2008, the legal extern searched the archives room where the institution maintains its closed log books. The legal extern located three responsive log books for the SHU located on the 11th floor at MCC Chicago, and provided the portions of the log books pertaining to the requested date range.

70. The extern provided me with two-hundred-ninety-three (293) pages of responsive documents, consisting of the Unit 11 Irregular 30-Minute Rounds Log from September 29, 2008 through January 3, 2009 (Bates pages 984-1133), the SHU Daily Log from October 16, 2008 through December 13, 2008 (Bates pages 1134-1237), and the SHU Sign-In Log from April 24, 2008 through April 27, 2009 (Bates pages 1238-1276).

# Unit 11 (Z)

# RECORD

Irregular

30 min

Rounds

Opened: 9/29/09 EL/W

Closed: 01/__/09



D/W 5/0/S [redacted] 11/28/08 BC= 30

on out inmate [redacted] One Way Unit

23 YBC = 30

F/W Fridays [redacted] Base count [redacted]

Assume duties of Unit 11ohc with a base count of [redacted] inmates.

Received information and equipment from outgoing

Nw Staff [redacted]

[redacted] Began

security rounds on Unit

Gain 1 new commit from R+D [redacted] Base count

change to 31 inmates

Unit showers on 11 started Flooding Notified operation

Lt. [redacted] from Unit 25(I) on Unit to Fix problems.

Count [redacted] and [redacted] I/c [redacted] inmate denied

the control center

Mail passout on Unit with no problems

F/S count on Unit 30 regular trays, 1 Common Fare, 1 NO Flesh,

and 31 cold trays

F, E/C [redacted] 1-8 - 28-08h

meal service on Unit with no problems

Watch calls started on Unit

Release 1 inmate [redacted] to Unit 19F Base

Count change to [redacted]

11/28/08 [redacted] on duty RIC [redacted]

[redacted]

All info RIC BIC = 30 (orderli

dut cleaning [redacted]

CELL 1-14 over Housing w/ H₂O

[redacted]

E/W 11/28/08 [(b)(6);(b)(7)(C);(b)(7)(F)] (con't)

[(b)(7)(E);(b)(7)(F)] moved to alternate cells (Rec cage)
two inmate plumbers from 25th Fl
in unit that escorted out to
retrieve tools [(b)(6);(b)(7)(C);(b)(7)(F)] moved 11-09 w
moved to 11-06 w sentry move
NOTED 9:45 inmate plumbers return
to unit w/ tools [(b)(6);(b)(7)(C);(b)(7)(F)]

[(b)(6);(b)(7)(C);(b)(7)(F)]

E.O.D. [(b)(6);(b)(7)(C);(b)(7)(F)]
T M/W 11-29 08

11-28-08 Friday Morning Watch [(b)(6);(b)(7)(C);(b)(7)(F)] on
duty. All information, inmates, and
equipment checked. Base Count
30 inmates.
Count Time - Unit Count 30 inmate
[(b)(7)(E);(b)(7)(F)] inmate plumbers on unit
[(b)(6);(b)(7)(C);(b)(7)(F)]

to work on a flooding Toilet
Watch Calls and Security Checks
made about every 1/2 hour.
11-29-08 Saturday Morning Watch
Count Time - Unit Count 30 inmates
[(b)(6);(b)(7)(C);(b)(7)(F)] on Unit for plumbers
[(b)(6);(b)(7)(C);(b)(7)(F)] Leaves the Unit with
[(b)(6);(b)(7)(C);(b)(7)(F)] inmates
[(b)(6);(b)(7)(C);(b)(7)(F)]

Count Time - Unit count 30 inmate
[(b)(6);(b)(7)(C);(b)(7)(F)] on duty

D/W    11·29·2008    SATURDAY

C/D [redacted] assumes duties as unit officer.

Received [redacted]

[redacted]

Weekend institutional count time: 13/13
[redacted] and [redacted] Count cleared at 30
w/ Control Center.

D/W [redacted] 11-29-08 R---

Morning Meals served

Meals Completed. Unit sanitation Begins.
Severe Back-up on the trap in Range 2 upon
Arrival of duty of unit officers. Cell and
Common Area clean-up begins.
Unit Showers suspended upon unsanitary conditions
in SHU Common Area and cells. Operations
Lieutenant approved- Unit sanitation continues.
Afternoon Meals served.
Meals Completed. Food carts and trash placed in
sallyport for pick-up.
Count time: 13/13 [redacted] cd [redacted]
Count cleared at 30 by Control Center.
Unit sanitation Continues -
End of Shift 1/C= 30
11-29-08 E/W Saturday I S/S
have Assumed All duties as Unit 11 #1 Officer
[redacted]
[redacted]    All

other Equipment Appears in good working order 13/c 30

EXHIBIT H(d)

Case 7:09-cv-00057-jct Document 174 Filed 03/29/11 Page 1 of 2

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 9 2011

JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

MARCH 20, 2011

Judge James C. Turk

US District Court

Poff Federal Building

246 Franklin Road, SW

Roanoke, VA 24011

Re: Peculiar behavior before the Court / 7:09-cv-00057

Dear Judge Turk:

From July 2010 through February 2011 I received, at the recommendation of the medical staff of the Bureau of Prisons, a medication for the treatment of allergies, Chlorpheniramine Maleate.

During the course of this treatment, I was not informed this "allergy medicine" is also a psychoactive substance which operates as an antidepressant in most individuals, but is known to cause symptoms from confusion and paranoia to hallucinations and psychosis in sensitive individuals. I am among those sensitive individuals who have a reaction to this drug.

I am aware that I have, both in writing and in the presence of the Court, exhibited inappropriate behavior while objecting to what I believe are inappropriate rulings contrary to the law. I apologize for this inappropriate behavior, which I believe resulted from the Bureau of Prison's distribution to me of this medication, though I maintain my objections to the Court's rulings.

Sincerely,

FBI(16cv948)-8528

William A. White

William A. White #13888-084
Metropolitan Correctional Center

MAR 3 0 2011
RSD VIA E-MAIL

44A-RH-53908-318

### SUMMARY OF SEMINOLE COUNTY ADMINISTRATIVE LOGS
--------------------------------------------------

| Sleep Begins | Sleep Ends | Total Hours |
|-------------|-----------|-------------|
| 5/21/14  1:18 AM | 5/21/14 2:44 AM | 1.5 |
| 5/21/14 11:01 PM | 5/21/24 4:31 AM | 5.5 |
| 5/22/14 10:23 PM | 5/23/14 4:20 AM | 6.0 |
| 5/25/14  6:15 AM | 5/25/14 7:00 AM | 1.0 |
| 5/26/14  5:55 AM | 5/26/14 6:29 AM | 0.5 |
| 5/27/14  5:50 AM | 5/27/14 6:20 AM | 0.5 |
| 5/28/14  1:48 AM | 5/28/14 3:28 AM | 1.5 |
| 5/30/14 12:28 AM | 5/30/14 1:28 AM | 1.0 |
| 5/30/14  2:25 AM | 5/30/14 3:00 AM | 0.5 |
| 6/03/14  2:21 AM | 6/03/14 2:57 AM | 0.5 |
| 6/03/14  5:56 AM | 6/03/14 6:54 AM | 1.0 |
| 6/05/14  2:00 AM | 6/05/14 4:23 AM | 2.5 |
| 6/05/14  5:50 AM | 6/05/14 7:00 AM | 1.0 |
| 6/05/14  7:56 PM | 6/06/14 4:12 AM | 8.5 |
| 6/06/14  5:50 AM | 6/06/14 7:00 AM | 1.0 |
| 6/07/14  1:19 AM | 6/07/14 4:26 AM | 3.0 |
| 6/08/14  2:16 AM | 6/08/14 4:08 AM | 2.0 |
| 6/08/14  5:54 AM | 6/08/14 8:07 AM | 2.0 |
| 6/09/14  1:23 AM | 6/09/14 4:14 AM | 3.0 |
| 6/09/14  5:28 AM | 6/09/14 6:55 AM | 1.5 |
| 6/10/14 10:11 PM | 6/10/14 12:15 AM | 2.0 |
| 6/11/14  1:16 AM | 6/11/14 4:38 AM | 3.0 |
| 6/12/14  1:45 AM | 6/12/14 4:33 AM | 3.0 |
| 6/12/14 10:45 PM | 6/12/14 11:15 PM | 0.5 |
| 6/13/14 12:10 AM | 6/13/14 1:09 AM | 1.0 |
| 6/13/14  3:06 AM | 6/13/14 4:03 AM | 1.0 |
| 6/17/14  2:18 AM | 6/17/14 4:15 AM | 2.0 |
| 6/20/14  6:01 AM | 6/20/14 7:00 AM | 1.0 |
| 6/25/14 12:30 AM | 6/25/14 1:20 AM | 1.0 |
| 6/26/14  6:02 AM | 6/26/14 6:55 AM | 1.0 |
| 6/26/14  7:37 AM | 6/26/14 8:08 AM | 0.5 |
| 7/01/14  6:20 AM | 7/01/14 8:00 AM | 1.5 |
| 7/01/14 10:26 PM | 7/01/14 12:42 AM | 2.0 |
| 7/05/14  5:58 AM | 7/05/14 6:28 AM | 0.5 |
| 7/08/14  1:00 AM | 7/08/14 2:00 AM | 1.0 |
| 7/08/14  4:00 AM | 7/08/14 4:15 AM | 0.5 |
| 7/08/14  5:00 AM | 7/08/14 5:30 AM | 0.5 |
| 7/08/14  7:45 PM | 7/09/14 4:50 AM | 9.0 |
| 7/09/14  5:15 AM | 7/09/14 5:30 AM | 0.5 |
| 7/13/14  1:01 AM | 7/13/14 2:10 AM | 1.0 |
| 7/23/14  1:05 AM | 7/23/14 4:45 AM | 4.0 |
| 8/19/14  1:30 AM | 8/19/14 5:00 AM | 3.5 |
| 8/20/14 11:00 PM | 8/20/14 4:00 AM | 5.0 |
| 8/29/14 10:00 PM | 8/30/14 4:50 AM | 7.0 |

--------------------------------------------------

```
Total Sleep 5/20/14-9/2/14:           96.0 hours
105 days - 20 days partial records =  80 days
                                      -------
                                      1.2 hrs / day sleep
```

I hereby aver under penalty of perjury that the above is a true, and, cor-
rect summary of the records released to me by the Seminole County Sheriff.

_____
William A White

Case 3:18-cr-01182-JPG-SCW   Document 12   Filed 10/04/19   Page 1 of 32   Page ID #651

1

# Richard M. Samuels, Ph.D., PLC

**Diplomate in Clinical Psychology, ABPP.  Diplomate in Forensic Medicine, AAFM
Diplomate in Forensic Psychology, ABPS
Member, American College of Forensic Examiners**

8776 East Shea Boulevard .  Number 106 – 320 .  Scottsdale,  AZ  85260
Telephone . 480.661.9896  .   Fax . 480.661.5292

rmsamuelsphd@cox.net        www. expertwitnessinpsychology.com

# INDEPENDENT PSYCHOLOGICAL EVALUATION

## Re: William A. White

## CAUSE No.3:17-cv-00683-JPG-SCW

## CAUSE No.3:18-cv-01682-JPG

DOB:

Age: 42

United States Penitentiary-Marion

Marion, IL 62959

Study Initiated: June 18, 2019

Study Concluded: August 14, 2019

Case 7:08-cr-00054-EKD Document 411-2 Filed 10/05/20 Page 139 of 487 Pageid#: 5908
Case 3:18-cv-01682-JPG-MAB Document 23-1 Filed 08/19/19 Page 4 of 35 Page ID #334

2

## PURPOSE OF EVALUATION:

This study was conducted pursuant to a request by Blane Osman, Esq., with offices in Marion, IL, who is representing Mr. William A. White. Mr. White has been incarcerated in several United States Penitentiaries since October of 2008 for various charges, including transmission in interstate commerce of an email containing a threat. In 2007 he was charged with the extortion of a thing of value. In May of 2007, he was charged with intimidation with the intent to delay and prevent testimony, while in June of 2007, he was charged with making a threat to injure a journalist. In February of 2008, he was also charged with commerce for threatening a Canadian attorney and, in March of 2008, for transmitting a threat to a mayor.

As a result of his convictions, he was sentenced to thirty-seven years of incarceration in the United States Penitentiary system. Other than a brief period when he was released in 2011 (he was rearrested for a probation violation when he traveled to Mexico and returned to prison), Mr. White has been housed in numerous Federal prisons several facilities around the country.

Mr. White reported that he was subjected to "enhanced interrogation conditions" in at least two of those facilities and, as a result, claims psychological damages developing from being subjected to exposure to unsanitary conditions in his cell, and sleep deprivation in another facility. He also stated that he was denied appropriate medical care during these periods, and because of this, he suffered further physiological and psychological harm, Mr. White asserts that he developed posttraumatic stress disorder, a major psychiatric condition, and as a result, has filed a lawsuit against the United States government.

The specific purpose of this study is to conduct an independent psychological evaluation to help ascertain Mr. White's current mental condition that may have resulted from what Mr. White described to be traumatic events that left him with the significant psychiatric illness of Posttraumatic Stress Disorder.

## CREDENTIALS OF THE EXAMINER:

This examiner completed requirements for the doctoral diploma in Biopsychology at the City University of New York and also completed a Post-Doctoral Fellowship at the Department of Obstetrics and Gynecology of the New Jersey Medical School. He is a Fellow of the American Psychological Association and holds Diplomate diplomas in Clinical Psychology, Forensic Medicine and Clinical Sexology. He has conducted over 2000 psychological evaluations, treated thousands of patients, and has testified in several states. He is licensed in Arizona and New Jersey and is a Member of the Arizona Supreme Court Competent Professional Mental Health Provider Panel and is a member of the Yavapai County (AZ) Mental Health Expert-approved providers' panel. He has been court-appointed in multiple counties in Arizona, New York, and New Jersey.

This examiner's professional opinions are based upon a review of all listed material, in addition to my more than forty years of experience, training, knowledge, and qualifications as a board-certified clinical and forensic psychologist. A Curriculum Vitae is available in Appendix C.

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 140 of 487   Pageid#: 5909
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 5 of 35   Page ID #335

3

**INFORMED CONSENT:**

Mr. William White was advised that the protection of confidentiality, which would typically exist in a doctor-patient relationship, would be waived for this evaluation, as anything that he said could be used by this examiner in a report to be submitted to the court. Mr. White understood that the outcome of this report could influence the outcome of a trial or hearing regarding the disposition of this matter and agreed to continue with the evaluation, which began on June 18, 2019.

**CASE MATERIALS REVIEWED:**

1. BOP Inmate History, 07/28/2016;

2. Detention report as of 07/29/2015;

3. Arrest History

4. 15-18 cv-1682   Complaint

5. 14-17-cv683   Second Amended Complaint

6. Psychological Evaluation, conducted by Eric Ostrow, J.D., Ph.D., 07/22/2016;

7. Psychological Evaluation, conducted by Conrad Daum, M.D., 09/17/2009 & 10/191/2009;

8. Psychological Evaluation, conducted by James Corcoran, M.D., 12/01/2008;

9. Amended Complaint, 03/05/2019;

10. Exhibits to Amended Complaint, including Appeals, BOP responses, BOP policy documents, Freedom of Information requests, 2018-2019;

11. Second Amended Complaint, 04/02/2018;

12. Civil Rights Complaint, 09/04/2018;

13. John C. Polk facility records, (administration), 07/14/2016-08/23/2017;

14. MCC Chicago Special Housing Unit (SHU), (sign-in), 10/16/2008-04/31/2009;

15. Sleep Deprivation Records, 05/20/2014-09/02/2014;

16. Telephonic interview with Mrs. Catherine White, mother of William White, 07/26/2019;

4

## LIMITATIONS OF METHODS OF EXAMINATION:

This examination was based upon information available to the examiner from records provided by Mr. White's attorney, Blane Osman, additional information provided directly by Mr. White, a telephonic interview with his mother, Mrs. Catherine White, as well as by the examinee during the examination. The value of the conclusions and opinions expressed in this report are, therefore, dependent upon the completeness, thoroughness, and accuracy of the records and the information provided. This examiner reserves the right to amend this report should significant new information be brought to light.

## CLINICAL OBSERVATIONS AND MENTAL STATUS EXAMINATION:

William White was seen in a private contact room at the United States Penitentiary at Marion, IL. Only Mr. White and this examiner were present in the room. There were no apparent distractions during our meeting. Midway through the examination, a brief break was taken for lunch, and an informal break of about twenty-minutes transpired while he consumed his meal.

Mr. White was appropriately dressed, and his hygiene was acceptable by jail standards. He was pleasant and appeared to be forthcoming regarding the details of his case and the specifics of the periods of sleep deprivation he experienced while an inmate at the John E. Polk Correctional Facility, Seminole County, FL.

Mental status evaluation determined that Mr. White's affect was labile, while his mood was somewhat depressed. There were no apparent signs of psychosis or visible manifestations of organicity. Mr. White's thought processes, attention, and concentration appeared to be normal. His intelligence was estimated to be at least above the average range. Sleep was reported to be normal, as was his gait and general appearance. He was oriented times four, in that he was aware of his identity, surroundings, day, date, and time of day, and he evidenced an expected degree of reality awareness.

He told this examiner that while in custody at the John E. Polk Correctional Facility, Seminole County, FL he was subjected to a three-month period where he was housed in a room that had bright lights turned on twenty-four hours a day. Records show that he was monitored by a corrections officer twice daily, during which time notations kept track of his condition as well as recording his sleep time. Over the 105 days (05/21/2014- 08/289/2014) in that environment, records revealed a total of 80 days of complete records. These records, as summarized by Mr. White, and spot-checked by this examiner, indicate that he averaged only 1.2 hours of sleep per day over that period.

Because exposure to several traumatic experiences can be cumulative with respect to contributing to the development of posttraumatic stress disorder, Mr. White also told this examiner that during a 2008 stay at the Metropolitan Correctional Center, Chicago. IL, he was housed in a unit where the sewage backed up, and inmates shower privileges were suspended. This experience may have also contributed to his diagnosed posttraumatic stress disorder. Additionally, Mr. White reported that he was denied appropriate medical care after he fell ill during his incarceration. At that time,

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 142 of 487   PageID#: 5911
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 7 of 35   Page ID #337

5

he was not eating or drinking water and lost about twenty-six pounds. He experienced altered perceptions and hallucinations. He began writing on the walls with his blood.

Mr. White asserted that he manifested many symptoms associated with posttraumatic stress disorder, which was first diagnosed by Eric Ostrov, Ph.D., in a report dated 07/22/2016. Earlier evaluations prior to his reported incidents of maltreatment did not detect this disorder.

**SIGNIFICANT INFORMATION:** William White, age 42, primary informant; review of case materials;

William A. White was charged with the transmission in interstate commerce of an email that contained a threat on March 22, 2007. On that same day, he was charged with an attempt to extort a thing of value from Citi Bank. On May 22, 2007, Mr. White was charged with the intent to delay and prevent testimony in a proceeding of Afro-American tenants. He was also charged with making a threat to injure a journalist between June 3 and June 6, 2007. Also charged was a threat to injure a university professor which occurred on October 31, 2007. Also charged was a threat Mr. White made to a Canadian lawyer on February 23, 2008, and finally, on March 1, 2008, he threatened an injury to a mayor. All these offenses stemmed from Mr. White's role as the publisher of a Neo-Nazi newsletter and as the leader of a Neo-Nazi political group.

William White first published an internet "zine" at the age of twelve. He told this examiner that from "birth until the age of twenty-one," he was "a leftist." However, at that time, his political leanings shifted, and he became active in the American Nazi Party. Eventually, he took on a leadership position with a splinter group and became its head. He continued to publish magazines which promoted his white supremacist themes. Many of his legal problems were the result of threatening certain witnesses and publishing the personal contact information of people whose behavior or opinions were at odds with his views.

Mr. White's only physically violent offense occurred when he was nineteen years old, for resisting arrest. At that time, he fought with and injured, two officers. The remainder of his offenses involved threatening those who disagreed with his political views, or in the case of Citi Bank, he was apparently involved with some banking issue.

For his offenses, Mr. White was eventually released in 2011, after bonding out, with typical restrictions in place that included not leaving the country, but he traveled to Mexico, nonetheless, was arrested on June 8, 2011, and was extradited back to the United States. For this violation of supervised release, he was returned to Federal prison where he remains to this day.

**TELEPHONIC INTERVIEW WITH MRS. CATHERINE WHITE:** (Mr. White's mother)

Mrs. White first explained to this examiner that she did not support her son's political views. Both she and her husband were professional people who worked at a university and in similar academic environments and disagreed with his current political philosophy. She explained that her son was very bright as a student and was advised by his high school guidance counselor to finish his last

Case 7:08-cr-00054-EKD  Document 411-2  Filed 10/05/20  Page 143 of 487  Pageid#: 5912
Case 3:18-cv-01682-JPG-MAB  Document 23-1  Filed 08/19/19  Page 8 of 35  Page ID #338

6

year at a local college in order to adequately stimulate him. Once he transferred to that college, he began to do better academically. Mrs. White was once told that her son "may have Asperger's" a disorder now classified as an Autism Spectrum Disorder. However, he was never officially diagnosed as such.

His high school principal, believing that young "Bill" was not adequately challenged there, arranged for him to complete his final years at a local college. His academic performance improved at that point.

Mrs. White said that at the age of 19, her son "Bill" got into an altercation with some police officers who were attempting to arrest him for "publishing his magazines[1]." Mr. White resisted arrest and fought two officers. She believes that the charges arising from that incident were amplified, thus painting her son as "violent." However, that was the first and only time William White was involved in a physically violent offense.

Mrs. White became aware that something was not in order following Mr. White's placement at the John E. Polk Correctional Facility, Seminole County, FL when Mr. White was subjected to several months of sleep deprivation. At that facility, inmates had access to a telephone, and Mr. White called his mother daily. After not hearing from him for several days, she wrote to Captain Shaw to report her concerns. She was answered a few days later by Captain Shaw. However, she told this examiner that during telephone conversations with her son both before and after the communication with Captain Shaw. She explained that her son seemed to have been negatively affected by his experience. Specifically, he appeared to be disoriented and stumbled for words when she eventually spoke to him again by phone. She also said that he had become suspicious of the motives of the facility, believing that other inmates were being set up to incriminate him.

## PSYCHOLOGICAL TEST EVALUATION AND RESULTS:

Psychological testing helps to develop an understanding of the subject's emotional state, cognitive ability, and mental condition. In addition to specific tests that are designed to measure specific aspects of a client's cognitive and emotional state, objective personality tests such as the Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) and the Millon Clinical Multiaxial Inventory (MCMI-III), both of which have been peer-reviewed and well-studied, can reveal various aspects of an individual's personality. These test data are then analyzed and correlated with the results of the personal interview, and available supplementary material, to produce an overall personality profile of the individual. When used in combination with other information various diagnostic considerations can be made.

Mr. White was administered both the MMPI-2-RF and the MCMI-III. Each test was scored by appropriate computer scoring programs by an outside scoring service. In addition, two tests that were designed to detect the presence of Posttraumatic Stress Disorder were also administered. These included the Posttraumatic Stress Diagnostic Scale (PDS), and the PTSD Checklist for DSM-5. Additionally, the Neuropsychological Symptom Checklist (NSC), and the Test of Memory Malingering were also administered.

---

[1] These magazines promoted the philosophy of white nationalism.

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 144 of 487   Pageid#: 5913
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 9 of 35   Page ID #339

7

## POSTTRAUMATIC STRESS DIAGNOSTIC SCALE (PDS):

The Posttraumatic Stress Diagnostic Scale (PDS) is a forty-nine item self-report instrument designed to aid in the diagnosis of posttraumatic stress disorder. Mr. White met the diagnostic criteria for the existence of a Posttraumatic Stress Disorder-chronic, severe, and listed seventeen symptoms in the moderate-severe severity range. He also reported a delayed onset of symptoms.

## PTSD CHECKLIST FOR DSM-5:

The PCL-5 is a 20-item self-report measure that assesses the 20 DSM-5 symptoms of PTSD. The PCL-5 has a variety of purposes, including 1) Monitoring symptom change during and after treatment 2. Screening individuals for PTSD 3. Making a provisional PTSD diagnosis. This instrument showed that William White met the DSM-5 criteria for Posttraumatic Stress Disorder.

## TEST OF MEMORY MALINGERING:

The Test of Memory Malingering (TOMM) provides a systematic method to assist neuropsychologists in discriminating between bona fide memory-impaired patients and malingerers. The TOMM is a 50-item recognition test (nonverbal) for adults that includes two learning trials and a retention trial. Using simple line drawings, the test is language free and does not depend on the literacy of the test-taker. Mr. White obtained perfect scores in both trials, which shows his memory to be intact at the time of testing.

## THE NEUROPSYCHOLOGICAL SYMPTOM CHECKLIST (NSC):

The Neuropsychological Symptom Checklist (NSC) serves as a data collection point for the detection of possible neuropsychological symptoms. William White endorsed the following areas of perceived deficits: memory problems, problems with spontaneous speech, a history of head injury, and periods when he "loses time." Mr. White explained that some of these symptoms have become less severe over time.

## MINNESOTA MULTIPHASIC PERSONALITY INVENTORY-2-RF
## (MMPI-II-RF)

The Minnesota Multiphasic Personality Inventory-2-Restructured Form (MMPI-2-RF) is a broad-spectrum inventory, the result of a data-based and construct-oriented revision of the MMPI-2. The overall objective of this revision was to represent the clinically significant substance of the MMPI-2 item pool with a comprehensive set of psychometrically adequate measures. The 338 items of the MMPI-2-RF accommodate a total of 51 scales: 9 validity scales and 42 substantiated scales. The complete numerical scales are presented in Appendix A.  The following is a summary of the MMPI-2-RF results:

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 145 of 487   Pageid#: 5914
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 10 of 35   Page ID #340

8

- The respondent followed the instructions by properly marking true or false to all items. This report is based upon completion of the entire inventory. Response consistency appears sound according to an analysis of items similar in meaning but different in wording, grammatical construction, and placement in the questionnaire.

- The test-taker endorses an acceptable number of items with a pro-social, morally correct appearance. These resemble or explicitly claim socially desirable or exemplary features. This is a sign of accurately responding to items that involve moral issues rather than slanting his responses to create a more favorable impression of his character.

- Defensive responses assess the possibility of understating problems in low to moderate pathology profiles. Defensive responses place within normal limits rather than suggesting a significant tendency to understate problems.

- The moderately high number of infrequent responses raises a mild concern about overstating problems for a general population respondent and a slight concern for someone in an outpatient setting. The amount is entirely plausible, however, for someone in an inpatient setting.

- The profile includes a typical number of unusual cognitive symptoms and a slightly high, but plausible, number of unusual physical ailments. This suggests that he genuinely experiences these symptoms rather than reporting arbitrary or contrived problems.

- The results indicate that the respondent rates highest in Thought Dysfunction. The high score in this area involves the manifestation of problems through difficulties in cognitive processing, such as confusion, irrational beliefs, inattention, forgetfulness, misunderstandings, and misperceptions.

- Behavioral/Externalizing Dysfunction variables show no significant elevations. This suggests few outward manifestations of difficulties, such as through aggression, oppositionality, thrill-seeking, and physical maladies.

- A somewhat high score in Psychoticism, the primary elevation in this scale set, suggests some unusual experiences and beliefs. These may signify imagination, originality, or complexity in his thinking. There is a possibility, however, that they reflect mild eccentricity or occasionally make it challenging to see things in ordinary and practical ways.

- The moderately high score in Aggressiveness, also a prominent elevation, tends to be associated with hostile feelings or impulses and the possible directive use of intimidation, force, and aggression to reach ends.

- There are no significant elevations in Disconstraint, Negative Emotionality (Neuroticism), and Introversion (Low Profile Emotionality).

Case 7:08-cr-00054-EKD Document 411-2 Filed 10/05/20 Page 146 of 487 Pageid#: 5915
Case 3:18-cv-01682-JPG-MAB Document 23-1 Filed 08/19/19 Page 11 of 35 Page ID #341

9

- This individual believes it unfeasible to feel secure since myriad kinds of contact with others can involve resentment, quarrels, and feeling wronged. In his experience, interactions with others often take unexpected turns that create problems and take a toll on his emotional state. Over time, this increasingly results in feeling pressured, mistreated, and powerless to control his life. Such experiences or outlooks also contribute to the vigilance or antagonism in his stance toward others.

- Numerous cognitive complaints point to problems with attention, concentration, and memory. Further evaluation may be necessary to determine the significance of these issues.

- The measure of anxiety and other dysfunctional negative feelings in the main clinical profile falls in the average range. The measures of depression, hypomania, and anger fall in the normal range. This suggests that he does not suffer from low moods, abnormally high moods, nor excessive anger.

- There are no significant indications of helplessness, self-doubt, or inability to face decisions, difficulties, and challenges. This suggests a sufficient sense of confidence, self-sufficiency, and resolve to handle most situations.

- Many ideas of persecution, as previously noted, form a core feature of this profile. These may point to a paranoid personality style or disorder if they routinely limit his normal functioning rather than interrupting it in transient episodes or phases. This would involve a continual pattern of social sensitivity, apprehensiveness, and persistently negative, simplistic, or naive expectations of others.
- He appears to maintain self-control and mostly responsible or acceptable behavior rather than engaging in a pattern of antisocial actions.

- The measures of substance abuse risk fall in the low range. The test-taker reveals no significant indications of excessively using alcohol or other drugs.

Elevations can be seen on the following graphs displayed in Appendix A: High scores can be seen on the THD (thought disorder), and PSYC (psychoticism) scales on the Higher-Order and Psyc-5 Scales. The RC6 (Ideas of Persecution) scale, on the Structured Clinical Scale Profile, is highly elevated. On the Somatic/Cognitive and Externalizing Scales shows a high score on the COG (cognitive functioning) scale. While somewhat elevated, his AGG, (aggression) score falls below the "T" of 65 scores generally considered the cutoff point for clinical significance.

## MILLON MULTIAXIAL CLINICAL INVENTORY-III:

The Millon Clinical Multiaxial Inventory-3 is designed to provide information to clinicians, psychologists, psychiatrists, counselors, social workers, physicians, and nurses, to make assessments and treatment decisions regarding persons with emotional disorders. The test results are designed to correlate with the Diagnostic and Statistical Manual of Mental Disorders, 4th Edition, and are a useful adjunct in developing DSM-IV diagnoses for several different patient populations. Using multivariate computer analysis, the test is designed to detect distortions and

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 147 of 487   Pageid#: 5916
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 12 of 35   Page ID #342

10

exaggerations and is considered a highly effective means of providing additional data in the psychological evaluation of individuals.   The complete narrative and numerical scales are presented in Appendix B. The following is a summary of the MCMI-III results:

- Anxiety appears an area of moderate concern. This may involve some degree of worry, restlessness, tension, or indecisiveness, and possibly occasional periods of more pronounced uneasiness.

- This individual shows an illustrious self-image as fabulously talented, astute, and capable. He considers himself endowed with wonderful skills and aptitudes that characterize him as meriting unique respect and esteem. Certain of his excellent attributes, he feels entitled to receive extra attention, affection, and special treatment. He is likely deficient in compassion, kindness, and sensitivity for others, considering the extensive value that he places on himself. His major flaws include the unawareness of his limitations and how others actually perceive him.

- The anxiety features, though not extreme, might sometimes create lapses in his attention and concentration.   The measures of dysthymia, major depression, and manic features indicate no problems in these areas. They suggest a normal range of emotional experiences rather than depressed or overly elevated mood states.

- The narcissistic personality type suggests an expansive cognitive style. His thoughts may run free, unfettered by the factual constraints and inner inhibitions that normally limit others' thoughts, ideas, plans, and aspirations to more realistic, reachable levels. The narcissistic personality type is associated with a usually sanguine, upbeat, optimistic, composed, or coolly dispassionate temperament in his everyday life. This tranquil, nonchalant stance may continue through most circumstances, even challenging and stressful ones, except when his sense of superiority is compromised or imperiled.

- The measures of alcohol and drug abuse fall in the normal range. There are no significant indications of problems in these areas.

Elevations can be seen on the "Narci" (Narcissism) and "Compl" (Compulsive) scales. The "Delus" (Delusional) scale and the "Anxty" (Anxiety) scales are similarly elevated.


**DIAGNOSTIC IMPRESSION:**

**From: DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS, 5th EDITION (DSM-5)**

|  |  |
|---|---|
| 309.81 | Posttraumatic Stress Disorder, chronic |
| 301.81 | Narcissistic Personality Disorder, with histrionic, antisocial, and obsessive-compulsive traits |

11

| Rule-out | 297.1 | Delusional Disorder, Persecutory Type /or |
| | 301.0 | Paranoid Personality Disorder |

William A. White is diagnosed with Posttraumatic Stress Disorder, likely the result of three specific instances of potentially traumatic experiences while in the custody of the Federal Penitentiary system. These included a 2008 incident when he was placed in a cell that was flooded with human feces and left to stay in that cell while other inmates were moved to a drier and cleaner location. He was eventually moved to another cell where he remained for twenty-one days, but it was infested with cockroaches. He also states that he was exposed to observing guards abuse a mentally ill inmate who was disrobed and was then chained to a concrete block.

In 2010 after being transferred to the FCI Beckley, William White was attacked by his cellmate. Mr. White was charged with fighting and placed in the Special Housing Unit (SHU), where he reported experiencing altered perceptions and hallucinations. He endured three months of sleep deprivation from 05/21/2014-08/29/2014, while incarcerated at the John E. Polk Correctional Facility, Seminole County, FL. Other exposure to potentially traumatic stressors included being housed in a cell that had overflowed with human fecal matter, and later, into a cell that was infested by cockroaches. He also stated that he had not received proper medical care.
The essential feature of posttraumatic stress disorder (PTSD) is the development of characteristic symptoms following exposure to one or more traumatic events. The clinical presentation of PTSD varies. In some individuals, fear-based re-experiencing, emotional, and behavioral symptoms may predominate. In others, hedonic or dysphoric mood states and negative cognitions may be most distressing. In some other individuals, arousal and reactive-externalizing symptoms are prominent, while in others, dissociative symptoms predominate. Finally, some individuals exhibit combinations of these symptom patterns. In some cases, symptoms may develop many years after exposure to the traumatic incident and may persist for up to decades after exposure to the initial stressor.

Mr. White is also diagnosed with Narcissistic Personality Disorder with histrionic, antisocial, and obsessive-compulsive traits. The essential features of Narcissistic Personality Disorder are a pervasive pattern of grandiosity, need for admiration, and lack of empathy that begins by early adulthood and is present in a variety of contexts. Histrionic traits include a propensity for needing to be the center of attention, while antisocial traits refer to engaging in activities that run counter to main-street social norms.

The following two diagnoses are qualified with **"Rule-out"** prefixes. The rule-out prefix is used when many aspects of the diagnosis are detected, but further information is required to determine if the diagnoses so rendered meet the full diagnostic criteria.

| **(Rule-out)** | 309.81 | Paranoid Personality Disorder |
| **(Rule-out)** | 297.1 | Delusional Disorder, Persecutory Type |

The essential of paranoid personality disorder is a pattern of pervasive distrust and suspiciousness of others such that their motives are interpreted as malevolent. This pattern begins by early adulthood and is present in a variety of contexts. An alternative Rule-out diagnosis of Delusional

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 149 of 487   Pageid#: 5918
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 14 of 35   Page ID #344

12

Disorder, persecutory type is also rendered. The essential feature of delusional disorder is the presence of one or delusions that persist for at least one month. Further testing and observation would be necessary to differentiate between these two possibilities.

## REMARKS AND RECOMMENDATIONS:

William A. White, while an inmate at the John C. Polk Correctional Facility/Seminole County, FL, was subjected to sleep deprivation between 05/20/2014 and 09/02/2014. According to records provided to this examiner, over one hundred and five days, of which eighty days were fully documented, shows that Mr. White had a total of ninety-five hours of sleep; an average of 1.2 hours of sleep per night over this period. After hearing from her son during this part of his incarceration, his mother, Mrs. Catherine White, wrote to Captain Shaw of the Polk Correctional facility on 06/19/2014, expressing her concern about the treatment her son was subjected to as a result of the "segregation" while undergoing a sleep deprivation regimen.

In her email to Captain Shaw, she wrote that issues of concern to her included a video camera always on his cell, a bright light constantly on in his cell, no access to daylight, lack of exercise, lack of access to showers, and an open sewer drain in his cell which, given his extreme allergies, posed a clear threat to his physical health.

William White further described the conditions as follows: "7'x7' (feet) room with no windows, contact bright light that would pierce a towel folded over four times." He said that he developed both "head and eye pain from the light," adding that the intense light interfered with his sleep, allowing sleep for only an average of seventy-two minutes per day over one hundred days. He added that he was under twenty-four-hour video surveillance, which was "broadcast throughout the facility to inmates and visitors," was denied hygiene products, was not allowed to shave or cut his hair for three months and was denied recreation for three months. He added that on June 17, 2014, he "entered into a dissociative state when he was unable to eat or drink and received no treatment until he collapsed on 06/23/2014. He also asserted that his medical treatment was delayed for twenty-four hours after his collapse.

Previous exposure to conditions described by Mr. White as traumatic were previously described in earlier sections of this report.

Mr. White has been evaluated several times during his incarceration, examining him for possible psychiatric problems. James Corcoran, M.D., conducted the first evaluation on file while Mr. White was held at the Metropolitan Correctional Center, Chicago, IL. In a report dated December 1, 2008, Dr. Corcoran concluded that Mr. White "does not exhibit any characteristic signs or symptoms of any major psychiatric illness. He does appear to have some aberrant personality traits which appear to be histrionic and narcissistic." Dr. Corcoran added, "Mr. White does not appear to be psychiatrically unstable or dangerous to the community at large due to psychiatric illness." There was no mention of posttraumatic stress disorder.

In a report dated October 10, 2009, Conrad H. Daum, M.D., was asked to conduct an evaluation of Mr. White to determine, "Whether the defendant posed a danger to himself, or any other person,

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 150 of 487   Pageid#: 5919
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 15 of 35   Page ID #345

13

or the community at large due to his mental state, and whether the examining psychiatrist believed that the conditions might be set for the defendant which might alleviate any such dangerousness." Dr. Daum opined, "The defendant presented as an individual with no mental disease or defect that would prevent him from understanding and adhering to right and wrong." No clinical diagnosis was rendered, but the existence of "personality traits not otherwise specified was noted. There was no mention of posttraumatic stress disorder.

William White memorialized one of these incidents that occurred after he was transferred to the Metropolitan Correctional Facility, in Chicago, IL, on 11/07/2008, writing, "Had been transferred to MCC-Chicago, SHU housing-put in cell 11-11 for 5 days. The cell was not heated, and outside temp was minus 20°. Not given sheets or a blanket. Feared for (his) life and had extreme pain from the cold." On 11/28/08 he wrote, "Had been transferred to cell 11-14 (or 11-15) at MCC-Chicago, SHU housing. Cell flooded with human feces from nearby sewage drain. Was left in 1" of human feces for over 24 hours." The following day, 11/29/2008, Mr. White wrote, "Sometime between 11/07/2008 and 11/29/2008, was put in cell 11-5 for 21 days. The cell was overrun by cockroaches-witnessed extreme violence against other inmates, saw six officers pick up a mentally ill man, carry him to his cell, forcibly disrobe him and chain him to a concrete block while the man was screaming for help."

While these traumatic experiences may not have by themselves triggered a posttraumatic stress disorder, such traumas are cumulative in their ability to cause PTSD. In conjunction with the sleep deprivation regimen experienced some years later, they may have together, triggered his mental disorder.

During his incarceration, Mr. White was subjected to conditions that included sleep deprivation, exposure to unsanitary conditions, extended placement in a restricted environmental stimulation environment, and during which time he began to hallucinate. Mr. White also believes that he was neglected by the facility's medical staff. As examples, Mr. White referenced that while at FCI Beckley, located in West Virginia, Mr. White's family wrote letters to prison officials because his letters home "were becoming incoherent." After being moved to the Chicago MCC, Mr. White wrote that he became "unresponsive" from mid-February through 3/9/11. He said that he, "Woke in an excited delirium, destroyed all property in the cell, cut his stomach, and wrote on the walls in blood." Apparently, there was no mental health intervention at this time.

The medical notes during that period mentioned that Mr. White had denied that he needed psychiatric help, but given his negative experience at the various facilities that he was housed in, he had lost trust in prison officials, therapists, and physicians, and he tended to minimize his contact with them.

In 2014, while Mr. White was incarcerated at the John C. Polk Correctional Facility/Seminole County, FL, he was subjected to a regimen of sleep deprivation. As described earlier, he was placed in segregation; alone in a small seven-foot by seven-foot room with constant bright illumination (24/7) over a period of 105 days, or about three months, during which time he averaged approximately 1.2 hours of sleep per night. During this period, he underwent a period of not eating or drinking and ultimately collapsed in his cell. He said that his need for medical treatment was inexplicably delayed.

14

He reported that he was transferred there on or about 05/13/14 and was placed in a seven-foot by seven-foot room with no windows, continuous bright light that "hurt (his) eyes, even when covered by a towel and which interfered with his sleep. According to his records, he was able to sleep an average of seventy-two minutes per day over one hundred and ninety-two 192 days. He was denied hygiene products, was not allowed to shave or have his hair cut for three months, and was denied recreation for three months. On June 17, 2014, he, "entered into a dissociative state" and became unable to eat or drink. Mr. White asserts that he received no medical or psychological treatment until 06/23/14 when he collapsed. Even then, his treatment was delayed twelve hours on 06/23/2014. He had gone six days without water, his body temperature dripped to 96.1°, and he had lost twenty-six pounds by the end of his ordeal.

These circumstances led to Mr. White claiming that medical malpractice occurred on the part of the facility's medical and mental health staff.

In 2016, William White was again evaluated; this time by Eric Ostrov J.D., Ph.D., ABPP. In his report, dated 07/22/2016, Dr. Ostrov diagnosed Mr. White with Posttraumatic Stress Disorder and Personality Disorder with Borderline and Narcissistic traits. Dr. Ostrov also concluded: "<u>Mr. White presents with various symptoms of PTSD in conjunction with a personality disorder.</u> His responses during the evaluation and test results indicate that Mr. White tried his best to be forthcoming in the course of this evaluation. <u>There is no issue in this case of malingering or symptom exaggeration.</u>" This was the first time that PTSD was diagnosed.

In the present evaluation, <u>this examiner confirmed the existence of posttraumatic stress disorder.</u> Also detected was a personality disorder with narcissistic, histrionic, and obsessive-compulsive traits. Characteristics of paranoid and delusional thinking were also detected.

Sleep deprivation has a long history of use as an interrogation technique[2]. In 16th century Scotland, civilians participated in several nationwide witch hunts. The civilians needed a confession from the accused. Techniques for extracting a confession included depriving the women of sleep for days, after which they would begin to hallucinate. The author of the article, using modern-day terminology, asserted that today, those episodes might be described as psychotic in nature.

During World War II, sleep deprivation was one form of torture used by the Japanese during interrogations. Other methods included solitary confinement, blindfolding, meal restrictions, and forcing prisoners to assume uncomfortable or painful positions.

During South Africa's Apartheid regime, a psychotherapist was tortured through sleep deprivation during the 1960s. After being kept awake for one week, the psychotherapist reported: "having dreams while awake, which is a form of psychosis."

Up until 2009, sleep deprivation was used as a form of torture to prisoners by the United States military.

---

[2] Optalert, internet publication, available at https://www.**optalert**.com

15

Amnesty International has called the use of this type of interrogation technique, "cruel and inhuman.[3]" Andrea Northwood, director of client services at the Center for Victims of Torture in Minneapolis, said her organization considers 96 hours of sleep deprivation to be torture.[4]

Whether or not what Mr. White experienced was considered torture, what he did go through nonetheless, was a stressful condition that meets the criteria for exposure to traumatic events, meeting Criterion A-1 for Posttraumatic Stress Disorder according to the DSM-5[5].

Test results confirm this. For example, both the Posttraumatic Stress Diagnostic Scale[6] and the PTSD Checklist for DSM-5[7] confirm the presence of posttraumatic stress disorder. The "PTSD" scale of the MCMI-III shows an elevation that exceeded the T score of 65, which suggests the presence of PTSD. Dr. Ostrov, in his 07/22/2016 evaluation, administered two years after the period of sleep deprivation experienced by Mr. White, diagnosed him with PTSD, whereas two psychiatric evaluations conducted before 2014 did not show any indications of PTSD. According to information supplied by Mr. White's mother and based on her conversations with her son during his ordeal, revealed symptoms to her that are consistent with that of PTSD.

While Mr. White's symptom level appears less intense than as reported to his mother during the actual period of sleep deprivation in 2014, and as he expressed to Dr. Ostrov in 2016, this is typical. According to the PTSD section of the DSM-5,

> "Frequently, an individual's reaction to a trauma initially meets criteria for acute stress disorder in the immediate aftermath of the trauma. The symptoms of PTSD and the relative predominance of different symptoms may vary over time. Duration of the symptoms also varies, with complete recovery within three months occurring in approximately one-half of adults, while some individuals remain symptomatic for longer than 12 months and sometimes for more than 50 years.[8]"

Thus, this examiner concludes that William White was exposed to a situation of sleep deprivation which was employed while he was incarcerated at the John C. Polk Correction Center in Seminole County, FL, in 2014. Earlier exposure to a highly stressful situation that occurred while he was housed at the Metropolitan Correctional Center in Chicago and described above may also have contributed to his mental disorder.

Based on a review of the supplied documents, my training and experiences as outlined in the attached curriculum vitae, my familiarity with the relevant medical and psychological literature, provided by various federal facilities in which Mr., White was incarcerated, appears to have deviated from accepted medical standards and likely represent acts of medical negligence. As a

---

[3] Gregoire C, What Not Sleeping for a Week Does to Your Brain and Body, Huff Post, 02/25/2016.

[4] Houk M., From UN-Truth.com, August 28, 2009.

[5] American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders. Fifth Edition (DSM-5), Washington & London, 2013, p 271.

[5] Foa EB, Posttraumatic Stress Scale, PsychCorp, Pearson, Minn. MN, 1995.

[6] Weathers FW, Litzx BT, Keane TM, Palmieri PA, Marx BP & Schnurr PP, The PTSD Checklist DSM-5, www.ptsd.va.gov, 2013.

[8] Ibid, footnote 4, p 277.

Case 7:08-cr-00054-EKD Document 411-2 Filed 10/05/20 Page 153 of 487 Pageid#: 5922
Case 3:18-cv-01682-JPG-MAB Document 23-1 Filed 08/19/19 Page 18 of 35 Page ID #348

16

result, this examiner is of the professional opinion that there is a reasonable and meritorious cause for filing a medical malpractice action.

Additionally, Mr. White appears to have developed posttraumatic stress disorder after the sleep deprivation experience, in concert with other reported incidents described above, which, according to prior psychiatric reports, did not show the presence of posttraumatic stress disorder (or any other major psychiatric illness).

Respectfully submitted,

**Richard M. Samuels, Ph.D., ABPP**
Diplomate in Clinical Psychology, ABPP
Diplomate in Forensic Psychology, ABPS
Diplomate, American Board of Forensic Medicine
Diplomate, American Board of Forensic Examiners
Diplomate in Sexology, American Board of Sexology
Fellow, Academy of Clinical Psychology
Fellow, American Psychological Association
Clinical Fellow, American Academy of Clinical Sexology

17

## APPENDIX A— MMPI-2-RF graphical data

### MMPI-2-RF Validity Scales

```
     :-----------------------------------------------:
Raw  :  5   11    7    0    2    7    3    6   :
  T  : 58   50   74   42   58   48   52   45   :
     :-----------------------------------------------:
     : VRN  TRN    F    Fp   Fs  FBS    L    K   :
     :-----------------------------------------------:
95   :  -    -    -    -    -    -    -    -   :
     :                                             :
     :                                             :
     :                                             :
     :                                             :
85   :  -    -    -    -    -    -    -.   -   :
     :                                             :
     :                                             :
     :                                             :
     :                                             :
75   :  -    -    -    -    -    -    -    -   :
     :            *                                :
     :            *                                :
     :            *                                :
     :            *                                :
65   :  -    -    *    -    -    -    -    -   :
     :            *                                :
     :            *                                :
     :            *                                :
     :  *         *         *                      :
55   :  *    -    *    -    *    -    -    -   :
     :  *         *         *                      :
     :  *         *         *              *       :
     :  *    *    *         *              *       :
     :  *    *    *         *    *    *            :
45   :  *    *    *    -    *    *    *    *   :
     :  *    *    *         *    *    *    *   :
     :  *    *    *    *    *    *    *    *   :
     :  *    *    *    *    *    *    *    *   :
     :  *    *    *    *    *    *    *    *   :
35   :  *    *    *    *    *    *    *    *   :
     :-----------------------------------------------:
     : VRN  TRN    F    Fp   Fs  FBS    L    K   :
     :-----------------------------------------------:
```

Cannot Say:  0

VRN Variable Response Inconsistency
TRN True Response Inconsistency
F    Infrequent
Fp   Infrequent Psychopathology
Fs   Infrequent Somatic
L    Uncommon Virtues
K    Adjustment Validity

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 155 of 487   Pageid#: 5924
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 20 of 35   Page ID #350

18

**MMPI-2-RF Higher-Order and Psy-5 Scales**

```
     :-----------------------:-----------------------------------:
Raw  :   7      6      5     :   12      5      5      4      8   :
 T   :  46     67     48     :   60     63     47     45     54   :
     :-----------------------:-----------------------------------:
     :  EID    THD    BXD    :  AGGR   PSYC   DISC   NEGE   INTR  :
     :-----------------------:-----------------------------------:
 95  :   -      -      -     :    -      -      -      -      -   :
     :                       :                                   :
     :                       :                                   :
     :                       :                                   :
     :                       :                                   :
 85  :   -             -     :    -      -      -      -          :
     :                       :                                   :
     :                       :                                   :
     :                       :                                   :
     :                       :                                   :
 75  :   -                   :    -      -      -      -      -   :
     :                       :                                   :
     :                       :                                   :
     :          *            :                                   :
 65  :   -      *      -     :    -                              :
     :          *            :           *                      :
     :          *            :           *                      :
     :          *            :    *      *                      :
     :          *            :    *      *                      :
 55  :   -      *      -     :    *      *      -      -      -   :
     :          *            :    *      *                    * :
     :          *            :    *      *                    * :
     :          *            :    *      *                    * :
     :          *      *     :    *      *      *             * :
 45  :   *      *      *     :    *      *      *      *      * :
     :   *      *      *     :    *      *      *      *      * :
     :   *      *      *     :    *      *      *      *      * :
     :   *      *      *     :    *      *      *      *      * :
     :   *      *      *     :    *      *      *      *      * :
 35  :   *      *      *     :    *      *      *      *      * :
     :-----------------------:-----------------------------------:
     :  EID    THD    BXD    :  AGGR   PSYC   DISC   NEGE   INTR  :
     :-----------------------:-----------------------------------:
```

EID   Emotional/Internalizing
THD   Thought Dysfunction
BXD   Behavioral/Externalizing
AGGR  Aggressiveness
PSYC  Psychoticism
DISC  Disconstraint
NEGE  Negative Emotionality
INTR  Introversion

19

## MMPI-2-RF Restructured Clinical Scale Profile

```
      :-------------------------------------------------------:
Raw : 4     3     5     7     8     8     3     5     9     :
  T : 51    51    54    51    59    89    44    63    45    :
      :-------------------------------------------------------:
    : RCd   RC1   RC2   RC3   RC4   RC6   RC7   RC8   RC9   :
      :-------------------------------------------------------:
 95 :  -     -     -     -     -     -     -     -     -    :
    :                                                       :
    :                                                       :
    :                               *                       :
    :                               *                       :
 85 :  -     -     -     -     -     *     -     -     -    :
    :                               *                       :
    :                               *                       :
    :                               *                       :
    :                               *                       :
 75 :  -     -     -     -     -     *     -     -     -    :
    :                               *                       :
    :                               *                       :
    :                               *                       :
    :                               *                       :
 65 :  -     -     -     -     -     *     -     -     -    :
    :                               *                 *     :
    :                               *                 *     :
    :                         *     *                 *     :
    :                         *     *                 *     :
 55 :  -     -     -     -     *     *     -     *     -    :
    :              *                *     *           *     :
    :  *     *     *     *     *     *           *     *    :
    :  *     *     *     *     *     *           *         :
    :  *     *     *     *     *     *           *         :
 45 :  *     *     *     *     *     *     -     *     *    :
    :  *     *     *     *     *     *     *     *     *    :
    :  *     *     *     *     *     *     *     *     *    :
    :  *     *     *     *     *     *     *     *     *    :
    :  *     *     *     *     *     *     *     *     *    :
 35 :  *     *     *     *     *     *     *     *     *    :
      :-------------------------------------------------------:
    : RCd   RC1   RC2   RC3   RC4   RC6   RC7   RC8   RC9   :
      :-------------------------------------------------------:
```

RCD Demoralization
RC1 Somatic Complaints
RC2 Low Positive Emotions
RC3 Cynicism
RC4 Antisocial Behavior
RC6 Ideas of Persecution
RC7 Dysfunctional Negative Emotions
RC8 Aberrant Experiences
RC9 Hypomanic Activation

20

## Somatic/Cognitive and Externalizing Scales

```
     :-------------------------------------------------:
Raw :   2    0    0    2    5 :   2    0    4    1   :
  T :  52   46   42   59   69 :  57   41   61   39   :
     :--------------------------:---------------------:
     : MLS  GIC  HPC  NUC  COG : JCP  SUB  AGG  ACT   :
     :--------------------------:---------------------:
 95  :   -    -    -    -    - :   -    -    -    -   :
     :                         -                      :
     :                         -                      :
     :                         -                      :
     :                         -                      :
 85  :   -    -    -    -    - :   -    -    -    -   :
     :                         -                      :
     :                         -                      :
     :                         -                      :
     :                         -                      :
 75  :   -    -    -    -    - :   -    -    -    -   :
     :                         -                      :
     :                         -                      :
     :                         *                      :
     :                         *                      :
 65  :   -    -    -    -    * :   -    -    -    -   :
     :                         *                      :
     :                         *                  *   :
     :                    *    *                  *   :
     :                    *    *      *           *  / :
 55  :   -    -    -    *    * :   *    -    *    -   :
     :                    *    *      *           *   :
     :   *                *    *      *           *   :
     :   *                *    *      *           *   :
     :   *                *    *      *           *   :
 45  :   *    *    -    *    * :   *    -    *    -   :
     :   *    *         *    *      *           *   :
     :   *    *    *    *    * :   *    *    *    *   :
     :   *    *    *    *    * :   *    *    *    *   :
     :   *    *    *    *    * :   *    *    *    *   :
 35  :   *    *    *    *    * :   *    *    *    *   :
     :--------------------------:---------------------:
     : MLS  GIC  HPC  NUC  COG : JCP  SUB  AGG  ACT   :
     :--------------------------:---------------------:
```

MLS  Malaise
GIC  Gastrointestinal Complaints
HPC  Head Pain Complaints
NUC  Neurological Complaints
COG  Cognitive Complaints
JCP  Juvenile Conduct Problems
SUB  Substance Abuse
AGG  Aggression
ACT  Activation

Case 7:08-cr-00054-EKD  Document 411-2  Filed 10/05/20  Page 158 of 487  Pageid#: 5927
Case 3:18-cv-01682-JPG-MAB  Document 23-1  Filed 08/19/19  Page 23 of 35  Page ID #353

21

## MMPI-2-RF Internalizing Scales

```
      :-----------------------------------------------------:
Raw   :   0    1    0    1    3    1    0    1    3         :
  T   :  45   52   42   43   52   59   39   56   48         :
      :-----------------------------------------------------:
      : SUI  HLP  SFD  NFC  STW  AXY  ANP  BRF  MSF         :
      :-----------------------------------------------------:
 95   :  -    -    -    -    -    -    -    -    -           :
      :                                                     :
      :                                                     :
      :                                                     :
      :                                                     :
 85   :  -                                  -    -          :
      :                                                     :
      :                                                     :
      :                                                     :
      :                                                     :
 75   :  -    -    -    -    -    -    -    -    -           :
      :                                                     :
      :                                                     :
      :                                                     :
      :                                                     :
 65   :  -    -    -    -    -    -    -    -    -           :
      :                                                     :
      :                                                     :
      :                             *                       :
      :                             *                       :
 55   :  -    -    -    -    -    *    -    *    -           :
      :                             *         *             :
      :       *              *      *         *             :
      :       *              *      *         *             :
      :       *              *      *         *    *        :
 45   :  *    *    -    -    *      *    -    *    *         :
      :  *    *         *    *      *         *    *         :
      :  *    *    *    *    *      *         *    *         :
      :  *    *    *    *    *      *    *    *    *         :
      :  *    *    *    *    *      *    *    *    *         :
 35   :  *    *    *    *    *      *    *    *    *         :
      :-----------------------------------------------------:
      : SUI  HLP  SFD  NFC  STW  AXY  ANP  BRF  MSF         :
      :-----------------------------------------------------:
```

SUI Suicidal/Death Ideation
HLP Helplessness/Hopelessness
SFD Self-Doubt
NFC Inefficacy
STW Stress/Worry
AXY Anxiety
ANP Anger Proneness
BRF Behavior Restricting Fears
MSF Multiple Specific Fears

22

## MMPI-2-RF Interpersonal and Interest Scales

```
      :--------------------------------------:
Raw :   5    3    4    1    0 :   2    4   :
  T :  63   46   52   44   44 :  45   56   :
      :--------------------------------------:
      : FML  IPP  SAV  SHY  DSF : AES  MEC   :
      :--------------------------------------:
 95 :   -    -    -    -    -  :   -    -   :
      :                         :            :
      :                         :            :
      :                         :            :
      :                         :            :
 85 :   -    -    -    -    -  :   -    -   :
      :                         :            :
      :                         :            :
      :                         :            :
      :                         :            :
 75 :   -    -    -    -    -  :   -    -   :
      :                         :            :
      :                         :            :
      :                         :            :
      :                         :            :
 65 :   -    -    -    -    -  :   -    -   :
      :        *                :            :
      :        *                :            :
      :        *                :            :
      :        *                :            :
 55 :        *    -    -    -  :   -    *   :
      :        *                :        *   :
      :        *    *           :        *   :
      :        *    *           :        *   :
      :        *    *           :        *   :
 45 :        *    *    *    -    -  :   *    *   :
      :        *    *    *    *    *  :   *    *   :
      :        *    *    *    *    *  :   *    *   :
      :        *    *    *    *    *  :   *    *   :
      :        *    *    *    *    *  :   *    *   :
 35 :        *    *    *    *    *  :   *    *   :
      :--------------------------------------:
      : FML  IPP  SAV  SHY  DSF : AES  MEC   :
      :--------------------------------------:
```

```
          FML Family Problems
          IPP Interpersonal Passivity
          SAV Social Avoidance
          SHY Shyness
          DSF Disaffiliateness
          AES Aesthetic-Literary Interests
          MEC Mechanical-Physical Interests
```

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 160 of 487   Pageid#: 5929
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 25 of 35   Page ID #355

23

# APPENDIX B—MCMI-III Graphical Data

## MCMI-III Profile

| Scale | Raw Score | Unadjusted Base Rate Score | Final Base Rate Score |
|---|---|---|---|
| Q Cannot Say | 0 | | |
| V Validity | 0 | | |
| W Inconsistency | 4 | | |
| X Disclosure | 75 | | 45 |
| Y Desirability | 18 | | 80 |
| Z Debasement | 3 | | 38 |
| 1 Schizoid | 3 | 36 | 36 |
| 2A Avoidant | 1 | 12 | 11 |
| 2B Depressive | 0 | 0 | 0 |
| 3 Dependent | 0 | 0 | 0 |
| 4 Histrionic | 17 | 63 | 63 |
| 5 Narcissistic | 18 | 85 | 93 |
| 6A Antisocial | 7 | 64 | 64 |
| 6B Sadistic | 6 | 62 | 62 |
| 7 Compulsive | 22 | 75 | 75 |
| 8A Negativistic | 7 | 62 | 62 |
| 8B Masochistic | 0 | 0 | 0 |
| S Schizotypal | 2 | 40 | 39 |
| C Borderline | 1 | 12 | 11 |
| P Paranoid | 8 | 66 | 66 |
| A Anxiety | 4 | 75 | 75 |
| H Somatoform | 2 | 30 | 30 |
| N Manic | 1 | 12 | 12 |
| D Dysthymia | 1 | 12 | 12 |
| B Alcohol | 1 | 20 | 20 |
| T Drugs | 3 | 60 | 60 |
| R PTSD | 9 | 68 | 68 |
| SS Thought Dis | 1 | 15 | 15 |
| CC Major Dep | 2 | 30 | 30 |
| PP Delusional | 6 | 70 | 70 |

24

## MCMI-III Base Rate Scores

```
|
|            ------------------------------ 60 ---- 75--85 -----------  |
|                                                                       |
|   X Discl  45 ***********************                                  |
|   Y Desir  80 ******************************************              |
|   Z Debas  38 *******************                                     |
|_____|
|                                                                       |
|   1 Schiz  36 ******************                                      |
|  2A Avoid  11 ******                                                  |
|  2B Deprs   0 *                                                       |
|   3 Depen   0 *                                                       |
|   4 Histr  63 *******************************                         |
|   5 Narci  93 *****************************************************    |
|  6A Antis  64 *******************************                         |
|  6B Sadis  62 ******************************                          |
|   7 Compl  75 **************************************                  |
|  8A Negat  62 ******************************                          |
|  8B Masoc   0 *                                                       |
|_____|
|                                                                       |
|   S Scztp  39 ********************                                    |
|   C Bordr  11 ******                                                  |
|   P Paran  66 *********************************                       |
|_____|
|                                                                       |
|   A Anxty  75 **************************************                  |
|   H Somat  30 ***************                                         |
|   N Manic  12 ******                                                  |
|   D Dysth  12 ******                                                  |
|   B Alcoh  20 **********                                              |
|   T Drugs  60 ******************************                          |
|   R PTSD   68 **********************************                      |
|  SS Thoug  15 ********                                                |
|  CC MjDep  30 ***************                                         |
|  PP Delus  70 *********************************                       |
|_____|
```

25

## APPENDIX C–Curriculum Vitae

# Richard M. Samuels, Ph.D., ABPP, PLC

Diplomate in Clinical Psychology, ABPP . Diplomate in Forensic Medicine,
AAFM Diplomate in Forensic Psychology, ABPS
Member, American College of Forensic Psychology

---

8776 East Shea Boulevard . #106-320 . Scottsdale Arizona
85260 Telephone . 480.661.9896 . Fax . 480.661.5292

www.expertwitnessinpsychology.com        rmsamuelsphd@cox.net

---

## CURRICULUM VITAE: (04/14/19)

Licensed Psychologist, State of New Jersey, 1975, # S
101060 Licensed Psychologist, State of Arizona, 1989, #
3043 Diplomate in Forensic Psychology, ABPS, 1999
Diplomate, American College of Forensic Examiners,
1995 Diplomate, American Board of Forensic Medicine,
1996
Diplomate in Clinical Psychology, American Board of Professional Psychology, 1980
Diplomate in Sexology, American Board of Sexology, 1989
Fellow, American Psychological Association,
1986 Fellow, Academy of Clinical Psychology,
1994
Clinical Fellow, Behavior Therapy and Research Society,
1985 Clinical Fellow, American Academy of Clinical
Sexology, 1990
Recognized by the National Registrar of Practicing Psychologists, 1976
Certified Sex Therapist, American Association of Sex Educators, Counselors &Therapists, 1976

## EDUCATION:

Ongoing Continuing Education, 1978-present

New Jersey Medical School, Department of Obstetrics & Gynecology, Newark, New Jersey, Post-
Doctoral Fellow in Human Sexuality, 1974-1975

City University of New York, Biopsychology,

Ph.D., 1973 Hofstra University, Psychology,

M.A., 1967

Hofstra University, Psychology, B.A., 1965

State University at Farmingdale, New York, Electronics Technology, A.A.S. 1961

Case 7:08-cr-00054-EKD Document 411-2 Filed 10/05/20 Page 163 of 487 PageID#: 5932
Case 3:18-cv-01682-JPG-MAB Document 23-1 Filed 08/19/19 Page 28 of 35 Page ID #358

26

## FORENSIC EXPERIENCE:

Dr. Samuels has conducted over 2000 psychological evaluations of which about 800 were Psychosexual Risk and Sexually Violent Person assessments in Arizona. Many of his cases involved insanity, GEI, medical malpractice and general criminal matters, treated thousands of patients, and has testified in several states. He is licensed in Arizona and New Jersey and is a Member of the Arizona Supreme Court Competent Professional Mental Health Provider Panel, Maricopa County and the Yavapai County Mental Health Expert approved providers' panel. He has been court appointed in multiple counties in Arizona, New York and New Jersey.

## OTHER FORENSIC CERTIFICATIONS AND EXPERIENCE:

Diplomate in Forensic Psychology, American Board of Psychological Specialties.
Diplomate, American College of Forensic Examiners.
Diplomate, American Board of Forensic Medicine.
Member, American College of Forensic Psychology

Expert Witness in most New Jersey Counties; Expert Witness in New York City Superior Court, Kings, Queens, Brooklyn & Bronx Courts. Rockland, Westchester, Orange County, Nassau, Suffolk County, New York, and Maricopa, Coconino, Pima, Yuma, Mohave, Cochise and Yavapai Counties in Arizona.

Court Appointed Psychologist in Bergen, Morris, Union, Hunterdon, and Essex Counties, NJ. and Maricopa, Pima, Yavapai, Coconino, Mohave, and Pinal Counties, Arizona.

Approved Competent Provider, Arizona Superior Court (Maricopa County) Mental Health Provider Panel and Approved Mental Health Provider, Superior Court, Yavapai County.

Extensive experience in forensic matters dealing with capital crimes, general criminal cases and sentence mediation, psychosexual risk assessment, Guilty Except Insane (GEI) evaluations in Arizona, and Sexually Violent Perpetrator evaluations (approximately 400), emotional impact of medical malpractice (possible PTSD) and personal injury,

Experienced in working with State Police officers in New Jersey, conducting evaluations and conducting therapy dealing with shooting trauma, Posttraumatic Stress Disorder, and other matters.

Consulting Psychological Evaluator, Whiting Forensic Hospital, Middletown, CT.

Conducted CBT psychotherapy for thirty-eight years. Treated court-ordered outpatient sex offenders.

## SPECIALIZED FORENSIC TRAINING (since 1998):

Over 3000 hours of continuing postgraduate education in Forensic Psychology including ongoing annual CE credits for license renewal. Current through 2019.
Attendance at 2019 Annual Seminar conducted by the American College of Forensic Psychology (23 hours).
Legal Competency and Restoration for Mental Health Professionals, Arizona Supreme Court, (21 hours).
Legal Competency and Restoration for Mental Health Professionals, Arizona Supreme Court, (21 hours). August 8-10, 2017.
Legal Competency and Restoration for Mental Health Professionals, Arizona Supreme Court, (22 hours), February 22-24, 2012.
Legal Competency and Restoration for Mental Health Professionals, Arizona Supreme Court, (22 hours), February 22-24, 2012.
Association for the Treatment of Sexual Abusers, Annual Conference and Workshop, San Diego, CA, 2014, 13 hours.
Current Trends in Assessment of Sex Offenders and Efficacy of Current Treatment Strategies, Dennis Doren, Ph.D., at AZATSA, Phoenix, AZ, 2005.
Association for the Treatment of Sexual Abusers, Annual Conference and Workshop, St. Louis, MO, 2003, 14 hours.

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 164 of 487   Pageid#: 5933
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 29 of 35   Page ID #359

27

Association for the Treatment of Sexual Abusers, Annual Conference and Workshop, Montréal, Canada, 2002, 14 hours.

Family Court Mental Health Training Seminar, Superior Court of Arizona, Domestic Relations Department, 2002, 7 hours,

Assessing Psychopathy, Clinical & Forensic Applications of the PCL-R, conducted by Robert D. Hare, Ph.D., Arizona School of Professional Psychology, April 5,6,7, 2001, 21 hours.

Family Court Mental Health Training Seminar, Superior Court of Arizona, Domestic Relations Department, 2001, 7 hours,

Association for the Treatment of Sexual Abusers, Annual Conference and Workshop, San Diego, CA, 2000, 17 hours

Geriatric Congress, Las Vegas, Nevada, 2000, 13.5 hours.

Training Mental Health Experts in Legal Competency & Restoration in Criminal Juvenile Courts, Supreme Court, State of Arizona, Tucson, Arizona, 2000, 4 hours,

Family Court Mental Health Training Seminar, Superior Court of Arizona, Domestic Relations Department, 2000, 4 hours,

Family Court Mental Health Training Seminar, Superior Court of Arizona, Domestic Relations Department, 1999, 4 hours.

Sexually Violent Person Commitment Evaluations, Arizona Department of Health Services, Arizona State Hospital, Phoenix, Arizona, 1998, 16 hours.

Training Mental Health Experts in Legal Competency & Restoration in Criminal Juvenile Courts, Supreme Court, State of Arizona, Tucson, Arizona, 1998, 24 hours.

Children, Divorce & Custody: Lawyers & Psychologists Working Together - Sponsored by American Bar Association Section of Family Law & the American Psychological Association Los Angeles, California, 1997, 22 hours

## CORPORATE BACKGROUND:

**President, Guardian Eldercare PC; 1992-2013,** Psychological services firm providing mental health services to long term geriatric and psychiatric patients; Created company which trained and placed psychologist, social workers, and psychiatrists in rehabilitation facilities, nursing homes and psychiatric facilities to provide mental health services to residents and patients. Developed extensive training and seminar programs for staff members. Created a cognitive restructuring program for dementia patients, set up billing and reporting systems.

**Vice President, Cognitive Sciences BrainSavers LLC; 2004-2010,** Developed niche marketing segments for healthy brain aging program, designed and directed beta site program, developed cognitive components for BrainSavers Tri-component program, developed unique packaging concept for a food product, conceived modification to health-related equipment for simultaneous physical and cognitive training. Assisted with software development. Produced interactive DVD for the book; "The Brain Training Revolution" scheduled for publication, November 2009;

**President and CEO of AmbiVision, 1986 – 1990.** Developed concept of waiting room video entertainment and educational programming and communications system utilizing psychologically designed programming, which was shown to significantly reduce the perception of waiting time. Conceived and aided in the design of microprocessor-based interactive information display and reporting technology. Set up manufacturing, installation and service programs with a major international electronics firm. Distribution set up throughout the United States and Canada. I have produced several video programs and promotional spots. Networked with the American Medical Association, most major research-oriented pharmaceutical companies, cable television channels, and major advertisers.

**Senior Vice President of TravelVues, 1987 – 1990.** Designed computer-based, multipoint video distribution System, developed marketing test of an airport gate, video display system which interfaced with flight display computer, Allowing automated cutaway to specific flight destination programming. Negotiated with major airlines and program Sponsors. Produced one-hour video programming designed to shorten the perception of waiting time.

**Primary Organizer of the Division of Psychologists in Independent Practice, American Psychological Association, 1979 – 1985.** Currently the largest Division within the APA. Took largely local organization from under 500 members to national organization with over 5,000 members within two years. Served as its third president, initiated movement to obtain prescribing privileges for psychologists (1986 – 1988).

28

## CLINICAL INTERNSHIP:

Rutgers Community Mental Health Center, 1972-1973
Department of Psychiatry, Rutgers Medical School, Piscataway, New Jersey

## ACADEMIC HONORS:

Albert J. Harris Award, Board of Higher Education, New York City,
1966-1967 Sigma XI, 1973

## MEMBERSHIP IN PROFESSIONAL SOCIETIES:

Fellow, American Psychological Association Society
for Sex Therapy and Research New Jersey Academy of
Psychology Association of Media Psychologists
Faculty Organization, University of Medicine and Dentistry
National Register of Practicing Psychologists
Member of SOCDA Member of Civ.com

## BIOGRAPHIES:

Who's Who In The World
Who's Who In The East
Who's Who Of Emerging Leaders in America
Who's Who in Advertising
Who's Who in Entertainment

## PROFESSIONAL LEADERSHIP RESPONSIBILITIES:

Chair, Study Group on Psychologists' Use of Psychoactive Medication, Office of Professional Practice,
American Psychological Association, 1986 to 1988.
President, Division of Psychologists in Independent Practice (42) Amer. Psychological. Assoc. 1984-
85. President, New Jersey Association for the Advancement of Psychology, 1982-1983.
State Legislative Chairman, New Jersey Psychological Association, 1977-1980.
Executive Board Member, Bergen County Association of Licensed Psychologists, 1976-
1977. Secretary/Treasurer, New Jersey Academy of Psychology, 1977-1980.

## EDITORIAL CONSULTANCIES:

Regular contributor to Arizona Law Journal, 1998-2001.
Author of regular column, Psychology and the Workplace, for BUSINESS TO BUSINESS
PUBLICATIONS, 1997-1999
Author of regular column, Computer Assisted Practice and Management for THE NATIONAL
REGISTER, 1986 to 1989
Editor, INDEPENDENT PRACTITIONER, 1982-1989
Software Review Editor, PSYCHOTHERAPY IN PRIVATE PRACTICE, 1984 to
1990 Consulting Editor to BEHAVIOR THERAPY, 1978-1983

## WORK EXPERIENCE:

Forensic Evaluator and Expert Witness; Conducted nearly 800 psychosexual risk assessments and Sexually
Violent Persons evaluations in Arizona since 1999;

Independent Practice of Clinical and Forensic Psychology, Ridgewood, Teaneck, Oradell, Parsippany,
New Jersey, 1978-2007;

Independent Practice of Clinical and Forensic Psychology, 8776 E. Shea Blvd., Building 3A, Suite
320, Scottsdale, Arizona 85260, specializing in psychosexual evaluation, SVP hearings, risk
assessments, treatment of outpatients referred by courts, detection of Posttraumatic Stress Disorders,

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 166 of 487   Pageid#: 5935
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 31 of 35   Page ID #361

29

GEI, PTSD evaluations, Drivers License Restoration Testing, consultation and expert testimony, 1998-present;

President, Clinical Director 1992-2015: Guardian Eldercare, .429 Nordhoff Place, Englewood, NJ 07601 (Psychological Services for Older Americans)

President, RMS Communications, Inc. 1990 to 2012:
Produced several psychologically related shows for entertainment and marketing, and developed CD/ROM, video interactive, educational materials for physicians and psychologists

President and Chief Executive Officer, Ambivision Inc.
One Kinderkamack Road, Oradell, New Jersey 07649, 1986 to 1990, developed point of purchase video/telecommunications system, for medical, pharmaceutical and airline industries.

Founded Associates in Sex & Marital Therapy, Offices in Bergen, Morris and Suburban Essex, 1985 to

1988 Co-Director, The Psychological Service Center 175 Cedar Lane, Teaneck, New Jersey, 1981-1984.

Director, The Center for Sexual and Relationship Enrichment 175 Cedar Lane, Teaneck, New Jersey, 1978-1984.

Broadcast Engineer and Announcer (on-air technical & announcing duties, radio & television transmitter engineer) 1962-1965.

## ACADEMIC AND HOSPITAL EXPERIENCE:

Clinical Assistant Professor, Department of Psychiatry New Jersey Medical School, Newark, New Jersey, 1976 to 1995,

Clinical Instructor, Department of Obstetrics & Gynecology New Jersey Medical School, Newark, New Jersey, 1976 to 1998,

Director, Gender Dysphoria Clinic & Co-director, Sexual Guidance Clinic, Department of Obstetrics & Gynecology, New Jersey Medical School, 1975-1979.

Clinical Associate Professor, Department of Psychiatry, Lincoln Hospital of New York Medical College, New York, New York, 1986-1995

Adjunct Associate Professor
Department of Psychology, City College, New York, New York, 1971-1976

Contributing Faculty Member, Graduate School of Applied and Professional Psychology, Rutgers University, New Brunswick, New Jersey, 1974-1998

Dissertation Advisor, International University, 2008-2016.

## NATIONAL TELECONFERENCES:

Panic & Anxiety, a Multidisciplinary Approach - first teleconference for psychologists, sponsored by the Upjohn Pharmaceutical Co. 1988

## WORKSHOPS CONDUCTED:

Dealing with Probation: a presentation for Sexual Offender Probationer, Arizonans for Rational Sex Offense Laws, 08/16/2018;

Psychosexual Risk Assessment Overview for Public Defenders, Annual Meeting of Public Defenders Association, Tempe, Arizona Summer 2006;

30

Falls Prevention and Behavior Management presented to the Japanese Delegation of Sun Adult Living of Japan, Phoenix Arizona, July 2002

Sensitivity Training for the Activity Professional, Presented to the New Jersey Association of Activity Professionals, annual meeting, March 1999

Psychological Consulting to Long Term Care Facilities, Presented to the American College of Health Care Administrators, Las Vegas, Nevada, 1998

Developing a National Provider Group for the Delivery of Psychological Services to the Institutionalized Elderly: The Guardian Eldercare Story. Presented to the American Psychological Association Mid-Winter Meeting, Scottsdale, Arizona, 1996

Practice and Principles of Sex Therapy for Certified Social Workers
Institute for Sex Therapy, Arizona Center for Mental Health, Phoenix, Arizona, 1996

Numerous in-house seminars for nursing home personal on various topics regarding care of the elderly, New Jersey, Arizona, New York, 1994-1997

Psychotherapy for the Nursing Home Patient
Presented to the New Jersey Gerontological Association, Rutgers University, New Brunswick, New Jersey, 1995

Detection, Diagnosis, and Treatment of Sexual Dysfunction
Presented to Grand Rounds, Jersey City Medical Center, Department OB/GYN, Jersey City, New Jersey 1990, 1991, 1992, 1993, 1994 and Lincoln Hospital, New York, 1990, 1991, 1992, 1993.

Taking A Sexual History
Presented to Department of OB/GYN, New Jersey Medical School, UMDNJ 1988, 1989, 1990

Sexuality After Cardiac Arrest
Presented to the Heart club of the Department of Cardiology, Englewood Hospital, Englewood, New Jersey 1987, 1990

The Multi-Disciplinary Approach to the Treatment of Panic and Anxiety Disorders. Program supervision and presentation sponsored by The Upjohn Company for the American Psychological Association Annual Meeting, New Orleans, August 1989

Psychological and Psychopharmacological Approaches to the Treatment of Panic and Anxiety Disorders. Program supervision and presentation sponsored by The Upjohn Company for the American Psychological Association Annual Meeting, Atlanta, August 1988

Psychopharmacological Techniques for the Treatment of Depression, Panic Disorders & Smoking. Program supervision & discussion moderator. Merrill-Dow Pharmaceuticals for the American Psychological Association Annual Meeting, N.Y. August 1987

Principles and Practice of Sex Therapy: A Workshop For Alcoholism Counselors, The William Paterson College, New Jersey, 1986

Introduction to the Treatment of Sexual Dysfunction, Department of Psychiatry, The Lincoln Hospital of New York. Medical College, 1986

Conducted a series of Workshops for The Detection, Diagnosis, and Treatment of Sexual Dysfunction for The New Jersey Medical School, Department of Obstetrics/Gynecology 1986

Suicide and Its Prevention
Seminar for Counselors and Social Workers, William Paterson College, 1985

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 168 of 487   Pageid#: 5937
Case 3:18-cv-01682-JPG-MAB   Document 23-1   Filed 08/19/19   Page 33 of 35   Page ID #363

31

Stress: Its Management and Treatment
Bergen County Mental Health Association, 1982

The Infertile Couple - Reproductive Endocrinology Symposium
Joint Conference of the Depts. Of Medicine, Obstetrics & Gynecology and Urology, Englewood Hospital,
Englewood, N.J.

Sexual Dysfunction: Detection, Diagnosis, and Treatment
1976-1977 Educational Seminars, The Joint Education Committee of Riverside, Dover General and St. Claire's
Hospital, 1977

The Treatment of Gender Dysphoria in the United States
Second International Conference in Psychology & Human Development, Hebrew University, Jerusalem, Israel,
1976

Stress and the Behavior Modification of Sexual Dysfunction:
Prevention of Marriage Failure, New Jersey Public Health Association, New Brunswick, New Jersey, 1976

Reactor: 1976 Annual Mental Health Conference, New
Jersey Association for the Mental Health, Newark, New
Jersey

Detection, Diagnosis, and Treatment of Gender Dysphoria
Presented to Grand Rounds, New Jersey Medical School, Newark, New Jersey 1978, 1981.

Introduction to the Treatment of Sexual Dysfunction
Sponsored by the New Jersey Psychological Association, 1976-1979

Treatment of Sexual Dysfunction; Conference on Human Sexuality for Physicians
Sponsored by the New Jersey Medical School, Cherry Hill, New Jersey, 1975

Sexual Dysfunction: Diagnosis and Treatment
Morristown General Hospital, Morristown, New Jersey, 1975

Multi-Modal Behavior Therapy: The Sensory Modality
Graduate School of Applied and Professional Psychology, Piscataway, New Jersey, 1976

Sexuality During Pregnancy
The American Society of Psycho-Prophylaxis in Obstetrics, 1975

Adolescence and Sexuality
Human Sexuality Program, New Jersey Medical School, East Orange, New Jersey, 1975

Panel member, Conference on the Psycho-Prophylactic Method of Childbirth
The American Society of Psycho-Prophylaxis in Obstetrics, New Brunswick, New Jersey, 1975

Sexuality During the Postpartum Period, First Memorial Ignatz Semmelweis Seminar on Progress in Maternal
& Fetal Medicine, Playboy Club Hotel, Great Gorge, N. J., 1975

New Techniques of Sex Therapy with the Partnerless
New Jersey Association for Mental Health, Newark, New Jersey, 1975

Sexual Enlightenment Weekend I, II, III and IV
Department of Obstetrics and Gynecology, New Jersey Medical School
Saddle Brook, New Jersey 1974
Newark, New Jersey 1974
Hasbrouck Heights, New Jersey 1975 (2)

32

Obscenity and Pornography
William Paterson College, Wayne, New Jersey, 1974

Behavior Modification of Stealing and Lying Behavior
Presented to the Bureau of Children's Services, Somerville, N.J. 1972

## PAPERS AND PUBLICATIONS:

Chapter contributor to "The Brain Training Revolution," by Paul A. Bendheim, M.D., November 2009, Source Press;

The Effects of a Tri-Component Program of Physical Exercise, Mental Stimulation and Nutrition on Cognitive Function in an Older Population, (white paper), 2009;

A Cognitive Exercise Program for Seniors, published by BrainSavers, 2007.
Competency Determination and Elder Law, Arizona Daily Law Journal, 2000, also published in Nevada and Utah editions) *
Sexual Harassment: Legal Representation and Psychological Evaluation: Arizona Daily Law Journal, 2000, also published in Nevada and Utah editions) *

 Mind Maze: A Lawyer's Guide to the Mental Health "bible". Arizona Daily Law Journal, 1999, also published in Nevada and Utah editions) *

Latent Effect: Documenting the delayed onset of posttraumatic stress disorder. Arizona Law Journal, 1999 (also published in Nevada and Utah editions) *


Inquiring Minds: Uses and Limitations of Psychological Test Data in Forensic Evaluations. Arizona Law Journal, 1998 (also published in Nevada and Utah editions) *

Sexual Harassment in the Workplace: Policies to Protect, Business to Business Arizona, 1998

Psychotherapy for the Nursing Home Patient; Meeting the OBRA Guidelines
Newsletter of the New Jersey Gerontological Association, Fall, 1994;

Edited two publications dealing with Pharmacological Approaches to the Treatment of Pain and Anxiety Disorders, Underwritten by Upjohn Pharmaceuticals, 1988, 1989.

Computer Software Review Editor, wrote a regular column for PSYCHOTHERAPY AND PRIVATE PRACTICE, Haworth Press, 1984-1992

Numerous Professional Articles in Independent Practice, including series on the Psychologist as Expert Witness, Bulletin of the Division of Psychologists in Independent Practice, 1984-1993

"Use of Micro-Computers in a Clinical Practice; R2D2 Enters Clinical Psychology"
 Chapter in Professional Resource Exchange, Inc., Title: Innovations in Clinical Practice: A Source Book, 1982

A Gender Dysphoria Program in New Jersey, Journal of the New Jersey Medical School, 1977 and presented at a symposium at Hebrew University, Tel Aviv, Israel, 1978

Sex During Pregnancy and the Postpartum Period,
Journal of Morristown Memorial Hospital, 1976

Effects of Random Ratio Schedules on Response Differentiation and Rate
Read at the American Psychological Meeting, Chicago, Illinois, 1975;

Force Differentiation: Effects of the Reinforced Range, Read at the Eastern Psychological Association Meeting, Boston, Massachusetts, 1972;

Case 7:08-cr-00054-EKD  Document 411-2  Filed 10/05/20  Page 170 of 487  Pageid#: 5938
Case 3:18-cv-01682-JPG-MAB  Document 23-1  Filed 08/19/19  Page 35 of 35  Page ID #365

33

Effect of Increased Response Demand on VI Responding (with D. E. Mintz, Ph.D.) Read at the 1971 Meeting of the Psychonomic Society, St. Louis, Missouri

Human Force Differentiation: Indifference to Pressure, (with D. E. Mintz, Ph.D.) Psychonomic Science, Volume 24, Pages 186-187, 1971

**Doctoral Dissertation:** The Effect of the Range for Forces Reinforced and the Probability of Reinforcement on the Differentiation of the Peak Force of Response, 1973

**Master's Thesis:** An Investigation of the Effects of Carbon Monoxide on Discrimination Reversal Learning, 1967

## RESEARCH INTERESTS:

Development of Cognitive Stimulation Programs for healthy brain aging; Development of Falls Prevention Programs and related technology.
Development of technological solutions to wandering behavior in the demented elderly.
Development of computer and video applications for the Cognitive Stimulation of dementia patients and the well-elderly.
Applications of Computer and Video Technology to Psychotherapy and Practice Management. Development of psychologically-designed ambient music/video systems for selected populations. Examined the relationship between the perception of waiting time and variable video programming.

## INVENTIONS:

Developed AVIST, the Automated Video Information System Terminal in conjunction with New Jersey Institute. of Technology, 1987-1990

## TELEVISION & RADIO APPEARANCES

| | |
|---|---|
| WABC RADIO | CELEBRATION |
| WOR RADIO | COMMUNITY CONCERNS (regular guest) |
| WNBC/WYNY/WRKS | SUGGESTED SOLUTIONS |
| WPIX FM RADIO | THE GOOD LIFE |
| WPIX TV | BRAND NEW DAY |
| WOR-TV | POINT OF VIEW (winner, Angel Award, 1984) |
| WOR-TV | THE JOE FRANKLIN SHOW |
| WBAL-TV | OPRAH WINFREY MORNING SHOW |
| PAX-TV | AM NEW YORK PROGRAM |
| KFNX | DRIVING DIRTY SHOW |

Television participant on WPIX, Channel 11, with many appearances on Pulpit and People 1979 to 1984
Television appearances on New York Channels 2, 9,11 and 31 and cable television nationwide, 1980- 2004;

Interviewed in numerous magazines, newspapers and television on topics including: Procedures for the Evaluation of Sex Offenders for the State's Sexually Violent Perpetrator Statute, Sex Therapy and Human Sexuality; The Psychologist and the Legal System, Computers in Mental Health Services, The Multi-disciplinary Approach to the Treatment of Anxiety and Panic Disorders, Cognitive Therapy for the Well-Elderly, Psychology of the Future and Geriatric Issues, Overview of Sexually Violent Perpetrator Law.

11/16/2008  20:41   6309712165            OFFICE DEPOT 340                    PAGE  32



## James Corcoran, M.D.
General & Forensic Psychiatry
900 Ogden Avenue #214
Downers Grove, IL 60515
IL License 036-088292
FL License N88-41321



**Mailing Address**
900 Ogden Ave # 214
Downers Grove, IL 60515
Phone (630) 407-2226
FAX  (630) 407-2227

**Office**
DuPage County Judicial Center
Medical Services Unit
501 North County Farm Road
Wheaton, IL 60187

**Training**
FORENSIC PSYCHIATRY FELLOWSHIP
Loyola University Medical Center, Maywood, IL 1994-1995
CHIEF RESIDENT-CONSULTATION LIAISON SERVICE 1993-1994
Univ. California Los Angeles(UCLA)-Psychiatry Training Program
RESIDENT 1990-1994 General Psychiatry Univ. California Los Angeles(UCLA)
RESIDENT Family Medicine LaGrange Family Practice 1999-2000
Program of Integrative Medicine(PIM), Univ of Arizona, Tucson 2005-2007

**Education**
New York Medical College Valhalla, New York Fifth Pathway 1989-1990
Autonomous University of Guadalajara School of Medicine M.D. December, 1988
Illinois State University Normal, IL B.S. Psychology-Sociology June 1977

**Work Experience**
Illinois Department of Corrections Stateville NRC August 2002-present (16 hrs/wk)
(Wexford Health Sources, Inc)
DuPage County Jail, Wheaton, IL Chief Psychiatrist July 1994-present (23 hrs/wk)
McHenry County Jail Woodstock, IL Psychiatrist Sept 2005-present (6 hrs/wk)
ABBHH Assoc. Psychiatry Sept 1994-Aug 2002 General Practice (part-time)
Forensic Clinical Services, Circuit Court of Cook County, IL Supervisor-Psychiatrist
July, 1995-June, 1999 (full-time)
Private Practice Forensic Psychiatry
Testimony 230 Cases Civil-Criminal Issues (list available on request)

**Honors**
UCLA NeuroPsychiatric Institute Outstanding Resident Award Child-Adolescent
Psychiatry July 1992-December, 1992
Expert Panel Member CESI Juvenile Justice Center Cook County 1997-1999
Community Hospital of Ottawa, IL Medical Education Award

Assistant Professor, Department of Psychiatry 1995-current
Loyola University Medical Center, Maywood, IL

EXHIBIT "3"

Diplomate, American Board of Psychiatry and Neurology, Inc.
Certificate # 41669
Board Certified in Forensic Psychiatry
Certificate # 0912

Ph 630-407-2226          E-mail jcforensicmd@aol.com          Fax 630-407-2227

Publications
Preventing Death Through Detection -Suicide Prevention
January, 2005 Correctional Officer Manual DuPage Press, Inc. 121pp

National Presentations
*The Spanish Miranda New Orleans, LA October, 1998
American Academy of Psychiatry and Law Annual Meeting
*Transfer Cases:  Trying Juveniles as Adults Chicago, IL April, 1997.
American Academy of Psychiatry and Law Midwest Chapter Meeting
*Meet the Experts in Forensic Psychiatry Institute for Psychiatric Services Oct, 2002
Chicago, IL American Psychiatric Association Annual Meeting

Local Presentations
Correctional Psychiatry Lecture to Milwaukee Correctional March, 2002
HIV and Forensic Issues Lecture to Cook County Hearing Officers, July 1996
The Insanity Defense Lecture to Cook County Public Defenders October, 1996
The Insanity Defense Lecture to Cook County States Attorneys August, 1996
The Insanity Defense Lecture to DuPage County Public Defenders May, 1996
Correctional Psychiatry Grand Rounds Loyola University Medical Center
Dept of Psychiatry June, 2003
Tarasoff Warnings, Dangerousness and Illinois Case Law Grand Rounds Presentation
Loyola University Medical Center Department of Psychiatry June 1995
Civil Commitment Lecture for Chicago Metropolitan Services, May 1995
AIDS Update 1995: Criminalization of HIV Transmission March 1995
Loyola University Medical Center

Certification-Licensures
1995-Board Certified General Psychiatry Cert # 41669 Expires 08- 2014
1999-Board Certified Forensic Psychiatry Cert # 0912 Expires 10-2009
1994-current Illinois Physician #036-088292 Expires 07-2011
1994-current Illinois Physician Controlled Sub Cert # 336-050140 Exp. 07-2011
1991-current DEA Registration Cert # BC-3033834 Expires 08-31-2009
2004-current Florida Physician #ME 91221 Expires 01-31-2009

National Provider Identifier # 1811 9644 89
CPR/AED Certification August 2007-August, 2009

Special Skills
Good Command of written and spoken Spanish.  I practice psychiatric treatment and
conduct forensic evaluations in the Spansh language having lived in Mexico almost
four years earlier in my life.

11/27/2008  09:32    630784.8299              JAMES CORCORAN MD                    PAGE  01




**James Corcoran, M.D.**
General & Forensic Psychiatry
900 Ogden Avenue #214
Downers Grove, IL 60515
IL License 036-088292
FL License ME-91221

December 1, 2008

Mr. Nishay Sanan, Esq.
327 South Plymouth Court
Suite # 201
Chicago, IL  60604

RE:  United States of America v. William White Case # 7 :07 MJ483
### Identifying Information:
   Mr. William White is a 31 year old Caucasian male who was evaluated at the Metropolitan Correctional Center in Chicago on November 28, 2008. The purpose of this evaluation was to render an opinion regarding psychiatric diagnosis, assessment of potential dangerousness to himself as well as the community at large.   Additional collaborative information was obtained from his wife, Meghan White by telephone on December 1, 2008.

### Non-Confidential Nature of the Interview:
   The non-confidential nature of the interview process was explained to Mr. White.  I explained to him that what he said to me was not confidential, that it was not a secret, that I may be asked to write a report to the court about him, or that I may be asked to testify in U.S. District Court about him.  He appeared to express understanding of these limits of confidentiality and agreed to proceed.

### Records Review:
1) Indictment by Northern District of Illinois, Eastern Division
2) Testimony of Proceedings

### Qualifications of the Examiner:
   This examiner completed medical school, and subsequently completed a four year residency in General Psychiatry at UCLA in southern California. He additionally completed a Forensic Fellowship year through Loyola University Medical Center 1994-1995. He is board certified in General Psychiatry since 1995, and Board Certified in Forensic Psychiatry since 1999. he has completed hundreds of psychiatric evaluations and testified in court as an expert over 230 times.  He is currently employed by DuPage County Corrections in Wheaton, IL and the Illinois Department of Corrections in Joliet, IL.

### Interview Data with William White:
   Mr. White began the interview by explaining that he is 31 years of age.  He gives his birth date as            He says " I publish things...I've been in lawsuits. He uses the word "we " frequently, so I asked him who he was referring to when he said "we".  He described that he is involved with the American Socialist Worker's Party, and that they are incorporated.  He says there are three other co-owners. He describes that there was a lawsuit brought against him earlier this year in August 5, 2008.  He says the lawsuit involved civil rights investigation.

Diplomate,. American Board of Psychiatry and Neurology, Inc.
Certificate # 41669
Board Certified in Forensic Psychiatry
Certificate # 0912

Ph 630-407-2226                E-mail jcforensicmd@aol.com              Fax 630-407-2227

EXHIBIT  "4"

0296

I asked Mr. White is he had ever been incarcerated before. he replied that he had spent a total of 7 months in jail in Roenoke,Virginia after a fight with several police officers. He says the fight ensued because he had a hunting knife in his car and he "beat up two other officers".

Mr. White says he has a bond hearing on December 5. He says he has a legal gun permit, and also has a permit to carry a concealed weapon. He says he has a business that he wants to attend to, and a family he wants to live with again in Virginia. He currently is being held in Maximum Security on the 11th floor, and has very little verbal contact with others. He says he has no cellmate, his sleeping is fine, and his appetite is fine as well. He began to cry when he stated "I miss my wife and my daughter terribly". He says his wife was hospitalized with ecclampsia. a complication of late pregnancy which includes pregnancy induced hypertension.

She eventually developed H.E.L.L.P. Syndrome, symptoms which included elevated liver enzymes, low platelets (particles in blood which prevent our blood vessels from becoming too leaky), and hemolysis(breakup of red blood cells). His daughter was born at 2lb 9 oz, severely low birth weight, and both mother and daughter were hospitalized extensively. He says he has not talked to his wife since October. he says he is not depressed, he just misses them a lot. He says he spends his time reading and writing mostly, and it's hard to get books in the Metropolitan Correctional Center. He says he normally runs a housing and property management business. He says he is not currently treated with any sort of psychotropic medications, and does not take medications at all. He denies having any racing thoughts, confusion, auditory hallucinations or visual hallucinations. He denies paranoid thoughts, but says "my attorney is paranoid".

He denies having any previous psychiatric hospitalizations. he has never been treated with anti-anxiety, anti-depressant, or anti-psychotic medications. He says when he was a kid, the school sent him to a psychologist to be evaluated. He has not had any therapy and says "I don't believe in using any sort of drugs that are mind-altering. He says not use of Alcohol recently, but he did drink sometimes heavily up until the age of 19. He says he graduated high school one year early, and attended the University of Maryland from ages 16-19. he left college to start a business on his own. "I thought college was not useful to me". He says he has been thinking about going back to school, possibly get a degree in History or Languages. He says his wife was a bank manager at Wachovia, but is currently on short term disability for stress.

Mr. White says the things you write are a means of venting frustration. He says he writes political views, blogging, and that his wife reads everything that he writes. He says he has very strong political views and does not agree with breaking the law. He states "My daily life is problematic...I'm not afraid to say what I think...I represent a lot of poor, disempowered and disenfranchised white people...they are accusing me of plotting spree killings, this is ridiculous. I don't encourage violence and i don't encourage criminal acts. I get attention to myself...I deliberately write things that sell magazines." When I asked Mr. White what he would agree to, he replied that he would agree, if released, to any condition that allows him to see his wife and daughter

Interview Data with Meghan White:
     Meghan White was interviewed by telephone on 12-01-08. She states that her husband, who remains in custody, has never been psychiatrically hospitalized

and has not been treated with psychotropic medications.  He additionally has no medical problems.  She does not consider him to be either psychiatrically or emotionally unstable.  She does not feel threatened by him.  She says she agrees with some of his ideology, but does not agree with the way he expresses it.  She describes he is willing and able to change the way he expresses himself.  I asked her what she would consider to be an appropriate safety net to use for him if he is released into the community.  She says she believes it would be helpful for him to write into a notebook instead of on the Internet.  He is able to function without the Internet and she believes he is behaviorally better and easier to deal with when he has time away from the Internet.  She says the Internet activities consume more time than he wants to spend on it.  She also thinks he should make more of an effort to be closer to his family.

Mental Status Examination:

   Mr. White appeared to be alert and oriented to time, place, person, and purpose of the interview.  He appeared to be adequately dressed and groomed.  Speech was soft, non-pressured.  Affect was mildly tearful when discussing his wife and child, but generally bland and matter of fact.  He described his mood as not depressed.  Thought processes appeared to be linear and goal directed.  Thought content was devoid of suicidal ideation or intent, homicidal ideation or intent, thought insertion, thought withdrawal, or significant paranoia.  There are no psychotic symptoms which could be elicited during the interview.  He denies auditory, visual, and other types of hallucinations.  He professes some unusual idiosyncratic beliefs and ideas which are highly racist, inflammatory, and not generally accepted in common day society.  Attention and concentration appeared adequate.

Diagnostic Impression:

Axis   I  No Psychiatric Diagnosis
Axis   II  Personality Disorder with Histrionic, Narcissistic Features
Axis   III  No Medical Problems

Forensic Formulation:

   Pursuant to a request from the Office of Nishay Sanan, Esq., I completed a psychiatric evaluation of Mr. William White on November 28, 2008.  The purpose of this evaluation was to render an opinion regarding the issue of whether Mr. White meets diagnostic criteria for any psychiatric disorder, and whether or not he is currently dangerous himself or to the community at large.  After a careful review of all available data as well as a forensic interview, it is this examiner's opinion to a reasonable degree of medical and psychiatric certainty that the following should apply:

1) Mr. William White does not exhibit any characteristic signs or symptoms of any major psychiatric illness.  He does appear to have some aberrant personality traits which appear to be histrionic and narcissistic.  Histrionics are persons who enjoy being in the spotlight, enjoy drawing attention to themselves, and can create disturbances amongst others which involves excessive emotionality and attention seeking.  These persons are lively, dramatic, flirtatious, and enthusiastic.  They crave novelty and excitement, often placing themselves in dangerous situations.  The core issue is an excessive need for approval from others.  Narcissism reveals a pervasive pattern or need for grandiosity, as exemplified by his writings, need for admiration from others and lack of true empathy for others.

2)  Mr. White does not appear to be psychiatrically unstable or dangerous to the
community at large due to psychiatric illness.

 If I can be of any further assistance in this matter, please do not hesitate to
contact me.

Respectfully submitted,

James Corcoran, M.D.
Diplomate, American Board of Psychiatry and Neurology, Inc. Cert # 41669
Board Certification in Forensic Psychiatry Cert # 0912

*Conrad H. Daum, M.D. PC*
*P. O. Box 8994 Roanoke, VA 24014*
*Messages 540-989-6628 ~ FAX 540-982-1116*

October 10, 2009

The Honorable James Turk
Judge
U.S. District Court of Western Virginia
210 Franklin Road
Roanoke, VA 24011

IN RE: William White
DOB:
SSAN:

Dear Judge Turk:

I evaluated Mr. White in the Roanoke City Jail on September 17, 2009, for your court ordered examination of whether the defendant posed a danger to himself, any other person, or the community at large due to his mental state and whether the examining psychiatrist believed that the conditions might be set for the defendant which might alleviate any such dangerousness. The defendant is charged with a transmission in interstate commerce of an email on March 22, 2007 containing a threat. On March 22, 2007 the defendant intended to extort a thing of value from Citi Bank, May 22, 2007 the defendant used intimidation with the intent to delay and prevent testimony in a proceeding of Afro American tenants, between June 3rd and June 6th, 2007 the defendant transmitted interstate commerce communications directing a threat to injure a journalist, October 31, 2007 the defendant transmitted an interstate commerce communication threatening to injure a university professor, February 23, 2008 the defendant transmitted an interstate commerce posting threatening to injure a Canadian lawyer and March 1, 2008 the defendant transmitted an interstate commerce communication threatening an injury to a mayor.

The defendant was incarcerated in October of 2008. He has had bond hearings October of 2008, December of 2008, July of 2009 and September 10, 2009. On September 10, 2009, Judge Urbanski enumerated a number of Conditions of Bond for the defendant. This was appealed to the U. S. District Court via initial hearing taking place in September with the final hearing to take place September 18, 2009.

The defendant reports no previous psychiatric treatment. He received a psychiatric evaluation by Dr. James Corcoran on December 1, 2008. At that time Dr. Corcoran did not find any diagnosable Axis I pathology. He diagnosed histrionic and narcissistic personality on Axis II. The defendant reports no problems with substance abuse nor has

Page 1 of 5

IN RE: William White
DOB:
SSAN:

any of the documentation presented for review documented substance abuse. The
defendant was convicted at approximately age 18 or 19 of Assaulting a Policeman. He has
had numerous charges for assault but has never had any convictions since that time.

Records reviewed for this evaluation included the detention order of Judge Urbanski
dated October 23, 2008, a blog May 5, 2008 and May 22, 2008 and May 19, 2008,
written by the defendant, a transcript of the testimony at the bond hearing and a decision
by Judge Urbanski at the bond hearing. Also testimony of Dr. James Corcoran in
December of 2008 and a copy of Dr. Corcoran's evaluation, and the government's
argument before Judge Urbanski in September, 2009. These documents were provided
by Mr. Damico, defense attorney. Also reviewed was an article written by Dr. Steven
Diamond, published in Psychology Today, dated April 4, 2008 entitled Dangerous States
of Mind. Further data reviewed came from the prosecution, a transcript dated October
19, 2008 in front of Judge Urbanski, detention hearing transcript dated October 22, 2008
in front of Judge Urbanski, December 5, 2008 detention hearing in front of Judge Hitter, Hibler
July 31, 2009 detention hearing transcript in front of Judge Denlow, September 10, 2009
detention hearing transcript in front of Judge Urbanski, exhibits 1 – 13 of the October 22,
2009 detention hearing, exhibit 2 from the September 15, 2009 detention hearing,
September 23, 2007 audio recording and transcript of a telephone call between William
White and a female caller. The audio recording was not able to be played on my
equipment. Transcript was reviewed. Additional information included police reports
from the Roanoke City Police Department, Montgomery County Police Department in
Maryland, profile on White from a Roanoke Times newspaper article written by
journalist Lawrence Hammack, William White's criminal history and a 7th Circuit Court
opinion about a previous denial of bond. Also reviewed was the December 11, 2008
indictment in this case.

In addition the defendant was interviewed on September 17, 2009 regarding his ability to
adhere to the conditions of the bond set by Judge Urbanski in September, 2009. The
defendant reported no illnesses except for a fractured jaw skull during his arrest. In
Maryland he was hospitalized but stated he never lost consciousness.

MENTAL STATES: at time of the evaluation showed the defendant to be alert,
cooperative and verbal with appropriate speech and thought processes. He was in
handcuffs but exhibited no unusual motor movements. Affect was not depressed. Affect
would be described as level. His thought content did not have any active suicidal or
homicidal ideation and did not exhibit any overt hallucinations or delusions. The
cognitive functioning was globally intact with a Mini Mental State Exam score of 29. He
exhibited appropriate insight and judgment about his situation.

IN RE: William White
DOB:
SSAN:

DIAGNOSIS:

Axis I:      Psychiatric Evaluation

Axis II:     Personality Traits not otherwise specified

Axis III:    Over Weight, Atopic Allergies

Axis IV:     Legal Problem

Axis V:      Moderate Severe Impairment, current and chronic

His only medication is Claritin 10 mg. daily for his allergies.

The defendant was questioned regarding his situation and his views on the charges about making threats on his blog. "I never have made threats." He said he considers he speaks through a fictional character on his web site. He said that the judge in Chicago had dismissed his charges of threatening a juror there and ruled that the comments were not threats. His arrest at age 18, "I was pulled over for speeding." "I had a hunting knife in my back seat." As he was being handcuffed an officer threatened to beat him. He struck the officer and then other officers came at him. He knocked down two more officers before he was subdued. "I was young." "I was frightened." The arrest report did state that one of the officers noted alcohol odor on his breath but there was no documentation of a breathalyzer or blood alcohol in the arrest report. "I use to be pretty wild as a kid." "After I got out I stopped everything, I straightened up." He was referring to his period of incarceration following the arrest in Maryland. Regarding his charges he stated "some people decided they wanted me arrested." "Chicago thought they could get an easy conviction." "Then Roanoke thought I'd come back with a conviction and be anxious to plea." In response to questions regarding his plans after release on bond, "I am going to be at home." "I've ceased publishing." "I'm not going to publish anything." "No desire to be on that," referring to the internet. "I am out of that business." He said he had had a magazine since about age 13 and internet publishing since adolescence and he said those have ceased.

He was able to enumerate conditions of bond. He said there were 14 of them. He enumerated that the conditions included house arrest, no weapons in the house, no alcohol, no internet use, he would participate in counseling, he would turn over any writings to probation and parole before release for review. "I may not contact any witnesses, I may not publish anyone's personal information." There was a $25,000 bond posted by his father. He would have electronic monitoring. "I have to work." These were spontaneously enumerated to me during the interview without any benefit of referral to notes or papers. In response to our discussion about emanate dangerousness, "19

Page 3 of 5

IN RE: William White
DOB:
SSAN:

months passed between some of the things I am accused of." "Nothing has happened."
He was incarcerated October 17, 2008. "They are trying to hold me as long as they can."
He said he believes he will be found not guilty on all charges. Regarding his political
orientation, he stated "I am a National Socialist." "I am not a zealot." "I may portray
one on the internet." "I didn't do anything illegal." "I recognize where the limits are."
"I do what ever I can within the law." Regarding his internet publishing, he stated he
started his website in 1995 at age 18. He published a newspaper since age 13 and he
published a magazine from 2006 to 2008. He said all of these publishing activities were
ceased by the government. He stated he tries to go to the legal limits in promoting his
views. He states he is aware of legal limits. He studies the legal limits to understand
what he can and cannot do to promote his views and the views of the people who think as
he does. "If a court finds that I have done that, then I have made a terrible mistake." He
was referring to breaking laws and promoting his views.

"I have been writing stuff for 20 years." He portrays an internet character who irritates
people who disagree with his political views. He had been in a landlord position, renting
property in a very difficult part of town. He states he had been assaulted about 4 times
per year in the course of his work. Just prior to his incarceration tenants were evicted and
repeatedly broke into their previous apartment. A tenant had threatened him and he filed
a complaint for the assault. The tenant filed a complaint in counter and came back with
threatening behavior. He said he took out a gun and left because he was afraid he would
hurt someone. He said later he wrote a blog to vent his frustrations, putting three
evictions into one blog. He said about the other blog that caused a denial of bond in
2008, entitled Kill, Kill, Kill, he said that blog was written during his wife's delivery and
baby's treatment in neonatal ICU where the child had stayed for 8 weeks. His wife had
developed eclampsia during pregnancy. During that time he had a number of legal
problems including being sent a bill for $20,000 legal fees, he having to sue for fraud on
a contractor's bad work. His business had started to collapse and he found relief by
writing fictional ideas on the internet. He wrote a blog about committing mass murder.
He had been frustrated about some problems he was having with American Electric
Power Customer Service. He said he wrote a blog like Lynn Beck did on TV about
killing a list of congressmen with a shovel.

OPINION: The defendant presented as an individual with no mental disease of defect
that would prevent him from understanding and adhering to right and wrong. He
presented with an understanding of nature and consequences of behavior if he should
break the conditions of bond.

It is this examiner's opinion that the defendant is capable of adhering to the conditions of
the bond as set forth by Judge Urbanski.

# Conrad H. Daum, MD

Box 8994, Roanoke, Virginia, 24014
4334 Brambleton Avenue #88, Roanoke, Virginia, 24018
Phone: 540- 982-5603    Fax: 540-982-1116

9/17/09

The Honorable Judge James Turk
US District Court of Western Virginia
210 Franklin Road
Roanoke, VA, 24011

Re: William White

Dear Judge Turk,

*** The initial evaluation was: 9/17/09
*** The latest evaluation was: 9/17/09

*** LEGAL SITUATION: A more detailed written report will follow. In my opinion, at the time of the evaluation he was competent to stand trial. He indicated an awareness of the charges against him; and he presented as able to cooperate with his attorneys. He was able to spontaneously enumerate most of the conditions of the bond. He expressed a willingness to adhere to the conditions of the bond, and he presented as a person able to adhere to the conditions. He did not exhibit diagnostic symptoms criteria of Delusional Disorder (Paranoia), Schizophrenia, Bipolar Disorder (Manic- Depressive), or Obsessive Compulsive Disorder. He did not present as an imminent danger to himself or others.

*** MEDICAL PROBLEMS: Overweight,
*** ALLERGIES: Atopic,
    ### PSYCHIATRIC PROBLEMS: I- Psychiatric evaluation (799.9) II- Personality Not Otherwise Specified
*** GENERAL MEDICATIONS: Claritin,
    ### PSYCHIATRIC PRESCRIPTIONS: None

Sincerely,

Conrad Daum, MD

Cc: Mr Damico- Defense
Ms Fitzgerald- Prosecution

**FORENSIC PYSCHOLOGY ASSOCIATES**
**Eric Ostrov, J.D., Ph.D., ABPP**
445 E. Ohio St., Suite 450
Chicago, IL  60611

Office: (312) 740-9691
Fax: (312) 527-9088
E-mail:

## PSYCHOLOGICAL EVALUATION

NAME OF EVALUEE: William A. White

SOURCE OF REFERRAL: John M. Beal, Attorney at Law

EVALUATOR: Eric Ostrov, J.D., Ph.D., ABPP

SOURCES OF INFORMATION

1) Interviews with Mr. White; 2) psychological testing of Mr. White using the Personal History Checklist for Adults (PHC), the Symptom Checklist-90-Revised (SCL), the Psychological Assessment Inventory (PAI), the Millon Clinical Multiphasic Inventory-III (MCMI), the NEO-PI-3 (NEO) and the Trauma Symptom Inventory-2 (TSI); and 3) review of records pertinent to this case including reports presenting the results of psychiatric evaluations of Mr. White by James Corcoran, M.D. in December 2008 and Conrad H. Daum, M.D. in September and October 2009; testimony by Catherine White, Mr. White's mother, regarding Mr. White's mental state after his release from prison in April 2011; testimony by Dr. Daum in September 2009 and statements by Mr. White's attorney, Paul Beers, regarding Mr. White's mental condition between July 2012 and May 2014

DATES OF EVALUATIONS: Mr. White was interviewed and/or tested at the Metropolitan Correctional Center, Chicago (MCC) on September 23, 2015; October 28, 2015; October 29, 2015; November 7, 2015, November 10, 2015 and January 8, 2016

DATE OF REPORT: July 22, 2016

PURPOSE OF EVALUATION: To evaluate Mr. White's psychological functioning, to assess his current mental status and to assess any traumatic effects Mr. White's incarceration may have had upon him.

Mr. White was advised of the litigation-related and non-confidential nature of this evaluation. It was explained to him and he understood that this evaluation would result in a report that would be submitted to his attorney to be used as he and his attorney saw fit. He consented to results of this evaluation being released to his attorney.

Document Review: According to the government's response to Mr. White's 2255 petition regarding USA v. William White, 13CV9042, Mr. White was charged with soliciting a crime against the foreperson of a federal jury. He was convicted in 2011 after a jury trial and sentenced in February 2013 to 42-months imprisonment to run concurrently with 08 CR 54.

Mr. White's petition reportedly cited ineffective assistance of counsel at the jury selection phase of the trial. According to a motion filed by Mr. White in December 2013, his counsel rendered ineffective assistance by using his venire challenges in a racially discriminatory manner and failed to inform federal authorities or present evidence of his substantial assistance to Virginia local authorities.

Dr. Corcoran found in 2008 that Mr. White did not exhibit signs or symptoms of any major psychiatric illness. He diagnosed Mr. White with a Personality Disorder with Histrionic and Narcissistic Features.

In September 2009, Dr. Daum opined that Mr. White was competent to stand trial. He diagnosed Mr. White with a Personality Disorder Not Otherwise Specified.

In October 2009, Dr. Daum observed that Mr. White's affect was not depressed. His cognitive functioning was globally intact. He manifested appropriate insight and judgment about his situation. His diagnosis of Mr. White continued to be Personality Disorder Not Otherwise Specified.

In 2012, Mr. White's mother testified that after his release from prison in 2011 he was having nightmares and having trouble waking up.

Mr. Beers testified in 2014 that Mr. White "has got issues. I think he is mentally ill . . ."

DIAGNOSTIC ASSESSMENTS:

1. Interviews with Mr. White/PHC:

Observations: Mr. White presented as a tall, average weight, appropriately groomed, 38-year-old, divorced, white father of one. He was sociable and willingly participated in this evaluation. He seemed to be trying his best to share information he was asked for in an open and honest way. His focus, as appropriate under the circumstances, was on how he has been treated in the past including at various jails or detention centers as well as the status of proceedings against him.

Mr. White was fully oriented to time, place and person. He expressed pride in a project he is working on titled "genealogical charts of European aristocracy." He related working on a book regarding "first millennium religious issues."

Mr. White's statements sometimes were difficult to follow due to his tendency to talk at length in a pressured, scattered way. He said for example that "One guy in jail tried to

stab me. He thought I flipped on him. I had sentencing in 2014, May or June 1st . . . May 1, 2014, this guy, I had nothing to do with this guy's case. Same unit. No interest in turning him in. Took me to court the same day as the guy . . . the same van as three guys telling on him. He sees me (with them) and assumed I told . . . He had a big knife. Not able to get to me. He thought I told he was going to stab a U.S. Attorney . . . He saw me and didn't do anything. I went behind a door. I went to my cell. . ."

Mr. White's tone often was one of protest. Occasionally there was an indication of paranoid thinking or suspiciousness. For example, he noted that persons on the unit like him, which leads him to wonder if the administration encouraged that. His suspiciousness or wariness at no point rose to the level of psychotic or delusional thinking. There was no evidence of hallucinations.

When seen in January, Mr. White seemed more emotionally upset than he had when seen on previous occasions. The Fourth Circuit, he said, had ruled against his appeal. They said it was harmless error. He thought the case would be overturned and he soon would be released. Moreover, he related, a woman he had been communicating with and had hoped to have a relationship with when he left the MCC (referred to later in this report as his girlfriend) had not been in touch with him for a few weeks. On this occasion, Mr. White seemed both angry and to some extent despairing.

Basic Position: "I feel stressed out all the time . . . constantly under stress here. The other day they pulled me out for a drug test two days in a row. I thought they were going to 'SHU (Special Housing Unit)' me. Nothing they can do if you refuse to drink or eat . . . They can't punish you for it. They can't tolerate it."

He was sad for a prolonged period of time, Mr. White related, when incarcerated in Seminole County. His sadness now, he indicated, is less intense. "I work on my book, try to take my mind off things."  Conditions at the MCC are not as bad as they were in Seminole County, Mr. White explained. He had trouble sleeping when he was in Seminole County (Florida), Mr. White noted. He had trouble sleeping because they continually shone a light on him.

His political views, he explained, include that "The whole idea behind the United States is a lie, a nation distinct from a people. Jumble everyone together, (that) opposes the order of nature. Put their will between nature and man is why they always fail."

When they see cracks, he stated, they get repressive. "Not just me, wipe out confederate monuments, don't want 'white supremacists' running around, constantly make enemies within and without . . . focusing on enemies, keep people united in their hatred."

He believes, he indicated, that he made himself the focus of that hatred. "They have to destroy me. . . . sacrifice a person to demonstrate their power. Beat them in court and they get angrier. I continue to publish. The judge said you can have ideas but you have to stop expressing them . . . enhance my sentence because of my beliefs."

3

They want him in prison, Mr. White said at a different point. "The country is sort of fundamentally evil," he explained. "They operate through deception. They can't allow it to be pierced."

He had a web site, Mr. White said, which they took as a threat. "Damage to their control. This country is not under control. A lot of people in this country don't want to live together. The economy has problems. Run debts up. Inflationary pressure . . . free trade is deflationary. Drive down charges. Economic prosperity. Not a real country. Just here to make money."

Current Activities/ Adjustment to the MCC: He writes all day, Mr. White said. He makes charts or works on a book. In addition, he helps people out. He indicated having helped two people be released to a half-way house. He helps people with simple problems, "habeus motions, lose good time (incorrectly)." He helped someone get their indictment dismissed. One kid tried to tell his attorney that the police had lied to the grand jury. He, Mr. White, wrote a motion. The kid was acquitted. The attorney, Mr. White stated, said he did a good job.

In October, Mr. White said that things had been pretty tense for the past couple of days due to troubles on the unit. A guy, G, "a piece of garbage," who had raped someone in the SHU, "a disorganized dumb sociopath," likes to prey on people he can. G was on Bob's bed. Someone apparently told G that Bob was a child molester.

"You can't have faggots around your bed," Mr. White explained. If you do, people think there is possibly something going on with you. G, he commented, liked to extort and steal.

He liked Bob, Mr. White continued. "He doesn't look like a child molester. He said he had a tax case, had all the dates right." He indicated having told Bob that he, Mr. White, is there for him if he needs him.

Later he saw G was still near Bob. Bob indicated that he, Mr. White, shouldn't say anything. G left and Mr. White asked Bob if he was okay. He told Bob he didn't look okay and asked if G was extorting him. Bob said yes, that G had threatened him and that another guy said he would protect him. "We know that is a f..king scam," Mr. White commented. "Excuse my language. I get a little agitated about this." He told Bob, Mr. White related, that "I am there if you need me."

Later, however, Mr. White indicted, Bob admitted that he had had pictures on his computer. At that point, Mr. White indicated, he could do nothing for Bob. "I was so angry, I wanted to smash this guy." But, he noted, if he defended a guy with a sex problem that could be a problem for him.

Bob, Mr. White said, eventually left. Now he believes that "Bob has a secret number for the administration . . . Bob says 'I'm out of here' . . . the fact that he had the number, he's snitching too . . . That disturbs the quality of life."

4

IN RE: William White
DOB:
SSAN:

Sincerely yours,

Conrad Daum, M. D.
Psychiatrist

Cc:  David Damico
     P. O. Box 1578
     Roanoke, VA  24007

     Rafael Ferris
     P. O. Box 1791
     Roanoke, VA  24008

     Ms. Page Fitzgerald
     Department of Justice
     Civil Rights Division
     Criminal Section
     Room 5200
     601 D Street, NW
     Washington, DC  20004

     Mr. John Richmond
     U. S. Department of Justice
     Civil Rights Division
     950 Pennsylvania Avenue, NW
     PHB – Room 5612
     Washington, DC  20530

     Mr. Thomas Bondurant
     P. O. Box 1709
     Roanoke, VA  24008

Page 5 of 5

02974

Physical Functioning: On the PHC, Mr. White denied any current notable physical problems. He indicated not having a history of any notable physical illnesses.

Mr. White reported when interviewed, however, that he had been to medical eight times for out-of-control infections. The staff, he stated, are "not able to process a request for medication . . . half the time at sick call (they haven't scheduled an appointment) . . . took a while to figure out the right stuff I need, less exercise . . . fungal infection, exercise makes it swollen."

"This is one of the most dysfunctional facilities in the Bureau of Prisons," Mr. White commented. "My legs were bad before, atrophy of calf muscles . . . from being in solitary." He reported in this context currently exercising in the morning.

Emotional Functioning: Mr. White said when asked about his moods that he is "tired of sitting around here."

In July, Mr. White said he had been tense due to troubles on the unit. He cited a person who raped someone in the SHU and a person who had a giant knife taken from him. He referred to older, solid white guys who are not used to prison types. He cited "faggots around your bed, child molesters." One guy extorts and steals, he observed.

When asked the last time he was sad, Mr. White said he doesn't get extremely sad. He is unhappy sitting around in the MCC. He cited in this regard always having a poor appetite and often having trouble sleeping. He finds himself, he said, becoming irritable easily.

In November, Mr. White mentioned having felt drained in 2014. "The lawyer said you are going to be acquitted. He was wrong of course . . . not easy to start again. I got so depressed after the trial. These people convicted me on garbage. The lawyer did a terrible job . . . U.S. v White . . . pending . . . appeal." He believed at this point that his conviction was going to be set aside. "And even if it goes back to trial, the worst scenario is time served." The government, he noted, offered a nine-level reduction.

On the positive side too, he cited a new book that is probably going to come out. "Practically guaranteed." His sadness at this time, he said, is less intense than it was when he was in Seminole County.

He was last nervous or tense, Mr. White related, when "they packed the floor (at the MCC) with people with serious psychiatric issues." Those persons cleared out after a while. "Got themselves thrown out." But while they were there at times it was very stressful for him.

Mr. White affirmed a history of panic attacks. "Right before I was arrested there was a lot going on. My wife almost died before I was arrested. My wife became pregnant in 2007. She put on a lot of weight . . . She collapsed when she was six months pregnant . . . My

wife almost died even before we separated . . ." His daughter, he said, weighed about two pounds at birth. They had to put her in an incubator.

A lot was going on at that time, Mr. White continued. He had to fire a contractor because half a wall had crumbled. "The guys took the money and went on vacation." They painted over walls that were rotten. At the time, all the banks were collapsing. "Had the market not collapsed, I would have taken 300,000 out. Instead my wife collapsed and contractors ripped me off."

He filed for Chapter 11 for one company, Mr. White stated. That was a lawyer's idea. In retrospect, Mr. White said, it was a bad idea but it would have worked out if he not gotten arrested. "Better vision with hindsight." His wife was sick and wanted him to be at the hospital twenty-four hours a day. Contractors, he commented, always screw him over. "I wasn't dishonest with them. I sensed they were over their head. I figured they would do a better job. They screwed up. I took notice . . . criminal charges. I insisted they follow the contract."

He was working night and day, Mr. White commented. "Suddenly I seized up. Not a heart attack. I went crazy on these people. I wouldn't say panic attack. I went off on these people."

Things were very stressful just before he was arrested, Mr. White said at another point. But he was feeling good. "I used to work. I love working. Hang with my wife. Went out all the time." "Suddenly," he stated, "I was arrested on a bogus case . . . They pulled law suits on me. (Subsequently there were) 200 pages saying what I was doing was legal . . ."

Mr. White denied any history of compulsive thoughts or behavior.

When asked about any specific fears, Mr. White responded that while in prison he is "constantly afraid of these people." He pointed to the whole federal prison system in this regard. In prison, he never knows when people might come after him. When he went to prison, he said, they "kicked the crap" out of him. "You don't have to break the law to get arrested. They try to put a crime (on you) for an imaginary crime. No recourse. They torture people. Sit years in court. Not much (you can do)."

At this juncture, Mr. White noted that "in prison it doesn't matter who started the fight. "Never know who they are going to crash into." He cited their having put a child molester near him. He heard that that person had a history of sexual assault. One person sat all day drawing pictures of children. One guy tried to hang himself. Two persons were maced, "That kind of stuff is stressful." However, he qualified, "This place is not the worst it can be."

His greatest source of stress, Mr. White said, is being locked down for the long term. Prison, he said, was very stressful for him. All he could do is walk in circles all day.

In Seminole County, he noted, he stopped eating and indicated he would not resume eating until they treated him better.

The MCC, he noted, is better. "Here they leave you alone." He is able to have his own property.

He usually goes to sleep at 10:30 p.m. right after count, Mr. White said. He denied difficulty falling asleep. People, however, he noted, stay up all night playing music and smoking synthetic ketamine. "They smuggle it in . . . doesn't show up on a drug test . . ." [Per the internet, ketamine is "a dissociative anesthetic: a drug that distorts perception of sight and sound and produces feelings of detachment (dissociation) from the environment and self."]

Mr. White denied having problems sleeping despite the persons who stay up all night "Not here. In Seminole County, there I had nightmares."

He wakes up, he said, at 6 a.m. when MCC staff awaken him. He gets, he related, about seven and a half hours of sleep per night.

Mr. White denied a history of hypomania.

He denied any history of hallucinations.

Substance Use: Mr. White denied any history of alcohol or illegal drug abuse.

Interpersonal Relationships: "I'm very paranoid about people," Mr. White noted. "The government around me . . . I am a high priority of the Civil Rights Division."

Mr. White cited in this regard, a person who was put in a cell with him. "He claimed to be part of the KKK socialist youth party. The guy had no idea what he was talking about . . . He obviously was a plant."

The person he trusts the most, Mr. White said, is his mother. But not about everything, he qualified. "Whatever she doesn't want to do, she's not confrontational." He gave as an example his needing a lawyer. He asked his mother to find out what the charge was. "A judge is not going to listen without a lawyer." He asked her for six months whether she would do it and she continually said yes. But when he would ask her if she did do it, she would say no. At one point she said she went on the internet and decided he did not need one. "At times mother decides she knows better, then leads you on."

He can't trust most people with money, Mr. White noted. He did trust in the past, however, a friend who collected money for him.

He doesn't trust people in prison, Mr. White commented. He has, in contrast, many friends in the American Free Press. He trusts his girlfriend. A lot of people have helped him, he said, including Sid, "born Jewish . . . helps with research."

He has two brothers, Mr. White related. He is the oldest. His brother, age 36, was in car accident and is disabled. "My parents don't do anything. I helped him get on disability . . . He has a college degree. In a coma for nine months. He's weird. He goes crazy periodically . . . He has no idea why he's doing it . . . posts weird stuff on Facebook."

His other brother, age 34, reportedly is about to move out of his parents' home. That brother is the CFO of a little start-up company. "Hasn't had a girlfriend in 12 years, something wrong with him."

His parents, Mr. White noted, are well off. His father, he said, used to work with the CIA. "He retired a long time ago. He's not all there. He also drinks steadily. He flies off the handle over crazy nonsense. He's a very angry person all the time."

There is only one person who really bothers or upsets him, Mr. White said laughing. He cited in this regard a girl in the past who "lied for whatever reason." In addition he is upset with his wife for lying.

In 2012, he said in regard to the girl he had just mentioned, she turned him in when he went to Mexico. "She tried to extort everybody, my wife, the judge. She used my ID to do this stuff . . ."

He dated a lot of women while he was in college, Mr. White noted.

Before he met his wife in 2004, Mr. White commented, he dated Jennifer. He wanted to marry her but things did not go well. "She misrepresented a lot about her life . . . She took medication for depression, locked herself in a room 14 hours a day." One day, Mr. White said, Jennifer attacked him and "I walked away."

He thought, Mr. White said about his wife, that she was a good person to marry. But he didn't want to rush into marriage. She was already living with him. She wanted a certain ring. "I guess I was young and stupid."

Later, he said, "I was willing to walk away, done. She ran (up) debts in my name. She sued. The judge gave (us) joint custody. I didn't want full custody. I realized these people were still trying to get me. I didn't think it was good for my daughter. (My) lawyer, I think, said you're going to lose if you don't settle. She was caught lying in court repeatedly . . . She said no income . . . (that) nobody was living in my buildings. Called people and said she was broke. Turned extraordinarily ugly, 350 lbs." All of her allegations were false, he emphasized.

She stole all his money, Mr. White continued. While he was in prison, she sued him for divorce and child support. She didn't let him speak to his daughter for almost two years.

She did everything she could to make sure he was not able to get out of prison. "She wrote to the Bureau of Prisons to keep me."

"I usually dress well," Mr. White commented. "I'm not arrogant about it. I try to look presentable. She has no sense of what is presentable. Her family is trash, he said. "She's like her parents. They are people who borrow and then default. My wife does the same, file for bankruptcy every few years . . . didn't pay rent, utility bills . . . ran up debt on credit cards."

His wife hates him, Mr. White continued. He has more reasons to hate her but he doesn't. "My daughter needs someone to care for her. I can't. No point in being angry (at her mother)." He has tried to stop his parents from giving his wife money but they don't care, he said.

When he was first arrested, Mr. White said at a different point, his wife lied to a lot of people about him. Thereby she, "broke a lot of friendships and business relationships."

Mr. White talked fondly about his daughter. She is going to be eight years old in a few weeks, he said in November. "I write to her. Sometimes my wife gives (my letter) to her, sometimes not . . . I write to my daughter regularly, no response." His daughter, he noted, goes to karate and loves horses. "She won a National Geographic award for writing. Very smart . . ." His mother sees her and sends photos. "Looks like she is doing well. I know she would like to see me."

He has quite a few friends, Mr. White said. "More than these people want me to have." People, he said, write to him and send him money. He has, he noted, a legal defense fund.

He indicated believing that when he is free the people his wife alienated from him will probably get back in touch with him. They will, he indicated, ask him what he is doing. They will want to put their money somewhere.

He has a friend who is very wealthy, Mr. White continued. "Hundreds of millions. He used to bankroll a lot of my projects."

On the other hand, he qualified, he doesn't know when he might get arrested again. If he agrees to do something, he feels obligated to do it. He will not take money, he noted, if he knows in advance he will not be able to complete what was being asked of him.

He doesn't want to be a linchpin, Mr. White said. He would rather let other people do things, work together to get things done. He never knows if he is going to be around, he said. He cited in this regard mail taking a long time to reach him.

Regarding his girlfriend, Mr. Whites explained that. "I met her before the arrest." He had known her for about four years at that point. She wasn't his girlfriend then. "She kept trying to meet me . . . Before she was a friend of mine . . . . She is in love with me. I like her . . ."

She is editing his new book, Mr. White noted. She does a lot to keep him in touch with the world. "She invested a lot to keep in touch with me. She's in Australia . . . She owns a publishing company. She wants to publish some of my material." Before he was arrested, he said, she solicited articles from him.

He has never physically met her, Mr. White continued. But his doing so is a high priority once he is released. "She is attractive, early 40's, has a daughter . . . about 12 or 13 . . . She is in love with me (which is) why I consider her my girlfriend . . . I am extremely interested in her." They have, Mr. White said, a lot of casual acquaintances in common.

He doesn't get personal with other detainees at the MCC, Mr. White commented. "A bad idea in prison . . . too much garbage going on." He referred to the SHU in this context. "People with known problems. Guys like to crash into somebody . . . My cases are racially inflammatory . . . most people know I'm involved in white (race issues) . . . I have 12 to 15 published opinions . . ."

He tries, Mr. White noted, to get people who are solid to move to their section. "I ride with solid white guys." But if someone is not with them and is not preying on them, they're okay.

He once again referred to G: "crazy predators who like to start (problems) . . . I'm not hostile to people, not personally disrespectful to other people." He has helped out black guys in prison, Mr. White noted.

He denied having had any visitors while at the MCC.

Anger Control:   When discussing contractors who always "screwed (him) over," Mr. White commented that he "suddenly seized up . . . I went crazy on these people . . . I went off on these people."

Marion penitentiary, he commented, was a nice facility. "Non-violent terrorist cases, counter-terrorism for people who don't give problems." The MCC in contrast, he stated, is not that kind of facility. "I destroyed their SHU . . . They knew I was going to flip out (because of) what I did the last time . . ."

In the MCC, Mr. White said, "a guy threatened to kill me. He was there to fight me. I punched him before he hit me . . . They threw me in (the) SHU. I barricaded my cell for two weeks (until) they grabbed me with a tactical team."

But now he tries to stay out of trouble. "I can't afford any disciplinary. I try not to cause problems . . . I can't let people know . . . half the people here are driven by envy and hate. Knowledge can trip you up."

10

In Seminole, Mr. White noted, he tore a cell up. He wasn't going to live like that. He didn't eat for a week. Then they made a few changes. The main thing was that eventually they turned the light out at night.

He became really stressed out about the Bob and G issue, Mr. White said. "I told G off. 'You can't extort people' . . . I tried to relax. A child molester gets extorted. I said that's okay outside of me."

G, Mr. White said, was stalking him, shadowing him. "I know these guys. (They) study other people to see if they can prey on them. 'Who can I jump on?' I see them in prison. I know a guy was shadowing me but he had the good sense to stop." G saw, Mr. White said, that he was helping most people with their legal problems. "Most people are good with me."

He is, Mr. White indicated, a lot less tense about it now. But at the time he was "trembling with anger." He was going to knock someone out if he could figure out what the right thing to do was.

Developmental Background: He was raised, Mr. White reported, by his biological parents in a sibship of three in an upper-class family. Family relationships when he was a child were marked by frequent arguments. He generally received good grades but he disliked school. He usually got along poorly with his teachers and had to be disciplined in school often. He had few friends during his grade-school years, He described himself as a child as shy, unhappy, lonely and intelligent.

Mr. White described himself as a teenager as active, happy, outgoing and intelligent. He had several close friends. But, he related, he continued to get along poorly with his teachers and had to be disciplined in school often. Family relationships continued to be marked by frequent arguments. He may have been depressed when he was about 13 years old, Mr. White said at another point. "Sort of biochemical . . ."

After graduating from high school, Mr. White recounted, he planned to work, continue his education and get married. He attended college but did not get a degree. He began working full time at age 20. He has worked as a technical specialist. His primary occupation has been as a small business owner.

The first job he had, Mr. White said, entailed creating websites. "I worked primarily for someone else. He quickly promoted me."

He began technology consulting in 2001. He worked for a company for 9 months, the full length of the contract. He did logistics management. They offered him another contract but he turned it down. "The guy running the project was an idiot, incompetent. I did all the work. It was easy. I did a manual on it."

"I left jobs with people I disagreed with," he commented. He believed he could make more money working for his own business.

He thereafter got a job with a failing tech company. He had problems with the manager. "Then I walked . . . They had no revenue . . . I said this company is going under . . . When I work I like to work. Then I go home. To them, socializing was more important than work."

He indicated having told a manager that he had no work to do whereupon the manager told him to just hang out. "The job was not as good as I thought. I walked out. I got terminated, severance . . ."

He has a lot of math knowledge, Mr. White indicated. "Calculus they didn't understand." He related having solved a certain problem in 45 minutes. He told someone that something wouldn't work. "The guy told me to shut up." He thereafter was out of work for two weeks. Then they called him and said they had a problem. "I told the guy off, that you don't know what you are doing . . . The guy was screaming . . . I said get out of my face. I said this job is not working out . . . They said we terminate you."

At the next job he had, Mr. White said, the manager left him alone. He solved major computer problems for them. An older guy listened to him. That company went out of business, Mr. White related.

He denied ever having been fired from a job.

Arrest History:  He was first arrested in 1996 at age 19, Mr. White said. He was pulled over for speeding. "I had a hunting knife in my car. In Maryland that is not a crime. I was stopped by the police." He was convicted of misdemeanor assault and resisting arrest. "I knocked out three cops trying to arrest me. They were threatening and abusive . . . I caught seven months."

He used to be far left (politically), Mr. White said. "Anarchist. I had political literature. The police were upset about it … I punched (one of them) in the face and knocked him out . . . a fourth screamed for help. They beat the living hell out of me, a fractured skull . . . one guy almost shot me . . . I went to jail for seven months (followed by) three-years probation."

While on probation, Mr. White indicated, he "was hit with petty assault . . . I went to a political demonstration in D.C., a fight, anti-war, ex-military . . ."

He thereafter was picked up for "brandishing," Mr. White related. "Part of my business . . . collect rent. I grabbed a 12-guage and it went off." That case was dismissed, Mr. White stated

He was charged with violation of probation for leaving the country, Mr. White noted. They could not charge him for going to Mexico. He pled guilty and was given a sentence of 10 months.

He was arrested, Mr. White noted, in Virginia in October 2008. That case was dismissed twice but thereafter, Mr. White said, reinstituted twice by the Seventh Circuit. There was a trial in December 2009. In April 2010, he was sentenced in to 33 months.

In 2014, a 91-year-old judge died. "He ended up being the alleged victim in this case. Her father knew the judge." He referred in this context to the girl mentioned earlier who, he said, was 18 years old and was involved with the Insane Clown Posse.

History of Incarceration: He has been locked up for most of the past seven years, Mr. White related.

Since October 2008, Mr. White indicated, he has been held in various correctional facilities including the MCC. He was incarcerated between November 2008 and July 2009. He was at the MCC between December 2010 and April 2011. He was not incarcerated between April 2011 and June 2012. He was in the MCC between December 2012 and March 2013. He had just returned to the MCC when seen in September 2015. He believes the government wants to put a large amount of time on him.

"I had a very difficult time in the Bureau of Prisons," Mr. White continued. "The government never had a good case on me. (They have) done everything they can to harm me while I was waiting trial. I have a law suit against Florida, They started to harm me there . . . I have a background . . ."

Before he was arrested, Mr. White stated, "they tried to set me up for various reasons. All my cases were coordinated out of DC by the Civil Rights Division task force." He cited thousands of pages of discovery and fifty thousand pages in his FBI file. "Put a lot of resources into me . . . launched prosecutions . . . evidence marginal."

Mr. White cited in this context an informant named Harold Turiner (Sp?). "He is a big informant in New York." Mr. Turiner was arrested and "they were forcing him . . . he went to two people both of them psych cases. One guy I met briefly. The other guy used to live in Roanoke Virginia. I didn't know he was diagnosed with Schizophrenia. Turiner went to these two guys and told them to set me up so he could get his informant contract back . . . they concocted a story that I (planned to) blow up Barack Obama with a truck bomb . . . Verify Mr. Turiner's transcipts on PACER. He made the story up. The government decided they have to get (me) off the streets."

Another person (Matthew Hale) was convicted of a violent felony against a federal juror. "He's doing 40 years. This jury was tainted . . . the government said you published his information. The case was thrown out twice, reinstated twice . . . They don't have evidence that I was going to blow anybody up. They started kicking the crap out of me . . ."

"I was just trying to help Matt out," Mr. White noted. "I was helping Matt's habeus and I had the address of the guy . . . internet solicitation . . . I never intended (solicitation) . . . basic research I do all the time for a person . . ."

He was in jail in Roanoke in 2008, Mr. White noted. "Didn't let me sleep, a tiny room. They had a deputy keep me awake all the time . . . by banging on plastic. The deputy said you will never get out of prison, (that) you need to confess . . . the government managed to hold me without bond."

In November 2008, Mr. White said, the sewer system backed up. "Flooded the place with feces, didn't give (us) proper cleaning tools (because we were in the) SHU. The cell was overrun with cockroaches . . ."

In July 2009, Mr. White said, he was acquitted of intimidation of witnesses and other persons. "Civil rights intimidation ... I made political statements. People felt scared that was enough . . . strong views . . . . . National Socialism as a political view. I wasn't involved in anything."

Just before they released him, Mr. White said, the government appealed. "Intent to kill various persons ... nonsense . . . in their imagination . . . you have to read the transcript . . . most they made up . . . then backed off . . . watched me intensely. They thought I was the shooter in Lefkow. I was in D.C. at the time . . . I caught a brandishing charge which was dismissed."

At this point Mr. White referred to a college professor who was teaching something negative about white people. "They lost all the records. Somebody called and the woman said it was me. (Apparently someone said) Marxists should be shot. I had called there 20 minutes earlier, called to verify the number. I used to have a lot of people (who would) read my website . . ."

He was in the Roanoke city jail in 2009, Mr. White noted. "Not so bad, very mild lock-up facility. First arrest, one of the bullpen cells, wouldn't let me shower for a week, (couldn't) shave. I was so tired I could hardly stand. I was not treated very bad there."

The case against him in 2009 was dismissed, Mr. White noted. What he did was not a crime. The law he was convicted of breaking in 2008 was voided as unconstitutional (but) other counts stuck. "A landlord in Virginia Beach, a black, claimed he was being discriminated against. I made harsh comments to the people involved . . . I wrote them a letter, told them they shouldn't be screaming at their landlord. Witness intimidation. Even though I didn't intend (that) they still felt scared . . . U.S. v Elonis (Sp?) voided a threat statute . . ."

He was in something like SHU in the Roanoke jail, Mr. White indicated. But they had recreation every day. He could go out for an hour each day. "Not like the Bureau of Prisons treats people in SHU."

They wanted to give him 75 years, Mr. White continued, but instead he received 33 months, They did everything they could to hurt him, Mr. White said. "The government

14

doesn't deny this. Back in population, no reason to lock me down . . . just locked me down when the federal attorney called and said (to do so)."

A judge recommended that he be moved to a minimal facility. He went to a facility in West Virginia that wasn't so bad. He was in general population.

But in September 2010 things started getting very bad. They were angry that he beat a case. He noted having gotten into a fight. "A guy tried to attack me, him aggressive against me. A black guy read about me in a newspaper."

In December 2010, they put him in the SHU and wouldn't let him out. "This case here came back on me."

Two weeks earlier, Mr. White continued, he found out that his wife had emptied bank accounts and had taken 8 to 10 thousand dollars from him. His business was collapsing. Moreover, he had gotten into "a petty fight." The U.S. said don't let him out of SHU. They brought back his case.

In addition, Mr. White related, he had a bad reaction to an allergy medication. "I took it and it made me nuts . . . That's what they told me they were giving me." He had had no problem with Claritin. He cited an awake kind of dreaming state. Someone told him it was the pills.

A doctor, Mr. White noted, said there was nothing wrong with him. The government, a "shrink," said he was a sociopath.

The SHU, he said, was filthy, "flies . . . sewage, no chair . . . a month before they let me out."

Mr. White said about the person who had tried to attack him that "He threatened to kill me. I started flipping out . . . My business had collapsed. My mother was calling me. I proved to her that my wife, something was wrong with her. She gave me phony financial reports while I was in prison. Did the same to my mother. My mother said (my wife) was not stealing."

He didn't move back with his wife, Mr. White stated. His wife gave an abandoned building as a release address. He was writing to her. His mother said he wrote something crazy. "I'm called crazy for things that are true."

He wanted, Mr. White said, to go to a half-way house. "They said cooperate with them. The prison said you are not cooperating." A half-way house in Virginia said he was too high profile.

He was released in April 2011, Mr. White said. A judge threw the case out. His mother picked him up. "They push you out with nothing." His mother drove him to Maryland. He stayed there a while. He asked his wife for a divorce. "Caused me two and a half million

in damages. I said you don't have money. I don't want money. She sued me, Virginia doesn't have no fault. Draw something up."

She took off with their daughter, Mr. White said. They had their first hearing in September 2011. "I ended up agreeing to joint custody."

He obtained a job in 2011, Mr. White noted. "One of my friends owns a publishing company. My real estate company was a mess." The city, Mr. White said, was making threats about the properties. His wife let people strip buildings. Two buildings were set on fire.

Mr. White cited in this context testimony by Dr. Daum to the effect that collecting rent is a dangerous business. He cited a guy having swung at him. "I knocked him out. He did time. I was acquitted." The government said he, Mr. White, was crazy. A court-appointed psychologist said he was not crazy, that he just had alternative political views. The psychologist said there are people who do dangerous jobs.

Further Legal/Interpersonal/Psychological Difficulties: He had gotten out of prison (in 2011) and faced "all these problems." His father went off on him because he was working from the house. His father screamed that he, Mr. White, didn't go to work. His mother didn't want him to divorce his wife. She tried to push him back to his wife.

Meanwhile he raised money to repair buildings. He negotiated with a bank. At that time, "I couldn't sleep at night. I woke up half the time."

He moved out of his parents' house in July, Mr. White said. In September, he woke up at 3 a.m. convinced the FBI was knocking at his door. He went to his car. He was convinced that people were after him. "That was crazy. Nobody was after me."

He drove to Knoxville in order to snap out of it, Mr. White continued. He called a friend. He called his mother.

Mr. White said at another point that "I drove to Knoxville and back . . . it was insane. I thought the feds were after me . . . Having a nightmare. I woke up and it was still going on. I think the medication got to me. The world blurred for four months. (The reaction to) the allergy medication was not right. Crazy months. Sleep and wake blurred into each other . . . (after six to seven) months I stopped the allergy pills and it started to alleviate."

Regarding cases against him, Mr. White said that he knew Hale in 2001. "I told him not to do anything to Lefkow. He emailed her information out. I (thought that was) stupid. I said you need to leave her alone; you're going to get yourself locked up." An informant pretended he was a hitman. "We exchanged about three emails. (Hale) told me to shut up (that) he knew what he was doing . . . The NY Times quoted me as having said the federal judge deserved (it) . . . Their informant said I never instructed them to commit a crime . . ."

16

Two other cases, Mr. White said, are going well. The Virginia case went to oral argument. The sentence, he believes, is being vacated. "A complex legal condition, improper jury instruction. The lawyer said no question that I'm going to be re-sentenced."

Mr. White referred to an 875b charge. "Mens rea, extortion. The Supreme Court threw out intent threat (but now they say) intent to extort. They offered me a six to nine level reduction. I said no . . . I'm not guilty."

As to another sentencing: "The girl is obviously lying. Testified differently in Florida and Virginia; email account hacked . . ."

When he got out of prison, Mr. White explained, he fled the country. "The girl turned me in. Suddenly my email accounts were used to commit all these stupid crimes . . . hacked."

Mr. White referred to the counter-terrorism unit in the Bureau of Prisons. "At Marion, all the mail was read except lawyer-client. Have to schedule (visits) two weeks in advance. Our unit was isolated. No contact visits. An intelligence analyst acted as a counselor. I hadn't done anything since I was arrested. No disciplinaries. Can't go to ADX, supermax."

He believes, Mr. White indicated, that the government wants to hold him for as long as it can. "A vendetta. They're angry I was acquitted. I just got 30 (months) in Virginia. The lawyer said they were infuriated. They have a task force in DC, Civil Rights Division. My FBI file has 15 thousand documents."

Experiences While Incarcerated: Mr. White said in regard to his prison experience that he didn't sleep for a week. "Sleep deprivation, freezing cold cell, a cell full of roaches, cell flooded with feces. What recourse (did I have?) Nothing. Now I know how to file a civil rights suit. Now they have to say yes we did all this. They don't care. They will transfer you and not care. Seminole County 24 hours a day, video camera broadcast all over the jail . . . They admitted it. Arrest you for anything. They can do whatever they want. Very unlikely a recourse. Nobody marched for me. I not on the same page as the major media . . ."

He indicated difficulty sleeping in a dormitory. "You never know what people are up to."

In Seminole County, he said, "I was always locked down. I didn't eat for a whole week. I didn't drink water." He was held, Mr. White said, in a 7 foot by 7 foot room for six months. "Two bright lights, 24 hours (a day) . . . bed a concrete slab, a video camera on me, no reason to do this. I refused a plea bargain." He stopped eating, Mr. White said. He went to medical. "I became very ill because of the conditions . . . I didn't eat or drink water for a week. They were afraid I was going to die . . . deliberate infliction of pain., They don't deny it."

17

He lost five pounds a day, Mr. White said, 35 pounds in a month. "My teeth started chipping . . . abusive light . . . the law says you can't videotape (someone while undressing)." Mr. White cited "abusive use of a security camera."

"They left me for three months," Mr. White continued. "Broadcast video thoughout the jail to humiliate me. Didn't let me out of the room . . . throwing away all my mail for a while . . . One guy threated me with a Taser. They suspended him … officials threatened. A girl (who) showed up intoxicated testified . . . I was in a Mexican jail the whole time."

Thereafter, Mr. White related, they moved him to a cell that had the same conditions. "I threw toilet paper over the camera. A guy came in and handcuffed me. He pointed a Taser." That person threatened him. "He was suspended for two weeks for that . . . He said he was going to strip me. He pulled (out) the Taser. I wasn't handcuffed and I was cooperative. He threatened. He was the sergeant. He had assaulted other inmates . . . I told them I wasn't going to eat or drink."

He told them, Mr. White continued, that he was going to die if they didn't move him. After seven days and after going to medical twice a day, a doctor told him he was going to sustain kidney and liver damage if he persisted in not eating. The doctor thereafter overrode the conditions he was subjected to.

He tore up the cell when he was in the Seminole Florida jail, Mr. White said at another point. He felt that he was "not going to live like this." Thereafter they made a few changes. "Turn the light out was the main thing. Not let out for three months."

They say, Mr. White protested, that he didn't file a grievance for three months. That is not true, Mr. White said. "They didn't say that they didn't give me the form, (that) they refused to give me the form."

"How corrupt jails beat the system," he continued. They said that he did not fill out the form correctly, which also was a lie. "All blatantly unconstitutional. Broadcast all over . . . They admitted there was no reason to treat me that way."

When he started to file complaints, Mr. White said, they started to harass him. They wouldn't let him file grievances. "They started lying . . . They didn't read my affidavit . . . I filed my suit."

"I didn't do it," Mr. White commented. "They think I know something about it. I don't know. I wasn't involved." That case, he said, has been dismissed twice and reversed twice.

Subsequently, they brought him to the Chicago MCC, Mr. White said. "Took me to the 11th floor, no heat . . . 20 below zero, one blanket, badly torn uniform. I woke up in the middle of the night trembling."

They refused to answer requests for records, Mr. White said. "Seven years ago . . . threw me in the SHU, solitary confinement, two bunks in it, several days, one 15-minute phone call per month." In the SHU, Mr. White said, there were "lunatics, people screaming."

He has had no disciplinary infractions since his re-arrest, Mr. White noted. "No reason to do anything." In Roanoke, he noted, marshalls tried to question him.

They transferred him to the Chicago MCC in December 2010. "I wasn't doing well." They put him in population, Someone, Frankie, who now is a friend of his, radiated an aura that he might kill at any moment. They put him on the 13th floor "where they put a lot of the psych cases but I'm not one."

Mr. White referred in this context to a child molester who placed a video of his raping his one-year-old daughter on the internet. "He has a 70 IQ. A child molester tried to talk to me. I said I won't do anything to him (but) I can't hang around child molesters. I told the guy to leave me alone. They dropped a ticket on me. He (?) told people I had a knife . . . My cellie did all kinds of shit like sell marijuana. A retarded guy bragged that he was going to get tickets. I punched him in the head. He ended up biting me. A child molester treats me like that in front of other people. If I wasn't on medication (I probably wouldn't have done it)." He confirmed that by medication he was referring to allergy pills.

Thereafter, Mr. White continued, he "really flipped out" because the last time he was in the SHU they treated him so badly and the captain said they were never going to let him out. They had taken away his privileges because of a fight, He couldn't remember specifically what the fight was about.

 "I really wasn't well," Mr. White continued. Eventually the captain made them put a mattress in his cell. He did his thing every day, Mr. White said. He took a razor and cut up his jump suit. "I was tired of these people."

Mr. White mentioned in this regard something having happened with a witness, which he didn't know about. The government instituted a lockdown because they thought he had something to do with it but they didn't tell him. He didn't know if he was being screwed around. He refused to come out of his cell. They sent a tac team to get him out of his cell. The Captain said he was disrupting the facility.

As a result, "I said okay. I took a razor blade, cut everything up in the room . . . including my own property." Then he made "a little cut on my stomach." He wrote on the walls and barricaded the window. "You learn crazy things to do," Mr. White said with a slight laugh.

He was cuffed up at the last minute and taken to another cell, Mr. White continued. He was punished with no commissary and not being able to see his family. "I ended up flipping out. I thought I was going crazy but I was not. An orderly came to me. He said you take yellow pills, He said that's what is f...king you up."

He started feeling better, Mr. White said. "Over-the-counter medication, also anti-depressant medication. They tell you this. I had a friend look it up. (It said) less than one percent of people experience hallucinations."

He told the BOP doctors he couldn't metabolize the medication (chlorphetanamine). A "shrink" called him a liar, Mr. White said.

In any event, Mr. White related, he started to feel better. He was released from the SHU. They put him in a larger cell with a guy who had everything. "They knew he'd give me everything I wanted, help him out to keep from going crazy."

Marian, he commented, is a nice facility. "Mostly older, non-violent terrorist cases. Counter-terrorism for people that don't cause problems."

The MCC, he said, is not that kind of facility. "I destroyed their SHU . . . They know I'm going to flip out (as) I did the last time. He tries to stay out of trouble, Mr. White indicated. "I can't afford any disciplinary. I try not to cause problems ... half the people here are driven by envy and hate. I know that can trip you up."

"I feel stressed out all time," Mr. White commented, ". . . constantly under stress here. The other day they pulled me out for a drug test two days in a row. I thought they were going to SHU me. There's nothing they can do if you refuse to drink or eat . . . They can't plan for it. They can't tolerate it. I don't know where things are going . . . I space out, in here not as much as (when I was in) Seminole County."

Treatment: He has had a lot of evaluations, Mr. White noted. "Never found anything really wrong with me." The government, he said, asserts that he has a personality disorder. "A serial killer personality," they said.

One government shrink, Mr. White continued, said he is a lying sociopath. They assume he has never been mistreated. One evaluator said he was lying. "He didn't do research to determine if I was lying. He said, 'I don't believe anything he says.' The judge suppressed it. Another said I might have some personality (issues). They never said an Axis I disorder.

Mr. White denied any history of psychological or psychiatric treatment. He denied any history of taking psychiatric drugs. "No-one said I was crazy."

Mr. White cited in this regard the testimony of a Dr. Daum. "He defended me. (Prosecutors) said he, (Mr. White) is a sociopath. (Dr. Daum) said no. Said it was a stressful job. Really nice to me . . ."

Plans Were He to be Released: "I don't see things going well . . . I can't live in this country . . . I would like to leave the U.S. My girlfriend thinks South America. Technically I'm a dual citizen . . . I don't want to go into details . . . be with my family

20

until I'm situated. Probably (will be) released on appeal while the government tries to re-try the case."

At a different point he said he can't live in this country "the way they come after me."

He has a job with Free Press, Mr. White noted. But "they are not going to stop pursuing me." He would go to Russia where they can't extradite him but he doesn't have a passport.

2. Psychological Testing.

A. SCL Results: Mr. White did not endorse having experienced any of the listed symptoms to the extent of extremely during the previous two weeks.

To the extent of quite a bit, he reported having experienced feeling critical of others, feeling tense or keyed up and feeling people will take advantage of him if he lets them.

He endorsed having experienced various symptoms of stress or anxiety or disillusionment to a moderate extent including worrying too much, nervousness or shakiness inside, trouble falling asleep, feeling easily annoyed or irritated, feeling trapped or caught, feeling most people can't be trusted, feeling blocked in getting things done and feeling hopeless about the future.

He endorsed symptoms of apprehension or anger to this extent including feeling uneasy when people are watching or talking about him, restless or disturbed sleep, and having urges to beat, injure or harm someone.

He endorsed symptoms of stress, depression or disillusionment to a slight extent including feeling others are to blame for most of his troubles, feeling watched or talked about by others, feeling something bad is going to happen to him, early morning wakening, temper outbursts he cannot control, having urges to break or smash things, feeling afraid in open spaces or on the streets, thoughts and images of a frightening nature, feeling uneasy in crowds, heart pounding or racing, feeling lonely, feeling blue, feeling others do not understand him or are unsympathetic, feeling lonely even when he is with others, feeling people are unfriendly or dislike him, and never feeling close to another person.

He denied having experienced any suicidal thoughts.

B. NEO Results: Mr. White scored in the above average range with respect to openness to new experiences and conscientiousness. He scored in the below average range with respect to interpersonal agreeableness.

Subscale scores indicate a high degree of assertiveness, ambitiousness, straightforwardness, and an orientation toward imagination and ideas.

He scored in the low range with respect to compliance, orientation toward values, and modesty.

He scored in the very low range with respect to excitement seeking and trust.

He scored in the high range with respect to anxiety, depression, and angry hostility,

        B. MCMI Results: Validity scores indicate that Mr. White tended to deny any psychopathology on this test.

Results are consistent with narcissistic traits.

Item endorsements included that when he has a choice, he prefers to do things alone; that he takes great care to keep his life a private matter so no one can take advantage of him; and that he is alone most of the time and prefers it that way.

He endorsed often criticizing people if they annoy him, sometimes being pretty rough in his relations with his family and having had to be really rough with some people to keep them in line.

        C. PAI Results: Validity scores indicate these results are reliable and valid.

Clinical scale scores generally are indicative of his experiencing marked stress.

Results reflect a very high degree of hypervigilance characterized by guardedness and wariness in his interactions with others. Results reflect feelings of being or having been treated inequitably. He tends to question and mistrust the motives or intentions of those around him. He harbors feelings of resentment towards persons he believes have mistreated him.

At the same time, scores reflect a tendency to highly estimate, perhaps over-estimate, his talents or capabilities.

Results indicate a tendency to become involved in relationships that are very intense and chaotic His closest emotional relationships tend to be stormy. He tends to feel that important others have not met his needs. He tends to feel betrayed and exploited with possible concomitant distrust and pessimism regarding current and future relationships.

Results reflect a history of aggressive behavior and problems with the law. Results suggest a marked tendency toward threats or physical violence when provoked. He tends to be much more interpersonally dominant than interpersonally warm.

Results reflect marked traumatic stress with symptoms such as sudden anxiety and feelings of having been irreversibly changed by a traumatic event or events.

Critical item endorsements include to the extent of slightly true that sometimes his temper explodes and he completely loses control, to the extent of mainly true that people are afraid of his temper and to the extent of very true that he has threatened to hurt people.

He endorsed to the extent of very true that he has trouble falling asleep.

He endorsed to the extent of very true that he is the target of a conspiracy.

He endorsed to the extent of slightly true that he has been troubled by memories of a bad experience for a long time and to the extent of very true that since he had a bad experience, he is no longer interested in some things he used to enjoy.

    E. TSI Results: Validity scale scores indicate these results are reliable and valid.

Mr. White obtained significantly elevated scores with respect to the Posttraumatic Stress//Trauma factor score.

Scale scores are indicative of Posttraumatic Stress characterized by characterized by a high degree of anxiety, relational avoidance, reduced self-awareness and dissociation.

The TSI test manual (p.20) states that "in almost all cases respondents with elevated Trauma scores have undergone one or more major traumas in their lives."

Item endorsements included having sometimes experienced in the previous six months thoughts and feelings about hurting someone and doing something violent because he was so upset.

DIAGNOSTIC IMPRESSION

Posttraumatic Stress Disorder (PTSD), Diagnostic and Statistical Manual 5, (DSM), 309.81; Personality Disorder with Borderline and Narcissistic Traits, DSM, 301.89

CONCLUSIONS AND RECOMMENDATIONS

1.  Mr. White presents with various symptoms of PTSD in conjunction with a personality disorder. His responses during the evaluation and test results indicate that Mr. White tried his best to be forthcoming in the course of this evaluation. There is no issue in this case of malingering or symptom exaggeration.

2.  Mr. White credibly attests to having experienced traumatic events while incarcerated including while incarcerated in Seminole County Florida and the MCC in Chicago.

3.     Mr. White's history reflects Borderline traits such as a pattern of unstable, chaotic and intense interpersonal relationships, impulsivity and difficulty controlling anger. His interpersonal relationships tend to be stormy and he can become violent when provoked. He related having experienced in the past transient stress-related paranoid thoughts. He tends to view himself as more moral, more intelligent and more devoted to higher causes than are most other persons leading him to at times being highly resistive to actions or conditions or circumstances he believes are wrong.

4.     Borderline traits in conjunction with a strict moral code apparently played a role in Mr. White's protesting and being unwilling to submit to adverse conditions of incarceration, which in turn apparently escalated to the point of particularly harsh treatment of him. This treatment in turn has led him to experience additional severe psychological difficulties.

5.     Valid test results indicate that Mr. White currently is suffering from marked stress, specifically from PTSD, with symptoms such as sudden feelings of anxiety, sleep difficulty, irritability, loss of interest in things he used to enjoy and hopelessness about the future. He attested to experiencing a wide range of symptoms including nervousness or shakiness inside and feeling easily annoyed. Valid PAI and TSI results confirm his experiencing marked stress consistent with PTSD.

6.     It should be noted that Dr. Cocoran's and Dr. Daum's evaluations are indicative of his personality issues but not indicative of Mr. White presenting with any major psychiatric illness before his incarceration in the MCC in 2010 and again in 2012. His mother's and Mr. Beers' testimony indicate his suffering symptoms of mental illness thereafter. His mother describes him as having suffered from nightmares, a symptom of PTSD after his release from prison in 2011.

7.     Mr. White's mother's testimony indicates he was highly upset before he went to Mexico. His behavior was impulsive and reflective of a person who felt overwhelmed and desperate to escape.

8.     It should be noted that trauma is cumulative (See e.g. Ostrov, E. "Critical Incident Psychological Casualties Among Police Officers, " Critical Incidents in Policing, U.S. Dept. of Justice, 1990, 63-64). Mr. White's experiences in Florida or Virginia cannot be separated from his experiences at the MCC. The symptoms of trauma he experiences now reflect cumulative experiences when incarcerated, traumatic experiences at a subsequent institution or occasion adding in each case to the effects of traumatic experiences at a prior institution or occasion.

9.     Mr. White would be a difficult person to treat. He is not insight oriented or psychologically minded. He tends to see things as a function of the malicious or conspiratorial behavior of others. He will require a long course of treatment that focuses on coping with and alleviating his symptoms of PTSD. He might benefit

as well from medication to help him cope with adverse psychological symptoms he is experiencing.

Thank you for this referral.

Sincerely,

Eric Ostrov, J.D., Ph.D.
Diplomate, Forensic Psychology,
American Board of Professional Psychology
License #071-001951

25

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

```
* * * * * * * * * * * *
UNITED STATES OF AMERICA,      * CRIMINAL NO. 7:08-CR-00054
                               * SEPTEMBER 18, 2009  9:37 A.M.
              Plaintiff,       * BOND APPEAL
                               * VOLUME II OF II
vs.                            *
                               *
WILLIAM A. WHITE,              * Before:
                               * HONORABLE JAMES C. TURK
         Defendant.            * UNITED STATES DISTRICT JUDGE
* * * * * * * * * * * * *  * * WESTERN DISTRICT OF VIRGINIA
APPEARANCES:
```

For the Plaintiff:      PAIGE MICHELLE FITZGERALD, ESQUIRE
                        United States Department of Justice
                        Civil Rights Division/Criminal Section
                        601 D Street, N.W., Room 5200
                        Washington, DC 20004

                        JOHN COTTON RICHMOND, ESQUIRE
                        United States Department of Justice
                        Civil Rights Division
                        950 Pennsylvania Avenue, N.W.
                        PHB Room 5612
                        Washington, DC 20530

For the Defendant:      DAVID JOSEPH DAMICO, ESQUIRE
                        P.O. Box 1578
                        Roanoke, VA 24007

Court Reporter:         Judy K. Webb, RPR
                        P.O. Box 1234
                        Roanoke, Virginia 24006
                        (540)857-5100 Ext. 5333

Proceedings recorded by mechanical stenography,
transcript produced by computer.

---

APPEARANCES (Continued):

For the Defendant:      RAPHAEL ELLIS FERRIS, ESQUIRE
                        Ferris Eakin & Thomas, PC
                        P.O. Box 1791
                        Roanoke, VA 24008

---

```
                        I N D E X
                                               Further
             Direct  Cross  Redirect  Recross  Redirect
WITNESSES FOR THE
  COURT:
Conrad Daum      4    5/30
```

---

1    (Court convened at 9:37 a.m.)

2        THE COURT:  Good morning, everyone.  The clerk will

3    please call the first case.

4        THE CLERK:  United States of America v. William A.

5    White, Criminal Action Number 7:08-CR-54.

6        THE COURT:  The Court had called Dr. Daum as a court

7    witness.  Is Dr. Daum present?

8        Would you come forward, Doctor.

9        CONRAD HENRY DAUM, MD, COURT'S WITNESS, SWORN

10                 DIRECT EXAMINATION

11   BY THE COURT:

12   Q   Dr. Daum, would you tell us your full name.

13   A   My name is Conrad Henry Daum.

14   Q   And where do you live?

15   A   I live in Roanoke, Virginia.

16   Q   And what is your educational background?

17   A   I am a physician, medical doctor, licensed to practice

18   medicine in the state of Virginia.  I am board-certified in

19   psychiatry general and in psychiatry forensic.  And I've had

20   approximately -- I've had over 30 years in practice in this

21   community.

22   Q   Have you had an occasion to examine Mr. William White?

23   A   I did, Your Honor, yesterday evening.

24   Q   Would you tell us what you did and what your opinion is

25   concerning Mr. White.

5

1  A    I examined Mr. White for about 75 minutes last evening.
2  I reviewed for approximately two hours yesterday information
3  provided by the defense and prosecution on the background of
4  the hearings.
5       I was able to formulate opinions.  You had asked several
6  questions in your court order.  The questions stated were
7  whether he presented a danger to himself, any other person or
8  the community at large due to his mental state.
9       My conclusion is that he did not have any imminent
10 dangerousness to himself or others.  Prediction of future
11 dangerousness in psychiatry has some variability.  The
12 imminent dangerousness criteria is over the period of a few
13 days.
14      And another piece of criteria of prediction of future
15 dangerousness was the question of whether or not Mr. White
16 could adhere to the conditions of the bond set out by Judge
17 Urbanski, and that was mainly the focus of my opinion or my
18 examination, is could he do that if he so chose.  And I do not
19 see any mental disease or defect that would interfere with
20 that.  And he certainly had a very good understanding,
21 rational and factual, of the conditions of the bond.  As a
22 matter of fact, he was able to enumerate spontaneously most of
23 the conditions set out by Judge Urbanski just as we were
24 talking.
25      And he had indicated in the hearing with Judge Urbanski

02758

6,

1  that he was willing to accept those conditions, and he
2  reiterated that agreement with me last night.
3       Those were the questions that you had asked.
4            THE COURT:  Right.
5       Any cross-examination of this witness?
6            MS. FITZGERALD:  Yes, Your Honor.
7            THE COURT:  All right.
8                      CROSS-EXAMINATION
9  BY MS. FITZGERALD:
10 Q    Good morning, Dr. Daum.
11 A    Good morning.
12 Q    I think everybody here really appreciates the fact that
13 you were able to come in and do your assessment on such short
14 notice.  And I wanted to express my appreciation on behalf of
15 the government for your willingness to step in and do your
16 evaluation so quickly.
17      But I do have a number of questions for you about it.
18 You've indicated that your evaluation consisted of speaking
19 with the defendant for about an hour and 15 minutes last
20 night?
21 A    That's correct.
22 Q    So that would be, essentially, just a clinical
23 evaluation?
24 A    That would be the clinical part of the interview, yes.
25 And as I indicated, I spent a lot of time reviewing

02759

7

Daum - Cross by Ms. Fitzgerald

1  information from Mr. Damico and from yourself as well.
2  Q    And what was the principal focus of your assessment?
3  A    The principal focus was, is there any identifiable mental
4  disease or defect.  And I have to agree with the psychiatrist
5  in Chicago, Dr. --- shall I get his name?
6  Q    Dr. Corcoran?
7  A    -- Corcoran --
8  Q    Yes.
9  A    -- that I did not identify any significant mental disease
10 or defect.
11      There may be some minor disagreements in terms of what
12 kind of personality symptoms Mr. White exhibits, but I don't
13 think that they have significant clinical bearing on his
14 ability to adhere to the conditions of the bond.
15 Q    What did you tell Mr. White the purpose of the assessment
16 was?
17 A    Mr. Damico had already informed him that I would be
18 coming and that the purpose was for me to prepare for
19 testimony today.
20 Q    So he knew that what he was discussing with you was
21 obviously not going to be confidential at all?
22 A    Correct.  And he was careful to parse out what he chose
23 to share with me, and what he parsed out that he felt would be
24 a defense strategy that I should not be privy to.  And I
25 respected that.  I think he was very open with me, and I got

02760

8

Daum - Cross by Ms. Fitzgerald

1  the information that I was needing and required.
2  Q    Can you tell me the conditions under which you conducted
3  this interview.
4  A    It was in the Roanoke City Jail, in the jail medical
5  department.  There's a physician's office there that I usually
6  use to interview defendants, and that was the area that I
7  talked to him in.  There was a jail guard standing
8  approximately 15 feet away, which has been the usual security
9  precautions in that facility.
10 Q    Can you discuss with me just a moment about what you
11 consider sort of the classic prediction outcome studies in the
12 dangerousness literature.
13 A    Okay.  As I indicated to Judge Turk, we have to be
14 careful in psychiatry to not overstep our bounds in terms of
15 how we predict future dangerousness.  You could choose to come
16 up to me and hit me in the face right now; I could choose to
17 attempt to do the same thing to you.
18 Q    I hope not.
19 A    I doubt either of us would do that in this particular
20 setting.
21      There's a certain amount of, do you have the ability to
22 restrain your impulses?  And one of the things I was assessing
23 very carefully is, does Mr. White have that ability, both
24 cognitively as well as in an emotional, rational sense.  And I
25 feel comfortable that he does.

02761

1   Q    Are you aware of studies on predicting dangerousness that

2   showed that mental health experts were wrong more often than

3   they were right?

4   A    I believe that's the position of the American Psychiatric

5   Association and has been for decades.  And, again, there are

6   criteria, or there are places where we must make predictions;

7   for example, a commitment of somebody making homicidal

8   threats, do you put them in a hospital or not?  Again, the

9   Supreme Court I believe has pretty much come down on the fact

10  there are times when we have to give an opinion, given the

11  fact that we don't have a good general statistical record in

12  making predictions.

13  Q    You would agree, then, that your ability to predict the

14  potential dangerousness of Mr. White, or anybody else, beyond,

15  as I believe you said, imminent was just a couple of days, is

16  weak?

17  A    Yeah, I would say that we do not have a great deal of

18  ability to do so as a profession.

19  Q    Are you also aware of studies that indicate that

20  actuarial-based evaluations are significantly more accurate

21  than clinical evaluations in predicting dangerousness?

22  A    Yes.

23  Q    Did you perform an actuarial evaluation in this case?

24  A    That's not my area of expertise.

25  Q    Did you utilize the Narcissistic Personality Inventory in

02762

---

1   assessing this particular defendant?

2   A    Again, I have been disciplined not by judges but by

3   defense attorneys sometimes in saying, "Don't overstep your

4   bounds."  I think a diagnosis of personality disorder requires

5   a great deal of testing and assessment by a licensed

6   psychologist qualified to perform these tests.

7        When I reviewed the testimony of Dr. Corcoran, I didn't

8   see that those had been applied there, so I'm not sure what

9   kind of testing took place.  But, again, I don't think that

10  whether or not he has a narcissistic personality is clinically

11  relevant to his ability to control his behavior and conform to

12  the requirements of the law.

13  Q    Well, let's talk about that for a minute.  First of all,

14  I want to make sure that I understand what you're saying, and

15  that is that, in terms of actuarial evaluations, which you

16  acknowledge have been demonstrated to be significantly more

17  accurate in assessing -- predicting future violence, that is

18  not a discipline in which you are trained, and it's not the

19  kind of evaluation that was conducted in this particular case?

20  A    That is correct.

21  Q    And talking about you recognize that Dr. Corcoran did

22  diagnose the defendant with an Axis II personality disorder

23  with narcissistic and histrionic features, correct?

24  A    That was his diagnosis.  But the data that you provided

25  to me did not give me information on how that conclusion was

02763

---

1   reached.

2   Q    Understood.

3   A    Because I have my own conclusions about the Axis II

4   personality traits, which to some degree agree with

5   Dr. Corcoran and some degree disagree.  But, again, it doesn't

6   matter in terms of the ability for Mr. White to adhere to the

7   condition of his bond.

8   Q    Let's talk about the -- let's talk about the criteria for

9   narcissistic personality disorder.  What are those criteria?

10  A    I don't know off the top of my head.  In general, it is a

11  person who is vain and self-centered, and I believe there are

12  two of the major criteria.  I would literally have to pull out

13  my DSM-IV and take a look at those criteria.  I'm not prepared

14  to do so right now.

15  Q    So the criteria for which the previous psychiatrist

16  diagnosed Mr. White as having this particular personality

17  disorder, those aren't criteria that you're familiar with off

18  the top of your head?

19  A    I'm familiar with them.  I've had to be prepared to

20  answer questions on my board certifications.  There is a list

21  of over a dozen different criteria.  Narcissistic personality

22  is one of many dozens of psychiatric syndromes, and when I

23  actually sit down go through and diagnose somebody formally, I

24  go through the checklist.  But I do not have that reference

25  with me today.  Had I known you wanted to cross-examine me on

02764

---

1   it, I would have brought that reference.

2   Q    Let's see if I can jog your memory.  Does the DSM-IV

3   reference a pervasive need for grandiosity as one of the

4   factors, one of the criteria for narcissistic personality

5   disorder?

6   A    It sounds reasonable.

7   Q    Having viewed the blog posts that were provided to you,

8   would you agree Mr. White certainly exhibits that criteria?

9   A    Exhibited, present and past tense, because I don't think

10  we have any measurable criteria since he was incarcerated last

11  October.

12  Q    The criteria that you have had available to you, or the

13  history that you've had available to you that precedes October

14  is of some significant duration, however, is it not?

15  A    Correct.

16  Q    And throughout that significant duration, he has

17  exhibited that particular criteria, correct?

18  A    Behavior.  He has exhibited those behaviors.

19  Q    And an excessive need for admiration, is that another one

20  of the criteria?

21  A    That could very well be.  It sounds very reasonable.

22  Q    And a lack of empathy for others or an ability to

23  consider their feelings?

24  A    That would be okay with me, too.  That would sound

25  reasonable.  I assume you're quoting this right out of the

02765

13

1  DSM-IV?

2  Q   Yes.

3  A   Okay.  I'll take your word for it.

4  Q   I want to talk with you about some of the studies that

5  have focused on narcissistic personality disorder and

6  aggressive and violent behavior.  Would you agree with me that

7  the narcissistic personality disorder generally indicates

8  somebody who actually has a rather vulnerable self-esteem,

9  which opens them up to distress from criticism or defeat?

10 A   That would sound reasonable.

11 Q   And that there are studies that indicate that people

12 suffering from this particular disorder may react in an

13 outrage or violent counterattack?

14 A   Again, you're confusing Axis I and Axis II.

15 Q   No.  I'm focusing specifically on studies --

16 A   And I'm focusing on the fact that people may have a

17 potential, such as you and I to have a physical altercation

18 right now, but our Axis I is sitting right there, no, we don't

19 want to get into this type of thing.  Our ability to

20 rationally say, "This is not a behavior I choose to do" is

21 controlling our behavior in this courtroom.

22     Again, the thing I was focusing on last night was:  Does

23 Mr. White have any irrational impulsive types of problems that

24 I could identify that would interfere with his ability to

25 rationally say, "No, I do not want to break the conditions in

02766

14

1  my bond and get locked up again"?  And that was what I was

2  focusing on.

3     Now, the potential for acting out is an Axis II problem.

4  And when we treat people who have severe personality

5  disorders, what we're trying to do is reduce the probability

6  of them responding in this particular pattern of behavior.  We

7  all have personalities; we all have personality traits.

8     *Hierarchy of Responding* by Maslow is sort of a

9  theoretical background, you know:  Would you do this?  Can you

10 reduce the chances of you doing this in this situation and do

11 something else instead?

12    So the question I had when I was talking with Mr. White

13 is:  Can he restrain himself so he doesn't break the

14 conditions of the bond?

15 Q   When you were having that conversation with Mr. White

16 about whether or not he can restrain himself, you were aware

17 that Mr. White had his IQ tested at over 150?

18 A   Mr. Damico said he had that.  I didn't see anything in

19 the record, but that wouldn't surprise me.

20 Q   Would you also agree with me the DSM has indicated that

21 individuals suffering from narcissistic personality disorder

22 are exploitative and manipulative?

23 A   They can be, yes.  Again, we're not saying 100 percent of

24 the time.  We're saying these are tendencies, when talking of

25 personality traits, these are things that people tend to do;

0276

15

Daum - Cross by Ms. Fitzgerald

1  and if they are not to do them, then they have to exercise a

2  certain amount of cognitive, mental higher activity, social

3  control to not act impulsively.

4  Q   And would it have, in fact, surprised you somewhat if an

5  extraordinarily bright and manipulative individual who you

6  were assessing in jail, who wanted to get out of jail, in fact

7  told you, "No, I can't confine myself to the conditions of

8  bond, I'm going to go kill somebody"?  Would that have

9  surprised you?

10 A   No -- pardon me, yes, it would have surprised me.  I

11 certainly expect a certain amount of compliance in the jail

12 setting.

13 Q   I want to go back to the narcissistic personality

14 disorder.  Are you aware that there's a significant

15 association with various types of violent crime in Cluster B

16 personality disorders, and specifically a positive correlation

17 between narcissistic personality disorder and incarceration

18 for violent crimes?

19 A   Again we're confusing Axis I and Axis III.  Axis II is

20 the chronic way we all live.  These are our personality

21 traits.  These are things we're even not aware of most of the

22 time.  Axis I is what governs us sort of in a current state.

23 Q   I understand.  And I understand that you've indicated

24 that your prediction is limited to the next couple of days.

25 A   And we can extend a little bit, since the Supreme Court

02768

16

Daum - Cross by Ms. Fitzgerald

1  has actually -- you know, since we're sitting here, we

2  actually have to make some extrapolations.

3  Q   And I just want to make clear I'm not confusing Axis I

4  and Axis II.  I want to talk about Axis II because that is a

5  diagnosis that the previous psychiatrist has diagnosed him

6  with.  And I just want to discuss with you your understanding

7  of studies that those apply to.

8     Are you familiar with studies that indicated a positive

9  correlation between those identified or diagnosed with

10 narcissistic personality disorder and violent crime?

11 A   It would not surprise me that those were studies

12 available.

13 Q   And that in fact there is a growing body of research

14 indicating that aggression is closely associated in adults

15 with narcissism?

16 A   Again, does the person have the ability to restrain their

17 behavior when they are upset?  That is the question.

18 Q   Are you familiar, though, with the body of research, a

19 growing body of research indicating a close correlation

20 between individuals incarcerated for violent crime and

21 narcissism?

22 A   And many other personality disorders as well.

23 Q   Are you familiar with a particular study entitled "The

24 Clinical Characteristics of Hospitalized Military Patients

25 with Narcissistic Personality Disorder"?

02769

11

1  A    Let me check and see if that is -- no.  The only one I
2  had was "Dangerous States of Mind" by Stephen Diamond.  .
3  Q    And in that particular study it indicates that when a
4  person with narcissistic personality disorder becomes
5  frustrated or blocked in attaining his goals, he becomes
6  rageful, if devalued and rejected, at the frustrating object.
7  Aggression and even murder are very conceivable outcomes.
8  A    Now, are we talking about Dr. Diamond's study, or are we
9  talking about another study?  Because I can discuss
10 Dr. Diamond's study; I have it in front of me.
11 Q    I'm talking about Dr. Leetz's study.
12 A    You're asking about -- you know, there are six million
13 scientific articles in The National Institute of Health's
14 database over the past 40 years.  I'm not familiar with all of
15 those articles.
16 Q    Are you aware of a study that compared specifically
17 narcissistic personality disorder with violence among female
18 prison inmates?
19 A    Again, with six million articles in the medical
20 literature, it's impossible I think for me, I'm pretty sure
21 for most human beings, to have any familiarity at random with
22 everything.
23 Q    Would it surprise you that that particular study
24 indicated that there was a strong, powerful relationship
25 between the specific -- .

18

1           MR. DAMICO:  Your Honor, let me impose an objection.
2  I think this is improper examination.  She's asked the doctor
3  if he's familiar with the study, and he's given his answer.
4  And then she is reading the study as if --
5           THE COURT:  She asked if he would be surprised of
6  certain results from the study.
7           Overrule the objection.  Go ahead.
8  BY MS. FITZGERALD:
9  Q    -- that there is a powerful relationship between this
10 particular disorder, narcissism, and violent behavior,
11 suggesting that the sense of entitlement, grandiosity, and
12 interpersonal exploitativeness, lack of empathy, and envy that
13 characterize this disorder are correlative of violent
14 behavior?  Would that surprise you?
15 A    Okay.  Now, again you're talking a correlation as opposed
16 to cause and effect.  And one of the things we are taught in
17 medicine and analyzing statistics is correlations are not
18 cause and effect.  Correlations are two things that are
19 associated together.  The question is, is there a cause and is
20 there an effect?  Yes, when you have a correlation, then you
21 look further to see, is there a cause and is there an effect?
22      And again, I would need to draw that to your attention.
23 It's an interesting idea.  I would like to know if there is a
24 true cause and effect.  From the way you quoted that study, I
25 would assume that study just said, "Hey, there is an

19

Daum - Cross by Ms. Fitzgerald

1  epidemiology association here.  We need to look further and
2  see if there are causes, and, if so, what are those causes."
3  Q    Would you agree that there is also a growing body of
4  research indicating that there are -- the propensity of
5  individuals with pathological narcissism who react with
6  frustration and intense rage is well recognized?
7  A    Okay.  Now we're talking of narcissistic personality, and
8  then you drifted into pathological narcissism, and I think
9  we're confusing the two.
10      Pathological narcissism is a syndrome clinically, but it
11 is not recognized as a diagnostic criteria.  So again, we can
12 have different -- pick up different patterns of behavior based
13 on our clinical experience; in my case, over three decades of
14 doing this type of work.  And in individual cases, given
15 individual situations, given individual other intervening
16 psychological and social factors, yes, we can have people
17 acting out.  We can have people acting out in any given
18 situation.
19      So I think you're trying to extrapolate too far from that
20 particular study into --
21 Q    That was actually a different study that I was going
22 into.
23 A    . You're extrapolating too much into how much we can
24 predict Mr. White's future dangerousness.  And again, we both
25 agree that as you begin to extrapolate, you begin to get less

20

Daum - Cross by Ms. Fitzgerald

1  and less certain about what's going on.
2  Q    In reviewing the posts, you obviously are aware that on
3  multiple occasions, Mr. White has indicated a desire to go on
4  a murder rampage in the city of Roanoke?
5  A    Again, that was pre-October 2008.  And one of the
6  things --
7  Q    And we have none of his writings since that time?
8  A    Right.  But we also know from extrapolating from treating
9  people with mental illness, that frequently giving them a time
10 out is therapeutic in and of itself.  It was used widely
11 before World War II because, basically, we didn't have much
12 else to give people.  And since then, it's been well
13 demonstrated that if you put people who are dangerous in a
14 hospitalization or isolated situation for a period of time,
15 frequently they spontaneously remit and no longer have
16 dangerousness without any other major intervention.
17 Q    Are you familiar with a Secret Service study that was
18 done in 2004 that focused on mass murderers in school
19 settings?
20 A    No.
21 Q    Would it surprise you to learn that in that particular
22 study that was done by the Secret Service, they identified
23 that the largest group of attackers exhibited an interest in
24 violence which was expressed in their own writings, such as
25 poems, essays, and journal entries?

21

```
 1  A    Okay.  I can take that as a fact.
 2  Q    And that they have also found that the profile of a mass
 3  killer looks like a clinical narcissist?
 4  A    Okay.  Again, that's a fact that, again, I would have to
 5  see the study, I would have to see the data that led to that
 6  conclusion.  In medical science, we are trained to say, "Okay,
 7  what is the conclusion?"  And then you look back and say,
 8  "Okay, how did the person demonstrate that conclusion?  How
 9  did they arrive at it?"
10       So you're taking a conclusion done I'm sure by a very --
11  people who are very willing to be good scientific
12  investigators.  But, again, I would like to know how they got
13  there and why they came to that particular conclusion, and we
14  don't have that data right now.
15  Q    Would it surprise you to learn that in that study, they
16  recognized or they found that in 75 percent of the cases of
17  mass murder in these settings, the killer had in fact
18  disclosed his plan to somebody, or in some form; and, in fact,
19  the Columbine shooters put their intentions out on the web,
20  just as Mr. White has?
21  A    Again, when you deal with suicidal behavior, we also have
22  frequently people who have visited a professional physician or
23  medical person within a couple of weeks of actually doing the
24  deed.  However, suicide is such a rare event that it is very
25  difficult for a clinician to say this person is suicidal
```

22

```
 1  versus this person has been thinking about suicide.  And the
 2  vast majority of people that we deal with clinically with
 3  suicidal behavior, suicidal thinking, do not go on to act.
 4  What we try to do is modify the psychosocial environment so
 5  they no longer feel that drive to self-destruct.
 6       And the analogy is the same with homicidal behavior, that
 7  we are trying to modify the psychosocial drive so that the
 8  probability of acting this way is greatly modified.  So,
 9  again, I think we're extrapolating from the study beyond what
10  we can get from that study.
11  Q    Are you aware of studies that indicated that, in fact,
12  narcissistic personality disorder is one of the strongest risk
13  factors for mass murder, particularly when combined with other
14  emotional turmoil such as depression?
15  A    Okay.  And I think the key item here is depression, which
16  is an Axis I problem.  Okay?  You have a tendency, and then
17  what other factors are there to trigger or to magnify this
18  tendency.
19  Q    I want to break it up, though.  The studies have found
20  that actually narcissistic personality disorder itself is one
21  of the strongest risk predictors when combined with other
22  emotional stressors such as depression; in fact, it escalates
23  almost exponentially.
24  A    You have given the key right there, do we have other
25  identical stressors, and I do not see any.
```

23

Daum - Cross by Ms. Fitzgerald

```
 1  Q    Would you agree with me that being incarcerated for a
 2  significant amount of time is a stressor?
 3  A    It's also an educational device.  People can learn from
 4  their mistakes.  And I will give you an example in Mr. White's
 5  history if you allow me to.
 6  Q    Of course.
 7  A    Mr. White was arrested and convicted of assaulting
 8  policemen about the age of 18.
 9  Q    19, yes.
10  A    Now, since that time, he has been accused of
11  assault many times, but he has never been convicted of
12  transgressing that legal behavior, up until the present.  I
13  mean, the crimes that we're talking about here are not
14  physical assault.  He has the capability of learning from
15  previous mistakes.
16  Q    Although not convicted -- you were provided with police
17  reports, correct?
18  A    But --
19  Q    And --
20  A    each case is taken separately, each case was examined,
21  each case he did not meet criteria for conviction.  To me that
22  says that he is innocent.
23  Q    He certainly has found himself in dangerous circumstances
24  on an awful lot of occasions, though, has he not?
25  A    So do Green Berets and Navy Seals.  I mean, some people
```

24

Daum - Cross by Ms. Fitzgerald

```
 1  get in those situations; some people do well in them; some
 2  people make a career of doing that sort of thing.
 3  Q    And putting oneself in dangerous situations is in fact
 4  one of the criteria for the histrionic personality disorder
 5  that Dr. Corcoran also diagnosed this defendant with?
 6  A    And, again, I would like to see what diagnostic testing
 7  Dr. Corcoran did, other than a clinical interview, to come up
 8  with those personality diagnoses.  We just don't have that
 9  data, I'm not familiar with it, so I'll assume that we will
10  just have to say that it was an opinion of Dr. Corcoran's
11  based on his experience.
12       And by the way, I happen to not agree wholeheartedly with
13  Dr. Corcoran's personality diagnosis, based on my experience.
14  Q    Which again included no actuarial evaluation whatsoever?
15  A    But again, did Dr. Corcoran do that?
16  Q    I wasn't present at that hearing; I don't know the answer
17  to that.
18  A    I would have to assume that was not done by the basis of
19  the transcript that I read.
20  Q    Were you also aware when -- we talked a little bit about
21  the confluence of narcissistic personality disorder and other
22  stressors.  Are you aware, at least at the time of
23  Dr. Corcoran's report, Mr. White's wife was on disability
24  because of stress?
25  A    Thank you for telling me.  No, that did not come out in
```

25

1  my review of the records.

2  Q    It's actually in Dr. Corcoran's -- actually, maybe it

3  wasn't in his report; it may have just been in his testimony.

4  I don't recall.  I believe it was in his report.

5  A    I will accept your word for it.  I will accept your word

6  for it.

7       Mr. White and I discussed his wife's illness.  It was a

8  particularly stressful time for him.  His child was also quite

9  ill at the time.

10  Q    No.  I'm talking about at the time Dr. Corcoran conducted

11  his evaluation of the defendant.  So this is nine, ten months

12  after she was hospitalized.

13  A    I say.  Okay.

14  Q    Does that also give you some indication that there

15  perhaps stressors going on in the White household --

16  A    Okay.

17  Q    -- a stressor that, when you take it in conjunction with

18  the narcissistic personality disorder diagnosed by

19  Dr. Corcoran, would indicate a significant risk for violence?

20  A    No.  I disagree.  I disagree.  I think that normal

21  psychological stressors, financial, arguments with one's

22  spouse --

23  Q    Are you aware that Mr. White is going through bankruptcy

24  proceedings?

25  A    I am.

02778

26

1  Q    Is that a stressor?

2  A    Yes.

3  Q    Are you aware that the fact that his incarceration, and I

4  assume his wife's disability for stress, have probably had

5  some economic impact upon them?

6  A    We discussed last evening some of the economic

7  difficulties he had.  We all have economic difficulties.

8  Q    And are you familiar with Mr. White's statement to

9  Dr. Corcoran that his personal life is problematic?

10  A    Mine has problems.  Most people that I've talked to in a

11  clinical situation have problems.  Question:  Can we manage

12  our problems without getting in deeper trouble with them?  Can

13  we manage our problems so that we can find some level of peace

14  and relaxation and calmness?  Those are the issues involved

15  here.

16       MS. FITZGERALD:  Just a moment.

17  BY MS. FITZGERALD:

18  Q    You made some reference to Green Berets and other

19  individuals.  Do you have any indication that Mr. White is a

20  military person?

21  A    No.

22  Q    Or has been trained in any kind of combat or anything

23  like that?

24  A    No.

25  Q    And it's somewhat different for a Green Beret to put

0277

27

Daum - Cross by Ms. Fitzgerald

1  themselves in a dangerous situation, or a law enforcement

2  officer, or somebody like that, as opposed to a private

3  citizen, is it not?  Those are different circumstances,

4  obviously?

5  A    Training and experience is different.  Psychologically,

6  some people seem to thrive in being in stressful situations;

7  some people do not.

8  Q    Would you also agree with me that a tendency to violence

9  has some correlation with an individual's -- their

10  availability to a weapon?

11  A    If you have a study that supports that, that's okay.

12  Mr. White's situation, he had accessibility to weapons prior

13  to his incarceration.  One of the conditions of his bond, that

14  he and I discussed, is the fact that he does not have any

15  access to weapons.  He is aware of that.

16  Q    Yes.  If you could, just describe for me what Mr. White's

17  affect was when you spoke with him last evening.

18  A    In one word, level.  He was cordial.  He did not have any

19  of the change in voice, mannerisms, body movements, sentence

20  structure that I have come to associate with people who are

21  clinically depressed.

22  Q    I just want to recap quickly.  You've indicated that your

23  diagnosis is essentially confined to within the next few days?

24  A    No.  My diagnosis is a psychiatric evaluation.

25  Q    Correct.  Your predictive ability is limited or confined

02780

28

Daum - Cross by Ms. Fitzgerald

1  to the next few days?

2  A    My predictive ability gets less and less accurate the

3  further out we go, just like weathermen.

4  Q    And psychiatric evaluations have been found -- based on

5  clinical evaluations only, have been found to be more wrong

6  than right.  We already talked about this in the beginning.

7  A    Okay.

8  Q    And actuarial evaluations have been found to be

9  significantly more accurate.

10  A    Okay.

11  Q    And those were not done?

12  A    Actuarial testing was not done, yes.

13  Q    Correct.

14  A    Okay.

15  Q    And you're not particularly familiar with a narcissistic

16  personality disorder with which another psychiatrist has

17  diagnosed Mr. White?

18  A    Whoa.  I think you're stepping beyond the bounds there.

19  I think you're taking narcissistic personality and parsing out

20  a lot of traits that can be exaggerated by other psychological

21  problems.  And when I focused on the diagnoses I put in my

22  summary to you, I was looking at some very significant

23  predictors of violence when coupled with personality disorder;

24  some of which were the paranoid delusional disorder,

25  schizophrenia, bipolar disorder, obsessive-compulsive

02781

29

1  disorder. Those are significant. And also substance abuse,
2  which we don't have any indication of. Now, these are high
3  predictors of violence with or without a personality disorder
4  associated. And I think what you're saying is, yeah, there
5  are personality disorders here.
6      But the research side of it did not take into account
7  substance abuse issues, that you at least enumerated to me,
8  did not take into account the presence of psychoses, of
9  impulse control disorders --
10 Q   But these were studies that were specifically focused on
11 narcissistic personality disorder.
12 A   Yeah, but we don't know how the researchers controlled
13 for these particular factors. Okay? I'm not a trained -- I'm
14 not trained in analyzing research reports, anyway. I would
15 have to discuss this with a colleague that would be familiar
16 with some of the statistics involved.
17     But, you know, basically what we're saying is, yeah, you
18 can have a lot of potential, but do you have the factors that
19 would light the spark? And we don't have any of those
20 behavioral loss-of-control syndromes exhibited by Mr. White
21 that would cause that to become a magnified problem.
22     You're saying there's a potential here. Yeah. There's a
23 potential we could have an earthquake right now, but do we
24 have enough other things going on that the building would fall
25 down?

02782

---

30

1      MS. FITZGERALD: I don't have anything further, Your
2  Honor.
3      THE COURT: All right.
4      Does defense counsel have any questions to ask Dr. Daum?
5      MR. DAMICO: Just a couple.
6                  CROSS-EXAMINATION
7  BY MR. DAMICO:
8  Q   If I understand what your testimony is today, Doctor, you
9  basically agree with Dr. Corcoran's position that this man is
10 not an imminent danger to himself or other people?
11 A   Correct.
12 Q   And that he understands and is capable of abiding by the
13 terms and conditions enumerated by Judge Urbanski as part of
14 the bond decision; is that right?
15 A   Yes.
16 Q   So we now have two board-certified psychiatrists who have
17 evaluated this man that both say it's safe to release him
18 under the conditions as described by Judge Urbanski?
19 A   I see no contraindication from a psychiatric standpoint
20 to releasing him under the conditions set by Judge Urbanski.
21     MR. DAMICO: Thank you, sir.
22     THE COURT: Any additional questions of this witness?
23     MS. FITZGERALD: No, Your Honor.
24     THE COURT: Thank you, Doctor. It's good to see you.
25     THE WITNESS: Thank you, Your Honor.

027

---

U.S.A. v. William White - 9/18/09

31

1      May I make one slight correction with what the Court was
2  presented?
3      THE COURT: Yes, sir. You misspelled a word. I saw
4  that.
5      THE WITNESS: Am I excused?
6      THE COURT: Yes, sir.
7      What does the government have to say about this?
8      MS. FITZGERALD: The government continues to believe
9  that Mr. White should be detained. It is apparent that this
10 particular psychiatric evaluation was --
11     THE COURT: Was limited.
12     MS. FITZGERALD: -- extraordinarily limited, and his
13 findings are limited as well to the very, very near future,
14 or, as he put it, imminent. Doing studies -- or doing
15 research myself in preparing for the cross-examination of this
16 particular doctor --
17     THE COURT: And you did a good job cross-examining
18 him.
19     MS. FITZGERALD: Thank you, Your Honor -- the
20 government is further alarmed at the diagnosis entered by
21 Dr. Corcoran of a narcissistic personality disorder, which
22 appears to be a very significant predictor of violence. And
23 the narcissism in particular seems to have a great deal of
24 overlap with individuals who have in fact committed mass
25 murder, which Mr. White has repeatedly published that he

02784

---

U.S.A. v. William White - 9/18/09

32

1  intends to do. And I found particularly terrifying the
2  statistic that said that 75 percent of those school attackers
3  had broadcast their intent to individuals. It's a cry for
4  help: "Please, somebody, stop me from doing this." And
5  Mr. White has made that same cry for help. He has put out
6  there what he intends to do, and it's up to us to make sure
7  that he doesn't.
8      THE COURT: What does counsel for the defense have to
9  say?
10     MR. DAMICO: Well, Your Honor, I think Dr. Daum, who
11 is certainly known to this Court and widely respected in this
12 area for his professionalism, did exactly what you asked him
13 to do. He did the evaluation as described word for word in
14 the court order. He has done that; he did it in an
15 appropriate way. I think he has explained his findings. And
16 obviously no one has a crystal ball that predicts the future,
17 but within the possible limitations of predictability, he told
18 us his assessment, and it was the same assessment given to the
19 Court in Chicago.
20     We talked about this last time we were here, earlier in
21 the week, and I asked the Court at that time to release my
22 client if he passed, so to speak, Dr. Daum's evaluation. I
23 think he has passed it.
24     I think Judge Urbanski set significant restrictions on
25 his activities; I believe my client understands that. The

02785

33

1  firearms have been removed from his home. I have them
2  personally locked up in my safe, and I think we're ready to
3  go. I would ask the Court to do what you indicated you were
4  going to do when we were here on Tuesday, and release my
5  client on the terms and conditions enumerated by Judge
6  Urbanski.

7          THE COURT: Anything you want to say in response?

8          MS. FITZGERALD: I just wanted to clarify, Your Honor
9  did not indicate you would release him dependent upon the
10 psychiatric evaluation, but that it would be a factor the
11 Court would consider, along with the cross-examination of that
12 particular evaluation. And I think that established he is
13 in fact a danger.

14         MR. DAMICO: I think I said you would consider it.
15 If I didn't say it, that was certainly my intention.
16 Obviously the Court had not tipped your hand one way or
17 another as to what you were going to do, and that would be
18 inappropriate because you hadn't heard the evidence at that
19 time.

20         THE COURT: Well, what the Court is going to do, the
21 Court is going to confirm Judge Urbanski's opinion to release
22 Mr. White under the conditions of the bond that Judge Urbanski
23 has set forth. I'm going to require the bond be executed by
24 Mr. White, by his wife, and by his father.

25         I believe his father has already executed, has he not?

34

1          THE CLERK: For the property portion.

2          THE COURT: And put up the property.

3          THE CLERK: Some property, yes.

4          THE COURT: Right.

5          And I'm going to ask the probation service, you know, to
6  keep in contact with Mr. White and to report to the Court
7  anything that concerns you.

8          THE PROBATION OFFICER: Yes, Your Honor.

9          MS. FITZGERALD: Your Honor, the government would be
10 appealing this to the Fourth Circuit. I would ask you to stay
11 your order pending that appeal.

12         THE COURT: The Court is not going to stay its order.
13 The order can be executed immediately.

14         Any other matter to come before the Court at this time?
15 If not, I'll ask the marshal to declare a short recess, and
16 we'll take up the next matter.

17         (Court recessed at 10:21 p.m.)

18

19                     CERTIFICATE

20 I, Judy K. Webb, certify that the foregoing is a
21 correct transcript from the record of proceedings in
22 the above-entitled matter.

23

24 /s/  Judy K. Webb          Date:  9/20/09

25

```
MARDO  606.00 *     MALE CUSTODY CLASSIFICATION FORM      *    06-16-2020
PAGE 001 OF 001                                                06:34:19
                        (A) IDENTIFYING DATA
REG NO..: 13888-084            FORM DATE: 06-16-2020       ORG: MAR
NAME....: WHITE, WILLIAM A
                                  MGTV: NONE
PUB SFTY: SENT LGTH               MVED:
                        (B) BASE SCORING
DETAINER: (0) NONE            SEVERITY.......: (5) HIGH
MOS REL.: 200                 CRIM HIST SCORE: (04) 5 POINTS
ESCAPES.: (0) NONE            VIOLENCE.......: (3) 5-10 YRS MINOR
VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                        (C) CUSTODY SCORING
TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+14  +20    -4        +10       LOW        N/A              IN     DECREASE


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WHITE, WILLIAM A  13888-084

SEQUENCE: 01501878
Team Date: 06-16-2020

| | | | | |
|---|---|---|---|---|
| Facility: | MAR  MARION USP | | Proj. Rel. Date: | 03-06-2037 |
| Name: | WHITE, WILLIAM A | | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 13888-084 | | DNA Status: | / 06-30-2010 |
| Age: | 43 | | | |
| Date of Birth: | | | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | I UNASSG | I UNIT INMATES UNASSIGNED | 02-07-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 04-29-2010 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-29-2010 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR CMU | C | ANGER MGMT #6 | 03-20-2020 | 03-30-2020 |
| MAR CMU | C | ACE VIDEO NATURAL WONDERS | 01-28-2020 | 03-05-2020 |
| MAR CMU | C | CMU ADV OIL PAINTING | 12-20-2019 | 03-16-2020 |
| MAR CMU | C | ADVANCED NUTRITION | 12-12-2019 | 03-16-2020 |
| MAR CMU | C | CMU COSMIC ODYSSEY | 09-26-2019 | 11-14-2019 |
| MAR CMU | C | CMU ANATOMY CLASS | 07-15-2019 | 09-20-2019 |
| MAR CMU | C | CMU ACRYLIC PAINTING | 07-15-2019 | 09-20-2019 |
| MAR CMU | C | CMU EARTH SCIENCE CLASS | 04-12-2019 | 06-12-2019 |
| MAR CMU | C | CMU COSMIC ODYSSEY | 08-07-2018 | 09-11-2018 |
| MAR CMU | C | CMU WATER C | 10-17-2016 | 06-23-2017 |
| MAR CMU | C | CMU ACRYLIC PAINTING | 04-19-2017 | 06-23-2017 |
| MAR CMU | C | CMU LEGAL RESEARCH ACE | 01-09-2017 | 04-03-2017 |
| MAR CMU | C | ACE CLASS SPANISH 2 | 09-21-2016 | 11-28-2016 |
| MAR CMU | C | ACE CLASS - PUBLIC SPEAKING | 10-05-2016 | 12-19-2016 |
| MAR CMU | C | CMU ACRYLIC PAINTING | 10-17-2016 | 12-20-2016 |
| MAR CMU | C | ACE CLASS - BEGINNING SPANISH | 06-20-2016 | 09-07-2016 |
| MAR CMU | C | CMU OIL PAINTING | 07-18-2016 | 09-20-2016 |
| LOR | C | RPP#5 RELEASE REQUIREMNTS | 05-09-2013 | 05-09-2013 |
| LOR | C | RPP#5 RELEASE REQUIREMNTS | 11-19-2012 | 11-19-2012 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-08-2010 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-29-2010 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 11-14-2008 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-28-2012 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 11-19-2012 |

## FRP Details



**Individualized Reentry Plan - Program Review  (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: WHITE, WILLIAM A  13868-084

SEQUENCE: 01501878
Team Date: 06-16-2020

| Most Recent Payment Plan |
|---|

| FRP Assignment: | **COMPLT** | **FINANC RESP-COMPLETED** | | Start: 06-21-2018 |
|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$100.00** | Frequency: **MONTHLY** | |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 3 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 4 | ASSMT | $500.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $1,800.00                    Payments commensurate ?   Y

| New Payment Plan: | ** No data ** |
|---|---|

**Progress since last review**

White completed Anger Management #6 during this review period.

**Next Program Review Goals**

Recommend participation in recreational and educational programs.

**Long Term Goals**

Recommend completion of four ACE courses by June 2022. Recommend completion of three recreational programs by December 2021.

**RRC/HC Placement**


**Comments**

No evidence of financial poverty needs.

# CERTIFICATE OF COMPLETION

THE USP MARION RECREATION
DEPARTMENT WOULD LIKE TO
RECOGNIZE

## WHITE 1388-084

FOR COMPLETION OF 10 WEEKS OF

# YOGA

SEPTEMBER 21, 2016

S. Wallace, SOR

S. WALLACE, SOR

EXHIBIT H(i)(ii)



# Certificate of Completion

## William White

*Has successfully completed the requirements for:*

*Criminal Thinking*

*(12 Hours)*

*On June 30, 2020*



**J. Munneke, Psy.D.**
**Chief Psychologist**
**USP Marion**

William True, Warden

USP.-Marion

PO Box 1000

Marion, IL 62959

Re:  Request for compassionate release / sentence reduction

Dear Warden True:

Pursuant to oral guidance from staff that all requests for compassion-
ate release should be in letter   form, this is a request pursuant to 18
USC §3582 due to the extraordinary and compelling circumstances presented
in my case, namely that I have been repeatedly tortured while in United
States custody, and, am suffering severe physical and psychiatric symptoms
that make me unable to care for myself in a correctional environment.

Attached is the medical report of Dr Samuels, who has conducted a
thorough review of BOP records, and, records maintained by the USMS, and/
or, jails that contract with the USMS. According to Dr Samuels, when I
was arrested in October 2008, I was not suffering from a major psychiatric
disorder.  However, I was, according both to my own recollections, BOP
records, and, other contemporary documents, repeatedly tortured during
the period 2008 to 2014.  Specifically, in 2008, I was held in a room
where the temperature was -20° F for five days, held in a room flooded
with human feces, and, held in a room overrun with insects.  Then, from
September 2010 to April 2011, I was held in extreme sensory deprivation
conditions.  Further, from May 20, 2014, to November 30, 2014, I was sub-
jected to extreme sleep deprivation.

As a result of these acts of torture, I now suffer from serious psy-
chiatric illness.  Specifically, I am suffering from Post-Traumatic Stress
Disorder.  I am also suffering from Thought Dysfunction, such as memory
loss, and, confusion, that is indicative of a physical brain injury.  And,

-1-

this, I also suffer from extreme paranoia. None of these symptoms were present the last time that I was evaluated in 2009.

Further, these symptoms make me unable to care for myself period-ically in a correctional environment. For six days in 2014, June 17, 2014, to June 23, 2014, I became unable to eat or drink water due to stress induced psychosis, and, nearly died of dehydration. The psychos-is I have experienced has also left me at times staring at walls for days, and, has caused self-harm. This condition is also not likely to remit during the term of my sentence, as it will likely persist for decades. A major trigger of these symptoms is placement in any form of "special housing unit" type confinement, as well as strenuous conditions of travel, and, other situations commons to prison life.

Given my injuries, and, the extraordinary manner in which they were caused, I ask that you, and/or, the BOP, move in each of my four criminal cases for a substantial downward modification of sentence, and, place me into a pre-release environment.

Thank you.

Sincerely,

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959

PS: Handed to Gary Burgess, and/or, Kathy Hill, August 26, 2019.

-2-

WHITE, William
13888-084
CMU

---

## Inmate Request to Staff Member Response

This is in response to your request for a Compassionate Release/Reduction in Sentence (RIS) based on the criteria for extraordinary or compelling circumstances.

A thorough review of your request was completed based on the information that you provided and based on our findings, we will not be pursuing a request for Compassionate Release on your behalf. Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), indicates inmates who fit the criteria for extraordinary or compelling circumstances which could not reasonably have been foreseen by the court at the time of sentencing. A review of your last comprehensive medical summary indicates your condition(s) is not to a point where you possess cognitive or physical limitations which substantially diminish your ability to function in a correctional facility.

Accordingly, you are not an appropriate candidate for RIS at this time. If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.18, Administrative Remedy Program, within 20 calendar days of the date of this response.

_10/28/19_
Date

D. Christensen, Acting Warden

EXHIBIT I (a.)
- - - - - - - - - - -

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 9, 2018

MR. WILLIAM A. WHITE
5725 ARTESIAN DRIVE
DERWOOD, MD 20855

FOIPA Request No.: 1399311-001
Subject: VOLKSFRONT

Dear Mr. White:

Records responsive to your request were previously processed under the provisions of the Freedom of Information Act (FOIA). Below you will find informational paragraphs relevant to your request. Please read each item carefully.

Enclosed are 184 pages of previously processed documents and a copy of the Explanation of Exemptions. This release is being provided to you at no charge.

Please be advised that additional records responsive to your subject exist. If this release of previously processed material does not satisfy your information needs for the requested subject, you may request the additional records for processing.

<table>
<tr><td colspan="2" align="center">**Requester Response**</td></tr>
<tr><td>☐</td><td>Yes, process and provide me the additional records responsive to my subject.</td></tr>
<tr><td>☐</td><td>No, close my request.</td></tr>
<tr><td colspan="2">**Please submit your response within thirty (30) days by mail or fax to—Work Processing Unit, 170 Marcel Drive, Winchester, VA 22602, fax number (540) 868-4997. Please cite the FOIPA Request Number in your correspondence.**</td></tr>
<tr><td colspan="2">**If we do not receive your decision within thirty (30) days of the date of this notification, your request will be closed.**</td></tr>
</table>

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Information Management Division

Enclosure(s)

EXHIBIT I(b)
------------

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  01/28/2010

To:  Counterterrorism          Attn:  DTOU
                                      SSA [                    ]      b6
                                      IA  [                    ]      b7C
                                                                      b7E

     All Field Offices         Attn:  DT Supervisors

From:  St. Louis
       Squad 9
       Contact:  SA [                              ]

Approved By: [                                   ]
                                                                b6
                                                                b7C
                                                                        ⊗

Drafted By:  [                        ]:djm

Case ID #:  336N-SL-194021  (Pending)

Title:  VOLKSFRONT;
        TERRORISM ENTERPRISE INVESTIGATION                         b7E
        AOT-DT-WHITE SUPREMACIST EXTREMISTS

Synopsis:  To advise field offices [                    ]
[                                                        ]
[                                                   ]

Details:  Volksfront (VF) is a violent white supremacist
organization based in the Midwestern United States, with members
across the nation and in five foreign countries.  Members of the
VF advocate the overthrow of the United States Government,
referring to it as the "Jewnited States of America," and the
"Zionist Occupied Government (ZOG)."  Members also advocate the
eradication of Jewish people, minorities and federal government
employees.  VF members subscribe to the "territorial imperative",
or the establishment of a whites only homeland in the United
States, which would someday secede from government control.  VF
members have committed numerous assaults on Jewish and minority
individuals, mixed-race couples and are believed to have been
involved in the vandalism of a Jewish Temple.  VF members
actively stockpile weapons in anticipation of a full blown race
war and advocate Lone Wolf terrorism.  The main political issue

UNCLASSIFIED

UPLC___ TO ACS/ECF
BY SL 2-4-10 MA

336N-SL-194021-                    b7E

**UNCLASSIFIED**

To: Counterterrorism  From:  St. Louis
Re:  336N-SL-194021  01/28/2010

b7E

for VF members worldwide is illegal immigration.  VF is a White
Supremacy group which has committed violations of Federal
Statutes through the used force or violence to further their
social and political agenda.

VF maintains a 10 acre compound in Fredericktown,
Missouri.  The property was created to be a white homeland for
their members.  They have built a meeting hall on the property
and plan to make improvements as finances allow.

b7D

A number of VF members have had previous or concurrent
membership in other white supremacist organizations.  These
groups include the National Socialist Movement (100N-LA-254834),
Vinlanders/Blood and Honour (100N-IP-95602), Aryan Nations (100N-
SU-64908), White Revolution, and American Front.

Volksfront was formerly associated with the Hammerskin
Nation and the Vinlander Social Club, however that relationship
became strained in 2008.  Since late 2009 these groups have
engaged in open hostilities, resulting in several beatings and
one stabbing.  As of this date they are believed to be planning
violent attacks against Hammerskin members.

b7E

b7E

b7E

**UNCLASSIFIED**

2

**UNCLASSIFIED**

To: <u>Counterterrorism</u>   From:  St. Louis
Re:  [336N-SL-194021] 01/28/2010                                   b7E

b7E

b7E

b7E

St. Louis contact information is as follows:

Supervisor:                     SSA [        ]                b6
                                     [        ] (office)        b7C
                                              (cell)

Case Agent:                     SA [          ]

**UNCLASSIFIED**

3

UNCLASSIFIED

To: Counterterrorism   From:  St. Louis
Re:  336N-SL-194021  01/28/2010                              b7E

                                              ☐ (office)
                                                (cell)

        Co-Case Agent:        TFO ☐
                                              ☐ (office)    b6
                                                (cell)      b7C

        Intelligence Analyst:    SOS ☐
                                              ☐ (office)

        St. Louis is requesting ☐
        ☐                                                   b7E

UNCLASSIFIED

4

UNCLASSIFIED

To: Counterterrorism  From:  St. Louis

Re:  336N-SL-194021  01/28/2010

b7E

LEAD(s):

Set Lead 1:  (Info)

    COUNTERTERRORISM

       AT WASHINGTON D.C.

      Read and clear.

Set Lead 2:  (Action)

    ALL FIELD OFFICES

       St. Louis requests

b7E

◆◆
028djm05.ec

UNCLASSIFIED

5

EXHIBIT I(c)
------------

(Rev. 05-01-2008)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE          Date: 3/24/2010

To:  Counterterrorism          Attn:  SSA _____          b6
        Houston.                                                          b7C
        St. Louis, Louisville, Indianapolis                               b7E

From: Omaha

    Contact:  SA _____

Approved By:  _____

Drafted By:  _____ :ecm          b6
                493                b7C

Case ID #: _____

    336N-SL-194021_____

Title:  HAMMERSKIN NATIONS

    OO:  HOUSTON                                                        b7E

    VINLANDER SOCIAL CLUB

    OO:  INDIANAPOLIS

    VOLKSFRONT
    _____

    OO: ST. LOUIS

    BLOOD AND HONOUR

    OO: LOUISVILLE

Synopsis:  To cover lead(s):

Details:  In reference to the DTOU's request that _____          b7E

0832010ecm01.ec.wpd          UNCLASSIFIED

SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_MA_

MAR 26 2010

FBI-ST. LOUIS

336N-SL-194021-          b7E

UNCLASSIFIED

To: Counterterrorism  From:  Omaha
Re:  336N-          3/24/2010                                         b7E

        In response to the request that Omaha JTTF contact the
Civil Rights/Hate Crime Squad regarding the captioned groups,
Omaha JTTF reports no current investigations by the Omaha Civil
Rights/Hate Crime Squad.

                                                                     b6
                                                                     b7C
                                                                     b7E

                    have been identified as participants in the
Volksfront

UNCLASSIFIED

2

UNCLASSIFIED

To:  Counterterrorism  From:  Omaha
Re:  336N-_____  3/24/2010                                          b7E

LEAD(s):

Set Lead 1:  (Info)

    COUNTER TERRORISM

        AT WASHINGTON, D.C.

        DTOU  Read and clear.                                 b7E

Set Lead 2:  (Info)

    HOUSTON

        AT HOUSTON, TX

        Read and clear.

Set Lead 3:  (Info)

    INDIANAPOLIS

        AT INDIANAPOLIS, IN

        Read and clear

Set Lead 4:  (Info)

    ST. LOUIS

        AT ST. LOUIS, MO

        Read and clear.

Set Lead 5:  (Info)

    LOUISVILLE

        AT LOUISVILLE, KY

        Read and clear.

♦♦

UNCLASSIFIED

3

EXHIBIT I(d)



(Rev. 05-01-2008)

CLASSIFIED BY: NSICG 336J55T41
REASON: 1.4 (B,C,D)
DECLASSIFY ON: 12-31-2035
DATE: 12-08-2016

SECRET//FGI//ORCON/REL TO USA

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                    Date:  09/02/2010

To:  St. Louis              Attn:  SA _____        b6
     San Diego              Attn:  SSA _____       b7C

From:  Counterterrorism
        Domestic Terrorism Strategic Operations Section/
     Domestic Terrorism Operations Unit I
        Contact:  SSA _____ ext. _____     b6
                                                           b7C

Approved By: _____

                                                           b6
Drafted By: _____ jss                          b7C

Case ID #:  (U/LES) _____
             (U/LES)  336N-SL-194021-55                   b7E

Title:  (U/LES) _____                  b7E

        (U/LES)  VOLKSFRONT
                 TERRORISM ENTERPRISE INVESTIGATION
                 AOT-DT-WHITE SUPREMACIST EXTREMISTS       b7E
                 OO: ST. LOUIS

Synopsis:   (U)  (S/OC) This communication documents _____        b1
                                                                             b3
(S) _____   For the information of the reader, _____   b7D
(S) _____                        b7E

               Derived From:  G-1
               Declassify On:  20350902

Details:  (U/LES) As recipients are aware, Volksfront, a white
supremacist organization, is hosting their 16th annual Althung
event that is being held at their property located outside of
Fredicktwon, Missouri. This event is scheduled to take place from
September 3-6, 2010. Members of the Volksfront, Blood and Honour
USA, and skinhead groups will be in attendance at this event.

             (U)  (S/OC) As background. _____     b1
(S) _____                b3
                                                                     b7D
                                                                     b7E

SECRET//FGI//ORCON/REL TO USA

2/6/12
downloaded
+ printed
TM

#9

336N-SL-194021-55

SECRET//FGI//ORCON/REL TO USA

To: St. Louis  From: Counterterrorism
Re: (U/LES) ☐ 336N-SL-194021 ☐ 09/02/2010                    b7E

(S) ─────────────────────────────────────────────                b1
                                                                  b3
                                                                  b6
                                                                  b7C
                                                                  b7D
                                                                  b7E

(S/OC) Unit Chief ☐                    Investigative Law Unit,    b1
Office of General Counsel, concurred ☐                           b3
(S) ─────────────────────── UC ☐       requested the DTOU I obtain  b6 per DOJ
concurrence from the Department of Justice ☐                      b7C per DOJ
(S) ──────────────────── On 08/31/2010, ☐           Attorney,    b7D
Department of Justice, Counterterrorism Section, concurred ☐     b7E
(S) ──────────────────────────

(U) ──── (S/OC) ☐

(S) ──── A single telephonic Point of Contact (POC) has been     b1
established, ☐                                                    b3
(S) ──── SA ☐           St. Louis Division ☐                     b6
─────────────────── DTOU I SSA's ☐              and              b7C
──────────── will continue to serve ☐                            b7D
                                                                  b7E
(S) ──────────────────────────────

SECRET//FGI//ORCON/REL TO USA

2

SECRET//FGI//ORCON/REL TO USA

To: St. Louis  From: Counterterrorism
Re: (U/LES)  336N-SL-194021  09/02/2010                                       b7E

LEAD(s):

Set Lead 1:  (Action)

    ST. LOUIS

        AT ST. LOUIS, MISSOURI

        (U/LES)  Read and Clear.

Set Lead 2:  (Action)

    SAN FRANCISCO

        AT SAN FRANCISCO, CALIFORNIA

        (U/LES)  Read and Clear.

◊◊

Precedence:  PRIORITY                        Date:  03/20/2006

To:  All Field Offices            Attn:  DT Supervisors
                                          All Resident Agencies
     Counterterrorism             Attn:  UC
                                         UC                    b6
                                         IA                    b7C
                                         IA

From:  Counterterrorism                                   b7E
                                                          b6
     Contact:  SSA [          ]  ext. [    ]              b7C

Approved By: [                    ]
                                   b6
                                   b7C

Drafted By: [                   ]    b6
                                     b7C

Case ID #:  100-MP-63291    (Pending)

Title:  NATIONAL SOCIALIST MOVEMENT
        TERRORISM ENTERPRISE INVESTIGATION
        OO: MINNEAPOLIS

ARMED AND DANGEROUS

Synopsis:  This communication provides notification and guidance
regarding upcoming white supremacist meetings/ rallies that is
being hosted by the National Socialist Movement (NSM), in
Michigan.                                                 b7E

[                                                       ]

Details:  As recipients are aware, the Minneapolis Field Division
currently has a pending Terrorism Enterprise Investigation
pertaining to the National Socialist Movement (NSM). The NSM is a
white supremacist organization headquartered in Minneapolis,
Minnesota.   The NSM is structured in a German military fashion,
with a Commander and several Staff Officers.  The current
[                                   ]  Throughout its history,  b6
acts of violence have been attributed to individuals belonging   b7C
to, or associated with captioned group.  Recent events have indicated an
escalation in violence, and stockpiling of weapons
and ammunition in anticipation of waging war against Black
Jews, Hispanics and the federal government.

---------------------------------------------------------------
Case ID : 100A-MP-63291                 Serial : 100         b6
          801A-CG-125288                         9           b7C

                                            SEARCHED ___ INDEXED ___
                                            SERIALIZED ___ FILED ___
                                            APR 0 4 2006
                                            FBI SEATTLE

                    300A-SE-92275 - 9

Further, in October of 2005, members and associates of captioned group conducted a rally in the Woodrow Wilson Park and surrounding neighborhoods in Toledo, Ohio.  NSM members intended to march through the neighborhood streets following their rally in the park in order to protest recent black on white violence and narcotics trafficking.

Before the NSM could begin their march, local residents and counter-demonstrators began throwing rocks and bricks at vehicles, local residences and businesses.  Toledo police responded by firing tear gas into the gathered counter-demonstrators and local residents.  Toledo police advised the NSM to leave the area for their own protection and the NSM complied. Local residents and counter-demonstrators continued with the clash with the police, looting a store and setting fire to a local bar.  This rally and riot, and the attendant media coverage for the NSM, was deemed a great success by the majority of the white supremacy movement.  NSM reported increased fund raising and increased applications for membership immediately following these events.

Thereafter, in November 2005, an additional rally was organized in Kingston, New York by white supremacist internet   b6
radio talk show host [                    ] organized this rally to   b7c
protest recent assaults which occurred in the area of the Kingston High School.  FBI, Albany initiated a 300A (Counterterrorism Preparedness - Special Events) investigation for the Kingston NSM rally. Based on the coordinated effort on behalf of the JTTF with the state and local law enforcement, the rally was held without incident.

On February 25, 2006, approximately 30 members and associates of the NSM held a rally and march in the predominantly b6 minority Parramore neighborhood of Orlando, Florida.  This rally  b7c was organized by NSM Orlando member [            ] to protest "black crime" in the Orlando area.

More than 300 federal, state and local law enforcement officers conducted event security, keeping the NSM members separated from crowds of over 500 counter-protestors and neighborhood residents. During the rally, 17 counter-protestors were arrested by local authorities for charges ranging from wearing a mask in public to assault on a law enforcement officer. None of the National Socialist Movement (NSM) members were arrested.

FBI investigation has determined that the NSM plans to conduct additional marches in selected cities throughout the United States.  The intention of these rallies is three-fold:  to incite racial unrest in minority neighborhoods; to drain law enforcement resources due to the security needs of these marches; and, to increase their recruitment of new members.  The NSM is hoping to repeat the results of their Toledo, Ohio march which fomented a riot by minorities angered by the NSM's presence in their neighborhood.

Consistent with the above, recipients are to be aware of the following meetings/rallies that are being prepared by the NSM:

03/25/2006 - NSM is planning a statewide meeting in Michigan (no further details);

04/22/2006 - NSM is planning a Pro-White Rally in Lansing, Michigan.  According to the NSM web page the two hour rally will begin at 1400 hours and will be "in the spirit" of national rallies held at the Valley Forge, Pennsylvania, National Military Park in September 2004 and the Yorktown, Virginia, National Military Park in June 2005. It was noted by the NSM this rally will be held in conjunction with the groups annual national organizational meeting as well as the annual celebration on 04/20/2006 of Adolph Hitler's birthday.  Sources have reported the NSM expects upwards of 300 people to attend this event;

07/02/2006 - 07/04/2006 - NSM Rally/Camp Out in Washington State; unconfirmed information has been received that the group plans to rally at the Washington State Capital; and, it should be noted the NSM web site indicates the group is planning a large "historical event" that is tentatively being planned for late summer in conjunction with the Keystone State Skinheads.

FBI human intelligence source information as well as public source information has clearly identified predicated subjects of domestic terrorism investigations will be in attendance at the aforementioned events.

Detroit and Seattle are to determine if the NSM have applied for any permits for the aforementioned events. Detroit and Seattle are to offer any and all assistance of the FBI to improve law enforcement response and intelligence sharing in a concerted effort to prevent any potential acts of terrorism or criminal activity which arise during these events.

Detroit and Seattle should also contact the Special Events Management Unit at FBIHQ to explore the possibility of designating these activities as a Special Event.

Receiving offices should forward positive intelligence from sources with knowledge of planned activity by individuals,    b7E domestic or international groups under _____ , as well as intelligence from any sources or _____ , as well as intelligence from any sources indicative of unlawful activity or other acts of violence, to the _____ as well as to the Minneapolis, Detroit, Seattle and Kansas City Divisions

Further, receiving offices are to advise the _____ FBI   b7E Minneapolis, Seattle and Detroit as to if any sources will be in attendance at the NSM events. Recipients are to provide either a positive or negative response as to the attendance of sources at the NSM events.

LEAD(s):

Set Lead 1:   (Action)

    DETROIT

        AT LANSING, MICHIGAN

        Detroit is to determine if the NSM have applied for any permits for the aforementioned event. Detroit is encouraged to offer any and all assistance of the FBI to improve law enforcement response and intelligence sharing in a concerted effort to prevent any potential acts of terrorism or criminal activity which arise during these events.

Set Lead 2:   (Action)

    SEATTLE

        AT SEATTLE, WASHINGTON

        Seattle is to determine if the NSM have applied for any permits for the aforementioned events. Seattle is to offer any and all assistance of the FBI to improve law enforcement response and intelligence sharing in a concerted effort to prevent any potential acts of terrorism or criminal activity which arise during these events.

Set Lead 3:   (Action)

    DETROIT

        AT LANSING, MICHIGAN

        Detroit should contact the Special Events Management Unit at FBIHQ to explore the possibility of designating these activities as a Special Event.

Set Lead 4:   (Action)

    SEATTLE

        AT SEATTLE, WASHINGTON

        Seattle should contact the Special Events Management

Unit at FBIHQ to explore the possibility of designating these activities as a Special Event.


Set Lead 5:   (Action)

       ALL RECEIVING OFFICES


            Receiving offices should forward positive intelligence from sources with knowledge of planned activity by individuals,     **b7E** domestic or international groups [        ], as well as intelligence from any sources or full investigations, as well as intelligence from any sources indicative of unlawful activity or other acts of violence, to the [      ] as well as to the Minneapolis, Detroit, Seattle and Kansas City Divisions


Set Lead 6:   (Action)

       ALL RECEIVING OFFICES
                                                              **b7E**
       Receiving offices are to advise the [      ] FBI Minneapolis, Seattle and Detroit as to if any sources will be in attendance at the NSM events. Recipients are to provide either a positive or negative response as to the attendance of sources at the NSM events.


ARMED AND DANGEROUS

EXHIBIT T

Orange County Sheriff's Office Performance Evaluation
Attachment

Name: Master Deputy Kelly Boaz (EID 0625)                    Date of Report: 08/03/2012
Rater: Sergeant John Allen (EID 1804)
Period covered by this report: 07/31/2011 – 07/31/2012

Strengths

Master Deputy Kelly Boaz has been assigned to the Joint Terrorism Task Force since October 2007. He assigned to a squad responsible for investigating domestic terrorism and weapons of mass destruction related matters. He is also an accomplished and well-respected EOD technician who serves as the WMD assistant coordinator for the FBI-Tampa Division. As a member of the Domestic Terrorism Squad, Deputy Boaz successfully manages a large caseload. He is a knowledgeable investigator with a very strong work ethic. Deputy Boaz regularly works long and irregular work hours. He is a team player who is always willing to help other members of the task force, other members of the sheriff's office, and personnel from other agencies.

Deputy Boaz has broad and varied law enforcement experience including assignments to agency's Narcotics Section, Gang Unit, Crimes Against Persons Squad, and the WDW Investigations Squad making him a skilled investigator and a proficient interviewer. He prepares reports and other documents that are well-written. His strong organizational skills allow him to keep supervisory personnel informed of his casework despite his busy and unpredictable schedule. Deputy Boaz is physically fit and trains regularly. In addition, he provides agency defensive tactics training to newly hired deputies.

During this rating period, Deputy Boaz played significant roles in concluding two notable Joint Terrorism Task Force domestic terrorism cases. The two following paragraphs were provided by the FBI supervisory special agent assigned to supervise Deputy Boaz and detail his role in ensuring the successful outcomes of both cases.

SS Kavellerie Brigade

A three-year investigation of the SS Kavellerie Brigade, the armed and violent faction to the Aryan Nations, was brought to a conclusion with the arrest of six individuals linked to the group. TFO Boaz was directly responsible for the results of this investigation as the co-case agent and as one of the undercover employees who infiltrated the group. TFO Boaz led the investigation to identify links between this group, the Black Pistons, the Outlaws and other groups. The investigation utilized four undercover employees, a T-III, pen registers, GPS tracking, and other sophisticated techniques all predicated on information developed by TFO Boaz through investigations and the use of informants. TFO Boaz's efforts disrupted and dismantled this domestic terrorist organization with charges of paramilitary training, threat to use destructive devices, conspiracy, narcotics charges, prescription pill charges, and other charges. TFO Boaz received a commendation from the FBI for his efforts and leadership during this investigation, particularly in regard to his development and use of confidential informants.

Orange County Sheriff's Office Performance Evaluation
Attachment

Name: Master Deputy Kelly Boaz (EID 0625)                    Date of Report: 08/03/2012
Rater: Sergeant John Allen (EID 1804)
Period covered by this report: 07/31/2011 — 07/31/2012

American Front

Another JTTF investigation which was active for five years was brought to a conclusion with TFO Boaz's course of action and leadership. As a result of an informant being compromised and a threat of action by the group, TFO Boaz, in consultation with his partner and the FBI supervisor, developed a strategy to address the American Front organization in Orlando. The American Front is a national militia-styled, anti-Semitic, white supremacist, skinhead organization which was planning and preparing for an inevitable race war. Again, TFO Boaz's teamwork and leadership were demonstrated in his planning and execution of the plan to disrupt and dismantle this organization. TFO Boaz led his team in the presentation of the probable cause to the State's Attorney to garner support and approval of a search warrant. TFO Boaz's presentation persuaded the State's Attorney to not only agree to two state search warrants, but also to issue fourteen arrest warrants based on the totality of the information already in hand and corroborated by much of the information found from the searches. TFO Boaz authored, issued, and served two search warrants, fourteen arrest warrants, and provided case briefings to several Directors, Chiefs, and Under Sheriffs. TFO Boaz is now in the process of preparing for trial in both of these cases, but his leadership and effort disrupted and dismantled two nationally significant domestic terrorist organizations. Both cases were briefed to the FBI Director daily during the execution of the disruptions.

Deputy Boaz is a dedicated investigator who works tirelessly to ensure the success of the Orange County Sheriff's Office and the Joint Terrorism Task Force.

Areas for Improvement

None noted

Comments

As indicated above, Master Deputy Kelly Boaz has a strong work ethic. He is a reliable and committed law enforcement officer. Deputy Boaz is well-respected by his colleagues, and is a valuable asset to the Orange County Sheriff's Office and the Joint Terrorism task Force.

2

Exhibit 12-a
Lima NAACP

EXHIBIT K(a)
------------

CALL 0140  11 FEB08

UNKNOWN
M▓▓▓▓ B▓▓▓▓

(BEGINNING OF CONVERSATION)

UNKNOWN:      WE'RE UNABLE AT THIS TIME.  PLEASE LEAVE US A DETAILED
              MESSAGE, YOUR NAME, PHONE NUMBER AND WE'LL GET
              BACK WITH YA.  THANKS.

              (ANSWERING MACHINE PICKS UP)

M▓▓▓▓ B▓▓▓▓   YES, MR. E▓▓▓▓ THIS IS M▓▓▓▓ B▓▓▓▓ MIDWEST
              REGIONAL DIRECTOR OF THE AMERICAN NATIONAL
              SOCIALIST WORKERS PARTY.  I SAW THAT YOU RAN YOUR
              NIGGER MOUTH IN THIS NEWSPAPER SAYIN' THAT WE'RE
              COWARDS.  SINCE I SEE THAT YOU LIVE AT ▓▓▓▓▓▓
              ▓▓▓▓▓▓▓▓▓▓▓▓, I'D LIKE TO KNOW IF
              MAYBE ONE OF OUR OHIO GUYS COULD STOP BY AND MAYBE
              YOU COULD DISCUSS YOU'RE DIS... YOUR CONCERN WITH US.
              WE WOULD BE MORE THAN GLAD TO SEND ONE OF OUR GUYS
              UP THERE AND MAYBE YA'LL CAN TALK MORE ABOUT THIS.
              ANYWAYS, WE'RE BE SEEIN' YOU AROUND AND WE'LL BE
              SEEIN' YOUR RESIDENCE AROUND... WHITE POWER NIGGER..

              (END OF CONVERSATION)

1

2

3

4                    United States

5                         v.

6                  William White

7

8        Portion of Skype Telephone Call

9               March 1, 2008

10          00:19:11 thru 00:25:45

11

12

13

14

15

16

17

18

19

20

21

22

Page 2

1       Male Voice:  It's Mary's, uh, Chick.

2       Male Voice:  All right, what's the number?

3       Male Voice:  What a second you're going to call

4    Mary Chick and possibly fuck up her marriage?

5       Male Voice:  Yeah, that's the whole point.

6       [laughter]

7       Male Voice:  Is it a cell phone?

8       Male Voice:  There's no reason to call an

9    unmarried chick, because he's not married.

10      Male Voice:  Yeah -- funny.

11      Male Voice:  Yeah, what's the number?

12      Mr. Dan Jones:  You need to call her Dr. Love.

13   It's -- 74 --

14      Male Voice:  Hold it, start over.  You're -- you

15   just broke up.

16      Male Voice:  You ought to call Kenny up.

17      Male Voice:  Dan, start over.

18      Mr. Jones:  --

19      Male Voice:  Dan, I cannot hear a damn thing

20   that you're saying.  Can anybody else?

21      Mr. Jones:  Well, fuck --

22      Male Voice:  I can't hear him.

Page 3

1          Mr. Jones:  Well, I'm on.

2          Male Voice:  All right, there you go.  Now say

3     it.

4          Mr. Jones:  Okay --

5          Male Voice:  He just cut out again.

6          Male Voice:  It's like being on a CB when, uh,

7     you know, when they fucking, uh, somebody's blocking

8     your ass.

9          Male Voice:  Oh, well --

10         Mr. Jones:  I don't know, I mean, I was fine up

11    until now.

12         Male Voice:  I can hear you now.  Just, all

13    right, try reading it through.  Just --

14         Mr. Jones:  8▒▒ --

15         Male Voice:  All right, 8▒▒ --

16         Mr. Jones:  You got a pen?

17         Male Voice:  Yeah, I got 8▒▒.

18         Mr. Jones:  8▒▒▒ --

19         Male Voice:  0▒▒▒

20         Mr. Jones:  0▒▒ --

21         Male Voice:  All right, I got 0▒▒ --

22         Mr. Jones:  -- ▒▒.

Page 4

1         Male Voice:   -- ▩.  All right, what their name?

2         Mr. Jones:  Pastor Pat.

3         Male Voice:  All right.

4         Male Voice:  Pat? I thought you said Mary.

5         Mr. Jones:  No, Pat.

6         Male Voice:  No, Pat's married.

7         Male Voice:  What?

8         [crosstalk]

9         Male Voice:  Is Pat a guy?

10        Mr. Jones:  What?

11        Male Voice:  Is Pat a guy?

12        Mr. Jones:  No, it's a chick.

13        Male Voice:  It's probably Patty.

14        Male Voice:  Pat petunia.

15        [laughter]

16        Male Voice:  All right, Burks, you ready?

17        Mr. Burks:  Yeah, it's got to be Dr. Love.  And

18   it doesn't matter if -- or it's her.

19        [laughter]

20        Male Voice:  I don't care.  That's fine.

21        Male Voice:  All right, here we go, 3, 2, 1.

22        Male Voice:  Oh.

Page 5

```
 1        [ringing]

 2        Male Voice:  Hello?

 3        Male Voice:  Is Pat there?

 4        Male Voice:  Uh, wrong number.

 5        Male Voice:  Uh --

 6        Male Voice:  Said wrong number.

 7        Male Voice:  I don't think it's a wrong number,

 8   um --

 9        Male Voice:  Did it sound like the right person?

10        Male Voice:  Yeah, call -- uh, speak with

11   Tricia.

12        Male Voice:  What?

13        [laughter]

14        Male Voice:  All right, you got to read the

15   number again.

16        [crosstalk]

17        Male Voice:  You mother fuckers.

18        Male Voice:  8██, right?

19        Male Voice:  No, let me look.

20        [laughter]

21        Male Voice:  Dan, are you just making up random

22   numbers out of the fucking thin air or some shit?
```

Page 6

```
 1      Mr. Jones:  No, I'm not.

 2      Male Voice:  I would have.

 3      Mr. Jones:  That's -- .  It's, uh, 🔳 --

 4      Male Voice:  Here, let me get my phone book out.

 5      Male Voice:  🔳 what?

 6      Male Voice:  What?

 7      Male Voice:  What sounds like a good negro name?

 8   Let's find out.

 9      Male Voice:  We're not calling people at 2:00

10   a.m.

11      Male Voice:  That's the whole point.

12      Male Voice:  It's 1:00 a.m.

13      Male Voice:  Dan --

14      Male Voice:  -- .

15      Male Voice:  Dan, are you there?

16      Mr. Jones:  It's only good Jamal.  See if any

17   Jamals around. Phone's busy.

18      Male Voice:  Who we with, Dan?  Who's here?

19      Male Voice:  I'm still here.  Probably lost Dan.

20      Mr. Jones:  I'm here.

21      Male Voice:  I'm here.

22      Male Voice:  Yeah, that's Dan.
```

Page 7

1      Male Voice:  Hey, guys, they're calling my, uh,

2  anger management counselor.

3      [laughter]

4      Male Voice:  Hey, Phil, Phil, this guy sent me a

5  text message or girl.  All it said was nothing.

6  That's all it said, nothing.

7      Male Voice:  Nothing?

8      Male Voice:  Probably what he wants to do in

9  your hair.

10      Male Voice:  How about Judy's Hair Salon?

11      Male Voice:  It won't be open.

12      Male Voice:  -- .

13      Male Voice:  Oh.

14      Male Voice:  Doo, doo, doo, doo, doo, doo.

15      Male Voice:  Barber shop.

16      [ringing]

17      Looking up for synagogues in the state of Ohio.

18      Male Voice:  Oh, fuck, Justin's -- careful,

19  steamroller.

20      Female Voice:  Your call has been forwarded to

21  an automatic --

22      Male Voice:  Should I try his house?

Page 8

```
1       Male Voice:  No, try his unit phone.

2       Male Voice:  Dude, that thing's never on.

3       Male Voice:  Well, maybe he finally turned it

4  on.

5       Male Voice:  Dude, it's only 10:00.  I'll call

6  his house.

7       Male Voice:  It's 1:00 a.m., nigger.

8       [ringing]

9       Male Voice:  -- phone number?

10      Male Voice:  I'm laying down on my couch?

11      Male Voice:  Hello?

12      Male Voice:  Hello.

13      Male Voice:  Pat?

14      Mr. Jones:  Maybe it's my cell phone.

15      Male Voice:  Yeah, I think your phone died.  It

16  went, uh, uh, uh, uh.

17      Mr. Jones:  Well, it kept cutting out when I was

18  talking to you.  And then, finally, it just, oh,

19  well.  Can you hear me better now?

20      Male Voice:  Oh, yeah, I can hear you plain as

21  day.

22      Male Voice:  Good.
```

Page 9

1        Mr. Jones:  I'll read the number again.

2        Male Voice:  All right.

3        Mr. Jones:  8▓▓ --

4        Male Voice:  All right.

5        Mr. Jones:  6▓▓ --

6        Male Voice:  6▓▓▓

7        Mr. Jones:  0▓▓▓▓

8        Male Voice:  All right, Patricia?

9        Mr. Jones:  Yeah, Patricia.  You may have gotten

10   the wrong number, but --

11       Male Voice:  I probably did.

12       [ringing]

13       Male Voice:  Hello?

14       Male Voice:  Is Tricia there?

15       Male Voice:  You got the wrong number.

16       Male Voice:  I don't know.

17       [END TAPE]

18

19

20

21

22

EXHIBIT 1(a)(11)
-----------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

January 22, 2019

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

|  | **Section 552** |  |  |  | **Section 552a** |
|---|---|---|---|---|---|
| ☐ | (b)(1) | ☐ | (b)(7)(A) | ☐ | (d)(5) |
| ☐ | (b)(2) | ☐ | (b)(7)(B) | ☑ | (j)(2) |
| ☑ | (b)(3) | ☑ | (b)(7)(C) | ☐ | (k)(1) |
|  | Fed R. Crim Pr. (6e) | ☑ | (b)(7)(D) | ☐ | (k)(2) |
|  | _____ | ☑ | (b)(7)(E) | ☐ | (k)(3) |
|  | _____ | ☐ | (b)(7)(F) | ☐ | (k)(4) |
| ☐ | (b)(4) | ☐ | (b)(8) | ☐ | (k)(5) |
| ☑ | (b)(5) | ☐ | (b)(9) | ☐ | (k)(6) |
| ☑ | (b)(6) |  |  | ☐ | (k)(7) |

512 pages were reviewed and 141 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, checked boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☐   Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

☐   This information has been referred to the OGA(s) for review and direct response to you.
☐   We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

☑   In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA).  See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).  This response is limited to those records subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.  Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☐    The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation.   Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s).   Our experience has shown such additional references, if identified to the same subject of the main investigative file, usually contain information similar to the information processed in the main file(s).   As such, we have given priority to processing only the main investigative file(s) given our significant backlog.   If you would like to receive any references to the subject(s) of your request, please submit a separate request for the reference material in writing.   The references will be reviewed at a later date, as time and resources permit.

☑    See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-4544 to FBI (16cv00948)-5055 and Explanation of Exemptions)

The enclosed documents represent the tenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request. This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $900.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).  However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act. Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

EXHIBIT L(a)(ii)
----------------

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

February 19, 2019

Mr. William A. White
5727 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

501 pages were reviewed and 264 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, checked boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☑ Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

  ☐ This information has been referred to the OGA(s) for review and direct response to you.
  ☑ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

☑
  In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA). See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter. Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑  See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-5056 to FBI (16cv00948) 5556 and Explanation of Exemptions)

The enclosed documents represent the eleventh interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request. This material is being provided to you at no charge at this time. The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $885.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

As previously indicated, documents were located which originated with, or contained information concerning another agency. We are consulting with the other agency and are awaiting their response. The FBI will correspond with you regarding those documents when the consultation is completed.

EXHIBIT L(a)(iii)
-----------------

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

March 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure.   The appropriate exemptions are noted on the processed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions.   An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☐ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

500 pages were reviewed and 284 pages are being released.

Below you will also find additional informational paragraphs about your request.   Where applicable, checked boxes are used to provide you with more information about the processing of your request.   Please read each item carefully.

☑ Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☑ We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

☑
In accordance with standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. § 552/552a (b)(7)(E)/(j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA).   See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010).   This response is limited to those records subject to the requirements of the FOIA.   This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist. Enclosed for your information is a copy of the Explanation of Exemptions.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑  See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-5557 to FBI (16cv00948) 6056 and Explanation of Exemptions)

The enclosed documents represent the twelfth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $870.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

As previously indicated, documents were located which originated with, or contained information concerning another agency.   We are consulting with the other agency and are awaiting their response.   The FBI will correspond with you regarding those documents when the consultation is completed.

EXHIBIT 1(a)(iv)
-----------------



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 18, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

512 pages were reviewed and 61 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, checked boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☐ Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. The **"Standard Responses to Requests"** section of the Addendum applies to all requests. If the subject of your request is a person, the **"Standard Responses to Requests for Individuals"** section also applies. The **"General Information"** section includes useful information about FBI records.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-6057 to FBI (16cv00948)-6568 and Explanation of Exemptions)

The enclosed documents represent the thirteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $855.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

EXHIBIT L(a)(v)

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

May 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| 50 USC 3024 (i)(1) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

501 pages were reviewed and 104 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, checked boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☐ Documents were located which originated with, or contained information concerning, another Government Agency [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. The **"Standard Responses to Requests"** section of the Addendum applies to all requests. If the subject of your request is a person, the **"Standard Responses to Requests for Individuals"** section also applies. The **"General Information"** section includes useful information about FBI records.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-6569 to FBI (16cv00948)-7069, Explanation of Exemptions and FBI FOIPA Addendum).

The enclosed documents represent the fourteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $840.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.  Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

June 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

|  | Section 552 |  | Section 552a |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) | |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) | |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) | |
| Fed R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) | |
| 50 USC 3024 (i)(1) | ☑ (b)(7)(E) | ☐ (k)(3) | |
|  | ☐ (b)(7)(F) | ☐ (k)(4) | |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) | |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) | |
| ☑ (b)(6) |  | ☐ (k)(7) | |

501 pages were reviewed and 159 pages are being released.

Below you will also find additional informational paragraphs about your request. Where applicable, checked boxes are used to provide you with more information about the processing of your request. Please read each item carefully.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☑ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. The **"Standard Responses to Requests"** section of the Addendum applies to all requests. If the subject of your request is a person, the **"Standard Responses to Requests for Individuals"** section also applies. The **"General Information"** section includes useful information about FBI records.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-7070 to FBI (16cv00948)-7570, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the fifteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $825.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.   Material responsive to your request has been withheld and marked "OTHER–Sealed" pursuant to appropriate orders issued by federal district courts.

EXHIBIT I(b)

FD-610 (Rev. 05/04/2005)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  02/15/2008

To:  Criminal Investigative       Attn:  Civil Rights Unit

From:  Cleveland
       Squad 5, Lima Resident Agency
       Contact:  SA Brian E Russ                              b6
                                                             b7C

Approved By

Drafted By

Case ID #:  44B-CV-NEW (Pending)                        (4-6)
                                                         BR

Title:

       WILLIAM ALEXANDER WHITE,
       AMERICAN NATIONAL SOCIALIST WORKERS PARTY;
       JULIAN UPTHEGROVE
       RACIAL DISCRIMINATION - NO FORCE/VIOLENCE

Synopsis:  To report a noose distributed to the NAACP Chairman     b6
Julian Upthegrove in Lima, Ohio and open a full investigation.     b7C

Full Investigation Initiated:  02/15/2008

Details:  The information detailed below was obtained from a
source who has been known to be reliable, and has been
corroborated through source information in the Cincinatti and       b6
Louisville Divisions.                                               b7C
                                                                    b7D

## BACKGROUND

   The American National Socialist Workers Party (ANSWP) formed
in early 2006.  Bill White is the "Commander" of this group and
resides in Roanoke, Virginia.  He used to be associated with the
National Socialist Movement (NSM), but left them in 2006 to
create the ANSWP.  He was the organizer of a rally in Toledo,
Ohio for the NSM in 2005.  The ANSWP claims to
                                                                    b6
                                                                    b7C
                                                                    b7D

O&A SA:

Source Code:
CPI:                              HATE
ID Theft:
Mortgage Fraud

046ber 01.610

To:   Criminal Investigative   From:   Cleveland
Re:   44B-CV-NEW, 02/15/2008

b6
b7C
b7D

## ACTIVITY IN THE LIMA RESIDENT AGENCY TERRITORY

The ANSWP

b7D

b6
b7C
b7D

The purpose of this activity by the ANSWP is because of the

b6
b7C
b7D

b6
b7C
b7D

FBI(16cv948)-4850

To: Criminal Investigative   From: Cleveland
Re: 44B-CV-NEW, 02/15/2008

b6
b7C
b7D

## INVESTIGATIVE ACTION

This information was immediately reported to the Lima Police
Department and the Lucas County Sheriff's Office by the Lima
Resident Agency.

The Cincinatti and Louisville Division of the FBI was
telephonically contacted. They are very familiar with Justin
Boyer and Michael Burks. Boyer is referenced in
. Burks is
referenced in

b6
b7C
b7D

Division advised that            are planning
on traveling to            but that they have difficulty in

b6
b7C
b7D

Past intelligence on Burks suggest he is            but he
likes            He also seeks to
so that he can

b6
b7C

## FLYERS DISTRIBUTED

On 2/14/2008            the ANSWP did travel to Lima, Ohio
and distributed flyers containing hateful messages related to the
death of Tarika Wilson. The letter also contained contact
information of answp@nazl.org
Several citizens of Lima, Ohio have reported the receipt of these
flyers to the Lima Police Department and the Allen County
Sheriff's Office.

b6
b7C

On 2/11/2008 Burks sent a message to the NAACPs phone, that
the ANSWP would have one of their Ohio guys stop by the
NAACP's residence to discuss their concerns ...            This
would be the week of            No further information was
provided.

b6
b7C
b7D

b6
b7C
b7E

Source has

b6
b7C
b7D

3

To: Criminal Investigative  From: Cleveland
Re: 44B-CV-NEW, 02/15/2008

[                                    ] There were no threats mentioned    b7D
in [                    ]

## NOOSE INCIDENT 02/14/2008

b6
b7C

On 02/14/2008 the local NAACP Chairman Julian Upthegrove
contacted the Allen County Sheriff's Office because he too
received racist literature in the mail. In addition to this he
received a package containing a noose.

Upthegrove received two envelopes. One envelope was white    b6
and was postmarked on 2/ /2008 in Portland, Oregon. This      b7C
envelope contained racist fliers and a National Socialist
magazine titled "The Negro Beast". The white envelope showed a
return address of [                                    ]

He also received a yellow envelope, but this one was not
postmarked and did not have a return address. It appeared to
have been hand delivered. The yellow envelope contained a
National Socialist magazine entitled "Lynch the Jena 6" and also
contained a noose.

## PROSECUTIVE OPINION

United States Department of Justice, Civil Rights Division,
Criminal Section, Trial Lawyer Kowalski was telephonically      b5
contacted. He was advised of the above information. He          b6
requested an investigation be opened and stated [           ]    b7C

[                    ] Based on this information it is requested this
matter be opened as a "full investigation."

Descriptive Data:

```
       MAIN SUBJECT                                              b6
       Name -                                                   b7C
         Last:
         First:
         Middle:
       Race:
       Sex:
       DOB:
       DLN:
       SOC:
       Address(es) -
         House #:
         Street Name:
         Street Suffix:
         City:
```

4

To:  Criminal Investigative  From:  Cleveland
Re:  44B-CV-NEW, 02/15/2008

State:
Postal Code:
Phone #:
Phone #:
Miscellaneous:

b6
b7C

MAIN SUBJECT
Name -
  Last:
  First:
Race:
Sex:
DOB:
FBI:
SOC:
Address(es) -
  House #:
  Street Name:
  City:
  State:
Height:
Weight:
Hair:
Eyes:

b6
b7C

MAIN SUBJECT
Name -
  Last:              White
  First:             William
  Middle:            Alexander
Race:                W
Sex:                 M
DOB:
SOC:
Address(es) -
  House #:           1602
  Street Name:       Patterson Southwest Avenue
  City:              Roanoke
  State:             Virginia
  Zip Code:          24016
Address(es) -
  House #:           188
  Street Name:       Summit Way
  City:              Roanoke
  State:             Virginia
  Zip Code:          24014
Address(es) -
  House #:           P.O. Box 8631

5

FBI(16cv948)-4853

To:  Criminal Investigative   From:  Cleveland
Re:  44B-CV-NEW, 02/15/2008

```
            City:             Roanoke
            State:            Virginia
            Zip Code:         24016
            Height:           6'2""
            Weight:           220
            Hair:             Black
            Eyes:             Brown
```

Date of Incident:   02/14/2008      Time of Incident:  06:30P          b6
Date of Complaint:  02/14/2008                                          b7C

Incident Location

Incident Street No.:
         Street Name:                              Apt #:
         City:            Lima
         State:           OH              Zip:

1. INCIDENT:
         A. Community Area:  Small City or Town
         B. Violence:  No
         C. Death:  No
         D. Injury:  No
         E. Correctional Facility:
      Facility Type:
      Same as Incident Address:  No

         Facility Street No.:
         Street Name:
         City:
         State:                        Zip:

2. SOURCE OF COMPLAINT:
   Other:  Police

3. OTHER AGENCY INVESTIGATING:
   None

4. CASE AGENT CONTACT INFORMATION:                                      b6
         Name:  SA Brian E Russ                                         b7C
         Telephone(s):
         E-Mail:
         Address:        FBI, Lima Resident Agency, 401 W. North
         Street, St

6

To: Criminal Investigative   From:   Cleveland
Re: 44B-CV-NEW, 02/15/2008

LEAD(s):

Set Lead 1:   (Action)

   CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

      For the Civil Rights Unit to review and forward the
information to the Department of Justice, Civil Rights Division.

Set Lead 2:   (Info)

   CRIMINAL INVESTIGATIVE

      AT WASHINGTON, DC

      For the Public Corruption/Civil Rights Intelligence
Unit.   For information only.

◆◆

FBI(16cv948)-4855

EXHIBIT 1 (c)

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: PRIORITY                    Date: 03/11/2008

To:

Springfield                    Attn: Civil Rights Squad

                               Attn: Civil Rights Squad

                               Attn: Civil Rights Squad

Portland                       Attn: Civil Rights Squad
                                     JTTF, TFO                    b6
                                                                 b7C

Richmond                       Attn: Roanoke RA, SA David Church

Cincinatti                     Attn: Dayton RA
                                     SA MJS
                                     TFO

Louisville                     Attn: SA TJB

From: Cleveland
      Lima Resident Agency
      Contact: SA Brian E Russ

Approved By:

Drafted By:

Case ID #: 44B-CV-74237 -10 (Pending)

Title:                                                           b6
                                                                 b7C

      WILLIAM ALEXANDER WHITE,
      AMERICAN NATIONAL SOCIALIST WORKERS PARTY;
      JULIAN UPTHEGROVE
      RACIAL DISCRIMINATION - NO FORCE/VIOLENCE

Synopsis: Leads set to identify members of the American National
Socialists Worker's Party (ANSWP).

Enclosure(s): CD containing images of hate mail, envelopes, and
package containing the noose.                                    b6
                                                                 b7C

Reference: Telcals and email communications between SA David
Church Roanoke RA, and TFO                of the Portland Division.

Details: The purpose of this communication is to identify members
of the ANSWP, and to specifically identify members              b6
                                                                 b7C
                        who may be responsible for mailing a noose and
other hate mail to Lima, Ohio. Once identified, a subpoena will be
issued in order to obtain DNA and fingerprint/palm print samples
which will be forwarded to the FBI Laboratory for comparison with
the physical evidence.

073ber01.ec

To:          From:  Cleveland                     b6
Re:  44B-CV-74237, 03/11/2008                           b7C

Trial  Lawyer  Barry Kowalski  of  the  United  States    b5
Department of Justice, Civil Rights Division, Criminal Section, has    b6
                         b7C
            In addition, the United States
Department of Justice has opened a broader investigation into White
and potentially illegal and threatening activities he is involved
in across the Untied States.  Special Agent David Church has opened
44A-RH-53908 and has been designated as the OO for this national
initiative targeting Bill White and the ANSWP.  Lead Agents are
still directed to provided the results to this lead under the
Cleveland Division file number (44B-CV-74237).  The Cleveland
Division will brief Special Agent David Church (Roanoke RA 44A-RH-
53908), and Trial Lawyer Kowalski on the results provided to
Cleveland.

## BACKGROUND

The American National Socialist Workers Party (ANSWP)
formed in early 2006.  William "Bill" White is the "Commander" of
this group and resides in Roanoke, Virginia.  He used to be
associated with the National Socialist Movement (NSM), but left
them in 2006 to create the ANSWP.  He was the organizer of a rally
in Toledo, Ohio for the NSM in 2005 which caused violence.  The
ANSWP claims to                          b6
                         b7C
                         b7D

## ACTIVITY IN THE LIMA RESIDENT AGENCY TERRITORY

The ANSWP                              b7D

                             b6
                             b7C
                             b7D

2

To: [redacted]   From:  Cleveland                           b6
Re:  44B-CV-74237, 03/11/2008                               b7C

                                                b6
                                                b7C
                                                b7D

The purpose of this activity by the ANSWP is because of            b6
the [redacted]                                                     b7C
                                                                   b7D

[redacted]                                                         b6
                                                                   b7C
                                                                   b7D

[redacted]                                                         b6
                                                                   b7C
                                                                   b7D

### FLYERS DISTRIBUTED

    On February 14, 2008 members of the ANSWP did travel    b6
to Lima, Ohio and distributed flyers containing hateful messages   b7C
related to the death of Tarika Wilson.  It is believed that the
hand delivered letters were delivered by Boyer.  The letters also
contained contact information of answp@nazl.org [redacted]
[redacted] Several citizens of Lima, Ohio reported
the receipt of these flyers to the ACSO and LPD.  Many citizens
also received the same hate letters in the mail postmarked from
[redacted]

    On February 11, 2008 Burke sent a message to the NAACP   b6
by phone that the ANSWP would have one of their Ohio guys stop by   b7C
the NAACP's residence to discuss their concerns ...                b7D
[redacted] This would have been the week of [redacted] No
further information was provided.

[redacted]                                                         b6
                                                                   b7C
                                                                   b7E

3

FBI(16cv948)-4883

To: [ ]  From: Cleveland  
Re:  44B-CV-74237, 03/11/2008

b6  
b7C

b6  
b7C  
b7E

## NOOSE INCIDENT 02/14/2008

b6  
b7C  
b7D

On February 14, 2008 the local NAACP Chairman Julian Upthegrove contacted the Allen County Sheriff's Office because he too received racist literature in the mail. In addition to this he received a package containing a noose. It is believed this incident was what[ ]was referring to when he stated that the

Upthegrove received two envelopes. One envelope was white and was postmarked on[ ]in[ ]. This envelope contained the same racist fliers and a National Socialist magazine titled "The Negro Beast". The white envelope showed a return address of [ ]

b6  
b7C

He also received a yellow envelope with no return address. The yellow envelope contained a National Socialist magazine entitled "Lynch the Jena 6" and also contained a noose. The envelope had[ ]stamps" which were similar to the stamps used in[ ]

b6  
b7C

It should be noted that the letters mailed [ ]had[ ]addresses and return addresses[ ]on them. The letters mailed[ ]had[ ]on them with no return address. The[ ]are similar to the[ ]used on the yellow package containing the noose. This combined with the same stamps being used from[ ]and on the noose package lends credibility to the idea that the noose was mailed from[ ]

b6  
b7C

It should also be noted that the white envelope and contents were mailed from[ ]and that seven of the hate letters were mailed from[ ]. The yellow envelope containing the noose was received by the victim on the same day as the large white envelope from[ ]. In addition both envelopes contained ANSWP hate magazines. [ ]is a suburb of[ ]. This information lends credibility to the idea that the yellow envelope containing the noose was mailed from[ ]

b6  
b7C

## EVIDENCE:

- 1B-1; 5 hate letters, no envelopes;

- 1B-2; 3 hate letters and envelopes postmarked [ ]

b6  
b7C

4

To: [          ]   From:  Cleveland
Re:  44B-CV-74237,  03/11/2008

b6
b7C

⦿   1B-3; 21 hate letters and envelopes postmarked [          ]

b6
b7C

⦿   1B-4; White mailing envelope, 2 hate letters, 1 hate document,
        1 ANSWP magazine "The Negro Beast";

⦿   1B-5; Yellow mailing envelope, 1 ANSWP magazine "Lynch the
        Jena 6", noose;

⦿   1B-6; 8 hate letters and envelopes postmarked from [          ]

⦿   1B-7; 4 hate letters and envelopes postmarked from [          ]

⦿   1B-8; 2 hate letters and envelopes postmarked from [          ]

⦿   1B-9; 2 hate letters, no envelopes;

⦿   1B-10; 27 hate letters and envelopes postmarked [          ]

### SOURCE INFORMATION:

        A  Confidential  Human  Source  (CHS)  was  tasked  with
[                                            ] Source provided the following
information:

b6
b7C
b7D

FBI(16cv948)-4885

To: [          ]   From: Cleveland

b6
b7C

Re:   44B-CV-74237, 03/11/2008

## LEXIS-NEXIS

A search of Lexis-Nexis for the above individuals provided the following information:

b6
b7C
b7D

b6
b7C
b7E

6

To: ☐ From: Cleveland  b6
Re: 44B-CV-74237, 03/11/2008  b7C

b6
b7C
b7E

## UNITED STATES POSTAL SERVICE

United States Postal Inspector ☐ Cleveland  b6
Office, was contacted regarding the white package mailed from  b7C
☐ which had a postage label of ☐
☐ advised that the
package was mailed from a ☐ branch of the USPS. The
Branch Manager is ☐ and the Clerk who
accepted the piece is ☐

The other hate mail letters were mailed from the
following locations:

b6
b7C

<u>Descriptive Data of Known ANSWP Member associated with</u> ☐  b6
b7C

MAIN SUBJECT
Name -
  Last:
  First:
  Middle:
Race:
Sex:
DOB:
DLN:
SOC:
Address(es) -
  House #:
  Street Name:
  Street Suffix:
  City:
  State:
  Postal Code:
Phone #:
Phone #:
Miscellaneous:


MAIN SUBJECT
Name -

7

To: [          ]  From:  Cleveland

Re:   44B-CV-74237, 03/11/2008

b6
b7C

b6
b7C

```
        Last:
        First:
      Race:
      Sex:
      DOB:
      FBI:
      SOC:
      Address(es) -
        House #:
        Street Name:
        City:
        State:
      Height:
      Weight:
      Hair:
      Eyes:
```

MAIN SUBJECT
Name -

```
      Last:                White
      First:               William
      Middle:              Alexander
    Race:                  W
      Sex:                 M
      DOB:
      FBI:
      DLN:
      SOC:
      Address(es) -
        House #:           1602
        Street Name:       Patterson Southwest Avenue
        City:              Roanoke
        State:             Virginia
        Zip Code:          24016
      Address(es) -
        House #:           188
        Street Name:       Summit Way
        City:              Roanoke
        State:             Virginia
        Zip Code:          24014
      Address(es) -
        House #:           P.O. Box 8631
        City:              Roanoke
        State:             Virginia
        Zip Code:          24016
      Height:              6'2""
      Weight:              220
      Hair:                Black
      Eyes:                Brown
```

8

FBI(16cv948)-4888

To: _____ From: Cleveland                                                     b6
Re:  44B-CV-74237, 03/11/2008                                                    b7C

LEAD(s):

Set Lead 1: (Action)

                                                                                 b6
                                                                                 b7C

        AT CIVIL RIGHTS

            Conduct logical investigation to identify members of the
ANSWP in the _____ area.  Coordinate with the Domestic
Terrorism squad in order to identify these members.  Canvas
Confidential Human Sources (CHS) to_____   b6
and determine if CHS is in a position to report on the _____       b7C
_____ Provide full descriptions, photographs,      b7D
and background of all ANSWP members identified, including all known
telephone numbers and local arrest history.  All reporting should
be documented via FD-302.

            Determine if _____                                b6
_____ telephone _____ SSAN_____                            b7C
is associated with the ANSWP.

Set Lead 2: (Action)

     SPRINGFIELD

        AT CIVIL RIGHTS

            Conduct logical investigation to identify members of the             b6
ANSWP in the Peoria Heights,IL area.  Coordinate with the Domestic               b7C
Terrorism squad in order to identify these members.  Canvas                      b7D
Confidential Human Sources (CHS) to_____
and determine if CHS is in a position to report on the_____
_____ Provide full descriptions, photographs,
and background of all ANSWP members identified, including all known
telephone numbers and local arrest history.  All reporting should
be documented via FD-302.

            Determine if the _____ listed above are             b6
associated with the ANSWP.                                                       b7C

Set Lead 3: (Action)

        AT CIVIL RIGHTS

            Conduct logical investigation to identify members of the
ANSWP in the_____ area.  Coordinate with the Domestic

                                    9

To: [          ]    From: Cleveland                          b6
Re:  44B-CV-74237, 03/11/2008                               b7C

Terrorism squad in order to identify these members. Canvas       b7D
Confidential Human Sources (CHS) to [                    ]
and determine if CHS is in a position to report on the [        ]
[                              ] Provide full descriptions, photographs,
and background of all ANSWP members identified, including all known
telephone numbers and local arrest history. All reporting should
be documented via FD-302.

        Fully identify [                                           ]   b6
[                                   ] including providing any local     b7C
arrest history and police reports.

        Determine if [                                             ]
[                    ] DOB [          ] SSAN [              ]
        is associated with the ANSWP.

Set Lead 4:  (Action)

    PORTLAND                                                       b6
                                                                  b7C
        AT CIVIL RIGHTS                                           b7D

        Conduct logical investigation to identify members of the
ANSWP in the [        ] and [                    ] area. Coordinate
with the Domestic Terrorism squad in order to identify these
members. Canvas Confidential Human Sources (CHS) to [      ]
[                      ] and determine if CHS is in a position to
report on the [                                    ] Provide full
descriptions, photographs, and background of all ANSWP members
identified, including all known telephone numbers and local arrest
history. All reporting should be documented via FD-302.

        Contact United States Post Office Branch Manager [        ]   b6
[              ] telephone number [              ] in order to identify   b7C
[                ] the Clerk who accepted the white package mailed from
[                              ] Determine if [        ] or the clerk have
any way of identifying who sent the white package, and/or any
knowledge of who sent the yellow package which contained the noose.

        TFO [              ] is requested to contact his CHS who may   b6
possess information about the ANSWP in order to [                ]   b7C
[                            ] area, and to determine the CHS'   b7D
knowledge of the [              ]

        Fully identify [                                           ]   b6
[                                   ] including providing            b7C
any local arrest history and police reports.

        Determine if [                                             ]   b6
[                    ], DOB [          ] SSAN [              ] is   b7C
associated with the ANSWP.

10

To:        From:  Cleveland          b6
Re:   44B-CV-74237,  03/11/2008                      b7C

Set Lead 5:   (Info)

    RICHMOND

        AT ROANOKE, VA

        Read and Clear (SA David Church)        b6
                                        b7C

Set Lead 6:   (Action)

    CINCINATTI

    AT DAYTON, OH

        (SA MJS ) Query current CHS familiar with      b6
Specifically determine if         b7C
the source has any information regarding                b7D

        Provide any known home and cellular telephone numbers for
White known to CHS Boyer.                     b6
                                        b7C

        Provide a copy of local police reports for
arrest for Violating a Protective Order by the
Police Department.

        Provide all results via FD-302.

Set Lead 7:   (Action)

    LOUISVILLE                                b6
                                        b7C
    AT                                           b7D

        (SA MJB ) Conduct logical investigation to identify
members of the ANSWP in the      who are associated with
Canvas Confidential Human Sources (CHS) to
                                       Provide
full descriptions, photographs, and background of any other ANSWP
members identified.

        Provide any known home and cellular telephone numbers for
White known to CHS Burks.                     b6
                                        b7C

        Provide all results via FD-302.

&#9671;&#9671;

FBI(16cv948)-4891

EXHIBIT L(d)
-----------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                    Date:  05/21/2008          b6
                                                                     b7C
To: [        ]              Attn:  SA [            ]                 b7D

From:  Cleveland
       Lima Resident Agency
       Contact:  SA Brian E Russ

Approved By:

Drafted By:

Case ID #: 44B-CV-74237   (Pending)

Title:  WILLIAM ALEXANDER WHITE,
                                                                     b6
                                                                     b7C
        AMERICAN NATIONAL SOCIALIST WORKER'S PARTY;                  b7D
        JULIAN UPTHEGROVE
        RACIAL DISCRIMINATION - NO FORCE/VIOLENCE

Synopsis:  Leads set to obtain fingerprints, palm prints, and DNA.

Details: [        ] is directed to contact a [        ] Division CHS,   b6
known to the Cleveland Division, and obtain a full set of             b7C
fingerprints, palm prints, and DNA samples for comparison to          b7D
evidence recovered in captioned matter. [        ] is also directed
to obtain fingerprints, palm prints, an DNA samples from [        ]

        Cleveland requests these items be obtained as soon as
possible, but placed in the 1B section of this file, and forwarded
to the Cleveland Division Evidence Control Technician with the
proper Chain of Custody.

142ber01. GC

FBI(16cv948)-5028

To: [          ]   From:  Cleveland                                    b6
Re:  44B-CV-74237, 05/21/2008                                         b7C
                                                                      b7D


**LEAD(s):**

**Set Lead 1:   (Action)**

[                    ]                                                 b6
                                                                      b7C
        AT [                    ]                                     b7D

        Contact [    ] CHS known to the Cleveland Division and obtain
fingerprints, palm prints, and DNA.  Also, contact [              ]
and obtain the same.  Place these items into FBI Evidence and have
them  forwarded  to  the  Cleveland  Division  Evidence  Control
Technician with the proper Chain of Custody.


◊◊

                                    2

FBI(16cv948)-5029

EXHIBIT L(e)
------------



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 44B-CV-74237 —43

1501 Lakeside Avenue
Cleveland, Ohio 44114
June 2, 2008

DreamHost, PMB #257
417 Associated Road
Brea, California 92821
Phone: 1-714-706-4182
FAX: 714-990-2600

Attn: Custodian of Records

You are hereby requested, under the provisions of Title 18, United States Code, Section 2703(f), to "...take all necessary steps to preserve records and other evidence in [your] possession pending issuance of a court order or other process" relating to Internet services using the below listed domain name, and/or email account, including any records stored on backup media, and records in your custody or control as detailed below:

@     answp@nazi.org

A.   All stored content relating to the above domain, to include but not limited to HTML, text, graphics, and e-mail correspondence from January 1, 2008 until the present.

B.   All stored communications and other log files reflecting communications to or from the above domain from January 1, 2008 until the present.

C.   All connection logs and records of activity for user accounts having association with the above domain from January 1, 2008 until the present.

D.   For those items identified in sections B & C, please also include the following:

1.   Connection date and time;
2.   Disconnect date and time;
3.   Method of connection (e.g., telnet, ftp, http);
4.   Data transfer volume.
5.   Appliance or host name associated with the IP addresses as noted above;
6.   Telephone caller identification records;
7.   Other connection information, such as the Internet Protocol address of the source of the connection;

155 Dero4.let

FBI(16cv948)-5049

E.    All records and other evidence relating to the
subscriber(s), customer(s), account holder(s), or other
entity(ies) associated with the domain name(s) above,
including, without limitation, subscriber names, user
names, screen names or other identities, mailing
addresses, residential addresses, business addresses,
e-mail addresses and other contact information,
telephone numbers or other subscriber number or
identified number, billing records, information about
the length of service and the types of services the
subscriber or customer utilized, and any other
identifying information, whether such records or other
evidence are in electronic or other form.

You are requested to preserve for a period of 90 days the
records described above currently in your possession. This
request applies only retrospectively; it does not obligate you to
capture and preserve new information that arises after the date
of this request.

You also are requested not to disclose the existence of this
request to the subscriber or any other person, other than as
necessary to comply with this request. Any such disclosure could
subject you to criminal liability for obstruction of justice. If
compliance with this request may result in permanent or temporary
termination of service to the accounts described below, or
otherwise alert the subscriber or user of these accounts as to
your actions to preserve the referenced files and records, please
contact me before taking such action.

If you have any questions concerning this request please
contact SA [                    ] Thank you for your          b6
assistance in this matter.                                    b7C

Sincerely,

C. Frank Figliuzzi
Special Agent in Charge

                                                              b6
                                                              b7C

Supervisory Special Agent

2

FBI(16cv948)-5050

EXHIBIT L(f)
-----------

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:  06/11/2008

To:  Cincinatti                  Attn:  SAC
                                 Attn:  Dayton RA, SA  MJS

From:  Cleveland
       Lima Resident Agency
       Contact:  SA Brian E Russ
                                                                        b6
Approved By                                                             b7C

Drafted By:

Case ID #:  44B-CV-74237   (Pending)  -44

Title:  WILLIAM ALEXANDER WHITE,

        JUSTIN BOYER
        AMERICAN NATIONAL SOCIALIST WORKER'S PARTY;
        JULIAN UPTHEGROVE
        RACIAL DISCRIMINATION - NO FORCE/VIOLENCE

Synopsis:  To request  Cincinatti's  concurrence with SA  Brian E         b6
Russ'  travel to  Cincinatti, @hio  to conduct an interview of           b7C
captioned subject.

Details:  Justin Boyer  is a subject of captioned matter.  It is          b6
believed he has _____ information related to the American       b7C
National Socialist Worker's Party (ANSWP) and William White, the
Commander of the ANSWP.  Boyer  is also believed to possess
information about the _____
_____ as well as other _____
_____ of across the United
States.

        Boyer  has recently had _____             b6
the  ANSWP,  which  has  been  documented  on                         b7C
_____ SA _____ has been consulted  b7E
regarding _____ Both SA  Russ  and SA  MJS  believe this is a prime
opportunity to _____

        Cleveland SAC, C. Frank Figliuzzi, concurs with the           b6
travel of SA  Brian Russ to Dayton RA  in order to participate in      b7C
the interview of  Boyer  with SA  MJS.

151/ber01.ec



To: Cincinatti From: Cleveland                    b6
Re: 44B-CV-74237, 06/11/2008                    b7C

LEAD(s):

Set Lead 1: (Action)

CINCINATTI

AT DAYTON, OHIO

Cleveland requests SAC concurrence with the travel of SA
Brian E Russ to Cincinatti, Ohio for the interview of Justin Boyer    b6
as set out above.                                                     b7C

♦♦

2

7-1 (Rev. 7-10-06)

EXHIBIT L(g)

 

 **FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To:   Cleveland
     Lima Resident Agency
     SA [ Brian Russ ]

Date: September 10, 2008

Case ID No.: 44B-CV-74237 - 64

Lab No.: 080319007 PF AAV

b6
b7C

Reference: Communication dated March 10, 2008

Your No.:

Title: [                    ]

b6
b7C

    WILLIAM ALEXANDER WHITE,
    AMERICAN NATIONAL SOCIALIST WORKERS PARTY
    [ JULIAN UPTHEGROVE ]
    RACIAL DISCRIMINATION - NO FORCE / VIOLENCE

Date specimens received: March 19, 2008

The following specimens were examined in the Trace Evidence Unit (Hairs and Fibers):

Q1      Envelope addressed to [                    ] , (1B10, E04023913)

b6
b7C

Q1.1    Stamp (1B10, E04023913)

Q1.2    Label (1B10, E04023913)

Q2      Page beginning "Hey all you Lima..." (1B10, E04023913)

Q3      Envelope addressed to Lutheran Social Services (1B10, E04023913)

Q3.1    Stamp (1B10, E04023913)

1 - 266N-MM-109670-34

Page 1 of 16

For Official Use Only

FBI(16cv948)-5137

 

Q142.8    Address label (1B5, E04023904)

Q142.9    National Socialist magazine (1B5, E040423904)

Q143      Rope (1B5, E04023904)

    This report supplements a previous report dated August 5, 2008 and contains the results of the Trace Evidence (hair and fiber) examinations.

**Results of Examinations:**

    The previously described fibers in the report dated August 5, 2008 were compared to the fiber found on specimen Q1 from FBI Laboratory Number 080319007 / Case ID Number 266N-MM-109670. No apparent textile fiber interchange was detected.

    The specimens were examined visually using stereo-microscopy and comparison microscopy.

**Remarks:**

    For questions about the content of this report, please contact Physical Scientist/Forensic Examiner                                                                    b6
                                                                                          b7C

    For questions about the status of remaining forensic examinations, please contact Request Coordinator

    The submitted items will be returned at the completion of the requested examinations.

Trace Evidence Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 16 of 16

080319007 PF AAV

For Official Use Only

EXHIBIT L(h)

(Rev. 05-01-2008)

 

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                                Date:  12/19/2008

To:  Charlotte              Attn:  SA[                    ]        b6
     Cincinnati            Attn:  SA MJS                          b7C
                                  Squad 10, Dayton RA            b7E
     Cleveland             Attn:  SA[                    ]
     Detroit               Attn:  SA[                    ]
                                  IA[            ]T-17
                                  SA[                    ]
                                  GRRA/Squad 2
     Kansas City           Attn:  SSA[                   ]
                                  SA[                    ]
                                  TFO[                   ]
     Springfield           Attn:  SA[                    ]

From:  Detroit
       I-18/MIOC
       Contact:  IA[                    ]                         b6
                                                                 b7C

Approved By:  [                    ]

Drafted By:  [                    ]

Case ID #:  266M-DE-102373-TEL   (Pending) 140
            266N-CI-76195        (Pending) 137
            266N-KC-88517        (Pending) 460
            44B-CV-74237         (Pending)
            266N-CE-92874        (Pending) 47
            266N-SI-56589        (Pending) 11
            266N-DE-101266       (Pending) 83

Title:  [                    ]                                    b6
        NATIONAL SOCIALIST MOVEMENT                              b7C

        [                    ]

        NATIONAL SOCIALIST MOVEMENT;
        AOT-DT WHITE SUPREMACISTS

        [                    ]

        NATIONAL SOCIALIST MOVEMENT (NSM)
        AOT-DT

UNCLASSIFIED

FBI(16cv948)-5182

44B-CV-74237-79

BSL
1-29-09

  UNCLASSIFIED

To: Cincinnati Detroit From: Detroit
Re: 266M-DE-102373, 12/19/2008

WHITE, WILLIAM, ALEXANDER

b6
b7C

AOT-DT - WHITE SUPREMACIST

NATIONAL SOCIALIST MOVEMENT (NSM)

WHITE SUPREMACIST GROUP

GRAND JURY MATERIAL - DISSEMINATE PURSUANT TO RULE 6(e)

Synopsis: To summarize results of telephone analysis.

Reference:   44B-CV-74237 Serial 59
             266N-CI-76195 Serial 120, 132
             100A-KC-83431 Serial 153

b7D

             266N-AT-99442 Serial 2
             266N-CE-92874 Serial 30
             266N-KC-88517 Serial 428
             266N-DE-102373 Serial 808
             266N-MP-57299 Serial 212
             266N-SI-56589 Serial 1

Enclosure(s): Being forwarded under separate cover to SA

b3
b6
b7C

UNCLASSIFIED

2



UNCLASSIFIED

To: Cincinnati Detroit From: Detroit
Re: 266M-DE-102373, 12/19/2008

LEAD(s):

Set Lead 1: (Info)

    CINCINNATI

       AT CINCINNATI, OHIO

       For information only.

Set Lead 2: (Info)

    KANSAS CITY

       AT KANSAS CITY, MISSOURI

       For information only.

Set Lead 3: (Info)

    CLEVELAND

       AT CLEVELAND, OHIO

       For information only.

Set Lead 4: (Info)

    CHARLOTTE

       AT CHARLOTTE, NORTH CAROLINA

       For information only.

Set Lead 5: (Info)

    SPRINGFIELD

       AT SPRINGFIELD, ILLINIOS

       For information only.

UNCLASSIFIED

19

FBI(16cv948)-5200



UNCLASSIFIED

To:  Cincinnati  Detroit  From:  Detroit
Re:  266M-DE-102373, 12/19/2008

Set Lead 6:  (Info)

DETROIT

AT DETROIT, MI

For information only.

♦♦

UNCLASSIFIED

20

FBI(16cv948)-5201

7-1 (Rev. 7-10-06)      EXHIBIT L(i)



## FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

### REPORT OF EXAMINATION

To:  Cleveland
Lima Resident Agency
SA Brian Russ

Date: February 27, 2009

Case ID No.: 44B-CV-74237 — 80    b6
b7C

Lab No.: 080319007 PF AAA
081028014 PF AAA
081124007 PF AAA

Reference: Communications dated March 10, 2008; October 21, 2008; and November 19, 2008

Your No.:

Title:                                                                        b6
b7C

WILLIAM ALEXANDER WHITE,
AMERICAN NATIONAL SOCIALIST WORKERS PARTY;
JULIAN UPTHEGROVE
RACIAL DISCRIMINATION - NO FORCE / VIOLENCE

Date specimens received: March 19, 2008; October 28, 2008; and November 24, 2008

The specimens listed below were submitted under cover of communication dated March 10, 2008, assigned Laboratory number 080319007, and received in the Latent Print Operations Unit:

Q1        Envelope addressed to                          (1B10, E04023913)      b6
b7C

Q1.1      Stamp (1B10, E04023913)

Q1.2      Label (1B10, E04023913)

Q2        Page beginning "Hey all you Lima..." (1B10, E04023913)

1 - 266N-MM-109670

Page 1 of 17

For Official Use Only      FBI(16cv948)-5202

Q142.6    Stamp (1B5, E04023904)

Q142.7    Stamp (1B5, E04023904)

Q142.8    Address label (1B5, E04023904)

Q142.9    National Socialist magazine (1B5, E040423904)

The specimens listed below were submitted under cover of communication dated October 21, 2008, assigned Laboratory number 081028014, and examined in the Latent Print Operations Unit:

K3    Major case prints of [                    ]                                    b6
                                                                                     b7C

K4    Major case prints of [                    ]

The specimens listed below were submitted under cover of communication dated November 19, 2008, assigned Laboratory number 081124007, and examined in the Latent Print Operations Unit:

K8    Fingerprint and palm prints of                                               b6
                                                                                     b7C
K9    Fingerprint and palm prints of

K10   Fingerprint and palm prints of

This report is being issued by the Latent Print Operations Unit.

**Results of Examinations:**

Latent prints of value were detected on Q78.1, Q78.2, Q80, Q81, Q82, and Q142. No latent prints of value were detected on Q78, Q79, and Q142.1 through Q142.9.

One latent fingerprint detected on Q78.1, a label, has been identified as a fingerprint of [                        ] born [                ]                           b6
                                                                                     b7C

One latent fingerprint detected on Q80, a page beginning "Hey all you Lima...", has been identified as a fingerprint of [                    ] born [                ]

Page 16 of 17

080319007 PF AAA

For Official Use Only

FBI(16cv948)-5217

Eight latent fingerprints are not fingerprints of ⬚⬚⬚ WILLIAM    b6
ALEXANDER WHITE, FBI #943081CB5, ⬚⬚⬚ born⬚⬚⬚ born⬚⬚⬚    b7C

The remaining latent fingerprint was inconclusively compared with the prints of
WHITE⬚⬚⬚ and is not a fingerprint of ⬚⬚⬚    b6
    b7C

**Remarks:**

No latent print examinations were conducted on Q1 through Q77 and Q83 through Q141 as requested.

Fully and clearly recorded inked fingerprints including the extreme tip areas of the fingers for WHITE⬚⬚⬚ are needed for a conclusive comparison.    b6
    b7C

The fingerprints of ⬚⬚⬚ were searched through the main fingerprint file, but no record was located.

The results of the latent print examinations conducted in Case ID number 266N-MM-109670 have been furnished.

For questions about the content of this report, please contact Physical Scientist/Forensic Examiner⬚⬚⬚    b6
    b7C

For questions about the status of the remaining forensic examinations, please contact Request Coordinator⬚⬚⬚

The specimens and photographs of the detected latent prints are being returned under separate cover.    b6
    b7C

Latent Print Operations Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 17 of 17

080319007 PF AAA

For Official Use Only

· 7-ℓ (Rev. 7-10-06)                           EXHIBIT L(j)
                                               _____

    

## FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

### REPORT OF EXAMINATION

To:   Cleveland                          Date: March 9, 2009
      Lima Resident Agency
      SA Brian Russ                       Case ID No.: 44B-CV-74237-83          b6
                                                                               b7C

                                          Lab No.: 080319007 PF HZ
                                                   081028014 PF HZ
                                                   081124007 PF HZ

Reference: Communications dated March 10, 2008, October 21, 2008, and November 19, 2008

Your No.:

Title:   ┌──────────────────┐                                                  b6
         └──────────────────┘                                                  b7C

         WILLIAM ALEXANDER WHITE,
         AMERICAN NATIONAL SOCIALIST WORKERS PARTY
         JULIAN UPTHEGROVE
         RACIAL DISCRIMINATION - NO FORCE / VIOLENCE

Date specimens received: March 19, 2008, October 28, 2008, and November 24, 2008

The items listed below were received under cover of the communication dated March 10, 2008,
assigned Laboratory Number 080319007, and examined in DNA Analysis Unit I:

Q52    Envelope addressed to [        ]1B7, E04023910)                         b6
                                                                               b7C
Q54    Envelope addressed to [            ](1B7, E04023910)

Q56    Envelope addressed to [            ]1B7, E04023910)

Q58    Envelope addressed to [            ]1B7, E04023910)

Q61    Envelope addressed to [              ]1B8, E04023911)

Q63    Envelope addressed to [            ](1B8, E04023911)

Page 1 of 5

For Official Use Only



Q65    Envelope addressed to [ ] (1B2, E04023908)                          b6
                                                                          b7C

Q67    Envelope addressed to [ ] (1B2, E04023908)

Q69    Envelope addressed to [ ] (1B2, E04023908)

Q83    Envelope addressed to [ ] (1B6, E04023905)

Q85    Envelope addressed to [ ] (1B6, E04023905)

Q87    Envelope addressed to [ ] 1B6, E04023905)

Q89    Envelope addressed to [ ] 1B6, E04023905)

Q91    Envelope addressed to [ ] (1B6, E04023905)

Q93    Envelope addressed to [ ] 1B6, E04023905)

Q95    Envelope addressed to [ ] (1B6, E04023905)

Q97    Envelope addressed to [ ] B6, E04023905)

Q143   Rope (1B5, E04023904)

The items listed below were received under cover of the communication dated October 21, 2008,
assigned Laboratory Number 081028014, and examined in DNA Analysis Unit I:

K1     Buccal sample from [ ] (1B11, E4283867)                            b6
                                                                          b7C
K2     Buccal sample from [ ] B12, E4283868)

The items listed below were received under cover of the communication dated November 19,
2008, assigned Laboratory Number 081124007, and examined in DNA Analysis Unit I:

K5     Buccal sample from [ ] (1B13, E4283958)                            b6
                                                                          b7C
K6     Buccal sample from [ ] 1B14, E4283960)

K7     Buccal sample from [ ] B15, E4283960)

Page 2 of 5

080319007 PF HZ

For Official Use Only

 

This report contains the results of the nuclear DNA analysis examinations.

**Results of Examinations:**

Specimens Q52, Q54, Q56, Q58, Q61, Q63, Q65, Q67, Q69, Q83, Q85, Q87, Q89, Q91, Q93, Q95, and Q97 (individual samples taken from the flaps of these envelopes), Q143 (swabbing of this entire rope), K1 [        ] K2 [        ] K5 [        ] K6 [        ] and K7 [        ] were subjected to deoxyribonucleic acid (DNA) typing by the polymerase chain reaction (PCR) at the amelogenin sex typing locus, the nine short tandem repeat (STR) loci of the AmpFℓSTR® Profiler Plus™ *ID* PCR Amplification Kit and, where appropriate, the six STR loci of the AmpFℓSTR® COfiler™ PCR Amplification Kit.[1]

The STR typing results for specimen Q143 indicate the presence of DNA from four or more individuals. Based on the STR typing results[2] and to a reasonable degree of scientific certainty, specimen K5 [        ] is the major contributor[3] of the DNA obtained from specimen Q143. With the exception of the genetic loci D3S1358, D16S539, and TPOX, the STR typing results for the minor contributor to specimen Q143 do not satisfy the DNA Analysis Unit I inclusionary reporting criteria and therefore may be utilized only for exclusionary purposes. It is noted that K1 [        ] K2 [        ] K6 [        ] and K7 [        ] are excluded as potential minor contributors to the mixture of DNA obtained from specimen Q143. The STR typing results obtained for the major contributor to the mixture of DNA obtained from specimen Q143 will be entered into the Combined DNA Index System (CODIS) and maintained by the FBI Laboratory for future comparisons.

Based on the STR typing results[2], the DNA profile from specimen Q63 matches specimen K6 [        ] The probability of selecting an unrelated individual at random having an STR profile matching the DNA obtained from the questioned specimen is approximately 1 in 31 billion from the African American population, 1 in 1.3 billion from the Caucasian population, 1 in 1.4 billion from the Southeastern Hispanic population, and 1 in 9.6 billion from the Southwestern Hispanic population. Specimens K1 [        ] K2 [        ] K5 [        ] K7 [        ] are excluded as potential contributors to specimen Q63. The STR typing results for specimen Q63 do not meet the requirements for the National DNA Database (NDIS); however, these results will be entered, searched, and maintained in the local FBI database.

The DNA profile obtained from specimen Q61 does not satisfy the DNA Analysis Unit I inclusionary reporting criteria and therefore may be utilized only for exclusionary purposes. Based on the STR typing results, specimens K1 [        ] K2 [        ] K5 [        ] and K7 [        ] are excluded as potential contributors of the DNA obtained from

b6
b7C
b7E

b6
b7C

b6
b7C

b6
b7C

Page 3 of 5

080319007 PF HZ

~~For Official Use Only~~



specimen Q61. Also based on the STR typing results, no comparison information can be provided for specimen K6 [                    ]

b6
b7C

The DNA profile obtained from specimen Q54 does not satisfy the DNA Analysis Unit I inclusionary reporting criteria and due to its limited nature is not suitable for comparison purposes.

No STR typing results were obtained from the DNA recovered from specimens Q52, Q56, Q58, Q65, Q67, Q69, Q83, Q85, Q87, Q89, Q91, and Q95. No detectable DNA or STR typing results were obtained from specimens Q93 and Q97.

Based on the typing results from the amelogenin locus, male DNA is present in the DNA obtained from specimens Q61, Q63, Q143, K1 [          ], K2 [          ], K5 [          ], K6 [                    ] and K7 [          ] The amelogenin typing results obtained from specimens Q52, Q54, Q93, and Q95 do not satisfy the DNA Analysis Unit I reporting criteria; therefore, no conclusion can be offered. No amelogenin typing results were obtained from specimens Q56, Q58, Q65, Q67, Q69, Q83, Q85, Q87, Q89, Q91, and Q97.

b6
b7C

No other nuclear DNA analysis examinations were conducted.

[1] The AmpF$\ell$STR® Profiler Plus™ ID PCR Amplification Kit includes the loci D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317; and D7S820. The AmpF$\ell$STR® COfiler™ PCR Amplification Kit includes the loci D3S1358, D16S539, TH01, TPOX, CSF1PO, and D7S820. Due to the differences in sample condition and quantity, amplification may not be attempted using both kits.

[2] Not all loci at which amplification is attempted will yield conclusive results; a statistical estimate has been based on loci with conclusive typing results.

[3] This opinion is based upon the outcome of a statistical calculation in which the probability of selecting an unrelated individual at random from an African American, Caucasian, Southeastern Hispanic, or Southwestern Hispanic population having a DNA profile matching the contributor (source/major/minor) of the DNA obtained from the questioned specimen(s) was determined to be equal to, or less than 1 in 6 trillion individuals.

Page 4 of 5

080319007 PF HZ

For Official Use Only

FBI(16cv948)-5226

 

Remarks:

No nuclear DNA examinations were performed on the stamps and remaining envelope closure flaps as they were designated as self-adhesive by the Questioned Documents Unit. Self-adhesive materials are not appropriate for nuclear DNA analysis.

Upon completion of all the requested examinations, the submitted items will be returned to you under separate cover. For questions about the content of this report, please contact Forensic Examiner _____ For questions about the status of remaining forensic examinations, please contact Request Coordinator _____

b6
b7C

In addition to the evidence in the case, the DNA Analysis Unit I has generated secondary evidence that will also be returned to you. The secondary evidence can be found in a package marked DNA UNIT I SECONDARY EVIDENCE. It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

b6
b7C

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 5 of 5

080319007 PF HZ

For Official Use Only

EXHIBIT L(k)



(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: IMMEDIATE                    Date: 04/02/2009

To: Cleveland                    Attn: FA
                                         Squad 5
    Cincinatti                   Attn: Dayton RA

From: Cleveland
      Lima Resident Agency
      Contact: SA Brian E Russ

Approved By:                                              b6
                                                         b7C
Drafted By:

Case ID #: 44B-CV-74237   (Pending)

Title: CHANGED
       WILLIAM WHITE
       DANIEL LEE JONES
       AMERICAN NATIONALIST SOCIALIST WORKERS PARTY;
       JULIAN UPTHEGROVE
       RACIAL DISCRIMINATION, NO FORCE/VIOLENCE

Synopsis: To change title and set leads to serve Grand Jury
subpoenas.

Previous Title: Title marked "Changed" to reflect the addition      b6
of Daniel Lee Jones as a subject, and to remove                     b7C
                                    as subjects.  Title previously
carried as                                     WILLIAM ALEXANDER WHITE
AMERICAN NATIONALIST SOCIALIST WORKERS PARTY
                      RACIAL DISCRIMINATION, NO FORCE/VIOLENCE."

Package Copy: Being forwarded under separate cover, via Federal
Express, is a copy of the Grand Jury Subpoena's and a letter from
the United States Department of Justice, Civil Rights Division.

Details: Cleveland Division, Lima RA, requests service of
Federal Grand Jury subpoenas as soon as possible.  It is noted
that the Federal Grand Jury is scheduled for                        b3

            In order to conduct witness preparation before          b3
            the Cleveland Division requests that each subpoenaed     b6
individual be asked to contact Special Agent                        b7C
            as soon as possible to coordinate early arrival to
Toledo, Ohio.

UNCLASSIFIED

 

UNCLASSIFIED

To: Cleveland From: Cleveland
Re: 44B-CV-74237, 04/02/2009

b3
b6
b7C

Descriptive Data:

Reference
Name -
   Last:     Jones
   First:     Daniel
   Middle:     Lee
Race:     White
Sex:     Male
DOB:
DLN:
SOC:
Address(es) -
   House #:
   Street Name:
   Street Suffix:
   City:
   State:
   Postal Code:
Phone #:
Phone #:
Miscellaneous:

b3
b6
b7C

Reference
Name -
   Last:
   First:
Race:
Sex:
DOB:
DLN:
Address(es) -
   House #:
   Street Name:
   City:
   State:
   Postal Code:

UNCLASSIFIED

2

UNCLASSIFIED

To: Cleveland From: Cleveland
Re: 44B-CV-74237, 04/02/2009

b3
b6
b7C

**LEAD(s):**

**Set Lead 1:   (Action)**

CLEVELAND

AT

b3
b6
b7C

It is requested that the enclosed Federal Grand Jury subpoena be served on _____ telephone number _____ Please return the original executed subpoena to the Lima RA.  Provide _____ with a copy of the subpoena and letter, and instruct him to contact Special Agent _____ for information related to his travel.

**Set Lead 2:   (Action)**

CINCINATTI

AT DAYTON, OHIO

b3
b6
b7C

It is requested that the enclosed Federal Grand Jury subpoena be served on _____ who resides at _____ _____ Please return the original executed subpoena to the _____ Provide _____ with a copy of the subpoena and letter, and instruct him to contact Special Agent _____ for information related to his travel.

◆◆

UNCLASSIFIED

3

EXHIBIT L(1)
------------

(Rev. 05-01-2008)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  04/10/2009

To:  Cincinatti                 Attn:  Dayton  RA, SA  MJS

From:  Cleveland
    Lima Resident Agency
    Contact:  SA  Brian E Russ

Approved By:                                                b6
                                                           b7C
Drafted By:

Case ID #: 44B-CV-74237   (Pending)

Title:  WILLIAM WHITE;
    DANIEL LEE JONES
    AMERICAN NATIONALIST SOCIALIST WORKERS PARTY;
    JULIAN UPTHEGROVE
    RACIAL DISCRIMINATION, NO FORCE/VIOLENCE

Synopsis:  To set lead for investigation related to captioned
matter.

Details:  Special Agent Brian E Russ Cleveland Division, Lima       b6
Resident Agency, traveled to Dayton Ohio on 04/09/2009 and met     b7C
with Special Agent MJS          (Dayton RA), a witness in this
matter, and United States Department of Justice, Civil Rights
Division Trial Lawyers.  Following this meeting it was decided
that SA Russ would assist this investigation by tasking a
Confidential Information with meeting with a potential target of
this investigation.

    The purpose of this tasking is to assist in determining
if a noose mailed to the victim in this matter was mailed to the    b6
victim from Portland, Oregon or if the noose was mailed to         b7C
another individual and then hand carried to Lima, Ohio.

                                                                   b7E

UNCLASSIFIED

UNCLASSIFIED

To: Cincinatti    From: Cleveland

Re:  44B-CV-74237, 04/10/2009

b6
b7C

Set Lead 1:  (Action)

CINCINATTI

AT DAYTON, OHIO

SA MJS    Dayton RA, will task a
Confidential Informant as described in this communication.

b6
b7C

❖❖

UNCLASSIFIED

2

FBI(16cv948)-5250

(Rev. 05-01-2008)                     EXHIBIT L(m)    

UNCLASSIFIED

## FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  06/16/2009

To:  Criminal Investigative    Attn:  Civil Rights Division
                                       Unit Chief

    Cleveland                          SA

From:  Cleveland
       Squad 5/Lima RA
       Contact:  SA Brian E Russ

Approved By:

                                                                    b6
                                                                    b7C
Drafted By:

Case ID #:  44B-CV-74237   (Pending)

Title:

      WILLIAM ALEXANDER WHITE,
      AMERICAN NATIONAL SOCIALIST WORKERS PARTY;
      JULIAN UPTHEGROVE                                              b6
      RACIAL DISCRIMINATION - NO FORCE/VIOLENCE                     b7C
      SENSITIVE INVESTIGATIVE MATTER (SIM)

Synopsis:  To designate captioned matter a Sensitive
Investigative Matter (SIM) and obtain SAC approval for use of a
Polygraph.

Details:  The purpose of this communication is document this
matter as a Sensitive Investigative Matter (SIM) due to the fact
that William White, the American National Socialist Workers Party
(ANSWP), and their members participate in First Amendment
activities.  The ANSWP could be considered a Political
Organization per the DIOG, therefore this matter should be
designated as a SIM.  The following information is being
submitted to provide background on this organization and a brief
summary of the investigation conducted since it was opened in
February of 2008:

                                                                    b7E

UNCLASSIFIED

167beroz.ec

 

UNCLASSIFIED

To: Cleveland  From:  Cleveland
Re:  44B-CV-74237, 06/16/2009

## BACKGROUND

The ANSWP formed in early 2006. William "Bill" White is the "Commander" of this group and resides in Roanoke, Virginia. He used to be associated with the National Socialist Movement (NSM), but left them in 2006 to create the ANSWP. He was the organizer of a rally in Toledo, Ohio for the NSM in 2005 which caused violence. The ANSWP claims to

b6
b7C
b7D

## ACTIVITY IN THE LIMA RESIDENT AGENCY TERRITORY

The ANSWP

b6
b7C
b7D

b6
b7C
b7D

UNCLASSIFIED

2

 UNCLASSIFIED 

To: Cleveland  From: Cleveland
Re: 44B-CV-74237, 06/16/2009

This activity by the ANSWP was in _____

b6
b7C
b7D

b6
b7C
b7D

## FLYERS DISTRIBUTED

On February 14, 2008, _____ the ANSWP traveled
to Lima, Ohio and distributed flyers containing hateful messages
related to the death of Tarika Wilson.  It is believed that the
hand delivered letters were _____ The letters
also contained contact information of answp@nazl.org _____
_____ Several citizens of Lima, Ohio reported
the receipt of these flyers to the Allen County Sheriff's Office
(ACSO) and LPD.  Many citizens also received the same hate
letters in the mail postmarked from _____

b6
b7C

On _____ sent a message to the
that the _____

This would have been the week of _____
No further information was provided.

b6
b7C
b7D

b6
b7C
b7E

UNCLASSIFIED

3

FBI(16cv948)-5372

UNCLASSIFIED

To: Cleveland  From: Cleveland
Re:  44B-CV-74237, 06/16/2009

### NOOSE INCIDENT 02/14/2008

b6
b7C

On February 14, 2008 the local NAACP Chairman Julian Upthegrove contacted the ACSO because he too received racist literature in the mail.  In addition to this he received a package containing a noose.  It is believed this incident was what [        ] was referring to when he stated that the [        ]

b6
b7C

[Upthegrove] received two envelopes.  One envelope was white and was postmarked on [        ] in [        ].  This envelope contained the same racist fliers and a National Socialist magazine titled "The Negro Beast".  The white envelope showed a return address of [        ]

He also received a yellow envelope with no return address.  The yellow envelope contained a National Socialist magazine entitled "Lynch the Jena 6" and also contained a noose.  The envelope had [        ] stamps" which were similar to the stamps used in [        ]

b6
b7C

### INVESTIGATION

Evidence was collected from the ACSO and LPD and forwarded to the FBI Laboratory for processing.  It was determined that the noose had a large amount of DNA on it, and that the DNA matched that of Daniel Lee Jones.

b6
b7C

Investigation determined that White is/was the leader of the ANSWP and [        ]

b6
b7C

White is currently in jail awaiting trial in the Chicago Division for making threats over the Internet.  White has also been indicted by the Roanoke Resident Agency for similar violations.

Interviews with [        ] reveal that [        ]

b6
b7C
b7D

UNCLASSIFIED

4

FBI(16cv948)-5373



**UNCLASSIFIED**

To: Cleveland   From: Cleveland
Re: 44B-CV-74237, 06/16/2009

                                                                    b6
                                                                    b7C
                                                                    b7D

        The United States Department of Justice (USDOJ), Civil
Rights Division, Criminal Section, and the United States
Attorney's Office in Toledo, Ohio have committed to prosecuting
this matter and have been involved in presenting witnesses and
evidence to a Federal Grand Jury in Toledo, Ohio. An Indictment    b3
is expected by August of 2009.

## POLYGRAPH REQUEST

        USDOJ Trial Lawyer Barry Kowalski and Assistant United     b3
States Attorney (AUSA) David Bauer have requested that the         b6
                                          be interviewed and       b7C
possibly be asked to submit to a polygraph

        Cleveland                              has been contacted and   b3
is available for this polygraph                                    b6
                            SAC Cleveland concurrence is requested for  b7C
this examination.

        SA            has been provided with FD-302's and other    b6
information in preparation for this polygraph.                     b7C

**UNCLASSIFIED**

5

FBI(16cv948)-5374



UNCLASSIFIED

To:  Cleveland  From:  Cleveland
Re:  44B-CV-74237, 06/16/2009

**Set Lead 1:  (Info)**

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

For information and concurrence to designate this matter as a Sensitive Investigative Matter.

◆◆

UNCLASSIFIED

6

FBI(16cv948)-5375

 

EXHIBIT L(n)

FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  02/08/2010

    On 02/08/2010, at approximately 11:06 am, Daniel Lee
Jones utilized the telephone number      (caller ID
information) to call Special Agent (SA)      at his desk
telephone. Jones identified himself and explained that this call
would have nothing to do with his pending charges and advised SA
     of the following information:

     on his      and
while he was unable to use his phone, someone left a threatening
voice mail. The caller was a male and left the message.
     He was unable to obtain
caller ID information for the number. Jones advised that he hadn't
had anything to do      for a long time. Jones believes
the caller may have either found his number on      or off of
one of the web forums he posted on in the past.

    At first, Jones thought it was Justin Boyer because it
sounded like him. Jones further clarified and said the person
sounded slow-witted or like a pot-head.

    Another person that sounds similar to the caller was a
member of      (LNU,
sounding last name)). However Jones has only spoken with
     couple of times and      would have no reason to threaten

    Jones also advised that just before he got fired from his
last job, and a couple of days after his personal address was
posted on      someone parked in a
     by his house.      was not aware of their address
being posted on      and thought the individual was "shooting
up".      went out and as he approached the car, the person
drove off and waved.

*cgm 0 3902. 3/6* wpd

Investigation on   02/08/2010   at     Oregon     (telephonically)

File #   44B-CV-74237 —*169*      Date dictated   Not Dictated FBI(16cv948)-5537

by   SA    CGM

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

EXHIBIT L(8)
--------------

⬤ ---- Working Copy ---- ⬤                     Page     1


Precedence:  PRIORITY                    Date:  05/01/2008

To: All Field Offices          Attn:  Civil Rights Squads
                                      JTTFs
     Criminal Investigative     Attn:  Civil Rights Unit
                                      SC Nancy Nelson
     Cleveland                  Attn:  Lima RA
                                      SA Brian Russ                b6
                                                                   b7C
     New Orleans                Attn:  Alexandria RA
                                      SA
     Philadelphia               Attn:  South Jersey RA
                                      SSA


From:  Richmond
         Roanoke RA, Squad 7
         Contact:  SA  T David Church

Approved By:


Drafted By:

Case ID #: 44A-RH-53908     (Pending)
           44B-CV-74237     (Pending)

Title: WILLIAM A. WHITE;
MULTIPLE VICTIMS;
RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  Request approval from Civil Rights Unit to assign
Roanoke RA as originating office (OO) in captioned
investigation,  set leads for investigative assistance in
captioned matter, and provide investigative background
information.

Reference:
         44A-RH-53908 Serial 1

Details:  Roanoke RA opened captioned case on 02/27/2008 after
discussions with United States Department of Justice (USDOJ)
Attorney Barry Kowalski and Assistant United States Attorney
(AUSA) Thomas Bondurant Western District of Virginia.      b6
                                                           b7C

         On 02/22/2008, Kowalski, Bondurant and SA David
Church (Roanoke RA) discussed, via teleconference, the        b6
incidents of threatening and harassing communications, both e-  b7C
mail and telephonic, that William "Bill" A. White has
initiated since August, 2006.  This conference call was
initiated as a result of a new complaint regarding a similar
recent harassing e-mail blog posted on the Vanguard News

Case ID #: 44A-RH-53908              Serial : 42
           44B-CV-74237                       31

MAY 20 2008
FBI(16cv948)-5057

Network website (VNNforum.com) naming Norfolk attorney Kevin
Mottley  The blog also provided Mottley's personal
identifiers.  Mottley is currently representing several
African American tenants in Virginia Beach, Virginia, that
have received threats from White as a result of their
participation in a USDOJ Fair Housing case against a local
white landlord.                                                          b6
                                                                         b7C

        Previously, Roanoke RA, had two open investigations
with Bill White as the subject (266N-RH-52670 and 9A-RH-
53173).  After discussing the open investigations and the new
recent incidents of harassing/threatening e-mails, SA Church
AUSA Bondurant and USDOJ Attorney Kowalski agreed the                    b6
investigation should be consolidated into a Civil Rights-                b7C
Racial Discrimination investigation.  Therefore, Roanoke RA
has closed the previously mentioned opened investigations with
White as a subject and opened the captioned civil rights
matter.

GENERAL BACKGROUND CONCERNING BILL WHITE

        By way of background, Bill White is the self
proclaimed "Commander" of the American National Socialist
Worker's Party (ANSWP) and currently resides in Roanoke,
Virginia.  Previous to White's formation of ANSWP, White was a
member of the National Socialist Movement (NSM), which is
currently based out of Detroit, Michigan.  White separated
from NSM                                                                 b6
                                                                         b7C
                                    which was, at one time
                        It is believed

        Bill White was also the owner and creator of a Nazi
website, www.overthrow.com.  White created this website before
he left NSM and began ANSWP.  White's overthrow.com website
has recently been shut down for reasons unclear to the Roanoke
RA.  White has reported through the VNNforum.com website he is
experiencing financial trouble due to his wife and new born
baby being hospitalized and he has chosen to sell his rental
property business.  For this reason, Roanoke RA believes White
is in financial trouble and no longer could afford to run his
website.  The site is vehemently opposed to Jews, homosexuals,
blacks, and others.  White would frequently post articles on
this site about various topics.  One of White's most used
harassment tactics is the posting of individuals personal home
and telephone information on Overthrow.com and VNNforum.com.
In most cases, these posting occur after a media covered
incident related to racial tensions.  An example of this is
the Jena 6 trial in New Orleans, LA.

        Recently, the shooting of a black female by local
police SWAT in Lima, Ohio, has spurn many postings by White in
addition to hate mailings and the sending of a noose to the              b6
local NAACP Chair in Lima.  SA Brian Russ is investigating               b7C
this incident under case file 44B-CV-74237.

        In addition to Bill White's national exposure

through his website, Overthrow.com, White came to National attention when NSM staged a march in Toledo, Ohio in October of 2005, which ultimately escalated into rioting in the streets by anti-protestors. Bill White was one of the organizers of this march.

White has also garnered national attention at various times through his vocal support of heinous crimes. For instance, Bill White expressed support for the Columbine High school shooters in 1999, and more recently, indicated approval for the deaths of United States District Court Judge Lefkow's family in Chicago, Illinois. White was quoted in the press as saying:          b6
         b7C

         I don't feel bad that Judge Lefkow's family was murdered today. In fact, when I heard the story to day, I laughed."

In August, 2006, Roanoke RA opened a case to      b6
investigate allegations by Canadian attorney Richard Warman    b7C
that alleged Bill White facilitated someone actually murdering him by posting his nome address on his (BILL White's) web site, www.Overthrow.com.

This investigation was opened after the Roanoke Resident Agency, Richmond Division, received an e-mail copy of a letter, dated [     ] written [   ] to Chief Gaskins,    b6
City of Roanoke Police Department. [ Warman ] forwarded the    b7C
letter in hopes that charges could be brought against Bill White for encouraging attacks on Warman during an interview wherein [ the Canadian Broadcasting Company ... ] interviewed Bill White telephonically on or about August 21, 2006. White was allegedly quoted by [the CBC] as saying,

         "I would hope people take violent action against him. He should be killed."

To date, the Western District of Virginia, United States Attorney's Office (USAO), has declined prosecution on all incidents presented to them by the Roanoke RA, siting the First Amendment as the major stumbling block to prosecution.

Especially over the last few years, White has become one of the nationally known "faces" of the white supremacy movement. His harassment and threats through radio and the internet mediums, specifically, the Vanguard News Network website, have led to numerous victims throughout the United States.

RECENT HARASSMENT/THREATS BY BILL WHITE

Even more current, is yet another incident of threats/harassment by White occurring in [Mullica Hills, NJ.]    b6
On [March 1, 2008,] Carolyn Tyson received a telephone call    b7C
originating from Roanoke, VA. The unidentified male (believed to be White) spoke to [Charles Tyson] and stated that he

---- Working Copy ----                    Page     4

should never have been elected Mayor and that an African                    b6
American should never be able to govern over white people.                  b7C
White then told Mayor Tyson that he knew where the Tysons live
and he was coming to put a Nazi sign on their front lawn.

    This latest incident by White was most likely              b6
spurred on by an article published on [                ] possibly            b7C
through he AP wire, regarding racial harassment and racial
intimidation directed toward [            ] last year. [
    ] is the

    The phone call from White to [              ] was             b6
followed up 2 minutes later by the following e-mail to Mayor                  b7C
Tyson

Dear Mayor Tyson:  I recently read of the racism you've faced
in Harrisonville, New Jersey, and, I wanted to make something
perfectly clear to you:
   (a) You are a nigger unfit to govern over any white man.
   (b) Fuck you.  You've gotten exactly what you deserve
      from your constituents.
Unfortunately, the days when white men would simply burn the                 b6
local newspaper, and, run nigger officials out with tar and                  b7C
feathers are past.  However, your incidents give me hope that
perhaps we might see them again.


Bill White, Commander
American National Socialist Workers Party


PS: We know you live at         STATE HIGHWAY    Mullica Hills
New Jersey 08062 (    )        .  I just spoke with your
wife Carolyn.  I hope you get my message.
   On [            ] White posted the AP article and his e-mail              b6
to Mayor Tyson on the VNNforum.com website.                                   b7C

VIOLATION(S) DISCUSSED WITH USDOJ AND USAO

   Although there is a potential First Amendment defense to
the threatening and harassing communications made by White,
USDOJ Attorney Kowalski and AUSA Bondurant believe the                       b6
following federal statutes apply (but not limited) to this                   b7C
investigation:

   Title 18, United States Code Section, 875, Interstate
Communications
   Title 18, United States Code Section, 876, Mailing
Threatening Communications
   Title 18, United States Code Section, 245, Federally
Protected Activities
   Title 18, United States Code Section, 241, Conspiracy
Against Rights

ROANOKE RA INVESTIGATIVE PLAN

After discussing potential violations concerning White's
actions, SA Church USDOJ Attorney Kowalski and AUSA
Bondurant agree that investigating White's actions would best
be accomplished as a Racial Discrimination-Civil Rights
investigation.  Furthermore, all believe that a historical
approach to the investigation would best benefit an eventual
prosecution.  In order to show White has crossed the line
established by the First Amendment, Roanoke RA intends to
develop a time line involving all incidents, thereby showing
White's intent to threaten and harass his victims.

b6
b7C

In an effort to coordinate the many different incidents
spanning numerous Field Offices, Roanoke RA has obtained
approval from Section Chief Nancy Nelson, FBIHQ, Criminal
Investigative Division, Civil Rights Unit (CRU), and has been
designated as the originating office (OO) for all incidents
involving Bill White threats and harassment throughout the
United States.  USDOJ Attorney Barry Kowalski concurs with
this approval.

Roanoke RA will gather all related investigation
concerning White dating back to August, 2006.  This is when
Roanoke RA began investigating White for the previously
described threats and harassment of Canadian attorney Richard
Warman.  All Field Office (FO) JTTFs and Civil Rights Squads
are requested to determine if they have had any complaints or
open investigations (past or present) related to White and
contact Roanoke RA with the details of each.  FO'S are also
requested to query CHS's that may be in a position to provide
intelligence related to captioned matters.  Roanoke RA further
request to be contacted on all future incidents involving
White that match the previously described criteria.

b6
b7C

During any investigations pertaining to captioned matter,
special attention should be given to the following:

1.  Obtaining all correspondence received by or directed
toward the victims, to include letters via U.S. mail, e-
mail's, internet blog postings, and flyers distributed through
the victims community.  In the case of e-mail received by
victims, IP addresses for the victim and sender should be
obtained in a timely manner so the original sender can be
verified.

2.  All caller ID information in instances where victims
received threatening and harassing phone calls.

3.  Any recorded conversations of threatening and
harassing phone calls.

4.  Interview of victim(s).  Specifically determine why
they think they were targeted and if they felt threatened by
the letter, e-mail, phone call, etc.  Include specifics of how
they felt threatened.  Also determine specifically what was

 ---- Working Copy ---- 　Page　6

said by caller during the threatening and harassing phone
call.  If victims were not sent correspondence directly, but
learned of the threats through other means, it is requested
they still be interviewed.  Obtain all e-mails and documents
the victim may have related to the incident.

   5.  Determine if any Grand Jury Subpoenas or Search
Warrants are needed and contact Roanoke RA for coordination.

   6.  Conduct further logical investigation as appropriate.

   Roanoke RA will send leads to specific FOs with related
incidents as necessary after determining if the incidents fit
within the criteria of captioned matter.

   Roanoke RA realizes there may be multiple FOs that have
intelligence gathering investigations involving White to some
degree.  As such, it is noted for all FOs, Roanoke RA is only
requesting information related to incidents of threats and
harassment by White that are related to this Racial
Discrimination and Civil Rights investigation.  However,
Roanoke RA requests that all CHS's with related intelligence
that would assist in identifying White's associates and fill
in investigative gaps be contacted and results provided.  A
separate EC will follow directed to those FO's with identified
CHS's that could potentially provide information regarding
White and ANSWP.


   Roanoke RA will present all investigative findings to the
USAO, Roanoke, VA, and USDOJ, for prosecutorial opinions as
outlined in the FBI Civil Rights Program Manual.  Roanoke RA
will also keep all FOs apprized of pertinent develops
concerning captioned matter.

   SA David Church, Roanoke RA, has been assigned the Case
Agent for the investigation involving White's threats and
harassment (44A-RH-53908).  Please contact SA Church, or,
_____ with any questions regarding captioned matter.  SA Brian
Russ, Lima RA, Ohio, is the case agent for the investigation
concerning the sending of the noose to the NAACP Chair in
Lima and the hate mailings sent during the same period (44B-
CV-74237).  All information related to the Lima investigation
should be forwarded to SA Russ.

b6
b7C

Descriptive Data:

              Main Subject
              Name -
              Last:              White
              First:             William
              Middle:            Alexander
              Race:                  W
              Sex:                   M
              DOB:
              DLN:

---- Working Copy ---- Page 7

```
FBI:                        943081CB5
SOC:
Address(es) -
House #:                    188
Street Name:                Summit Way
City:                       Roanoke
State:                      VA
Postal Code:                24014
```

LEAD(s):

---

Set Lead 1: (Action)

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

AT CIVIL RIGHTS UNIT: Approve request for Richmond, Roanoke RA to be designated the office of origin (OO) in captioned investigation. Verbal approval obtained from Section Chief Nancy Nelson by SSRA [                    ] on 03/05/2008.    b6
b7C

Set Lead 2: (Action)

ALL RECEIVING OFFICES

---

All Field Office (FO) JTTFs and Civil Rights Squads are requested to determine if they have had any complaints or open investigations (past or present) related to White and contact Roanoke RA, via e-mail or telephonically, to discuss details of each and determine whether the particular incident falls within the investigative scope. Roanoke RA further request to be contacted on all future incidents involving White that match the previously described criteria. All offices with pertinent information should contact SA [Church].    b6
[                    ]    b7C

Additionally, all FO's are requested to query any CHS's that are reporting or have reported intelligence related to ANSWP and Bill White. Determine if CHS's [            b7D
                    ] Also, determine if the CHS's could be useful in captioned investigations. A separate EC will follow specifically requesting information from known identified CHS's.

Set Lead 3: (Info)

CLEVELAND

AT LIMA RA, OHIO

Read and clear.

Set Lead 4: (Info)

PHILADELPHIA

---- Working Copy ----                     Page      8

AT   SOUTH JERSEY RA                                                    b6
                                                                       b7C

         · Contact SA[                    ] if additional
information related to incident is gathered.

Set Lead 5: (Info)

         NEW ORLEANS

         AT ALEXANDRIA RA

         Contact SA David Church Roanoke RA,                            b6
with any Bill White related incidents involving the Jena 6 or          b7C
others.  Per telcal on 05/08/08, contact SA[      ] with any           b7E
information learned related to the identification of
[                                ] A search of [                    ]
will direct you to the recorded phone call, presumably between
[        ] Bill White.

EXHIBIT L (p)
----------

b6
b7C

3-17-09

Long On

see. yes

As. Been

as far back a Colbe

vice for those who

b6
b7C

is strong part of who he is —

b6
b7C

assists other                in connection

w/

participates in a number of other

better assist to people in need in

this community —

b6
b7C

do has

Finder — $ an assistance from

Volunteer position.

Tonkos Wilson — 1-4-08 —

[redacted] to shady — [redacted] had good [redacted]  b6 b7C

[redacted] did not do marches or get involved in protests —

[redacted] police to [redacted]

" " [redacted]

— expressed that [redacted]

order by more impartial entity

1-30-08 NY Times article  b6 b7C

[redacted] abt shots

↳ 1-5-08; [redacted] Community Event

sponsored by NAACP,

led to prayer vigil @ T.W. house —

a march to Police dpt.  b6 b7C

City Council [redacted]

[redacted] got City Council to pay for funeral

— every all unit to City Council Bldg. —

moved to Luna Senters —

? date [redacted]  b6 b7C

7-10-08   11am News Ash

Had not heard of Bill White before this

? DATE
someon

then Russ or who it was —

- got phone call then; w/in 15 seconds —

said something about

Then heard another voice or phone —

Not dis
put

b6
b7C

*  Called S.O.

b6
b7C

- Voicemail — NO recall of it. 2-11-08 @

In regards to White — down my job not going
to let them scare me off

- Took precautions of family — more vigilant — didn't
want public to know

b6
b7C

- Causing me to be more or afraid —

- probaly told                    ext day —

- Kids - watch out for strangers

_____ was very scared - we talked about it a about what
the significance of _____ was.                                    b6
                                                                  b7C

- Had to be more vigilant everywhere he went -
  _____ drills _____ to know where security buttons
- Thoughts of family safety
- _____ an closer to door              go at diff doors -
- Thought about his own pattern of movement;   Alarmed + stood
                                               watching before
                                               go out to car -
- Made sure alarms were on.
- Didn't let kids go to Post Office by self any longer   up until enemy
- Kept gun in hand in pocket                             + news settled down
- Started taking gun to work didn't before   Still do sometimes today
                                                                  b6
  _____ took kids to school bus                                   b7C
- Sometimes drove + watch son get off bus -
- Sleep — not well - . slept @ off during day so
  could be awake @ night  11P - 5A
  of turned lights out after about 1 AM
  few weeks
- Moved kids to all in 1 bedroom downstairs
  to avoid fear of drive by a so he could
  get close to them.
- Pull in — back all the way in to see if anyone there —
  sit still + watch before gay in —
- Tried to invite people to go w/ him to places +
  meetings —
- Stopped gung to Sports Bars + places where alcohol
  was major item.

b6
b7C

- Did cross mind to stop, but only in relation
to impact on family, fear for their safety — STILL
felt had to continue as to

- made dark drive on continuing to be an

b6
b7C

Thoughts of what
what would happen to family, or who
would take care of them, if something happened
to her. But it's too important — so took
steps to be more safe & secure.

Called Brethren — [redacted] if something happens to me this is

b6
b7C

what I need you to do — Specific things
about what direction kids go in life —

b6
b7C

Pastor

- [redacted] said S.O. there about new posting —
- told [redacted] to be vigilant
- rode by his house sometimes to check on him

EXHIBIT L(g)

1/25/10

Artical in paper about Threat to Someone — Thinks it may have been him threatening

b6
b7C

- Never Seen
- don't know if people have been in
  contact w/ him
- Calling card

pays rent
+ part of
utilities

- Their politics are very different
  She

b6
b7C

- She thinks got in Chat rooms
  on internet
- doesn't
- saw Wm wear T-shirt
- doesn't go into is

- Ohio-1 time  - doesn't know if he has been to Ohio
  or Not. he may disappear for days
  w/o telling her

for

b6
b7C

- Not mentioned any thing about flyer
  Not seen National Soc. mags

- Normal work dy — pluned dinner w/
- Drove home , [blank] driving — came back to car
  w/ mail ;
- Opened — 1st some papers
- To S.O.

[blank] ⟶
① ⟶ [blank] papers
② ⟶

1st Amdt- one of three guys or guys
to make me [blank] This ment thy are
more brave then he thought —
↳ thd sense it was hand delivered — thy are bold —
Fearful for family ; afraid these people want to hurt his family
Fear thy may come in house next time a hurt family

**Police**
heard for Beck that hate mail in community —
to get protection ; thy said could [blank]

**Scre** — [blank]

⟶ starting to be afraid —
Dinner — — still went ; personally didn't want to
go — felt like should just go home + sit
like in a bunker waily fore something to happen —
this has reached a whole nother level now —

FBI(16cv948)-63!

EXHIBIT L(r)

b3

✎AO110  (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

NORTHERN _____ DISTRICT OF _____ OHIO, WESTERN DIVISION

TO:

b3
b6
b7C

### SUBPOENA TO TESTIFY
### BEFORE GRAND JURY

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>1716 Spielbusch Ave.<br>Toledo, OH 43624 | GRAND JURY ROOM |
| | DATE AND TIME |

b3

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

b3
b6
b7C

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| | |

b3
b6
b7C

This subpoena is issued on application
of the United States of America

AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY

* If not applicable, enter "none".

FBI(16cv948)-6074

EXHIBIT 11-2
------------

Summary of FBI File #44B-CV-74237
---------------------------------

| Serial # | Date | Exhibit | Summary |
|----------|------|---------|---------|
| 1 | 2/15/2008 | L(b) | FD-610 full investigation opener |
| 2 | 2/25/2008 | | WAW IIR |
| 3 | -missing- | | |
| 4 | 2/20/2008 | | wrong file |
| 5 | 2/22/2008 | | public records search |
| 6 | 2/22/2008 | | intake of evidence 302 |
| 7 | 2/22/2008 | | intake of evidence 302 |
| 8 | 2/28/2008 | | public records search |
| 9 | -missing- | | |
| 10 | 3/11/2008 | L(c) | leads to identify ANSWP members |
| 11 | 3/10/2008 | | labs request for DNA analysis |
| 12 | -missing- | | |
| 13 | 3/25/2008 | | SI investigation of Phil Anderson |
| 14 | 3/18/2008 | | contact with postal inspector |
| 15 | 3/18/2008 | | contact with postal inspector |
| 16 | 2/28/2008 | | contact with postal inspector |
| 17 | 3/10/2008 | | LEXIS-NEXIS search |
| 18 | 3/11/2008 | | NCIC check WAW |
| 19 | -missing- | | |
| 20 | -missing- | | |
| 21 | -missing- | | |
| 22 | 3/18/2008 | | investigation summary |
| 23 | -missing- | | |
| 24 | 4/8/2008 | | PD verify residences |
| 25 | 3/18/08-4/7/08 | | PD internet searches |
| 26 | 3/25/08-4/7/08 | | PD internet searches |
| 27 | 4/17/2008 | | Madison RA check |
| 28 | 5/6/2008 | | Boyer domestic battery arrest |
| 29 | 5/13/2008 | | Michael Burks check |
| 30 | 4/29/2008 | | Michael Burks check |
| 31 | 5/1/2008 | L(o) | National Initiative Targeting Bill White leads request |
| 32 | 5/12/2008 | | Justin Boyer check |
| 33 | 5/21/2008 | L(d) | instruction to collect CHS DNA |
| 34 | 5/21/2008 | | MM leads response |
| 35 | 5/21/2008 | | SF leads response |
| 36 | 5/22/2008 | | TP leads response |
| 37 | 5/5/2008 | | title change add subjects |
| 38 | 5/23/2008 | | PD leads response |
| 39 | 5/27/2008 | | PS leads response |
| 40 | -missing- | | |
| 41 | 6/2/2008 | | preservation order Yahoo |
| 42 | 6/2/2008 | | preservation order Microsoft |
| 43 | 6/2/2008 | L(e) | preservation order answp@nazi.org |
| 44 | 6/11/2008 | L(f) | CI interview Boyer |
| 45 | 6/13/2008 | | LO leads response |
| 46 | 6/18/2008 | | 302 Boyer |
| 47 | 6/19/2008 | | 302 Boyer |
| 48 | -missing- | | |
| 49 | -missing- | | |
| 50 | 7/10/2008 | | travel to NK for Campbell |

-1-

```
Serial #      Date           Exhibit      Summary
--------      ----           -------      -------
   51                       -missing-
   52                       -missing-
   53                       -missing-
   54                       -missing-
   55         6/4/2008                    review
   56                       -missing-
   57                       -missing-
   58                       -missing-
   59         7/21/2008                   302 Michael Downs
   60                       -missing-
   61                       -missing-
   62                       -missing-
   63         8/21/2008                   CV leads response
   64         9/10/2008      L(g)         DNA labs results
   65         10/8/2008                   DNA cheek swabs @ Roanoke GJ
   66         10/8/2008                   DNA cheek swabs @ Roanoke GJ
   67         10/21/2008                  transfer of DNA swabs to lab
   68         10/21/2008                  DNA delay
   69                       -missing-
   70         11/13/2008                  DNA cheek swabs @ Roanoke GJ
   71         11/13/2008                  DNA cheek swabs @ Roanoke GJ
   72         11/13/2008                  DNS cheek swabs @ Roanoke GJ
   73         11/19/2008                  transfer DNA swabs to lab
   74.                      -missing-
   75         11/13/2008                  GJ sealed material
   76         12/14/2008                  documents transfer CV to CG
   77         1/14/2009                   hard drives transfer RH to CG and CV
   78                       -missing-
   79         12/19/2008     L(h)         ED Michigan GJ wiretaps
   80         2/27/2009      L(i)         fingerprint test results
   81                       -missing-
   82         3/5/2009                    FD-1023 CHS reporting
   83         3/9/2009       L(j)         DNA lab results
   84         3/23/2009                   VAP-Julian Upthegrove
   85         3/17/2009                   302 Upthegrove wife
   86         3/17/2009                   302 Julian Upthegrove
   87                       -missing-
   88         4/2/2009       L(k)         title change / start of GJ
   89         4/10/2009      L(l)         travel to interview Boyer
   90         4/9/2009                    travel to interview Boyer
   91         4/29/2009                   hard drives to CV
   92         4/9/2009                    302 Boyer
   93(92-2)    5/15/2009                  serve GJ subpoenas
   94         4/8/2008                    WCSO police reports
   95         4/8/2008                    WCSO police reports
   96         4/8/2008                    WCSO police reports
   97         4/8/2008                    WCSO police reports
   98         5/26/2009                   CV request for WCSO police reports PD
   99                       -missing-
  100         2/27/2009                   report to DOJ CRD
  101         5/27/2009                   report to DOJ CRD
  102         5/30/2009                   302 Daniel Jones Toledo GJ
  103         4/17/2009                   302 Postal Inspector
  104         5/31/2009                   302 city councilman
```

File #44B-CV-74237
-----------------

| Serial # | Date | Exhibit | Description |
|----------|------|---------|-------------|
| 105 | 6/3/2009 | | 302 unknown |
| 106 | 6/3/2009 | | 302 Daniel Jones |
| 107 | 6/3/2009 | | 302 Daniel Jones |
| 108 | 6/3/2009 | | 302 unknown |
| 109 | 6/9/2009 | | 302 recording of 4/28/08 phone call |
| 110 | 6/15/2009 | | 302 unknown |
| 111 | 6/16/2009 | L(m) | Sensitive Investigative Matter designation |
| 112 | -missing- | | |
| 113 | 8/17/2009 | | GJ subpoena |
| 114 | -missing- | | |
| 115 | 8/26/2009 | | GJ subpoena return |
| 116 | -missing- | | |
| 117 | 8/17/2009 | | approval for CHS travel |
| 118 | 9/11/2009 | | hard drive analysis |
| 119 | 8/18/2009 | | 302 unknown |
| 120 | 9/22/2009 | | PD investigation into Jones |
| 121 | 9/24/2009 | | hard drive analysis |
| 122 | -missing- | | |
| 123 | -missing- | | |
| 124 | 10/8/2009 | | arrest "accomplishment" |
| 125 | 10/15/2009 | | report to DOJ-CRD |
| 126 | 9/9/2009 | | 302 Dan Jones co-worker |
| 127 | 9/24/2009 | | 302 unknown |
| 128 | 9/25/2009 | | 302 unknown |
| 129 | 10/8/2009 | | 302 Dan Jones |
| 130 | 10/7/2009 | | 302 Dan Jones |
| 131 | 10/16/2009 | | PD co-worker lead return |
| 132 | 10/19/2009 | | arrest "accomplishment" |
| 133 | -missing- | | |
| 134 | 6/2/2009 | | 302 deputy |
| 135 | -missing- | | |
| 136 | -missing- | | |
| 137 | -missing- | | |
| 138 | 8/28/2009 | | 302 unknown |
| 139 | 10/8/2009 | | Tom Perez press release |
| 140 | -missing- | | |
| 141 | 11/12/2009 | | PD to CV pre-trial services info |
| 142 | 12/1/2009 | | 302 Dan Jones + friends EC |
| 143 | 11/20/2009 | | 302 Jones friend |
| 144 | 11/20/2009 | | 302 Jones friend |
| 145 | 11/24/2009 | | 302 Jones |
| 146 | 11/20/2009 | | 302 Jones |
| 147 | 12/15/2009 | | 302 Jones |
| 148 | 12/15/2009 | | 302 hard drive |
| 149 | 12/15/2009 | | 302 CHS targeting Jones |
| 150 | 12/15/2009 | | 302 hard drive |
| 151 | 12/16/2009 | | 302 hard drive |
| 152 | -missing- | | |
| 153 | 1/25/2010 | | 302 voice mail transcript |
| 154 | 1/19/2010 | | 302 unknown woman |
| 155 | 1/19/2010 | | 302 unknown man |
| 156 | 1/22/2010 | | evidence transfer PD to CV |
| 157 | 1/27/2010 | | evidence transfer PD to CV |

| Serial # | Date | Exhibit | Summary |
|----------|------|---------|---------|
| 158 | 1/12/2010 | | 302 Jones friend |
| 159 | 1/12/2010 | | 302 reporter |
| 160 | 1/25/2010 | | 302 Jones landlord |
| 161 | 1/25/2010 | | 302 Jones friend |
| 162 | 1/25/2010 | | 302 Jones friend |
| 163 | 1/28/2010 | | EC for 302s |
| 164 | 2/5/2010 | | report to DOJ-CRD |
| 165 | 12/10/2009 | | report to DOJ-CRD |
| 166 | 12/31/2009 | | report to DOJ-CRD |
| 167 | 2/3/2010 | | 302 Jones |
| 168 | 2/8/2010 | L(n) | 302 Jones |
| 169 | 2/8/2010 | | 302 Jones |
| 170 | 2/25/2010 | | EC for 302s |
| 171 | 4/2/2010 | | report to DOJ-CRD |
| 172 | 4/15/2010 | | hard drive search |
| 173 | 4/19/2010 | | 302 Habig |
| 174 | 5/27/2010 | | Jones guilty plea |
| 175 | 6/15/2010 | | conviction "accomplishment" |
| 176 | 7/21/2010 | | fingerprint lab request |
| 177 | 8/2/2010 | | fingerprint lab report |
| 178 | 8/9/2010 | | DNA lab report |
| 179 | 9/16/2010 | | fingerprint lab report |
| 180 | 11/15/2010 | | sentencing "accomplishment" |
| 181 | 11/9/2010 | | Jones judgment order |
| 182 | 5/18/2011 | | request to retain evidence |
| 183 | -missing- | | |
| 184 | 8/3/2011 | | file closing document |

APPENDICES AND SUBFILES NOT INDEXED

| | 2/28/2008 | L(p) | interview notes -- Julian Upthegrove |
| | 1/10/2010 | L(q) | interview notes -- Jones GF |
| | | L(r) | GJ subpoena |

EXHIBIT N(a)(i)
-----------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

June 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure.   The appropriate exemptions are noted on the processed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions.   An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a | |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| 50 USC 3024 (i)(1) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

501 pages were reviewed and 159 pages are being released.

Below you will also find additional informational paragraphs about your request.   Where applicable, checked boxes are used to provide you with more information about the processing of your request.   Please read each item carefully.

☑  Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐     This information has been referred to the OGA(s) for review and direct response to you.
☑     We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   The **"Standard Responses to Requests"** section of the Addendum applies to all requests.   If the subject of your request is a person, the **"Standard Responses to Requests for Individuals"** section also applies.   The **"General Information"** section includes useful information about FBI records.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-7070 to FBI (16cv00948)-7570, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the fifteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $825.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.   Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

EXHIBIT N(a)(11)
-----------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 19, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.:1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

|  | **Section 552** |  |  | **Section 552a** |
|---|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) |  | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) |  | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) |  | ☐ (k)(1) |
| Fed. R. Crim. Pr. (6e) | ☑ (b)(7)(D) |  | ☐ (k)(2) |
| 50 USC 3024 (i) (1) | ☑ (b)(7)(E) |  | ☐ (k)(3) |
|  | ☐ (b)(7)(F) |  | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) |  | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) |  | ☐ (k)(6) |
| ☑ (b)(6) |  |  | ☐ (k)(7) |

501 pages were reviewed and 280 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☑ We are consulting with the other agencies. The FBI will correspond with you regarding this information once the consultations are completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request: **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records on individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-7571 to FBI(16cv00948)-8071, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the sixteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $810.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.   Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

EXHIBIT N (a)(iii)
-------------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.:1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure.  The appropriate exemptions are noted on the processed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions.   An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | | Section 552a | |
|---|---|---|---|---|
| ☐ (b)(1) | | ☐ (b)(7)(A) | ☐ (d)(5) | |
| ☐ (b)(2) | | ☐ (b)(7)(B) | ☑ (j)(2) | |
| ☑ (b)(3) | | ☑ (b)(7)(C) | ☐ (k)(1) | |
| Fed. R. Crim. Pr. (6e) | | ☑ (b)(7)(D) | ☐ (k)(2) | |
| _____ | | ☑ (b)(7)(E) | ☐ (k)(3) | |
| | | ☐ (b)(7)(F) | ☐ (k)(4) | |
| ☐ (b)(4) | | ☐ (b)(8) | ☐ (k)(5) | |
| ☐ (b)(5) | | ☐ (b)(9) | ☐ (k)(6) | |
| ☑ (b)(6) | | | ☐ (k)(7) | |

529 pages were reviewed and 386 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐    Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

  ☐    This information has been referred to the OGA(s) for review and direct response to you.
  ☐    We are consulting with the other agencies.   The FBI will correspond with you regarding this information once the consultations are completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   **"Part 1"** of the Addendum includes standard responses that apply to all requests.   **"Part 2"** includes additional standard responses that apply to all requests for records on individuals.   **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑    See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-8072 to FBI(16cv00948)-8600, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the seventeenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $795.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.   Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

September 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.:1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

506 pages were reviewed and 228 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑   Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐   This information has been referred to the OGA(s) for review and direct response to you.
☑   We are consulting with the other agencies. The FBI will correspond with you regarding this information once the consultations are completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records on individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter. Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-8601 to FBI(16cv00948)-9106, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the eighteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request. This material is being provided to you at no charge at this time. The FBI will provide monthly rolling releases.

Currently, you have a positive balance of $780.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act. Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

As previously indicated, documents were located which originated with, or contained information concerning another government agency. We are consulting with the other agency and are awaiting their response. The FBI will correspond with you regarding those documents when the consultation is completed.

While processing your Freedom of Information Act (FOI/PA) request, the United States Marshal Service located FBI information in their records. This material (Bates pages FBI(16cv00948)-9101 to FBI(16cv00948)-9106) was referred to the FBI for a direct response to you. The documents were reviewed under the FOIPA, Title 5, United States Code, Sections 552/552a. The appropriate exemptions are noted on the enclosed pages next to the redacted information.



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

October 18, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure.  The appropriate exemptions are noted on the processed pages next to redacted information.  In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions.  An Explanation of Exemptions is enclosed to further explain justification for withheld information.

**Section 552**

| | | |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| _Fed. R. Crim Pr. (6e)_ | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

501 pages were reviewed and 155 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐ This information has been referred to the OGAs for review and direct response to you.

☑ We are consulting with another agency.  The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-9107 to FBI(16cv00948)-9607, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the nineteenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

Currently, you have a positive balance of $765.000 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act. Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

As previously indicated, documents were located which originated with, or contained information concerning another government agency.   We are consulting with the other agency and are awaiting their response.   The FBI will correspond with you regarding those documents when the consultation is completed.

EXHIBIT N(b)
------------

Summary Of FBI File #44A-RH-53908
---------------------------------

| Serial # | Date | Exhibit | Description |
|----------|------|---------|-------------|
| 1 | 2/26/2008 | N(c) | FD-610 file opener |
| 2 | 9/1/2006 | O(c) | 9A-RH-53173 Warman file opener |
| 3 | 12/18/2006 | | 9A-RH-53173-3 no tape from CBC |
| 4 | 8/25/2006 | | 9A-RH-53173-7 fax cover sheet |
| 5 | 8/25/2007 | | 9A-RH-53173-9 screen shots |
| 6 | 5/23/2007 | | 9A-RH-53173-15 Va Beach letter |
| 7 | 6/19/2007 | | 174C-PX-80261-30 PX threats |
| 8 | 5/23/2007 | | 9A-RH-53173-18 Va Beach letter + mag |
| 9 | 6/27/2007 | | 266N-MM-109670-13 Pitts threats |
| 10 | 7/13/2007 | | 9A-RH-53173-21 302 Canada |
| 11 | 7/16/2007 | | 9A-RH-53173-22 CHS targeting me |
| 12 | 9/28/2007 | | 9A-RH-53173-26 Jena 6 radio show |
| 13 | 9/27/2007 | | 9A-RH-53173-27 Noose on the Loose |
| 14 | 9/28/2007 | N(d) | 9A-RH-53173-28 Roanoke Times on Randy Armbrecht |
| 15 | 9/25/2007 | | 9A-RH-53173-29 CNN on Jena 6 |
| 16 | 11/6/2007 | | 9A-RH-53173-31 BA threat 10/31/2007 |
| 17 | 4/1/2008 | | Charles Tyson PH document |
| 18 | 4/4/2008 | | NK CHS Campbell 21023 |
| 19 | 4/4/2008 | | RT on Norfolk hearing |
| 20 | -missing- (1 page) | | |
| 21 | -missing- (1 page) | | |
| 22 | -missing- (1 page) | | |
| 23 | -missing- (1 page) | | (cp Lima serial 82) |
| 24 | 4/9/2008 | | 2660-CV-672082-N CV CHS to SE |
| 25 | 4/14/2008 | N(e) | GJ and Blogs subfiles |
| 26 | | | property list LED |
| 27 | | N(f) | driver's license LED |
| 28 | 3/11/2008 | | 44B-CV-74237 Lima document |
| 29 | 4/11/2008 | | WAW IIR |
| 30 | 4/17/2008 | | investigation of T-1 line |
| 31 | -missing- (1 page) | | |
| 32 | -missing- (1 page) | | |
| 33 | -missing- (1 page) | | |
| 34 | 5/7/2008 | N(g) | failed attempt to interview WAW |
| 35 | -missing- (1 page) | | |
| 36 | 5/6/2008 | N(h) | CI CHS Boyer domestic battery arrest |
| 37 | 5/8/2008 | | preservation letter |
| 38 | -missing- (1 page) | | |
| 39 | 5/12/2008 | | 1023 CG CHS |
| 40 | 5/9/2008 | | email preservation letter |
| 41 | -missing- (2 pages) | | |
| 42 | 5/1/2008 | N(i) | lead request all field offices |
| 43 | 5/12/2008 | | 302 CHS Justin Boyer |
| 44 | 5/29/2008 | | BS CHS revision |
| 45 | 5/21/2008 | | Pitts column |
| 46 | 5/16/2008 | N(j) | 1023 CG CHS |
| 47 | -missing- (1 page) | | |
| 48 | 5/21/2008 | | SF leads response |
| 49 | 5/22/2008 | | TP leads response |
| 50 | 5/23/2008 | | PD leads response |

| Serial# | Date | Exhibit | Description |
|---------|------|---------|-------------|
| 51 | 5/23/2008 | N(k) | BA background check on WAW |
| 52 | 5/22/3008 | | NO leads response |
| 53 | 5/27/2008 | | PX leads response |
| 54 | 5/29/2008 | | NH leads response |
| 55 | -missing- (2 pages) | | |
| 56 | 6/2/2008 | | IP leads response |
| 57 | -missing- (4 pages) | | |
| 58 | 6/11/2008 | | CART examination report |
| 59 | 6/11/2008 | | CART examination report |
| 60 | 6/13/2008 | | LO   threat investigation |
| 61 | -missing- | | |
| 62 | -missing- (11 pages) | | |
| 63 | 10/31/2007 | | police report alleged threats |
| 64 | 5/29/2008 | | Habig EC PD |
| 65 | -missing- | | |
| 66 | 5/31/2008 | N(l) | BS TEI opener |
| 67 | 6/10/2008 | | RT on Pitts in Roanoke |
| 68 | 6/18/2008 | | 302 Boyer |
| 69 | 6/20/2008 | | 302 unknown |
| 70 | 6/25/2008 | | SA leads response |
| 71 | 7/8/2008 | N(m) | ALAT Tel Aviv Elie Wiesel |
| 72 | 6/27/2008 | | NK CHS Campbell |
| 73 | -missing- | | |
| 74 | -missing- | | |
| 75 | -missing- | | |
| 76 | 6/12/2008 | | BS CHS |
| 77 | 6/23/2008 | | NF document scrub |
| 78 | -missing- | | |
| 79 | 7/2/2008 | | RT Urbanski contempt |
| 80 | 7/11/2208 | | KX leads response |
| 81 | 7/8/2008 | | consulate letter |
| 82 | -missing- | | |
| 83 | 7/10/2008 | N(n) | NK field trip |
| 84 | -missing- | | |
| 85 | -missing- | | |
| 86 | -missing- | | |
| 87 | -missing- | | |
| 88 | -missing- | | |
| 89 | -missing- | | |
| 90 | 7/23/2008 | | 302 May knock attempt |
| 91 | 7/2/2008 | | SL leads response |
| 92 | 7/30/2008 | | Montgomery County court records |
| 93 | 8/4/2008 | | MM evidence preservation |
| 94 | 8/6/2008 | | Washington witness won't testify |
| 95 | 8/7/2008 | | 302 blueschica |
| 96 | 8/11/2008 | | Montgomery County court records |
| 97 | 7/21/2008 | | 302 Michael Downs |
| 98 | 8/19/2008 | | 302 Michael Downs |
| 99 | 8/19/2008 | | Jones ballooning photos PD |
| 100 | 8/19/2008 | | PD statement + photos |
| 101 | -missing- | | |
| 102 | 8/26/2008 | | 1023 CG CHS |
| 103 | 8/26/2008 | | working copy of ... |
| 104 | -missing- | | |
| 105 | 8/26/2008 | | 1023 NK CHS |

```
Serial #    Date.           Exhibit     Description
--------    ----            -------     -----------
  106       8/28/2008        N(o)       Eric Hunt GJ Subpoena
  107       9/3/2008                    Hunt GJ Subpoena service
  108       9/3/2008                    302 Hunt
  109       9/15/2008                   corrected
  110       9/5/2008                    302 blueschica
  111       9/10/2008                   NF serials on WAW
  112       9/10/2008                   302 by GLL
  113       9/9/2008                    302 by GLL
  114       9/11/2008                   302 blueschica cellphone recording
  115                -missing-
  116       9/12/2008                   302 Mark Hoffman
  117       8/21/2008        N(z)       CV leads response
  118       9/12/2008                   302 miscellaneous
  119                -missing-
  120       9/18/2008                   302 by GLL alleged WAW message
  121       9/18/2008                   GLL threat case
  122       9/24/2008                   blogs/articles print outs
  123                -missing-
  124       9/15/2008                   1023 Campbell
  125                -missing-
  126       9/22/2008                   1023 Campbell
  127       9/25/2008                   misfiled 1023
  128       9/15/2008                   GJ material
  129       9/23/2008        N(p)       surveillance log 1602 Patterson
  130       9/24/2008                   302 Billy Asbury
  131       9/24/2008                   302 on T-1 line
  132       9/23/2008                   surveillance log on me
  133                -missing-
  134       10/3/2008        G(b)       Obama magazine alert
  135       10/7/2008                   302 1602 Patterson tenant
  136       10/8/2008        N(q)       Rudy Orr GJ Subpoena
  137       10/7/2008                   302 john looking for hooker
  138       10/17/2008                  GJ subpoenas -- Tim Bland, Dan Jones,
                                          Michael Burks
  139                -missing-
  140       10/16/2008                  Obama magazine alert
  141       10/17/2008                  CG complaint
  142       10/17/2008                  CG arrest warrant
  143       10/17/2008                  302 WAW home search
  144       10/21/2008                  302 1602 Patterson search
  145                -blank-
  146                -blank-
  147                -blank-
  148                -blank-
  149       9/26/2008                   302 error
  150       10/23/2008                  302 1996 arrest
  151       10/23/2008                  VA court records
  152       10/23/2008                  criminal record
  153       10/23/2008                  concealed carry permit
  154                -missing-
  155                -missing-
  156       10/20/2008                  RT article
  157       10/19/2008                  RT article
  158       10/17/2008                  RT article
```

File #44A-RH-53908
------------------

| Serial # | Date | Exhibit | Description |
|----------|------|---------|-------------|
| 159 | | -missing- | |
| 160 | 10/25/2008 | | summary of court proceedings |
| 161 | 10/23/2008 | | RT article |
| 162 | 10/22/2008 | | RT article |
| 163 | 10/17/2008 | | 302 WAW |
| 164 | 10/14/2008 | | GJ subpoena Boyer |
| 165 | 10/27/2008 | | GJ subpoenas |
| 166 | 10/27/2008 | | GJ subpoena service Burks |
| 167 | | -missing- | |
| 168 | 10/29/2008 | | 302 alleged tape of WAW |
| 169 | 10/26/2008 | | RT editorial |
| 170 | 11/3/2008 | | GJ service Phil Anderson |
| 171 | | -missing- | |
| 172 | 11/7/2008 | | evidence RH to CG |
| 173 | 11/6/2008 | | GJ service Bland |
| 174 | 11/13/2008 | | NF evidence to RH |
| 175 | 11/3/2008 | | GJ subpoena service Jones |
| 176 | 11/3/2008 | | EC on Jones service |
| 177 | 11/14/2008 | | warrant returns RH to CG |
| 178 | 11/14/2008 | | GJ subpoena service Burks |
| 179 | 11/18/2008 | | hard drives RH to CG |
| 180 | 11/21/2008 | | GJ subpoena Michael Blevins |
| 181 | | -missing- | |
| 182 | 11/24/2008 | | letter from LO to RH |
| 183 | 11/24/2008 | | letter WAW to Burks |
| 184 | | -missing- | |
| 185 | 11/12/2008 | | CART examination |
| 186 | 11/12/2008 | | CART examination |
| 187 | 11/13/2008 | | CART examination |
| 188 | 11/13/2008 | | CART examination |
| 189 | 11/13/2008 | | CART examination |
| 190 | 12/3/2008 | | GJ subpoena service Blevins |
| 191 | 11/24/2008 | | BS TEI extension |
| 192 | | -missing- | |
| 193 | | -missing- | |
| 194 | 11/26/2008 | | CART examination |
| 195 | | -missing- | |
| 196 | 12/15/2008 | | DE 1023 removed |
| 197 | 12/16/2008 | | RH GJ indictment |
| 198 | 12/19/2008 | | warrant service |
| 199 | 12/16/2008 | | NCIC hold |
| 200 | 12/17/2008 | | indictment "accomplishment" |
| 201 | 12/12/2008 | | RT on indictment |
| 202 | 12/16/2008 | | FBI letter to USMS |
| 203 | 12/17/2008 | | indictment |
| 204 | 12/16/2008 | | NCIC report |
| 205 | 1/9/2009 | | VAP form |
| 206 | 1/14/2009 | | electronic evidence RH to CV + CG |
| 207 | 1/15/2009 | | letters RH to CG |
| 208 | | -missing- | |
| 209 | 1/6/2009 | | digital forensics exam |
| 210 | 1/14/2009 | | CART examination |
| 211 | 1/14/2009 | | CART examination |
| 212 | 1/14/2009 | | CART exmaination |

File #44A-RH-53908
------------------

| Serial # | Date | Exhibit | Description |
| -------- | ---- | ------- | ----------- |
| 213 | 1/6/2009 | | CART examination |
| 214 | 1/6/2009 | | CART examination |
| 215 | 1/22/2009 | N(r) | financial analyst request |
| 216 | 2/3/2009 | | warrant returns RH to CG |
| 217 | 1/28/2009 | | RT on Hibbler recusal |
| 218 | 2/11/2009 | | RT on 2005 statement |
| 219 | 3/5/2009 | | MM evidence to RH |
| 220 | 3/9/2009 | | NCIC report |
| 221 | 3/18/2009 | | RT on recusal |
| 222 | 1/15/2009 | | VAP |
| 223 | 4/29/2009 | | hard drives RH to CV |
| 224 | 5/14/2009 | | RT on trial |
| 225 | 6/4/2009 | | 302 Jones |
| 226 | 8/5/2009 | | MM evidence to RH |
| 227 | 8/3/2009 | | RT on dismissal |
| 228 | 8/3/2009 | | RT on dismissal |
| 229 | 8/3/2009 | N(s) | RT biographical sketch |
| 230 | 8/3/2009 | | RT on bond |
| 231 | 8/19/2009 | | CG evidence back to RH |
| 232 | 9/15/2009 | | evidence from AUSA |
| 233 | 9/23/2009 | | CG evidence back to RH |
| 234 | 9/24/2009 | | CG evidence back to RH |
| 235 | 9/10/2009 | | RT on bond release |
| 236 | 9/26/2009 | | RT on bond revoked |
| 237 | 10/22/2009 | | RT on bond revoked |
| 238 | 11/1/2009 | | FAVIAV on alleged recording |
| 239 | 11/12/2009 | | 302s NF witnesses |
| 240 | 11/20/2009 | | CG evidence back to RH |
| 241 | -missing- | | |
| 242 | 11/4/2009 | | discovery letter |
| 243 | 11/25/2009 | | copies of recordings letter |
| 244 | 11/30/2009 | | NK threatening letter |
| 245 | 12/03/2009 | | evidence NK to RH |
| 246 | 12/3/2009 | | NK threat |
| 247 | 12/1/2009 | | PD additional searches |
| 248 | 11/23/2009 | | 302 Armbrecht |
| 249 | 11/24/2009 | | Kerr threatening letter? |
| 250 | 11/23/2009 | | 302 Armbrecht |
| 251 | 11/24/2009 | | PD warrant material |
| 252 | 12/7/2009 | | 302 witness subpoena |
| 253 | 12/7/2009 | | 302 witness subpoena |
| 254 | 12/7/2009 | | 302 witness subpoena |
| 255 | 12/7/2009 | | thread-noose lab exam |
| 256 | 12/7/2009 | | 302 evidence transfer |
| 257 | 12/3/2009 | | 302 threat letter |
| 258 | 12/2/2009 | | 302 |
| 259 | 12/15/2009 | | 302 |
| 260 | 12/15/2009 | | BA trial subpoena service |
| 261 | 1/6/2010 | | DNA lab on thread-noose |
| 262 | 12/1/2009 | | NCIC update |
| 263 | 12/3/2009 | | RT on trial |
| 264 | 12/9/2009 | | RT on trial |
| 265 | 12/11/2009 | | RT on Petsche |
| 266 | 12/12/2009 | | RT on Pitts |

File #44A-RH-53908
------------------

| Serial # | Date | Exhibit | Description |
| --- | --- | --- | --- |
| 267 | 12/15/2009 | | RT biographical profile |
| 268 | 12/15/2009 | | RT on Va Beach case |
| 269 | 12/15/2009 | | RT on Richard Warman |
| 270 | 12/21/2009 | | RT on verdict |
| 271 | 1/6/2010 | | EC on convictions |
| 272 | 1/6/2010 | | conviction "achievement" |
| 273 | 1/11/2010 | | release of evidence to court |
| 274 | 1/7/2010 | N(t) | return of NF evidence |
| 275 | 1/7/2010 | | razor blade threat |
| 276 | 1/6/2010 | | CART evidence |
| 277 | 1/19/2010 | | NF evidence |
| 278 | 1/27/2010 | | hair fiber lab report |
| 279 | 2/5/2010 | | pro se motion for acquittal |
| 280 | 2/16/2010 | N(y) | evidence retention |
| 281 | 1/12/2010 | | RT on Aryan Nations |
| 282 | 2/4/2010 | | Turk order dismissing Warman count |
| 283 | 2/4/2010 | | RT on Turk order |
| 284 | 3/8/2010 | | NCIC |
| 285 | 2/18/2010 | | NCIC warrant clear |
| 286 | 10/27/2009 | | discovery letter |
| 287 | 11/4/2009 | | discovery letter |
| 288 | 3/15/2010 | | fiber lab analysis report |
| 289 | 2/26/2010 | | pro se new trial motion |
| 290 | -missing- | | |
| 291 | 3/23/2010 | | pro se motion to unseal discovery |
| 292 | 4/16/2010 | | sentencing "achievement" |
| 293 | 4/15/2010 | | RT article on sentencing |
| 294 | 4/23/2010 | | sentencing document |
| 295 | 5/4/2010 | | razor blade threats investigation |
| 296 | 3/8/2010 | | file validation documents |
| 297 | 4/10/2010 | | judgment order |
| 298 | 6/28/2010 | | RT article on Chicago |
| 299 | 6/28/2010 | | 7th Cir opinion Chicago |
| 300 | 7/16/2010 | | RH evidence back to CG |
| 301 | 7/21/2010 | | fingerprint lab request |
| 302 | 7/6/2010 | | lab request threats |
| 303 | 8/2/2010 | | lab report threats |
| 304 | 8/9/2010 | | 302 threat return addressee |
| 305 | 8/9/2010 | | EC on NF threat investigation |
| 306 | 8/9/2010 | | lab report threats |
| 307 | 9/16/2010 | | DNA transfer RH to CV |
| 308 | 10/19/2010 | | letter -- arsons @ property |
| 309 | -missing- | | |
| 310 | 10/14/2010 | | letter -- arsons |
| 311 | 12/17/2010 | | evidence RH to CG |
| 312 | 12/21/2010 | | EC Mazzolla-Church telcal |
| 313 | 1/2/2011 | | RT on Chicago trial |
| 314 | 1/6/2011 | | RT on Chicago conviction |
| 315 | 2/2/2011 | | EC on evidence Columbia(?) to RH |
| 316 | 3/1/2011 | | perm evidence transfer RH to CG |
| 317 | 4/4/2011 | | file to inactive status |
| 318 | 3/20/2011 | | my letter regarding psychotic break |
| 319 | 2/23/2011 -missing- | | |
| 320 | 3/2/2011 | | RT on my appeal |

APPENDICES AND SUBFILES NOT INDEXED

EXHIBIT N(c)
------------

FD-610 (Rev. 05/04/2005)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date: 02/26/2008

To: Criminal Investigative      Attn: Civil Rights Unit

From: Richmond
      Squad 7, Roanoke RA
      Contact: SA T David Church                          b6
                                                          b7C

Approved By: SSRA Kevin L Foust


Drafted By:

Case ID #: 44A-RH-NEW 53908-1

Title: WILLIAM A. WHITE;
       MULTIPLE VICTIMS;
       RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis: Open and assign captioned investigation to SA David      b6
Church Roanoke RA.                                                 b7C


Full Investigation Initiated: 02/27/2008


Details: Captioned case is being opened after discussions with
United States Department of Justice (USDOJ) Attorney Barry
Kowalski and Assistant United States Attorney (AUSA) Thomas        b6
Bondurant                                                         b7C

        On 02/22/2008, Kowalski, Bondurant and SA David Church
discussed, via teleconference in AUSA Bondurant's office, the
incidents of threatening and harassing communications, both e-
mail and telephonic, that William "Bill" A. White has initiated
since August, 2006. This conference call was initiated as a
result of a new complaint regarding a similar recent harassing e-   b6
mail blog posted on the Vanguard News Network website              b7C
(VNNFORUM.com) naming Norfolk attorney Kevin Mottley  The blog
also provided Mottley's personal identifiers. Mottley is
currently representing several African-American tenants in
Virginia Beach, Virginia that have received threats from White
as a result of their participation in a USDOJ fair housing case
against a local white landlord.

        Currently, Roanoke RA, has two open investigations with
Bill White as the subject (266N-RH-52670 and 9A-RH-53173). After
discussing the open investigations and the new recent incidents
of harassing/threatening e-mails, SA Church AUSA Bondurant and     b6
                                                                   b7C

To:  Criminal Investigative  From:  Richmond
Re:  44A-RH-NEW, 02/26/2008


USDOJ Attorney Kowalski agree the investigation should be
consolidated into a Civil Rights-Racial Discrimination
investigation.  Therefore, Roanoke RA will close previously
mentioned opened investigations with White as a subject and
requests captioned case be open and assigned to SA David Church          b6
Roanoke RA, Roanoke, VA.                                                  b7C

        By way of background, Bill White is the self proclaimed
"Commander" of the American National Socialist Worker's Party
(ANSWP) and currently resides in Roanoke, Virginia.  Previous to
White's formation of ANSWP, White was a member of the National
Socialist Movement (NSM), which is based out of Detroit,
Michigan.  White separated from NSM                                       b6
                                                          which was,      b7C
at one time                                    It is believed


        Furthermore, Roanoke RA will coordinate with all FBI
Field Office's in order to determine, both past and present, what
investigations and complaints they are investigating that may
fall purview to Roanoke's investigation.


Date of Incident:    08/24/2006      Time of Incident:  N/A
Date of Complaint:   02/25/2008

Incident Location

Incident Street No.:  188
        Street Name:  Summit Way
        City:         Roanoke                        Apt #:
        State:        VA        Zip:    24014

1.  INCIDENT:
    A.  Community Area:  Small City or Town
    B.  Violence:  Yes
    C.  Death:  No
    D.  Injury:  No
    E.  Correctional Facility:
        Facility Type:
        Same as Incident Address:
        Facility Street No.:
        Street Name:
        City:
        State:                   Zip:

2.  SOURCE OF COMPLAINT:
    Complainant



To:   Criminal Investigative   From:   Richmond
Re:   44A-RH-NEW, 02/26/2008

3. OTHER AGENCY INVESTIGATING:
   None

4. CASE AGENT CONTACT INFORMATION:
   Name:   SA T David Church
   Telephone(s):
   E-Mail:
   Address:

b6
b7C

3

FBI(16cv948)-7276

To: Criminal Investigative   From: Richmond
Re: 44A-RH-NEW, 02/26/2008

LEAD(s):

Set Lead 1:   (Action)

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

For the Civil Rights Unit to review and forward the
information to the Department of Justice, Civil Rights Division,
to the attention of USDOJ Attorney Barry Kowalski as noted in the
narrative of this communication.

b6
b7C

Set Lead 2:   (Info)

CRIMINAL INVESTIGATIVE

AT WASHINGTON, DC

For the Public Corruption/Civil Rights Intelligence
Unit.   For information only.

◆◆

4

FBI(16cv948)-7277



# The Roanoke Times

## Roanoke.com

Thursday, September 27, 2007

## Internet firm cuts racist's Web site

William A. White's site is back up with the help of another white supremacist.

Laurence Hammack



William A. White advocated lynching the Jena Six

An Internet service company has pulled the plug on its most controversial customer, a Roanoke white supremacist who used his Web site to suggest that six black youths be lynched.

Global Web Solutions cut off service to William A. White on Sunday, after receiving complaints about White's online commentary on the so-called Jena Six case in Louisiana, company owner Randy Armbrecht said Wednesday.

White has since restored the Web site, although not all of the previous links have been updated.

In a posting last week, White published the names and addresses of six black youths charged with assaulting a white classmate in Jena, La., along with the words: "Lynch the Jena 6."

The FBI is investigating whether that broke any laws -- a decision that Armbrecht said he has already made.

"Upon investigating the complaints, our interpretation of some of the content he had on the site was that it was of a criminal nature," Armbrecht said.

White confirmed that his site, Overthrow.com, went dark for several hours Sunday after Armbrecht's action.

White said he is relying temporarily on Internet services run by Hal Turner, a white supremacist in New Jersey.

He said he plans to create his own data center and have telephone lines installed so he can operate his site independently in the future.

Despite Armbrecht's interpretation, White continued to stand by his "Lynch the Jena 6" comment, noting that even some of his critics have acknowledged he is probably protected by free-speech rights.

FBI(16cv948)-7367

7A-RH-53173-28

44A-RH-53908-14

EXHIBIT N(2)
------------

(Rev. 06-04-2007)

 

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 04/14/2008

To: Richmond

From: Richmond
      Roanoke RA, Squad 7
        Contact: SA T David Church                          b6
                                                            b7C
Approved By: SSRA Kevin 1 Foust

Drafted By:

Case ID #: 44A-RH-53908    (Pending) - 25

Title: WILLIAM A. WHITE;
       MULTIPLE VICTIMS;
       RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis: Request opening of sub files for captioned case.

Details: Richmond requests the opening of the following sub
files in captioned matter:

        44A-RH-53908-GJ - 1

        This sub file will be the repository for materials
obtained through Grand Jury Subpoena's.

        44A-RH-53908-BLOGS - 1

        This sub file will be the repository for blog postings
(to include associated media articles) related to captioned case.

◊◊

4/14/08   Done 4-14-08
          mlm.
Please O+A doove subs
to SA [        ] Thanks.                                     b6
                                                            b7C

GJ; BLOGS

EXHIBIT N(f)
------------

44A-RH-53908-27
LED:led
*LED*

1

       The following investigation was conducted by
Investigative Operations Analyst (IOA) [Lisa E Downey] concerning       b6
William A. White, date of birth May 29, 1977, Social Security           b7C
Number 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:

## Virginia Department of Motor Vehicles (DMV):

Name:                    William Alexander White
Sex:                     Male
Date of Birth:
Weight:                  210 pounds
Height:                  Six feet two inches
Eyes:                    Brown
Hair:                    Brown
SSN:
Customer Number:
Address:                 Post Office Box 8631
                         Roanoke, Virginia 24014
Vehicles:                2004 Toyota four door sedan,
                         silver in color,
                         Virginia license JXB-5595;

                         [          ] in color,                         b6
                         Virginia license [        ]                    b7C
                         registered to William A. White [      ]

     A copy of the driver's license photograph of White was
obtained and placed in an FD-340.

## NCIC/VCIN Computerized Criminal History:

Name:                    William Alexander White
Sex:                     Male
Race:                    White
Date of Birth:
Place of Birth:          Washington, D.C.
Last Reported Address:   188 Summit Way
                         Roanoke, Virginia 24014
SID:
FBI Number:              943081CB5

FBI(16cv948)-7398

44A-RH-53908-27

 

44A-RH-53908

2

- charged on 7/9/96 by the Rockville, Maryland, Police Department with the following:

(1) Assault/Battery
(2) Possess Graffiti Material
(3) Concealed Weapon, and
(4) Destruction of Property.

- On 3/29/01, the following dispositions were noted:

(1) Assault/Battery - not guilty
(2) Possession of Graffiti Material - guilty
(3) Deadly Weapon/Conceal - guilty, sentenced to one year six months, with eleven months suspended and one year six months probation;
(4) Malicious Destruction of Property, two counts - not guilty;
(5) Assault & Battery, two counts - guilty, sentenced to six months;
(6) Resist Arrest, three counts - guilty, sentenced to six months;
(7) Exceed Posted Speed Limit - guilty;
(8) Violation of Probation - guilty, sentenced to seven months

- charged on 10/19/96 by the Rockville, Maryland, Police Department with:

(1) Carrying a Concealed Weapon - nolle prossed
(2) DCBW-FTA-Battery

- charged on 3/5/97 by the Rockville, Maryland, Sheriff's Office with FTA - Conceal Deadly Weapon (disposition unknown)

- charged on 9/16/98 by the Washington, D.C., Police Department with Unlawful Entry (disposition unknown)

- charged on 12/16/98 by the U.S. Park Police, Washington, with Simple Assault (disposition unknown)

- charged on 7/7/04 by the Roanoke City Police Department with assault and battery. On 9/13/04, this charge was nolle prossed.

- charged on 9/13/05 by the Roanoke City Police Department with brandishing a firearm. On 10/5/05, this charge was nolle prossed.

FBI(16cv948)-7399

 

44A-RH-53908

<u>3</u>

## Virginia Employment Commission:

No record

b7E

Name:                    William A. White
AKA:                     William Alexander White
                         Bill White
Current Addresses:       Post Office Box 8631
                         Roanoke, Virginia 24014

                         188 Summit Way SW
                         Roanoke, Virginia 24014

Telephone Number:        540/945-5997

## State Corporation Commission (SCC):

LLC Name:                White Homes and Land, LLC
Office Address:          1629 Chapman Avenue
                         Roanoke, Virginia 24016
Registered Agent:        William A. White
                         Post Office Box 8631
                         Roanoke, Virginia 24016

FBI(16cv948)-7400

 EXHIBIT N(g) 

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  05/07/2008

SA David Church attempted to recorded an interview of            b6
William "Bill" A. White at his residence, located at 3350 Glade     b7C
Creek Boulevard, Apt. #4, Roanoke, VA.  Since White would not open
his apartment door during the conversation between himself and SA
Church and the likelihood that his voice was not recorded properly
through the apartment door, the following is a summary of the
recorded conversation:

After SA Church knocked on White's apartment door, a           b6
voice from behind the door (determined by SA Church to be that of     b7C
White) asked "who's out there?".  SA Church responded by asking for
Mr. White.  White replied again, "who's out there?".  SA Church
responded by identifying himself as an FBI agent.  SA Church
further requested to speak to White.

White asked SA Church if he had a warrant, to which SA
Church replied no.  White replied something SA Church could not
understand.  After being asked to repeat what he said, White
advised SA Church to call Harry Brown.  After SA Church inquired      b6
who Harry Brown was, White explained Brown was an attorney and was    b7C
representing him.

SA Church acknowledged that White was referring him to
speak to legal counsel and left the apartment complex.

Investigation on   05/07/2008   at  Roanoke, VA

File #  44A-RH-53908 -34

Date dictated  05/07/2008

by  SA  T David Church

FBI(16cv948)-7425     b6
                      b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

EXHIBIT N(h)
- - - - - - - - - -

(Rev. 06-04-2007)

  

FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                         Date:  05/06/2008

To:  Cleveland                    Attn:  Lima Resident Agency
                                         SA Brian E Russ                    b6
                                                                            b7C
        Newark                    Attn:  Squad 11                           b7E
                                         IA

     Richmond                     Attn:  Roanoak RA, SA David Church

From: Cincinatti
        Squad 10 Dayton RA
        Contact:  SA MJS

Approved By:

Drafted By:

Case ID #:  44B-CV-74237     (Pending) —120 (typo for 28 )
            44A-RH-53908     (Pending)— 36                            b7D
            266N-CI-76195    (Pending)— 120

Title:                                                               b6
                                                                     b7C

        WILLIAM ALEXANDER WHITE,
        AMERICAN NATIONAL SOCIALIST WORKERS PARTY;
        JULIAN UPTHE GROVE
        RACIAL DISCRIMINATION - NO FORCE/VIOLENCE

        WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

        JUSTIN BOYER                                                 b6
        AMERICAN NATIONAL SOCIALIST WORKERS PARTY;                   b7C
        AOT - DT                                                     b7D

Synopsis:  Serial 10, Lead 6, of 44B-CV-74237 covered.

Enclosure(s):  One (1) copy of a                    Police          b6
Department report regarding Justin Boyer's       arrest on          b7C
                            for  domestic battery...

To:  Cleveland  From  Cincinatti

Re:  44B-CV-74237  ,  05/06/2008

b6
b7C

b6
b7C
b7D

Details:

Information below is extremely sensitive in nature
and the release of such will compromise the identity of the
CHS.  All efforts should be taken to protect the identity of
the CHS.

b6
b7C
b7D

2

To: Cleveland From Cincinatti

Re: 44B-CV-74237 , 05/06/2008

b6
b7C

b6
b7C
b7D

**Police Report from** _____ **Police Department**

_____ arrested on _____ for
_____ Police
Department currently has a valid warrant for _____ arrest.
_____ has _____ violated a _____

According to CHS reporting, _____

b6
b7C

b6
b7C
b7D

b6
b7C
b7D

While not requested in the aforementioned lead,
attached hereto for use as needed is a _____

◊◊

3

FBI(16cv948)-7430

EXHIBIT N(i)
-----------





(Rev. 06-04-2007)

## FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                          Date:  05/01/2008

To:  All Field Offices              Attn:  Civil Rights Squads
                                           JTTFs
     Criminal Investigative         Attn:  Civil Rights Unit
                                           SC Nancy Nelson
     Cleveland                      Attn:  Lima RA
                                           SA Brian Russ

     New Orleans                    Attn:  Alexandria RA
                                           SA
     Philadelphia                   Attn:  South Jersey RA
                                           SSA

                                                                    b6
                                                                    b7C
From:  Richmond
       Roanoke RA, Squad 7
       Contact:  SA T David Church

Approved By:  SSRA Kevin L Foust

Drafted By:

Case ID #:  44A-RH-53908      (Pending)— 42
            44B-CV-74237      (Pending)— 31

Title:  WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  Request approval from Civil Rights Unit to assign
Roanoke RA as originating office (OO) in captioned investigation,
set leads for investigative assistance in captioned matter, and
provide investigative background information.

Reference:  44A-RH-53908 Serial 1

Details:  Roanoke RA opened captioned case on 02/27/2008 after
discussions with United States Department of Justice (USDOJ)
Attorney Barry Kowalski and Assistant United States Attorney
(AUSA) Thomas Bondurant Western District of Virginia.              b6
                                                                  b7C

          On 02/22/2008, Kowalski, Bondurant and SA David Church
(Roanoke RA) discussed, via teleconference, the incidents of
threatening and harassing communications, both e-mail and
telephonic, that William "Bill" A. White has initiated since
August, 2006.  This conference call was initiated as a result of
a new complaint regarding a similar recent harassing e-mail blog



To: All Field Offices From: Richmond
Re: 44A-RH-53908, 05/01/2008

posted on the Vanguard News Network website (VNNforum.com) naming
Norfolk attorney Kevin Mottley. The blog also provided
Mottley's personal identifiers. Mottley is currently
representing several African American tenants in Virginia Beach
Virginia that have received threats from White as a result of
their participation in a USDOJ fair housing action against a
white landlord.                                                          b6
                                                                         b7C

        Previously, Roanoke RA, had two open investigations
with Bill White as the subject (266N-RH-52670 and 9A-RH-53173).
After discussing the open investigations and the new recent
incidents of harassing/threatening e-mails, SA Church, AUSA         b6
Bondurat, and USDOJ Attorney Kowalski agreed the investigation      b7C
should be consolidated into a Civil Rights-Racial Discrimination
investigation. Therefore, Roanoke RA has closed the previously
mentioned opened investigations with White as a subject and
opened the captioned civil rights matter.

GENERAL BACKGROUND CONCERNING BILL WHITE

        By way of background, Bill White is the self proclaimed
"Commander" of the American National Socialist Worker's Party
(ANSWP) and currently resides in Roanoke, Virginia. Previous to
White's formation of ANSWP, White was a member of the National
Socialist Movement (NSM), which is currently based out of
Detroit, Michigan. White separated from NSM                         b6
                                                                    b7C
which was, at one time,                                 It is
believed

        Bill White was also the owner and creator of a Nazi
website, www.overthrow.com. White created this website before he
left NSM and began ANSWP. White's overthrow.com website has
recently been shut down for reasons unclear to the Roanoke RA.
White has reported through the VNNforum.com website he is
experiencing financial trouble due to his wife and new born baby
being hospitalized and he has chosen to sell his rental property
business. For this reason, Roanoke RA believes White is in
financial trouble and no longer could afford to run his website.
The site is vehemently opposed to Jews, homosexuals, blacks, and
others. White would frequently post articles on this site about
various topics. One of White's most used harassment tactics is
the posting of individuals personal home and telephone
information on Overthrow.com and VNNforum.com. In most cases,
these posting occur after a media covered incident related to
racial tensions. An example of this is the Jena 6 trial in New
Orleans, LA.

FBI(16cv948)-7448



To: All Field Offices  From:  Richmond
Re:  44A-RH-53908.  05/01/2008

      Recently, the shooting of a black female by local
police SWAT in Lima, Ohio, has spurn many postings by White in
addition to hate mailings and the sending of a noose to the local        b6
NAACP ┌Chair┐ in Lima.  SA ┌Brian Russ┐ is investigating this            b7C
incident under case file 44B-CV-74237.

      In addition to Bill White's national exposure through ·
his website, Overthrow.com, White came to National attention when
NSM staged a march in Toledo, Ohio in October of 2005, which
ultimately escalated into rioting in the streets by anti-
protestors.  Bill White was one of the organizers of this march.

      White has also garnered national attention at various
times through his vocal support of heinous crimes.  For instance,
Bill White expressed support for the Columbine High school
shooters in 1999, and more recently, indicated approval for the
deaths of United States District Court Judge Lefkow's family in
Chicago. Illinois.  White was quoted in the press as saying:

                                                                b6
                                        I don't feel         b7C
bad that Judge Lefkow's family was murdered today. In
fact, when I heard the story to day, I laughed."

      In August, 2006, Roanoke RA opened a case to
investigate allegations by ┌Canadian attorney Richard Warman┐that     b6
alleged Bill White facilitated someone actually murdering him by      b7C
posting ┌his          ┐home address on his (Bill White's) web
site, www.Overthrow.com.

      This investigation was opened after the Roanoke
Resident Agency, Richmond Division, received an e-mail copy of a
letter, dated 8/24/2006, written┌by him ┐ to Chief Gaskins, City      b6
of Roanoke Police Department.┌      ┐forwarded the letter in          b7C
hopes that charges could be brought against Bill White for
encouraging "killing of Warman ┌during an interview wherein ┌the ┐
Canadian Broadcasting Company ... ┐interviewed Bill White
telephonically on┐or about August 21, 2006.  White was allegedly
quoted by ┌the CBC┐as saying,

      "I would hope people take violent action against him.
He should be killed."

      To date, the Western District of Virginia, United
States Attorney's Office (USAO), has declined prosecution on all
incidents presented to them by the Roanoke RA, siting the First
Amendment as the major stumbling block to prosecution.

3



To:  All Field Offices   From:  Richmond
Re:  44A-RH-53908, 05/01/2008

Especially over the last few years, White has become one of the nationally known "faces" of the white supremacy movement.  His harassment and threats through radio and the internet mediums, specifically, the Vanguard News Network website, have led to numerous victims throughout the United States.

## RECENT HARASSMENT/THREATS BY BILL WHITE

Even more current, is yet another incident of threats/harassment by White occurring in Mullica Hills, NJ.  On March 1, 2008, Carolyn Tyson received a telephone call originating from Roanoke, VA.  The unidentified male (believed to be White) spoke to Charles Tyson and stated that he should never have been Elected Mayor and that an African American should never be able to govern over white people.  White then told the Tysons that he knew where the Tysons live and he was coming to put a Nazi sign on their front lawn.             b6
                                                                              b7C

This latest incident by White was most likely spurred on by an article published on                    possibly through he AP wire, regarding racial harassment and racial intimidation directed toward                   last year.                   is the             b6
                                                                              b7C

The phone call from White to                   was followed up 2 minutes later by the following e-mail to Mayor Tyson             b6
                                                                              b7C

---

Dear Mayor Tyson:
    I recently read of the racism you've faced in Harrisonville, New Jersey, and I wanted to make something perfectly clear to you:
     (a) You are a nigger unfit to govern over any white man.
     (b) Fuck you.  You've gotten exactly what you deserve from
         your constituents.
Unfortunately, the days when white men would simply burn the local newspaper, and, run nigger officials out with tar and feathers are past.  however, your incidents give me hope that perhaps we might see them again.

Bill White, Commander
American National Socialist Workers Party

PS:  We know you live at 1685 STATE HIGHWAY 45 Mullica Hills
     New Jersey 08062 (856) 478-6142.  I just spoke with your
     wife Carolyn.  I hope you get my message.

---

4



To: All Field Offices  From: Richmond
Re: 44A-RH-53908, 05/01/2008

On [          ] White posted the AP article and his e-mail to
Mayor Tyson on the VNNforum.com website.                    b6
                                                            b7C

VIOLATION(S) DISCUSSED WITH USDOJ AND USAO

Although there is a potential First Amendment defense to the
threatening and harassing communications made by White, USDOJ
Attorney Kowalski and AUSA Bondurant believes the following      b5
federal statutes apply (but not limited) to this investigation:  b6
                                                                 b7C

Title 18, United States Code Section, 875, Interstate
Communications
Title 18, United States Code Section, 876, Mailing Threatening
Communications
Title 18, United States Code Section, 245, Federally Protected
Activities
Title 18, United States code Section, 241, Conspiracy Against
Rights

ROANOKE RA INVESTIGATIVE PLAN

After discussing potential violations concerning White's actions,
SA Church, USDOJ Attorney Kowalski and AUSA Bondurant agree that   b5
investigating White's actions would best be accomplished as Racial b6
Discrimination-Civil Rights investigation. Furthermore, all believe b7C
that a historical approach to the investigation would best benefit
an eventual prosecution. In order to show White has crossed the
line established by the First Amendment, Roanoke RA intends to
develop a time line involving all incidents, thereby showing White's
intent to threaten and harass his victims.

In an effort to coordinate the many different incidents
spanning numerous Field Offices, Roanoke RA has obtained approval
from Section Chief Nancy Nelson, FBIHQ, Criminal Investigative
Division, Civil Rights Unit (CRU), and has been designated as the
originating office (OO) for all incidents involving Bill White
threats and harassment throughout the United States.  USDOJ       b6
Attorney Barry Kowalski concurs with this approval.               b7C

Roanoke RA will gather all related investigation concerning
White dating back to August, 2006.  This is when Roanoke RA began
investigating White for the previously described threats and       b6
harassment of Canadian attorney Richard Warman. All Field Office   b7C
(FO) JTTFs and Civil Rights Squads are requested to determine if
they have had any complaints or open investigations (past or
present) related to White and contact Roanoke RA with the details
of each. FO'S are also requested to query CHS's that may be in a
position to provide intelligence related to captioned matters.

5



To:  All Field Offices  From:  Richmond
Re:  44A-RH-53908, 05/01/2008

Roanoke RA further request to be contacted on all future
incidents involving White that match the previously described
criteria.

During any investigations pertaining to captioned matter,
special attention should be given to the following:

1.  Obtaining all correspondence received by or directed
toward the victims, to include letters via U.S. mail, e-mail's,
internet blog postings, and flyers distributed through the
victims community.  In the case of e-mail received by victims, IP
addresses for the victim and sender should be obtained in a
timely manner so the original sender can be verified.

2.  All caller ID information in instances where victims
received threatening and harassing phone calls.

3.  Any recorded conversations of threatening and harassing
phone calls.

4.  Interview of victim(s).  Specifically determine why they
think they were targeted and if they felt threatened by the
letter, e-mail, phone call, etc.  Include specifics of how they
felt threatened.  Also determine specifically what was said by
caller during the threatening and harassing phone call.  If
victims were not sent correspondence directly, but learned of the
threats through other means, it is requested they still be
interviewed.  Obtain all e-mails and documents the victim may
have related to the incident.

5.  Determine if any Grand Jury Subpoenas or Search Warrants
are needed and contact Roanoke RA for coordination.

6.  Conduct further logical investigation as appropriate.

Roanoke RA will send leads to specific FOs with related
incidents as necessary after determining if the incidents fit
within the criteria of captioned matter.

**Roanoke RA realizes there may be multiple FOs that have
intelligence gathering investigations involving White to some
degree.  As such, it is noted for all FOs, Roanoke RA is only
requesting information related to incidents of threats and
harassment by White that are related to this Racial
Discrimination and Civil Rights investigation.  However, Roanoke
RA requests that all CHS's with related intelligence that would
assist in identifying White's associates and fill in
investigative gaps be contacted and results provided.  A separate**

6



To: All Field Offices  From: Richmond
Re: 44A-RH-53908, 05/01/2008

EC will follow directed to those FO's with identified CHS's that could potentially provide information regarding White and ANSWP.

Roanoke RA will present all investigative findings to the USAO, Roanoke, VA, and USDOJ, for prosecutorial opinions as outlined in the FBI Civil Rights Program Manual. Roanoke RA will also keep all FOs apprized of pertinent develops concerning captioned matter.

SA David Church Roanoke RA, has been assigned the Case Agent for the investigation involving White's threats and harassment (44A-RH-53908). Please contact SA Church or [ ] with any questions regarding captioned matter. SA Brian Russ Lima RA, Ohio, is the case agent for the investigation concerning the sending of the noose to the NAACP Chair in Lima and the hate mailings sent during the same period (44B-CV-74237). All information related to the Lima investigation should be forwarded to SA Russ.

b6
b7C

Descriptive Data:

      Main Subject
      Name -
        Last:               White
        First:             William
        Middle:          Alexander
      Race:              W
      Sex:               M
      DOB:
      DLN:              VA T66818799
      FBI:               943081CB5
      SOC:
      Address(es) -
        House #:        188
        Street Name:    Summit Way
        City:           Roanoke
        State:         VA
        Postal Code:    24014

7



To: All Field Offices  From: Richmond
Re: 44A-RH-53908, 05/01/2008

LEAD(s):

Set Lead 1: (Action)

### CRIMINAL INVESTIGATIVE

#### AT WASHINGTON, DC

AT CIVIL RIGHTS UNIT: Approve request for Richmond, Roanoke RA to be designated the office of origin (OO) in captioned investigation. Verbal approval obtained from Section Chief Nancy Nelson by SSRA[                    ]on 03/05/2008.　　　b6
　　　b7C

Set Lead 2: (Action)

#### ALL RECEIVING OFFICES

All Field Office (FO) JTTFs and Civil Rights Squads are requested to determine if they have had any complaints or open investigations (past or present) related to White and contact Roanoke RA, via e-mail or telephonically, to discuss details of each and determine whether the particular incident falls within the investigative scope. Roanoke RA further request to be contacted on all future incidents involving White that match the previously described criteria. All offices with pertinent information should contact SA[Church or.　　　　　　　　]　　b6
　　b7C

Additionally, all FO's are requested to query any CHS's that are reporting or have reported intelligence related to ANSWP and Bill White. Determine if CHS's[                              ]　　b6
[                              ] Also, determine if the CHS's could be　　b7C
useful in captioned investigations. A separate EC will follow　　b7D
specifically requesting information from known identified CHS's.

Set Lead 3: (Info)

#### CLEVELAND

##### AT LIMA RA, OHIO

Read and clear.

Set Lead 4: (Info)　　　　　　　　　　　　　　　b6
　　　　　　　　　　　　　　　　　　　　　　　b7C

#### PHILADELPHIA

##### AT SOUTH JERSEY RA

8

FBI(16cv948)-7454

To: All Field Offices From: Richmond
Re: 44A-RH-53908, 05/01/2008

    Contact SA[                    ] if additional          b6
information related to incident is gathered.                b7C

Set Lead 5: (Info)

    NEW ORLEANS

        AT ALEXANDRIA RA

        Contact SA David Church Roanoke RA,[            ] with     b6
any Bill White related incidents involving the Jena 6 or others.  b7C
Per telcal on 05/08/08, contact SA Church with any information
learned related to the identification of blogger user name
blueschica69. A search of [                    ] will direct
you to the recorded phone call, presumably between her and Bill
White.

◊◊

FBI(16cv948)-7455

 EXHIBIT N(j)
-------------

(Rev. 06-04-2007)



## FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                         Date: 05/16/2008

To: Richmond                     Attn: David Church                b6
                                        Squad 7                    b7C
From: Chicago                                                      b7E

        Contact: MAH

Approved By:

Drafted By:

Case ID #: 44A-RH-53908  (Pending)

Title:  White, William, Alexander;
        White Homes and LLC;
        Multiple Victims;
        Racial Discrimination - Force and/or Violence

Synopsis: Information concerning captioned individual and the
American National Socialist Workers Party (ANSWP).

Details: See the attached source reporting regarding Bill White,
Commander, ANSWP                                                   b6
                                                                  b7C
                                                                  b7D

        See the attached FD-1023.

T: 137mah03.ec.wpd

To: Richmond From  Chicago
Re: 44A-RH-53908, 05/16/2008

<u>LEAD(s)</u>:

Set Lead 1: (Info)

    <u>RICHMOND</u>

        <u>AT RICHMOND, VIRGINIA</u>

      For the information of FBI-Richmond.

◇◇

2

FBI(16cv948)-7509

EXHIBIT N(k)
-----------

 

FD-510 (Rev. 05/04/2005)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  PRIORITY                      Date:  05/23/2008

To:  Baltimore                    Attn:  Rockville RA - C8
                                  Attn:  SSA [          ]          b6
                                  Attn:  SA  [          ]          b7C

        WFO

From:  Richmond
          Squad 7, Roanoke RA
          Contact:  SA T David Church                             b6
                                                                  b7C
Approved By: [          ]

Drafted By: [          ]

Case ID #:  44A-RH-53908   (Pending) -51

Title:  WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  Set forth leads for copies of conviction orders.

Administrative:  Reference 5/23/2008 telcal between SA [       ]     b6
[       ] Richmond, Roanoke RA, and SSA [       ] Baltimore         b7C
Division, regarding captioned subject.

Enclosed:  Enclosed for receiving office is a copy of the NCIC
report.

Details:  Captioned case was opened after discussions with United
States Department of Justice (USDOJ) Attorney Barry Kowalski and
Assistant United States Attorney (AUSA) Thomas Bondurant, Western    b6
District of Virginia.                                                b7C

        By way of background, Bill White is the self proclaimed
"Commander" of the American National Socialist Worker's Party
(ANSWP) and currently resides in Roanoke, Virginia.  Previous to
White's formation of ANSWP, White was a member of the National
Socialist Movement (NSM), which is based out of Detroit,
Michigan.

        There have been some recent blog posting made by the
caption subject that clearly seem to convey threats.  In
reviewing the captioned subject's criminal history, it was not
clear whether or not prior convictions were felony or misdemeanor

df-wht-wpc    FBI(16cv948)-7518

To: Criminal Investigative   From: Richmond 
Re: 44B-RH-53908; 05/23/2008

in the future, whether or not White is a convicted felon may be
relevant with respect White's possible possession of firearms.

### NCIC Report Summary

The following is a brief summary of White's
biographical details:

    Name:   William Alexander White
    Sex:    Male
    Race:   White
    Date of Birth:
    Place of Birth:Washington, D.C.
    Last Reported Address:188 Summit Way
        Roanoke, Virginia 24014
    SID:
    FBI Number:943081CB5

The five locations below are where White appears to
*have been charged with criminal violations.*

## I.  Rockville Maryland Police Department

White was charged 7/9/96 by the Rockville, Maryland,
Police Department with the following:

(1) Assault/Battery
(2) Possess Graffiti Material
(3) *Concealed Weapon,* and
(4) Destruction of Property.

On 3/29/01, the following dispositions were noted on
the NCIC report:

(1) Assault/Battery - not guilty
(2) Possession of Graffiti Material - guilty
(3) Deadly Weapon/Conceal - guilty, sentenced to one year six
months, with eleven months suspended and one year six months
probation;
(4) Malicious Destruction of Property, two counts - not guilty;
(5) Assault & Battery, two counts - guilty, sentenced to six
months;
(6) Resist Arrest, three counts - guilty, sentenced to six
months;
(7) Exceed Posted Speed Limit - guilty;
(8) Violation of Probation - guilty, sentenced to seven months

 

To:  Criminal Investigative   From:  Richmond
Re:  44B-RH-53908; 05/23/2008

- charged on 10/19/96 by the Rockville, Maryland, Police
Department with:

(1) Carrying a Concealed Weapon - nolle prossed
(2) DCBW-FTA-Battery

## II.  Rockville Maryland Sheriff's Office

White was charged on 3/5/97 by the Rockville, Maryland,
Sheriff's Office with FTA - Conceal Deadly Weapon (disposition
unknown)

## III. Washington D.C. Police Department

White was charged on 9/16/98 by the Washington, D.C.,
Police Department with Unlawful Entry (disposition unknown)

## IV.  U.S. Park Police, Washington, D. C.

White was charged on 12/16/98 by the U.S. Park Police,
Washington, with Simple Assault (disposition unknown)

## V.  Roanoke City Police Department

White was charged on 7/7/04 by the Roanoke City Police
Department with assault and battery.  On 9/13/04, this charge was
nolle prossed.

White was charged on 9/13/05 by the Roanoke City Police
Department with brandishing a firearm.  On 10/5/05, this charge
was nolle prossed.

## Lead Requests

The purpose of the following leads is to obtain us much
information/intelligence as possible concerning all of White's
charged criminal offenses in Maryland and elsewhere, to include
certified copies of criminal conviction orders.  The ultimate
goal of this lead is to determine whether or not William White is
a convicted felon.

3

FBI(16cv948)-7520

To:  Criminal Investigative  From:  Richmond
Re:  44B-RH-53908; 05/23/2008

LEAD(s):

Set Lead 1:  (Action)

### BALTIMORE

#### AT ROCKVILLE, MARYLAND

Is requested to (1) contact appropriate authorities in
Montgomery County in the Major Crimes Section and Intelligence
Unit, and/or other appropriate jurisdictions based on charges set
forth above, in order to obtain as much information concerning
William White's criminal charges; and (2) obtain certified copies
of conviction orders pertaining to William White from arrests in
the Montgomery County area as set forth above.

Set Lead 2:

### WFO

#### AT WASHINGTON, D.C.

Is requested to (1) contact appropriate authorities
with the U.S. Park Police and the Washington D.C. Police
Department, in order to obtain details concerning their
investigation/charges of the captioned on 12/16/98 and 9/16/98,
respectively; and (2) obtain certified copies of any convictions
stemming from these arrest, if they exist.

♦♦

4

FBI(16cv948)-7521

EXHIBIT N(1)
------------

(Rev. 06-04-2007)

 

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                        **Date:** 05/31/2008

**To:** All Field Divisions          **Attn:** DT Squad

    Boston                     **Attn** [        ] Resident Agencies

    Counterterrorism            **Attn:** SSA [                    ]

    Richmond                   **Attn:** SA David Church

**From:** Boston
          Bedford RA
          **Contact:** SA [                                    ]

**Approved By:** [                                    ]

**Drafted By:** [                                    ]

**Case ID #:** [        ] -BO-NEW    (pending)

          44A-RH-53908    (Pending) -66

**Title:** [                                    ]
          TERRORISM ENTERPRISE INVESTIGATION

          WILLIAM A.WHITE;
          MULTIPLE VICTIMS;
          RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

**Synopsis:** To request authorization for opening of captioned
Terrorism Enterprise Investigation (TEI).

[                                    ]

**Details:** WILLIAM WHITE, of Roanoke, Virginia is the self
proclaimed national commander of the AMERICAN NATIONAL
SOCIALIST WORKERS PARTY (ANSWP) and former NATIONAL SOCIALIST
MOVEMENT (NSM) member. WHITE is the subject of captioned
Civil Rights Investigation. WHITE is accused of threatening [   ]
[                    ] WHITE uses several different internet
sites associated with ANSWP to harass and threaten his

b6
b7c
b7l

44A-RH-53908-66 FBI(16cv948)-



To:      Counterterrorism  From:  Boston
Re:    100A-NEW, 05/31/2008

victims.  WHITE also uses the same sites to influence the
ANSWP membership to adopt his extreme positions and actions.

           ANSWP is a splinter group of the NSM.  WHITE formed
ANSWP [                                    ] concerning
[                                    ] WHITE has posted on his NATIONAL
SOCIALIST WORKERS (NSW) yahoo group and email that he wishes
to form a New Hampshire state branch of ANSWP.  WHITE has
boasted of a group of New Hampshire "contacts".  WHITE has
solicited over the internet, for someone who is interested in
becoming the NH state leader.  ANSWP has state branches in 16
separate states.  WHITE uses <u>overthrow.com</u>, <u>answp.com</u>, the NSW
yahoo group and the Vanguard News Network as forums to express
his extreme views and advocate his racially inflammatory
positions.  <u>Overthrow.com</u> is a neo-nazi site owned and
controlled by WHITE.

           WHITE, using the ANSWP title, continues to use the
ANSWP/NSW internet sites to advocate violence, theft crimes
and harass individuals and entities.  Most recently WHITE has
stated that the employees of American Electric Power (AEP)
must be killed.  WHITE made the posting on a blog after a
billing dispute with AEP.  WHITE has also advocated to his
"comrades" to steal service from AEP.

           WHITE has supported through NSM and more recently
ANSWP, violent crimes such as the Columbine High School
shooting incident.  He was also one of the organizers of the
NSM march in Toledo, Ohio in October, 2005 that resulted in
rioting by anti-protesters.

           [ Newark ]Division has a <u>Domestic Terrorism</u>
<u>Confidential Human Source (CHS)</u>[                        ]

[                                                              ]

           Based on the intention of WHITE to expand ANSWP into
New Hampshire, Boston has requested the opening of the
captioned[                              ]Boston has discussed the
opening of the TEI with SA David Church of the Roanoke RA and
SSA[            ][ SSA ]        recommended the
opening of the TEI, in order to determine if ANSWP is

SA [Church] has advised of the preference of Richmond Division
to not divert resources away from the criminal investigation

2

To:       Counterterorism   From:   Boston
Re:   100A-NEW, 05/31/2008

against WHITE.   Richmond Division does concur with the opening
of the TEI in Boston Division, Bedford RA.

Boston will keep Richmond Division and other vested
divisions advised of any significant developments in the TEI,
which could be helpful to their criminal investigations.

3

FBI(16cv948)-7

To:        Counterterrorism   From:   Boston
Re:    100A-NEW, 05/31/2008

LEAD(s):

Set Lead 1:   (Info)

   COUNTERTERRORISM

      AT  DTOU:

      Read and clear.

Set Lead 2:   (Info)

   RICHMOND

      AT ROANOKE, VIRGINIA

      Read and clear.


Set Lead 3:   (Discretionary)

   ALL RECEIVING OFFICES

         Advise Boston Division of ANSWP related activity as
appropriate.

♦♦

4

FBI(16cv948)

(Rev. 05-01-2008)

 EXHIBIT N (m) 
-------------

UNCLASSIFIED

## FEDERAL BUREAU OF INVESTIGATION

Precedence: PRIORITY                     Date:    07/08/2008

To:                              Attn:
                                       ALA T

From:   Richmond
            Roanoke RA, Squad 7
            Contact:  SA T David Church

Approved By:

Drafted By:

Case ID #: 44A-RH-53908-71 (Pending)

Title:   WILLIAM A. WHITE;
         MULTIPLE VICTIMS;
         RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  To request assistance in
                              for the               Request
be advised to contact SA            as soon as practical to
determine

Details:  By way of background, Bill White is the self proclaimed
"Commander" of the American National Socialist Worker's Party
(ANSWP) and currently resides in Roanoke, Virginia.  Previous to
White's formation of ANSWP, White was a member of the National
Socialist Movement (NSM), which is currently based out of
Detroit, Michigan.  White separated from NSM

which was, at one time,                               It is
believed

        Bill White is also the owner and creator of a Nazi
website, www.overthrow.com.  White created this website before he
left NSM and began ANSWP.  The site is vehemently opposed to
Jews, homosexuals, blacks, and others.  White frequently post
articles on this site about various topics.  One of White's most
used harassment tactics is the posting of individuals personal
home and telephone information on Overthrow.com and VNNforum.com.
In most cases, these posting occur after a media covered incident
related to racial tensions.  An example of this is the Jena 6

UNCLASSIFIED

FBI(16cv948)-7

44A-RH-53908-71

LEAD

 

UNCLASSIFIED

To: [ ]   From: Richmond
Re:  44A-RH-53908, 07/08/2008

trial in New Orleans, LA.  White, on occasion, will also follow up his postings with a telephone call to his intended target of the threat.

In February, 2008, the shooting of a black female by local police SWAT in Lima, Ohio, spurned many postings by White in addition to hate mailings and the sending of a noose to the local NAACP leader in Lima.  It has yet to be determined who sent the noose.

In addition to Bill White's national exposure through his website, Overthrow.com, White came to National attention when NSM staged a march in Toledo, Ohio in October of 2005, which ultimately escalated into rioting in the streets by anti-protestors.  Bill White was one of the organizers of this march.

White has also garnered national attention at various times through his vocal support of heinous crimes.  For instance, Bill White expressed support for the Columbine High school shooters in 1999, and more recently, indicated approval for the deaths of United States District Court Judge Lefkow's family in Chicago. Illinois.  White was quoted in the press as saying:

[ ]                                            I don't feel bad that Judge Lefkow's family was murdered today. In fact, when I heard the story to day, I laughed."

Especially over the last few years, White has become one of the nationally known "faces" of the white supremacy movement.  His harassment and threats through radio and the internet mediums, specifically, the Vanguard News Network website, Overthrow.com, e-mail communications have led to numerous victims throughout the United States.

Currently, Richmond-Roanoke RA, USAO, and DOJ are investigating White's numerous threatening communications and possible civil rights violations.

On February 18, 2007. [ ]
for the [ ]
In sum the [ ]
(as reported by [ ] ) is a
who once lived in [ ] and is now
incarcerated in Boston (his birthplace). [ ] is very

UNCLASSIFIED

2



UNCLASSIFIED

To: [ ]   From: Richmond
Re:  44A-RH-53908, 07/08/2008

critical of Wiesel in [                    ] can be
found for refernece at:

[                                        ]

On [                  ] Bill White posted a blog on his
Overthrow.com website regarding [              ] that threatens
[          ] through a very graphic [        ] entitled [        ]

USAO and DOJ belief this posting constitutes a threat
toward [        ]. In order to fully identify all possible
occurrences of threats by White, it is requested that [        ] be
located and advised to contact SA Church. Roanoke RA, at
[        ] as soon as practical. Please also advise [        ] to
maintain all records she may have in her possession related to
the above described threat to include e-mails received from White
and documentation of any telephone calls she may have received
from White.

Furthermore, AUSA [              ] is requesting [              ]
[        ] AUSA Bondurant and Roanoke RA realize this would be
voluntary due to [ ] however,
would like to make clear that all cost associated with Eric Hunt's
appearance would be incurred by the USAO in Roanoke, VA.

Please inform [        ] to contact SA Church even if
[                                        ]

Recent attempts to contact [        ] by SA David Church
and the USAO in Roanoke, VA, have been unsuccessful.
Specifically, several requests to contact SA Church have been
sent to [        ] e-mail address at [        ] with
no reply received. When a telephone call to the
[        ] inquiring to speak with [        ] was placed, SA Church was
informed they had no way of providing contact information for
their [        ] except for e-mail.

UNCLASSIFIED

3

FBI(16cv948)



UNCLASSIFIED

To: [          ] From: Richmond
Re: 44A-RH-53908, 07/08/2008

**LEAD(s):**

**Set Lead 1: (Action)**

     Request that [          ] be located and advised to contact SA [          ] Roanoke RA, at [          ] Please also advise [          ] to maintain all records shg may have in her possession related to the above described threat to include e-mails received from White and documentation of any telephone calls she may have received from White.

     Please inform [          ]

     Please provide all contact information for [          ] to SA [          ]

◇◇

FBI(16cv948)

EXHIBIT N(n)
-----------


(Rev. 01-31-2003)





## FEDERAL BUREAU OF INVESTIGATION

Ⓧ

Precedence: ROUTINE                                    Date:   07/10/2008

To:   Newark                          Attn:  SAC[                    ]          b6
                                                                               b7C
                                                                               b7D
From:   Richmond
        Roanoke RA
        Contact:   SA T David Church

Approved By:   SSRA Kevin L Foust

Drafted By:   [                    ]

Case ID #: 44A-RH-53908    (Pending) — 83

Title:   WILLIAM A. WHITE;
         MULTIPLE VICTIMS;
         RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:   To request Newark SAC concurrence with the travel of SA       b6
David Church to Newark, New Jersey to conduct an interview related         b7C
to captioned matter.                                                       b7D

Details:   A person known to the Newark Division is believed to           b6
have extensive information related to the American National               b7C
Socialist Worker's Party (ANSWP) and William White, the Commander         b7D
of the ANSWP.   SA Church will travel to Newark on 07/15/08,
conduct the interview on 07/16/08, and depart on 07/17/08.   SA
GJS                Newark FBI, is assisting in coordinating the
interview with SA Church and SA Brian Russ Cleveland FBI, Lima RA.

        Richmond SAC, Jennifer S. Love, concurs with the travel
of SA Church to Newark Division in order to participate in the            b6
interview of this individual.                                             b7C
                                                                          b7D

To: Newark    From: Richmond
Re:  44A-RH-53908, 07/10/2008

b6
b7C
b7D

**LEAD(s):**

**Set Lead 1:   (Action)**

NEWARK:

b6
b7C
b7D

    Richmond requests SAC concurrence with the travel of SA
T David Church to Newark NJ for the interview of the individual
described above.

◇◇

2

FBI(16cv948)-7622

EXHIBIT N(o)
-----------

(Rev. 05-01-2008)





UNCLASSIFIED

FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                    Date:   08/28/2008

To:  San Francisco            Attn:  SSA                        b6
                                     Squad C-7                  b7C

From:  Richmond
         Roanoke RA, Squad 7
         Contact:  SA  David Church

Approved By:  SSRA Kevin L Foust

Drafted By:

Case ID #: 44A-RH-53908   (Pending) — 106

Title:   WILLIAM A. WHITE;
         MULTIPLE VICTIMS;
         RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis:  To request service of enclosed Grand Jury Subpoena for   b3
Eric Hunt  Referenced telcal with SSA                              b6
                                                                   b7C

Enclosure(s):  Enclosed for San Francisco is one original and one
copy of a Grand Jury (GJ) Subpoena for Eric Hunt   Also attached
to the GJ Subpoena

Details:  Richmond, Roanoke RA, requests San Francisco serve the   b3
enclosed subpoena on Eric Hunt                          was        b6
recently                                                           b7C


         Roanoke RA has made contact with Agent SAM                b3
                                                                   b6
                              Agent SAM                            b7C
Agent SAM   has agreed to coordinate having Hunt report to his
office so the GJ Subpoena can be served.             can be
contacted at




                         UNCLASSIFIED


FBI(16cv948)-7699

444-RH-53908-106

DC08-28A



UNCLASSIFIED

To: San Francisco  From: Richmond
Re: 44A-RH-53908, 08/28/2008

LEAD(s):

Set Lead 1:   (Action)

   SAN FRANCISCO

      AT SAN FRANCISCO, CA

        Request San Francisco contact Agent SAM _____ of the _____ at _____ (cell) or _____ office, and coordinate service of the enclosed GJ Subpoena on _____ Please serve the original subpoena and return to Roanoke RA. Provide Hunt with a copy of subpoena and the enclosed _____ Contact SA SAM _____ with any questions.

b3
b6
b7C

◊◊

UNCLASSIFIED

2

FBI(16cv948)-7700

Case 7:08-cr-00054-EKD   Document 411-2   Filed 10/05/20   Page 393 of 487   Pageid#: 6162

 EXHIBIT N(p) 
------------

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   09/23/2008

The following surveillance was conducted on 09/23/2008 at 1602 Patterson Avenue Roanoke, VA, by SA David Church and SA SHM   b6 (below referred to as "residence") is   b7C listed as being owned by William A. White by the City of Roanoke GIS website.  The residence appears to be sub divided into four separate apartments.

7:30 AM    Began surveillance.  Observed two vehicles:
1.                              bearing VA registration                    b6
                          parked on                    directly in    b7C
        front of the residence.
2.                          bearing VA registration
        parked on                    adjacent to the residence.

8:12 AM    White male wearing a                              exits the
                                              of the residence and    b6
        sits on the front porch.                                          b7C

8:16 AM    White male and two white females exit apartment located
                                    All three persons
        leave the area in the

8:19 AM    White male with                              walks back to    b6
                                                                   b7C

8:23 AM              white male exits the apartment

8:31 AM    White male with                              leaves the
        residence and walks down                    away from the residence toward

                                                                   b6
                                                                   b7C
8:42 AM    White male with                              returns to the
        residence and enters the

                                                                   b6
                                                                   b7C
9:03 AM    White male with                              leaves the
        residence and walks down                    away from the residence toward
                            again.

Investigation on    09/23/2008    at   Roanoke, VA

File #  44A-RH-53908; 266N-CG-129437-4          Date dictated   09/23/2008
    SA   SHM                                                      b6
by  SA   T David Church                                          b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI(16cv948)-7751



FD-302a (Rev. 10-6-95)

44A-RH-53908; 266N-CG-?????

Continuation of FD-302 of _____ , On 09/23/2008 , Page 2

9:11 AM [____] white male re-enters the apartment located at the residence.　　　b6 / b7C

9:13 AM [____] bearing VA registration [____] drives by the residence on [____] heading toward [____] White male driver appearing to have [____]

9:15 AM [____] bearing VA registration [____] drives by the residence again on [____] toward [____] Turns right on [____]　　　b6 / b7C

9:25 AM White male with [____] returns to the residence and walks to the front porch.

9:26 AM [____] vehicle (possibly [____] drives down [____] one block form residence.　　　b6 / b7C

9:27 AM [____] bearing VA registration [____] drives by the residence on [____] toward [____]. Turn left on [____]

9:37 AM [____] car on [____] drives by the residence (possibly [____]　　　b6 / b7C

9:43 AM [____] car on [____] drives by the residence (possibly [____]

9:47 AM White male with [____] walks down [____] toward downtown Roanoke.

9:54 AM White male with [____] walks down [____]　　　b6 / b7C

9:55 AM White male with [____] enters [____] of the residence.

11:15 AM Surveillance ends

Based on the above observations, it appears that the white male with [____] located at the rear of [____]　　　b6 / b7C

Note: Both SA [____] and SA [____] observed the [____] bearing VA registration [____] on multiple occasions driving around the block adjacent to [____]

FBI(16cv948)-7756



FD-302a (Rev. 10-6-95)

44A-RH-53908; 266N-CG-?????

Continuation of FD-302 of _____ , On 09/23/2008 , Page 3

    After the surveillance ended, SA Church and SA SHM   b6
spoke to the [        ] white male observed on the [    ]   b7C
[                    ] and determined that he [              ]
of the residence with [                                    ]
[                ] The [        ] white male stated that his name is [    ]
[    ] advised that the [                                   ]
[            ] SA Church and SA SHM   also knocked on the apartment
door located at the left porch side of the residence and no one
answered.  The front door of the residence, which is wood with
glass, appears to be the main entry for the residence.  SA Church
and SA SHM   could see through the door while standing on the front
porch of the residence and observed numerous construction materials
being stored in what would be the foyer of the residence.  It is
noted that there are no identifying numbers on any of the apartment
doors at 1602 Patterson Avenue  There are mailboxes on the front
door, however, there association with particular apartments is not
discernible.

    SA Church and SA SHM   left the area of 1602 Patterson   b6
Avenue at approximately 11:40 AM in order to assist SA   b7C
[        ] SA [        ] was surveilling Bill White.  White was in his
vehicle and had left his apartment on was driving toward the
Roanoke downtown area.  This mobile surveillance is documented in a
separate FD-302.

    A check of VA DMV revealed that [        ] is registered to   b6
a [            ] 4 door vehicle belonging to [        ]   b7C
[                ] Roanoke, VA, [        ] According to VA DMV,
was born [        ] and was arrested on [        ] and later
convicted on [                        ] Virginia, for [    ]
[                    ] VA DL number is [            ] SA
positively identified a VA DL photo of [            ] as being
the individual driving the [                ] described in the above
surveillance.

    A check of VA DMV revealed that vanity tag [        ] is   b6
registered to a [                ] belonging to [            ]   b7C
[                    ] Roanoke, VA, [    ]

    A check of VA DMV revealed that [        ] is registered to
a [            ] 4 door belonging to [            ]
[                ] Roanoke, VA, [    ]

    After mobile surveillance ended, SA SHM   re-established
surveillance at 1602 Patterson Avenue and observed the following.

FBI(16cv948)-7757

 

FD-302a (Rev. 10-6-95)

44A-RH-53908; 266N-CG-?????

Continuation of FD-302 of _____ , On <u>09/23/2008</u> , Page ____4____

12:25 PM  Surveillance begins.
(approx. time)

12:37 PM  White male with [                    ] (observed earlier     b6
on the same day as documented above) and another white male with a     b7C
[                              ] enter the [                              ]

Both white males left the residence and walked toward [          ]

12:45 AM  Both white males observed standing in front of [        ]
[                    ] talking to each other.

1:30 PM  Surveillance ends.
(approx. time)

(Rev. 05-01-2008)

EXHIBIT N(q)
   
-----------

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                  Date: 10/08/2008

To: Charlotte                Attn: Fayetteville RA
                                   TFO

From: Richmond
      Squad 7, Roanoke RA
      Contact: SA T David Church

Approved By: SSRA Kevin L Foust

Drafted By:

Case ID #: 44A-RH-53908   (Pending) — 136

Title: WILLIAM A. WHITE;
       MULTIPLE VICTIMS;
       RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Synopsis: Request service of Federal Grand Jury Subpoena
                  per telcal between SA David Church and TFO
on or about          Request Fayetteville RA forward
                           to SA David Church at
Roanoke RA, Roanoke, VA.

Package Copy: Previously forwarded under separate cover is an
original and two copies of a Federal Grand Jury Subpoena for Rudy
Orr

Details: Per telcal between SA David Church and TFO
           on or about          please serve the previously
forwarded Federal Grand Jury Subpoena on Rudy Orr

           Also, as discussed on or about          please
forward
           as requested by SA David Church.

UNCLASSIFIED

44A-RH-53908-136

DCID-08 B

FBI(16cv948)-7

 UNCLASSIFIED

To: Charlotte  From: Richmond
Re: 44A-RH-53908, 10/08/2008

LEAD(s):

Set Lead 1:  (Action)

    CHARLOTTE

        AT FAYETTEVILLE, NC

           Serve the previously forwarded Federal Grand Jury Subpoena on Rudy O'Pr____ and return the original to SA David Church ____ [Also forward] _____ as requested by SA David Church.     b
                                                b
                                                b

    ◊◊

FBI(16cv948)-7

EXHIBIT N(r)
------------

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                          Date:   01/22/2009

To:  Richmond                    Attn:   FA[                    ]          b6
                                                                          b7C

From:  Richmond
       Squad 7, Roanoke RA
       Contact:   SA[ ]David Church

Approved By:  SSRA Kevin L Foust

Drafted By:

Case ID #: 44A-RH-53908     (Pending) — 215

Title:  WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION - FORCE AND/OR VIOLENCE

Synopsis:  Request on-going financial assistance from Financial
Analyst (FA)[            ] Roanoke RA, in captioned          b6
investigation.                                               b7C

Details:  FA[          ] Roanoke RA, has been providing      b6
analytical support to captioned investigation since its opening.  b7C
To date, FA[      ] has provided analysis on numerous financial
documents obtained through investigation.

        Roanoke RA anticipates that additional financial
materials will need analysis as investigation continues and
additionally anticipates going to trial on captioned
investigation in the Summer or Fall of 2009.  Due to the need for
this continued support, Roanoke RA requests that FA[            ]   b6
continue to assist in the analysis of all financial materials      b7C
related to captioned investigation.  Roanoke RA believes FA
[          ]support to this case will play an important role in the
prosecution of this major case.

UNCLASSIFIED

FBI(16cv948)-8195

44A-RH-53908-215

DC01-22a



UNCLASSIFIED

To: Richmond  From: Richmond
Re: 44A-RH-53908, 01/22/2009

LEAD(s):

Set Lead 1: (Action)

　RICHMOND

　　AT ROANOKE, VA

　　　It is requested that FA[　　　　　]continue to
provided analytical support of financial materials obtained as a
result of investigation in captioned case.

b6
b7c

◇◇

UNCLASSIFIED

FBI(16cv948)-8196

 EXHIBIT N(s) 
------------

Sunday, July 26, 2009

# White's life on fringe puts him at center of storm
The Roanoke neo-Nazi's ideological leanings were foreshadowed by his early feelings of "innate superiority."

**By Laurence Hammack**
981-3239

At a time when the power of the Internet was untested, one of the first people to see its dark potential was an 18-year-old college student named William A. White.

In 1996, when White was a sophomore at the University of Maryland, he became convinced, based on hearsay alone, that a teenage girl he'd never met was being abused by her mother.

White aired the allegations online, along with the mother's name and telephone number. He urged readers to call her at home and berate her. About a half-dozen did.

Emboldened by the controversy he created, and thrilled by the national media attention he received, White continued to pick fights from behind his computer screen over the years, even as his personal beliefs swung wildly from far-left anarchist to far-right white supremacist.

After moving to Roanoke in 2004, White formed a neo-Nazi organization and began to rail against his so-called enemies of the white race: the "Negro beasts" and the "Jewish disease."

Now, White is in the midst of a free-speech battle with the federal government.

A U.S. District Court judge in Chicago last week dismissed a charge that White used his Web site to encourage violence against a juror who voted to convict a fellow white supremacist. The judge ruled that White's actions were constitutionally protected.

Prosecutors are considering an appeal, and White faces additional charges in Roanoke of making threats by e-mail and on his now-defunct Web site, overthrow.com.

So it may be too soon to say for sure that the First Amendment -- the traditional sanctuary for those who employ printing presses and microphones – also protects a hatemonger who uses the Internet to blur the boundary between free speech and illegal threats.

Equally uncertain is whether White will drop out of public view as a neo-Nazi leader once the criminal proceedings are behind him, as he recently suggested he might.

But this much about White seems clear: Diagnosed as a narcissist prone to histrionic behavior, the 32-year-old is driven by an insatiable desire for attention.

"Anything people say or write about me, whether good or bad, is ultimately good for me and my cause," White told The Washington Post in 1996, after his first Internet caper thrust him into a media spotlight.

"Actually it would be better if the media trashed me and made me look like evil incarnate," he said, "because if they said, 'Bill White is a good guy,' everyone would shrug their shoulders and forget about me the next day."

44A-RH-53968  FBI(16c)(48)-8228
8/3/2009



By 2008, White had become "possibly the loudest and most obnoxious neo-Nazi leader in America," according to the Southern Poverty Law Center, which monitors hate groups. Overthrow.com was his megaphone, and White boasted that the Web site attracted nearly 3 million visitors a year.

Applying the skills he honed as a college student, White lashed out at whoever offended his bigotry.

When thousands marched in Jena, La., to support six black teenagers charged with assault, White issued a call to "Lynch the Jena 6." When Barack Obama ran for president, he published an image of the candidate in the sights of an assassin's rifle, the cross hairs extended to form a swastika.

Even something as innocuous as soul music playing at Starbucks could inspire another rant from a man who loves to hate.

"Whatever gave these animals the idea that they had souls?" White wrote on overthrow.com in 2007, after a visit to the coffee shop. "If we piled them up in camps and set them on fire until the black smoke from their black skins blackened the skies, we would be doing the world no wrong."

**Defiance came early**

William Alexander White grew up in a suburban neighborhood of Montgomery County, Md. The oldest of three boys, he was a remarkably intelligent child who began to show his defiant streak at an early age.

White's IQ was twice measured at above 150, according to a school psychological report, and at the age of 8 he was placed in programs for talented and gifted students.

"I cannot say I did well with other 'gifted' students," White wrote earlier this year in a letter from his jail cell to The Roanoke Times, one of several in which he described his upbringing and political views in scrawling longhand that filled more than 25 pages.

"In retrospect, I would say that my problem was the overwhelming Jewish population of my elementary schools and the overwhelming black population of the Magnet schools (which were used to integrate black neighborhoods)."

Starting in the ninth grade, White became rebellious and verbally abusive to his teachers and was charged as a juvenile with threatening a principal, according to the psychological report, which White posted online years ago. He also began to develop his outlaw computer skills, hacking into the school computer system.

Manfred Smith, White's eighth-grade social studies teacher, recalled White as an avid reader who loved a debate -- to a fault. "He was argumentative, insulting to students, and wanted to dominate any discussion," Smith said.

Suspended repeatedly, White bounced from school to school, attending three high schools by the time he graduated from Walt Whitman High School in Bethesda in 1995.

White's family declined to be interviewed for this story. His father, a former research associate who specialized in defense policy for The Brookings Institution, mentioned in a letter "the anguish we are experiencing over Bill's childishly impulsive political posturing."

"I love my family very much, and the feeling is mutual," his son wrote. "But they strongly object to my political views."

FBI(16cv948)-8229
8/3/2009



### The 'nihilistic adolescent'

While his juvenile behavior deteriorated, White's intellect grew.

At a time when most of his peers were reading action or romance novels, White was devouring the works of Sigmund Freud, Karl Marx and Roman philosopher Marcus Aurelius. A budding anarchist in high school, White started a student newspaper that advocated a "leftist utopian anarchy."

"In a sense, one gets the feeling that William could easily be Dostoevski's prototype of the nihilist adolescent," school psychologist Robert Mulcahy wrote in his 1994 evaluation of White.

"As he lounges there listening with his long legs propped up on a nearby desk, stroking his sparse goatee, there is a tired, whimsical, sarcastic grin on his face, an adult-like manner in the way he attends, a piercing brilliance in his eyes, and a feeling that his brain is taking in and dissecting the semantic, social and political significance of each and every word and phrase he hears."

The way Mulcahy saw it, White faced a dilemma at 16: He desperately wanted the attention and approval of his peers, but his feelings of "innate superiority" prevented him from emulating their teenage antics in order to gain acceptance.

"So, the only option left to him is to adopt the role of the rebellious renegade, the outlaw, the loner, the one who goes his own path," Mulcahy wrote.

Even today, White insists that he fit in by acting out.

"I was quite popular in high school," he wrote in one of his letters. According to White, he was elected president of the student government association at Walt Whitman, only to have the results thrown out by the administration.

"School administrators viewed me then much as the federal government views me now," he wrote, "as a pain in the ass that must be silenced, laws and the rest be damned."

White did run for association president as an independent, according to Louise Reynolds, a journalism teacher at the school. Given his reputation and penchant for profanity, administrators were concerned about what he might say in his campaign speech. But they allowed him to run. He lost.

### Testing the limits of free speech

White headed off to the University of Maryland in 1995. He majored in psychology, dabbled in anarchy, and continued in his role as campus agitator.

Other members of the Utopian Anarchist Party said he showed no signs at the time of the racism and anti-Semitism he would later preach so fervently.

"Bill White is considered a traitor by myself and others in the anarchist movement," said Luke Kuhn, a member of the anti-authority group. "I don't know if he ever honestly supported left-wing causes. I know he used to claim to. But he sure as hell is a Nazi now."

In 1996, the group held a lecture on how to find police officers at home and harm them, using explosives, arson or guns.

White -- who had been convicted of resisting arrest earlier that year -- said at the time he wasn't advocating anything, just explaining what had been done in the past.

FBI(16cv948)-8230
8/3/2009



"Obviously, it didn't go over well in the law enforcement community," said Paul Dillon, who was a sergeant in the university police department at the time. "But it is a free country, and he had a First Amendment right to do what he did."

At the age of 18, White had become adept at pushing his free speech rights to the very edge of the law. And when he waged his online attack on the woman he suspected of child abuse, it marked a new test of the limits of cyberspace.

White was not the first Internet mudslinger. But his case was one of the first known episodes in which someone published a home telephone number of their target with the intent of inviting abuse, The Washington Post reported at the time.

Following the stir White created, authorities investigated both the substance of his allegations and the way he aired them. No charges were ever filed against him or the woman.

The next year, White dropped out of college, figuring he could make lots of money in computers. He was soon earning $80,000 a year for an Internet marketing firm in Maryland, he said, and later started his own consulting business.

Unable to shake politics, White ran twice for a seat on the Montgomery County, Md., school board, and then for the state legislature. He stuck to his anarchist platform, with slogans such as "Vote for me because you hate them."

He lost every time. "My sense was he was doing it just as a lark, to get his name out there," said Steve Abrams, who won the school board seat White sought. "He's always been on the fringe, and he's never had any followers at all."

White later worked for a correspondent for the newspaper Pravda, he claimed, rubbing elbows with prominent journalists at the National Press Club in Washington, D.C. But he eventually grew restless and began to dream of starting a real estate company somewhere in the mountains.

With his savings from work and $100,000 from the sale of his home as capital, White considered doing business in Wheeling, W.Va., and the Ohio River Valley. He wound up coming to Roanoke.

White Homes and Land LLC

In 2004, White began buying houses in the West End, an impoverished inner-city neighborhood with a high concentration of blacks. He fixed the houses up for rent, refinanced them and put the funds toward buying more houses, paying between $50,000 and $70,000 for most. Before long, about 20 homes in a three-block area were under the control of a new company, White Homes and Land LLC.

White married a real estate agent (his wife, Meghan White, declined to comment for this story), had a daughter and appeared to be settling down. The polar opposite of an absentee landlord, he was in the West End almost every day, repairing his properties and dealing with tenants.

But it soon became clear that Bill White the landlord was also Bill White the Internet racist.

"N------ are plotting against my shrubs," he wrote on <u>overthrow.com</u>, explaining how vandalism to his new landscaping had reinforced his view that blacks "cannot be trusted to conduct honest business."

That post and others -- including one in which White referred to his "Ghetto Beautification Project" -- led some people to believe he was evicting blacks without cause in an effort to create an all-white living

FBI(16cv948)-8231
8/3/2009


space. The Roanoke NAACP filed a fair housing complaint with the U.S. Department of Housing and Urban Development, which investigated but took no action.

As he became more outspoken about his racial views, White found few friends in Roanoke, even among like-minded bigots. When he protested a fair housing symposium, White stood alone outside a Roanoke hotel, wearing a swastika armband and holding a sign.

Although White said in his jailhouse letters that he has friends in town, the only ones he named to be interviewed for this story were people with whom he had casual encounters: employees at Lowe's, for example, or a clerk at the post office.

"It's not like I've spent my life in Roanoke living in a cave," he wrote.

White's former tenants described a landlord who was businesslike and courteous at first, only to turn hostile. Angie Laymen said it was because she had biracial children. Scott Rayfield said it was because he dated a black woman. For Tammy Goad, it was because she had black friends over to visit.

"He was real snobbish toward them and turned his nose up at them," Goad said.

Known as the white supremacist in a black neighborhood, White took to arming himself. Goad recalls seeing him making the rounds wearing a bulletproof vest, a handgun strapped to his hip, holding his infant daughter in a baby carrier.

White was making a reputation for himself, one that would soon extend far beyond the West End.

Alienating his own

An angry mob ran through the streets of a Toledo, Ohio, neighborhood. Rioters threw bricks, bottles and rocks at police officers. A bar was set afire. More than 100 people were arrested.

And Bill White was in the middle of it all.

It was a Saturday afternoon in October 2005, and White had driven nine hours from Roanoke to serve as the spokesman for a march held by the National Socialist Movement, a neo-Nazi group.

Considering that the purpose of the march was to protest black crime, and considering that most of the rioters were black, the event was deemed a huge success by its organizers. The riot drew national attention, elevating White's status in the white supremacy movement.

"I think he was a very powerful influence," said Justin Boyer, a former member of the National Socialist Movement who now denounces White. "Because when Bill White spoke, you could just feel the energy. It reminded you of Adolf Hitler when he spoke. It was powerful and kind of mesmerizing."

Not long after the riot, White had a falling out with the NSM over a controversy he called "Satangate." He and others accused some NSM members of being part of a group that engaged in sexual discussions with juveniles on a "Teens for Satan" e-mail group.

White formed his own group in Roanoke, the American National Socialist Workers Party, which purported to fight for the white working class.

Asked to explain how he got involved in national socialism, White went on for pages. He cited the works of obscure philosophers -- his strongest influence was Julius Evola, a Sicilian author and political

FBI(16cv948)-8232
8/3/2009



activist whose views have been described as "ultrafascist" -- and his own views in defense of Hitler. But he recounted few real-life experiences or observations.

"The superiority of the white race, on the whole, for me, is such a trivial given that I no more need to impose it on the world than I need to impose the color of green on grass, or fruit on an apple tree," he wrote.

If such views drew other neo-Nazis to White, his self-absorption quickly drove them away, according to Mark Potok of the Southern Poverty Law Center, which has followed White closely over the years.

Following White's arrest in October, participants in white supremacy message groups expressed little surprise or dismay. One poster said White brought his legal trouble on himself with his "stupid, theatrical, self-aggrandizing ways." Another wrote last week after the charges were dismissed: "Bill White skates, but is still shunned."

White has declined to say how many members the American National Socialist Workers Party has. By Potok's estimate, the self-proclaimed "commander" of the national group has no more than 200 followers.

"The guy is clearly an egomaniac," Potok said. "Bill White's chief concern has always been Bill White, and that has hurt him in terms of being any kind of a leader."

'Truth' is in the telling

After flirting with the law for years, White was arrested in October for posting the name, address and telephone number of the foreman of a Chicago jury that convicted Matthew Hale in 2004.

A white supremacist, Hale was sentenced to 40 years in prison for soliciting the murder of federal Judge Joan Lefkow.

Although a judge dismissed White's charge last week, he remains in jail, facing additional federal charges in Roanoke. He is accused of using the Internet and the telephone to threaten people including a newspaper columnist and a human rights lawyer.

Three different courts have declined to release him on bond. Federal prosecutors point to writings on overthrow.com that they say show White is a danger to the community.

Last May, White wrote of waking up every morning with the urge to "kill, kill, kill."

In another post, he said he had developed a "very intricate plot for the murder of about a score of Roanoke city's Negro nuisances and their annoying counterparts at The Roanoke Times."

At a bond hearing last year, White testified that his writings were not meant to be believed. "I write essentially tabloid news, half truth, half sensationalism and exaggeration," he said.

In one of his letters from jail, written before the Chicago charge was dismissed last week, White was as confident as ever, vowing to beat the charges.

"There are many people, including those in power, who believe any dissent should be crushed with the destruction of the dissenter," he wrote. "Further, there are many people who have devoted their lives to destroying me only to find, to their frustration, I am beyond their ability to destroy."

FBI(16cv948)-8233
8/3/2009



White also wrote that, upon his release, he plans to withdraw from the white supremacy movement and abandon his Web site, which the FBI shut down at the time of his arrest.

"My intent, when I am finally acquitted of all this nonsense, and such acquittal is inevitable, is to close my publishing business and withdraw from public activity," he wrote.

"I do not intend to recant my views, even if I will quiet them."

But as White himself once admitted from the witness stand, while sworn to tell the truth, not everything he writes should be believed.

News researcher Belinda Harris and staff writer Matt Chittum contributed to this report.

## THE ROANOKE TIMES
### roanoke.com

Copyright © 2009

FBI(16cv948)-8234
8/3/2009



(Rev. 05-01-2008)



EXHIBIT N(t)
- - - - - - - - - - - -

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                          Date:  01/07/2010

To:  Norfolk                     Attn:  SA [        ]                   b6
                                                                        b7C

From:  Richmond
       Roanoke RA/Squad 7
       Contact:   SA T David Church

Approved By:  SSRA Kevin L Foust

Drafted By:

Case ID #: 44A-RH-53908    (Pending) 274
           266-NF-C35827    (Pending) 260

Title:  WILLIAM A. WHITE;
        MULTIPLE VICTIMS;
        RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

Reference:  44A-RH-53908, Serial 111

Synopsis:  Return of documents sent by Norfolk upon Roanoke RA
request for prosecution of captioned subject.

Enclosure(s):  Enclosed for Norfolk are serials 1A1 and 1A2 from
266-NF-C35827 as listed below.

Details:  Roanoke RA is returning the following documents; which
were sent to Roanoke by Norfolk by referenced serial for purposes
of prosecution of captioned subject:

          266-NF-C35827-234-1A1
          266-NF-C35827-234-1A2 (Note: Roanoke is only returning
the 1A envelope as the contents were used as an exhibit for trial
on 12/14/2009 at 11:00 am)

          Copies of the remaining serials (227-233; 238) are
being kept by Roanoke RA.

          Roanoke RA is providing these documents per telcal with
SA [        ] on 12/21/2009.                                             b6
                                                                        b7C

UNCLASSIFIED

44A-RH-53908-274

FBI(16cv948)-8362

DC01-11B

EXHIBIT N(y)

(Rev. 05-01-2008)

UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                     **Date:** 02/16/2010

**To:** Richmond

**From:** Richmond
  Roanoke RA/Squad 7
  **Contact:** SA David Church      b6
                 b7C

**Approved By:** SSRA Kevin L Foust

**Drafted By:**

**Case ID #:** 44A-RH-53908     (Pending) — 280

**Title:** WILLIAM A. WHITE;
   MULTIPLE VICTIMS;
   RACIAL DISCRIMINATION-FORCE AND/OR VIOLENCE

**Synopsis:** Documents items being placed into bulky evidence
storage in Roanoke RA.

**Details:** For background, on December 11, 2008, a Federal Grand
Jury empaneled in the Western District of Virginia, Roanoke
Division, indicted William A. White, DOB 05/29/1977, on the
following counts:

1. Title 18, United State Code, Section 875(c); Transmission of
Threats in Interstate Commerce; Five (5) counts.

2. Title 18, United State Code, Section 875(b); Extortion by
Threat in Interstate Commerce; One (1) count.

3. Title 18, United State Code, Section 1512(b)(1); Tampering
with a Witness and Victim; One (1) count.

   On December 18, 2009, William A. White was convicted by
a jury of four (4) of the seven (7) counts described above.
Specifically, White was convicted of the following counts of the
December 11, 2008 indictment:

1. Title 18, United State Code, Section 875(c); Transmission of
Threats in Interstate Commerce; in count 1 (Jennifer Petsche)   b6
count 5 (Kathleen Kerr) and count 6 (Richard Warman).    b7C

UNCLASSIFIED

44A-RH-53908-280

FBI(16cv948)-8375

02-22-A

UNCLASSIFIED

To: Richmond   From: Richmond
Re: 44A-RH-53908, 02/16/2010


2.   Title 18, United State Code, Section 1512(b)(1); Tampering
with a Witness and Victim; in count 3 (VA Beach Tenants).

         Sentencing for White is scheduled for 04/14/2010 in the
Western District of Virginia.

         Due to the DOJ Civil Rights Division anticipating that
White will file numerous appeals, the following items/documents,
contained within two boxes, have been placed into the 1C section
of captioned case file and will be maintained until all appeals
by White have been exhausted:

Digital Media:

1.   _____                                          b6
2.   _____ voicemail (2 copies)                                 b7C
3.   White/SA_____ consensual recording dated _____                   b7D
4.   White/SA_____ consensual recording dated _____ (2
     copies)
5.   White/SA_____ consensual recording dated _____
6.   _____ voicemail
7.   Overthrow.com radio show referencing Jena 6
8.   NSW Presents radio show referencing _____ and the VA
     Beach Tenants on 06/04/2007 (2 copies)
9.   Cassette tape of 1D2
10.  FTK Reports Disks provided by the Chicago RCFL regarding
     items saved by SA_____ Chicago FBI.
11.  Trial Prep disk provided by SA_____ related to
     White's Overthrow.com server.
12.  Audio enhancement of the _____ provided OTD
13.  _____ containing a copy of the_____
14.  _____ provided information related to_____
     _____

Documents:

1.   Documents related to numerous threats by White, both charged
     in the aforementioned indictment and uncharged incidents.
2.   Copies of all non-computer related evidence collected during
     search warrants conducted on 10/11/2008 and 10/17/2008.
3.   Trail preparation notes and NCIC checks conducted on
     witnesses.
4.   Notes taken by SA_____                         b6
5.   _____                                      b7C
                                                                           b7D

UNCLASSIFIED

2

FBI(16cv948)-8376

**UNCLASSIFIED**

To:  Richmond  From:  Richmond
Re:  44A-RH-53908, 02/16/2010

6.  Copies of FBI documents regarding Norfolk FBI's initial
    response to threatening letters sent to numerous VA Beach
    Tenants.
7.  Folder containing documents regarding a threatening video
    received by White from a group called the "Terrorist Militia"
8.  [                                    ] not presented as
    evidence in trial.          OTHER Sealed Pursuant to US Court Order
9.  U.S. Bankruptcy documents                    b6
10. January 2008 National Socialist magazine b7c
11. [          FBI search warrant for        ] b7D
                                               b7E
12. [                                                    ]

13. Copy of envelope addressed to [        ] with return
    address of [            ]

Binders:

1.  Blue binder containing copies of 12/11/2008 Grand Jury
    transcript by SA [            ] and 10/22/2008 White Detention    b6
    Hearing transcript.                                              b7c
2.  Black binder provided by Sgt [            ] Roanoke City PD,
    containing various documents related to White and incident
    reports related to White.

◆◆

**UNCLASSIFIED**

FBI(16cv948)-8377

---- Working Copy ----                                   Page     2

supremacist groups.  This particular serial is the only                    b6
one located that pertains to Bill White.  This                             b7C
communication states, in part, that _____                    b7D
provided information to the CHS regarding White and
ANSWP. _____ did not want to be associated with
White _____

* _____ are Source Reports            b6
_____ These CHS                         b7C
reports reference information related to White.                            b7D
_____

* _____ 266N-CV-63082, Serial 222 is an Insert which documents           b6
that SA Michael Hartman sent email to Bill White                           b7C
regarding the above-mentioned allegations of smuggling                     b7D
CDs. White then posted SA Hartman's email and
White's response on Overthrow.com.

* _____ is a CHS who is in a position to report           b6
on White and the ANSWP's activities which are _____              b7C
_____ The handling Agent                         b7D
is SA_____ and the nature of this CHS's reporting is
known to SA _____ This CHS is not in a position to
_____

    SA Russ of the Cleveland Division will determine if                    b6
CHS's _____ are still in a position to                 b7C
report on William White and the ANSWP.  Any positive information           b7D
will be reported to SA David Church of the Richmond Division,
Roanoke Resident Agency.

    SA Russ will continue to work directly with SA Church                   b6
on any future investigative matters related to White and the               b7C
ANSWP.


LEAD(s):

Set Lead 1:   (Information)

    RICHMOND

        AT ROANOKE, VA                                                      b6
                                                                            b7C
        Read and clear.                                                     b7D


**

b6
b7C

**From:**
**Sent:**
**To:** 'Bill White'
**Subject:** Overthrow.com

Bill,

I just wanted you to know I just received a phone call from someone trying to impersonate you in an attempt to get your address on your domain name changed.  Of course I called his bluff, then was presented with a threat that the individual was going to steal the name from you thru the NetworkSolutions interface....

Just wanted to gice you a heads up....

Also, any luck on your end on the power supply for that box?  I'm having no luck here at all.....


Sincerely,

b6
b7C

Global Web Solutions, Inc.
804-346-5300
877-800-GLOBAL (4562)
http://globalweb.net

Richmond's Internet Source since 1996!
WEB HOSTING including EMAIL beginning at $29/month!
DSL Starting at $39.95/month!
Non-Profits - receive a 25% discount on most services!

"Global Web Solutions" is a registered trademark of Global Web Solutions, Inc., Glen Allen, VA

1

EXHIBIT 6 (a) (1)

----------------



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 20, 2019

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
FOIPA Request No.:1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Fed. R. Crim. Pr. (6e) | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

529 pages were reviewed and 386 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐ Documents were located which originated with, or contained information concerning, other Government Agencies [OGAs].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with the other agencies. The FBI will correspond with you regarding this information once the consultations are completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records on individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so that it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration; 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosures (Bates pages FBI(16cv00948)-8072 to FBI(16cv00948)-8600, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the seventeenth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request.   This material is being provided to you at no charge at this time.   The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a positive balance of $795.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests.   As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2).   However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

For your information, sealed court records are not eligible for release under the Freedom of Information Act.   Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate orders issued by federal district courts.

EXHIBIT D(a)(iii)

---------------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 20, 2020

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 16-cv-00948
*White v DOJ et al.*
FOIPA Request No.: 1224695-000
Subject: William A. White

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| **Section 552** | | **Section 552a** |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Federal Rules of Criminal | ☑ (b)(7)(D) | ☐ (k)(2) |
| Procedure, Rule 6(e) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

502 page(s) were reviewed and 52 page(s) are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

**You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website:** https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

☑ See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Information Management Division

Enclosures (Bates pages FBI (16cv00948)-12629 FBI (16cv00948) 13130, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the twenty-sixth interim release of information responsive to your Freedom of Information/Privacy Act (FOIPA) request. This material is being provided to you at no charge at this time. The FBI will provide monthly rolling releases.

Duplicate copies of the same document were not processed.

For your information, sealed court records are not eligible for release under the Freedom of Information Act. Material responsive to your request has been withheld and marked "OTHER-Sealed" pursuant to appropriate order(s) issued by federal district courts.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552 (a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

Currently, you have a positive balance of $660.00 from payments you submitted in anticipation of duplication fees for previous FOIA requests. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

EXHIBIT 0(c)

(Rev. 01-31-2003)

 

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                    Date: 09/01/2006

To: Counterterrorism        Attn: DTOU                    b6
                                  SSA[                 ]          b7C
                                  IA [              ]          b7E

[ Ottawa ]                          Attn: ALAT[                ]

From: Richmond
      Squad 7/Roanoke RA
      Contact: SA T David Church

Approved By: SSRA Kevin L Foust                              b6
                                                            b7C
Drafted By: [                    ]

Case ID #: 9A-RH-NEW    (Pending)

Title: Willam A. White:
       Richard Warman
       Extortion - threats

Synopsis: Open case file and set forth lead for the Ottawa ALAT    b6
to obtain records from [                        ] as well as      b7C
from the CBC.                                                      b7D

Administrative: Reference telephone call between SA[        ]      b6
[            ] ALAT [          ] on 8/25/2006, as well as an      b7C
e-mail dated 8/25/2006, from SA David Church to ALAT[        ]    b7D
[          ] recounting a telephone conversation between SA[    ]
[              ] on 8/25/2006.

Enclosures: A copy of a letter, dated 8/24/2006, from Canadian    b6
Attorney Richard Warman addressed Mr. A.L. Gaskins, Chief of     b7C
Police, Roanoke City Police Department, concerning threats made
by Bill White, resident of Roanoke, Virginia.

Details: The enclosed letter was forwarded via e-mail to the
Roanoke Office of the Federal Bureau of Investigation on
8/24/2006. Additionally,[                              ]          b6
[                              ] extension,[              ]       b7C
telephonically contacted the Roanoke RA on 8/24/2006, regarding   b7D
alleged threats made towards Canadian attorney Richard Warman
by Bill White.

9/1/06
OrA to SA [   ]    Done                                           b6
                   9-5-06                                          b7C
                   Thenc. FBI(16cv948)-7268                        b7E

                                        9A-RH-53173-1

Served to [   ] FILE

444-RH-53908-2 [    ]

To:  Counterterrorism          Attn:  [DTOU]                                    b6
           SSA                                                                  b7C
     IA                              From:  Richmond                           b7E
Re:  9A-RH-NEW, 09/01/2006


## General Background Concerning Bill White

        Bill White *is the owner and creator of a Nazi website*,
www.overthrow.com.  It is also termed, "Libertarian Socialist
Movement News".  The site is vehemently opposed to Jews,
homosexuals, blacks, and others.  Despite White's apparent recent
split from NSM, White has continued Overthrow.com.  White
frequently post articles on this site about various topics.

        In addition to Bill White's national exposure through
his website, Overthrow.com, White came to National attention when
NSM staged a march in Toledo, Ohio in October of 2005, which
ultimately escalated into rioting in the streets by anti-
protestors.  Bill White was one of the organizers of this march.

        White has garnered national attention at various times
through his vocal support of heinous crimes.  For instance, Bill
White expressed support for the Columbine Highschool shooters in
1999, and more recently, indicated approval for the deaths of
United States District Court Judge Lefkow's family.  White was
quoted in the press as saying:

                                                                               b6
                                                                               b7C
                                        I don't feel
        bad that Judge Lefkow's family was murdered today.  In
        fact, when I heard the story to day, I laughed."

        Despite White's defection from NSM, White continues to
actively post articles to his website and is purportedly in the
process of forming a new organization, possibly to include other      b6
members that left NSM                                                  b7C
                      The purported name of the new organization
is **AMERICAN NATIONAL SOCIALIST WORKER'S PARTY (ANSWP)**.

## Recent Allegation Concerning Bill White

        On August 25, 2006, the Roanoke Resident Agency,
Richmond Division, received an e-mail copy of a letter, dated
[6/24/2006]  written by Canadian attorney Richard Warman to              b6
Chief Gaskins, City of Roanoke Police Department (enclosed).            b7C
        forwarded the letter in hopes that charges could be
brought against Bill White for encouraging killing of Warman
during an interview wherein the Canadian Broadcasting Company
        interviewed Bill White telephonically on or about August
21, 2006, White was allegedly quoted by the CBC as saying,

2

To: Counterterrorism     Attn: DTOU           b6
            SSA                                       b7C
    IA                     From: Richmond      b7E
Re: 9A-RH-NEW, 09/01/2006

        "I would hope people take violent action against him.
He should be killed."                                             b6
                                                           b7C

        Furthermore, Warman alleges that Bill White facilitated
someone actually murdering him by posting his        home
address on his (Bill White's) web site, www.Overthrow.com.

       A number of                                          b6
                                                           b7C
                                                           b7E

                                                           b6
                                                           b7C
                                                           b7D

extension       telephonically contacted the Roanoke RA and spoke
with SSA            on 8/24/2006.   The following day, the writer
contacted                who was simply inquiring
whether or not charges may brought against Bill White relating to

3

FBI(16cv948)-7270

To: Counterterrorism            Attn: DTOU                    b6
                    SSA                                        b7C
      IA                         From: Richmond                b7E
Re:  9A-RH-NEW, 09/01/2006

the threats targeting                                          b6
explained that there were clear cut criminal charges in Canada b7C
stemming from the statement made to the CBC by Bill White, and b7D
from the postings made by Bill White had Bill White been in
Canada at the time the comments were made, or if the postings
were made in Canada.

        According to                                      is  b6
an                    and former employee of                  b7C
                                                              b7D

In April of 2006, he                                   who
later went to jail for contempt of court. As a result, Alex
Linder allegedly posted a number of threats against Warman
on his  website, Vanguard News Network". It is the writer's
understanding that the USAO in St. Louis is exploring the
possibility of charging Alex Linder.

        Bill White has posted articles on his website in
support of the comments made by Warman. According to Warman,  b6
White posted, among other comments in support of an uprising  b7C
against Canadian authorities, that Linder is correct when he
calls for the assassination of the           responsible
for the arrest of           to include Richard Warman.

        The writer explained that the allegations would be
reviewed and that the United States Attorney's Office would be
consulted regarding the allegations. The writer further
explained that the Roanoke RA would likely make a request for
assistance through the FBI's Ottawa ALAT for additional        b6
information.                                                   b7C

                            explained that he had              b6
                                                              b7C
                                                              b7D

                    told                  that the interview
with Bill White was recorded and could be turned over with a
subpoena.

                                4

To: Counterterrorism          Attn: DTOU                          b6
                SSA                                               b7C
     IA                              From: Richmond               b7E
Re: 9A-RH-NEW, 09/01/2006

Violation

It appears that the statements made to [        ] coupled with      b6
the blog postings, may constitute threats in violation of Title    b7C
18, United States Code Section, 875, which reads as follow:

"Whoever transmits in interstate of foreign commerce any
communication containing any threat to kidnap any person or
any threat to injure the person of another, shall be fined
under this title, or imprisoned not more than five years, or
both".

AUSA Thomas Jack Bondurant Jr has been consulted by the            b6
writer regarding the captioned matter. AUSA Bondurant has opined   b7C
that the statements do appear to be threats, yet there is a
potential First Amendment defense to the statements. As much,
AUSA Bondurant's office is conducting some legal research into
this matter.

Nonetheless, it is requested that a case be opened in order
further explore the specifics of what was actually said by White
to [        ] and to preserve evidence should a future prosecution   b6
of the matter be sought.                                           b7C

The captioned subject is further described as follow:

Name: William Alexander White
Sex: Male
Race: White                    Subject
DOB:
SSAN:
Address: Roanoke, Virginia

5

To: Counterterrorism   Attn: DTOU       b6
     SSA              b7C
   IA        From: Richmond    b7E
Re:   9A-RH-NEW, 09/01/2006

**LEAD(s):**

**Set Lead 1:** (Action)

  OTTAWA:             b6
                b7C
   AT               b7D

    Is requested to do the following: (1) Make appropriate
requests of Canadian authorities to assist in obtaining the
original recording of an interview of Bill White conducted by CBC
reporter             on or about August 21,
2006, as well as any other recordings that the CBC may have
pertaining to Bill White, and/or determine what process will be
required to obtained the recording; and (2) request the

♦♦

6

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

WESTERN      DISTRICT OF      VIRGINIA

TO:

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE POFF FEDERAL BUILDING 210 Franklin Road Roanoke, VA 24011 | GRAND JURY DATE AND TIME |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SEE GRAND JURY SUBPOENA ATTACHMENT.

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK | DATE |
|---|---|
| (By) Deputy Clerk | |

This subpoena is issued on application of the United States of America

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
09/12/2006

\* If not applicable, enter "none".

AO110 (Rev. 12/89) Subpoena to Testify Before Grand Jury

ROANOKE, VIRGINIA 24008

FBI(16cv948)-12996

9A-RH-53173-GJ-1

## RETURN OF SERVICE (1)

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 9-15-06 | Roanoke, VA |
| SERVED | DATE 9-15-06 | PLACE Roanoke, VA |

SERVED ON (PRINT NAME)

SERVED BY (PRINT NAME)                  TITLE

SA, FBI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER (2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   9-15-06
                    DATE

SIGNATURE OF SERVER

Roanoke, Va.
ADDRESS OF SERVER

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

FBI(16cv948)-12997

EXHIBIT P(a)(P)
---------------

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

June 15, 2020

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 18-cv-00841
FOIPA Request No.1369569-000
*White v. EOUSA et al.*
Subject: Lefkow, Michael

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure.  The appropriate exemptions are noted on the enclosed pages next to redacted information.  In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied.  The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| 18 USC 2510-20 | ☑ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☑ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

308 page(s) were reviewed and 155 page(s) are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐  Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐  This information has been referred to the OGA(s) for review and direct response to you.

☐  We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.  **"Part 1"** of the Addendum includes standard responses that apply to all requests.  **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the Civil Action Number 18-cv-00841 in all correspondence or inquiries concerning your request

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division

Enclosures (Bates pages FBI18cv841Lefk-2605 – FBI18cv841Lefk-2912, Explanation of Exemptions and FBI FOIPA Addendum)

Please be advised that as of June 8, the Record Information/Dissemination Section (RIDS) resumed operating at full staffing levels amidst the ongoing COVID-19 national emergency.  The enclosed FOIPA release represents a work product that could be generated for you under these unprecedented circumstances and the limited time we were fully staffed during the month of June.  We appreciate your patience and understanding as we work to release as much information, to as many requesters as possible, as this emergency continues.

The enclosed documents represent the seventh interim release of information responsive to your Freedom of Information Act (FOIA) request. The FBI will provide monthly rolling releases.

Duplicate copies of the same document were not processed.

Currently, you have a balance of $207.50 from payments you submitted in anticipation of duplication fees. This balance available was calculated by deducting the fees from the previous releases ($75.00) of which you were charged and this release ($15.00) from your initial payment. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

EXHIBIT 11-2a



U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 8, 2020

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 18-cv-00841
FOIPA Request No 1369569-000
*White v. EOUSA et al.*
Subject: Lefkow, Michael

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| Federal Rules of Criminal | ☑ (b)(7)(D) | ☐ (k)(2) |
| Procedure, Rule 6(e) | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

502 page(s) were reviewed and 254 page(s) are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter. Please use the Civil Action Number 18-cv-00841 in all correspondence or inquiries concerning your request

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division

Enclosures (Bates pages FBI18cv841Lefk-2913 – FBI18cv841Lefk-3414, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the ninth interim release of information responsive to your Freedom of Information Act (FOIA) request. The FBI will provide monthly rolling releases.

Duplicate copies of the same document were not processed.

Currently, you have a balance of $192.50 from payments you submitted in anticipation of duplication fees. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

January 8, 2020

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 18-cv-00841
FOIPA Request No1369569-000
Subject: Lefkow, Michael

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.   Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure.   The appropriate exemptions are noted on the enclosed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied.   The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

|  | **Section 552** |  |  | **Section 552a** |
|---|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | | ☐ (d)(5) | |
| ☐ (b)(2) | ☐ (b)(7)(B) | | ☐ (j)(2) | |
| ☑ (b)(3) | ☑ (b)(7)(C) | | ☐ (k)(1) | |
| Federal Rules of Criminal | ☑ (b)(7)(D) | | ☐ (k)(2) | |
| Procedure Rule 6(e) | ☑ (b)(7)(E) | | ☐ (k)(3) | |
| | ☐ (b)(7)(F) | | ☐ (k)(4) | |
| ☐ (b)(4) | ☐ (b)(8) | | ☐ (k)(5) | |
| ☑ (b)(5) | ☐ (b)(9) | | ☐ (k)(6) | |
| ☑ (b)(6) | | | ☐ (k)(7) | |

500 page(s) were reviewed and 209 page(s) are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑  Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

   ☐  This information has been referred to the OGA(s) for review and direct response to you.
   ☑  We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   **"Part 1"** of the Addendum includes standard responses that apply to all requests.   **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals.   **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request.   Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division

Enclosure(s)

The enclosed documents represent the third interim release of information responsive to your Freedom of Information Act (FOIA) request. The FBI will provide monthly rolling releases.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

Currently, you have a balance of $242.50 from payments you submitted in anticipation of duplication fees. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

EXHIBIT P (a)(iv)
-----------------

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 06, 2020

Mr. William A. White
5725 Artesian Drive
Derwood, MD 20855

Civil Action No.: 18-cv-00841
FOIPA Request No1369569-000
*White v. EOUSA et al.*
Subject: Lefkow, Michael

Dear Mr. White:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find check boxes under the appropriate statute headings which indicate the types of exemptions asserted to protect information which is exempt from disclosure. The appropriate exemptions are noted on the enclosed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely and identify which exemptions were applied. The checked exemption boxes used to withhold information are further explained in the enclosed Explanation of Exemptions.

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) | |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) | |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) | |
| Federal Rules of Criminal | ☑ (b)(7)(D) | ☐ (k)(2) | |
| Procedure, Rule 6(e) | ☑ (b)(7)(E) | ☐ (k)(3) | |
|  | ☑ (b)(7)(F) | ☐ (k)(4) | |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) | |
| ☐ (b)(5) | ☐ (b)(9) | ☐ (k)(6) | |
| ☑ (b)(6) |  | ☐ (k)(7) | |

513 page(s) were reviewed and 111 page(s) are being released.

Please see the paragraphs below for relevant information specific to your request as well as the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☐ Document(s) were located which originated with, or contained information concerning, other Government Agency (ies) [OGA].

☐ This information has been referred to the OGA(s) for review and direct response to you.
☐ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

Although your request is in litigation, we are required by law to provide you the following information:

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, D.C. 20001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://www.foiaonline.gov/foiaonline/action/public/home.   Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely.   If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).   The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.   Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.   If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."   Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the Civil Action Number 18-cv-00841 in all correspondence or inquiries concerning your request

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Information Management Division

Enclosures (Bates pages FBI18cv841Lefk-3415 – FBI18cv841Lefk-3927, Explanation of Exemptions and FBI FOIPA Addendum)

The enclosed documents represent the tenth interim release of information responsive to your Freedom of Information Act (FOIA) request. The FBI will provide monthly rolling releases.

Duplicate copies of the same document were not processed.

Currently, you have a balance of $177.50 from payments you submitted in anticipation of duplication fees. As the FBI makes interim releases to you, it will subtract the duplication fees from this balance until this balance is exhausted.

EXHIBIT P(b)

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                     Date:   03/03/2005

To: Counterterrorism          Attn:  SSA _____     b6
                                     IOS _____     b7C
    Chicago                   Attn:  SA _____       b7D
    Springfield               Attn:  SA _____       b7E

From: Little Rock
      Sqd 6
      Contact: SA ARN _____

Approved By: _____

Drafted By: _____ am                               b6
                                                             b7C
Case ID #: 100-SI-50564  (Pending)
           266A-CG-119311-B   (Pending)

Title:  THE CREATIVITY MOVEMENT
        AKA; WORLD CHURCH OF THE CREATOR
        TERRORISM ENTERPRISE INVESTIGATION

        INFORMATION CONTAINED HEREIN IS FROM A WELL PLACED AND
    SENSITIVE SOURCE.   FURTHER DISSEMINATION OF THIS INFORMATION
        SHOULD BE AFFORDED APPROPRIATE PROTECTION TO AVOID
            DISCLOSING THE IDENTITY OF THIS SOURCE.

Synopsis:  Provide source reporting.

Enclosure(s):  Enclosed for receiving offices ___ and DTOU are two   b7D
copies each of a source FD-302.                                      b7E

Details:  For information, Little Rock is operating a source who
routinely gathers information on white supremacists _____
_____   Following the recent murders of Michael F. Lefkow and
Donna Humphrey, this source was contacted for information on
these murders.  Information provided by the source is reflected
in the enclosed self-explanatory FD-302.

2008-C6-123527 WING

To:  C  From: ⌐Little Rock⌐                                    b7D
Re:  100-SI-50564, 03/03/2005

LEAD(s):

Set Lead 1:  (Info)

    COUNTERTERRORISM

        AT WASHINGTON, DC

        Read and clear.

Set Lead 2:  (Info)

    CHICAGO

        AT CHICAGO, ILLINOIS

        Read and clear.

Set Lead 3:  (Info)

    SPRINGFIELD

        AT SPRINGFIELD, ILLINOIS

        Read and clear.

    INFORMATION CONTAINED HEREIN IS FROM A WELL PLACED AND
SENSITIVE SOURCE.  FURTHER DISSEMINATION OF THIS INFORMATION
    SHOULD BE AFFORDED APPROPRIATE PROTECTION TO AVOID
       DISCLOSING THE IDENTITY OF THIS SOURCE.

◆◆

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  ROUTINE                    Date:  03/11/2005

To:  Springfield                  Attn:  SA _____              b6
     Chicago                      Attn:  SA _____              b7C
     Counterterrorism             Attn:  _____                 b7D
                                         SSA _____             b7E
                                         IOS _____

From:  Little Rock
       Sqd 6
       Contact:  SA  ARN _____

Approved By: _____                                            b6
                                                              b7C
Drafted By: _____ arn                                        b7D
                                                              b7E

Case ID #:  100-SI-50564      (Pending)
            266A-CG-119311-B   (Pending)

Title:  THE CREATIVITY MOVEMENT
        AKA; WORLD CHURCH OF THE CREATOR
        TERRORISM ENTERPRISE INVESTIGATION

        INFORMATION CONTAINED HEREIN IS FROM A SENSITIVE
        AND RELIABLE SOURCE. FURTHER DISSEMINATION OF
        INFORMATION ENCLOSED AND CONTAINED IN THIS EC SHOULD
        BE AFFORDED APPROPRIATE PROTECTION TO AVOID
        DISCLOSING THE IDENTIFY OF THIS SOURCE.

Synopsis:  Provide source reporting relating to captioned
investigation.

Enclosure(s):  Enclosed for Springfield are two copies of two
source FD-302's.

Details:  For information, the Little Rock Field Office is      b6
operating a source who routinely gathers information on white   b7C
supremacist organizations including _____ is                  b7D
_____ public and
private comments have often supported the activities of Matt
Hale.

        Following the murders of Michael F. Lefkow and Donna
Humphrey, _____                           On March 9, 2005,
_____ source provided _____

To:   Chicago  From:  Springfield
Re:   266A-CG-123527, 03/11/2005

**LEAD(s):**

**Set Lead 1:   (Info)**

    <u>CHICAGO</u>

        AT CHICAGO, ILLINOIS

      Read and clear.

◆◆

2

FBI18cv841Lefk-316

To: Springfield From: Little Rock
Re: 100-SI-50564, 03/11/2005

b6
b7C
b7D

On March 4, 2005, individual advised

b6
b7C
b7D

Enclosed FD-302s for Springfield contain the above noted information.

2

FBI18cv841Lefk-3166

To: Springfield From: Little Rock                                     b7D
Re: 100-SI-50564, 03/11/2005

The FD-302's enclosed for Springfield contain
LEAD(s):

Set Lead 1: (Info)

    SPRINGFIELD

        AT ILLINOIS

        Read and clear.

Set Lead 2: (Action)

    CHICAGO

        AT CHICAGO, ILLINOIS

        Read and clear.

Set Lead 3: (Info)

    COUNTERTERRORISM

        AT WASHINGTON, DC

        Read and clear.

        INFORMATION CONTAINED HEREIN IS FROM A SENSITIVE
        AND RELIABLE SOURCE. FURTHER DISSEMINATION OF
        INFORMATION ENCLOSED AND CONTAINED IN THIS EC SHOULD
        BE AFFORDED APPROPRIATE PROTECTION TO AVOID
        DISCLOSING THE IDENTIY OF THIS SOURCE.

◆◆

3

FBI18cv841Lefk-3167

EXHIBIT P(01)

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                **Date:** 03/16/2005

**To:** Counterterrorism                    **Attn:** SSA                                     b6
                                                    IOS                                      b7C
                                                    SSA                                      b7D

| Albuquerque | **Attn:** | SSA | | Squad 3 |
| | | TFO | | Squad 3 |
| | **Attn:** | SSA | | Squad 3 |

Anchorage
Atlanta                        **Attn:** DT Supervisor
Baltimore                                  SA DLJ                      Squad 3
                               **Attn:** SSA
                                          SA
Birmingham                     **Attn:** SSA   DLM          Squad 8
                                          SRA   GWB          Squad 8
                                          TFO   NRM          Squad 8
                                          TFO   TM           Squad 8
                                          SSA                Squad 6
                                          SA                 Squad 6
Boston                         **Attn:** SSA
                                          SA    RA
                                          SSA          Springfield RA
                                          SA    JAT
                                          SSA
                                          SA
                                          SA
                                          SSA
                                          SA
                                          SSA

Buffalo                        **Attn:** SSA                Squad 9
                                          SA                 Squad 9
Charlotte                      **Attn:** SSA                Squad 10
                                          SA                 Squad 10
                                          TFO                Squad 1
                                          TFO         Squad 10
                                          SSA                Squad
                                          SA                 Squad 6
Cincinatti                     **Attn:**  Squad 6
                                          SA    CPS          Squad 6
Dallas                         **Attn:** SSA                DT Squad
                                          SA                 DT Squad
                                          SA
                                          DT Squad
Denver                         **Attn:** SSA                Squad 9
                                          SA                 Squad 9
                                          SSRA  RCH          Squad 8

2660-CG-122346-6 b

√2660-CG-123517-Right ____ FBI8cv841Lefk-338

154

| | | |
|---|---|---|
| | SSA | Squad 5 |
| | SA  MC | Squad 5 |
| **Detroit** | SA | |
| | Attn: SSA | |
| **El Paso** | SA | |
| | Attn: SSA | Squad 6 |
| | SA | |
| | Squad 6 | |
| **Indianapolis** | Attn: SSA | Squad 7 |
| | SA | Squad 7 |
| **Jackson** | Attn: SSA | |
| | SA | |
| **Jacksonville** | Attn: SSRA | |
| | RA/JTTF | |
| | SA | JTTF |
| | SA | JTTF |
| | TFO | JTTF |
| | SA | |
| | JTTF | |
| | SA | |
| | RA | |
| | SA | Squad 4 |
| **Kansas City** | Attn: SSA | Squad 6 |
| | SA  S50 | Squad 6 |
| **Knoxville** | Attn: SSA | |
| | SA | |
| **Las Vegas** | Attn: SSA | Squad 7 |
| | TF | Squad 7 |
| | TFA | Squad 7 |
| | Attn: SSA | Squad 5 |
| **Legat Ottawa** | SA | Squad 5 |
| | SA | III, |
| | Squad 5 | |
| | TFO | Squad 5 |
| **Little Rock** | SA | Squad 5 |
| | Attn: SSA | Squad 6 |
| **Los Angeles** | SA  ASU | Squad 6 |
| | Attn: SSA | |
| **Louisville** | SA | |
| | Attn: SSA | |
| | Squad 4 | |
| | SA  TJB | Squad 4 |
| **Memphis** | Attn: SSA | Squad 5 |
| | SA | Squad 5 |
| **Miami** | Attn: SSA | |
| | SA | |
| | SA | |
| | SA | |
| | SA | |
| | SA | |
| | SA | |
| | SA | |

b6
b7C
b7D
b7E

2

b6
b7C
b7D
b7E



3



b6
b7C
b7D
b7E

Seattle

Springfield

Tampa

Washington

Attn: SSA          Squad 9
      SA           Squad 9
      SA         Squad 9
Attn: SSA  EV
      SSA  RAS
      SA                    RA
      SA            Squad 8
      SA         Squad 8
      SA
      TFO
      SA          Squad 3
      SA
      SA  IWN    Squad 7
      SA          Squad 5
      SA          Squad 3
      SFO
      SA
      SFO
      SFO
      SFO
      SA
      SA
      SA
      SA
Attn: SSA
      SA
      SSA
      SA      RA
      SA
Attn: SSA
      SA

From:   Chicago

        Contact:  SA Sara A Lopez   ext.

Approved By:

Drafted By:   Sara A Lopez sal

Case ID #: 266A-CG-122346, (Pending) - 64
           266A-CG-123527, Sub Rightwing  (Pending) 154

Title:

        AOT/DT;

b6
b7C
b7E

b6
b7C

4

FBI18cv841Lefk-3321

BART ALLEN ROSS (DECEASED);
MICHAEL LEFKOW - VICTIM (DECEASED);
DONNA HUMPHREY - VICTIM (DECEASED);
AOT/DT; VIOLENT CRIMES;
KILLING OF FEDERAL OFFICIALS'S FAMILY;
JUDGE JOAN HUMPHREY LEFKOW'S FAMILY;

**Synopsis:**  A summation of the responses by receiving offices of
FBIHQ lead.

**Reference:**  266A-CG-119311, Sub B, Serial 4

**Details:**  On February 28, 2005, Judge Joan Humphrey Lefkow
arrived home and found her husband and mother, Michael Lefkow and
Donna Humphrey, fatally wounded in the residence.  Chicago Police
Department, FBI Chicago and the United States Marshals Service
formed a Command Post to conduct a joint investigation on the
homicides.

Although the crime occurred in Chicago, Illinois, the
investigation stemmed to all FBI Field Offices and several
Legats.  The information in this communication is a culmination
of responses to leads from FBIHQ and Command Post.

The Albuquerque Division contacted logical sources, but
was unable to provide a positive response regarding involvement
of any ties between white supremacists operating in their
Division and the Lefkow homicides.

Anchorage Division provided source information
[from David Pringle and/or Anchorage Activist]

[rightwing-3 to -14]

b6
b7C
b7D

The source also

b6
b7C
b7D

5

FBI18cv841Lefk-3322

To: Albuquerque  From: Chicago
Re: 266A-CG-122346, 03/16/2005

b6
b7C
b7D

[Atlanta] Division sources provided no positive    —137
information.

[Baltimore] Division provided information on the
following persons:

Name:
Address:        [rightwing-210]

                [rightwing-217, -218]

DOB:
Affiliation:

Name:
DOB:
SSN:
Affiliation:

[Baltimore] advised that

b6
b7C
b7D

[Birmingham Squad]  located and interviewed,

Name:
Address:        [rightwing-20]
                    [-14]

DOB:
SSN:
Affiliation:

b6
b7C

is a white supremacist who
                                    During an interview
of            he advised that he was
                        While residing in
                                        was the
                        advised that the
and WCOTC members were acquainted and at times held meetings
together.                        in 2003 and never witnessed or had
knowledge of any violence while

6

FBI18cv841Lefk-3323

To:   Albuquerque      om:   Chicago
Re:   266A-CG-12234 ,   03/16/2005

Boston, Division interviewed the following:

Name:
Address:

DOB:
Telephone number:
Affiliation:

[rightwing-155]
[rightwing-22?]
[rightwing-144, -145,
     -146, -147]

b6
b7C
b7D

Name:
Address:

DOB:
SSN:
Affiliation:

[rightwing-107]

b6
b7C

is employed with

has not participated

with the WCOTC since the

Name:
Address:

Cell telephone:
DOB:
SSN:
Affiliation:

[rightwing-108]

b6
b7C

Boston Division interviewed                    who was
at one time involved with          but left the WCOTC
after their relationship ended.          has had no contact
with the WCOTC or any similar organization.

b6
b7C

7

FBI18cv841Lefk-3324

To:  Albuquerque  om:  Chicago
Re:  266A-CG-12234  03/16/2005

Name:                    [rightwing-211]                                          b6
                                                                                  b7C
Address:                                                                          b7D

DOB:
Cell telephone:
Maine DL #:
Affiliation:

                                                                                  b6
                        was uncooperative with interviewing agents and          b7C
provided one or two word responses to the questions asked by                      b7D
interviewing agents.

Name:                    [rightwing-135,
Address:                  -136]

DOB:
SSN:
Telephone number
Affiliation:

                        Buffalo Division attempted to locate source              b6
information, but had not obtain positive information.                            b7C
                                                                                  b7D

                        Charlotte Division located and interviewed,

Name:
Address:

DOB:
Affiliation:

                        is currently employed as                                 b6
                                                                                  b7C
                                                                                  b7D

                        Charlotte also has a source
                        [rightwing -164, -165, -25]

8

FBI18cv841Lefk-3325

To: Albuquerque   Sm:  Chicago
Re:  266A-CG-12234  ,  03/16/2005

Cincinnati Division queried sources and did not have
any positive intelligence regarding the homicides or the white
supremacy movement.                                                     - 118   b6
                                                                                 b7C
                                                                                 b7D

Cincinnati                 RA, had a Cooperating Witness who

[rightwing-27 squad 6 agent cps]

Dallas Division responded to Command Post leads and          - 375.376  b6
FBIHQ leads.  Special Agents interviewed two subjects at the  - 377     b7C
request of the Command Post and both individuals were described         b7D
as being nervous.

Denver Division received a letter from

in
the letter                    alleged that Hale and other white
supremacists are forging an alliance in conjunction with
                                        identified        as a
prolific letter writer who has written numerous letters to
public officials asserting knowledge of major crimes, including

[rightwing-26]

Denver Division also identified the following:                          b6
                                                                        b7C
   Name:                                                                b7D
                              [rightwing-117]                           b7E
   Address:

   DOB:
   SSN:
   Colorado DL #:

Denver Division, Squad 5, advised the opening of a

advised during a

FBI18cv841Lefk-3326

To:  Albuquerque    m:  Chicago
Re:  266A-CG-12234,  03/16/2005

b6
b7C
b7D

[TATTOO PX]    RA, identified                    last
known address at [rightwing-27 ]
SA            requested            Division to locate and
interview

Detroit Division        RA, conducted background
information on

Name:
Michigan License:      [rightwing-747, -748]
Employed:              [rightwing-775, -776]

Affiliation:

b6
b7C

                                              was
interviewed and provided a credible alibi for
whereabouts on February 28, 2005.              have a

El Paso Division  Squad 6, reported not having any key
Creativity Movement individuals within its territory.

b6
b7C

            Division  Squad 7, contacted the following:

Name:
Address:               [rightwing-6]

DOB:
SSN:
Telephone number

Name:                  [rightwing-6]
DOB:
SSN:

                communicates his opinions of Judge Lefkow and
other related topics in an internet "chatroom" frequented by
WCOTC followers.  This internet chatroom is called
                        on-line moniker is          .  The
extent of    's association with Matt Hale and his knowledge of
the Lefkow murder plans are currently unknown.    was and may
still be

b6
b7C
b7E

                                                    on
                        of the Creativity Movement.

10

b6
b7C
b7D

Indianapolis Division interviewed the following:

Name:              FNU West
DOB:
SSN:                  [rightwing-220, -16]
Affiliation:       None

As a result of a rapid start lead, West was interviewed at _____ admitted to be an "equal opportunity hater" advising that he had black friends in _____ Illinois. _____ West is not familiar with the World Church of the Creator and only knows of Hale from television interviews.

Name:              [rightwing-157, -158, -159]
Address:

b6
b7C
b7D

Indianapolis Division, _____ RA, identified

Indianapolis Division _____ RA, also interviewed _____ requested to speak with law enforcement regarding information he had on the Lefkow homicides.

b6
b7C
b7D

[rightwing-348]

Indianapolis _____ RA, received a telephone call from a _____ with potential positive information.

[rightwing-214, -215]

11

FBI18cv841Lefk-3320

To:   Albuquerque      From:   Chicago
Re:   266A-CG-12234        03/16/2005

b6
b7C
b7D

[Jackson] Division indicated that there was no positive
source information regarding the homicides.                          -S

[Jacksonville] Division interviewed

Name:
Address:                  [rightwing-17, -18]

DOB:
SSN:
Telephone number:
Spouse:
Cell number:
Affiliation:

[blank box] advised interviewing agents that he is

b6
b7C
b7D

[Jacksonville] attempted to locate [blank] Coolidge in
their Division and learned he has moved to [blank]

b6
b7C
b7D

[Jacksonville] located and interviewed the following:

Name:                     FNU Piazza
Address:
                              [rightwing-30]
DOB:
SSN:
Cell phone:
Affiliation:

12

FBI18cv841Lefk-3329

b6
b7C
b7D

Name:
DOB:
SSN:
Affiliation:         [rightwing-31]

         None

b6
b7C
b7D

Name:
DOB:
SSN:
Affiliation:         [rightwing-32]

         Unknown

Kansas City Springfield RA located and interviewed

Name:
Address:         [rightwing-28, -29, -35]
         Springfield, MO
DOB:
SSN:
Telephone number:
Affiliation:         Creativity Movement

b6
b7C
b7D

_____ advised interviewing agents that he was "not impressed" with Hale. _____ described Hale as not very friendly and appeared to have little common sense. Springfield RA opened a new investigation ... [rightwing-35] on March 21, 2005 ...

Las Vegas Division reported negative results in attempting to query sources regarding the Lefkow homicides.

b6
b7C
b7D
-150

Little Rock Division, Squad 6, provided source information that _____

-67.68

Billy Roper also named _____ as a Matthew Hale supporter. Roper and was interviewed by several media outlets for comments on the Lefkow murders.

13

To: Albuquerque From: Chicago
Re: 266A-CG-122346, 03/16/2005

_____ Squad 7, attempted to locate _____  b6
_____ but was unsuccessful.                                            b7C
                                                                                    b7D

_____ Los Angeles _____ Squad _____ located _____ at
_____ advised        -86,87
interviewing agents, "he would not shed a tear if American law
enforcement was killed" and would never cooperate with American
law enforcement._____ also indicated that he has an intense
hatred of the FBI.

_____ Los Angeles _____ was diligent in determining a        -355,-356,-357,-358
blackberry message written to the Superintendent of the Chicago   -359
Police. The message identified the alleged person who ordered
the killing of Judge Lefkow's family and advised Superintendent
Cline to contact a Detective _____, SA [MIB] SSA _____
others responded immediately and determined the message was       b6
probably sent by _____             b7C
                                                                   b7D
                                                                   b7E

_____ Los Angeles Squad _____ was tasked to locate and interview
_____

          Name:                 April Gaede aka
          Address:
                                [rightwing-400,-401,-402]
          DOB:                  [rightwing-724, -725]
          SSN:
          Affiliation:          Unknown

_____ Los Angeles _____ requested the [Sacramento] Division to locate
and interview [Gaede]

_____ [Sacramento] Squad 3, located and interviewed
          Name:                 April Gaede
          Address:
                                [rightwing-400, -401, -402]
          DOB:
          Telephone #:                                            b6
          Affiliation:                                            b7C
                                                                   b7D

_____
_____
_____

          _____ queried their sources with negative    -125,-126,-127
8 results.

14

To:   Albuquerque  From:  Chicago
Re:   266A-CG-122346,  03/16/2005

[            ] Division also queried their sources with
negative results.                                                    b6
                                                                     b7C
          The Springfield Division reported a plethora of            b7D
information to the Chicago Division.  The following is a brief
glimpse of the information provided by Springfield.

          Names:                [rightwing-104]
          Address:

          DOB:
          SSN:
          Vehicle:

          Affiliation:

[      ] describes himself as a "separatist" not a "supremacist".    b6
[                              ] but does not consider himself a     b7C
member.                                                              b7D

          Name:                 [rightwing-69]
          Address:

          DOB:
          Telephone number:
          Affiliation:
[            ] met Matt Hale at [              ] Illinois
when Hale was a student at Southern Illinois University-
[              ] advised interviewing agents that he never
attended WOCTC gatherings and does not know anyone who is
associated with the WCOTC other than Hale.  FBI Chicago recalls
that[                                                    ]
Hale.

          Name:             [rightwing-70? -77?]               b6
          Address:                                             b7C
                                                               b7D
          DOB:
          SSN:
          Telephone number:
          Affiliation:
[      ] attended WCOTC public meetings held in Illinois
by Hale.[                                                ]
0[                                                  ]

                              15

FBI18cv841Lefk-3332

To: Albuquerque  From: Chicago
Re: 266A-CG-122346, 03/16/2005

b6
b7C
b7D

Name:
Address:         [rightwing-69?]
DOB:                                        Illinois
SSN:
Telephone number:
Affiliation:

b6
b7C

and is currently
_____ Illinois.

Name:
Address:         [rightwing-73?]

DOB:
SSN:
Affiliation:      Unknown

Springfield Division, _____ RA, interviewed Russell
Hale, father of Matthew Hale. The interview occurred at his
residence, _____ IL. _____ provided no positive information
on the murders, but it was learned that _____
_____ also advised interviewing agents
that "I wouldn't have let him live with me if I didn't believe in
what he said."

b6
b7C

          Springfield Division, _____ RA, also had the
opportunity to interview _____
who provided no positive information.

Name:
Address:         [rightwing-90? -96?]
DOB:                                        Illinois
Affiliation:

b6
b7C
b7D

Illinois.

16

To:  Albuquerque  From: Chicago
Re:  266A-CG-122346,  03/16/2005

Louisville Division did not have any positive source
information concerning WCOTC members or their activities.

      b6
      b7C

Memphis, Squad 5/JTTF, located and interviewed

Name:
Address:

      [rightwing-89, -91, -98]

DOB:
SSN:
Affiliation:        None admitted

      b6
      b7C

contends that he has never been a member of
any militia organization or white supremist group.
admitted to

mentions
that certain judicial rulings were a threat to our Republic and
Constitution.

commented during his interview that he

has
numerous personal weapons located in his apartment.

Miami Squad T-6, provided information on the
following:

      b6
      b7C

Name:
Address:

      [rightwing-114]

DOB:
Telephone number:
Affiliation:        Creativity Movement (last known)

has been associated with the World Church
of the Creator (WCOTC).  Witnesses describe        as being
                                        According to        records,
        was
and shows no return.

Name:
DOB:

      b6
      b7C
      b7D

17

To:  Albuquerque  From:  Chicago
Re:  266A-CG-122346,  03/16/2005

b6
b7C
b7D

[Milwaukee] Squad 10/JTTF, located and interviewed
World Church of the Creator (WCOTC) member

Name:
Address:                    [rightwing-719]

Affiliation:

Name:                       [rightwing-720]
Address:

DOB:
Affiliation:                Unknown

Name:
DOB:                        [rightwing-721]
SSN:
Incarcerated:

Affiliation:

All three individuals refused to talk with agents.

Milwaukee          RA, located and interviewed

b6
b7C
b7D

[rightwing-151, -152]

[Minneapolis] Squad 4, located and interviewed Jeff
Schoep                          regarding their
involvement in the white supremacist movement.

Name:              Jeffrey Schoep
Address:              [rightwing-264]

DOB:
Affiliation:        National Socialist Movmeent

b6
b7C

Chicago when
Matthew Hale was arrested.                    Hale, but
does not consider himself a close associate. Schoep considers
the NSM to be a political organization and the World Church of
the Creator (WCOTC) as a religious organization.

18

FBI18cv841Lefk-3335

To:   Albuquerque  From:  Chicago
Re:   266A-CG-122346,  03/16/2005

Name:                                                                    b6
Address:              [rightwing-261, -324, -325,                        b7C
DOB:                      -349, -350]
Affiliation:         Unknown

_____ has been a member of the World
Church of the Creator (WCOTC) and has known Matthew Hale for the
past two to three years. _____ has met Hale several times at


     Minneapolis  Squad 4, identified _____ as having          b6
being associated _____ in            b7C

     [rightwing-324, -325]


     Mobile  Division reviewed the list of key                    2uA2JD4-72
members/figureheads within the World Church of the Creator and
determined there were no logical leads in their Division.

     Newark .  Squad 8, RA located and interviewed two

Name:                Harold Charles Turner                          b6
Address:                                                            b7C
                         [rightwing-89]                             b7D
Telephone number:
Affiliation:


     Name:                Robert Campbell
     Address:

     Telephone number:
     Affiliation:


_____ Division canvassed all logical sources and did       b6
not have any positive intelligence regarding the deaths of Judge  b7C
Lefkow's family members or the white supremacy movement.

19

To:  Albuquerque  From:  Chicago
Re:  266A-CG-122346,  03/16/2005

Omaha, Squad 4, [          ] RA, located and interviewed
Rudy Stanko

b6
b7C
b7D

Names:
Address:

DOB:
Telephone numbers:
Cellular:
Affiliation:

Rudy Stanko

[rightwing-79, -80, -81]
[rightwing-205]

Omaha, Squad 5/JTTF, queried sources concerning the
World Church of the Creator and/or the white supremacy movement
being responsible for the deaths of Judge Lefkow's family
members.  No positive intelligence or information was discovered.

b6
b7C

Omaha Division is following up on an unsubstantiated
report regarding [                        ]
[                ] may have information regarding the Lefkow investigation.

Philadelphia Office York RA, located and interviewed
Michael Wayne Cook.

b6
b7C

Name:
Address:

DOB:
SSN:
Telephone number:
Affiliaton:

Michael Wayne Cook

[                                      ] with Matthew Hale.
However, Cook still considers himself to be a "creator" and

Phoenix Division canvassed logical sources for any
information pertaining to the World Church of the Creator and/or
the white supremacy movement being responsible for the deaths of
Judge Lefkow's family members.  No positive results were obtained
by the Phoenix Division.

b6
b7C
b7D

Pittsburgh Squad 9/JTTF, provided source information
[rightwing-66]

20

FBI18cv841Lefk-3337

To:   Albuquerque   From:   Chicago
Re:   266A-CG-122346,   03/16/2005

Name:
Address:                    [rightwing-172]

Affiliation:

b6
b7C
b7D

Name:
DOB:                        [rightwing-   ]
Address:
Affiliation:

b6
b7C
b7D

Kansas City STJ0 RA, located and interviewed

b6
b7C
b7D

Name:
Address:                    [rightwing-360, -361,
DOB:                          -362, -363]
SSN:
Telephone number:
Affiliation:                None

21

FBI18cv841Lefk-3338

To:  Albuquerque  From:  Chicago
Re:  266A-CG-122346,  03/16/2005

b6
b7C
b7D

_____ Division canvassed all logical sources and did
not have any positive intelligence regarding the deaths of Judge
Lefkow's family members or the white supremacy movement.

_____ Squad 5/JTTF, interviewed the following
individuals:

  Name:
  Address:

  DOB:
  Affiliation:  None

b3
b6
b7C
b7D

  Name:
  Address:

  DOB:
  SSN:
  Telephone number:
  Affiliation:

b6
b7C

Matthew Hale

Approximately

  Name:
  Address:

  Date of Birth:
  SSN:
  Telephone number:
  Affiliation:

b6
b7C

_____ was a former committee member of the
World Church of the Creator (WCOTC).  The committee voted Matthew
Hale out as WCOTC leader, but Hale refused to vacate his
position.  Subsequently,

22

FBI18cv841Lefk-3339

To:  Albuquerque  From:  Chicago
Re:  266A-CG-122346,  03/16/2005

has  b6
not had any recent contact with Matthew Hale.  b7C

Name:
Address:

DOB:
Affiliation:        Unknown

claims to be a Christian and does not
associate with any WCOTC member.

Name:  b6
Address:  b7C

DOB:
SSN:
Affiliation:            unknown
members since                    has had no contact with WCOTC

Name:
DOB:            [rightwing-121?]
Incarcerated:

Affiliation:

has had several close  b6
associates and friends who were members of the World Church of  b7C
the Creator (WCOTC).

Name:
Address:

DOB:
SSN:
Cellular number:
Affiliation:        Unknown/former WCOTC associate
was associated with the World Church
of the Creator (WCOTC).            last contact with anyone
associated with the WCOTC was in or about            The last time
spoke to Matthew Hale was in or about

New Orleans  Division canvassed logical sources for any  b6
information pertaining to the World Church of the Creator and/or  b7C
the white supremacy movement being responsible for the deaths of

23

To:  Albuquerque   From:  Chicago
Re:  266A-CG-122346,  03/16/2005

Judge Lefkow's family members.  No positive results were obtained
by

         Salt Lake City  INJTTF, located and interviewed
regarding his association with Matthew Hale.
refused to talk or provide any information.

         Salt Lake City  INJTTF, reported on
regarding their involvement in the
white supremacist movement.

Name:
Address:        [rightwing-550, -727, -730]

DOB:
SSN:
Affiliation:        Former Creativity Movement member

has been out of the Creativity Movement
left the Creativity Movement because the
of World
Church of the Creator        Members of the Creativity Movement
blamed

Name:
Address:        [rightwing-550, -728, -730]

DOB:
SSN:
Telephone number:
Affiliation:        None

24

b6
b7C

b6
b7C

b6
b7C
b7D

To:  Albuquerque  From:  Chicago
Re:  266A-CG-122346,  03/16/2005

Name:
Address:                          [rightwing-729, -730]                          b6
                                                                                  b7C

DOB:
SSN:
Affilation:

___San Diego___ 18/_____ Resident Agency, interviewed       .9495
                'Crow was
_____ Chapter.  Members of
this chapter would occasionally receive newsletters from Matthew
Hale, but no WCOTC[_____]members, to include Crow, had any
personal dealings or affiliations with Hale.

[_____] Squad 6, interviewed Alexander James Curtis      b6
and George Mitchell Hoover regarding their involvement in the      b7C
white supremacist movement.

     Name:               Alexander James Curtis
     Address:
                         [Canada]
     DOB:
     Telephone number:
     Affiliation:        None

_____ During this period, Curtis
e-mailed Matthew Hale and other members of the World Church of
the Creator (WCOTC)[_____.  Curtis] reportedly never met
any WCOTC members including Matthew Hale.  One of the conditions
of Curtis' probation is that he not have contact with any white
supremacists, specifically Matthew Hale and the WCOTC.

     Name:               George Mitchell Hoover               b6
     Address:                                                 b7C
                         [Canada]
     DOB:
     Telephone number:
     Affiliation:        None/Unknown

_____associated
with this group for approximately[_____]was a
_____

25

FBI18cv841Lefk-3342

To:   Albuquerque   From:   Chicago
Re:   266A-CG-122346,   03/16/2005

has never been associated with the
World Church of the Creator. Hoover hates the government and is

b6
b7C

Oklahoma City Division did not have any positive
intelligence regarding the homicides or the white supremacy
movement.

-7b

Division did not have positive information
tying the white supremacists operating in their Division to the
Lefkow homicides.

-83

Squad 7, interviewed

b6
b7C

Name:
Address:

DOB:
SSN:
Telephone number:

joined
attended a meeting in
other
white supremacist groups were present.              felt the
attendees were more of a radical nature and had disassociated
himself from them.              is not a member or the World Church
of the Creator (WCOTC) and has never met Matthew Hale.
is sympathetic to Hale's right to freely express his religious
beliefs.                                   to Hale's father
to support Hale's defense fund.  The only contact          had
with Hale has been the exchange of a Christmas card and letter.

Washington Field Division, Squad DT1/JTTF, reported on

b6
b7C

Name:
Address:

DOB:
SSN:
Telephone number:
Cellular number:
Affiliation:

-102  (DT8)
-103

is a member of the World Church of the Creator
(WCOTC) and has regular contact with WCOTC members across the
United States.              has expressed his desire to be a WCOTC

b6
b7C

26

FBI18cv841Lefk-3343

To:   Albuquerque   From:   Chicago
Re:   266A-CG-122346,   03/16/2005

leader.

b6
b7C

The following is Chicago's pending investigation on the Creativity Movement:

b6
b7C
b7E

Name                          Date of Birth

As a result of Hale's arrest, conviction and sentenced of 40 years, the former WCOTC, now known as the Creativity Movement, is in a quandary of who will succeed Hale as the Pontifex Maximus.  Hale's appointment of interim handlers of the organization have failed and the organization continues to weaken under Hale's oversight.

b6
b7C

27

FBI18cv841Lefk-3344

To: Albuquerque   From: Chicago
Re: 266A-CG-122346, 03/16/2005

This Domestic Terrorism investigation focuses on the
Creativity Movement, Peoria Chapter.  Chicago has identified a          b6
dominate presence in Peoria, Illinois, of individuals who are           b7C
members or associates of the Creativity Movement.  The Peoria
Chapter is ☐
☐ residence is utilized by ☐
creators and other white loyalists as a safe location.  The
residence provides ☐ creators a private location to
gather and discuss the furtherance of their goals, concerning
social and political agenda on the promotion of white supremacy.

☐ has cultivated another Cooperating Witness (CW)         b7D
who is in a position to report on decisions made by persons who
are interested in furthering the Creativity Movement's role in
the white supremacist movement. ☐ 's CW has been and will
continue to provide information on the Creativity Movement and
other white supremacist organizations operating throughout the
United States.

During the Lefkow homicides investigation, which
involved interviews of the Peoria Chapter creators, it was          b6
learned of other persons residing in the Chicago Division who are    b7C
involved in the Creativity Movement, but who have not been fully
identified.

Chicago appreciates all the assistance provided by
receiving offices during both the Matthew Hale investigation and
the Lefkow homicide investigation.

28

FBI18cv841Lefk-3345

To:   Albuquerque   From:  Chicago
Re:   266A—CG—122346,  03/16/2005

**LEAD(s):**

**Set Lead 1:   (Info)**

ALL RECEIVING OFFICES

      Read, clear and thank you all for taking time from your
investigations to assist Chicago.

◊◊

29

FBI18cv841Lefk-3348

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                          Date:  03/01/2005

To: Indianapolis                     Attn:  SRA _____          b6
                                                      RA             b7C
                                                                     b7E

From:  Chicago
       Sq.
       Contact:  SA _____

Approved By:  _____

Drafted By:   RJK _____  rjk                                   b6
                                                                     b7C
Case ID #: 266A-CG-119311-B-8 (Pending)

Title:  MATTHEW F. HALE;
        WORLD CHURCH OF THE CREATOR, aka
        CHURCH OF THE CREATOR;
        AOT-DT

### ARMED AND DANGEROUS

Synopsis:  Interview _____ regarding his whereabouts on     b6
February 28, 2005.                                                      b7C

Administrative:  Interview packet previously faxed to FBI
Indianapolis _____ RA.

Details:  For information of FBI Indianapolis on February 28,
2005, United States District Court, Judge Joan Humphrey Lefkow,
Northern District of Illinois, returned to her Chicago residence,
52   N Lakewood Drive Chicago, IL, between the hours of 6:00
p.m. and 6:30 p.m., to find the house dark, with no lights on.
As she entered the bottom level of the house she came upon blood
in the hallway and splattered on the hallway walls.  In a room on
the bottom level she found her husband, Michael Lefkow, and her
mother, Donna Humphrey, on the floor and apparently bleeding from
their hear area.  Michael Lefkow was a respected attorney who was
in private practice.  Donna Humphrey lived with the Lefkows and
their children.  Judge Lefkow immediately contacted the Chicago
Fire Department (CFD) and Chicago Police Department (CPD) for
assistance.

By Way of Background:

        Specific threats of the solicitation to murder Judge
Lefkow resulted in the opening of 266A-CG-119311, "MATTHEW F.
HALE; WORLD CHURCH OF THE CREATOR (WCOTC); DOMESTIC

266A-CG-123527-Rapid    FBI18ev82ldejk-2779

To: Indianapolis   From:  Chicago                                         b6
Re:  266A-CG-119311, 03/01/2005                                          b7C


SECURITY/TERRORISM; AOT-DT VIOLENT CRIMES-PREDICATED OFFENSE.
The Hale investigation was predicated on Cooperating Witness (CW)
information that                                                          b7D

        In FY 2002, the Chicago's JTTF continued to work with
FBI, Springfield Division, on a pending Terrorism Enterprise
Investigation (TEI) concerning subject, Matthew F. Hale, leader
of the East Peoria, Illinois, based White Supremacist
Organization known as the World Church of the Creator (WCOTC).

        Hale and the WCOTC advocate white racial superiority
over racial and religious minorities.  In July, 1991, Hale and
the WCOTC received national attention when Benjamin N. Smith, a
WCOTC member, went on a two state shooting spree targeting racial
and religious minorities.  Smith shot thirty-two persons to
include children, injuring nine and fatally wounding two persons
(MATTHEW F. HALE; BENJAMIN SMITH - DECEASED; 266A-CG-110397).

        Hale was battling a civil lawsuit filed in Federal
Court, Northern District of Illinois, of which the Honorable Joan
Humphrey Lefkow was presiding.  The civil matter pertained to a
trademark lawsuit brought by the Oregon based TE-TA-MA Truth
Foundation of the URI Incorporated-vs-World Church of the
Creator.  Investigation in 2002 Fiscal Year determined Hale was
preoccupied with the potential rulings against the WCOTC and
blamed the government and members of the non-white race.

        In FY 2003, source information resulted in a criminal
investigation Act Of Terrorism-DOMTERR (266A), against Hale and
the WCOTC.  During the course of the investigation Hale tasked
several members of the WCOTC to determine the home address of
Judge Lefkow.  Also revealed during the investigation was Hale's
and other WCOTC members research and publication on websites of
Judge Lefkow's family members, to include her husband, Michael
Lefkow.  An individual succeeded in finding information regarding
the Judge's residence and provided it to Hale on the evening of
12/30/2002.  This was determined through                                 b3
                                                                         b7D
                                                                         b7E
Judge's residence in anticipation of further action directed
toward the Judge.  Eventually,
                              Chicago arrested Hale on
01/08/2002, en route to his scheduled hearing with Judge Lefkow
(regarding civil matter she presided over in the Northern
District of Illinois.

        Hale was indicted on 01/07/2003.  Hale remains
incarcerated at the Federal Metropolitan Correctional Center

                              2

FBI18cv841Lefk-2780

To: Indianapolis  From: Chicago
Re: 266A-CG-119311, 03/01/2005

(MCC) in Chicago after his 01/08/2003, arrest for Solicitation to
Murder a Federal Judge.  Two superceding indictments were
obtained charging, obtaining of justice [        ]                          b6
[                                                ]                          b7C
[                                          ]corruptly
influencing, obstructing, and impeding the due administration of
justice (by transmitting via U.S. mail, in connection with a
pending civil case before Judge Lefkow).  In 2004, Hale was
convicted of the Solicitation of Murder and both Obstruction
charges.  For the last year the case has in the appeal process of
which Hale has lost all his appeals.  Sentencing is scheduled for
April, 2005.

        Hale still has many followers and members of the group
may be prone to commit violent acts in retaliation for Hale's
incarceration, much like Benjamin Smith did after Hale was denied
a law license in Illinois.

Recent Developments:

        Michael Lefkow and Donna Humphrey were both shot twice
with a .22 caliber round.  It is believed the rounds were fired
from a Rome 22 short model.  Additionally, a white male, possibly
in his 50s, was observed in the gangway around 1:30 p.m. at the
Lefkow residence.

        A red Ford Escort or red Ford Focus was observed in the
morning across the street from the Lefkow residence occupied by
two white males.  The car had front fender damage and the hood
was dislodged.

        On March 1, 2005, Chicago Police Department and FBI
Chicago started to interview members of the WCOTC in the Chicago
area.  One of those members is [              ]who lives at[        ]       b6
[                                        ]date of birth is                  b7C
[                                                ]

3

FBI18cv841Lefk-2781

To: Indianapolis   From: Chicago
Re:  266A-CG-119311, 03/01/2005

b6
b7C

LEAD(s):

Set Lead 1:   (Action)

    INDIANAPOLIS

        AT [            ], INDIANA

b6
b7C

        It is respectfully requested that [            ] date of
birth:[            ] be
interviewed regarding his whereabouts on February 28, 2005 and
any knowledge about the murder of Judge Lefkow's husband, Michael
Lefkow, and her mother, Donna Humphrey.  It should be noted that
[                                                                ]

ARMED AND DANGEROUS

4

FBI18cv841Lefk-2782

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY        **Date:** 03/06/2005

**To:** .Chicago

**From:** Chicago
       Squad
       **Contact:** IA Michael Haus ext       b6 b7 b7

**Approved By:**

**Drafted By:** Michael Haus mah

**Case ID #:** 266A-CG-119311 SUB B (Pending)

**Title:** MATTHEW F. HALE;
       WORLD CHURCH OF THE CREATOR;
       AKA CHURCH OF THE CREATOR;
       AOT-DT

**Synopsis:** Results of **Rapid Start Lead 1194**, i.e., review of correspondence of captioned individual to      b3
DOB     address        b6
Illinois.        b7

**Details:** On 03/04/2005 and 03/05/2005 writer was assisted by TFO
     TFO     TFO     IA

     Following a review of        b3 b6 b7
Chicago, Illinois, contained in 266A-CG-119311 Sub A it
was determined       contained in 266A-
CG-119311 Sub A
       This review resulted in a
     266A-CG-119311

     Regarding the aforementioned      which    b3 b6
were not located in 266A-CG-119311 Sub A.       b7

065MAH01.EC        b7

To:    Chicago   From.   Chicago
Re:    266A-CG-119311 SUB B, 03/06/2005

       A copy of this communication was faxed to the Lefkow
Command Post at the Chicago Police Department's Third District on
03/06/2005.

♦♦

2

FBI18cv841Lefk-24(

FD-302 (Rev. 10-6-95)

-1-

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   03/15/2005

GOOGLE, INC., telephone                  b6
number [                    ] was contacted telephonically for an      b7C
interview.  After being advised of the identity of the interviewing
Agent, [        ] provided the following information:

[        ] knew of no way GOOGLE could provide information to      b6
identify individuals conducting a GOOGLE search of a specific         b7C
address or specific names.  [        ] described GOOGLE searches as
sometimes erratic and considered it highly unlikely that any record
could be retrieved which would identify the requestor of such name
and address information.

[        ] stated that individual web sites can be blocked by      b6
the Webmaster of the respective site to prevent the site from being    b7C
downloaded into GOOGLE.  A Webmaster can also choose to allow a
home page to be captured in GOOGLE, yet block any pages beneath the
home page.  [        ] knew of no way that the FBI could conduct a search
to identify web pages that contained names, addresses, and personal
information of government officials other than through the standard
GOOGLE search.

[        ] believed that GOOGLE may have cached copies of a web      b6
page even after a website was shut down.  [        ] could not comment on     b7C
the length of time a cached page would remain in GOOGLE as that is
proprietary information.

---

Investigation on   03/04/05   at   Chicago, Illinois       (telephonically)

File #  266A-CG-123527-302-     [   ]

Date dictated   03/04/05

by   SA [                    ] :tml                                      b6
                                                                        b7C

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FBI18cv841Lefk-1195   [        ]

<u>EXHIBIT P(h)</u>

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                    Date:  03/04/2005          b6
                                                                    b7C
To:  Counterterrorism              Attn:  WMD [        ]             b7E
                                          SSA [        ]

     Chicago
     Springfield

From: [        ]
     Squad 7/JTTF
     Contact:  SA [                              ]

Approved By: [                    ]

Drafted By: [              ]  jds (053js01)                          b6
                                                                    b7C

Case ID #: 100-SI-50564   (Pending) - 1572
           266A-CG-119311-B   (Pending) - 49
           66F-HQ-C1384970 - 17202

Title:  THE CREATIVITY MOVEMENT
        AKA; WORLD CHURCH OF THE CREATOR
        TERRORISM ENTERPRISE INVESTIGATION
        OO: SPRINGFIELD

Synopsis:  The purpose of <u>this communication is to advise
recipient</u>s of actions of [                ]                     b6
[              ] to respond to leads regarding the homicides of the  b7C
spouse and mother of Federal Judge Joan Humphrey Lefkow on
2/28/2005.

Reference: 100-SI-50564 Serial 1544

Details: The following investigation was conducted in response to
referenced EC:

Lead 1

        None of the key members/figureheads within the World
Church of the Creator (WCOTC) listed in referenced EC, were
identified as living within [   ] Division's AOR. [    ] Division
uncovered no additional information that these individuals are
currently located within its AOR.

Lead 2

        Chicago Field Office notified [          ] that [        ]   b6
[          ] dob [      ] SSAN [      ] was a                         b7C
person of interest. On 3/2/2005 [    ] Division SAs located [    ] at
his home, [                        ]                         home
telephone [                    ] and attempted to interview him.

266A-CG-123527

SUB RIGHTWING

To: Counterterrorism From:
Re: 100-SI-50564, 03/04/2005

b6
b7C

advised the SAs that he was not willing to talk to the SAs and would not open the door to the home.

Additional investigation regarding [        ] disclosed that he had previously resided at [        ] [        ] County Library [        ] website identified [        ] as a site of WCOTC activity.

b6
b7C

Online research also disclosed [        ] web site. The [        ] article revealed that [        ] WCOTC website, prior to the murder. The URL for the website is [        ]

Information concerning local hate groups, found on the [        ] County Library [        ] website, has shown that [        ] frequently communicates his opinions of Judge Lefkow and other related topics in an internet "chat room" frequented by WCOTC followers. This internet chat room is called [        ] on-line moniker is [        ] The extent of [        ] association with WCOTC leader Matt Hale and his knowledge of the Lefkow murder plans are currently unknown. [        ] was and may still be [        ]

b6
b7C

On 3/4/2005, [        ] Division SAs interviewed [        ] [        ] dob [        ] SSAN [        ] regarding [        ] provided no further actionable information regarding [        ] the WCOTC, or the murders. [        ] advised that [        ] returned to [        ] from [        ]

b6
b7C

A JTTF-Pacific TSA Agent queried recent travel history and did not identify [        ] as having left [        ] or returning to [        ] within close proximity to the 2/28/2005 murders.

[        ] Division plans to open an investigation on [        ] based on his documented white supremacist views, his posting of the Lefkow family pictures on the website prior to the murder, and his ongoing chat room conversations regarding the murders and other anti-Jewish views. Purpose of the investigation will be to further document [        ] associations with the WCOTC, his knowledge/possible participation and/or advanced knowledge of the murders, and any further violent acts which he may be planning.

b6
b7C

2

FBI18cv841Lefk-3878

To:   Counterterrⁱsm   sm   From: ☐

Re:   100-SI-50564, 03/04/2005

b6
b7C

Lead 3

All ☐ Division Agents were queried regarding any sources which report on WCOTC, with negative results.

Lead 4

EC forwarded to Counterterrorism, Chicago, and Springfield.

3

FBI18cv841Lefk-3879

To: Counterterrorism   From:
Re: 100-SI-50564, 03/04/2005

b6
b7C

LEAD(s):

Set Lead 1:  (Info)

   COUNTERTERRORISM

      AT WASHINGTON, DC

      Read and clear

Set Lead 2:  (Discretionary)

   CHICAGO

      AT CHICAGO, IL

      For information and any action deemed appropriate.

Set Lead 3:  (Discretionary)

   SPRINGFIELD

      AT SPRINGFIELD, IL

      For information and any action deemed appropriate.

♦♦

4

FBI18cv841Lefk-3880

EXHIBIT 6(a)



**U.S. Department of Justice**

United States Marshals Service

*Office of General Counsel*

*CG-3, 15ᵗʰ Floor*
*Washington, DC 20530-0001*

August 5, 2020

William White

**Re:** *White v. USDOJ, USMS,* 16-00098-JPG-DGW; FOIA Request 2013USMS24506

Dear Mr. White:

The United States Marshals Service (USMS) is responding to the Freedom of Information Act (FOIA) request you submitted to USMS, 2013USMS24506, requesting all Agency records pertaining to yourself. The FOIA request is the subject of the above-referenced litigation.

Pursuant to your request, the USMS conducted a search of the Western District of Virginia and located 856 pages of responsive records. These documents are released to you with portions withheld pursuant to Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E), and (b)(7)(F) of the FOIA, 5 U.S.C. § 552(b). This represents the fourth release in connection with the above-referenced FOIA request.

Exemption 5 of the Freedom of Information Act protects "inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency." See 5 U.S.C. § 552(b)(5) (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110175,121 Stat. 2524. In the present request, Exemption (b)(5) and the deliberative process privilege was asserted to withhold portions of the responsive documentation. The deliberative process privilege protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters. The purpose of the deliberative process privilege is asserted to encourage the expression of candid opinions and free and frank exchange of information among agency personnel.

FOIA Exemption (b)(6) allows an agency to withhold personnel, medical, and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. Records that apply to or describe a particular individual, including investigative records, qualify as "personnel," "medical," or "similar files" under Exemption 6.

FOIA Exemption (b)(7)(C) protects records or information compiled for law enforcement purposes to the extent that the production of such records or information could reasonably be expected to constitute an unwarranted invasion of personal privacy. A discretionary release of

such records is not appropriate.  See United States Department of Justice (DOJ) v. Reporters Committee for Freedom of the Press, 489 U.S. 749 (1989).

FOIA Exemption (b)(7)(F) protects law enforcement information that "could reasonably be expected to endanger the life or physical safety of any individual."  5 U.S.C. § 552(b)(7)(F) (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110175, 121 Stat. 2524. Courts have routinely upheld the use of Exemption (b)(7)(F) to protect the identities of law enforcement agents, as well as protect the names and identifying information of non-law enforcement federal employees, local law enforcement personnel, and other third persons in connection with particular law enforcement matters.  See Rugiero v. DOJ, 257 F.3d 534, 552 (6th Cir. 2001); Johnston v. DOJ, No. 97-2173, 1998 WL 518529, *1 (8th Cir. Aug. 10, 1998).

Accordingly, the personally identifiable information of law enforcement officers and government employees was withheld from the responsive documentation.  The disclosure of such sensitive information contained in records compiled for law enforcement purposes to the public could subject law enforcement officers and other government personnel to harassment and unwelcome contact.  This could disrupt and impede official agency activity, as well as endanger the safety of law enforcement officials.  Additionally, the personally identifiable information of third parties named in the records was withheld.  The disclosure of third party information could constitute an unwarranted invasion of personal privacy and subject the individuals to embarrassment, harassment, and undue public attention.  Individuals have a recognized privacy interest in not being publicly associated with law enforcement investigations, not being associated unwarrantedly with alleged criminal activity, and controlling how communications about them are disseminated.

FOIA Exemption (b)(7)(D) provides protection for "records or information compiled for law enforcement purposes [which] could reasonably be expected to disclose the identity of a confidential source, including a state, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source."  5 U.S.C. § 552(b)(7)(D) (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110175, 121 Stat. 2524; see also Presidential Memorandum for Heads of Executive Departments and Agencies Concerning the Freedom of Information Act, 74 Fed. Reg. 4683 (Jan. 21, 2009).

FOIA Exemption (b)(7)(E) exempts from release information that would disclose law enforcement techniques or procedures, the disclosure of which could reasonably be expected to risk circumvention of the law.  Information pertaining to case selection, case development, and investigatory methods are law enforcement techniques and procedures that are not commonly known.  The disclosure of this information serves no public benefit and would have an adverse impact on agency operations.  Further, public disclosure of information such as codes and internal identifying numbers could assist unauthorized parties in deciphering the meaning of the codes and numbers, aid in gaining improper access to law enforcement databases, and assist in the unauthorized party's navigation of these databases.  This disclosure of techniques for navigating the databases could permit people seeking to violate the law to gain sensitive knowledge and take preemptive steps to counter actions taken by USMS during investigatory operations.  The disclosure of this information serves no public benefit and would not assist the public in understanding how the agency is carrying out its statutory responsibilities.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. 552(c) (2006 &

Supp. IV (2010)). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For any questions relating to the release, please contact Assistant US Attorney Suzanne Garrison, who represents the USMS in this matter.

Sincerely,

\_\_\_\_/S/_____
Charlotte Luckstone
Associate General Counsel
FOIA/PA Officer
Office of General Counsel

Enclosures

CC: Suzanne Garrison
9 Executive Drive
Fairview Heights, IL 62208
Suzanne.Garrison@usdoj.gov

William A. White #13888-084
USP Marion
P.O. Box 1000
Marion, IL 62959

2

**(b) (6), (b) (7)(C), (b) (7)(F)**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C), (b) (7)(F) |
| **Sent:** | Wednesday, April 17, 2013 2:44 PM |
| **To:** | (b) (6), (b) (7)(C), (b) (7)(F) |
| **Cc:** | (b) (6), (b) (7)(C), (b) (7)(F) |
| **Subject:** | Fugitive Williams Alexander WHITE USM#13888-084 |
| **Attachments:** | William A. WHITE USM 13888-084.pdf |

(b) (6), (b) (7)(C), (b) (7)(F)

Good afternoon Sir,

Investigators from the Federal Bureau of Prisons requested my assistance in gathering information whether WHITE is in fact a member of a Sovereign Citizen Organization. According to his (b) (7)(E), WHITE states he is in fact a member; however, prison officials would like to verify whether his claims are accurate. (b) (7)(E)

JDIS reports identified you as the arresting deputy and I wanted to gather any additional information you might have obtained during that period. Any assistance you provide will very much be appreciated.

If you don't have any additional information, don't worry about it because I have made contact with JSI Inspectors in Chicago who should be able to provide me with the necessary documents. Thanks for offering your assistance.

Stay safe!

Respectfully,
(b) (6), (b) (7)(C), (b) (7)(F)
Deputy United States Marshal
United States Marshals Service
Cell Phone - (b) (6), (b) (7)(C)
e-mail: (b) (6), (b) (7)(C), (b) (7)(F)

**NOTICE\*** This email message (including any file attachments transmitted with it) is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential, and legally privileged information. Any unauthorized use or disclosure of this email by an unintended recipient is **prohibited**. If you have received this e-mail in error please notify the sender by return e-mail and destroy all copies of the original message. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient.

1

2013USMS24505000758

(b) (6), (b) (7)(C), (b) (7)(F)

From:           (b) (6), (b) (7)(C), (b) (7)(F)
Sent:           Thursday, June 07, 2012 1:50 PM
To:             (b) (6), (b) (7)(C), (b) (7)(F)
Subject:        Re: (b) (7)(E)

A dead bug squashed on a windshield is more important - that's after its scraped off

From: (b) (6), (b) (7)(C), (b) (7)(F)
Sent: Thursday, June 07, 2012 01:40 PM
To: (b) (6), (b) (7)(C), (b) (7)(F)
Subject: FW: (b) (7)(E)

# Duplicate of Previous Pages

2013USMS24505000535

(b) (6), (b) (7)(C), (b) (7)(F)

**From:** (b) (6), (b) (7)(C), (b) (7)(F)
**Sent:** Friday, June 08, 2012 5:19 PM
**To:** (b) (6), (b) (7)(C), (b) (7)(F)
**Cc:**
**Subject:** RE: Fugitive William WHITE (FID# (b) (7)(E)

Excellent work. Ensure you notify (b) (6), (b) (7)(C), (b) (7)(F) as well. I would rather them hear it from you two than a forwarded e-mail.

I would like to have seen the expression on White's face. He will get the full Mexico experience from sunny beaches to a dank humid jail cell. Great work.

**From:** (b) (6), (b) (7)(C), (b) (7)(F)
**Sent:** Friday, June 08, 2012 4:58 PM
**To:** (b) (6), (b) (7)(C), (b) (7)(F)
**Cc:** (b) (6), (b) (7)(C), (b) (7)(F)
**Subject:** RE: Fugitive William WHITE (FID# (b) (7)(E)

# Duplicate of Previous Pages

1

2013USMS24505000624

**Id** 279942075392600
**Name** FEAST OF VALI (Festival of the Family) (Main Blot for the month)
**Location** All of Midgard - All 9 Realms - AllFather Hearth
**Start** 2012-02-15 03:00:00 UTC
**End** 2012-02-15 07:30:00 UTC
**Rsvp** noreply

**Id** 221192011302644
**Name** Day of Remembrance for Eyvind Kinnrifi
**Location**
**Start** 2012-02-09 15:00:00 UTC
**End** 2012-02-10 07:30:00 UTC
**Rsvp** noreply

**Id** 195146850583361
**Name** BARRI
**Location** All of Midgard - all 9 realms :)
**Start** 2012-02-03 03:00:00 UTC
**End** 2012-02-03 07:30:00 UTC
**Rsvp** noreply

**Id** 225991104146597
**Name** Charming of the Plough (Main Blot for the Month)
**Location** AllFather Hearth - All of Midgard - All 9 Realms
**Start** 2012-01-18 03:00:00 UTC
**End** 2012-01-18 07:30:00 UTC
**Rsvp** noreply

**Id** 274157762637861
**Name** Day of Remembrance for Raud the Strong
**Location** All of Midgard - All 9 Realms
**Start** 2012-01-09 15:00:00 UTC
**End** 2012-01-10 07:30:00 UTC
**Rsvp** noreply

**Id** 269746833083086
**Name** FREE copy of Greg Johnson's CONFESSIONS OF A RELUCTANT HATER
**Location** http://www.amazon.com/gp/product/B0063MVY36/ref=as_li_ss_tl?ie=UTF8&tag=count
ercurren-20&linkCode=as2&camp=1789&creative=390957&creativeASIN=B0063MV
Y36
**Start** 2011-12-28 01:00:00 UTC
**End** 2012-01-01 08:00:00 UTC
**Rsvp** noreply

**Id** 223044297799951
**Name** Julius Evola Day (International)
**Location** Hyperborea
**Start** 2012-05-19 09:00:00 UTC
**End** 2012-05-19 12:00:00 UTC
**Rsvp** maybe

**Friends** Brett Stevens (503972296)
Kalki Weisthor (513777354)
Victor Thorn (540101624)
Vijay Prozak (542613700)
Shonan Talpade (608996256)
Jonothon Boulter (615615717)
Gonzalo Baeza (653757027)
Jaime Luis Zapata (654292630)
Gwendolyn Toynton (657977880)
Flávio Gonçalves (673362022)
Neo Folk (794878251)
Philip Anderson (843456892)
Summer D Boring (1076952066)

Jack Rubalcaba (1152571089)
Habibi Reza (1167070158)
Brett Leucht (1216860651)
Xon Tifani (1250732965)
Alexander Mezentsev (1264108398)
Craig FitzGerald (1445687508)
Robert Campbell (1571936749)
Eddie Conboy (1590909207)
Alex Linder (1597675288)
Layne Lawless (1618385976)
Bengt Duque-Svensson (1620654278)
John Oliver (1661234820)
Larry Darby (1756221668)
Kevin MacDonald (1788976802)
Daniel Friberg (1790077175)
Andrea Ostrov Letania (100000050689622)
John Morgan (100000143135661)
Sabrina Gnos (100000232437249)
Editura Eurasiatica (100000303748559)
Welf Herfurth (100000939354441)
Amy Back (100001060998245)
Daniela Disterheft (100001676104678)
Magnus Ulf Hardrada (100001804116830)
Mostafa Afzalzadeh (100001891765164)
Hassan Motahayer (100001940779979)
Nora Here (100002817387474)
Robert Taylor (100002885208920)
Flavian Greece (100002904402692)
Kali Yuga Editions (100002932642291)
Barbecue Bill Dhalsim (100002947999353)
Seana Fenner von Fenneberg (100002992848990)
Yidhra DreamWitch (100003158040579)
Letty Baldacchino (100003273150181)
Däle von Domor (100003307515945)
Easton Von Hannemark (100003537771193)
Tommy Mclaughlin (100003539075213)
Eden Aeternum (100003676500707)
Marco-Marcus Alternatve IV (100003786301288)

**Gender** Male

**Groups** René Guénon (2230747050)
David Icke is Fucking Right! (2241401052)
All Hail...Thor!!! (16102662209)
Union of Nationalists, Conservatives and Romantics (29560939616)
American Free Press (31196356477)
Aristokratia Journal (32553496400)
Electric Hellfire Club Fans (38682731236)
Pan-Germanic Pride Alliance (62412305839)
AllFather Hearth (74131971552)
Saxo Grammaticus - The History of the Danes (76818444570)
The New Antaios Journal (170457641954)
Eurosiberia (185860792004)
Aryan History and Aryan Religions (203016135151)
Russland Jenseits des Mainstream (105335669595207)
The Stark Truth with Robert Stark (105572409485198)
Heimdall's Geo-Political Horn (111002292287320)
Jett and Jahn Media (155425897854919)
Holocaust Lies Exposed (160945207296874)
Natura Obscura (167701380101098)
International Reactionary Front (186152224764792)
Primordial Traditions (214160878612017)
Aristokratia (267294576671778)
The Agora: A Folkish Odinist & Folkish Asatru Meeting Place (272078169542229)

05636