November 30, 2020

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 07 2020
JULIA C. DUDLEY, CLERK
BY: A Beeson
DEPUTY CLERK

Clerk

United States District Court

for the Western District of Virginia

210 Franklin Road SW Room 308

Roanoke, VA 24014

Re: United States v White WD Va Case No: 08-cr-054

Dear Clerk:

Your last communication to me, dated October 23, 2020, indicated that the United States had been ordered (Doc 416) to Respond to the instant Motion for Reduction of Sentence Pursuant to 18 USC §3582(c)(1) (Doc 411) in United States v White WD Va Case No: 08-cr-054 by October 26, 2020. As of today, November 30, 2020, I have received no such Response, either from the United States of from the Federal Defender, whom I have moved to dismiss, Doc 418. Please provide me with a docket number for the Response and the number of pages involved so that I can obtain a copy and reply.

Thank you.

Respectfully Submitted,.

William A White #13888-084
USP-Marion
PO Box 1000
Marion, IL 62959


William A White # 13888-084
United States Penitentiary - Marion
PO Box 1000
Marion, IL 62959
SAINT LOUIS MO 630
2 DEC 2020 PM 4 L
Happy
Ho
FOREVER USA
⇔13888-084⇔
Clerk Wd Va Us Dist Ct
210 Franklin RD SW
Room 308
Roanoke, VA 24011
United States
24011-220883