IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

United States Of America

v.    Case No: 08-cr-054

William A White
   Defendant

## NOTICE OF CHANGE OF ADDRESS

Comes Now the Defendant, William A White, and, I hereby give the Court and all Parties Notice that my address is:

   William A White #13888-084
   Federal Correctional Institution - Terre Haute
   PO Box 33
   Terre Haute, IN 47808

Respectfully Submitted,

/s/ William White

William A White #13888-084
FCI - Terre Haute
PO Box 33
Terre Haute, IN 47808

## CERTIFICATE OF SERVICE

I hereby Certify that this Notice of Change of Address was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting on the ECF, to which defense counsel is subscribed, this 10th day of February, 2022.

/s/ William White

William A White

-1-