IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 7:08-cr-00054 |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| WILLIAM A. WHITE | ) | United States District Judge |

**ORDER TO RESPOND**

Defendant William A. White, proceeding *pro se*, filed a motion for the return of seized property pursuant to Federal Rule of Criminal Procedure 41(g). (Dkt. No. 438.) The government is hereby ORDERED to file a response to this motion within fourteen days of the date of this order.

The Clerk is directed to send a copy of this order to counsel and to Mr. White.

Entered: May 18, 2023.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge