UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
GREENSBORO NC 270
23 MAY 2023PM
18 MAY 2023PM

UNITED STATES POSTAGE
PITNEY BOWES

02 1P                $ 000.60⁰
0000869137      MAY 18 2023
MAILED FROM ZIP CODE 24011

**FEDERAL CORRECTIONAL COMPLEX**
**TERRE HAUTE, INDIANA**
**RETURN TO SENDER**

NOT AT THIS INSTITUTION
NEED CORRECT NAME AND NUMBER

INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE (WWW.BOP.GOV)

**LEGAL MAIL**

-R-T-S-   000004130-1N        06/02/23

RETURN  TO  SENDER
UNABLE  TO  FORWARD
UNABLE  TO  FORWARD
RETURN  TO  SENDER



RECEIVED

JUN 0 8 2023

USDC Clerk's Office
Mail Room

William A. White 13888-084
Federal Correctional Institution-Terre Haute
PO Box 33
Terre Haute, IN 47808