IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

United States Of America

v.

William A White

Defendant

Case No: 7:08-cr-054

REPLY TO Doc 440

Comes Now the Defendant, William A White, and, I hereby Reply to the United States' Response to Motion for Return of Seized Property (Doc 440) as follows:

1) From 1997 to 2008 I published a website critical of Judaeo-occult control over the United States and its institutions and from 2001 to 2008 I worked with a variety of other actors to report on, and, eventually to infiltrate and disrupt the FBI's counter-"extremism" activities. In retaliation, Michael Mukasey, a Judaic supremacist in the George W. Bush administration serving as Attorney General, ordered the FBI to fabricate a pretext for my arrest to silence me. This Crusade was then willingly taken up by the Obama administration and particularly Tom Perez, Director of the Department of Justice's Civil Rights Division.

2) On February 28, 2005, Bart Ross, acting at the direction and with the assistance of Craig Cobb, a follower of the World Church of the Creator acting at the direction of Matthew Hale, murdered Michael Lefkow and Donna Humphrey, husband and mother of the intended target, US District Judge Joan Lefkow. A year later, Cobb, who had

-1-

fled to Estonia after the murders, confessed to recruiting Ross to commit the murders and sent me a recording of him doing so, as well as substantial other evidence. I took this to counsel, Jack Kennett, and asked him to turn this over to the FBI. He refused, saying that the FBI and Department of Justice ("DOJ") were too corrupt. In 2008, after I learned of the Grand Jury proceedings in this matter, I asked my then counsel Harry Brown to turn this information over to the FBI, but, the FBI was so intent upon silencing my criticism of Judaism they refused to accept my information.

3) Instead of accepting my assistance, the DOJ arrested me and ordered me tortured by the Bureau of Prisons ("BOP"), leaving me with permanently disabling psychiatric problems, diagnosed now by three doctors, including one BOP doctor, as PTSD, and one government-retained doctor as Major Depressive Disorder with Psychotic Features. It denied me medical care for these injuries and railroaded me through two absurd prosecutions - one for the non-existent offense of "soliciting a violent felony" of "obstruction of justice", where it used extensive coached perjury to obtain my conviction, and, two, for the non-crimes charged here of daring to criticize and ridicule protected people, where, again, perjury was presented, exculpatory evidence was destroyed, and the jury was improperly instructed.

4) After my release, the United States continued to threaten and pursue me, prompting me to eventually leave the country. After I left the country, the United States stole my identity and used it to send death threats to my wife and to a group of Florida state and federal law enforcement and judicial officers, among others.

5) To stop the use of torture, in March 2013, I made the FBI aware of its failure to solve the Lefkow murders and identified evidence it had previously seized that corroborated this. The FBI and DOJ, in response, decided that their best strategy

would be to prosecute me for the death threats they sent with my stolen identity, torture me further, run up a large sentence, then use this sentence to coerce me into testifying falsely for them. The United States has expressed this misappraisal of reality here with its manic insistence that I'm "desperate" to be released.

6) After torturing me to the point of unrecoverable disability in 2014, the DOJ sent me to a BOP "counter-terrorism" facility where it spent seven years trying to re-program me to work for it. It first offered me a reprieve in 2018, and, when I refused it, it progressively cut off my communications, eventually placing me under Special Administrative Measures ("SAMs") and tried to frame me for additional crimes. Meanwhile, it lied repeatedly to the District Courts claiming that I was lying and refused to disclose the documents showing that I was being truthful, though many of these documents eventually came out.

7) Eventually, by pure luck - by the DOJ's failure to so damage the discovery materials it turned over to my counsel so as to leave them completely unrecoverable - I was able to produce one email from Cobb sent to the FBI thinking it was me, asking for help fleeing to Iran, as well as 28 pages of emails between myself and an Iranian intelligence officer. This prompted the FBI and BOP to spend a year insisting that I was part of Hale's cult, then to offer me a reprieve for a second time if I would agree to testify, start a "Republican extremist" group to entrap Trump supporters, and to stop criticizing Judaism.

8) When I refused the 2021 reprieve, the DOJ, FBI and BOP set me up to be assaulted, then used the assault as an excuse to again torture me by holding me in a filthy, insect-infested, 100+° cell for five months.

-3-

9) Ultimately, to stop the United States from offering me further deals, I wrote to the Office of Pardon Attorney to withdraw my application for a pardon, saying that I would prefer to complete my sentence than accept any deal the United States may potentially offer. I also initiated this action, in part to determine whether the United States still had in its possession any of the Lefkow evidence.

10) The United States now certifies that the Dardick copy of the relevant evidence has been destroyed or is otherwise not in its possession. This confirms my belief that the United States cannot prosecute the Lefkow killings unless I were to agree to assist it. And, as I won't - and possibly at this point can't - assist the United States, justice has been served in this matter. The United States will hold me in prison to limit my ability to criticize Judaism, and, the men who actually killed a federal judge's family because of their opposition to Judaism will, because of the corruption, arrogance and stupidity of the United States, go free.

Thus, I accept the United States' response, which moots this proceeding.

Respectfully Submitted,

William A White # 13888-084
FCI-Cumberland
PO Box 1000
Cumberland, MD 21501

-4-

## CERTIFICATE OF SERVICE

I hereby certify that this Reply was mailed to the Clerk of the Court and the US Attorney's Office for the Western District of Virginia, 1ST Class Postage Prepaid, this 7th day of June, 2023.

*William A White*

William A White

William A White #13888-084
Federal Correctional Institution - Cumberland
PO Box 1000
Cumberland, MD 21501



13888-084
Clerk Wd Va Us Dist Ct
210 Franklin RD SW
Room 308
Roanoke, VA 24011
United States

LEGAL MAIL

24011-220999



FCI ... INSTITUTION

RECEIVED

JN 13 2023

Clerk's Office
Mail Room

... ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.