FILED: January 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-104
(7:08-cr-00054-EKD-1)
_____

In re: WILLIAM A. WHITE

       Movant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending a decision by this court in *In re Rendelman,* No. 23-257.

For the Court

/s/ Nwamaka Anowi, Clerk