FILED: March 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-104
(7:08-cr-00054-EKD-1)

In re: WILLIAM A. WHITE,

        Movant.

O R D E R

William A. White moves under 28 U.S.C. §§ 2244, 2255(h), for authorization to file a successive 28 U.S.C. § 2255 motion. Upon review, we conclude that White has made a prima facie showing that the new rule of constitutional law announced in *Counterman v. Colorado*, 600 U.S. 66 (2023), and determined to be retroactively applicable to cases on collateral review, *In re Rendelman*, __ F.4th __, __, No. 23-257, 2025 WL 568670, at *3-4 (4th Cir. Feb. 21, 2025), may apply to his case. Accordingly, we grant authorization for White to file a successive § 2255 motion.

Entered at the direction of the panel: Judge Wilkinson, Judge Niemeyer, and Judge King.

For the Court

/s/ Nwamaka Anowi, Clerk